# CRIMINAL COVER SHEET

U.S. District Court, Western District of Oklahoma

Petty ☐   Misdemeanor ☐   Felony ☑   Case No. **CR 18-227**

Number of Counts __2__   Number of Defendants __1__   USAOID No. _____   By: __kh__

## INDICTMENT

Sealed: Yes ☑ No ☐    OCDETF: Yes ☐ No ☑    Notice ☐   Summons ☐   Writ ☐   Warrant ☑ to Issue

| DEFENDANT: JOSEPH MALDONADO-PASSAGE | SEP 0 5 2018 |
|---|---|

| Alias(es): Joseph Allen Maldonado, Joseph Allen Schreibvogel, "Joe Exotic" | Address: Wynnewood, OK 73098 |
|---|---|
| | Phone: |

| Age&DOB: 55; xx/xx/1963 | SS#: xxx-xx-3850 | Juvenile: Yes ☐ No ☑ | Interpreter: Yes ☐ No ☑ |
|---|---|---|---|
| SEX: M ☑ F ☐ | RACE: White | Language/Dialect: English | |

**Defendant Status:**

☐ Not in Custody

Type of Bond Recommended on this Charge:
OR ☐   Cash ☐   10% ☐   Unsecured ☐   Surety ☐

Bond set at: $ _____ Date: _____
Current Bond on Other Charge  Federal ☐  State ☐
Bond in Amount of: $

☐ In Jail at: _____    Under Prisoner/Register No.: _____    Detention ☑

**Prior Proceedings or Appearance(s) Before U.S. Magistrate Judge:**

| Case No. M- | Government Motion to Detain: Yes ☐   No ☐ |
|---|---|
| Complaint: Yes ☐   No ☐ | Bond Set:    Date: |

**Related Case Information:**

| Previous Case No. | Rule 20/Rule 5 from District of: |
|---|---|
| Additional Defendants: Yes ☐   No ☐ | Total Number of defendants: |

RECEIVED SEP 0 5 2018
CARMELITA REEDER SHINN
CLERK, U.S. DISTRICT COURT
BY _____ DEPUTY

**Attorney Information:**

| Defense Counsel: | AUSA: AMANDA GREEN |
|---|---|
| Address: | Phone: 405/553-8700    Fax: 405/553-8888 |
| Phone:    Fax: | Federal Agent/Agency: US Fish & Wildlife Service |
| Retained ☐   CJA Panel ☐   Public Defender ☐ | Local Agent/Agency: |

| Count(s) | USC Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1-2 | 18 U.S.C. § 1958(a) | Use of interstate commerce facilities in the commission of a murder for hire | NMT 10 yrs imprisonment; $250,000 fine, o/b; 3 yrs S/R. If revoked, additional 2 yrs imprisonment; $100 SA |

Date: 9/5/18    Signature of AUSA: _Amanda Green_

800/6-97