# IN THE UNITED STATES DISTRICT COURT FOR THE

# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| -vs- ) | No.  CR-18-227-SLP |
| ) | |
| **JOSEPH MALDONADO-PASSAGE,** ) | |
|    a/k/a Joseph Allen Maldonado, ) | |
|    a/k/a Joseph Allen Schreibvogel, ) | |
|    a/k/a "Joe Exotic," ) | |
| ) | |
| **Defendant.** ) | |

## MOTION TO UNSEAL INDICTMENT

The United States respectfully requests that the Indictment in this matter be unsealed for the following reasons:

1. Defendant is the sole defendant named in the Indictment, and he has been arrested.

Accordingly, the United States respectfully requests that an Order be entered unsealing the Indictment.

Respectfully submitted,

ROBERT J. TROESTER
First Assistant United States Attorney

s/ AMANDA GREEN
Assistant U.S. Attorney
OBA No. 19876
210 Park Avenue, Suite 400
Oklahoma City, Oklahoma 73102
(405) 553-8700 (Office)
(405) 553-8888 (Fax)
Amanda.Green@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on September 7, 2018, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants: Counsel of record

                                                                    s/AMANDA GREEN
                                                                    Assistant U.S. Attorney