IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) No.  CR-18-227-SLP ) |
| JOSEPH MALDONADO-PASSAGE,<br>   a/k/a Joseph Allen Maldonado,<br>   a/k/a Joseph Allen Schreibvogel,<br>   a/k/a "Joe Exotic," | ) ) ) ) ) |
| Defendant. | ) |

## ORDER

On Motion of the United States and for the reasons stated therein, it is HEREBY ORDERED that the Indictment in this matter is unsealed.

IT IS SO ORDERED this 7th day of September, 2018:

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE