═══════════════════════════════════════════════════════════════════════

# United States District Court
for the
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>                **Plaintiff,** )<br>                -vs- )<br>**JOSEPH MALDONADO-PASSAGE,** )<br>   a/k/a Joseph Allen Maldonado, )<br>   a/k/a Joseph Allen Schreibvogel, )<br>   a/k/a "Joe Exotic," )<br>                **Defendant.** ) | No.  CR-18-227-SLP |

## APPEARANCE OF COUNSEL

To:    The Clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

the plaintiff, United States of America.

I am registered to file documents electronically with this court.

Date:  <u>September 7, 2018</u>          Respectfully submitted,

                                                     ROBERT J. TROESTER
                                                     First Assistant United States Attorney

                                                     <u>s/ AMANDA GREEN</u>
                                                     Assistant U.S. Attorney
                                                     OBA No. 19876
                                                     210 Park Avenue, Suite 400
                                                     Oklahoma City, Oklahoma 73102
                                                     (405) 553-8700 (Office)
                                                     (405) 553-8888 (Fax)
                                                     [Amanda.Green@usdoj.gov](mailto:Amanda.Green@usdoj.gov)

## **CERTIFICATE OF SERVICE**

 I hereby certify that on September 7, 2018, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants: Counsel of record

                s/AMANDA GREEN
                Assistant U.S. Attorney