OKWD Revised AO 442 (1/16/15)

10681772

# UNITED STATES DISTRICT COURT
1864-0906-1512-J

## WESTERN DISTRICT OF OKLAHOMA

| UNITED STATES OF AMERICA | ) |
| --- | --- |
| v. | ) Case Number: CR-18-227-SLP |
| Joseph Maldonado-Passage | ) |
| Defendant | ) |

**ARREST WARRANT**

RECEIVED
SEP 05 2018
U.S. MARSHALS W/OK

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) Joseph Maldonado-Passage

who is accused of an offense or violation based on the following document filed with the court:
    SEALED
☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
18:1958(a) USE OF INTERSTATE COMMERCE FACILITIES IN THE COMMISSION OF A MURDER FOR HIRE

Kathleen Thompson, Deputy Clerk
Oklahoma City, Oklahoma

WARRANT ISSUED:
4:23 pm, Sep 05, 2018
CARMELITA REEDER SHINN, Clerk

By: _[signature]_
    Deputy Clerk

### Return

This warrant was received on (date) 9-5-18, and the person was arrested on (date) 9-7-18
at (city and state) Gulf Breeze, FL.

Date: 9-11-18

_[signature]_ FOR
Arresting officer's signature

J. Kuhlman, USM
Printed name and title