# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NUMBER:  CR-18-227-SLP |
| ) | |
| JOSEPH MALDONADO-PASSAGE, ) | |
| ) | |
| Defendant. ) | |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for Defendant, Joseph Maldonado-Passage

I certify that I am admitted to practice in this court and am registered to file documents electronically with this Court.


 September 27, 2018                    s/ William P. Earley
                                       WILLIAM P. EARLEY
                                       ASSISTANT FEDERAL PUBLIC DEFENDER
                                       Oklahoma Bar Number: 11293
                                       FEDERAL PUBLIC DEFENDER ORGANIZATION
                                       WESTERN DISTRICT OF OKLAHOMA
                                       215 Dean A. McGee  Suite 109
                                       Oklahoma City, Oklahoma 73102
                                       Telephone: 405-609-5930
                                       Telefacsimile: 405-609-5932
                                       Electronic Mail: William_Earley@fd.org
                                       Counsel for Defendant

CERTIFICATE OF SERVICE

      I hereby certify that on September 27, 2018, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the electronic records currently on file, the Clerk of Court will transmit a Notice of Electronic filing to Amanda Green, Assistant United States Attorney.

        s/ William P. Earley
        WILLIAM P. EARLEY