# UNITED STATES DISTRICT COURT

__WESTERN__     DISTRICT OF     __OKLAHOMA__

UNITED STATES OF AMERICA

V.

JOSEPH MALDONADO-PASSAGE

**NOTICE**

CASE NUMBER: CR-18-227-SLP

*In Custody*

| Type of Case | | |
|---|---|---|
| | ☐ **CIVIL** | ☒ **CRIMINAL** |

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| William J. Holloway, Jr. United States Courthouse<br>200 N. W. 4th Street<br>Oklahoma City, Oklahoma 73102 | **Courtroom No. 101** |
| | DATE AND TIME |
| | Thursday, October 4, 2018 @ 10:00 A.M. |

TYPE OF PROCEEDING

## DETENTION HEARING

**TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESCHEDULED DATE AND TIME |
|---|---|---|
| William J. Holloway, Jr. United States Courthouse<br>200 N.W. 4th Street<br>Oklahoma City, OK 73102 | | |

BERNARD M. JONES
U.S. MAGISTRATE JUDGE

September 27, 2018
DATE

s/D. Wayne Lee
(BY) DEPUTY CLERK