**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | CASE NUMBER: CR-18-227-SLP |
| ) | |
| JOSEPH MALDONADO-PASSAGE, ) | |
| ) | |
| Defendant. ) | |

**ENTRY OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for Defendant, JOSEPH MALDONADO-PASSAGE. I certify that I am admitted to practice in this court and am registered to file documents electronically with this Court.

September 28, 2018        s/ Kyle E. Wackenheim
       KYLE E. WACKENHEIM, OBA No. 30760
       ASSISTANT FEDERAL PUBLIC DEFENDER
       FEDERAL PUBLIC DEFENDER ORGANIZATION
       WESTERN DISTRICT OF OKLAHOMA
       215 Dean A. McGee   Suite 109
       Oklahoma City, Oklahoma 73102
       Telephone: 405-609-5930
       Telefacsimile: 405-609-5932
       Electronic Mail: Kyle_Wackenheim@fd.org
       Counsel for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2018, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic filing to Amanda Leigh Maxfield Green, Assistant United States Attorney.

       s/ Kyle E. Wackenheim
       KYLE E. WACKENHEIM