AO 458 (Rev. 01/09)  Appearance

# United States District Court
for the

__WESTERN__   DISTRICT OF   __OKLAHOMA__

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No. CR-18-227-SLP |
| ) | |
| JOSEPH MALDONADO-PASSAGE, ) | |
|   a/k/a Joseph Allen Maldonado, ) | |
|   a/k/a Joseph Allen Schreibvogel, ) | |
|   a/k/a "Joe Exotic," ) | |
| ) | |
| Defendant. ) | |

**APPEARANCE OF COUNSEL**

To:   The Clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

the plaintiff, United States of America.

I am registered to file documents electronically with this court.


Date: October 3, 2018              s/*Charles W. Brown*
                                              CHARLES W. BROWN
                                              Bar Number: 20168
                                              Assistant United States Attorney
                                              210 Park Avenue, Suite 400
                                              Oklahoma City, Oklahoma 73102
                                              (405) 553-8871 (Office)
                                              (405) 553-8888 (Fax)
                                              Charles.brown4@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 3, 2018, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants: William P. Earley and Kyle E. Wackenheim, counsel for Joseph Maldonado-Passage.

                                         s/*Charles W. Brown*
                                         CHARLES W. BROWN
                                         Assistant U.S. Attorney