# CRIMINAL COURTROOM MINUTE SHEET
## DETENTION HEARING

**DATE:** Oct 4, 2018        **CASE:** CR-18-227-SLP

**TIME IN COURT:** 3.5 hours        **COURTROOM:** 101

**MAGISTRATE JUDGE BERNARD M. JONES**        **COURTROOM DEPUTY D. WAYNE LEE**

**UNITED STATES OF AMERICA vs. JOSEPH MALDONADO-PASSAGE**

Defendant States true and correct name as: _____ **AGE:** ___

**Government Cnsl:** Amanda Green & Charles Brown     **Defendant Cnsl:** Bill Earley & Kyle Wackenheim

**U.S. Probation Officer:** John Williamson     Public Defender

- [x] Defendant Appears, custody of U.S. Marshal with Counsel     **Interpreter:** _____
- [x] Defendant advised of his / her right of consular notification, N/A
- [x] Court inquires of Government regarding notification of victim(s) under Justice for All Act.
- [ ] Parties announce ready.     [ ] Parties provided with a _____

| WITNESSES FOR GOVERNMENT | WITNESSES FOR DEFENDANT |
|---|---|
| 1. S.A. Matt Bryant | 1. Lisa Sparks |
| 2. | 2. |
| 3. | 3. |

- [x] Government and Defendant make opening statement.
- [ ] Government withdraws request for detention and recommends defendant be released on bond with conditions per release Order.
- [ ] Defendant waives/reserves right to detention hearing. Waiver/Reservation of detention hearing and consent to Order of Detention pending further proceeding entered. Order of Detention entered.
- [ ] Defendant requests the detention hearing be postponed at this time reserving the right to request a hearing at a later date should dft's circumstances change. Defendant remanded to custody of U.S. Marshal.
  - [ ] Government introduces evidence with testimony of ___ witness(es) and rests.
  - [ ] Defendant introduces evidence with testimony of ___ witness(es) and rests.
  - [ ] Government [ ] Defendant rest(s) without introducing evidence.
  - [ ] Government [x] Defendant proffer(s) evidence and rests.
  - [x] Government [x] Defendant make(s) closing statements.

## The Court Orders:

- [ ] The Court finds good cause to exceed the 3 and 5 day time limits provided by the Bail Reform Act. A detention hearing will not be held at this time based upon Defendant's circumstances. Should defendant's circumstances change, a detention hearing will be promptly held upon request of either party.
- [x] Defendant detained pending trial; Detention Order to be entered. Defendant remanded to custody of U.S. Marshal.
- [ ] Unsecured Bond set at _____ with conditions per Release Order.
- [ ] Secured Bond set at _____ with conditions per Release Order as the Court finds that the release of the Defendant on a personal recognizance bond or unsecured appearance bond would not reasonably assure his / her appearance in court and the safety of the community.
- [ ] Defendant remanded to the custody of U.S. Marshal pending execution of bond.
- [ ] Defendant remanded to the custody of U.S. Marshal.

*As stated on the record Dft. is remanded to the custody of the U.S. Marshal pending trial. Order of Detention to be entered.

*SR-01-2016*