## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) No. CR-18-227-SLP |
| | ) |
| JOSEPH MALDONADO-PASSAGE, | ) |
| a/k/a Joseph Allen Maldonado, | ) |
| a/k/a Joseph Allen Schreibvogel, | ) |
| a/k/a "Joe Exotic," | ) |
| | ) |
| Defendant. | ) |

### JOINT STATEMENT OF DISCOVERY CONFERENCE

This joint statement is submitted pursuant to LCrR16.1(b).

**1. Date Conference Held:** October 9, 2018

**2. Names of the attorneys who attended the conference:**
   U.S. Attorney/AUSAs:  AUSAs Amanda Green and Charles Brown
   Defense Counsel:      William Earley and Kyle Wackenheim

**Counsel met for purposes of exchanging discovery materials in accordance with the Federal Rules of Criminal Procedure as supplemented by the Local Criminal Court Rules and any orders of this Court and, as a result of the conference, the undersigned counsel report the following:**

**3. The specific time, date and place at which the offenses charged are alleged to have been committed:**

As alleged in the Indictment.

**4. (a)(1) Any contested issues of discovery and inspection raised by counsel for plaintiff:**

Unknown at this time. The United States requests all notices and discovery to which it is entitled under the Federal Rules of Criminal Procedure, the Local Rules, or any other federal law or rule, and has provided discovery on the understanding that counsel for defendant will provide such discovery and notices on a timely basis.

**(2)  Any contested issues of discovery and inspection raised by counsel for defendant:**

Unknown at this time.  Counsel for the government has provided investigative materials to counsel for defendant and will continue to provide any additional investigative materials in a timely fashion as they become available.

Defendant requests all notices and discovery to which he is entitled under the Federal Rules of Criminal Procedure, the Local Rules, or any other federal law or rule. Defendant requests that such notices and/or discovery be timely provided.

**(b)  Any additional discovery or inspection desired by either party:**

None at this time.

**5.  The fact of disclosure of all materials favorable to the defendant or the absence thereof within the meaning of *Brady v. Maryland* and related cases:**

Counsel for the government expressly acknowledges continuing responsibility to disclose any material favorable to defendant within the meaning of *Brady* that becomes known to the government during the course of these proceedings.

**6.  The fact of disclosure of the existence or nonexistence of any evidence obtained through electronic surveillance or wiretap:**

The government has disclosed the existence of evidence obtained through conversations recorded by a cooperating witness/confidential source and has provided discovery of the same.

**7.  The fact of disclosure of the contemplated use of the testimony of an informer. (Include only the fact an informer exists and not the name or testimony thereof):**

The government has disclosed the contemplated use of the testimony of a cooperating witness/confidential source and an undercover agent and has provided discovery of the same.

**8.  The fact of disclosure of the general nature of any evidence of other crimes, wrongs, or acts the government intends to introduce at trial pursuant to Fed.**

**R. Evid. 404(b):**

The United States will provide reasonable notice before trial of the general nature of any evidence of other crimes, wrongs, or acts the government intends to introduce at trial, as required by Fed. R. Evid. 404(b), the Federal Rules of Criminal Procedure, the Local Rules, or any other federal law, rule, or order.

9. **The fact of disclosure of the prior felony convictions of any witness the government intends to call in its case-in-chief:**

The government will disclose prior felony convictions of any/all government witnesses prior to trial.

10. **The resolution, if any, of foundational objections to documentary evidence to be used by both parties (except for the purpose of impeachment):**

Unknown at this time.

11. **The resolution, if any, of chain-of-custody matters (where at issue):**

Unknown at this time.

12. **The resolution, if any, of the admissibility of any reports containing scientific analysis without requiring the expert's attendance at trial:**

Unknown at this time.

13. **The parties will provide each other with the opportunity to inspect any demonstrative evidence, representational exhibits or charts.**

Counsel for both parties state that presently there are no additional matters of discovery presently known. Counsel expressly acknowledge the obligation to produce these item(s) as soon as practicable, but in no event later than ten days prior to the trial of this cause. Counsel also expressly acknowledge continuing obligation to disclose any materials that become known to counsel during the course of the pretrial investigation of this cause.

14. **Notice of Alibi:**

Reserved at this time.

**15.   Notice of Insanity Defense or Expert Testimony of Defendant's Mental Condition:**

Reserved at this time.

**16.   Notice of Defense Based on Public Authority:**

Reserved at this time.

At the conclusion of this conference, counsel conferred concerning the contents of this joint statement.

Respectfully submitted,

ROBERT J. TROESTER
First Assistant United States Attorney

s/*Amanda Green*
AMANDA GREEN
Assistant U.S. Attorney
OBA No. 19876
210 W. Park Avenue, Suite 400
Oklahoma City, Oklahoma  73102
(405) 553-8781 (Office)
(405) 553-8888 (Fax)
Amanda.green@usdoj.gov

s/ *William P. Earley*
WILLIAM P. EARLEY
Assistant Federal Public Defender
Oklahoma Bar Number: 11293
Federal Public Defender Organization
Western District of Oklahoma
215 Dean A. McGee Suite 109
Oklahoma City, Oklahoma 73102
Telephone: 405-609-5930
Telefacsimile: 405-609-5932
Electronic Mail: William_Earley@fd.org
Counsel for Defendant