IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) No. CR-18-227-SLP |
| | ) |
| JOSEPH MALDONADO-PASSAGE, | ) |
|    a/k/a Joseph Allen Maldonado, | ) |
|    a/k/a Joseph Allen Schreibvogel, | ) |
|    a/k/a "Joe Exotic," | ) |
| | ) |
| Defendant. | ) |

# O R D E R

The United States of America has moved the Court to continue the November 7, 2018, jury trial in this matter by one month to the Court's December 4, 2018, jury trial docket. This is the first motion for continuance in this matter.

In support of its request, the government states that it requires additional time to complete investigation into Mr. Maldonado-Passage's criminal activities. The United States notes, and defense counsel concedes, that if the one-month continuance were granted, a total of 68 days would have elapsed between Mr. Maldonado-Passage's arraignment and the commencement of trial, and thus that time constraints of the Speedy Trial Act are not implicated.

Accordingly, the Unopposed Motion to Continue Jury Trial (Dkt. No. 21) is GRANTED. This matter shall be set on the Court's December 4, 2018, trial docket, and the pre-trial deadlines are extended accordingly.

IT IS SO ORDERED this 25th day of October, 2018.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE