# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

WILLIAM J. HOLLOWAY, JR. UNITED STATES COURTHOUSE
N. W. 4TH & HARVEY, OKLAHOMA CITY, OKLAHOMA
COURTROOM NO. 502

CRIMINAL JURY DOCKET BEFORE JUDGE SCOTT L. PALK
**BEGINS TUESDAY, DECEMBER 4, 2018, 9:30 A.M.**

**PRETRIAL CONFERENCES WILL BE HELD:   DATE TO BE DETERMINED**

**PHOTO ID IS REQUIRED FOR <u>ANYONE</u> ENTERING THE FEDERAL COURTHOUSE.**

**NOTICE TO ALL COUNSEL:** ANY MOTIONS TO CONTINUE AND/OR PLEA CHANGES **MUST** BE FILED AND/OR PRESENTED TO THE COURT **NO LATER THAN MONDAY, NOVEMBER 26, 2018.**  By separate order, the parties will be notified of the designated date and time for their respective Pretrial Conference.

| | | |
|---|---|---|
| **CR-18-227-SLP** | United States of America | Amanda Maxfield Green<br>Charles William Brown |
| | v. | |
| | Joseph Maldonado-Passage (Custody) | William P. Earley<br>Kyle E. Wackenheim |
| **CR-18-240-SLP** | United States of America | Ashley L. Altshuler |
| | v. | |
| | Kirby Donald Keith (Detained) | Richard W. Anderson |

| | | |
|---|---|---|
| **CR-18-258-SLP** | United States of America | Charles William Brown |
| | v. | |
| | Alejandro Rodriguez-Herrera (Detained) | Jeffrey M. Byers |
| **CR-18-260-SLP** | United States of America | David M. McCrary |
| | v. | |
| | Rogelio Velasquez, et al., | Craig Shultz, et al. |