# CRIMINAL COVER SHEET

U.S. District Court, Western District of Oklahoma

Petty ☐   Misdemeanor ☐   Felony ☑           Case No. __CR-18-00227-SLP__

Number of Counts __21__   Number of Defendants __1__   USAOID No. _____   By: __sc__

**SUPERSEDING INDICTMENT**

Sealed: Yes ☐ No ☑         OCDETF: Yes ☐ No ☑         Notice ☑   Summons ☐   Writ ☐   Warrant ☐   to Issue

NOV 0 7 2018

| DEFENDANT: | **JOSEPH MALDONADO-PASSAGE** |
|---|---|
| Alias(es): Joseph Allen Maldonado / Joseph Allen Schreibvogel / "Joe Exotic" | Address: |
| | Phone: |
| Age&DOB: 55; xx/xx/1963   SS#: xxx-xxx-3850 | Juvenile: Yes ☐ No ☑   Interpreter: Yes ☐ No ☑ |
| SEX: M ☑ F ☐   RACE: White | Language/Dialect: English |

**Defendant Status:**

| ☐ Not in Custody | Type of Bond Recommended on this Charge: |
| | OR ☐   Cash ☐   10% ☐   Unsecured ☐   Surety ☐ |
| Bond set at: $       Date:  Current Bond on Other Charge   Federal ☐   State ☐ | Bond in Amount of: $ |
| ☑ In Jail at: Grady County | Under Prisoner/Register No.: | Detention ☑ |

**Prior Proceedings or Appearance(s) Before U.S. Magistrate Judge:**

| Case No. M- | Government Motion to Detain:   Yes ☐   No ☐ |
| Complaint: Yes ☐   No ☐ | Bond Set:            Date: |

**Related Case Information:**

| Previous Case No. | Rule 20/Rule 5 from District of: |
| Additional Defendants:  Yes ☐   No ☐ | Total Number of defendants: |

RECEIVED NOV 0 7 2018
CARMELITA REEDER SHINN
CLERK, U.S. DISTRICT COURT
BY _____ DEPUTY

**Attorney Information:**

| Defense Counsel: Kyle E. Wackenheim | AUSA: Amanda L. Maxfield Green | |
| Address: 215 Dean A. McGee, Suite 109  Oklahoma City, Oklahoma 73102 | Phone: 405/553-8700 | Fax: 405/553-8888 |
| Phone: 405-609-5930 | Fax: 405-609-5932 | Federal Agent/Agency: U.S. FISH & WILDLIFE |
| Retained ☐   CJA Panel ☐   Public Defender ☑ | Local Agent/Agency: | |

| Count(s) | USC Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1-2 | 18 U.S.C. § 1958(a); and 18 U.S.C. § 2 | Use of interstate commerce facilities in the commission of a murder for hire; and aiding and abetting | NMT 10 yrs. imprisonment; $250,000 fine, o/b; 3 yrs. S/R. If revoked, additional 2 yrs. imprisonment; $100 SA |
| 3-7 | 16 U.S.C. § 1538(a)(1)(B); and 18 U.S.C. § 2 | Violation of the Endangered Species Act; and aiding and abetting | NMT 1 yr. imprisonment; $100,000 fine, o/b; 1 yr. S/R. If revoked, additional 1 yr. imprisonment; $25 SA |
| 8 | 16 U.S.C. § 1538(a)(1)(F); and 18 U.S.C. § 2 | Violation of the Endangered Species Act; and aiding and abetting | NMT 1 yr. imprisonment; $100,000 fine, o/b; 1 yr. S/R. If revoked, additional 1 yr. imprisonment; $25 SA |

Date: __11/6/18__      Signature of AUSA __Amanda Green__

DEENDANT: **JOSEPH MALDONADO-PASSAGE**

| Count(s) | USC Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 9-11 | 16 U.S.C. § 1538(a)(1)(F); and 18 U.S.C. § 2 | Violation of the Endangered Species Act; and aiding and abetting | NMT 1 yr. imprisonment; $100,000 fine, o/b; 1 yr. S/R. If revoked, additional 1 yr. imprisonment; $25 SA |
| 12-20 | 16 U.S.C. § 3372(d)(2); 16 U.S.C. § 3373(d)(3)(A)(ii); and 18 U.S.C. § 2 | Violation of the Lacey Act: False Labeling of Wildlife; and aiding and abetting | NMT 5 yrs imprisonment; $250,000 fine, o/b; 3 yrs. S/R. If revoked, additional 2 yrs. imprisonment; $100 SA |
| 21 | 16 U.S.C. § 3372(d)(2); 16 U.S.C. § 3373(d)(3)(A)(ii); and 18 U.S.C. § 2 | Violation of the Lacey Act: False Labeling of Wildlife; and aiding and abetting | NMT 5 yrs. imprisonment; $250,000 fine, o/b; 3 yrs. S/R. If revoked, additional 2 yrs. imprisonment; $100 SA |

Date: 11/6/18     Signature of AUSA  *Amanda Green*