# UNITED STATES DISTRICT COURT

__WESTERN__ DISTRICT OF __OKLAHOMA__

UNITED STATES OF AMERICA

V.                                                        **NOTICE**

JOSEPH MALDONADO-PASSAGE               CASE NUMBER: C R - 1 8 - 2 2 7 - S L P

**IN CUSTODY**

Type of Case

☐ CIVIL              ☒ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| William J. Holloway, Jr. United States Courthouse<br>200 N. W. 4th Street<br>Oklahoma City, Oklahoma 73102 | **Courtroom No. 201** |
|  | DATE AND TIME |
|  | WEDNESDAY, NOVEMBER 14TH, 2018 at 3:00 P.M. |

TYPE OF PROCEEDING

## ARRAIGNMENT

**TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESCHEDULED DATE AND TIME |
|---|---|---|
| William J. Holloway, Jr.<br>United States Courthouse<br>200 N.W. 4th Street<br>Oklahoma City, OK  73102 |  |  |

__GARY M. PURCELL__
U.S. MAGISTRATE JUDGE

__November 9, 2018__                         __s/Carrie Sims__
DATE                                         (BY) DEPUTY CLERK