## CRIMINAL COURTROOM MINUTE SHEET
## GRAND JURY ARRAIGNMENT ON INDICTMENT

DATE **11/14/2018** CASE NO. **CR-18-227-SLP** RECORD: **TIME 15 MIN   Ctrm 201, 3:00 p.m.**

MAGISTRATE JUDGE GARY M. PURCELL   CTRM DEPUTY CARRIE SIMS

UNITED STATES OF AMERICA vs. **JOSEPH MALDONADO-PASSAGE**

__X__ Dft states true and correct name as _____same_____ Age __55__

PLF CNSL **AMANDA MAXFIELD GREEN**      DFT CNSL **BILL EARLEY**
                                                                   Public Defender
PT SERVICES:_____ INTERPRETER: __N/A__

__X___ Defendant appears in custody of USM with counsel.
__X___ Defendant informed that he / she is not required to make a statement and that any statement made by his/her may be used against him / her.
_____ Defendant advised of his / her right of consular notification.
__X___ Defendant provided copy of Indictment. Dft fully advised by the Govt's statement of the substance of the count(s).
__X___ Court inquires of Plaintiff regarding notifying victim(s) of their rights.
__X___ Defendant enters plea of **Not Guilty**.
__X___ Case set on jury docket beginning the week of **JANUARY 8TH, 2019 @ 9:00 A.M.**
_____ Govt recommends Dft be released on _____ bond / detained based on risk of flight and/or danger to the community and requests a _____-day continuance / is ready to proceed with the detention hearing. Upon motion of the Govt and request for continuance by (both) Govt & Dft, detention hearing is set for _.

_____ Defendant temporarily detained pending detention hearing. Written Order entered.

_____ Defendant waives right to detention hearing. Waiver of Detention Hearing and Consent to Order of Detention Pending Further Proceedings entered. Order of Detention entered.

_____ Defendant requests the Detention Hearing be postponed at this time reserving the right to request a hearing at a later date should Defendant be released from current hold/sentence.

_____ Defendant released on previously posted bond w/conditions per Release Order.

_____ Bond set at _____ with conditions per Release Order as the Court finds that the release of the Defendant on a personal recognizance bond or unsecured appearance bond would not reasonably assure his/her appearance in court and the safety of the community.

__X___ Defendant detained per Detention Order previously entered. ( Entered on 10/4/18 before Judge Jones)

_____ The Court finds good cause to exceed the 3 and 5-day time limits provided by the Bail Reform Act. A Detention Hearing will not be held at this time based upon Defendant=s federal hold/sentence (in this or other jurisdictions). Should Defendant be released from the hold/sentence, a Detention Hearing will be promptly held upon request of either party.

_____ Defendant remanded to custody of USM pending execution of bond.

__X___ Defendant remanded to the custody of USM. _____