IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CR-18-227-SLP |
| | ) | (For consideration by Magistrate Judge |
| | ) | Bernard M. Jones) |
| JOSEPH MALDONADO-PASSAGE, | ) | |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION TO SEAL DOCUMENT**

Pursuant LCrR12.3, counsel for defendant, William P. Earley, requests the Court grant counsel leave to file under seal Exhibit 1 to the Motion to Reopen Detention Hearing and Brief in Support. Exhibit 1 includes information about Mr. Maldonado-Passage's health and other matters that are inappropriate for public access. Ms. Amanda Green, counsel for the government, does not object to this motion.

Respectfully submitted,

*s/ William P. Earley*
WILLIAM P. EARLEY
ASSISTANT FEDERAL PUBLIC DEFENDER
Bar Number 11293
SUITE 109, 215 DEAN A. McGEE AVENUE
OKLAHOMA CITY, OKLAHOMA  73102
(405)609-5930   FAX (405) 609-5932
E-mail   william.earley@fd.org

## CERTIFICATE OF SERVICE

    I hereby certify that on this the 19th day of November, 2018, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic filing to the following ECF registrants: Amanda Green and Charles Brown, Assistant United States Attorneys.

                                *s/ William P. Earley*
                                WILLIAM P. EARLEY