**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| UNITED STATES OF AMERICA,      )  <br>                                                          )  <br>            Plaintiff,                         )  <br>                                                          )  <br> v.                                                     )      Case No. CR-18-227-SLP  <br>                                                          )  <br> JOSEPH MALDONADO-PASSAGE,  )  <br>                                                          )  <br>            Defendant.                     )   | |

**ORDER**

Before the Court is Defendant's Unopposed Motion to Seal Document [Doc. No. 27]. Defendant seeks leave to file under seal Exhibit 1 to the Motion to Reopen Detention Hearing and Brief in Support. Defendant's motion is GRANTED.

IT IS THEREFORE ORDERED that counsel for Mr. Maldonado-Passage may file Exhibit 1 to the Motion to Reopen Detention Hearing and Brief in Support under seal.

IT IS SO ORDERED this 20th day of November, 2018.

_____
BERNARD M. JONES
UNITED STATES MAGISTRATE JUDGE