## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **-vs-** | ) | **No. CR-18-227-SLP** |
| | ) | |
| **JOSEPH MALDONADO-PASSAGE,** | ) | **Magistrate Judge** |
| **a/k/a Joseph Allen Maldonado,** | ) | **Bernard M. Jones** |
| **a/k/a Joseph Allen Schreibvogel,** | ) | |
| **a/k/a "Joe Exotic,"** | ) | |
| | ) | |
| **Defendant.** | ) | |

### MOTION REQUESTING PLAYBACK OF DETENTION HEARING

Pursuant to Local Criminal Rule 5.1.1, the United States respectfully requests permission to listen to a playback of the detention hearing of Defendant Joseph Maldonado-Passage, held before Magistrate Judge Bernard M. Jones on October 4, 2018. Defendant filed a Motion to Reopen Detention Hearing [Doc. No. 29] on November 20, 2018. The detention hearing audio will aid the United States in responding to Defendant's Motion.

Respectfully submitted,

ROBERT J. TROESTER
First Assistant United States Attorney

*s/Amanda Green*
AMANDA GREEN
Oklahoma Bar No. 19876
Assistant U.S. Attorney
210 W. Park Avenue, Suite 400
Oklahoma City, OK 73102
405-553-8770 (office)
405-553-8888 (fax)

Amanda.green@usdoj.gov

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 26th day of November, 2018, I electronically transmitted the United States' *Motion Requesting Playback of Detention Hearing* to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

William Early
Kyle Wackenheim

*<u>s/Amanda Green</u>*
AMANDA GREEN