IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) No. CR-18-227-SLP ) |
| JOSEPH MALDONADO-PASSAGE, a/k/a Joseph Allen Maldonado, a/k/a Joseph Allen Schreibvogel, a/k/a "Joe Exotic," | ) ) ) ) ) |
| Defendant. | ) ) |

## ORDER

Before the Court is United States' Motion Requesting Playback of Detention Hearing [Doc. No. 31]. The United States requests permission to listen to a playback of the detention hearing of Defendant Joseph Maldonado-Passage, held before Magistrate Judge Bernard M. Jones on October 4, 2018.

IT IS THEREFORE ORDERED that counsel for the United States may listen to playback of the detention hearing.

IT IS SO ORDERED this 26th day of November, 2018.

_____
BERNARD M. JONES
UNITED STATES MAGISTRATE JUDGE