# Exhibit 1

## Emails and Attachments

| From: | Green, Amanda (USAOKW) |
|---|---|
| To: | William Earley (William_Earley@fd.org) |
| Cc: | Eagleston, Jane (USAOKW); Green, Amanda (USAOKW); Brown, Charles (USAOKW) 2 |
| Subject: | Detention hearing exhibits 1 |
| Date: | Friday, September 28, 2018 4:58:06 PM |
| Attachments: | 3-332. Carole Baskin Interview 9-2018.pdf |
| | 2012-01-13 JoesThreat2012Jan13.mov |

Bill –

As promised, here are some of the items I intend to use. More coming today.  Will likely send more Monday.

AMG

Amanda Maxfield Green
Assistant United States Attorney
Western District of Oklahoma
210 Park Avenue, Suite 400
Oklahoma City, OK  73102
(405) 553-8770

| | |
|---|---|
| **From:** | Green, Amanda (USAOKW) |
| **To:** | William Earley (William_Earley@fd.org) |
| **Cc:** | Eagleston, Jane (USAOKW); Brown, Charles (USAOKW) 2; Green, Amanda (USAOKW) |
| **Subject:** | Detention hearing 2 |
| **Date:** | Friday, September 28, 2018 4:58:44 PM |
| **Attachments:** | 2013-10-17 If terminally ill one less person in Tampa.docx |
| | 2013-12-11 Take a trip.docx |
| | 2013-07-12 JS new gun - bring it on bitch.docx |

Amanda Maxfield Green
Assistant United States Attorney
Western District of Oklahoma
210 Park Avenue, Suite 400
Oklahoma City, OK  73102
(405) 553-8770

| | |
|---|---|
| **From:** | Green, Amanda (USAOKW) |
| **To:** | William Earley (William_Earley@fd.org) |
| **Cc:** | Green, Amanda (USAOKW); Eagleston, Jane (USAOKW); Brown, Charles (USAOKW) 2 |
| **Subject:** | Detention hearing 3 |
| **Date:** | Friday, September 28, 2018 4:59:21 PM |
| **Attachments:** | 2014-10-01 nothing to lose gunshot.mp4 |

Amanda Maxfield Green
Assistant United States Attorney
Western District of Oklahoma
210 Park Avenue, Suite 400
Oklahoma City, OK  73102
(405) 553-8770

| | |
|---|---|
| **From:** | Green, Amanda (USAOKW) |
| **To:** | William Earley (William_Earley@fd.org) |
| **Cc:** | Green, Amanda (USAOKW); Brown, Charles (USAOKW) 2; Eagleston, Jane (USAOKW) |
| **Subject:** | Detention hearing 4 |
| **Date:** | Friday, September 28, 2018 4:59:54 PM |
| **Attachments:** | Fwd Joe Exotic.msg |
| | Belize Instagram.PNG |
| | FB Come On Keep F with me GUN.PNG |
| | FW EXTERNAL Joe Exotic phone call 9-23-2018 @ 3.04 PM to 405-207-1990.msg |
| | Fwd EXTERNAL Fwd MALDONADO-PASSAGE JOSEPH # 26154-017.msg |

Amanda Maxfield Green
Assistant United States Attorney
Western District of Oklahoma
210 Park Avenue, Suite 400
Oklahoma City, OK  73102
(405) 553-8770

| | |
|---|---|
| **From:** | Green, Amanda (USAOKW) |
| **To:** | William Earley (William_Earley@fd.org) |
| **Cc:** | Brown, Charles (USAOKW) 2; Green, Amanda (USAOKW); Eagleston, Jane (USAOKW) |
| **Subject:** | Detention hearing 5 |
| **Date:** | Friday, September 28, 2018 4:59:58 PM |
| **Attachments:** | Yukon lease notes.JPG |
| | Yukon lease.JPG |
| | Yukon text.JPG |
| | Try this my way guns .jpg |
| | USM arrest report.pdf |

Amanda Maxfield Green
Assistant United States Attorney
Western District of Oklahoma
210 Park Avenue, Suite 400
Oklahoma City, OK  73102
(405) 553-8770

| | |
|---|---|
| **From:** | Green, Amanda (USAOKW) |
| **To:** | William Earley (William_Earley@fd.org) |
| **Cc:** | Eagleston, Jane (USAOKW); Green, Amanda (USAOKW); Brown, Charles (USAOKW) 2 |
| **Subject:** | Detention hearing 6 |
| **Date:** | Friday, September 28, 2018 5:02:13 PM |
| **Attachments:** | Turney, Donna 201809.pdf |

Bill – we will be using other online threats, all of which are in the regular discovery.


Amanda Maxfield Green
Assistant United States Attorney
Western District of Oklahoma
210 Park Avenue, Suite 400
Oklahoma City, OK  73102
(405) 553-8770