### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>JOSEPH MALDONADO-PASSAGE, )<br>  a/k/a Joseph Allen Maldonado, )<br>  a/k/a Joseph Allen Schriebvogel, )<br>  a/k/a "Joe Exotic," )<br>)<br>  Defendant. ) | Case No. CR-18-227-SLP |

### **O R D E R**

Upon motion of the United States and upon sufficient showing, IT IS HEREBY ORDERED that any documents or files produced to the defense by the United States that contain any personal identification information, including social security numbers, dates of birth, and financial account numbers, may be disclosed only to Defendant, defense counsel, and the agents of defense counsel, except as necessary during court proceedings, interviews of potential witnesses, defense counsel's investigation or that of his agent, or in court filings consistent with Rule 49.1 of the Federal Rules of Criminal Procedure. As to any court filings subject to this Order, the parties shall comply with § III.A of the Court's ECF Policies & Procedures Manual.

IT IS FURTHER ORDERED that Defendant, his attorneys, and the attorneys' agents make potential witnesses aware of this Court's Protective Order prior to any disclosure of protected information and instruct potential witnesses not to further disclose any protected information obtained from defense counsel or defense counsel's agents. Any

information obtained by a witness from the Defendant and which was obtained as a result of the discovery disclosure of the United States is likewise included in this protective order. The Defendant shall be made aware that, in addition to physical copies of the discovery, providing the content of the discovery orally or in personal writings would be in violation of this Order.

      IT IS SO ORDERED this 30th day of November, 2018.

*[signature]*
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE