# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

**Oklahoma City, Oklahoma**

**Date: December 13, 2018**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**   ) | |
| )  | |
| **Plaintiff,**   ) | |
| ) | |
| vs.   ) | Case No. CR-18-227-SLP |
| ) | |
| **JOSEPH MALDANADO-PASSAGE,**   ) | |
| ) | |
| **Defendant.**   ) | |

ENTER ORDER:

      The Court will conduct a Pretrial Conference, pursuant to Fed. R. Crim. P. 17.1, at 2:30 p.m., on December 27, 2018, in chambers, Room 5011.

THE ABOVE ORDER ENTERED AT THE DIRECTION OF JUDGE SCOTT L. PALK.

                                  **Carmelita Reeder Shinn, Clerk**

                                  **By: /s/ Marcia J. Davis**
                                        **Deputy Clerk**

**Copies to all parties of record**