IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOSEPH MALDONADO-PASSAGE, )<br>)<br>Defendant. ) | Case No. CR-18-227-SLP |

ORDER GRANTING MOTION FOR LEAVE TO FILE
UNDER SEAL AND *EX PARTE*
*(Re: Doc. __)*

This matter is before the Court on the motion of the defendant, Joseph Maldonado-Passage, requesting leave to file his Applications for *Subpoenas* under seal and *ex parte*. The Court finds the Motion for Leave to File Under Seal should be and is hereby granted. Applications for Subpoenas and the Orders deciding the merits of the applications and any documents associated with the issuance of process and return of information shall be filed and maintained under seal until further order of the Court.

It is so ordered this 20th day of February, 2019.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE