IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CR-18-227-SLP |
| ) | |
| JOSEPH MALDONADO-PASSAGE, ) | |
| ) | |
| Defendant. ) | |

## O R D E R

Pursuant to the Order entered December 21, 2018 [Doc. No. 51], this matter is set for Jury Trial on March 12, 2018. Accordingly, the following Trial deadlines are established:

1. Tuesday, March 5, 2019, at 2:00 p.m., in Chambers, Pretrial Conference pursuant to Fed. R. Crim P. 17.1;

2. Tuesday, March 12, 2019, at 9:30 a.m., Jury Selection; and

3. Monday, March 25, 2019, Jury Trial to commence.

IT IS SO ORDERED this 27th day of February, 2019.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE