IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOSEPH MALDONADO-PASSAGE, ) <br> ) <br> Defendant. ) | Case No. CR-18-227-SLP |

**PRETRIAL CONFERENCE MEMORANDUM**

On March 5, 2019, the Court held a pretrial conference pursuant to Federal Rule of Criminal Procedure 17.1.  Assistant U.S. Attorneys Amanda Maxfield Green and Charles Brown appeared on behalf of Plaintiff.  William Earley and Kyle Wackenheim appeared on behalf of Defendant Joseph Maldonado-Passage.  The following matters were discussed during the conference:

1. Plaintiff and Defendant announced they are ready for trial.  The parties indicated that they anticipate the trial will require approximately 9 days.

2. There are no outstanding discovery issues that require the Court's involvement at this time.

3. The Court requested that the parties submit a summary of the Superseding Indictment.  The parties indicated they would work to reach an agreed summary of the Superseding Indictment [Doc. No. 24] to be submitted to the Court within a few days.

4. The parties informed the Court they are working on stipulations regarding certain issues, and the Court encouraged them to reach reasonable stipulations.

5. Both parties anticipate filing pretrial motions.

6. The Court reiterated that jury selection will occur on March 12, 2019, starting at 9:30 a.m., with trial to commence on March 25, 2019, at 9:00 a.m. *See* Order of Feb. 27, 2019, Doc. No. 61.

7. The Court discussed with the parties the manner in which jury selection will be conducted, the anticipated daily trial schedule, and related procedural matters. The Court informed the parties that a jury instruction conference will likely occur in the evening of a day during the beginning of the second week of trial. No additional issues were raised by the parties.

**DATED** this 7th day of March, 2019.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE