# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | Case No. CR-18-2527-SLP |
| JOSEPH MALDONADO PASSAGE, ) | |
| Defendant. ) | |

## MINUTE SHEET OF PROCEEDINGS
## CRIMINAL JURY SELECTION

| **Honorable Scott L. Palk, Presiding** | Marcia J. Davis, Deputy Clerk |
|---|---|
| Emily Eakle, Court Reporter | Date proceedings held: 3/12/19 @ 9:00 a.m.<br>Time in court: 5.5 hours |

| Appearance for plaintiff(s):<br>Amanda Maxfield Green and Charles Brown | Appearance for defendant(s): William P. Earley and Kyle E. Wackenheim |
|---|---|

**HEARING CONCLUDED:** ☒ Yes;  ☐ No;

**Type of Hearing held:**

☒ JURY SELECTION; and  ☐ JURY TRIAL;

**Hearing held on**: Parties present; jury selection begins; the court voir dires the jury panel; Plaintiff and Defendant present challenges; jury empaneled and instructed to return March 25, 2018 at 9:00 a.m. for start of jury trial.

| ☐ **Motion Hearing**:<br>☐ Evidentiary hearing - Contested;<br>☐ Other proceeding - Non-evidentiary; | ☐ **Discovery Hearing**:<br>☐ Evidentiary hearing - Contested;<br>☐ Other proceeding - Non-evidentiary; | ☐ **Evidentiary Hearing**:<br>☐ Evidentiary hearing - Contested;<br>☐ Other proceeding - Non-evidentiary; |
|---|---|---|
| ☐ **Miscellaneous Hearing**:<br>☐ Evidentiary hearing - Contested;<br>☐ Other proceeding - Non-evidentiary; | ☐ **Show Cause Hearing**:<br>☐ Evidentiary hearing - Contested;<br>☐ Other proceeding - Non-evidentiary; | ☐ **Telephone conference**:<br>☐ Evidentiary hearing - Contested;<br>☐ Other proceeding - Non-evidentiary; |
| ☐ **Informal conference held**:<br>☐ Evidentiary hearing - Contested;<br>☐ Other proceeding - Non-evidentiary; | ☒ **Trial Status**:<br>☐ Evidentiary hearing - Contested;<br>☒ Other proceeding - Non-evidentiary; | ☐ **Other**:<br>☐ Evidentiary hearing - Contested;<br>☐ Other proceeding - Non-evidentiary; |
| ☐ **Evidence entered**; | ☐ **Witness testimony heard;** | ☐ **Oral arguments only;** |

**Status of Proceedings (Required if one of the above is selected):**

| ☐ Completed by Jury Verdict; | ☐ Jury Selection only, continued; | ☐ Continued from previous month; |
|---|---|---|
| ☒ Jury Selection or Verdict only; | ☐ Directed Verdict; | ☐ Mistrial; |
| ☐ Evidence Entered; | ☐ Guilty; | ☐ Findings from the Bench; |
| ☐ None; | ☐ Written Order to follow; | ☒ Proceedings continued to: 03/25/19 @ 9:00 a.m. |
| ☐ Issue Settled/Resolved; | ☐ Continued proceedings from: | ☒ Court Adjourned; |

*Other specifics:*

*Rev.Minute.motion.2014*