# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Case No. CR-18-227-SLP |
| ) | |
| JOSEPH MALDONADO PASSAGE, ) | |
| ) | |
| Defendant. ) | |

## MINUTE SHEET OF PROCEEDINGS
☐ **CIVIL HEARING** — ☒ **CRIMINAL HEARING**

| **Honorable Scott L. Palk, Presiding** | Marcia J. Davis, Deputy Clerk |
|---|---|
| Court Reporter: Emily Eakle | Date proceedings held: March 12, 2019 at 2:30 p.m.<br>Time in Court:   45 minutes |

| Appearance for plaintiff(s): Amanda Maxfield Green and Charles Brown | Appearance for defendant(s): William P. Earley and Kyle E. Wackenheim |
|---|---|

**HEARING CONCLUDED:** ☒ Yes;  ☐ No;

**Type of Hearing held:**
☐ Motion Hearing; ☐ Show Cause/Contempt Hearing; ☐ *Daubert* Hearing;
☐ Pretrial Conference; ☐ Docket Call; ☐ Oral Arguments; ☐ Status Conference; ☒ Other;

> Government's Motion in Limine regarding Impeachment of Witnesses [**Doc. No. 65**] is GRANTED; Government's Motion in Limine regarding Guilt, Investigation, or Prosecution of Others [**Doc. No. 66**] is DENIED; Defendant's Motion in Limine [**Doc. No. 69**] is GRANTED as to topics (c), (e), and (f), DENIED as to topics (a) and (b), and GRANTED IN PART and DENIED IN PART as to topic (d); Government's Motion in Limine regarding Carole Baskin's Late Husband [**Doc. No. 73**] is GRANTED; Government's objection to Defendant's Rule 609(b) Notice as to Mr. Cowie's conviction [**Doc. No. 81**] is SUSTAINED as to the conviction of Mr. Cowie with no objection from the Government as to the other parts of Defendant's Rule 609(b) Notice; Defendant's Objection to Rule 404(b) Notice – Doc. 63 [**Doc. No. 83**] is OVERRULED; Defendant's Objection to Rule 404(b) Notice – Doc. 64 [**Doc. No. 84**] is SUSTAINED.  The Court indicates to counsel that all evidentiary rulings may be re-raised at an appropriate time during trial.

| ☐ **Motion Hearing**:<br>☐ Evidentiary hearing - Contested;<br>☐ Other proceeding - Non-evidentiary; | ☐ **Discovery Hearing**:<br>☐ Evidentiary hearing - Contested;<br>☐ Other proceeding - Non-evidentiary; | ☐ **Evidentiary Hearing**:<br>☐ Evidentiary hearing - Contested;<br>☐ Other proceeding - Non-evidentiary; |
|---|---|---|
| ☐ **Miscellaneous Hearing**:<br>☐ Evidentiary hearing - Contested;<br>☐ Other proceeding - Non-evidentiary; | ☐ **Show Cause Hearing**:<br>☐ Evidentiary hearing - Contested;<br>☐ Other proceeding - Non-evidentiary; | ☐ **Telephone conference**:<br>☐ Evidentiary hearing - Contested;<br>☐ Other proceeding - Non-evidentiary; |
| ☐ **Informal conference held**:<br>☐ Evidentiary hearing - Contested;<br>☐ Other proceeding - Non-evidentiary; | ☐ **Trial Status**:<br>☐ Evidentiary hearing - Contested;<br>☐ Other proceeding - Non-evidentiary; | ☐ **Other**:<br>☐ Evidentiary hearing - Contested;<br>☒ Other proceeding - Non-evidentiary; |
| ☐ **Evidence entered**; | ☐ **Witness testimony heard;** | ☐ **Oral arguments  only;** |

**Status of Proceedings (Required if one of the above is selected):**

| ☐ Completed by Jury Verdict; | ☐ Jury Selection only, continued; | ☐ Continued from previous month; |
|---|---|---|
| ☐ Jury Selection or Verdict only; | ☐ Directed Verdict; | ☐ Mistrial; |
| ☐ Evidence Entered; | ☐ Guilty; | ☐ Findings from the Bench; |
| ☐ None; | ☐ Written Order to follow; | ☐ Proceedings continued to: |
| ☐ Issue Settled/Resolved; | ☐ Continued proceedings from: | ☒ Court Adjourned; |