# IN THE UNITED STATES DISTRICT COURT FOR

# THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) No. CR-18-227-SLP |
| | ) |
| JOSEPH MALDONADO-PASSAGE, | ) |
|   a/k/a Joseph Allen Maldonado, | ) |
|   a/k/a Joseph Allen Schreibvogel, | ) |
|   a/k/a "Joe Exotic," | ) |
| | ) |
| Defendant. | ) |

## UNITED STATES' DESIGNATION OF DEPOSITION TESTIMONY

Comes now the United States of America and files the following designation of deposition testimony for use in the trial of this matter.

### DEPOSED WITNESS – ASHLEY PAIGE WEBSTER

The United States designates the entire deposition testimony of witness Ashley Paige Webster taken March 19, 2019, in Oklahoma City, Oklahoma.

                                                                Respectfully submitted,

                                                                ROBERT J. TROESTER
                                                                First Assistant United States Attorney

                                                                s/*Amanda Green*
                                                                AMANDA GREEN
                                                                Assistant U.S. Attorney
                                                                OBA No. 19876

210 W. Park Avenue, Suite 400
Oklahoma City, Oklahoma  73102
(405) 553-8700 (Office)
(405) 553-8888 (Fax)
Amanda.green@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of March, 2019, I electronically transmitted this document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Assistant Federal Public Defenders:
William P. Earley
Kyle E. Wackenheim

                                                *s/Amanda Green*
                                                AMANDA GREEN