# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) ) No. CR-18-227-SLP |
| JOSEPH MALDONADO-PASSAGE,<br>  a/k/a Joseph Allen Maldonado,<br>  a/k/a Joseph Allen Schreibvogel,<br>  a/k/a "Joe Exotic," | ) ) ) ) ) ) |
| Defendant. | ) |

## STIPULATIONS

The Defendant Joseph Maldonado-Passage, his counsel William Earley and Kyle Wackenheim, and the United States, by and through Assistant U.S. Attorneys Amanda Green and Charles Brown, stipulate as proven the following facts:

1. On or about October 30, 2018, the National Fish and Wildlife Forensics Laboratory received five animal skulls that had been excavated from the property of the Greater Wynnewood Exotic Animal Park, located in Wynnewood, Oklahoma. Teeth from each of the five animal skulls were subjected to DNA testing. The results showed that all five animals were tigers (*Panthera tigris*).

2. The Forensic Analytical Crime Lab received metal and plastic fragments that had been removed from the five animal skulls. The fragments were examined by a forensic

scientist with a specialty in ballistics. The forensic scientist determined that the metal and plastic fragments were consistent with ammunition fired from a .410 shotgun.

The jury may take these facts as if they were proven by the United States at trial.

AGREED TO AND ACCEPTED this 25th day of March, 2019.

_____  
AMANDA GREEN  
Assistant U.S. Attorney

_____  
WILLIAM P. EARLEY  
Attorney for Defendant

_____  
JOSEPH MALDONADO-PASSAGE  
Defendant