# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | Case No. CR-18-227-SLP |
| ) | |
| JOSEPH MALDONADO-PASSAGE, ) | |
| Defendant. ) | |

## MINUTE SHEET OF PROCEEDINGS
## DAY 4 OF CRIMINAL JURY TRIAL

| **Honorable Scott L. Palk, Presiding** | Marcia J. Davis, Deputy Clerk |
|---|---|
| Emily Eakle, Court Reporter | Date proceedings held: 3/28/2019 @ 9:00 a.m.<br>Time in court: 7 hours. |

| Appearance for plaintiff(s):<br>Amanda Leigh Maxfield Green and Charles William Brown | Appearance for defendant(s): William P. Earley and Kyle E. Wackenheim |
|---|---|

**HEARING CONCLUDED:** ☐ Yes; ☒ No;

**Type of Hearing held:**

☐ **JURY SELECTION**; and ☒ **JURY TRIAL**;

**Hearing held on**: Parties present. Plaintiff's witness Alan Glover resumes testifying. Plaintiff also calls witnesses Lauren Love, Brian Hess, John Finlay and Mark Williams. Plaintiff's Exhibits 33, 34, 61, 61A, 147, 63 and Defendant's Exhibits 62, 21A are admitted. Court adjourned for the day, jury trial continued to 3/29/19 at 9:00 a.m.

| ☐ **Motion Hearing**:<br>☐ Evidentiary hearing - Contested;<br>☐ Other proceeding - Non-evidentiary; | ☐ **Discovery Hearing**:<br>☐ Evidentiary hearing - Contested;<br>☐ Other proceeding - Non-evidentiary; | ☐ **Evidentiary Hearing**:<br>☐ Evidentiary hearing - Contested;<br>☐ Other proceeding - Non-evidentiary; |
|---|---|---|
| ☐ **Miscellaneous Hearing**:<br>☐ Evidentiary hearing - Contested;<br>☐ Other proceeding - Non-evidentiary; | ☐ **Show Cause Hearing**:<br>☐ Evidentiary hearing - Contested;<br>☐ Other proceeding - Non-evidentiary; | ☐ **Telephone conference**:<br>☐ Evidentiary hearing - Contested;<br>☐ Other proceeding - Non-evidentiary; |
| ☐ **Informal conference held**:<br>☐ Evidentiary hearing - Contested;<br>☐ Other proceeding - Non-evidentiary; | ☒ **Trial Status**:<br>☒ Evidentiary hearing - Contested;<br>☐ Other proceeding - Non-evidentiary; | ☐ **Other**:<br>☐ Evidentiary hearing - Contested;<br>☐ Other proceeding - Non-evidentiary; |
| ☐ **Evidence entered**; | ☐ **Witness testimony heard;** | ☐ **Oral arguments only;** |

**Status of Proceedings (Required if one of the above is selected):**

| ☐ Completed by Jury Verdict; | ☐ Jury Selection only, continued; | ☐ Continued from previous month; |
|---|---|---|
| ☐ Jury Selection or Verdict only; | ☐ Directed Verdict; | ☐ Mistrial; |
| ☒ Evidence Entered; | ☐ Guilty; | ☐ Findings from the Bench; |
| ☐ None; | ☐ Written Order to follow; | ☒ Proceedings continued to: 03/29/2019 @ 9:00 a.m. |
| ☐ Issue Settled/Resolved; | ☐ Continued proceedings from: | ☒ Court Adjourned; |

*Other specifics:*

*Rev.Minute.motion.2014*