# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Case No. CR-18-227-SLP |
| ) | |
| JOSEPH MALDONADO-PASSAGE, ) | |
| ) | |
| Defendant. ) | |

**MINUTE SHEET OF PROCEEDINGS**
**DAY 7 OF CRIMINAL JURY TRIAL**

| **Honorable Scott L. Palk, Presiding** | Marcia J. Davis, Deputy Clerk |
|---|---|
| Emily Eakle, Court Reporter | Date proceedings held: 4/2/2019 @ 9:00 a.m.<br>Time in court: 2.5<br>hours. |

| Appearance for plaintiff(s):<br>Amanda Leigh Maxfield Green and Charles William Brown | Appearance for defendant(s): William P. Earley and Kyle E. Wackenheim |
|---|---|

**HEARING CONCLUDED:** ☐ Yes;  ☒ No;

**Type of Hearing held:**

☐ JURY SELECTION; and  ☒ JURY TRIAL;

| **Hearing held on**: Parties present. Closing arguments heard. The Jury deliberates and returns a verdict of guilty on all counts. |
|---|

| ☐ **Motion Hearing**:<br>☐ Evidentiary hearing - Contested;<br>☐ Other proceeding - Non-evidentiary; | ☐ **Discovery Hearing**:<br>☐ Evidentiary hearing - Contested;<br>☐ Other proceeding - Non-evidentiary; | ☐ **Evidentiary Hearing**:<br>☐ Evidentiary hearing - Contested;<br>☐ Other proceeding - Non-evidentiary; |
|---|---|---|
| ☐ **Miscellaneous Hearing**:<br>☐ Evidentiary hearing - Contested;<br>☐ Other proceeding - Non-evidentiary; | ☐ **Show Cause Hearing**:<br>☐ Evidentiary hearing - Contested;<br>☐ Other proceeding - Non-evidentiary; | ☐ **Telephone conference**:<br>☐ Evidentiary hearing - Contested;<br>☐ Other proceeding - Non-evidentiary; |
| ☐ **Informal conference held**:<br>☐ Evidentiary hearing - Contested;<br>☐ Other proceeding - Non-evidentiary; | ☒ **Trial Status**:<br>☐ Evidentiary hearing - Contested;<br>☒ Other proceeding - Non-evidentiary; | ☐ **Other**:<br>☐ Evidentiary hearing - Contested;<br>☐ Other proceeding - Non-evidentiary; |
| ☐ **Evidence entered**; | ☐ **Witness testimony heard**; | ☐ **Oral arguments only**; |

**Status of Proceedings (Required if one of the above is selected):**

| ☒ Completed by Jury Verdict; | ☐ Jury Selection only, continued; | ☐ Continued from previous month; |
|---|---|---|
| ☐ Jury Selection or Verdict only; | ☐ Directed Verdict; | ☐ Mistrial; |
| ☒ Evidence Entered; | ☐ Guilty; | ☐ Findings from the Bench; |
| ☐ None; | ☐ Written Order to follow; | ☐ Proceedings continued to: |
| ☐ Issue Settled/Resolved; | ☐ Continued proceedings from: | ☒ Court Adjourned; |

*Other specifics:*

*Rev.Minute.motion.2014*