IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CR-18-227-SLP |
| | ) | |
| JOSEPH MALDONADO-PASSAGE, | ) | |
| | ) | |
| Defendant. | ) | |

## VERDICT

We, the jury, duly empaneled and sworn in the above-entitled cause, upon our oaths find **DEFENDANT JOSEPH MALDONADO-PASSAGE** as follows:

**COUNT 1** – alleged use of interstate commerce facilities in the commission of murder-for-hire, in violation of 18 U.S.C. § 1958(a):

Not Guilty  _____

Guilty  ___X___

**COUNT 2** – alleged use of interstate commerce facilities in the commission of murder-for-hire, in violation of 18 U.S.C. § 1958(a):

Not Guilty  _____

Guilty  ___X___

**COUNT 3** – alleged violation of the Endangered Species Act by illegal taking, in violation of 16 U.S.C. § 1538(a)(1)(B):

Not Guilty  _____

Guilty         ___X___

**COUNT 4** – alleged violation of the Endangered Species Act by illegal taking, in violation of 16 U.S.C. § 1538(a)(1)(B):

Not Guilty  _____

Guilty         ___X___

**COUNT 5** – alleged violation of the Endangered Species Act by illegal taking, in violation of 16 U.S.C. § 1538(a)(1)(B):

Not Guilty  _____

Guilty         ___X___

**COUNT 6** – alleged violation of the Endangered Species Act by illegal taking, in violation of 16 U.S.C. § 1538(a)(1)(B):

Not Guilty  _____

Guilty         ___X___

**COUNT 7** – alleged violation of the Endangered Species Act by illegal taking, in violation of 16 U.S.C. § 1538(a)(1)(B):

Not Guilty  _____

Guilty  ___X___


**COUNT 8** – alleged violation of the Endangered Species Act by illegal offering for sale, in violation of 16 U.S.C. § 1538(a)(1)(F):

Not Guilty  _____

Guilty  ___X___


**COUNT 9** – alleged violation of the Endangered Species Act by illegal sale, in violation of 16 U.S.C. § 1538(a)(1)(F):

Not Guilty  _____

Guilty  ___X___


**COUNT 10** – alleged violation of the Endangered Species Act by illegal sale, in violation of 16 U.S.C. § 1538(a)(1)(F):

Not Guilty  _____

Guilty  ___X___

**COUNT 11** – alleged violation of the Endangered Species Act by illegal sale, in violation of 16 U.S.C. § 1538(a)(1)(F):

Not Guilty   _____

Guilty  __✗__


**COUNT 12** – alleged violation of the Lacey Act for false records of wildlife, in violation of 16 U.S.C. § 3372(d)(2):

Not Guilty  _____

Guilty  __✗__


**COUNT 15** – alleged violation of the Lacey Act for false records of wildlife, in violation of 16 U.S.C. § 3372(d)(2):

Not Guilty  _____

Guilty  __✗__


**COUNT 16** – alleged violation of the Lacey Act for false records of wildlife, in violation of 16 U.S.C. § 3372(d)(2):

Not Guilty  _____

Guilty  __✗__

**COUNT 17** – alleged violation of the Lacey Act for false records of wildlife, in violation of 16 U.S.C. § 3372(d)(2):

Not Guilty   _____

Guilty       __X_____


**COUNT 18** – alleged violation of the Lacey Act for false records of wildlife, in violation of 16 U.S.C. § 3372(d)(2):

Not Guilty  _____

Guilty       __X_____


**COUNT 19** – alleged violation of the Lacey Act for false records of wildlife, in violation of 16 U.S.C. § 3372(d)(2):

Not Guilty  _____

Guilty       __X_____


**COUNT 20** – alleged violation of the Lacey Act for false records of wildlife, in violation of 16 U.S.C. § 3372(d)(2):

Not Guilty  _____

Guilty       __X_____

**COUNT 21** – alleged violation of the Lacey Act for false records of wildlife, in violation of 16 U.S.C. § 3372(d)(2):

Not Guilty _____

Guilty ____X____

__4-2-2019__           _Thomas Busley_ (signature)
DATE                      FOREPERSON