**FILED**

MAY 2 2019

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY _____ LB _____, DEPUTY

To: Judge Scott Palk
Fr: Joseph Maldonado-Passage
Case # 5:18-CR-00227-SLP

Your Honor,
 I am writting not to get any pitty or anything special, I'm writting to let you know I had much more faith in the system and your court Room then what I wittnessed during my trial, I am so shocked and dissapointed with the Lying under Oath from the wittnesses the Gouverment had all while Mrs Green had the Evidence In Front of her to prove they were Lying But if she would have done her job about Finding Real Justice she would have never got this conviction, I have along with all attoreys. Have the proof 5 people lied under Oath, Now I have no problem being tried But I do Have a problem with crooked Justice is done just to win a case and Mrs Green should not only be charged with Conspireey to comitt perjury in your court Room but she tarnished everything about your court Room
 Your Honor I would like the chance to show you they lied   Thank you