To: Honorable Judge Palk
FR: Joseph Maldonado-Passage
RE: Case # 5:18-cr-00227-SLP

6-6-19

FILED
JUN 11 2019
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

Your Honor

    Sir I am writing you because I just found out yesterday where some of my evidence was that I could Not get ahold of for my trial, that would have shed light on my story and allowed me to go home,

    It has been discovered that my own Husband met Rebecca Chaiklin of Goode Productions in Tampa Florida of all places And Sold my Computer and 3 external Hard drives to Goode Productions in Feb, 2019 one month before my trial, and every time I asked about the whereabouts of my Evidence I was Lied to of its Location, and could not get Acess to it to properly Defend my case,

    I Have Never been in trouble before So I'm not sure How this works But Between Evidence Tampering and the Lying under Oath that went on that I can prove Can the verdict Not be sit aside and be

given a new trial, in hopes of getting a fair and honest trial, In all of my time running for Public Office I would have never dreamed our system is this broken and Government Attorneys can stand in a Federal Court and allow their witnesses to Lie under Oath just to win a case, the U.S. Attorneys office should be about getting to the truth and convicting the right person, there is so much wrong about this case,

Ask yourself how was I convicted of something my Vet and her office filled out wrong on a CVI when I was over 1000 miles away, when that can be answered we will all get to the truth,

Respectfully

*[signature]*

Joseph Maldonado-Passage