IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CR-18-227-SLP |
| ) | |
| JOSEPH MALDONADO-PASSAGE, ) | |
| ) | |
| Defendant. ) | |

**ORDER EXTENDING TIME TO FILE SENTENCING MEMORANDUM**
**[Re: Doc. 122]**

This matter is before the Court on the unopposed motion of the defendant, Joseph Maldonado-Passage, requesting an extension of time within which to file defendant's Sentencing Memorandum. The Court finds the motion should be granted. Defendant's Sentencing Memorandum shall be filed on or before October 15, 2019.

Signed this 11th day of October, 2019.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE