# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA

vs.

JOSEPH MALDONADO-PASSAGE,

**NOTICE OF HEARING**

Case Number CR-18-227-SLP

**Defendant Detained**

| Type of Case | _____ CIVIL | \_\_\_\_X\_\_\_\_ CRIMINAL |
|---|---|---|

*TAKE NOTICE*

That a proceeding in this case has been scheduled for the place, date and time set forth below:

Place:  U.S. Courthouse
        Courtroom 304
        200 N.W. 4th Street
        Oklahoma City, Oklahoma 73102

**DATE AND TIME**

**JANUARY 22, 2020 @ 10:00 A.M.**

All attorneys and other persons entering the U.S. Courthouse will be required to show valid photo identification.

TYPE OF PROCEEDING            **SENTENCING**

**TAKE NOTICE**- defendant and defendant's counsel should be prepared to participate in the initial presentence interview with the U.S. Probation Office **immediately after the plea hearing**.   The interview ordinarily takes 1 1/2 to 2 hours.

TAKE NOTICE: that the proceeding below has been rescheduled as indicated below:

Place:  U.S. Courthouse
        200 N.W. 4th Street
        Oklahoma City, Oklahoma 73102

**Date and Time Previously Scheduled**

JUDGE SCOTT L. PALK

by: */s/ Marcia J. Davis*
       Deputy Clerk

cc:   AUSA
      COUNSEL
      USMS
      USPO