## IN THE UNITED STATES DISTRICT COURT FOR THE

## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| -vs- | )   No.  CR-18-227-SLP |
| | ) |
| JOSEPH MALDONADO-PASSAGE, | ) |
|    a/k/a Joseph Allen Maldonado, | ) |
|    a/k/a Joseph Allen Schreibvogel, | ) |
|    a/k/a "Joe Exotic," | ) |
| | ) |
| **Defendant.** | ) |

## GOVERNMENT'S MOTION TO DISMISS THE INDICTMENT

In the interests of justice and pursuant to Fed. R. Crim. P. 48(a), the United States respectfully moves the Court to dismiss the Indictment filed on September 5, 2018.

                    Respectfully submitted,

                    TIMOTHY J. DOWNING
                    United States Attorney

                    s/*Amanda Green*
                    AMANDA GREEN
                    Assistant U.S. Attorney
                    OBA No. 19876
                    210 W. Park Avenue, Suite 400
                    Oklahoma City, Oklahoma  73102
                    (405) 553-8700 (Office)
                    (405) 553-8888 (Fax)
                    Amanda.green@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 22, 2020, I electronically transmitted this document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Assistant Federal Public Defenders:
William P. Earley
Kyle E. Wackenheim

                                            *s/Amanda Green*
                                            AMANDA GREEN