# TRANSCRIPT ORDER FORM - DIRECTIONS ON THE REVERSE SIDE

## PART I - To be completed by appellant within ten days of filing the notice of appeal

Short Title: United States v. Joseph Maldonado-Passage  
District: Western District of Oklahoma  
District Court Number: CR-18-227-SLP  
Circuit Court Number: 20-6010  
Name of Attorney: William P. Earley, Kyle E. Wackenheim  
Name of Law Firm: Federal Public Defender's Office for the Western District of Oklahoma  
Address of Firm: 215 Dean A. McGee, Suite 109, Oklahoma City, Oklahoma 73102  
Telephone of Firm: 405-609-5930  
Attorneys for: Joseph Maldonado-Passage  
Name of Court Reporter: Emily Eakle  
Telephone of Reporter: 405-609-5403  

## PART II - COMPLETE SECTION A OR SECTION B

### SECTION A - I HAVE NOT ORDERED A TRANSCRIPT BECAUSE
☐ A transcript is not necessary for this appeal, or  
☐ The necessary transcript is already on file in District Court  
☐ The necessary transcript was ordered previously in appeal number _____

### SECTION B - I HEREBY ORDER THE FOLLOWING TRANSCRIPT:
(Specify the date and proceeding in the space below)

Voir dire: March 12, 2019; Opening Statements: _____;  
Trial proceedings: March 25-29; April 1-2, 2019; Instruction Cnf: March 29, 2019;  
Jury Instructions: _____; Closing Arguments: _____;  
Post Trial Motions: _____; Other Proceedings: Sentencing hearing January 22, 2020.

(Attach additional pages if necessary)

☐ Appellant will pay the cost of the transcript.  
My signature on this form is my agreement to pay for the transcript ordered on this form.

☑ This case is proceeding under the Criminal Justice Act.  
NOTE: Leave to proceed *in forma pauperis* does not entitle appellant to a free transcript. An order of the district court allowing payment for the transcript at government expense must be obtained. *See* 28 U.S.C. §753(f).

### CERTIFICATE OF COMPLIANCE
I certify that I have read the instructions on the reverse of this form and that copies of this transcript order form have been served on the court reporter (if transcript ordered), the Clerk of U.S. District Court, all counsel of record or pro se parties, and the Clerk of the U.S. Court of Appeals for the Tenth Circuit. I further certify that satisfactory arrangements for payment for any transcript ordered have been made with the court reporter(s).

Signature of Attorney/Pro Se: s/ William P. Earley  
Date: February 11, 2020

## PART III - TO BE COMPLETED BY THE COURT REPORTER
Upon completion, please file one copy with the Clerk of the U.S. Court of Appeals and one copy with the Clerk of the U.S. District Court.

Date arrangements for payment completed: 2-24-2020  
Estimated completion date: 3-24-2020  
Estimated number of pages: 1,100  
I certify that I have read the instructions on the reverse side and that adequate arrangements for payment have been made.

Signature of Court Reporter: Emily Eakle  
Date: 2-24-2020

A-8 Transcript Order Form 4/97