IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CR-18-227-SLP |
| | ) | |
| JOSEPH MALDONADO-PASSAGE, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On November 30, 2018, this Court entered an Order directing that any documents or files produced to the defense by the United States that contained any personal identification information could only be disclosed to Defendant, defense counsel, or agents of defense counsel. [Doc. 37] The Order also addressed limits on redisclosure of the protected material. This matter is before the Court on the unopposed motion of Mr. Maldonado-Passage's previously appointed counsel for an order authorizing disclosure to Mr. Maldonado-Passage of documents that may fall within the realm of protected documents.

The government does not oppose counsel's disclosure of the documents identified in the motion. Given the lack of objection on the government's part, the Court finds no reason to deny counsel's request for authorization to provide the identified documents to Mr. Maldonado-Passage at the Bureau of Prisons facility in which he is held. However, the Court reminds counsel and the Defendant that documents or files produced to the

defense by the United States that contain any personal identification information continue to be subject to the restrictions on disclosure addressed in the Order of November 30, 2018. The Court directs counsel to send Mr. Maldonado-Passage a file-stamped copy of this Order and the Protective Order (Doc. 37).

    IT IS SO ORDERED this 21st day of April, 2020.

                                            SCOTT L. PALK
                                            UNITED STATES DISTRICT JUDGE