## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>JOSEPH MALDONADO-PASSAGE, )<br>  a/k/a Joseph Allen Maldonado, )<br>  a/k/a Joseph Allen Schriebvogel, )<br>  a/k/a "Joe Exotic," )<br>)<br>    Defendant. ) | Case No. CR-18-227-SLP |

### **O R D E R**

Before the Court is the Unopposed Motion for Order Authorizing Release of Case Related Material [Doc. No. 152]. On November 30, 2018, this Court entered an Order directing that any documents or files produced to the defense by the United States that contained any personal identification information could only be disclosed to Defendant, defense counsel, or agents of defense counsel. *See* Order [Doc. 37]. The Order also addressed limits on redisclosure of the protected material. This matter is before the Court on the unopposed motion of Mr. Maldonado-Passage's previously appointed counsel for an order authorizing disclosure to successor counsel documents that may fall within the realm of those subject to the protective order as well as other case related material.

The government does not oppose counsel's disclosure of the documents identified in the motion. Given the lack of objection on the government's part, the Court finds no reason to deny counsel's request for authorization to provide the identified documents to successor counsel. The Court reminds any counsel in possession of documents subject to

the Order of November 30, 2018 that the restrictions on redisclosure remain in effect. The Court directs a copy of this order accompany any material disclosed.

    IT IS SO ORDERED this 6th day of April, 2021.

                                              SCOTT L. PALK
                                              UNITED STATES DISTRICT JUDGE