FILED
United States Court of Appeals
Tenth Circuit

July 14, 2021

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

JOSEPH MALDONADO-PASSAGE, a/k/a Joseph Allen Maldonado, a/k/a Joseph Allen Schreibvogel, a/k/a Joe Exotic,

    Defendant - Appellant.

No. 20-6010
(D.C. No. 5:18-CR-00227-SLP-1)
(W.D. Okla.)

_____

## JUDGMENT

_____

Before **HARTZ**, **KELLY**, and **PHILLIPS**, Circuit Judges.

_____

    This case originated in the United States District Court for the Western District of Oklahoma and was argued by counsel.

    The judgment of that court is affirmed in part and vacated in part. The case is remanded to the United States District Court for the Western District of Oklahoma for further proceedings in accordance with the opinion of this court.

                              Entered for the Court

                              CHRISTOPHER M. WOLPERT, Clerk