UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert  
Clerk of Court

Jane K. Castro  
Chief Deputy Clerk

August 5, 2021

Carmelita Reeder Shinn  
United States District Court for the Western District of Oklahoma  
Office of the Clerk  
200 NW 4th Street  
Oklahoma City, OK 73102

**RE:   20-6010, United States v. Maldonado-Passage**  
Dist/Ag docket: 5:18-CR-00227-SLP-1

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeal issued today. The court's July 14, 2021 judgment takes effect this date. With the issuance of this letter, jurisdiction is transferred back to the lower court/agency.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert  
Clerk of Court

cc:   Steven W. Creager  
    Amanda L. Maxfield Green  
    Brandon Sample

CMW/sls