# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

Oklahoma City, Oklahoma

Dated: August 11, 2021

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | Case No. CR-18-227-SLP |
| | ) | |
| JOSEPH MALDONADO-PASSAGE, | ) | |
| | ) | |
| Defendant. | ) | |

**ENTER ORDER**:

In accordance with the Tenth Circuit's Order and Judgment [Doc. No. 160 & 161], affirming Defendant's conviction, vacating the sentence and remanding this matter for resentencing, the United States Probation office is directed to file a Supplement to its Final Presentence Investigation Report on or before August 20, 2021.   Deadlines for objections to the Supplement, the filing of an Amended Final Presentence Investigation Report, Sentencing Memorandums and Objections thereto shall be triggered in accordance with Fed. R. Crim. P. 32 and LCrR 32.2

**THE ABOVE ORDER ENTERED AT THE DIRECTION OF JUDGE SCOTT L. PALK**.

**Carmelita Reeder Shinn, Clerk of Court**
**Western District of Oklahoma**

By:     *s/Marcia J. Davis*
        Deputy Clerk