KNISS V. BUREAU OF PRISONS

AMANDA MAXFIELD GREEN UNITED STATES MAGISTRATE JUDGE
REPORT AND RECOMMENDATION

Petitioner, a pro se inmate,1 has filed a document stating his intention to file a petition for a writ of habeas corpus and requesting appointment of counsel. (Doc. 1). United States District Judge Scott L. Palk has referred this matter to the undersigned Magistrate Judge for proceedings consistent with 28 U.S.C. § 636(b)(1)(B), (C). (Doc. 3).

―

## Waggoner v. Oklahoma State of et al

| | |
|---|---|
| **Case Number:** | 5:2021cv00389 |
| **Filed:** | April 23, 2021 |
| **Court:** | US District Court for the Western District of Oklahoma |
| **Presiding Judge:** | Amanda Maxfield Green |
| **Referring Judge:** | Scott L Palk |
| **Nature of Suit:** | Prisoner: Civil Rights |
| **April 26, 2021** | **Filing 3** ENTER ORDER REFERRING CASE to Magistrate Judge Amanda Maxfield Green. Signed by the direction of Honorable Scott L. Palk on 4/26/2021. (kmt) |

―

## Johnson v. Core Civic Corp et al

| | |
|---|---|
| **Case Number:** | 5:2020cv01193 |
| **Filed:** | November 24, 2020 |

**EXHIBIT 12**

| | |
|---|---|
| **Court:** | US District Court for the Western District of Oklahoma |
| **Presiding Judge:** | Amanda Maxfield Green |
| **Referring Judge:** | Scott L Palk |
| **Nature of Suit:** | Prisoner: Civil Rights |
| **November 25, 2020** | **Filing 5** ENTER ORDER REFERRING CASE to Magistrate Judge Amanda Maxfield Green. Motions referred to Amanda Maxfield Green.Entered by the direction of Honorable Scott L. Palk on 11/25/20. (knt) |

**EXHIBIT 12**