

**Kirkpatrick Foundation**
August 2 at 10:57 AM · 🌐

◆ The ANIMAL Conference Speakers Spotlight: ◆ Amanda Maxfield Green: Lead Prosecutor in U.S. vs "Joe Exotic"

Amanda Maxfield Green is a United States Magistrate Judge in the Western District of Oklahoma. Immediately prior to assuming that role, she spent 10 years as an Assistant United States Attorney, prosecuting primarily health care fraud and financial crimes, along with violations of the federal wildlife laws. In 2019, she was the lead prosecutor in United States v. Joseph Maldonado-Passage, a/k/a "Joe Exotic," a case that was featured in the 2020 Netflix docu-series "Tiger King." Amanda received her undergraduate degrees and her law degree from the University of Oklahoma.

According to the HSUS, Oklahoma is one of Five states (Alabama, Nevada, North Carolina, Oklahoma and Wisconsin) with practically no laws regarding the private possession of dangerous wild animals. This is an animal welfare and public safety issue.

Plan now to join in this and other vital conversations at The ANIMAL Conference 2021 August 27th-28th
Registration and details at https://theanimalconference.com

**Details**

👥 30 people responded

🎟 Event by **Kirkpatrick Foundation**

📍 Oklahoma Contemporary

🎟 Tickets
bit.ly/3zrQNlb

🌐 Public · Anyone on or off Facebook

The third triennial ANIMAL conference will be held in Oklahoma City at the Oklahoma Contemporary Arts Center on August 27th and 28th, 2021. The two-day event will bring together ad... **See More**

Causes

**Tickets**

◆ Find Tickets

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Facebook © 2021

**EXHIBIT 13**