

**EXHIBIT 13**