

# United States District Court

## Western District of Oklahoma

I, Carmelita Reeder Shinn, Clerk of the United States District Court for the Western District of Oklahoma, do hereby certify that

*John M. Phillips*

was duly admitted and qualified to practice as an Attorney and Counselor of said District Court on the 2nd day of March, 2021.

In testimony whereof, I have unto set my hand and affix the seal of said Court, at my office in Oklahoma City, in the Western District of Oklahoma, this 20th day of August, 2021.

BY: _____
       Clerk

**EXHIBIT 1**



United States District Court

Western District of Oklahoma

I, Carmelita Reeder Shinn, Clerk of the United States District Court for the Western District of Oklahoma, do hereby certify that

*Amy Maletzky Hanna*

was duly admitted and qualified to practice as an Attorney and Counselor of said District Court on the 16th day of April, 2021.

In testimony whereof, I hereunto set my hand and affix the seal of said Court, at my office in Oklahoma City, in the Western District of Oklahoma, this 16th day of April, 2021.

BY: *Carmelita Reeder Shinn*
  Clerk

EXHIBIT 1