IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSEPH MALDONADO-PASSAGE | Case No. CR-18-227-SLP |

## NOTICE OF LEAVE OF ABSENCE

COMES NOW Molly Hiland Parmer, co-counsel for defendant, and respectfully notifies the Court before whom she has a case pending, Clerks of Court, and Opposing Counsel, that she is requesting leave. The period of leave during which time Applicant will be away from the practice of law and the purposes of leave are: **September 17, 2021** for a family wedding and **October 11, 2021 through and including October 15, 2021** for professional development.

Respectfully Submitted, this 20th day of August, 2021.

*/s/ Molly Hiland Parmer*
MOLLY HILAND PARMER
GEORGIA BAR NO. 942501
ATTORNEY FOR MR. MALDONADO-PASSAGE

PARMER LAW
1201 West Peachtree Street, Suite 2300
Atlanta, Georgia 30309
404-795-5060; Fax: 404-795-5117
Molly@Parmer.law

## CERTIFICATE OF SERVICE

I hereby certify that I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant: Charles William Brown, counsel for the United States.

Dated: This 20th day of August, 2021.

*/s/ Molly Hiland Parmer*
MOLLY HILAND PARMER
GEORGIA BAR NO. 942501
ATTORNEY FOR MR. MALDONADO-PASSAGE

PARMER LAW
1201 West Peachtree Street
Suite 2300
Atlanta, Georgia 30309
404-795-5060; Fax: 404-795-5117
Molly@Parmer.law