IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOSEPH MALDONADO-PASSAGE, )<br>  a/k/a Joseph Allen Maldonado, )<br>  a/k/a Joseph Allen Schriebvogel, )<br>  a/k/a "Joe Exotic," )<br>)<br>Defendant. ) | Case No. CR-18-227-SLP |

**O R D E R**

Before the Court is Defendant's Motion for Leave to File a Reply [Doc. No. 174].[1] The Motion is GRANTED. Defendant shall file the reply attached to the Motion within two days of the date of this Order.

IT IS SO ORDERED this 1st day of September, 2021.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE

---

[1] The Court also directs the Clerk to strike the version of the Motion filed at Doc. No. 173 because the subsequent filing at Doc. No. 174 appears to be an updated version of the Motion.