IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>JOSEPH MALDONADO-PASSAGE, )<br>a/k/a Joseph Allen Maldonado )<br>a/k/a Joseph Allen Schreibvogel )<br>a/k/a "Joe Exotic," )<br>)<br>Defendant. ) | Case No. 5:18-cr-00227-SLP |

## ORDER

Before the Court is the Defendant's Application to File Under Seal [Doc. No. 178]. Defendant seeks leave to file under seal the Sentencing Memorandum and corresponding exhibits. Defendant's Motion is GRANTED.

IT IS SO ORDERED this 21st day of September, 2021.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE