

**James**

later ... Jeff is too quiet

Tue, Jun 26, 8:52 AM

Call me when you get going this morning

We gotta get Joe now were being associated with Joe and cronies ..Jeff Johnson spreading drama

For sure. He is a loose cannon

Tue, Jun 26, 2:02 PM

Call me

Tue, Jun 26, 6:18 PM

Hey Lauren. Have not heard from Jeff in couple days which is odd. Checking on him. Hope y'all are good!

Sent as Text Message

   

MALD-PASS_006439

  

James

Sent as Text Message

Sorry wasn't aware. Been so busy around the park we crash out so early

I'll see if can text you later this evening

Tue, Jun 26, 9:10 PM

No governor

So sad ...

Never heard from Jeff today, or yesterday ... pretty shitty way to treat someone that went to bat for him with FBI and US Attorney. I convinced them to give him a chance and now he won't even speak to me. Makes me look like an idiot

It sucks sorry man ill do my

   

MALD-PASS_006440

  

No Service 11:00 PM

James

part

> Just don't understand why ... I wanted to trust him and believe him. He just made a fool of me. I hope he comes through but trust is damaged

I understand fully

Wed, Jun 27, 12:20 PM

Anything from,Jeff heading out there

> Preping for meeting with US attorneys

I hate people

> Lol. Need you to feel him out and see what his plans are

Wed, Jun 27, 3:08 PM

   

MALD-PASS_006441