## IN THE UNITED STATES DISTRICT COURT FOR THE

## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>-vs- )<br>)<br>JOSEPH MALDONADO-PASSAGE, )<br>  a/k/a Joseph Allen Maldonado, )<br>  a/k/a Joseph Allen Schreibvogel, )<br>  a/k/a "Joe Exotic," )<br>)<br>Defendant. ) | No.  CR-18-227-SLP |

## **ORDER**

Before the Court is the Motion to Stay Sentencing Proceedings [Doc. No. 184].

The Motion is DENIED as speculative and premature.

IT IS SO ORDERED this 14th day of October, 2021.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE