# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. CR-18-227-SLP |
| JOSEPH MALDONADO-PASSAGE, | ) ) ) |
| Defendant. | ) |

# **O R D E R**

Before the Court is the United States' Motion to Unseal Sentencing Memorandum, Attachments and Response [Doc. No. 188]. Defendant is directed to respond to the Motion on or before October 29, 2021.

IT IS SO ORDERED this 22nd day of October, 2021.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE