**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CR-18-227-SLP |
| | ) | |
| JOSEPH MALDONADO-PASSAGE, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>O R D E R</u>

Before the Court is the Government's Second Motion to Unseal Document [Doc.

No. 192].  Defendant is directed to respond to this Motion on or before December 8, 2021.

IT IS SO ORDERED this 1st day of December, 2021.

_____

**SCOTT L. PALK
UNITED STATES DISTRICT JUDGE**