# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
|                              ) | |
| Plaintiff,                   ) | |
|                              ) | |
| v.                           ) | Case No. CR-18-227-SLP |
|                              ) | |
| JOSEPH MALDONADO-PASSAGE,    ) | |
|                              ) | |
| Defendant.                   ) | |

## **O R D E R**

Before the Court is Defendant's Motion for Resentencing Hearing [Doc. No. 195]. If the Government intends to respond to this Motion, the Government is directed to do so on or before December 20, 2021.

IT IS SO ORDERED this 16th day of December, 2021.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE