## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA

vs.

JOSEPH MALDONADO-PASSAGE

**NOTICE OF HEARING**

Case Number CR-18-227-SLP

**Defendant Detained**

Type of Case  _____ CIVIL        ___X___ CRIMINAL

*TAKE NOTICE*

That a proceeding in this case has been scheduled for the place, date and time set forth below:

Place:  U.S. Courthouse
Courtroom 304
200 N.W. 4th Street
Oklahoma City, Oklahoma 73102

**DATE AND TIME**

**JANUARY 28, 2022 @ 10:00 a.m.**

All attorneys and other persons entering the U.S. Courthouse will be required to show valid photo identification.

TYPE OF PROCEEDING          **RESENTENCING**

TAKE NOTICE: that the proceeding has been rescheduled as indicated below:

Place:  U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, Oklahoma 73102

**Date and Time Previously Scheduled**

JUDGE SCOTT L. PALK

by: */s/ Marcia J. Davis*
      Deputy Clerk

cc:    AUSA
       COUNSEL
       USMS
       USPO