# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>-vs- )<br>)<br>JOSEPH MALDONADO-PASSAGE, )<br>  a/k/a Joseph Allen Maldonado, )<br>  a/k/a Joseph Allen Schreibvogel, )<br>  a/k/a "Joe Exotic," )<br>)<br>Defendant. ) | No. CR-18-227-SLP |

## UNITED STATES' MOTION FOR LEAVE TO FILE A REPLY

Pursuant to LCrR 12.1(c), the United States moves for leave to file a reply to Mr. Maldonado-Passage's response in opposition (Doc. 194) to the United States' renewed motion to unseal (Doc. 192). Leave to file a reply is warranted at this stage because, as explained in the proposed reply, Mr. Maldonado-Passage has informed the United States that he has withdrawn his objection to the United States' renewed motion to unseal.

Respectfully submitted,

ROBERT J. TROESTER
United States Attorney

s/ Steven W. Creager
STEVEN W. CREAGER
Bar Number: 30052 (OK)
Assistant U.S. Attorney
210 W. Park Avenue, Suite 400
Oklahoma City, Oklahoma 73102
(405) 553-8700 (office)
(405) 553-8888 (fax)
steven.w.creager@usdoj.gov

## Certificate of Service

      This is to certify that on January 6, 2022, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel of record.

s/ Steven W. Creager
Assistant U.S. Attorney
