IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No.  CR-18-227-SLP |
| ) | |
| JOSEPH MALDONADO-PASSAGE, ) | |
|   a/k/a Joseph Allen Maldonado, ) | |
|   a/k/a Joseph Allen Schreibvogel, ) | |
|   a/k/a "Joe Exotic," ) | |
| ) | |
| Defendant. ) | |

**UNITED STATES' REPLY TO THE RENEWED MOTION TO UNSEAL
SENTENCING MEMORANDUM, ATTACHMENTS, AND RESPONSE**

On December 1, 2021, the United States filed a Renewed Motion to Unseal Sentencing Memorandum, Attachments, and Response.  Doc. 192.  On December 3, 2021, Mr. Maldonado-Passage filed a filed a response opposing the United States' renewed motion to unseal.  Doc. 194.  At the suggestion of this Court, the parties conferred about a proposed protective order on December 9, 2021.  And on December 13, 2021, the United States sent a proposed protective order to counsel for Mr. Maldonado-Passage that it believed would satisfy the immediate needs of the government to investigate and the interests Mr. Maldonado-Passage asserted in his response.

On January 3, 2022, this Court entered an order setting Mr. Maldonado-Passage's resentencing hearing for January 28, 2022.  Doc. 197.  On January 6, 2022, counsel for Mr. Maldonado-Passage emailed counsel for the United States and stipulated to lifting

the seal on the sentencing memorandum, attachments, and response. Specifically, counsel for Mr. Maldonado-Passage stated, "We will stipulate to lift the seal." He then clarified, "Now that we have a sentencing date and it's close, we would withdraw objections or need for sealing."

Because Mr. Maldonado-Passage has withdrawn his objections to the United States' renewed motion to unseal the sentencing memorandum, attachments, and response, there is no party wishing to keep those documents sealed. Thus, the "strong presumption in favor of public access" should prevail, and this Court should unseal the documents. *See United States v. Pickard*, 733 F.3d 1297, 1302 (10th Cir. 2013).

## Conclusion

For these reasons and those in the United States' Renewed Motion to Unseal, this Court should grant the United States' Renewed Motion to Unseal and enter an order unsealing the sentencing memorandum, attachments, and response.

>
> Respectfully submitted,
>
> ROBERT J. TROESTER
> United States Attorney
>
> s/ Steven W. Creager
> STEVEN W. CREAGER
> Bar Number: 30052 (OK)
> CHARLES W. BROWN
> MATT DILLON
> Assistant United States Attorneys
> 210 Park Avenue, Suite 400
> Oklahoma City, Oklahoma 73102
> (405) 553-8700 (Office)
> (405) 553-8888 (Fax)
> steven.w.creager@usdoj.gov

**CERTIFICATE OF SERVICE**

  This is to certify that on January 7, 2022, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel of record.

               s/ Steven W. Creager
               STEVEN W. CREAGER
               Assistant United States Attorney