IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CR-18-227-SLP |
| ) | |
| JOSEPH MALDONADO-PASSAGE, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

Before the Court is the United States' Renewed Motion to Unseal Sentencing Memorandum, Attachments, and Response [Doc. No. 192]. Defendant responded [Doc. No. 194] and the United States replied [Doc. No. 202]. Based on the agreement of the parties as discussed in the reply, the Court will grant the government's motion and unseal the filings at issue.

IT IS THEREFORE ORDERED that the United States' Renewed Motion to Unseal Sentencing Memorandum, Attachments, and Response [Doc. No. 192] is GRANTED. The Clerk is directed to unseal the Sentencing Memorandum and its attachments [Doc. No. 180] and the United States' Response to Defendant's Sentencing Memorandum [Doc. No. 187].

IT IS SO ORDERED this 7th day of January, 2022.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE