RE-SENTENCING COURTROOM MINUTE SHEET                DATE  January 28, 2022

CR. CASE NO.  18-227-SLP

 U.S.A. -vs-  JOSEPH MALDONADO-PASSAGE

TOTAL TIME   1:30

JUDGE SCOTT L. PALK          DEPUTY JANET WRIGHT          REPORTER Emily Cripe

COUNSEL FOR GOVERNMENT.  Charles Brown   Matthew Dillon    Steven Creager

COUNSEL FOR DEFENDANT.    Amy Hanna   J Blake Patton   John Phillips   Molly Parmer

SENTENCING MINUTE: Dft. appears in person with retained counsel

Pre-Sentence report is accepted as submitted.            Probation Officer:  Kali Funderburk

DEFENDANT IS SENTENCED TO CUSTODY OF BUREAU OF PRISONS FOR A TERM OF 252 months as follows:
    102 months as to Count 1;
    102 months as to count 2; to run consecutively to Count 1;
    12 months as to each of Counts 3-11 to run concurrently with the other counts;
    48 months as to each Counts 12 and 15-21, to run concurrently with one another and consecutive to Count 1

Upon expiration of sentence imposed herein, defendant shall serve a term of supervised release of 3 years.  This consists of 3 years on each of Counts 1,2,12, and 15-21, and 1 year as to each of Counts 3-11, all such terms to run concurrently.

Defendant to abide by following conditions of probation/supervised release:

(X)     shall participate in the Inmate Financial Responsibility Program while incarcerated.
(X)     other. The defendant shall comply with the special conditions listed in PART D of the presentence investigation report.

Fine is hereby waived due to dft's inability to pay such fine.

PAY A SPECIAL ASSESSMENT FEE OF $1,225.00, consisting of $100.00 per felony Count and $25.00 per misdemeanor Count, Due immediately.

DFT. adv. of right to appeal & to appeal in f.p.  DFT. gives oral notice of appeal and Clerk  directed to spread of record APPEAL BOND set in the amt of _____ CASH or SURETY.

Court orders commitment to the custody of the Bureau of Prisons/Attorney General & recommends that dft be incarcerated at: FMC Forth Worth, TX or Butner, NC

DFT. REMANDED TO U.S.M.

Defendant's Exhibit 1 and Government 1 admitted, Court retains exhibits.