IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CR-18-227-SLP |
| | ) | |
| JOSEPH MALDONADO-PASSAGE, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Before the Court is the Motion for Leave to File Oversized Brief [Doc. No. 211] filed by Defendant Joseph Maldonado-Passage. Defendant requests the Court grant him leave to file an oversized brief of 250 pages in support of a motion for new trial. Defendant offers only the following explanation for why such a lengthy brief is necessary:

> The investigation into Mr. Maldonado went on for over two years and involves complex issues and actors. Post-conviction counsel conducted an extensive investigation into the case, wherein a large amount of new evidence was turned over including, but not limited to hundreds of recordings. . . . The number of pages devoted to each issue is not excessive in light of the information turned over to post conviction counsel. The additional pages are necessary in outlining the depravation of Mr. Maldonado's constitutional rights at the hands of the federal government.

Mot. 1-2. This limited description fails to justify the necessity of such an extraordinary number of excess pages. The Court will not grant Defendant's exceptional request based on the scant explanation in the Motion.[1]

---

[1] Further, Defendant is reminded that the Court is certainly able to order supplemental briefing or argument in the event the Court determines additional briefing on a material issue is necessary.

IT IS THEREFORE ORDERED that Defendant's Motion for Leave to File Oversized Brief [Doc. No. 211] is DENIED.

IT IS SO ORDERED this 10th day of February, 2022.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE