UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

February 14, 2022

Amy Maletzky Hanna
Florida Justice
212 North Laura Street
Jacksonville, FL 32202

Molly Parmer
Parmer Law
1201 West Peachtree St, Suite 2300
Atlanta, GA 30309

J. Blake Patton
Walding & Patton
518 Colcord Drive
Oklahoma City, OK 73102

John M. Phillips
Law Office of John M. Phillips
212 North Laura Street
Jacksonville, FL 32202

**RE:    22-6025, United States v. Maldonado-Passage**
        Dist/Ag docket: 5:18-CR-00227-SLP

Dear Counsel:

Your appeal has been docketed, and the appeal number is above. **Within 14 days** from the date of this letter, Appellant's counsel must electronically file:

- **An entry of appearance** per 10th Cir. R. 46.1(A).
- **A docketing statement** per 10th Cir. R. 3.4.
- **A transcript order form or notice that no transcript is necessary** per 10th Cir. R. 10.2. This form must be filed in **both** the district court and this court.
- **Please note:** A defendant-appellant's trial counsel in criminal and post-conviction cases **must** perfect the appeal before seeking to withdraw. This is the case even if counsel did not file the notice of appeal. Perfecting the appeal requires filing, at a minimum, an entry of appearance and a docketing statement. 10th Cir. R. 46.3(A).

**Also within 14 days**, Appellee's counsel must electronically file an entry of appearance. **Attorneys that do not enter an appearance within the specified time frame will be removed from the service list.**

**Within 30 days** from the date of this letter, Appellant must **pay the $505.00 filing and docketing fees** or file an application for leave to proceed *in forma pauperis* on appeal <u>in the district court</u>. Fed. R. App. P. 3(e) and 10th Cir. R. 3.3(B).

The Federal Rules of Appellate Procedure, the Tenth Circuit Rules, and forms for the aforementioned filings are on the court's website. The Clerk's Office has also created a set of quick reference guides and checklists that highlight procedural requirements of appeals filed in this court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court


cc:     Charles Brown
        Steven W. Creager
        Matthew Bryan Dillon


CMW/mlb