**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**
www.okwd.uscourts.gov

**CARMELITA REEDER SHINN**
CLERK

**WILLIAM N. PIGOTT, JR.**
CHIEF DEPUTY

200 N.W. 4th Street, Room 1210
Oklahoma City, Oklahoma 73102
(405) 609-5000   Fax (405) 609-5099

March 3, 2022

Clerk of the Court
Tenth Circuit Court of Appeals
The Byron White, U.S. Courthouse
1823 Stout Street
Denver, Colorado 80257

RE:   5:18-CR-00227-SLP-1; 22-6025 United States v. Maldonado-Passage

Dear Mr. Wolpert:

Notice is hereby given that

- ☐ no transcripts are necessary; or
- ☐ transcripts are already on file; or
- ☑ transcripts have been electronically filed

for the above captioned case.  The record is ready for appeal purposes.

Sincerely,

CARMELITA REEDER SHINN, COURT CLERK


by:   s/ K Thompson
        Case Administrator


cc: Counsel of Record