

Thank You,

John

John M. Phillips, B.C.S.**
Phillips & Hunt



*Board Certified Specialist in Civil Trial Law by the Florida Bar
*Licensed to practice in Florida, New York, Georgia, Alabama, Texas, Oklahoma, Illinois and the District of Columbia

To: 'John Phillips' <jmp@floridajustice.com>
Subject: Joe Maldonado-Passage Virus

Here are the screen shots with the virus found and subsequently removed after downloading Joe's files from their site:

1

Exhibit 2



Exhibit 2



3

Exhibit 2





Phillips & Hunt
212 N. Laura
Jacksonville, FL 32202
O: (904) 438-3941 x 412
E: jjl@floridajustice.com
W: www.floridajustice.com

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is

Exhibit 2