This transcript was exported on Dec 22, 2021 - view latest version here.

Speaker 1 (00:00):

Hey.

James Garretson (00:09):

Hey, what's going on?

Speaker 1 (00:12):

Oh, I'm just pulling these two pans out of this cage. These two tigers are thinking they want to jump on me.

James Garretson (00:16):

Oh, shit! Don't get eaten.

Speaker 1 (00:18):

Ah. Not while I'm talking to you [inaudible 00:00:21].

James Garretson (00:21):

Shit.

Speaker 1 (00:23):

You'll be recording that call, and someone had said [crosstalk 00:00:26]-

James Garretson (00:25):

Shut the fuck up!

Speaker 1 (00:31):

Oh, I meant you're selling it to the Inquirer.

James Garretson (00:33):

Oh, I already sold a video yesterday. Yeah.

Speaker 1 (00:36):

You did?

James Garretson (00:36):

Yeah. Fuck yeah, I did.

Speaker 1 (00:39):

To who?

James Garretson (00:39):

Oh, to Eric Goode. I just sold a fucking little video, just ran around with him for a little while. He's pro-animal. He has animals and shit.

Exhibit 4

This transcript was exported on Dec 22, 2021 - view latest version here.

Speaker 1 (00:47):

Oh.

James Garretson (00:49):

But Joe is cooked, dude. Joe is cooked.

Speaker 1 (00:52):

Well, somebody just sent me a story about Finley testifying.

James Garretson (00:58):

Yeah, yeah, yeah. I seen ... A reporter told me last night about how bad it was, and he broke down like a bitch and all this other stuff.

Speaker 1 (01:08):

Finley did?

James Garretson (01:09):

Yeah. He broke down.

Speaker 1 (01:10):

Yeah. They said he started crying on the stand.

James Garretson (01:13):

Yeah. They said he broke down, but he said he transported over 100 cats for Joe and collected the money. You know, that motherfucker Joe blew kisses at me in court?

Speaker 1 (01:25):

He blew kisses at you?

James Garretson (01:26):

Yeah. He was a cocky motherfucker, man. I wanted to snatch him up. But yeah, he was just a fucking arrogant bastard. But the judge, they have one witness for the defense.

Speaker 1 (01:43):

Who's that?

James Garretson (01:45):

Brittany Peet from PETA.

Speaker 1 (01:48):

That's for the defense?

James Garretson (01:50):

Exhibit 4

This transcript was exported on Dec 22, 2021 - view latest version here.

Yeah, and I don't know what the fuck she could say ... Because everything's hearsay.

Speaker 1 (01:55):

But I thought you said that Trey was testifying?

James Garretson (01:57):

Well, Trey testified for the prosecution, but he actually kind of defended Joe a little bit, saying what a great guy he was and all this other shit.

Speaker 1 (02:10):

Yeah.

James Garretson (02:11):

But yeah. It's pretty fucking devastating.

Speaker 1 (02:15):

Well, what about Lowe?

James Garretson (02:18):

Lowe? There's something going on with Lowe because Lowe was the last one to call to testify. The government-

Speaker 1 (02:25):

[inaudible 00:02:25]?

James Garretson (02:25):

Yeah, but not. He didn't testify. The government didn't use him. They used Lauren.

Speaker 1 (02:32):

Really?

James Garretson (02:34):

And I think Jeff's just got his ass such in a fucking ringer with perjury and lying. Yeah. I don't know. Something's going on.

Speaker 1 (02:45):

Either that or they're going to give him complete immunity.

James Garretson (02:49):

No. No, no, no. There's something going on. I don't know what it is, but yeah, there's something big going on behind the scenes. But yeah, Joe is cooked. He's cooked.

Speaker 1 (03:01):

Exhibit 4

This transcript was exported on Dec 22, 2021 - view latest version here.

Ah, at least from what I'm reading, it sounds like he is. I wouldn't want to be ... How long were you up there?

James Garretson (03:08):
I was up there seven hours.

Speaker 1 (03:11):
On the stand?

James Garretson (03:12):
Yeah. I was on the stand for seven hours, from morning-

Speaker 1 (03:15):
They didn't even mention you in any of the court things.

James Garretson (03:18):
Look at Wednesday. Look at the news on Wednesday.

Speaker 1 (03:22):
Oh. Why? What's it say?

James Garretson (03:23):
Well, no. Just basically, I was there all day. It was me, and then the FBI agent. But yeah. I did seven hours. I mean, they grilled me. We had to go through every fucking tape, every audio, every text message. I mean, it was long and grueling.

