

# United States Department of the Interior

FISH AND WILDLIFE SERVICE

Office of Law Enforcement
2700 Coltrane Place, Ste. 4
Edmond, Oklahoma 73034

## COOPERATING PRIVATE INDIVIDUAL AGREEMENT

Through its Service officers, the United States Fish and Wildlife Service (USFWS) has asked me (the undersigned cooperating private individual) to assist in an official investigation involving the illegal take and trafficking of bald and golden eagles and other migratory birds. To help with this investigation, I agree to the following:

1. The USFWS has assigned a person to serve as my primary contact and control person. I understand that it is imperative that I maintain regular contact with this person and advise him or her of my activities. I will abide by the instructions given to me by the USFWS through its representatives and will not take independent action.

2. I will report in a timely manner (at least every __5__ days), to the USFWS person assigned to serve as my primary contact, all conversations that I may have with the subject(s) of the official investigation, regardless of whether I believe that the conversation is relevant to the investigation.

3. I am advised that, under certain circumstances, it is a Federal offense to threaten, harass, or intimidate a person who provides information about a Federal crime to a Federal law enforcement officer or in an official proceeding. If I experience anything of this nature as a result of my cooperation with the USFWS, I will immediately inform the USFWS person assigned to serve as my primary contact and control person.

4. I understand that I am not an employee of and have no status as a law enforcement officer with the USFWS or the United States Government and may not represent myself as such. I may not enter into any contract or incur any obligation on behalf of the USFWS or the United States Government, except as specifically instructed and approved by the USFWS.

5. I will provide truthful and complete information at all times. I will not divulge orally or in writing any information related to this investigation unless authorized to do so. I understand that all tape recordings, videos, photographs, reports, notes, or other documents related to this investigation are the property of the USFWS and may not be duplicated or disseminated except as authorized by the USFWS. I also understand that any items that I am requested to purchase or acquire related to this investigation are the property of the USFWS and may not be retained or disposed of except as authorized by the USFWS.

6. I will not engage in any unlawful acts for which I may be subject to prosecution, participate in the criminal activities of any person(s), or initiate a plan to commit criminal acts, except as specifically authorized by the USFWS. I understand that I may be subject to prosecution for any unlawful acts.

7. I understand that my relationship with the USFWS does not protect me from arrest or prosecution for any violation of Federal, State, or local law. However, at my request, the USFWS

MALD-PASS_016750

Exhibit 7

will notify law enforcement officers or prosecutors of my status as a cooperating private individual and the scope and dates of my activities as authorized by the USFWS.

8. If I learn that any person has committed or intends to commit a violent crime, I will advise the USFWS of this information as soon as possible. I will try to discourage acts of violence and will not participate in any acts of violence.

9. I understand that while engaged in activities related to my relationship with the USFWS, I am not authorized to carry or use a firearm, explosive, chemical agent, or other weapon, except to participate in activities related to hunting, fishing, or target shooting as authorized by USFWS.

10. I will not seek information relating to legal defense plans or strategy. If and when I interact with people who are arrested or charged with a crime and criminal proceedings are still pending, I will not gather information concerning the crime from the person(s) charged.

11. I will not knowingly engage in witness tampering, witness intimidation, entrapment, or the fabrication, alteration, or destruction of evidence, nor will I induce any individual to commit a crime that he or she has no predisposition to commit.

12. I understand that the USFWS will strive to protect my identity, but may divulge my identity as necessary for any ensuing or related prosecution(s) or for related investigative purposes. I also understand that as a witness to an investigation, I may be required, to the extent allowed under the Constitution, to cooperate with prosecutors or defense attorneys and to give truthful testimony in court even after this agreement is terminated.

13. I understand that if I am cooperating in exchange for consideration by a prosecuting office, the USFWS will advise the prosecuting office of the nature and extent of my assistance, but cannot make any promises with respect to prosecution or sentencing. I also understand that no promises or representations can be made to me regarding alien status or my rights to enter or remain in the United States.

14. I understand that I cannot be guaranteed any reward, payment, or other compensation (except as may be specified in a separate agreement or memorandum) and that no payment of money or other consideration will be based on the condition of conviction of an individual, other than as provided for by statute. I must report compensation I may receive in accordance with all applicable tax laws and regulations of the United States and I am liable for any taxes that may be owed on money that the United States Government pays to me.

