This transcript was exported on Dec 14, 2021 - view latest version here.

Paul Malagerio (00:18):
Hello?

James Garretson (00:19):
Hey, what's going on?

Paul Malagerio (00:22):
I just got back in the truck, checking my phone to see if you called and the phone rang.

James Garretson (00:27):
Oh, shit. That Jeff Johnson's a total piece of shit, man.

Paul Malagerio (00:32):
Oh, I don't know how to screenshot, but I'm going to read you what he said before that. He's just... oh, brother.

James Garretson (00:40):
Yeah, I already seen screenshots. I didn't read it, but I only want to fucking-

Paul Malagerio (00:49):
The one where nine hours ago he posted from Joe Maldonado, where Joe says, "It takes time to find out who your friends are. For those who stood by me, I thank you. Those I expected to step up, but you did, thank you. For those who know the truth as they saw it, I wonder how you sleep at night. Three more days." And in quotes, "You are welcome, Joe. Jeff Johnson."

James Garretson (01:16):
No.

Paul Malagerio (01:18):
Yep, and then people are commenting. Kasim Reeves, "Thank you." Monica Lewis, "#truth." Janine Robinson, "How's court going?" Bridget Mosier, "Trial starts Monday." Okay. It's ridiculous. Okay. Now there's 16 comments on the... He posted the witness list, and here's it goes... Do you want me to read you what his witness list says?

James Garretson (01:48):
Nah.

Paul Malagerio (01:49):
You know it, don't you?

James Garretson (01:50):
Yeah.

Exhibit 26

This transcript was exported on Dec 14, 2021 - view latest version here.

Paul Malagerio (01:51):

Okay. You don't... Okay. So-

James Garretson (01:53):

Yeah, Brittany actually sent me the witness list. He said... She sent me it and she said, "What a piece of shit this guy is." I was like "Yep." I mean, that is-

Paul Malagerio (02:06):

Melissa [crosstalk 00:02:06] is not on it.

James Garretson (02:07):

You're going to fight for two years to lock Joe up, and now you're going to fucking try to... Oh, my God. I don't even get it, man.

Paul Malagerio (02:18):

Okay. The reasons are is because he hates Jeff Lowe more, and he doesn't like you, and I'm a nonissue. Okay. Here's the question. Sherry Cox DeWald three hours ago said, "So, if someone on the list is wanted or here illegally, can they be snatched up after testimony? I know, I'm wishful thinking. Asking for a friend. Laugh my ass off." And then-

James Garretson (02:46):

I thought Sherry Cox DeWald was a friend of yours?

Paul Malagerio (02:49):

Yeah, well, she isn't anymore. Roxanne Bieber says, "They sure can be snatched up, but then again, they could have been snatched up when they were served a subpoena to testify too." And then Sherry Cox DeWald says "True." So, I asked-

James Garretson (03:07):

I thought that-

Paul Malagerio (03:08):

... Tom Porter.

James Garretson (03:08):

I thought that Sherry Cox DeWald was a fucking anti-Joe person?

Paul Malagerio (03:15):

Well, Tom Porter said, "That might not be directed at me."

James Garretson (03:21):

How's it not directed at you?

Exhibit 26

This transcript was exported on Dec 14, 2021 - view latest version here.

Paul Malagerio (03:25):
Yeah, there's nobody else here that this would be an issue with.

James Garretson (03:29):
Brittany Peet's not a fucking Canadian or anything.

Paul Malagerio (03:38):
Okay. So, here's my concern. I step out of court in Virginia Wednesday afternoon, and some fuck asshole gives me a subpoena.

James Garretson (03:49):
No.

Paul Malagerio (03:51):
You don't think so?

James Garretson (03:52):
No, because the thing is, you would have to have testify on Wednesday... No, definitely not.

Paul Malagerio (04:00):
[inaudible 00:04:00] okay.

James Garretson (04:01):
Yeah, definitely not. And they haven't even brought you up. I mean, like I talked about it a couple times, and they never mentioned your name.

Paul Malagerio (04:11):
So, they gave up on me?

James Garretson (04:12):
Yep.

Paul Malagerio (04:14):
So, Sherry Cox DeWald-

James Garretson (04:16):
I can't believe the fucking stupidity on Jeff Johnson.

Paul Malagerio (04:20):
So Sherry Cox DeWald has networked with either Jeff Johnson, Jeff Lowe, Jenn Garrett, Jim [Sepi 00:04:27], Gretchen Mogenson, and make this comment to shit on me.

