This transcript was exported on Dec 14, 2021 - view latest version here.

Eric Goode (00:02):
Hey, James.

James Garretson (00:03):
Hey, what's going on?

Eric Goode (00:05):
How are you doing?

James Garretson (00:06):
Good.

Eric Goode (00:07):
Yeah? Where are you today?

James Garretson (00:10):
I'm in Ardmore today. I got to run to Dallas this afternoon, but yeah. I'm in Ardmore right now.

Eric Goode (00:15):
So they put you through the ringer yesterday?

James Garretson (00:18):
Yeah, about six hours of that bullshit.

Eric Goode (00:21):
Six hours? Wow. That's that seems like a lot. [crosstalk 00:00:27].

James Garretson (00:27):
[inaudible 00:00:27].

Eric Goode (00:28):
What day are you testifying?

James Garretson (00:29):
I don't know if it's Wednesday or Thursday.

Eric Goode (00:35):
This week?

James Garretson (00:36):
Yeah.

Eric Goode (00:37):

This transcript was exported on Dec 14, 2021 - view latest version here.

Not next week? So they still haven't pinned it down.

James Garretson (00:41):
I guess it starts tomorrow, and then I don't know. However long it takes to run them all through. There's a shitload of witnesses.

Eric Goode (00:51):
Well, they're starting with animal welfare stuff. Tomorrow they're having this woman, Marsha David.

James Garretson (01:02):
Who's she?

Eric Goode (01:03):
She's married to this guy, Bruce David. She's testifying tomorrow. I think that guy Dylan West is testifying tomorrow. People are testifying tomorrow, Monday and Tuesday, mostly about the animal welfare stuff.

James Garretson (01:25):
Oh, I gotcha.

Eric Goode (01:26):
Moving cats across state lines or any of that kind of stuff, which is all... By the way, that whole law should be changed, the Lacey Act and everything. It's crazy. Because like, you could sell a tiger in the States, or you can't. I have to say it's kind of fucked up, those laws. But anyway, I guess they're starting the trial talking about that stuff, and then later they get into the... Where'd they go? Hold on a second. There they are.

Eric Goode (02:00):
And then later they get into the murder for hire stuff. Later in the trial

James Garretson (02:08):
Gotcha. I couldn't believe Brittany Peet is testifying. That is ridiculous.

Eric Goode (02:12):
I don't know. Did they say for sure?

James Garretson (02:14):
Yeah, she is.

Eric Goode (02:16):
Oh, really? Do you know when?

James Garretson (02:21):

This transcript was exported on Dec 14, 2021 - view latest version here.

When?

Eric Goode (02:22):
Yeah. Do you know when?

James Garretson (02:23):
She's toward the end, I think.

Eric Goode (02:26):
I heard that they want her but that she hadn't actually been subpoenaed.

James Garretson (02:30):
No, I heard she was there to testify, because I guess Joe was talking to her every day.

Eric Goode (02:37):
Who is? Matt Bryant?

James Garretson (02:39):
No, Joe was talking to Brittany Peet pretty much for the last couple of years, trying to work a deal to get paid out.

Eric Goode (02:47):
Yeah. Well, I know he's been talking to her more recently or trying to, but I don't think directly. I don't know if she'll actually talk to him, but... Right. Anyway. So you're in Ardmore all day, and you don't want to talk to me anymore?

James Garretson (03:05):
I just don't want to be on video, man. I can't tell after this truck... Here, I'm going to ask you straight up because here's what they think. Are you on Joe's side?

Eric Goode (03:17):
I'm not on anybody's side.

James Garretson (03:21):
Yesterday, the US attorney, the first question out of their mouth: Have you talked to Eric Goode?

Eric Goode (03:28):
Who said that? Matt Bryant?

James Garretson (03:29):
No, the US attorney.

Eric Goode (03:32):

This transcript was exported on Dec 14, 2021 - view latest version here.

They said have you talked to Eric Goode?

James Garretson (03:34):
Yeah. I said not about the case.

Eric Goode (03:37):
Wait, wait, wait. You mean the prosecuting attorneys?

James Garretson (03:41):
Yes.

Eric Goode (03:43):
Said have you talked to Eric Goode?

James Garretson (03:45):
Yes, they asked me point...

Eric Goode (03:47):
They think I'm on Joe's side?

James Garretson (03:49):
Yeah, I guess, because they were like, "Has anybody contacted you?" And then they were sort of naming names. And then I was like, "Yeah, I talked to him, but I did not talk about the case." And then they just kind of looked at each other.

Eric Goode (04:07):
Uh-huh (affirmative).

James Garretson (04:08):
I think they just assume you're pro-Joe.

Eric Goode (04:11):
They what?

James Garretson (04:12):
I think they assume you're pro-Joe.

Eric Goode (04:16):
Listen, to be honest, to be really honest, I'm pretty neutral. Because I keep animals, I think that [crosstalk 00:04:28] a lot of the laws are crazy.

James Garretson (04:31):
A lot of that's bullshit, yeah.

This transcript was exported on Dec 14, 2021 - view latest version here.

Eric Goode (04:32):

And I think that, is Joe perfect? No, and I think Joe did a lot of things he shouldn't have done.

James Garretson (04:40):

Yeah.

Eric Goode (04:40):

And so am I pro-Joe? You know why they probably think that? Because I work with a colleague of mine, a woman named Rebecca, and Rebecca and I don't always see eye-to-eye. We don't always agree, but I always argue that she is very gullible, and she believes things that Joe says sometimes, and I'm like, Rebecca, Joe isn't really dying of cancer. He went in maybe for a nose job, or I don't know what he went in for.

James Garretson (05:12):

Yeah, he never had cancer. He never had cancer.

Eric Goode (05:15):

You know what I'm saying. So she talks to Joe from time to time. I don't talk to him. So they probably think, maybe because they listened to the phone calls, and by the way, if you're talking to someone who's in prison, you're not going to just throw them under the bus because if you do that, then they're not going to keep talking to you.

James Garretson (05:33):

Oh yeah, yeah. No, I gotcha. I gotcha. I don't agree with how it's all working out myself, but what can I do? I'd rather not show up to court.

Eric Goode (05:45):

Well, I get that. I'm going to be an Ardmore in two hours. Can I just swing by and just talk to you for a minute?

James Garretson (05:52):

Yeah, yeah, yeah.

Eric Goode (05:53):

I'm not going to film anything.

James Garretson (05:53):

Come on over to the store.

Eric Goode (05:56):

All right. Bye-bye.

Exhibit 29