This transcript was exported on Dec 14, 2021 - view latest version here.

Jeff Johnson ([00:00](#)):

Yeah?

James Garretson ([00:00](#)):

I got a call in with an attorney on the phone.

Jeff Johnson ([00:13](#)):

Do what? Hello?

James Garretson ([00:13](#)):

I've got a call on with an attorney on the phone. He doesn't feel comfortable talking to me because he... Because I told him I did talk to my attorney, my attorney told me to go to court and play along. That's what my attorney told me.

Jeff Johnson ([00:32](#)):

Okay.

James Garretson ([00:32](#)):

And I told him, I said let me try to find another federal attorney tomorrow and then see what he says, and then we'll call him on three-way. But my shit's a complicated thing, dude, I have no immunity. You know that, right?

Jeff Johnson ([00:46](#)):

I hear you.

James Garretson ([00:48](#)):

Lowe has immunity, I have none. Does that make any sense?

Jeff Johnson ([00:52](#)):

Well, they told me different.

James Garretson ([00:56](#)):

That I have immunity?

Jeff Johnson ([00:58](#)):

That yeah, you can... You have Constitutional rights, brother.

James Garretson ([01:04](#)):

That is not immunity. Nope. I don't know who told you that but I have no immunity. And if I plead the Fifth, that's an obstruction. I mean, I told them a little bit. I mean, I told them what I thought.

Jeff Johnson ([01:16](#)):

Okay. How do you feel about it?

Exhibit 30

This transcript was exported on Dec 14, 2021 - view latest version here.

James Garretson (01:22):

I mean, I'm like torn between two things. Do I think he's guilty? Yeah. Do I think other people are guilty as well? Yeah. I mean, do I think he needs to spend the rest of his life in jail? No. But [crosstalk 00:01:40]. Yeah, what do I do when I'm in my position, man? I'm fucked.

Jeff Johnson (01:47):

Okay.

James Garretson (01:47):

So I'm going to call him tomorrow at noon o'clock.

Jeff Johnson (01:51):

Okay. Thank you for at least taking the call.

James Garretson (01:53):

Oh no, I'll talk to him.

Jeff Johnson (01:55):

I called him, he answered his phone and I said, "Someone needs to call James Garretson right now." He said, "Thank you." And apparently got on the phone and called you, so hey-

James Garretson (02:03):

I talked to him.

Jeff Johnson (02:04):

At least what we're doing matters.

James Garretson (02:07):

I want a reason to call the prosecution and tell them I called.

Jeff Johnson (02:10):

Well, do you think Matt knows that I spent two hours in his office? I bet he does. Well I got news for Matt, Brian can suck my dick.

James Garretson (02:21):

Really. Yeah, I mean-

Jeff Johnson (02:23):

He's a fucking crooked cop, that's all he is.

James Garretson (02:25):

Well he's just using it to get what he wants.

Exhibit 30

This transcript was exported on Dec 14, 2021 - view latest version here.

Jeff Johnson (02:28):

Yeah. He's a crooked cop, he ain't nothing better. Actually, he's not even a crooked cop, he's a crooked dogcatcher. He's not even a cop.

James Garretson (02:35):

He used to call me six to 10 times a day, I haven't heard from him in a long time.

Jeff Johnson (02:39):

Yep. He got what he wanted and he's going to retired a hero. "Oo, I got Joe." But you know what, motherfucker? You let everybody else go. I'm going to be there in the morning.

James Garretson (02:53):

What do you think about Jeff Lowe though? Why is he getting a pass?

Jeff Johnson (02:57):

I don't know.

James Garretson (03:02):

I wish I fucking knew, man.

Jeff Johnson (03:04):

We'll find out.

James Garretson (03:05):

If you hear anything, call me.

Jeff Johnson (03:08):

I'm going to be there in the morning, I'm not kidding. I went up there yesterday, drove around, found the parking lot that's 10 bucks for all day, it's a half a block away. I'm going to be there at 5:00 in the morning, park there. I'm taking an ice chest full of Dr. Pepper, Pringles, and sandwiches. I'm carrying with me my driver's license and my truck key, and that's all because I get tired of taking my belt off and all that bullshit.

James Garretson (03:34):

Who's testifying tomorrow, do you know?

Jeff Johnson (03:38):

I don't know. I don't care. What I'm doing is hanging out on the steps of the courthouse, looking for Sylvia Corkill.

James Garretson (03:45):

Do you think she'll be there?

Exhibit 30

This transcript was exported on Dec 14, 2021 - view latest version here.

Jeff Johnson (03:46):

Oh I know she'll be there.

James Garretson (03:48):

Oh she will?

Jeff Johnson (03:49):

Oh I know she'll be there. She'll be there for the next two weeks. What happened with you and Eric?

James Garretson (03:56):

What do you mean Eric?

Jeff Johnson (04:00):

Eric Goode.

James Garretson (04:03):

Just told him what I thought, man.

Jeff Johnson (04:05):

Did you meet with him?

James Garretson (04:07):

Yeah, I talked to him. He came to my store today.

Jeff Johnson (04:09):

Okay, yeah. [crosstalk 00:04:13]. Thursday when I left Joe's attorney's, I filmed with him for five hours.

James Garretson (04:17):

Really?

Jeff Johnson (04:18):

Yeah.

James Garretson (04:18):

What is he doing anyway? What I don't get about him is what is he doing?

Jeff Johnson (04:28):

I don't know. Putting together a TV show for Netflix, that's all I've gathered. And he may be... I basically told him, "You make me look like an idiot, I'll hunt you down."

James Garretson (04:40):

Yeah but is he pro-Joe or pro what? I mean, I don't understand.

Exhibit 30

This transcript was exported on Dec 14, 2021 - view latest version here.

Jeff Johnson (04:43):

He's pro truth. I used to think he was pro-Joe, and then I kind of thought he was... Joe's a criminal, but right now I think he's where I'm at. He's pro this is bullshit.

James Garretson (04:59):

But yeah, I guarantee though if I go to court up there and I plead the Fifth dude, they're going to charge me. They're going to charge me for the lemur too. Seriously.

Jeff Johnson (05:07):

Well, that's why... Yep. That's why I wanted you to talk to them.

