This transcript was exported on Dec 14, 2021 - view latest version here.

James Garretson (00:00):
Hello.

Agent Matt Bryant (00:03):
What are you doing, son?

James Garretson (00:05):
Knee deep in this stuff. Trying to get some loans and stuff done. What's up?

Agent Matt Bryant (00:11):
Just checking in with you. You sound aggravated.

James Garretson (00:13):
Nah, trying to get these loans and stuff for these boats. Just knee deep in this shit.

James Garretson (00:22):
I talked to Paul this morning. I got to go pay his phone bill in just a little bit and y'all can arrange whatever y'all need arrange.

Agent Matt Bryant (00:31):
Is he still good?

James Garretson (00:32):
Yeah. As soon as I get a break I'm going to run up there and pay his phone bill.

Agent Matt Bryant (00:38):
Okay. Sounds good. Hey, just real quick, two things to ask you. Are you going to be available or back in Oklahoma City the 9th or 10th of March? That's the weekend prior to the trial starting.

James Garretson (00:59):
Actually, I was thinking about coming in the 11th, but I got to book my travel in the next day or two.

Agent Matt Bryant (01:08):
They want to have a day, the 9th or 10th to have three or four hours with you to go back to over and prep for testimony.

James Garretson (01:18):
Gotcha.

James Garretson (01:20):
Do you know, is my stuff going to be every day or do you not have any idea?

Agent Matt Bryant (01:26):

This transcript was exported on Dec 14, 2021 - view latest version here.

No. You'll be crucial so anticipate yours will probably the 14th.

James Garretson (01:37):

Okay.

Agent Matt Bryant (01:39):

What I saw on a tentative schedule, of course everything's subject to change, but you're going to be like on day two or three, and then you should be done.

James Garretson (01:47):

Okay.

Agent Matt Bryant (01:50):

But I'll have to go by and see what the rules are and everything, but they want to prep on the 9th or 10th.

James Garretson (01:59):

Yeah, I'm try to figure it all out now because that's my spring break week so I'm trying to figure everything out.

Agent Matt Bryant (02:03):

I know it's frustrating.

Agent Matt Bryant (02:08):

But if you're in Florida they may pay for your plane ticket back.

James Garretson (02:17):

Yeah. It's going to be a little pricey because it's going to be the week of spring break. Everything down there is double. Still wishing this clown will take a plea beforehand.

Agent Matt Bryant (02:32):

Yeah. The other thing that I have to ask you, and you have to think about why you said it. There's a Facebook post from December, I think it was 27th of last year. December of last year, Joe is making a post or you make a post somewhere and you say that... Joe is making a post talking about everything and you reply back or something that says, "I predict Joe will walk." And I don't know why you said that. I think you might have said it because you were frustrated that the defense...

James Garretson (03:12):

Yeah. I don't even recall making it actually.

Agent Matt Bryant (03:17):

All right. Well, if you did, I think it makes most sense, you can tell me why of course, but I theorize that you made that because you were frustrated with the process when the defense filed motion to keep continuing it.

This transcript was exported on Dec 14, 2021 - view latest version here.

James Garretson (03:33):

Yeah. That, and then just all the fucking nonstop harassment.

Agent Matt Bryant (03:40):

But that doesn't answer why you think Joe would walk. The harassment doesn't.

James Garretson (03:44):

Yeah. I don't know. I got to think about that.

Agent Matt Bryant (03:44):

Yeah. What makes sense to me is that you probably frustrated that it got continued and stretched on into March and you would think that eventually it would get wiped away.

James Garretson (03:58):

Yeah. I'm trying to think. The 29th of December?

Agent Matt Bryant (04:04):

It was late in the twenties in December '18. I thought it was the 27th.

James Garretson (04:14):

It's weird I was talking about Joe, because I haven't really talked about Joe at all.

Agent Matt Bryant (04:19):

Yeah. You made a statement and they might ask you about it. You said, "I predict yo will walk," and you had to have been frustrated.

James Garretson (04:30):

No, it probably had something to do with Lowe because that's the only time I ever said that is when Lowe started basically airing everything out there. I haven't seen it, but Karen Ovid called me other day about some stuff that Lowe was saying. There's some posts out there, but Lowe's talking about me that I set the whole thing up. Lowe said something like that because Karen Ovid and a couple other people called me, but they asked me if I wanted to see it. And I was like, "I don't even want to see it." He's got some posts out there somewhere, basically that it was my whole idea.

Agent Matt Bryant (05:16):

Yeah. Well, that'll be proven that [crosstalk 00:05:20] so don't worry about that.

James Garretson (05:20):

I don't.

Agent Matt Bryant (05:24):

This transcript was exported on Dec 14, 2021 - view latest version here.

You didn't even come forward to report anything. You could always twist it, yeah the Feds got something on you and came to you with information and once the Feds started investigating you were honest and didn't want to lie to them and make it worse. And that's how you got involved.

James Garretson (05:43):

And that's actually how it happened. You initiated contact with me. I didn't call you.

Agent Matt Bryant (05:53):

All that will come out in the wash. I really wouldn't try to have a freaking social media court battle because that will come out as the true facts.

James Garretson (06:01):

Yeah. Do you think Lowe, anybody's ever going to indict him for anything or is he just going to?

Agent Matt Bryant (06:07):

You're asking me questions that I can't answer. You have to know me well enough and think back on all of our conversations.

James Garretson (06:17):

Yeah, no, I hear you.

Agent Matt Bryant (06:17):

Just because I'm retiring doesn't mean I don't have information and folders that I'm handing off.

James Garretson (06:23):

Yeah, no, I got you. I got you.

James Garretson (06:29):

Let me think about that statement on the 29th. It'll have to be in my computer, on one of my things of Fury's. I'll go back and look at my phone too, because every time somebody would send me something stupid. I finally just told him to quit sending me that stuff. But this was like four or five days ago. He was putting it in there that, "Oh, it wasn't his idea. It was James'." I'm like, "Oh God."

Agent Matt Bryant (06:54):

Well, that'll just make him out to be a liar too, because... It'll just makes him ask to be an idiot because that'll just prove he doesn't know the facts. Once the testimony all comes out, of course.

James Garretson (07:08):

I just hope he would freaking plea it and just be done with it. I'm predicting he pleas it the day of, or the day before.

Agent Matt Bryant (07:18):

I'm hoping you're right.

This transcript was exported on Dec 14, 2021 - view latest version here.

James Garretson (07:19):

I think so too, because there's so many damn news outlets and stuff, looking at this shit. Man I don't even want it to go through life and be in that everyday that... I just know how many people are looking at it, how many people are going to be there.

Agent Matt Bryant (07:33):

Yeah. But remember when it comes out, you're going to be the guy that the Feds caught and put in a corner and you either had to tell the truth to go to jail. That's the way it needs to be spun. You're no rat.

James Garretson (07:50):

Yeah. I gotcha.

Agent Matt Bryant (07:52):

And it will come out that way.

James Garretson (07:54):

Alrighty, let me go. I'll tell you something in just little bit, let me think of that 29th and I'll give you a call first thing in the morning.

Agent Matt Bryant (08:00):

Alrighty.

James Garretson (08:00):

All right. Bye.