Speaker 1 (03:41):
Wow.

James Garretson (03:41):
Yeah, it was fucking-

Speaker 1 (03:42):
Joe was blowing kisses to you?

James Garretson (03:44):
Yeah. He blew a kiss and the jurors saw it. You know, the witness box is right next to the jury, and they were watching his facial expressions, and he would smile. And his lawyer would get up and say, "Well, you know James does this and this!" And then the prosecution would jump up and say, "What James does ... James isn't on trial here. You are." And the judge would throw it out, you know?

Speaker 1 (04:12):
Really?

Exhibit 4

This transcript was exported on Dec 22, 2021 - view latest version here.

James Garretson (04:14):

Yeah, yeah. So, they couldn't get anything in there.

Speaker 1 (04:19):

James isn't ... Yeah. But the jury hears all that.

James Garretson (04:22):

Oh, no. He barely started to say what James did for a living, and this and that, back in the day, and the prosecution stopped him right in his tracks so they couldn't figure out what exactly he was going at. That US attorney's a nasty little bitch, man. I'd never want to go in front of her. She's nasty.

Speaker 1 (04:45):

Really?

James Garretson (04:45):

I'd never seen an attorney that nasty. She's nasty. Yeah.

Speaker 1 (04:48):

That's the one you'd want on your side.

James Garretson (04:50):

Yeah, yeah, yeah. And I had to do one of those rule 11s and tell them everything I fucking did, and all the scams I've done in my life, and shit. Who gives a fuck?

Speaker 1 (05:01):

I don't even want to know!

James Garretson (05:04):

Oh, it was bad. They were sticking their ... Their jaw dropped, but whatever. Yeah. And Joe ... His defense was like, "Well, James ran a prostitution ring for ..." you know? And that's what Joe told the prosecutors when he was trying to get out, pull a deal. He's like, "James ran an Asian prostitution ring." Well, James didn't run the ring. James was in a ring, but they weren't Asian bitches, they were white and black.

Speaker 1 (05:32):

Yeah, yeah. And who cares?

James Garretson (05:34):

And they're prostitutes. Who cares? You know? If that's all you got on me, because Joe's never been on the inside of anything I've done or anything, so he just assumes because he heard by Jeff Lowe.

Speaker 1 (05:46):

Yeah.

Exhibit 4

This transcript was exported on Dec 22, 2021 - view latest version here.

James Garretson ([05:47](#)):
But man, it looks-

Speaker 1 ([05:48](#)):
Oh, yeah. He was telling everybody you were doing credit card scams.

James Garretson ([05:51](#)):
Yeah. Well, I did some of them too, but I haven't done that shit in a long time. But nah. I haven't done that shit in a long time.

Speaker 1 ([05:57](#)):
Well, I know, I [crosstalk 00:05:59]-

James Garretson ([06:00](#)):
Nah. I participated in drive-bys. I participated in credit card fraud. I participated in prostitution, gambling, you know?

Speaker 1 ([06:07](#)):
What do you mean, "drive-bys"?

James Garretson ([06:10](#)):
Yeah. I participated in all that shit.

Speaker 1 ([06:14](#)):
But-

Speaker 1 ([06:15](#)):
Dude, I don't ...

James Garretson ([06:15](#)):
Yeah.

Speaker 1 ([06:17](#)):
I guess it doesn't matter because you told them all.

James Garretson ([06:19](#)):
I told the government, so you know, whatever. They were just like, "You've got to tell us everything you've done so there's no surprises." All right. How many hours do you have? You know? And then they were like, "Do you do this stuff anymore?" Eh, you know, the prostitutes ... I buy prostitutes, but I don't do any of that life anymore.

Speaker 1 ([06:41](#)):
Yeah.

Exhibit 4

This transcript was exported on Dec 22, 2021 - view latest version here.

James Garretson ([06:43](#)):

I've actually walked straight for about seven years. Whatever. I've ever paid taxes the last seven years.

Speaker 1 ([06:51](#)):

Well, you're better than me.

James Garretson ([06:52](#)):

People can change!

Speaker 1 ([06:56](#)):

You should have just said that.

James Garretson ([06:58](#)):

Yeah, people could-

Speaker 1 ([07:00](#)):

[inaudible 00:07:00] does a lot of things, but people can change, and he changed for the worst.