15. I understand that the USFWS may provide additional restrictions or conditions regarding my assistance with this investigation and that these restrictions or conditions may be given orally or in writing and attached to this agreement.

16. When the USFWS notifies me that my role in assisting the USFWS in the investigative activities is complete, I will terminate my activities as a cooperating private individual as described in this agreement. Both the USFWS and I retain the right to cancel this agreement at any time with or without a statement of cause.

17. This agreement is valid for up to 1 year.

I have read and understand this ACooperating Private Individual Agreement@ which describes my conduct as a USFWS cooperating private individual and agree to abide by its terms.

_____  9-18-17      James B. Gunniston
Signature of Cooperating Private Individual    Date         Printed Name

_____  9/18/17      MATTHEW BRYANT
USFWS Representative/Agent                     Date         Printed Name

_____  _____      _____
Witness                                        Date         Printed Name

3

MALD-PASS_016752

Exhibit 7

## JUSTICEXCHANGE:

Person Summary



**MOST RECENT PROFILE**

GARRETSON, JAMES BRANDON

Date of Birth: ▇▇▇ 1973

MALD-PASS_016753

Exhibit 7



MALD-PASS_016754

Exhibit 7

**FL0120000**
ORI/FL0120000 ATR/COLUMBIA CO SO LAKE CITY
COU/COLUMBIA TYP/2 CT1/386 752-3222
AN1/SHERIFF'S OFFICE
SNU/4917
SNA/US HIGHWAY 90 CTY/LAKE CITY STA/FL
ZIP/32055-6288

**OK0340000**
ORI/OK0340000 ATR/JEFFERSON CO SO WAURIKA
COU/JEFFERSON TYP/2 CT1/580 228-2375
AN1/SHERIFF'S OFFICE
SNU/218
SNA/N MAIN ST CTY/WAURIKA STA/OK
ZIP/73573-2290

**OK0100000**
ORI/OK0100000 ATR/CARTER CO SO ARDMORE
COU/CARTER TYP/2 CT1/580 223-6014
AN1/SHERIFF'S OFFICE
SNU/100
SNA/SOUTH WASHINGTON STREET CTY/ARDMORE STA/OK
ZIP/73401-6483

**TX0570800**
ORI/TX0570800 ATR/DE SOTO PD
COU/DALLAS TYP/3 CT1/972 223 6111
CT2/000 000-0000 CT3/972 223-3672 FAX
AN1/DE SOTO PD
SNU/714
SNA/E BELT LINE RD CTY/DESOTO STA/TX
ZIP/75115

**TX0570000**
ORI/TX0570000 ATR/DALLAS COUNTY SHERIFF'S OFFICE DALLAS
COU/DALLAS TYP/2 CT1/214 749-8641
CT2/214 653-6352 CT3/214 653-2773 FAX
AN1/DALLAS COUNTY AN2/SHERIFF'S OFFICE
AN3/DALLAS SNU/133
SNA/N RIVERFRONT BLVD CTY/DALLAS STA/TX
ZIP/75207

### TX057015A

ORI/TX057015A ATR/CRIMINAL DISTRICT ATTORNEYS OFFICE DALLAS
COU/DALLAS TYP/6 CT1/214 653 3600
CT2/214 653-3761 CT3/214 653-5774 FAX
AN1/CRIMINAL DISTRICT AN2/ATTORNEY'S OFFICE
SNU/133
SNA/N INDUSTRIAL BLVD LB 19 CTY/DALLAS STA/TX
ZIP/75207

### TX2200000

ORI/TX2200000 ATR/TARRANT COUNTY SHERIFF'S OFFICE FORT WORTH
COU/TARRANT TYP/2 CT1/817 884-1213
CT2/817 884-1315 CT3/817 884-1894 FAX
AN1/TARRANT COUNTY AN2/SHERIFF'S OFFICE
AN3/FORT WORTH SNU/200
SNA/TAYLOR CTY/FORT WORTH STA/TX
ZIP/76196

### TX220015A

ORI/TX220015A ATR/DISTRICT ATTORNEY'S OFFICE FORT WORTH
COU/TARRANT TYP/6 CT1/817 884-1400
CT2/817 884-2525 CT3/817 884-1667 FAX
AN1/DISTRICT ATTORNEY'S AN2/OFFICE
SNU/401
SNA/W BELKNAP 4TH FL CTY/FORT WORTH STA/TX
ZIP/79196