James Garretson (04:31):

Exhibit 26

This transcript was exported on Dec 14, 2021 - view latest version here.

Yep.

Paul Malagerio (04:35):

Well, I know who's going to get the last laugh, and it's not going to be them.

James Garretson (04:42):

I don't see why these people fucking change sides so much. I mean, you set up a hate page, with hatred against fucking Joe, and now you're fuck... I just don't get it, man. I mean-

Paul Malagerio (04:56):

[crosstalk 00:04:56]-

James Garretson (04:56):

... I honestly don't get it.

Paul Malagerio (04:59):

You've got till Monday to decide whether or not you should put up the recording of Jeff Johnson saying he's going to kill Jeff Lowe.

James Garretson (05:10):

Yeah.

Paul Malagerio (05:13):

I mean, shit on him. Do it.

James Garretson (05:15):

[crosstalk 00:05:15]-

Paul Malagerio (05:15):

[crosstalk 00:05:15] them.

James Garretson (05:19):

Yeah. No, I mean, I can shit on him. That's... I just can't believe this shit.

Paul Malagerio (05:33):

Okay. I'm having trouble hearing you with the background noise.

James Garretson (05:35):

I said, "I cannot even believe this shit is even happening."

Paul Malagerio (05:38):

Okay. Hold on. Hold on. Are you there?

This transcript was exported on Dec 14, 2021 - view latest version here.

James Garretson (05:52):

Yeah, can you hear me?

Paul Malagerio (05:53):

Yeah, go ahead.

James Garretson (05:55):

Yeah, but I just can't believe this shit's happening with Jim Johnson and them.

Paul Malagerio (06:01):

Well, I feel like posting Sunday night, and I would share part that conversation on the tape. And then I would write something to the effect of, "Jeff Johnson, this is what you're doing to your family. If and when you get arrested for threatening repeatedly to kill Jeff Lowe, and you're intimidating a federal witness, what's going to happen to your wife and her job because you've been using her computer at work, and who's going to be taking care of your kids when you're in jail? Do you really hate Jeff and Joe that much? Or you can't decide which side to take?"

James Garretson (06:42):

Hmm.

Paul Malagerio (06:44):

Because it really has... this has never been any of his business since day one. Or should I make a comment, "Is this due to your failed relationship with Joe, but now you're going to be back in his bed again?" Or something like that. Just shit on him, because it doesn't matter what you say.

James Garretson (07:00):

No. You know, but the thing-

Paul Malagerio (07:01):

Then you'll have Tom Porter make... Tell Tom Porter make sure that he can't take it down.

James Garretson (07:10):

So, what's that Tom Porter like? Why would they even participate on that page, knowing that he turned on the Joe side now?

Paul Malagerio (07:17):

Well, Tom hasn't been on it for a while. So I talked to him this week, and he said... I think I told you... he said that, "He lost interest when Jeff was going down to beat up Jeff Lowe, and putting it on a video." And he said, "That was ridiculous." And he said, "Before that, Jeff Johnson had called him and..." Okay, I can't talk over your noise back there for some reason. It's loud.

James Garretson (07:41):

There's no noise.

Exhibit 26

This transcript was exported on Dec 14, 2021 - view latest version here.

Paul Malagerio (07:43):

I don't know. There was something garbled. Anyways, forgot what I was saying. Jeff Johnson had spoke to him, and was just salivating over the friendship with him, and he appreciated him and his help, and all this stuff. You know all this... I said, "Yeah, he'll do that until you say something against him, and then he'll shit on you like everybody else."

James Garretson (08:02):

Oh, yeah.

Paul Malagerio (08:08):

So, what do you want to do? You want to just think about it for a day or so, then we'll shit on Jeff Johnson on that page, and everybody will make their comments, and then that's the end of that. Go fuck yourselves. Because it don't matter after next week.

James Garretson (08:20):

Yeah. But you see how long that witness list is? I mean, how is Joe going... Why does Joe think he's going to pull that off?

Paul Malagerio (08:31):

Oh, come on. John Reinke, John Finlay, Eric Cowie. Okay? You're concerned about this murder for hire. Alan Glover's, I see his name at the end of the list. I mean, wipe off the murder for hire shit. Eric, Finlay, and Reinke. What else do they fucking need? Doc Greene's on that list. He's fucked.

James Garretson (08:51):

Mm-hmm (affirmative).

Paul Malagerio (08:53):

He's fucked!