James Garretson (05:15):

Oh I did, and he was like, "Well, you know..." Because they didn't really feel comfortable talking to me because-

Jeff Johnson (05:20):

They think you're represented.

James Garretson (05:22):

Yeah, and I'm not.

Jeff Johnson (05:24):

I told them that Thursday. The first thing they said, "Is he represented?" I said, "I think he's just talked to a friend that's a lawyer, and they said if he's represented we have to go through his attorney. If he's not represented, we can talk to him directly." I said, "I do not believe he's made payment or has an attorney on retainer."

James Garretson (05:44):

No.

Jeff Johnson (05:44):

And they went, "Okay." So tonight they called you and acted leery?

James Garretson (05:50):

They acted a little leery, but they were like... They couldn't give me legal advice. So here's the deal, I told them what I thought. I said, "I think Joe has done some things but he's not the only one."

Jeff Johnson (06:05):

Right, that's exactly what I told them, brother. I think what you told them just reiterated what I told them on Thursday morning.

James Garretson (06:11):

Exhibit 30

This transcript was exported on Dec 14, 2021 - view latest version here.

Yeah, I said, "Do I believe he should spend the rest of his life in jail? I do not. Do I think he should be the only one charged? No I do not."

Jeff Johnson ([06:20](#)):

Okay.

James Garretson ([06:20](#)):

And then, "Do I think the hit man should get a pass? Of course not."

Jeff Johnson ([06:28](#)):

Yeah. Yep. Well I want to tell you what, this is going to be a circus.

James Garretson ([06:36](#)):

I know it is. Can the prosecutor just say hey [crosstalk 00:06:43].

Jeff Johnson ([06:43](#)):

Me and my wife, between our two phone calls, me and my wife are talking about selling our house, cashing in, and moving away.

James Garretson ([06:51](#)):

Yeah, well I'm with you there.

Jeff Johnson ([06:53](#)):

If it needs to be. Shit, you need help in the Keys? I mean-

James Garretson ([06:57](#)):

I know. I'm about to go to the Keys full-time. I'm about to, because I just can't take it anymore. I mean, this is...

Jeff Johnson ([07:04](#)):

I'll come down. Hell, I'll come down there and work for you.

James Garretson ([07:06](#)):

Yeah, even when-

Jeff Johnson ([07:06](#)):

As long as there's a place to put my kids in school.

James Garretson ([07:09](#)):

Yeah, even if this all goes through, it's still going to fucking haunt everybody.

Jeff Johnson ([07:14](#)):

Yeah.

Exhibit 30

This transcript was exported on Dec 14, 2021 - view latest version here.

James Garretson (07:17):
Why can't the prosecutor just say, "Hey, here's five years. Do five years and we'll plead this thing out and be done"?

Jeff Johnson (07:24):
Yeah. And then let's go arrest Jeff Lowe.

James Garretson (07:29):
Do they have the ability to do that?

Jeff Johnson (07:31):
Nope. Well, so you ain't going to be there till Thursday, all I can do is be there tomorrow. As soon as I walk out of the courtroom, I'll call you first thing.

James Garretson (07:50):
Yeah, I wonder who's... Do you know why Darlene Cervantes is part of it?

Jeff Johnson (07:53):
How the fuck can she be part of anything?

James Garretson (07:56):
She testifies tomorrow I know.

Jeff Johnson (07:59):
Huh?

James Garretson (08:00):
She testifies tomorrow I know.

Jeff Johnson (08:02):
Really?

James Garretson (08:03):
Yes.

Jeff Johnson (08:04):
Outstanding. I can't wait to see them tear her up. She's got warrants everywhere.

James Garretson (08:11):
Really?

Jeff Johnson (08:12):
She's wanted by 100 different municipalities.

Exhibit 30

This transcript was exported on Dec 14, 2021 - view latest version here.

James Garretson ([08:18](#)):

Oh, see I don't know her, so I don't...

Jeff Johnson ([08:18](#)):

Oh, I know all about her.

James Garretson ([08:20](#)):

Oh, I heard that she was going to be... She's-

Jeff Johnson ([08:23](#)):

"Oo, oo, look at me. I train dogs, and if you need a service dog..." She goes to the pound and gets a dog for free, doesn't do anything except abuse it, and then sells it to people for five grand.

James Garretson ([08:33](#)):

What?

Jeff Johnson ([08:35](#)):

Dude, she's been doing that for 10 years. She doesn't even... She lives in her truck.

James Garretson ([08:42](#)):

Oh, shit.

Jeff Johnson ([08:43](#)):

I'm not kidding.

James Garretson ([08:45](#)):

Yeah, she's-

Jeff Johnson ([08:47](#)):

There's 100 different municipalities looking for her.

James Garretson ([08:50](#)):

Oh my God.

Jeff Johnson ([08:52](#)):

The defense is going to go, "What the fuck?"

James Garretson ([08:56](#)):

Yeah, she's the only one I know that testifies tomorrow for sure.

Jeff Johnson ([09:01](#)):

Outstanding. You just made my night. At least I can laugh at her.

This transcript was exported on Dec 14, 2021 - view latest version here.

James Garretson (09:05):

Yeah, yeah.

Jeff Johnson (09:07):

Make my day if tomorrow is Darlene, Mark Thompson, Jackie Thompson, and Jeff Lowe. Hell, I could just come home, shoot myself in the face and die a happy man. If I could just see Joe's defense rip those four people apart.

James Garretson (09:25):

Yeah the only thing about Joe is having a public defender. I don't know how they are in federal court.

Jeff Johnson (09:32):

That's the problem, it's not just some law school flunky working for Garvin County.

James Garretson (09:41):

Yeah.

Jeff Johnson (09:41):

A public defender. This is federal level.

James Garretson (09:45):

So they're pretty good?

Jeff Johnson (09:46):

Dude, I'm going to tell you what, I set down with them and you should have seen the looks on their faces.

James Garretson (09:53):

Are they a couple young guys?

Jeff Johnson (09:53):

No, one young guy, one middle aged woman, and one older gentleman that... He acted like this was a cakewalk. Maybe he's a good actor, who knows.

James Garretson (10:05):

Yeah, because I mean, he's not going to walk out of all of it, because the thing is, when you show the jury pictures of dead animals, it's probably different than people.

Jeff Johnson (10:13):

Yeah.