James Garretson ([07:03](#)):

Yeah, yeah. At least I didn't murder all these animals and shit, and shove big, black objects in other people's ass and stuff. You know? I don't know. I've got some friends that are gay, and whatever, but their gay is a whole nother level.

Speaker 1 ([07:24](#)):

I got a girl working for me that's gay, and her gay is a whole nother level too.

James Garretson ([07:30](#)):

Oh, yeah. That bitch don't know what she is. She's tri-sexual. She'll probably try anything.

Speaker 1 ([07:35](#)):

Oh, I heard she likes it rough. That's what Shane's guy told me when I first came back. They said he showed up at her place with all those scratches all over his back, and Jackie did it to him.

James Garretson ([07:44](#)):

Little whore.

Speaker 1 ([07:44](#)):

And then she said, "We didn't even do nothing." She said, "I just met the guy." She said, "I didn't sleep with that little fucker." Well, how'd he get all those scratches? Shane had pictures. I think the fucker backed into a tiger cage up here and leaned up against the tiger cage and something grabbed him.

James Garretson ([08:02](#)):

I thought she had a boyfriend or a husband or some shit in North Dakota.

Exhibit 4

This transcript was exported on Dec 22, 2021 - view latest version here.

Speaker 1 (08:07):

I know. But you know, they don't miss one slice off of cutting low.

James Garretson (08:11):

Tell her I'm going to send my guy, Bird, over there to pick her up. She's going to be one of our whores now.

Speaker 1 (08:16):

Yeah. Well, you [inaudible 00:08:19]. You're just hooking her up to make a little extra money.

James Garretson (08:20):

Yeah. Just get money on the side. You know, a few bucks here and there.

Speaker 1 (08:23):

Somebody ought to be paying her.

James Garretson (08:25):

Yeah, I mean, she does it for free.

Speaker 1 (08:29):

[crosstalk 00:08:29] she probably owns half this tiger [inaudible 00:08:30].

James Garretson (08:30):

Yeah. She ought to bring you back money every day. Go be a whore and bring you back money.

Speaker 1 (08:34):

There you go! I'll get her drunk on some wine and tell her that.

James Garretson (08:37):

I don't really understand how women do it, but they'll give you all their damn money. I just don't understand what they think.

Speaker 1 (08:45):

Yeah. Because I let her come up here and be around the tigers.

James Garretson (08:48):

Yeah. You ought to charge her. Yeah. I don't know if she's gay or what she is. I heard she likes ... Well, no. She probably likes boys. I heard Saff was a boy.

Speaker 1 (09:01):

Get out of here!

James Garretson (09:04):

Exhibit 4

This transcript was exported on Dec 22, 2021 - view latest version here.

Hey, it was funny though, the other day in court ... Or, not in court, before court, I was like ... where they're going to ask you all these questions and stuff. And I thought they already knew about Saff getting her other arm fucking almost ripped off.

Speaker 1 (09:17):

What? Both of them?

James Garretson (09:20):

Yeah. You didn't hear about that? I thought I told you about that.

Speaker 1 (09:24):

No. I didn't know the second one almost got it.

James Garretson (09:26):

Oh, yeah. So, Joe gave me this orange tiger. He was a young cub, about eight, nine months old. And I was like, "Aw, fuck." Gave me the white one, and I was like, "I'll take that one too." And I didn't realize that that tiger, two days prior to that, ripped her fucking other arm clear open.

James Garretson (09:49):

I knew it happened because I was there because Joe was stitching it up. Because Joe looked at me and said, "Oh, we had a problem here." And then, Joe was like, "I used to be a mortician," and he was sewing her arm up. I mean, this was a gash probably about nine inches long, two inches wide.

Speaker 1 (10:05):

Holy shit!

James Garretson (10:06):

Yeah.

Speaker 1 (10:06):

From a cub?

James Garretson (10:08):

Yeah, from about a seven month old cub. I mean, fucking ripped it. Just fucking-

Speaker 1 (10:12):

I mean, I know they can do it. Believe me.

James Garretson (10:14):

No. This looked like an adult. So, I showed up one day, and Joe was stitching her fucking arm up, and I'm like, "Dude. You're not very sanitary and shit." And he was like, "I used to be a mortician and was talking about all this."

Speaker 1 (10:27):

Exhibit 4

This transcript was exported on Dec 22, 2021 - view latest version here.

Well, they don't care if they get infected. Dead bodies don't care if they're infected.