### TX220263J

ORI/TX220263J ATR/COUNTY CRIMINAL COURT 7 FORT WORTH
COU/TARRANT TYP/6 CT1/817 884-2773
CT2/817 884-2969 CT3/817 884-3365 FAX
AN1/COUNTY CRIMINAL COURT 7
SNU/401
SNA/W BELKNAP 8TH FL CTY/FORT WORTH STA/TX
ZIP/76196-0276

Sep 21, 2017 3:20:58 PM                         Printed By: FICORELLI, KAREN M from, USFW

Received Time:          15:02:15 09-21-17
Summary:                QR: NAM-GARRETSON, JAMES SEX-M

[ ] View Message Details

NCIC REPLY

VADIF0200
THIS NCIC INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
INQUIRY ON NAM/GARRETSON,JAMESSEX/M RAC/U DOB/ 197█  PUR/C
ATN/SA M M BRYANT
NAME                          FBI NO.         INQUIRY DATE
GARRETSON,JAMES BRANDON       667853PA8       2017/09/21

SEX RACE BIRTH DATE   HEIGHT WEIGHT EYES HAIR PHOTO
M   W   1973/███     511    150    BRO  RED  Y

BIRTH PLACE
TEXAS

FINGERPRINT CLASS     PATTERN CLASS
19 03 07 CO 16
14 04 TT CI 13


ALIAS NAMES
GARRETSON,JAMES                GARRETSON,JAMES BRANDO

SOCIAL SECURITY
███████7203

IDENTIFICATION DATA UPDATED 2017/06/17

THE CRIMINAL HISTORY RECORD IS MAINTAINED AND AVAILABLE FROM THE
FOLLOWING:
   TEXAS      - STATE ID/TX04666311
   FLORIDA    - STATE ID/FL06109145
   OKLAHOMA   - STATE ID/OK01627027

THE RECORD(S) CAN BE OBTAINED THROUGH THE INTERSTATE IDENTIFICATION
INDEX BY USING THE APPROPRIATE NCIC TRANSACTION.


END
MRI 364166 IN: NC21 14170 AT 21SEP2017 15:02
OUT: USFW 3 AT 21SEP2017 15:02

Received Time:          15:02:49 09-21-17
Summary:                QR: IIO-667853PA8

[ ] View Message Details

NCIC REPLY

VADIF0200
THIS INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
RECORD REQUEST FOR FBI/667853PA8. INDIVIDUAL'S RECORD WILL BE
COMPLETE WHEN ALL RESPONSES ARE RECEIVED FROM THE FOLLOWING SOURCES:
   TEXAS      - STATE ID/TX04666311
   FLORIDA    - STATE ID/FL06109145
   OKLAHOMA   - STATE ID/OK01627027
END
MRI 365220 IN: NC21 14201 AT 21SEP2017 15:03
OUT: USFW 5 AT 21SEP2017 15:03

MALD-PASS_016757

Exhibit 7

Sep 21, 2017 3:20:58 PM                    Printed By: FICORELLI, KAREN M from USFW

```
Received Time:         15:03:56 09-21-17        Source ORI:        FL1010000
Summary:               OF: FBI-667853PA8

[ ] View Message Details


HDR/ZLO1USEW071STQR
ATN/SA M M BRYANT
**************** CRIMINAL HISTORY RECORD ***********************
Data As Of             2017-09-21
*********************** Introduction ***********************
This rap sheet was produced in response to the following request:
FBI Number             667853PA8
State Id Number        FL06109145 (FL
)
Purpose Code           C
Attention              SA M M BRYANT
The information in this rap sheet is subject to the following caveats:
BECAUSE ADDITIONS OR DELETIONS MAY BE MADE AT ANY TIME, A NEW COPY
SHOULD BE REQUESTED WHEN NEEDED FOR FUTURE USE (FL)
THIS RECORD CONTAINS FLORIDA INFORMATION ONLY. WHEN EXPLANATION OF A
CHARGE OR DISPOSITION IS NEEDED, COMMUNICATE DIRECTLY WITH THE AGENCY
THAT CONTRIBUTED THE RECORD INFORMATION. THIS RECORD MAY ONLY BE USED
FOR CRIMINAL JUSTICE PURPOSES AS DEFINED BY THE CODE OF FEDERAL
REGULATIONS. (FL)
THIS IS A MULTI-SOURCE OFFENDER RECORD. (FL)
*********************** IDENTIFICATION ***********************
Subject Name(s)
GARRETSON, JAMES
Subject Description
FBI Number             State Id Number
667853PA8              FL06109145 (FL
)
Social Security Number
███████7203
Sex                    Race
Male                   White
Height                 Weight              Date of Birth
5'11"                  210                 1973-██
Hair Color             Eye Color           Fingerprint Pattern
Red or Auburn          Brown               190307CO161404TTCI13 (FPC)
Place of Birth
TEXAS
Residence
Residence as of

818 SW CHURCHILL WAY, LAKE CITY, FL
Fingerprint Images
*********************** CRIMINAL HISTORY ***********************
========================== Cycle 001 ==========================
Tracking Number        001
Earliest Event Date    2004-06-29  Incident Date      2004-06-29
---------------------------------------------------------------
Arrest Date            2004-06-29
Arresting Agency       FL0120000
COLUMBIA COUNTY SHERIFF'S OFFICE
Arrest Type  ADULT
Charge                 001
Charge Tracking Number 1201025959
       Charge Literal  FAILURE TO APPEAR-
              Agency   FL0120000
COLUMBIA COUNTY SHERIFF'S OFFICE
    Charge Description WRITTEN PROMISE TO APPEAR FEL MISD UNK NON JUV
              Statute  WRITTEN PROMISE TO APPEAR (FL901.31; FL
)
    NCIC Offense Code  5015
              Counts   001
              Severity FELONY
```