James Garretson (08:56):

I can't believe John Reinke's on it.

Paul Malagerio (09:00):

Well, he got the conversation. "You can talk to us and do this, or we're going to charge you with this and that." And Reinke will do what's good for Reinke.

James Garretson (09:06):

Yeah.

Paul Malagerio (09:06):

He's not stupid. He don't care.

James Garretson (09:12):

This transcript was exported on Dec 14, 2021 - view latest version here.

Yeah.

Paul Malagerio (09:12):

He's got no allegiance to Joe. He was fucking mad at Joe. Every time you talk about the studio, he goes, "All that money on the studio, and we can't fix this, and we can't do that. He's a fucking asshole," or something. When I was there, he got fired and quit over nine times in a very short time. It's not stable. And it's done, so what's he care? I mean, but why is Reinke going to take one charge on that, because he was culpable, repeatedly, and pay money a lawyer, for what? He might as well help Joe out, because who fucking cares? He'd never see him again.

James Garretson (09:46):

Yeah, and that Beth Corley, that's crazy.

Paul Malagerio (09:49):

Who's Beth Corley?

James Garretson (09:51):

Beth Corley's that lady that had the USDA license on their place, that Joe used for all his dirty deals.

Paul Malagerio (09:58):

Okay. And Amanda Peet is on it?

James Garretson (10:03):

Who's that?

Paul Malagerio (10:05):

Is it Amanda? Or Brittany [crosstalk 00:10:06]-

James Garretson (10:05):

Oh, Brittany Peet. Yeah, the PETA lady. Yeah, the attorney. Yep.

Paul Malagerio (10:11):

Yeah, Brittany Peet. I'm just looking over it now. Just some names I don't recognize. Jackie Thompson, I think that's Mark Thompson's first wife that lived in the trailer back there with him.

James Garretson (10:22):

It is.

Paul Malagerio (10:24):

Diane Strong, Darleen Cervantes, James Paul, Ashley Webster, Bonnie Boone, Matt Bryant, John Reinke, John Finlay, Beth Corley, Eric Cunningham, USDA, Debbie Cunningham, Carole Baskin, Marshal David Bruce, David, Joanne Greene, Brittany Peet, Brian [Hesk 00:10:40], Trey Key. Who is Trey Key?

James Garretson (10:43):

Exhibit 26

This transcript was exported on Dec 14, 2021 - view latest version here.

Trey Key? He owns a circus, Culpepper Merriweather.

Paul Malagerio (10:46):
Oh-

James Garretson (10:47):
[crosstalk 00:10:47].

Paul Malagerio (10:47):
... [crosstalk 00:10:47]?

James Garretson (10:47):
Yeah.

Paul Malagerio (10:49):
Yeah, I've met him.

James Garretson (10:52):
Cool.

Paul Malagerio (10:52):
That's not going to be good. That'll be probably income tax, because he paid them five grand and never claimed it. Jeff Lowe and Lauren Lowe. So, are they on both sides of the fucking thing? I thought they were being subpoenaed by the defense.

James Garretson (11:06):
I guess they're on both sides of it.

Paul Malagerio (11:09):
Lisa Sparks, John Markley, Allen Glover. Okay. And someone says, "Why is [Melisha 00:11:16] not on the list?" And my reply was... Well, I wanted to reply, but I didn't, "That the doors of the court aren't wide enough to get her fat ass in there." But I didn't do that.

James Garretson (11:26):
Yeah. Why isn't she? She's the one that's all, "Fuck Joe this, fuck Joe that."

Paul Malagerio (11:31):
No, no, she's the one that was the notary, that was stamping things that were... She broke laws and rules doing that. Unless she's just been charged, and she's got her own court case coming up.

James Garretson (11:43):
But I mean, does Joe, do you think that Joe actually thinks he's going to fucking beat it?

This transcript was exported on Dec 14, 2021 - view latest version here.

Paul Malagerio (11:51):
How long has the defense had this list?

James Garretson (11:54):
I have no idea.

Paul Malagerio (11:57):
Because I read that, and you can't fight that.

James Garretson (12:02):
Right.

Paul Malagerio (12:04):
I mean, hearsay is hearsay, but when a dozen people agree on hearsay, it gives it validity. And it's maybe not proof, but it does all go in the ears of the jury.

James Garretson (12:14):
Yeah. I just... I don't know what he is thinking.

Paul Malagerio (12:21):
Well, I bet he pleads on Monday.