James Garretson (10:15):

People are more sympathetic for animals than people mostly.

Exhibit 30

This transcript was exported on Dec 14, 2021 - view latest version here.

Jeff Johnson (10:19):

Yeah.

James Garretson (10:19):

So you're going to show that to the jury, they're going to already be fucking hung on that. And to try it all together, the murder-for-hires and everything?

Jeff Johnson (10:26):

It's going to be fun.

James Garretson (10:31):

Man, I don't know. Yeah, you didn't know about Darlene Cervantes? Damn, I just gave you some gravy.

Jeff Johnson (10:37):

Oh, you did. I can't wait. The defense is going to rip her another fat, nasty, lesbian pussy.

James Garretson (10:48):

Where does she fall in the whole thing at?

Jeff Johnson (10:51):

I have no fucking idea, dude. I'm not kidding you. Those defense attorneys are going to come at her cunt with a barbed wire wrapped baseball bat, and just bitch-fuck her. Mark my word, there ain't no way she's going to leave that stand with any dignity left.

James Garretson (11:11):

Really? So she's-

Jeff Johnson (11:13):

There should be federal agents on either side of the stand, waiting to handcuff her when they're done with her. She's wanted nationwide.

James Garretson (11:27):

Really?

Jeff Johnson (11:28):

Yes.

James Garretson (11:30):

I wonder why she plays a-

Jeff Johnson (11:31):

She's fucked more people than the fucking plague, dude.

Exhibit 30

This transcript was exported on Dec 14, 2021 - view latest version here.

James Garretson (11:35):

I wonder how she falls into this whole thing.

Jeff Johnson (11:38):

I'm going to be shocked if she even shows up. I think she's the type that she'll be afraid to set foot in that building because she knows if she does, she ain't going to leave. My guess is, is whether it's defense or the plaintiffs are going to go, "Well we got a no-show with her." I'll be shocked, I'll be shocked if she sets foot in a federal courtroom.

James Garretson (12:02):

Well you'll see her tomorrow, because everybody's taking them-

Jeff Johnson (12:05):

I bet you $5 I don't.

James Garretson (12:14):

I was told by-

Jeff Johnson (12:17):

Five bucks says she no-shows. Wait, wait, wait, wait, wait, she has been subpoenaed.

James Garretson (12:24):

Yep.

Jeff Johnson (12:26):

And your subpoena that you sent me, you kind of altered it to where I couldn't read a lot of it, but the-

James Garretson (12:32):

I'll send you the whole fucking thing if you want to see it.

Jeff Johnson (12:36):

No, I don't need to. But the one thing that I read, shit as soon as you sent it, I showed it to my wife and I went, "I command you?"

James Garretson (12:43):

Yep.

Jeff Johnson (12:50):

And furthermore, I command you to bring this and that. I was going, "Command my fucking dick, motherfucker."

James Garretson (13:00):

There's no... This government is so fucked up, dude.

Exhibit 30

This transcript was exported on Dec 14, 2021 - view latest version here.

Jeff Johnson (13:04):

Isn't it something?

James Garretson (13:05):

Have you seen the amount of money they wasted on this Joe shit? Flying people-

Jeff Johnson (13:11):

I command you, I command you.

James Garretson (13:13):

Flying motherfuckers in from everywhere in the fucking country. Putting them up at the fucking Sheraton at $150 a night.

Jeff Johnson (13:20):

Spend millions of dollars, sending Matt Bryant all over the fucking world. Millions of dollars so we can put this fucking little pathetic Joe Exotic in prison. We spent millions of dollars to put that motherfucker in prison.

James Garretson (13:46):

Yeah, I mean I just... I don't know.

Jeff Johnson (13:46):

Isn't that awesome?

James Garretson (13:48):

Yeah, and Jeff Lowe gets a brand new zoo.

Jeff Johnson (13:53):

Yep.

James Garretson (13:53):

He cons another old lady out of her fucking savings.

Jeff Johnson (13:56):

Yep.

James Garretson (13:57):

And Tim is-

Jeff Johnson (13:58):

And he'll go down there, and he'll be nonprofit, and he won't pay taxes, and he'll be pulling the same fucking shit. But me and you, taxpaying motherfuckers, spent millions of dollars so we can put Joe in prison, which will cost us, what is it now, up to like $200,000 a year is what they say per inmate?

Exhibit 30

This transcript was exported on Dec 14, 2021 - view latest version here.

James Garretson (14:21):

Oh yeah. So what person decides the plea deals, do you know?

Jeff Johnson (14:27):

I don't know. I know Joe's defense, there was no mention of plea.

James Garretson (14:34):

Really? See I thought-

Jeff Johnson (14:38):

It was go time, 9:00 AM Monday morning.

James Garretson (14:41):

Yeah, Jeff-

Jeff Johnson (14:42):

I'm sorry dude, they act... Anytime I'd go, "Well, I guess Joe's just fucked," they'd snicker, "We'll see."

James Garretson (14:52):

But you got to think, they also work for the government too so they're not like... I don't know, if I was ever in that deal, I would never hire a public defender, no fucking way.

Jeff Johnson (15:04):

He had no choice.

James Garretson (15:05):

Yeah, I know but...

Jeff Johnson (15:07):

He didn't have a fucking... A pot to piss in or a window to throw it out of, dude.

James Garretson (15:11):

They killed all them animals-

Jeff Johnson (15:11):

When they arrested him, he had nothing.

James Garretson (15:17):

Yeah, he sold like a half a million dollars in cubs over the last couple years. How do you not have any fucking money?

Jeff Johnson (15:22):

Exhibit 30

This transcript was exported on Dec 14, 2021 - view latest version here.

He bought limousines, and leather jackets, and... He ain't got what... When he got arrested, he didn't have $100 bill to his name.

James Garretson (15:35):

Damn. Is he still begging people for money to pay his boyfriend's car payment?

Jeff Johnson (15:37):

Yeah. Oh, did you see the one post where he talked about Dillon's dog got hurt?

James Garretson (15:45):

No, I didn't see that. [crosstalk 00:15:48].

Jeff Johnson (15:48):

No, let me tell you this story, this was my favorite. Joe posted about Dillon's dog got attacked by another dog or something, almost got killed. And they had to rush it to emergency surgery, like in the middle of the night, and he needed help paying the vet bill. Now come on, you've been around animals, you've been around vets, right?