James Garretson (10:31):
Yeah. I guess. But he was stitching her up, and I was like, "Damn. Tiger fucked her up." And that was her other arm. And-

Speaker 1 (10:39):
Well, yeah because she didn't have the first one anymore.

James Garretson (10:43):
And then, when Eric goes in to load this fucking cat up, this orange cat, he goes in with a shield and shit. I'm like, "Just grab that motherfucker by the neck and throw him in there. Just scruff and just chuck him in there." He's like, "Fuck no!" And that cat was the one that got Saff.

Speaker 1 (11:01):
Wow. You didn't even know?

James Garretson (11:02):
Didn't even know. He didn't even tell me. He said it was a playtime cat, and it was a mother raised cat. Yeah. And then, the fucking feds didn't even know about that arm. And somebody lost their finger out there by a bear.

Speaker 1 (11:19):
An employee?

James Garretson (11:20):
Yeah. Somebody lost their whole finger.

Speaker 1 (11:21):
To what bear?

James Garretson (11:24):
I don't know. Some bear that they have there.

Speaker 1 (11:26):
Oh, I didn't know that either.

James Garretson (11:28):
Yeah. I guess-

Speaker 1 (11:29):
That doesn't surprise me.

Exhibit 4

This transcript was exported on Dec 22, 2021 - view latest version here.

James Garretson (11:30):

Yeah. I guess Joe was just having accidents left and right, but he was covering it up.

Speaker 1 (11:33):

[crosstalk 00:11:33] Jackie got it. Does she have all her fingers and all her toes? I watched her put green toenail polish on the other day, so I know she's got all her toes.

James Garretson (11:40):

Oh, but it's a fucking disaster. Hey, have you seen the USDA yet?

Speaker 1 (11:49):

Yeah. I told you they came last week.

James Garretson (11:51):

Oh, they did? No. You didn't tell me that.

Speaker 1 (11:53):

Oh, I didn't?

James Garretson (11:54):

No.

Speaker 1 (11:55):

Yeah. I thought I did.

James Garretson (11:56):

Uh-uh (negative). How'd that go?

Speaker 1 (11:58):

Well. You know, Cindy was here. Remember, I told you the broad told me she couldn't come out here because she had to wait for Cindy?

James Garretson (12:08):

Uh-huh (affirmative).

Speaker 1 (12:09):

Well, I made a crack. I said, "Where's the cops?" And Cindy says, "I've never, ever felt any worry about you or fear for my safety when you were out here, when I came out here." I said, "Well, you brought the cops with you every time. The last five inspections, you had cops with you."

James Garretson (12:30):

Yeah.

Exhibit 4

This transcript was exported on Dec 22, 2021 - view latest version here.

Speaker 1 (12:31):

And she said, "Well, that wasn't us. That was right after the trial." I said, "Well, I was never pissed at you with Don," I really was. But, "I just knew you were doing what you were told to do by your bosses."

Speaker 1 (12:43):

And she said, "Well, I know, but they made us do that." I said, "Well, how come ... I guess they're still making you do that, huh?" She said, "What do you mean?" I said, "Well, she didn't come out here. She had to wait for you to come out here." And she goes, "Oh, well. She'd heard the rumors." I said, "What?" And I looked at her, and she goes, "Well, yeah. I was really waiting for her because I'd heard the rumors about you." And I said, "There's rumors about me?"

James Garretson (13:10):

Oh.

Speaker 1 (13:11):

So, she was lying to me. She didn't want to come along.

James Garretson (13:14):

Oh.

Speaker 1 (13:17):

Yeah. They were here, like, an hour and a half, and in that hour and a half, they only looked at tigers for maybe 10 minutes.

James Garretson (13:29):

Really?

Speaker 1 (13:30):

And they just talked. They just talked, yeah.

James Garretson (13:32):

Did they write you up or anything?

Speaker 1 (13:36):

No. Uh-uh (negative). [inaudible 00:13:36] inspection.

James Garretson (13:36):

Good.

Speaker 1 (13:37):

But they did go through my paperwork, and saw those papers with those cubs ... I gave you those cubs.

James Garretson (13:41):

Exhibit 4

This transcript was exported on Dec 22, 2021 - view latest version here.

Uh-huh (affirmative).

Speaker 1 (13:42):
But they'd already seen those, right?

James Garretson (13:44):
Yeah. They already seen those. Yeah.

Speaker 1 (13:46):
Okay.

James Garretson (13:47):
Yeah, because remember that fat fucking lesbian bitch was like, "Oh! I know [inaudible 00:13:50]! I know him."