Sep 21, 2017 3:20.58 PM                    Printed By FICORILLI, KAREN M from USFW
****************************** INDEX OF AGENCIES ******************************
Agency                     COLUMBIA COUNTY SHERIFF'S OFFICE
; FL0120000;
                           UNKNOWN CONTACT
Address
* * * END OF RECORD * * *

MRI 365233 IN: NLET 2513: AT 21SEP2017 : :.
OUT: USFW / AT 21SEP2017 1:::::

Received Time:       15:01: 1 05:2 ..         Source ORI:        TX1110700
Summary:             QR: F.1-8409552801

[ ] View Message Details


HDR/2.0TUSFW07TSTUP
ATN/SA M M BRYANT
****************************** CRIMINAL HISTORY RECORD ******************************

Data As Of          2017-09-21

Triple I Status     Multi-source

****************************** Introduction ******************************

This rap sheet was produced in response to the following request:

State Id Number     04666331 (TX)
Purpose Code        C
Attention           SA M M BRYANT

The information in this rap sheet is subject to the following caveats:

UNAUTHORIZED USE OR DISCLOSURE OF THE INFORMATION CONTAINED IN THIS
RECORD MAY RESULT IN SEVERE CRIMINAL PENALTIES. SEE TEXAS GOVERNMENT
CODE SECTION 411.085.


****************************** IDENTIFICATION ******************************

Subject Name(s)

GARRETSON, JAMES BRANDON
GARRETSON, JAMES   (AKA)
GARRETSON, JAMES BRAN  (AKA)
GARRETSON, JAMES BRANDO  (AKA)

Subject Description

FBI Number          State Id Number
667853PA8           04666331 (TX)

Social Security Number   Driver's License Number
███████7203              14796949 (TX)

| Sex | Race | Skin Tone |
|---|---|---|
| MALE | WHITE | FAIR |

| Height | Weight | Date of Birth |
|---|---|---|
| 5'09" | 200 | 1973 ███ |

| Hair Color | Eye Color | Fingerprint Pattern |
|---|---|---|
| Red or Auburn | BROWN | 1801051014141TTTTC106 (FPC) |

| Place of Birth | Citizenship | Ethnicity |
|---|---|---|
| TX | US | NON-HISPANIC |

MALD-PASS_016759

Exhibit 7

Sep 21, 2017 3:20:58 PM          Printed By: PICORILLI KAREN M from USFW

Fingerprint Images

DNA Data
DNA Information Available        TEXAS DPS DNA CRIME LABORATORY AUSTIN TXDPS6900
(No DNA Detail Transmitted
Comment:DNA Not Available)