James Garretson (12:26):
I'm thinking he is going to plea. Because I mean, Finlay is going to tear him apart. I mean, beyond all the other shit, Finlay's going to tear him apart.

Paul Malagerio (12:35):
Okay. Just, if you were in Joe's place, I'd take the 15 years rather than hear what Finlay's got to say about me.

James Garretson (12:49):
Yeah, because-

Paul Malagerio (12:49):
Come on. Think about it.

James Garretson (12:50):
... if Finlay goes into the whole underage thing and all this, and stuff, oh, my God.

Paul Malagerio (12:57):
That's the only time I'd want to be in that courtroom, with a box of popcorn.

James Garretson (13:03):

This transcript was exported on Dec 14, 2021 - view latest version here.

What does Jeff Johnson think he's going to fucking do? Oh, what a fucking idiot.

Paul Malagerio (13:09):
Okay, I'm kind of pissed again that the prosecutor hasn't arrested him or charged him.

James Garretson (13:16):
They haven't done shit.

Paul Malagerio (13:16):
Can they do it after the fact?

James Garretson (13:16):
I don't know.

Paul Malagerio (13:16):
Can they do it after?

James Garretson (13:21):
I mean, they can do it wherever they want. I mean, they can go five years down the road and do it. But I don't understand why they're letting this guy fucking just fuck around like that.

Paul Malagerio (13:32):
Okay. Think this through. What's the best time... because we've got to shit on him... is to shit on Jeff Johnson? Before, during, or after the trial?

James Garretson (13:44):
I'll let you know at about 1:00 today.

Paul Malagerio (13:47):
That's fine. Yep. But-

James Garretson (13:48):
Because I'm going to meet with the US attorney in Pauls Valley at 1:00.

Paul Malagerio (13:52):
Okay.

James Garretson (13:54):
They're coming to me to do the prep.

Paul Malagerio (13:58):
Good. Let them spend their fucking tax dollars.

This transcript was exported on Dec 14, 2021 - view latest version here.

James Garretson (14:02):

So, from 1:00 till about 4:00 we'll see. Because I'm going to drill that fucking... I'm going to record the whole fucking prep too. I'm going to. I'm going to record the whole fucking prep.

Paul Malagerio (14:18):

Well, okay. Bring another phone, so when they ask you to shut your phone off, you shut off the one that's not on.

James Garretson (14:24):

I already did. Already ahead of you. I'm going to record the whole prep, the whole fucking thing, so I have everything on tape.

Paul Malagerio (14:35):

When I was working for the feds, I tape recorded the old fucking cassette tapes, hours of conversation. And this one French-Canadian cop named Frank Guzzo... He used to call me, "Bozo. Hey, Bozo." And on tape... I played it for one of his sergeants... this is what he says. "Hey Bozo, if I ever find out you're taping my phone calls, you're going to be in big trouble." And they all laughed at that in the office.

James Garretson (15:01):

Damn.

Paul Malagerio (15:06):

Because I didn't fucking trust him.

James Garretson (15:10):

So, Jeff Johnson's now saying, "That's Joe's real friend."

Paul Malagerio (15:16):

Okay, you know what? He's like a blind guy with a hard-on at an orgy. It's fucking comical. If you get more personal when we shit on him, say the evidence of him threatening, and that it's gone to whatever authority, and just say, "How could you do this to your wife and to your kids? Was your relationship with Joe that important that you're jeopardizing your whole family?" I mean, that's where you hit him. And then when people read that, they can get mad, they can argue, but every woman will read that and go, "Shit, I wouldn't want to be his wife. Oh, fuck. What about his kids?" And what does he have to gain by doing this? Facebook notoriety? We don't know these people. We don't hang out with them. We don't want to know them.

James Garretson (16:10):

Yeah, see, that's what I'm saying. It's like I fucking want him to stop killing animals. So, that's my point. He has no purpose in this, at all.

Paul Malagerio (16:19):

Right.

This transcript was exported on Dec 14, 2021 - view latest version here.

James Garretson (16:19):
There's no purpose.

Paul Malagerio (16:21):
Right.

James Garretson (16:22):
He's not on fucking witness list.

Paul Malagerio (16:25):
Well, he is now, isn't he?

James Garretson (16:26):
Well, yeah. With the other side, but...

Paul Malagerio (16:29):
Okay, but [crosstalk 00:16:30]-

James Garretson (16:30):
He's going to make himself look like an idiot because you know they're playing those tapes in court. The tapes that I sent them.