James Garretson (16:15):

Yep.

Jeff Johnson (16:16):

In the middle of the night, emergency surgery to save this poor dog. And you know how much the vet bill was?

James Garretson (16:22):

How much?

Jeff Johnson (16:22):

$429.

James Garretson (16:22):

You got to be kidding. That was his car payment.

Jeff Johnson (16:30):

Exactly, dude, exactly.

James Garretson (16:32):

You would think Joe [crosstalk 00:16:34].

Jeff Johnson (16:34):

Exhibit 30

This transcript was exported on Dec 14, 2021 - view latest version here.

Wait, wait, wait, wait, wait, wait, wait, wait, wait. $429, and one woman goes, "I sent you $100," and I was just like, "Are you fucking kidding me?" And then there was only about 20 comments, and the past five, you know what the past five were?

James Garretson (16:50):

What?

Jeff Johnson (16:52):

"Give me the vet's phone number and I'll send payment." The next comment was, "What's the veterinary clinic? I'll PayPal a payment." "Hey, which vet was it so I can make a payment directly?" The minions had caught on. They were like, "I'm not just going to give you 100 bucks."

James Garretson (17:17):

Damn.

Jeff Johnson (17:17):

"Give me the veterinary hospital's name and hell, I'll PayPal 50 bucks." And do you know how Joe responded to that?

James Garretson (17:27):

Uh-uh (negative).

Jeff Johnson (17:29):

He didn't.

James Garretson (17:30):

Oh yeah, yeah, yeah. How's he texting? He got texting in jail, or Facebook in jail?

Jeff Johnson (17:38):

I was told by Eric, Thursday, that Joe's Facebook page where he posts all this stuff... I think he accidentally told me, because when I went, "Really?," he went, "So how about them Yankees?" You know who's running that page?

James Garretson (17:56):

Who.

Jeff Johnson (17:57):

You thought it was Dillon, didn't you? So did I.

James Garretson (17:59):

Who's running it?

Jeff Johnson (18:02):

Exhibit 30

This transcript was exported on Dec 14, 2021 - view latest version here.

By the way, Dillon was living in Ardmore and now he's gone home to Texas to live with his sister.

James Garretson (18:06):
Ah.

Jeff Johnson (18:09):
But you know who's running the page?

James Garretson (18:10):
So who's running the page?

Jeff Johnson (18:11):
Ronnie Sands.

James Garretson (18:13):
No.

Jeff Johnson (18:17):
That's what Eric told me.

James Garretson (18:18):
God.

Jeff Johnson (18:19):
I shot off, immediately shot off a text to Ronnie and said, "Hear you're the one running Joe's page."

James Garretson (18:27):
Oh my God, really?

Jeff Johnson (18:27):
And you know how she replied?

James Garretson (18:30):
How?

Jeff Johnson (18:31):
She didn't.

James Garretson (18:38):
Listen, this is what I don't get. I mean, I understand this whole situation, by why in the fuck would anybody support Joe anyway? Because I mean, the fucker's an awful fucking person, he hates everybody.

Exhibit 30

This transcript was exported on Dec 14, 2021 - view latest version here.

Jeff Johnson ([18:48](#)):

Yeah.

James Garretson ([18:51](#)):

I mean, just like me, he called me the fucking creep, and he'd call me a dumbass as he's begging me for fucking money.

Jeff Johnson ([18:57](#)):

Yeah.

James Garretson ([18:58](#)):

I mean, Joe's a horrible fucking person.

Jeff Johnson ([19:01](#)):

Yeah.

James Garretson ([19:01](#)):

I mean...

Jeff Johnson ([19:02](#)):

Do you know why I'm supporting him right now? And I am supporting him right now. But you know why?

James Garretson ([19:06](#)):

Why?

Jeff Johnson ([19:09](#)):

Because I'm not going to let him take all the heat.

James Garretson ([19:12](#)):

Oh no, no, no, no.

Jeff Johnson ([19:12](#)):

I'll support Joe till the day he dies until they round up Doc Antle, Gregg Woody, Tim Stark, Jeff Lowe.

James Garretson ([19:23](#)):

Yeah, but they're not going to.

Jeff Johnson ([19:23](#)):

Until they round them up, I'm team Joe, I am fucking team Joe.

James Garretson ([19:28](#)):

Yeah.

Exhibit 30

This transcript was exported on Dec 14, 2021 - view latest version here.

Jeff Johnson (19:29):

I'm like you, dude you told me this a long time ago. You said, "You know what? If Joe would get out of this, Joe..." And I told my wife this, this evening. If I go to court in the morning and they just by 4:00 go fuck this, acquittal, dismissed, drop all the charges, and Joe walks down the steps of the courthouse, where does he go?

James Garretson (19:58):

[inaudible 00:19:58].

Jeff Johnson (19:58):

He has nowhere to go, he has no place to spend the night.

James Garretson (20:02):

Nope. But you got to think-

Jeff Johnson (20:06):

What do you think he's going to end up doing? He's going to go shoot Jeff Lowe in the face.

James Garretson (20:10):

Yeah. Yeah, but here's the deal, Joe's burned everybody he's ever touched.

Jeff Johnson (20:18):

Mm-hmm (affirmative).

James Garretson (20:18):

So I mean, that's his own fault too because he has burned every fucking body. Just like me, son of a bitch makes about 40, 50, 60 grand off the pizza joint, gives me nothing.

Jeff Johnson (20:27):

Right.

James Garretson (20:29):

He's a greedy fucking bastard.

Jeff Johnson (20:32):

Yep. But at the end of the day, if they let him out of jail, he's going to realize he got nothing, and he's going to go downtown Oklahoma City, he's going to by himself a fucking half broke .45 with one bullet for 40 bucks and he's going to go put that bullet in Jeff Lowe's head.

James Garretson (20:49):

Yeah, I mean I just see Jeff Lowe, and Stark, and all them just laughing their way to the fucking bank.

Jeff Johnson (20:58):

Exhibit 30

This transcript was exported on Dec 14, 2021 - view latest version [here.](#)

You said it to me a long time ago, "Maybe we should get Joe out and let Joe take care of Jeff Lowe."