Speaker 1 (13:53):
Yeah, okay. Who's this guy? I said, "You know James." She goes, "I don't think so."

James Garretson (14:00):
Yeah, everybody knows James.

Speaker 1 (14:01):
I said, "[crosstalk 00:14:02] Animal Care."

James Garretson (14:01):
Yeah.

Speaker 1 (14:03):
I said, "Ringling Animal Care Center?" She goes, "Didn't they just get rid of all those tigers?"

James Garretson (14:07):
No.

Speaker 1 (14:07):
I said, "Yeah, that's still where those cubs going."

James Garretson (14:09):
I still have the cubs.

Speaker 1 (14:10):
You do?

James Garretson (14:10):

Exhibit 4

This transcript was exported on Dec 22, 2021 - view latest version here.

Yeah.

Speaker 1 (14:10):
You do?

James Garretson (14:12):
Yeah, I kept all the cubs. Yeah.

Speaker 1 (14:14):
Oh. I didn't know that.

James Garretson (14:15):
Yeah. They're at my other place. They're at my non-regulated USDA place. Yeah. That was weird because they showed up yesterday to inspect us at the store.

Speaker 1 (14:27):
Really? Who came?

James Garretson (14:29):
Brittney [Light 00:14:30].

Speaker 1 (14:30):
[inaudible 00:14:30] dumping something here. Okay. Because Brittney Light, her name came up too. And they said, "Where are those cubs?" And I said, "I don't know. I think he sent them out there off to West Texas, but I don't know."

James Garretson (14:44):
No.

Speaker 1 (14:45):
Because I thought you sent them out there to [crosstalk 00:14:48].

James Garretson (14:48):
[crosstalk 00:14:48]? No. Oh! Well, Jason had the two orange ones, but they're still under my ownership. And then, the tabby is over here.

Speaker 1 (14:57):
Okay. All right.

James Garretson (14:57):
Yeah. So, yeah. But here's the deal with Jason. I kept that quiet because I was trying to protect him because he's not USDA or anything.

Exhibit 4

This transcript was exported on Dec 22, 2021 - view latest version here.

Speaker 1 (15:06):

He's still not?

James Garretson (15:07):

No. And the guy's so fucking nice, and I don't-

Speaker 1 (15:11):

They're great people, but I thought by now they were USDA because-

James Garretson (15:16):

There's no way that place could ever be USDA.

Speaker 1 (15:20):

Why? Is it that bad?

James Garretson (15:21):

It's fucking disgusting.

Speaker 1 (15:23):

Really?

James Garretson (15:24):

They've never picked up shit since they've been there?

Speaker 1 (15:28):

Because everything they do in public is beautiful.

James Garretson (15:32):

Yeah, no. Man, it's horrible.

Speaker 1 (15:36):

Wow.

James Garretson (15:37):

Yeah, yeah. But he's a real-

Speaker 1 (15:38):

But I thought he was ... I mean, they go on the road. They got a Facebook page.

James Garretson (15:43):

Nah. They're not USDA. There's just no way they could ever be USDA.

Speaker 1 (15:48):

Exhibit 4

This transcript was exported on Dec 22, 2021 - view latest version here.

Hey, hey, you guys! That's crazy.

James Garretson (15:51):

The guy is so nice, so I refuse to shit on him.

Speaker 1 (15:57):

Yeah, yeah, yeah. Well, I wouldn't do that either.

James Garretson (15:59):

Yeah, so-

Speaker 1 (16:00):

[crosstalk 00:16:00]. I might have accidentally.

James Garretson (16:04):

Yeah, but they don't know he's not licensed so they're not going to show up there.

Speaker 1 (16:08):

Okay.

James Garretson (16:08):

But yeah. I never wanted to shit on the guy.

Speaker 1 (16:13):

Yeah. They've been friends with our family ... Like, when I did paintings with the tiger cubs a few years ago with the girls, so the girls could auction them off at their local school auctions, he bought one from Alex for over $100 for her National Honor Society auction.

James Garretson (16:32):

Yeah. He was just ... He's so fucking nice, and they're so fucking calm, that I would just fucking not ever try to shit on them. So, I didn't tell anybody where anything was, and I told him, "Hey, you don't want to be wrapped up in this shit that everybody else is wrapped up in, all right?"

Speaker 1 (16:50):

Right.

James Garretson (16:51):

You don't want to be wrapped up in this Garretson shit. Even though I don't have any beefs with the USDA or none of them, I was like, "You don't want to be wrapped up in none of this shit," because the feds told the USDA to leave me the fuck alone.