*************************** CRIMINAL HISTORY ***************************

================================ Cycle 001 ================================
Tracking Number       Sequence: A
Earliest Event Date   1992-04-24
----------------------------------------------------------------------------
Arrest Date           1992-04-24
Arresting Agency      TX0570600 DE SOTO PD
Arrest Type           Adult
Charge                *001
      Charge Literal  ASSLT-(FREE TEXT)
   Charge Description Arrest Offense Literal: ASSAULT-FAMILY V OLDER R
   Charge Description Arresting Agency Number: 9/0
             Statute  (X X )
   State Offense Code 13000000
            Severity  Unknown
         Disposition  Unknown
================================ Cycle 002 ================================
Tracking Number       0011709405
Earliest Event Date   1996-08-06
----------------------------------------------------------------------------
Arrest Date           1996-08-06
Arresting Agency      TX0570000 DALLAS COUNTY SHERIFF'S OFFICE
Subject's Name        GARRETSON, JAMES BRANDON
Arrest Type           Adult
Charge                A001
      Charge Number   M-9603572M
Charge Tracking Number 0011709405
       Charge Literal THEFT PROP &gt;=$20 &lt;$500 BY CHECK
   Charge Description Arresting Agency Number: 9/58394
   Charge Description Referred Agency: TX0570015A    CRIMINAL DISTRICT
                      ATTORNEYS OFFICE DALLAS
             Statute  (PC 31.03(e)(2)(AII) )
   NCIC Offense Code  2399
   State Offense Code 23990033
            Severity  MISDEMEANOR - CLASS B
         Disposition  HELD( 1996-08-07; )
----------------------------------------------------------------------------
Prosecutor Disposition (Cycle 002)
Prosecutor Agency     TX057015A CRIMINAL DISTRICT ATTORNEYS OFFICE
                      DALLAS
Charge                A001
Charge Tracking Number 0011709405
       Charge Literal THEFT PROP &gt;=$20 &lt;$500 BY CHECK
   Charge Description Offense Description:M 9099472
             Statute  (PC 31.03(e)(2)(AII) )
   NCIC Offense Code  2399
   State Offense Code 23990033
            Severity  MISDEMEANOR - CLASS B
         Disposition  (Unknown)
   Prosecution Comment PROSECUTOR ACCEPTS THE CHARGE
================================ Cycle 003 ================================
Tracking Number       9047902890
Earliest Event Date   2016-04-06
----------------------------------------------------------------------------
Arrest Date           2016-04-06
Arresting Agency      TX2200000 TARRANT CO SO FORT WORTH
Subject's Name        GARRETSON, JAMES BRANDO
Arrest Type           Adult
Charge                A001
      Charge Number   0535696

MALD-PASS_016760

Exhibit 7

```
Sep 21, 2017 3.20:58 PM                  Printed By: F CORILLI KAREN M from USFW
Charge Tracking Number  9047902890
       Charge Literal   PERMIT REQUIRED IN WET AREA
   Charge Description Arresting Agency Number:  TX15616
   Charge Description Referred Agency:  TX220015A - DISTRICT
                       ATTORNEY'S OFFICE FORT WORTH
              Statute  (ABC 11.01 )
   NCIC Offense Code   4104
   State Offense Code  41040003
             Severity  MISDEMEANOR   CLASS B
          Disposition  HELD( 2016-04-06; )
Charging Agency        TX2200000 TARRANT CO SO FORT WORTH
-----------------------------------------------------------------
Prosecutor Disposition (Cycle 003)
Prosecution Date       2017-01-04
Prosecutor Agency      TX220015A DISTRICT ATTORNEY'S OFFICE FORT WORTH
Charge                 A001
Charge Tracking Number 9047902890
       Charge Literal  PERMIT REQUIRED IN WET AREA
              Statute  (ABC 11.01 )
   NCIC Offense Code   4104
   State Offense Code  41040003
             Severity  MISDEMEANOR - CLASS UNKNOWN
          Disposition  (Unknown)
   Prosecution Comment  PROSECUTOR HAS CHANGED THE CHARGE
-----------------------------------------------------------------
Court Disposition      (Cycle 003)
Court Agency           TX2202633 COUNTY CRIMINAL COURT 7 FORT WORTH
Charge                 AC01
Charge Tracking Number 9047902890
       Charge Literal  PERMIT REQUIRED IN WET AREA
   Charge Description Agency Receiving Custody:
   Charge Description Court Sequence:
   Charge Description Final Pleading UNREPORTED/A UNKNOWN
              Statute  (ABC 11.01 )
   NCIC Offense Code   4104
   State Offense Code  41040003
             Severity  MISDEMEANOR - CLASS UNKNOWN
          Disposition  ( 2017-06-15; DISMISSED)
-----------------------------------------------------------------
Sentencing             (Cycle 003)
Sentence Date          2017-06-15
Sentencing Agency
Court Case Number      1481866001
Charge                 A001
Charge Tracking Number 9047902890
       Charge Literal  PERMIT REQUIRED IN WET AREA
   Charge Description Agency Receiving Custody:
   Charge Description Court Sequence:
   Charge Description Final Pleading: UNREPORTED/A UNKNOWN
              Statute  (ABC 11.01 )
   NCIC Offense Code   4104
   State Offense Code  41040003
             Severity  MISDEMEANOR   CLASS UNKNOWN
          Disposition  ( 2017-06-15  DISMISSED)

*********************  INDEX OF AGENCIES  *************************

Agency                 DE SOTO PD, TX0570800;
-----------------------------------------------------------------
Agency                 DALLAS COUNTY SHERIFF'S OFFICE; TX0570000;
-----------------------------------------------------------------
Agency                 TARRANT CO SO FORT WORTH, TX2200000,
-----------------------------------------------------------------
Agency                 CRIMINAL DISTRICT ATTORNEYS OFFICE DALLAS,
                       TX057015A
-----------------------------------------------------------------
                              Page 5 of 8
```