Paul Malagerio (16:38):
Oh, they can play those in court?

James Garretson (16:40):
Yeah, they already told me that. Amanda said, "She's playing the tape." Of him saying he's going to kill Jeff Lowe.

Paul Malagerio (16:47):
Oh!

James Garretson (16:49):
That's why they were so-

Paul Malagerio (16:51):
Okay, so that's why [crosstalk 00:16:51]-

James Garretson (16:51):
That's why they were so gung-ho on using them. And then I told them, I said, "Well, he's going to be having a hate wall on me once I do this." And-

Paul Malagerio (17:00):

Exhibit 26

This transcript was exported on Dec 14, 2021 - view latest version here.

Okay... Go ahead.

James Garretson (17:03):

No, I just basically told them, I said, "You know, this is going to be fucking stupid, because he's going to know I recorded them." And I don't really give a fuck, but whatever.

Paul Malagerio (17:13):

So, when will he actually be going up? Because first it's prosecution, then it's defense, correct?

James Garretson (17:20):

I think how this is working, since we're basically one day apiece, I think we get quizzed half the day, or tell have the day, and then when they cross examine, it's the second part. I think that's how it works, but I'm not sure.

Paul Malagerio (17:35):

Well, yeah. Yeah, of course. Yeah. You go up and testify, and then they get up and try to shit on you, and punch holes in your story. But that could take fucking hours. That's hours and hours of talking. Because everything you discuss, every tape... If they're smart, they bore people with the results, and people get tired of hearing it. The jury goes, "Fuck, I want to get out of here. This is redundant." It really is laborious.

James Garretson (17:58):

Yeah. I just don't see how they're saying it's going to take two to three weeks.

Paul Malagerio (18:04):

I figured three, at least. 30 people. Okay, Darleen Cervantes might be a whole morning, back and forth. That's one person.

James Garretson (18:14):

Yeah.

Paul Malagerio (18:15):

I mean, you could be up there for three days.

James Garretson (18:21):

I'm told Wednesday now. I was told Thursday, yesterday. But I'm told Wednesday now.

Paul Malagerio (18:26):

Oh, that's because one person dropped out.

James Garretson (18:29):

Yeah. Probably you [crosstalk 00:18:31]-

Paul Malagerio (18:31):

3.23 (Completed 12/13/21)
Transcript by Rev.com

Page 13 of 15

Exhibit 26

This transcript was exported on Dec 14, 2021 - view latest version here.

How is this going to affect your job?

James Garretson (18:33):

Well, Wednesday, I'll have to cover it. But I mean, I'm going to run up here today to do the prep, and then, yeah, I mean, I'll be all right. But, yeah, I want to get this shit over with. But just Jeff Johnson, boy, he's going to be shitting on all of us, when this is all over with.

Paul Malagerio (18:51):

Hey, when you get the room, empty the fridge, and get all the fucking shampoo and stuff.

James Garretson (18:55):

I'm going to steal the remotes and everything. Take the light switches.

Paul Malagerio (19:02):

No, just-

James Garretson (19:03):

Take the light switches.

Paul Malagerio (19:05):

Just the batteries.

James Garretson (19:07):

No, no, no. Take the light switches, the plugs.

Paul Malagerio (19:13):

The robes, the pillows.

James Garretson (19:14):

And the sheets. It'll be a stripped out room.

Paul Malagerio (19:19):

Oh, no. You know what you do? You take the blankets off the bed. Just leave the cover sheet. And then you do the crab walk, and write your name in shit.

James Garretson (19:29):

Ew. Yes, the assassin out in Vegas took 30 guns up to his hotel. You think I can get back down with a TV?

Paul Malagerio (19:38):

Put it in the gun case.

James Garretson (19:41):

He took 30 guns to his fucking room, and nobody even witnessed, in Vegas. 30 fucking guns.

3.23 (Completed  12/13/21)
Transcript by Rev.com

Page 14 of 15

Exhibit 26

This transcript was exported on Dec 14, 2021 - view latest version here.

Paul Malagerio (19:47):

Well, that's because they were all in luggage, because they come apart. So they weren't more than two feet long.

James Garretson (19:53):

I don't know. Let me get in my shower. I'll holler back at you in a few. I'm going to get on the road. I'll holler at you-

Paul Malagerio (20:01):

Okay.

James Garretson (20:01):

... when I get on... All right.

Paul Malagerio (20:02):

Yeah, and then I-