James Garretson ([21:05](#)):
Oh yeah, yeah, no, I agree. That's what I said. I mean, I agree because-

Jeff Johnson ([21:10](#)):
And that's where I'm at right now.

James Garretson ([21:12](#)):
Matt-

Jeff Johnson ([21:13](#)):
I'm going, if I can do my part to get Joe out of prison, and bank on the fact that Joe will go shoot Jeff Lowe in the face, man I'm going to sleep like a baby that night.

James Garretson ([21:27](#)):
I mean, I agree. With Matt, everybody's leaving Jeff Lowe alone. I mean, look at that thing on fucking Beverly Hills. Everybody knows Jeff sold that cat, nothing.

Jeff Johnson ([21:37](#)):
He admitted it. It's in text, "Yeah, I met him at a flea market parking lot."

James Garretson ([21:43](#)):
Geeze.

Jeff Johnson ([21:45](#)):
That poor motherfucker that bought that cat is facing charges. Why ain't Lowe? Why isn't John Finlay?

James Garretson ([21:55](#)):
Yeah, Finlay delivered fucking tigers all over the world, fucking-

Jeff Johnson ([21:58](#)):
Fuck, all over the place.

James Garretson ([22:00](#)):
15 years.

Jeff Johnson ([22:02](#)):
Yeah. Yep, I guarantee you so did Mark Thompson, so did Gary Douglas.

James Garretson ([22:09](#)):
Yeah.

This transcript was exported on Dec 14, 2021 - view latest version here.

Jeff Johnson ([22:09](https://)):

I bet you a dollar to a donut, as long as it was Texas, maybe Arkansas, maybe Kansas, anybody that had a driver's license... you don't think Joe ever hit up Gary and went, "I'm sorry man, I know you got a family but hey, can you take this one to Wichita?" Gary Douglas would have immediately went, "Absolutely, on my way. Give me the keys."

James Garretson ([22:37](https://)):

Really? Where's that Gary Douglas at right now?

Jeff Johnson ([22:39](https://)):

I have no fucking idea. Haven't heard his name. Last thing I heard about him, I saw a picture of him laying in a hospital bed where he had a triple bypass.

James Garretson ([22:48](https://)):

Really?

Jeff Johnson ([22:48](https://)):

That was two years ago, and I ain't heard his name, he will not... I've got his cell phone number, I've called it. He won't answer the phone, he's trying to save his ass.

James Garretson ([22:58](https://)):

But he's not going to court, is he?

Jeff Johnson ([23:00](https://)):

Nope, nope. Why is Reinke? What's Reinke going to say? "Oh, Joe's a bad person. He made me kill 1,000 animals." What the fuck is Reinke going to say?

James Garretson ([23:13](https://)):

Yeah.

Jeff Johnson ([23:14](https://)):

Reinke's a piece of shit just like Joe is.

James Garretson ([23:16](https://)):

Oh, Reinke's a-

Jeff Johnson ([23:18](https://)):

So is Eric.

James Garretson ([23:19](https://)):

Yeah, Reinke's a worse animal killer than Joe.

Jeff Johnson ([23:22](https://)):

Exhibit 30

This transcript was exported on Dec 14, 2021 - view latest version here.

Yeah. So's Eric.

James Garretson (23:27):

Yeah.

Jeff Johnson (23:27):

Eric's going to take the stand and go, "Oo, yeah, I saw him kill animals, and I got a shovel and helped bury them." So why is Joe going to prison and you're not, alcoholic motherfucker?

James Garretson (23:37):

Yeah, see that's what I don't get is why is the prosecutor just so hung on Joe?

Jeff Johnson (23:46):

I don't know. I think they thought if they got Joe, they would nip it in the bud. We'll take care of Joe and all these other people will go away. And you're wrong, they'll just go work... The other people, they'll just go to work for Tim Stark. They'll just go to work for Jeff Lowe, they'll just go to work at one of the many [Lokinson 00:24:10] death traps.

James Garretson (24:14):

Yeah, yeah. The animals-

Jeff Johnson (24:15):

You ain't fixing nothing, Matt. You got Joe, and all you did was made it easier for the rest of them to do the same fucking thing.

James Garretson (24:26):

And then Jeff Lowe just fucking walks and gets the free-

Jeff Johnson (24:28):

And he just walks. And gets this crazy old woman... And you don't think that there's a... And I've told you this before I'm sure. You know what Credit Life Insurance is.

James Garretson (24:37):

Yeah.

Jeff Johnson (24:38):

I took out a loan for half a million dollars, and I'm also paying Credit Life, so if anything happens to Cheryl Scott, that life insurance policy's going to pay off that loan.

James Garretson (24:47):

Oh yeah.

Jeff Johnson (24:47):

Exhibit 30

This transcript was exported on Dec 14, 2021 - view latest version here.

But who's the beneficiary?

James Garretson (24:47):

Yeah, and she's in her late 70s I think.

Jeff Johnson (24:47):

Jeff Lowe. Who's the beneficiary? Jeff Lowe. You don't think there's Credit Life on that loan?

James Garretson (24:57):

No, there's Credit Life on it, yeah.

Jeff Johnson (24:59):

You don't think that Jeff Lowe's going to make damn sure that accidentally Cheryl Scott gets eaten by a tiger? And he's going to own the place, we've got it all.

James Garretson (25:08):

Has anybody talked to Cheryl Scott?

Jeff Johnson (25:15):

I know that PETA and several people in my group tried to reach out to her. She would not respond to any correspondence.

James Garretson (25:21):

Really?

Jeff Johnson (25:23):

Because Jeff Lowe has her convinced that these are just a bunch of animal rights crazy people and, "They just don't want us to love our animals." And she went, "Oh, I love the animals." He's got her conned.

James Garretson (25:36):

He's probably threatened her too.

Jeff Johnson (25:38):

No, he hasn't threatened her, he's got her conned.

James Garretson (25:41):

Yeah.

Jeff Johnson (25:42):

He's got her thinking that he's going to save the tigers in the wild. We can't let these precious animals go extinct. Well over-breeding them for cub petting ain't helping a fucking thing in Indonesia.

Exhibit 30

This transcript was exported on Dec 14, 2021 - view latest version here.