Speaker 1 (17:02):

Okay.

Exhibit 4

This transcript was exported on Dec 22, 2021 - view latest version here.

James Garretson (17:03):

So, they're not going to bother me at all because they're like, "Leave him the fuck alone."

Speaker 1 (17:08):

They still got to come and inspect you, though, right?

James Garretson (17:10):

Yeah, they did. They inspected a lemur at the store because I transferred the two licenses over to the store.

Speaker 1 (17:16):

Okay.

James Garretson (17:17):

But we've never had a write-up.

Speaker 1 (17:20):

Yeah.

James Garretson (17:21):

So, I mean, everything's super clean. And yeah, the feds just told them, "Hey, don't fuck with him." But I'm not supposed to do the inspections anymore. I'm just supposed to sit back and just be the shit-shoveler. That's what even Brittney Light told me. She was like, "If anybody asks, you're just a shit-shoveler because your license is revoked." Brittney, my license hasn't been revoked. I never had one. Thank you.

Speaker 1 (17:45):

Yeah. Exactly. [inaudible 00:17:47].

James Garretson (17:49):

Yes. So-

Speaker 1 (17:50):

I hope you recorded that.

James Garretson (17:52):

I did. I have it. But yeah, she said, "Your license is revoked." I was like, "I never had one." They did that in court the other day, I lost my USDA license. I never had one.

Speaker 1 (18:00):

Yeah. Well, no. But the best part is, you got that recorded, you can just prove that they knew you were already ... that they were doing something illegal.

Exhibit 4

This transcript was exported on Dec 22, 2021 - view latest version here.

James Garretson ([18:11](#)):

Oh, yeah, yeah. See? They say that I can't exhibit, but that's not true. I can be an employee of anybody.

Speaker 1 ([18:17](#)):

Right.

James Garretson ([18:20](#)):

So, the one told me, "Did you do this video here and there?" I said, "Sure did." "Oh, well, you're not supposed to be exhibiting." "Who says? I'm an employee. I get a W2 from Ringling Animal Care Center. There's my W2." So, at that point, then, they just shut the fuck up about it.

Speaker 1 ([18:38](#)):

Yep.

James Garretson ([18:39](#)):

But if I want to go grab some tigers and take them on the fucking road, I'll go grab some tigers and take them on the fucking road. Fuck them.

Speaker 1 ([18:45](#)):

Yeah. Well, what they said to me, we were talking about a bunch of shit, and they were telling me about some guy that doesn't have a license. I said, "Well, what are you going to do to him?" "We can't do anything," they said. I said, "What do you mean?" She said, "Oh, no, they're still ..." They're telling me all the women that left, all the people that left. The two women that confiscated that tiger cub from Trey ... Well, it was from me, but it was Trey's cub in 2008 are both gone now. Both those vets are gone. So, Franco is gone. Franco is done. No longer even on the list, you know?

James Garretson ([19:21](#)):

Really?

Speaker 1 ([19:25](#)):

Uh-huh (affirmative). Oh. Well, guess what, too? That tiger just died. They called me yesterday and told me, "We didn't want you to read it on Facebook. We wanted to tell you in person. And we knew that-"

James Garretson ([19:36](#)):

What tiger?

Speaker 1 ([19:36](#)):

That one that they confiscated from me in 2008?

James Garretson ([19:38](#)):

Oh, no. Really?

Speaker 1 ([19:39](#)):

Exhibit 4

This transcript was exported on Dec 22, 2021 - view latest version here.

That white male. Yeah, but it's only a [inaudible 00:19:42].

James Garretson (19:44):

Damn.

Speaker 1 (19:46):

But he died in their sanctuary out there in North Carolina.

James Garretson (19:48):

Oh, shit.

Speaker 1 (19:50):

Those people have been really nice to me since they found out ... because they thought ... You know, I met them at a conference.

James Garretson (19:58):

Really?

Speaker 1 (19:59):

And they were talking about ... Yeah. They gave the whole story about how they get animals that were confiscated from me. And I knew who they were, and they didn't know me, and I looked it up, and they changed the cat's name and all that. So, then, after they've given their whole speech about how they rescued him, the USDA confiscated it and gave it to them because they wanted it to go to a good facility, a place [inaudible 00:20:25].