MALD-PASS_016761

Exhibit 7

Sep 21, 2017 3:20:58 PM                     Printed By: FICORILLI, KAREN M from: USFW
Agency                              DISTRICT ATTORNEY'S OFFICE FORT WORTH;
                                    TX220015A;

---

Agency                              COUNTY CRIMINAL COURT 7 FORT WORTH; TX220263J;

***************** ADDITIONAL INFORMATION ************************

ORIGINATION DATE            1992-05-16T00:00:00.000000
DATE OF LAST UPDATE         2017-06-26T18:38:38.040006
Transaction

                    ON FBI NUMBER ONLY.ORT/US FISH AND WILDLIFE
                    SERVICE ATN/SA M M BRYANT CRIMINAL HISTORY
                    REQUESTEDNIC#

* * * END OF RECORD * * *
MRI 365242 IN: NLE1 25735 AT 21SEP2017 15:0;
OUT: USFW N AT 21SEP2017 15:03

---

Received Time:      15:03:51 09-21-17         Source ORI:        OKOBI0000
Summary:            OK: FPIHERP85304A

☐ View Message Details


HDR/21.01USEWOTTSTOR
ATN/SA M M BRYANT
****************** CRIMINAL HISTORY RECORD ***********************
*********************************** Introduction ******************************
This rap sheet was produced in response to the following request:
Subject Name(s)     NOT PROVIDED WITH SEARCH
FBI Number          667853PA8
State Id Number     1627027 ()
Sex                 Unknown
Race                Unknown
Purpose Code        C
Attention           SA M M BRYANT
The information in this rap sheet is subject to the following caveats:
OKLAHOMA STATE BUREAU OF INVESTIGATION

  IDENTIFICATION DIVISION

  6600 NORTH HARVEY, SUITE 300

OKLAHOMA CITY, OKLAHOMA 73116

---

 THE FOLLOWING OSBI RECORD IS SUBJECT TO THE OKLAHOMA OPEN
RECORDS ACT. INFORMATION SHOWN ON THIS CRIMINAL HISTORY
REPRESENTS DATA   FURNISHED TO OSBI BY FINGERPRINT   CONTRIBUTORS,
  DISTRICT   ATTORNEYS, AND COURT RECORDS. WHERE DISPOSITION DATA
IS   NOT  SHOWN  OR FURTHER  EXPLANATION OF THE  CHARGE OR
DISPOSITION IS    DESIRED, COMMUNICATE  WITH THE AGENCY CONTRIBUTING
THE RECORD TO OSBI. ONLY THE  COURT WHERE A FINAL  DISPOSITION
OCCURRED CAN PROVIDE A         CERTIFIED COPY  OF THAT   DISPOSITION.
UNLESS FINGERPRINTS ACCOMPANIED YOUR REQUEST FOR A  CRIMINAL
HISTORY RECORD, OSBI  CANNOT  AFFIRM THAT   THIS RECORD   RELATES TO
THE PERSON OF YOUR INQUIRY. THIS INFORMATION   IS COMPLETE  AND
ACCURATE TO THE EXTENT FEASIBLE AS OF THE DATE OF      DISSEMINATION,
BASED  ON THE RECORDS RECEIVED AT OSBI.
---
(OK; 2017-09 21)
*********************** IDENTIFICATION ************************
Subject Name(s)
GARRETSON, JAMES BRANDON
GARRETSON, JAMES BRANDON   (AKA)
GARRETSON, JAMES BRANDON   (AKA)