James Garretson (26:02):

Yeah, that's why I don't fucking get it, man. I just-

Jeff Johnson (26:02):

I hope that... I've already told my wife, I've gone to the bank, I've got a pile of cash right here, right now to make sure I got bail money. Because depending on what happens on that stand tomorrow, I am liable to go to jail.

James Garretson (26:18):

Yeah, don't do that because it's...

Jeff Johnson (26:19):

I'm going to try not to, but I'm not going to put up with this bullshit. If I got to stand up in my chair and go, "Fuck you, Matt Bryant. Fuck you, United States of America. This is bullshit. I'm moving to Canada, y'all can all...," and then pull my dick out and go, "Suck on this." Because that's where I'm at right now. This is... Oh my God, what a bunch of bullshit.

James Garretson (26:45):

Yeah, like Matt-

Jeff Johnson (26:47):

One of your star witnesses is in Garvin County Jail right now for multiple DUIs.

James Garretson (26:56):

So they got to get him out of jail to take him to court.

Jeff Johnson (26:59):

Yep. How do you like that, Garvin County? How do you like that, everybody in the US? You got to pay for transportation to get this fucking drunk, drug addict, should be in prison, murder-for-hire motherfucker.

James Garretson (27:17):

So Lauren bailed him out and then he went to court and he got a year? Is that what happened?

Jeff Johnson (27:24):

Yep. Yeah, her name's all over it.

James Garretson (27:25):

Really?

Jeff Johnson (27:25):

Isn't that convenient that he didn't put his name on it.

James Garretson (27:34):

Exhibit 30

This transcript was exported on Dec 14, 2021 - view latest version here.

I just don't understand how-

Jeff Johnson ([27:36](#)):
Threw his own fucking whore wife under the bus.

James Garretson ([27:39](#)):
Yeah, I don't understand how Jeff Lowe-

Jeff Johnson ([27:41](#)):
His name ain't on none of that shit.

James Garretson ([27:44](#)):
No.

Jeff Johnson ([27:45](#)):
Just Lauren Lowe.

James Garretson ([27:45](#)):
That's why he uses her.

Jeff Johnson ([27:46](#)):
Yeah.

James Garretson ([27:46](#)):
I don't think-

Jeff Johnson ([27:50](#)):
He ain't fucking her. He ain't fucking her. I don't think he's got a dick between his legs.

James Garretson ([27:54](#)):
Yeah, I don't... He's a fucking... He's a hobbit. What is it, a hobbit they call them?

Jeff Johnson ([28:00](#)):
Hairless hobbit.

James Garretson ([28:01](#)):
He's a hairless hobbit.

Jeff Johnson ([28:02](#)):
I can't wait to see him in court because I know they won't allow that do-rag, they won't allow that hat. God, I hope he's there Monday.

James Garretson ([28:08](#)):

Exhibit 30

This transcript was exported on Dec 14, 2021 - view latest version here.

Oh yeah, yeah, yeah, he'll be bald.

Jeff Johnson ([28:10](#)):

I just hope like fucking hell he's there tomorrow, all fucking bald-headed.

James Garretson ([28:16](#)):

Ugh.

Jeff Johnson ([28:17](#)):

Because I'm going to drop my pants and go, "Dude, I got more hair on the head of my dick than you got on your head."

James Garretson ([28:25](#)):

It would be fun to just fucking hit him a couple times, crack that fucking jaw of his.

Jeff Johnson ([28:30](#)):

Well, if he wants to just go ahead and meet up when court adjourned, and he wants to go step out in the middle of Fourth Street, I'm his Huckleberry, I'm his Huckleberry.

James Garretson ([28:38](#)):

He has no balls.

Jeff Johnson ([28:39](#)):

I'll beat his ass right there in the middle of the fucking street.

James Garretson ([28:42](#)):

He has no balls.

Jeff Johnson ([28:44](#)):

No, he doesn't.

James Garretson ([28:44](#)):

I mean, all he can do is Facebook. All he can do is Facebook. That's all he's got to his name is Facebook.

Jeff Johnson ([28:56](#)):

But all you can tell me is Darlene Cervantes?

James Garretson ([28:56](#)):

That's all I know for a fact, and I only know that because there's a page, somebody was... So a friend of my page, there was a comment from her saying, "Yeah, I just got into Oklahoma City today, I testify tomorrow." Yeah, so I know she-

Jeff Johnson ([29:15](#)):

Exhibit 30

This transcript was exported on Dec 14, 2021 - view latest version here.

What the fuck is she going to say?

James Garretson ([29:15](#)):

You know I don't know.

Jeff Johnson ([29:20](#)):

The only thing she could possibly be testifying to, without being destroyed, she'll have to be testifying for the defense.

James Garretson ([29:31](#)):

No, she's a government's witness.

Jeff Johnson ([29:32](#)):

I was going to say though, if she's testifying tomorrow, she's for the prosecution. How can she possibly have anything bad to say about Joe? Because there are 10 years of Joe's dick in her mouth. I mean, she has sucked Joe's dick, and protected Joe, and badmouthed people that hated Joe. There's-

James Garretson ([29:59](#)):

Oh, that Cervantes does?

Jeff Johnson ([29:59](#)):

Oh God, yes.

James Garretson ([30:01](#)):

Oh, I didn't know she was one of Joe's-

Jeff Johnson ([30:03](#)):

Oh God, one of the biggest Joe... She was at the wedding. She's one of the biggest Joe supporters ever in history.

James Garretson ([30:10](#)):

Dude that's-

Jeff Johnson ([30:12](#)):

So what is it she can possibly say that the defense ain't going to just fucking tear up? Nothing.

James Garretson ([30:19](#)):

Damn.

Jeff Johnson ([30:26](#)):

I can't wait. I can't wait. Right now I'm just so pissed off that I got my kids, and my wife's got to go to work on Tuesday, and I can't be there every fucking day.

Exhibit 30

This transcript was exported on Dec 14, 2021 - view latest version here.

James Garretson (30:39):

Damn.

Jeff Johnson (30:41):

I can be there tomorrow, that's all I got.

James Garretson (30:45):

Yeah, Darlene Cervantes. I wonder what she has on Joe. Did Joe sell her animals or something, or what?

Jeff Johnson (30:50):

Who knows.

James Garretson (30:52):

Damn. Yeah, I know that for a fact. I've seen it with my own two eyes.