Speaker 1 (20:25):

So, afterwards, I told them when we were at dinner, and they're both sitting beside me, one on each side of me, right? And I'm telling them, I said, "Boy, I'd sure like to come to your place." "Well, of course you can come to our place. Anytime!" I said, "That's great." I said, "I've got a connection with some of your cats. One of your cats, anyway." They said, "Really? Which one?" I said, "Arthur." They said, "Arthur?" His name was Tubbs, but they changed it to Arthur. They didn't know his name.

Speaker 1 (20:51):

And they said, "Arthur? How do you know Arthur?" I said, "The USDA took him from me." You ought to seen their faces.

James Garretson (20:57):

Shit.

Speaker 1 (20:57):

Then I told-

James Garretson (21:00):

Why'd they take him from you?

Exhibit 4

This transcript was exported on Dec 22, 2021 - view latest version here.

Speaker 1 (21:02):

Huh?

James Garretson (21:02):

Why'd they take him from you?

Speaker 1 (21:02):

They took him from Trey. It wasn't me. But the reason they took him was because Trey didn't take care of him. He left it to the two guys [inaudible 00:21:12] for me to take care of it. [inaudible 00:21:14].

James Garretson (21:13):

You cut out, yeah.

Speaker 1 (21:13):

So, when I got there ... They wasn't even supposed to be there, by the way. [inaudible 00:21:33] left the show and went to the Iowa State Fair to do that. So, I said, "The Iowa State Fair?" And when I got there, the fuckers had that white cub with them. They didn't have any paperwork on him to prove it wasn't mine. They didn't have any paperwork at all on it.

James Garretson (21:49):

Shit.

Speaker 1 (21:50):

All they did was, when they got the health papers for the tigers to come to fair ... for the elephant to come to the fair, they put that white tiger on the thing too.

James Garretson (21:59):

Damn.

Speaker 1 (22:00):

On their own. I didn't even know it was coming. So, it looked like it was mine.

James Garretson (22:03):

Ah.

Speaker 1 (22:04):

So then, the USDA comes and they do this inspection, and what they came for is they were trying to confiscate my elephant. They didn't think I'd be there. I shocked them when I was there. It shocked them that I showed up. But the Iowa State Fair, I wasn't going to leave the guy. I came to do the rides. I brought camels up and did the rides.

James Garretson (22:22):

Yeah.

Exhibit 4

This transcript was exported on Dec 22, 2021 - view latest version here.

Speaker 1 (22:23):

So, they couldn't take the elephant, but I didn't never tell them about that tiger because I knew I didn't have any paperwork on it. Well, they were spying on us with the elephants, and they saw ... That tiger cub, I hid it in my truck, and they let it out at night. They had a pen set up for it, and they let it out at night, and the USDA saw it. So, now, they nail me on that. It was a big thing.

Speaker 1 (22:54):

And then they said it was not healthy, it didn't look good. I said, "Well, it's not mine, but ... I'd just gotten here. I didn't even know it was coming, and it's not mine. So, you said, 'What animals do I have here?' I showed you every animal I have here. I didn't bring that tiger cub. I didn't ..."

James Garretson (23:11):

Damn.

Speaker 1 (23:12):

What do you want? What are you getting out?

Speaker 1 (23:15):

Hold on.

Speaker 1 (23:17):

Huh?

Speaker 1 (23:18):

Nah, you tell me.

Speaker 3 (23:25):

[inaudible 00:23:25].

Speaker 1 (23:26):

Tell him, "Yeah."

Speaker 1 (23:26):

You probably got ... You got to get enough, but he ate anyway. Don't give him a whole lot either. He already ate today. Not very much anyway. [crosstalk 00:23:37]-

James Garretson (23:38):

Yeah. They're fucking douche bags.

Speaker 1 (23:41):

Get out 12 packages. It's a package and a half a piece. That's six pounds a piece.

James Garretson (23:47):

Exhibit 4

This transcript was exported on Dec 22, 2021 - view latest version here.

Yeah.

Speaker 1 (23:48):

So, long story short, they ended up telling me I had to have him to a vet, blah, blah, blah. Well, we got it to the vet. We called the state fair vet. She happened to be a professor from Iowa State University with the exotic animal department. Well, she gave us a paper saying, "Cub appeared healthy and was okay to travel home."

Speaker 1 (24:11):

So, they came the next day and I had that health paper, and they went fucking ballistic. And they took that health paper and they went to the vet's office and screamed at the vet and tried to get her to take it back. "You don't know anything about tigers! What are you doing?" Blah, blah, blah. Got in a big pissing match with the vet.