MALD-PASS_016762

Exhibit 7

```
Sep 21, 2017 3:20:58 PM              Printed By: FIORILLI, KAREN M from USFW
  Subject Description
  FBI Number                 State Id Number
  667853PA8                  1627027
  Social Security Number
  ▉▉▉7203
  Sex                        Race
  MALE                       WHITE
  Height                     Weight                  Date of Birth
  5'11"                      260                     1973
                                                     1973
  Hair Color                 Eye Color
  Red                        Brown
  Place of Birth             Citizenship
  Texas                      United States
  Employment
  Occupation                 SELF EMPLOYED,
  Employer                   SELF EMPLOYED,
  Residence
  Residence as of
  Palmprint Images
  Available Image                     Y
  (No Palmprint Image Transmitted  )
  Photo Images
  Available Image                     Y
  (No Photo Image Transmitted  )
  ************************  CRIMINAL HISTORY  ************************
  Tracking Number            455117
  =========================================== Cycle 001 ===========================================
  Arrest Date                2017-06-16
  Arresting Agency           OK0340000-SO JEFFERSON CO, WAURIKA, OK
  Subject's Name             GARRETSON, JAMES BRANDON
      Offender Id Number     PMI455117
          Charge Number      CHR5644770
   Charge Tracking Number    ARR2971876
              Charge Text    ASSAULT AND BATTERY
        Charge Description   ASSAULT AND BATTERY
                   Counts    1
                 Severity    MISDEMEANOR
         Enhancing Factor    DOMESTIC ABUSE
              Disposition    ( ; REFERRED TO D.A.)

  =========================================== Cycle 002 ===========================================
  Arrest Date                2009-07-23
  Arresting Agency           OK0100000-SO CARTER CO, ARDMORE, OK
  Subject's Name             GARRETSON, JAMES BRANDON
      Offender Id Number     PMI455117
          Charge Number      CHR3428753
   Charge Tracking Number    ARR1922186
              Charge Text    2900070602-ILLEGAL TRANSPORTATION OF WILDLIFE
        Charge Description   2900070602-ILLEGAL TRANSPORTATION OF WILDLIFE
                   Counts    1
                 Severity    MISDEMEANOR
              Disposition    ( ; REFERRED TO D.A.)

  COURT: CARTER CO/ARDMORE, OK        CASE#: CM-2009-00582
  DISPOSITION: CHARGES FILED
  DATE:        2009-06-25
  OFFENSE:     ILLEGAL TRANSPORTATION OF WILDLIFE
  SENTENCE:
  PROVISION:
  RESTITUTION
  =========================================== Cycle 003 ===========================================
  Arrest Date                2009-04-12
  Arresting Agency           OK0100000-SO CARTER CO, ARDMORE, OK
  Subject's Name             GARRETSON, JAMES BRANDON
      Offender Id Number     PMI455117
          Charge Number      CHR3367767
   Charge Tracking Number    ARR1896176
              Charge Text    2112890016-POINTING FIREARMS
        Charge Description   2112890016-POINTING FIREARMS
                                                                Page 7 of 8
```

Sep 21, 2017 3:20:68 PM                Printed By FICORELLI KAREN M from USPW
                Counts   1
              Severity  FELONY
           Disposition  ( : REFERRED TO D.A.)

COURT: CARTER CO/ARDMORE, OK       DOC#: CF 2014-10172
DISPOSITION: GUILTY PLEA
DATE:      2016-06-03
OFFENSE:   POINTING FIREARMS
DEFERRED:  4 YRS  0 DAYS
SENTENCE:
PROVISION:
RESTITUTION
          Charge Number  CHR3367768
   Charge Tracking Number  ARR1896176
           Charge Text  2108520000-OMITTING TO PROVIDE FOR A CHILD
     Charge Description  2108520000-OMITTING TO PROVIDE FOR A CHILD
                Counts  1
              Severity  MISDEMEANOR
       Enhancing Factor  CHILD
           Disposition  ( / REFERRED TO D.A.)

**********************  INDEX OF AGENCIES  **************************
    * * * END OF RECORD * * *

MRI 365473 IN: N... ? ... AT /18(/2017 ...
OUT: VIEW 9 AT /1SE/2017 ...