Jeff Johnson (30:58):

We'll find out.

James Garretson (30:58):

Do you know her? Have you met her?

Jeff Johnson (31:03):

Have I met her?

James Garretson (31:04):

Yeah, do you know what she looks like?

Jeff Johnson (31:05):

Oh yeah. Yeah, I've been friends with her on and off on Facebook for 10 years.

James Garretson (31:13):

Oh okay, so you'll know her when you see her?

Jeff Johnson (31:15):

Oh God, yes.

James Garretson (31:15):

Damn.

Jeff Johnson (31:18):

And that's what's funny about this, is all these people that are... I've got a dozen people flying in from my group that, I told my wife I tried to hook up with them and go, "Hey, we need to find a meeting place." And they're not wanting to. So I got to leave my phone in my truck.

Exhibit 30

This transcript was exported on Dec 14, 2021 - view latest version here.

James Garretson ([31:37](#)):

Yeah, how are they... I don't know if there's that many seats in this courtroom.

Jeff Johnson ([31:43](#)):

And I don't know if I've told you this, I've got somebody that I don't know who it is, that continues to send me information.

James Garretson ([31:53](#)):

Hmm.

Jeff Johnson ([31:54](#)):

And they have... It's a fake Facebook page, and they tell me, "Good job, you're doing a good thing." And by the way, that's the person that went, "Oh by the way, the trial got moved to March 25th," and I went, "You're a fucking idiot. I got a buddy who's on the witness list and he just got his subpoena," and they went, "Well your buddy's wrong." That's how that started. And this person told me a couple of days ago, unless they change courtrooms, it is a little courtroom. And I was like, "Well fuck, I don't even know what courtroom." And this person said, "It's little, and unless they change it, you better get there early because you have a lot of people counting on you to report this."

James Garretson ([32:42](#)):

Damn. Has Joe tried to reach out to you yet?

Jeff Johnson ([32:47](#)):

No. But everything on Joe's page that was going, "Oh, here's this idiot's opinion. Jeff Johnson's a fucking faggot." Go to Joseph Allen Maldonado-Passage's, and you can scroll for days. You used to could find 100 posts where he called me everything but a white boy.

James Garretson ([33:05](#)):

Yeah.

Jeff Johnson ([33:06](#)):

It's all gone.

James Garretson ([33:09](#)):

Hmm.

Jeff Johnson ([33:11](#)):

There is nothing on Joe's page belittling me. And that's because I went...

James Garretson ([33:19](#)):

So does he call Ronnie Sands and just have her post stuff?

Jeff Johnson ([33:22](#)):

Exhibit 30

This transcript was exported on Dec 14, 2021 - view latest version here.

Huh?

James Garretson (33:25):

So he just calls Ronnie Sands and has her post stuff for him?

Jeff Johnson (33:28):

That's what Eric said.

James Garretson (33:32):

So does Eric talk to Ronnie Sands?

Jeff Johnson (33:34):

I don't know. I really don't know. When I went, "Ronnie Sands," he kind of shut up.

James Garretson (33:43):

So why does she use an alias?

Jeff Johnson (33:46):

Yeah. Why can't she just [crosstalk 00:33:51]. Yeah, the reason is because she's still sending Joe money, and she has spent, I'm going to go with hundreds of thousands of dollars has been sent to Joe over the course of the last 15 years, pulled right out of her husband's trucking company's checking account.

James Garretson (34:16):

Oh shit.

Jeff Johnson (34:17):

And guess who does the books?

James Garretson (34:20):

Who?

Jeff Johnson (34:20):

She does.

James Garretson (34:20):

Oh.

Jeff Johnson (34:25):

She's been supporting Joe out of her husband's trucking business. He has... In Michigan, their big money, they have state contracts where they deliver salt when it snows.

James Garretson (34:40):

Yeah.

Exhibit 30

This transcript was exported on Dec 14, 2021 - view latest version here.

Jeff Johnson (34:40):
How often does it snow in Michigan?

James Garretson (34:42):
Shit, I don't know.

Jeff Johnson (34:44):
Like all the fucking time.

James Garretson (34:45):
Like all winter.

Jeff Johnson (34:49):
And she has been sending money to Joe out of his accounts, and he don't know about it.

James Garretson (34:56):
What's her obsession with Joe?

Jeff Johnson (35:00):
She wanted to be head minion.

James Garretson (35:02):
Oh, God.

Jeff Johnson (35:06):
And she was for a long time.

James Garretson (35:06):
He doesn't have any minions left, does he?

Jeff Johnson (35:10):
She's sent money, and sent money, and sent money, and sent money, and every time he wanted something he'd make jokes about her credit card and she'd go, "Oh it's just a joke." No it wasn't. She was cutting checks, $10,000, $20,000.

James Garretson (35:24):
Why can't we find some of these fucking people?

Jeff Johnson (35:26):
Well no shit.

James Garretson (35:27):
Just fucking finance our habit.

Exhibit 30

This transcript was exported on Dec 14, 2021 - view latest version here.

Jeff Johnson (35:29):

And hell, Ronnie Sands ain't exactly ugly. Hell, I'd slip her a little fucking hot beef injection if she'd give me a million dollars.

James Garretson (35:38):

Does she have a bunch of money?

Jeff Johnson (35:40):

Her husband does.

James Garretson (35:43):

Really?

Jeff Johnson (35:43):

Owns a trucking company with state contracts.

James Garretson (35:45):

Yeah, maybe Joe-

Jeff Johnson (35:46):

Oh yeah, they're loaded. But she sends all the money... And dude, I'm not kidding, I can show you proof. Her husband comes home and they have dinner, and he goes to bed, and then she goes out on her back porch with hundreds of dollars of fruits, and vegetables, and dog food, and Kibbles 'n Bits, every night, I'm not kidding, till 3:00 in the morning, and feeds wild raccoons.

James Garretson (36:13):

Geeze.

Jeff Johnson (36:16):

They come up on her porch and she videos and takes pictures of her feeding... And she knows them by name.

James Garretson (36:22):

Oh God.

Jeff Johnson (36:24):

And they breed and then they bring their babies back the next year. Dude, I'm talking about 30, 40, 50 raccoons that come there every night, and that's what she does while her husband is in bed, she's outside feeding her babies. She's a nut burger.