James Garretson (24:28):

Damn.

Speaker 1 (24:30):

Then, that night, they showed up during the fair, Saturday night, they started showing up around 6:30. And at 8:00, they did a raid. They shut that whole Iowa State Fair down. Closed the petting zoo. Closed the camel rides. Closed the pony rides.

James Garretson (24:45):

Oh, shit.

Speaker 1 (24:45):

Closed the elephant ride. Made me put the elephants in the truck. They said, "Either secure them with chains or put them in the truck," and I thought we were going to jail. I said, "What do you want?" They said, "We need to talk to you." And I said, "Well, okay. Let's go talk." I said, "I'll let [Sloan 00:24:59] do the rides and I'll go talk." And they said, "No. We need to talk to him too." I said, "Okay. Here. We'll put them in here," I put them in the hot wire, and she goes, "No. You have to secure them." I said, "They're secure. We're going to be right here, aren't we?" She goes, "You have to ..." I said, "This is highly unusual, Denise. What the fuck are you doing?" She goes, "I know it's highly unusual. Secure them." And they had 15 armed state troopers with us.

Speaker 1 (25:25):

And so, we're walking down the fence line ... I didn't even know what all the cops were there for at the time. They had four USDA, two investigators, two inspectors, and 15 state troopers. The troopers made everybody get out of the elephant ride line, and the camel ride, and the pony ride lines and go get their money back at the ticket booth. And then, when we walked the elephants back to the truck because it was a long, narrow thing, they fucking followed us on both sides of the fence. I said, "Guys, we don't know what you're even here for. We're certainly no threat to you."

Speaker 1 (25:55):

Exhibit 4

This transcript was exported on Dec 22, 2021 - view latest version here.

I said, "If you want to come in here, you're welcome to come in here." They said, "We're fine. We'll stay right here." I said, "Okay." I told Sloan, "Put these elephants ..." I put them in the truck and I gave them a bunch of hay.

James Garretson (26:07):

Jeez.

Speaker 1 (26:07):

Said, "I don't know how long we're going to be here." And I'm calling my lawyer, I'm calling everybody to tell them what's going on. Called the guy I'm working for. Craig Perry. I was working for Craig Perry.

Speaker 1 (26:20):

Well, they nailed Craig Perry on all of that too. They said it was ... They wrote Craig Perry up for all the elephant violations he supposedly had.

James Garretson (26:25):

Oh, shit.

Speaker 1 (26:29):

Yep. [inaudible 00:26:30] the facility manager. He got it all thrown out.

James Garretson (26:36):

Damn.

Speaker 1 (26:42):

... at my house. I was supposedly working for him. I said, "No. He rented a spot at my house, and then I took care of them in the winter time when he was on the road. That's why they're not here anymore." Because anybody that I kept there, they said we were partners.

Speaker 1 (27:01):

They tried to do it at the circus. They did that to Billy Martin too, and the Hanafords. They nailed Lance. They said that he was working for them. They took them to court too.

James Garretson (27:12):

Yeah. Lance's deal is kind of fucked up too. You know, it's just ... I don't know.

Speaker 1 (27:18):

Yeah. Well, I know. I know. It's all fucked up. Lance is up in Oklahoma City right now.

James Garretson (27:24):

Oh, is he?

Speaker 1 (27:25):

Exhibit 4

This transcript was exported on Dec 22, 2021 - view latest version here.

With the circus. Yeah.

James Garretson (27:26):

Shit. Oh-

Speaker 1 (27:29):

I was going to go up. I wanted to go up today. And I really [inaudible 00:27:31] get a baseball bat from him if you're not coming down [crosstalk 00:27:33]-

James Garretson (27:32):

Hey, no. I'm down in the area. I brought him ... I put some things in my car the other day, a helmet and some bats and stuff.

Speaker 1 (27:40):

Okay. Where are you?

James Garretson (27:42):

I'm over in Fort Worth. I'll bring them up here in a little bit. Are you going to be at home?

Speaker 1 (27:46):

I will be, or I'll come to Dallas.

James Garretson (27:48):

Yeah. Just let me get done. I got to get one more thing at my dentist.

Speaker 1 (27:53):

Shane's in Mesquite and he said it's [inaudible 00:27:57]. Fuck, I just [inaudible 00:27:56]-

James Garretson (28:03):

He's what? You're cutting out.

James Garretson (28:08):

Hey, you there?

Speaker 1 (28:12):

Hello?

Exhibit 4