James Garretson (36:40):

Damn.

Exhibit 30

This transcript was exported on Dec 14, 2021 - view latest version here.

Jeff Johnson (36:42):

And Joe, she just sends him money, and she can't blow it up because he threatens her, "I'll tell your husband."

James Garretson (36:54):

Damn. Yeah Joe, I don't know why anybody would give Joe money. Or Jeff money, running around with a Ferrari hat and a wannabe Breitling watch. Why would you want to give him fucking money, the way he walks and talks?

Jeff Johnson (37:10):

People are desperate, they're lonely, and they think they're part of something. And then you get... And this is the minions, and it's a pecking order, dude.

James Garretson (37:22):

Yeah.

Jeff Johnson (37:23):

There's a pecking order. Everybody wants to be queen minion. Ronnie Sands had that spot for many years because she sent the most money. But all of a sudden, she got de-throned. You know how?

James Garretson (37:40):

Uh-uh (negative).

Jeff Johnson (37:43):

Jeff Lowe came to town. The millionaire that was going to solve all Joe's problems. And when Jeff Lowe came to town, Joe quit talking to Ronnie. He cast her aside, and she got butthurt and she teamed up with me.

James Garretson (38:02):

And then Jeff Lowe conned her with the property too, didn't he? He conned her with the property?

Jeff Johnson (38:07):

Uh-huh (affirmative). Yep. But that's the whole deal, it's all pecking order. Gary Douglas wanted to be Joe's best friend. Gary Douglas was jealous of me because Joe was calling me, wanting me to take him to the hospital. "Hey man, why don't you all come down this weekend, let's hang out," and it made Gary Douglas mad.

James Garretson (38:23):

Really?

Jeff Johnson (38:24):

Oh yeah. Because he wasn't Joe's best friend anymore.

James Garretson (38:30):

Exhibit 30

This transcript was exported on Dec 14, 2021 - view latest version here.

See I don't see him to be living with Joe, I mean he's a creepy, stinky person.

Jeff Johnson ([38:34](#)):
But that's what it was all about, was everybody competed to be at the top of the pecking order.

James Garretson ([38:41](#)):
And then the place is a real shithole, the park was a real shithole anyway.

Jeff Johnson ([38:45](#)):
It wasn't that bad.

James Garretson ([38:47](#)):
It was fucking overcrowded with animals.

Jeff Johnson ([38:49](#)):
Yeah.

James Garretson ([38:49](#)):
I mean, it was so bad-

Jeff Johnson ([38:51](#)):
Yeah, oh, absolutely.

James Garretson ([38:52](#)):
Yeah, the facility, no.

Jeff Johnson ([38:53](#)):
Once you went in the back, there was too many animals.

James Garretson ([38:56](#)):
But once you smelled it and you seen that many tigers in one pen, you're just like, "Ugh."

Jeff Johnson ([39:01](#)):
Yeah.

James Garretson ([39:03](#)):
Yeah. He started out decent but he got to where it's just like, "Oh, fuck it."

Jeff Johnson ([39:07](#)):
Cub, cub, cub petting's always going to result in that.

James Garretson ([39:11](#)):
Damn.

This transcript was exported on Dec 14, 2021 - view latest version here.

Jeff Johnson (39:11):

There's always going to be too many animals.

James Garretson (39:13):

Yeah, how many do you think Lowe's already bred?

Jeff Johnson (39:16):

Well there's cubs there every day. Where are they going? So here's the difference, Lowe's figured out that he can kill them, he can sell their dicks, he can sell their skins, he can do anything he wants to because they're not endangered species, they're hybrids.

James Garretson (39:37):

And he's not going to fucking... Well, I mean they could challenge that, but the thing is with Lowe, they're not going to bother him, they're leaving him alone.

Jeff Johnson (39:43):

Yeah, right now he's got a free pass.

James Garretson (39:47):

Everybody's leaving him the fuck alone, that's the bullshit part.

Jeff Johnson (39:51):

Tim Stark joined in with him because Tim Stark's getting ready to lose his license.

James Garretson (39:55):

Yeah.

Jeff Johnson (39:56):

And they can have this joint zoo, and Tim Stark will have a place to bring all of his animals, and have a place to live, and-

James Garretson (40:06):

Well what Tim Stark will do, is he'll just be the manager because he can't have any ownership because of the revoked license.

Jeff Johnson (40:14):

Right.

James Garretson (40:15):

Yeah, so that's what'll happen.

Jeff Johnson (40:17):

And Jeff Lowe's going to lose his license.

Exhibit 30

This transcript was exported on Dec 14, 2021 - view latest version here.

James Garretson (40:19):

Yeah, then they'll both be employees of Lauren.

Jeff Johnson (40:22):

Uh-huh (affirmative).

James Garretson (40:23):

Yeah. And then when she loses hers, they'll find some other sucker, or Cheryl Scott.

Jeff Johnson (40:28):

Yeah. Yeah, they've probably already got Cheryl Scott signed up to get a license. It wouldn't surprise me a bit.

James Garretson (40:34):

Oh, she probably already has a license right now.

Jeff Johnson (40:38):

Wouldn't surprise me a bit.

James Garretson (40:40):

Yeah.

Jeff Johnson (40:40):

So we'll see. I wish you could have talked to the lawyers more.

James Garretson (40:42):

I did. I mean, I had a talk, I told them how I felt. I mean, I told them.

Jeff Johnson (40:49):

That's all that matters.

James Garretson (40:53):

I don't know if it's going to do any good. Do you think they'll go back to the prosecutor and say, "Well I talked to James," or no?

Jeff Johnson (40:58):

They're going to.

James Garretson (40:59):

You think?

Jeff Johnson (41:00):

Exhibit 30

This transcript was exported on Dec 14, 2021 - view latest version here.

Oh yeah. They're going to go, "Well your star witness here, the guy that you had go undercover is having second thoughts and thinking this is all a fucking witch hunt."

James Garretson (41:12):

Yeah.

Jeff Johnson (41:13):

That's what's going to happen. Thanks James.

James Garretson (41:17):

All right man, I'll talk to you in a little bit. I'm going to go have a beer.

Jeff Johnson (41:18):

All right man.

James Garretson (41:18):

All right.