This transcript was exported on Dec 16, 2021 - view latest version here.

James Garretson (00:00):

What's going on.

Paul Malagerio (00:03):

I'm just trying to reach you on the latest updates on the bull shit page.

James Garretson (00:07):

Oh, I probably heard. Check this out. I just found this out a minute ago. Tell me if you think this is right. Jeff Lowe has immunity. I don't.

Paul Malagerio (00:24):

Where did you hear that?

James Garretson (00:27):

From the US attorney?

Paul Malagerio (00:33):

Why did they tell you that?

James Garretson (00:36):

Well, I fucking told her, I said, "I'm having fucking second thoughts." Which I'm not, I'm whatever. I said, "I'm having second thoughts on this because I think this is just after Joe. And I think Jeff Lowe and all of them gets a pass." She told me, "Well, Jeff Lowe has immunity."

Paul Malagerio (00:58):

Okay. But to what? She has to be more specific. It just can't be for everything, you can't go out and commit murder...

James Garretson (01:05):

No, related to this case. So anything up and to the point. That animal that's in Los Angeles, he has immunity.

Paul Malagerio (01:17):

Did she say that specifically?

James Garretson (01:19):

She specifically told me he had immunity.

Paul Malagerio (01:22):

Did she specifically tell you regards to the animal in Los Angeles?

James Garretson (01:28):

No, but she told me up until this point, he has immunity. He's confessed his crimes.

This transcript was exported on Dec 16, 2021 - view latest version here.

Paul Malagerio (01:36):
So he confessed his crimes?

James Garretson (01:38):
Yeah. In the rule 11 hearing. So you got to think, here's the deal? Jeff Lowe gets a fucking pass, selling the lions out there to dick head, Scott, shipping animals back and forth from Starks to wherever. This motherfucker can do, whatever the fuck he wants and they're not going to charge him with nothing.

Paul Malagerio (02:02):
Okay, here is the question. The date he gave his deposition, they gave him immunity up to that point, after that he committed crimes that he did not tell them about. Right?

James Garretson (02:17):
Well, I don't know what he's told them or what he's done or what but I'm just telling you, you can just tell it's a [inaudible 00:02:25] because it's a one sided witch hunt and Allen Glover, I mean, I kind of knew he was already in jail anyway. And I guess Judge Johnson broadcasted it.

Paul Malagerio (02:35):
No Rob Regzotto posted it when he was arrested October, November and convicted in February and Lauren Lowe bailed him out for two grand and her phone number's on there. And then Jeff Johnson makes some comment about it, and this is a witness. This is a witch hunt and [inaudible 00:02:53], like he's... And he goes, "Go Joe" Or something.

James Garretson (02:58):
Yeah.

Paul Malagerio (02:58):
Okay. This is expected, all right? But okay, so can Joe just commit any crimes now? You can't just give immunity without it being specific as to the date he testified and she said, "Admitted his crimes." Think it through, that day he admitted he did that and he said it on a deposition. If he goes out and commits a crime after that, how could he have immunity?

James Garretson (03:24):
Yeah. But she basically told me she doesn't foresee any charges against Lowe.

Paul Malagerio (03:31):
Well, it's not up to her.

James Garretson (03:34):
Yeah it is. She's the one that prosecutes. Matt told me-

Paul Malagerio (03:36):
No, hold on, he's got future crimes coming up that they don't even know about yet.

Exhibit 32

This transcript was exported on Dec 16, 2021 - view latest version here.

James Garretson (03:40):

Now listen, Matt told me yesterday when I was at the deal that there was open investigations into Lowe.

Paul Malagerio (03:50):

Right.

James Garretson (03:51):

The US attorney told me there's nothing open right now. So they're totally lying. They're totally contradicted themselves. And luckily I record them.

Paul Malagerio (04:03):

Okay. Yeah.

James Garretson (04:04):

We could make a whole movie out of this.

Paul Malagerio (04:06):

Did she tell you that over the phone today or at the office?

James Garretson (04:09):

She told me over the phone. I wasn't there today. I was there yesterday.

Paul Malagerio (04:12):

Okay. But Matt told you that in person at the office?

James Garretson (04:17):

Yes.

Paul Malagerio (04:18):

Okay, after you left, they had a discussion. They don't want you talking about him. They don't want you involved for him. And what Matt said is probably true. There's an open investigation. Immunity only goes so far. You can't just have blanket immunity unless you're double fucking 07 with a license to kill. All right? He's a dirt bag felon. So think of why she would tell you that today?

Paul Malagerio (04:40):

She's directing you probably not to discuss him, not to talk about him. You're agitated about him. You said something yesterday that makes them think that you want to shit on him and you do. And he's useful to them right now. So they want you to keep quiet. They don't want you talking about him and that's the best way for them to do it. It's all a fucking con job. Did you believe Matt when he said that?

James Garretson (05:05):

I don't believe anything Matt says, no.

Case 5:18-cr-00227-SLP   Document 232-32   Filed 04/01/22   Page 4 of 17

This transcript was exported on Dec 16, 2021 - view latest version here.

Paul Malagerio (05:08):

Why would Matt even say that to you unless it was true? What would he have to gain by lying to you about that?

James Garretson (05:14):

Well, Matt told me a whole lot of things that never happened, so...

Paul Malagerio (05:18):

Okay. So, you know, we're rooted to decide Lowe's fate. Not up to anybody else.

James Garretson (05:24):

Yeah.

Paul Malagerio (05:24):

We know that he's breaking more laws. He's mad but don't be worried about that. Okay, so he has immunity, but when he goes up to testify, where do you think that's going to go?

James Garretson (05:38):

Yeah. But you got a fucking goddamn hit man in fucking jail and all these fucking charges and appeals and this and that. I mean, that fucking defense is going to rip this shit apart.

Paul Malagerio (05:55):

That's fine. They can do that. Yes, I'm a serial killer but on this day I saw this. It's all relevant. Okay? You know what I'm trying to say?

James Garretson (06:04):

Yeah. I know what you're saying.

Paul Malagerio (06:05):

Yes, I'm an alcoholic, I'm a drug addict, but on this day, Joe handed me $3,000 to kill this person. "Well, were you drunk and who saw it and who witnessed it?" Well, it's documented, is it not?

James Garretson (06:15):

Yeah.

Paul Malagerio (06:16):

Everything that Glover says can be corroborated by, I'm assuming, videotape and audio tape?

James Garretson (06:23):

And Glover's in now.

Paul Malagerio (06:27):

Who saw him get money from Joe?

This transcript was exported on Dec 16, 2021 - view latest version here.

James Garretson (06:31):

That's the problem, there's nobody. They couldn't identify the guy that supposedly handed Joe the money to hand him. So there's nobody. It's just Glover's word.

Paul Malagerio (06:42):

Oh, you weren't there when Glover was doing this stuff?

James Garretson (06:46):

No, I didn't know he was even hiring Glover until Joe called me and asked me if I knew a place to get a fake ID.

Paul Malagerio (06:55):

Okay, so throw out count one, murder for hire. Fuck, throw out count two, Jeff Johnson is trying to make like, Joe's going to walk out because it's all a setup. But look at the paperwork, the documentation, all the stuff that you know about.

James Garretson (07:14):

Yeah. No, I agree with all that, but I just... Fucking Jeff Lowe though, I mean, that motherfucker's coming out of this thing smelling like a rose.

Paul Malagerio (07:22):

No he won't.

James Garretson (07:24):

I think he will man. I mean, not when we do things to him, but you know, with the government's point of view, I think he's going to walk out smelling like a fucking rose.

Paul Malagerio (07:33):

Well, he lied in his deposition and Matt already told you about that. "All I want to do is run my little zoo." So after the deposition he bought and sold cubs and violated the ESA, correct?

James Garretson (07:47):

Yeah.

Paul Malagerio (07:48):

So when he did his deposition, you think they said, "Oh, we're going to give you immunity, go out and buy and sell cubs and we'll arrest the people that you're buying and selling them to." Scott was not arrested, Mario was not arrested. The other two people he told about, they're probably not arrested. He has to answer to that. Either civilly with USDA or criminally with the ESA. I mean, if he gave his deposition after he did all that and they didn't know about it, then he's got the opportunity to tell the truth. But he already lied on the deposition and continued to buy and sell and Matt didn't believe you until you found those people.

James Garretson (08:26):

This transcript was exported on Dec 16, 2021 - view latest version here.

Yeah, and I agree. But I just think Matt's a fucking worthless fuck now.

Paul Malagerio (08:30):

Well, he's a city investigator, but okay, Jeff Lowe's not going to get the USD permit renewed in May. We'll have to have somebody else. Tim Stark isn't going to have one. They'll find someone, but there'll be a lot of holes in it. Okay, they're not walking none of this scot free. It's just going to take a little bit longer.

James Garretson (08:50):

Yeah. I don't think there's any target towards Lowe right now, I think the whole target is just Joe. Let's just get Joe locked up and away and then lets...

Paul Malagerio (08:59):

Keep breaking up. You there?

James Garretson (09:01):

Can you hear me now?

Paul Malagerio (09:01):

I lost you again.

James Garretson (09:04):

Oh, I'm in a bunch of bad weather. I think the whole deal is just, lock Joe up. Get him out of here and then leave the other fucks alone. I could almost guarantee that. I really want to go on that stand and fucking crush Jeff Lowe.

Paul Malagerio (09:26):

Okay. Well, let's give the prosecutor some points for maybe doing her job and when he gets up there, he's going to out himself. Okay? And what's he going to say? "Yeah, I brought the hitman to Joe and I made him pay the guy?" No, that's not going to fly. Okay? See, we're looking at it from different sides, but the idea of the court is to bring all of this testimony to fruition to have one answer as to the reality of what happened.

Paul Malagerio (09:59):

We can't have all these people lying and then, you know, the truth not come out somewhere. Six people see a car accident, you get six different versions, but the facts are the same.

James Garretson (10:12):

Yeah.

Paul Malagerio (10:12):

So, I got complete faith, you know, if Jeff Johnson is on there gloating that it's a big this and big that. And there's people still commenting. They don't realize it like, this is Joe. So, anyways.

This transcript was exported on Dec 16, 2021 - view latest version here.

James Garretson (10:29):
Yeah. All those people, they can't see that Jeff Johnson fucking is on Joe's side, you know, they're stupid.

Paul Malagerio (10:35):
Well, he says he's on Joe side, "Go team Joe."

James Garretson (10:38):
Oh, I know. That's just [inaudible 00:10:40].

Paul Malagerio (10:40):
But the people are still following them.

James Garretson (10:42):
You'd think everybody would just start outing him.

Paul Malagerio (10:44):
No, not everybody. Okay, there's also the deposition of Denise. Her depositions on here, 45 pages.

James Garretson (11:00):
Deposition about what?

Paul Malagerio (11:04):
What's the, Ashley Page Webster? That's the niece, isn't it?

James Garretson (11:11):
Oh, I don't know, never heard that name.

Paul Malagerio (11:13):
Taken on behalf of plaintiff. For some reason Rizono's posted that and it's 45 pages and it's about, I don't have time to read it all...

James Garretson (11:24):
What's it regarding, the civil suit?

Paul Malagerio (11:29):
Let me punch it up. United States district court for Oklahoma plaintiff case number... Jill Maldonado, videotape rule 15 deposition of Ashley Page Webster taken on behalf of the plaintiff in Oklahoma city. And the cover page is, plaintiff is Joseph Maldonado, appearances for the plaintiff, Amanda Mayfield Green, Charles Brown assistant US attorney, Oklahoma city for the defendant, William Earley, Kyle Wickerburg, Oklahoma city also present Joseph Maldonado, Jane Eagleson, videographer, hereby stipulated and agreed. And among the attorneys in respect that a party's deposition of [inaudible 00:12:21] may be taken on behalf of the plaintiff. It is sufficiently agreed that among the attorneys... It

Case 5:18-cr-00227-SLP   Document 232-32   Filed 04/01/22   Page 8 of 17

This transcript was exported on Dec 16, 2021 - view latest version here.

doesn't say what it's about. It's a lot of fucking reading. Anyways. It's posted there. Let me look at the comments.

James Garretson (12:39):

Did it say rule 11?

Paul Malagerio (12:40):

I don't see that anywhere. And, nobody's commented on it. I don't think anybody's taking the time to read it. It was posted 37 minutes ago.

James Garretson (12:58):

Really?

Paul Malagerio (12:59):

So she dug that up and then she also dug up. Emma [inaudible 00:13:07] got the Glover's court things, so, okay, Jeff Johnson says, "On that last night, [inaudible 00:13:21], star witness number two is sitting in county jail. Going to transport a jail bird to testify against someone else. Yeah. He's credible." Jeff Johnson says again, "Answer me this. He accepted $3,000, drove to Texas to get a fake ID. He bought a burner phone, mailed it to Las Vegas to cover his tracks, drove to South Carolina on his way to Tampa to kill somebody, chickened out and came back to Oklahoma. And he is a witness? Why isn't he in prison?" And then what is this?

Paul Malagerio (13:51):

Yeah, "He got caught with drugs and alcohol twice in Garvin county, who's Frank Glover's employee." And Jeff Johnson says, "Hitman number one, longtime friend and coworker of Lowe's, convenient huh?" Jeff Johnson said, "Did you read my previous reply?"

Paul Malagerio (14:11):

And then Monica says, "Very, I'm patiently waiting to see what happened, tick tock, tick tock, [inaudible 00:14:17]. Just saw this. He was the first person sent, who contacted the FBI." Oh, Monica Lewis says to Jeff Johnson, "So he was the first person sent to contact the FBI?" And Jeff Johnson says, "Read everything before asking questions." So he's getting mad at this person. This is the conversation going back and forth. 13 comments nine hours ago, Jeff Johnson has a picture up, let the show begin. Rick Zono post, "Jeff Lowe's warrant search in Vegas."

James Garretson (14:52):

God.

Paul Malagerio (14:53):

Okay. He's not getting immunity on what he did in Vegas with the cubs. He doesn't have immunity for that does he?

James Garretson (14:59):

No, but that's a municipal ticket. That ain't nothing.

This transcript was exported on Dec 16, 2021 - view latest version here.

Paul Malagerio (15:02):

Okay, but he doesn't have blanket protection so he can do whatever he wants?

James Garretson (15:06):

No, but I mean, they're going to let him loose on all the fucking federal shit he's done through his whole investigation. You know when Matt [crosstalk 00:15:13]

Paul Malagerio (15:13):

It's all a Federal crime.

James Garretson (15:14):

Yeah, all the shit that Matt said that was under investigation and give it time. It's just a fucking smoke screen. Matt's smoke screen.

Paul Malagerio (15:26):

Okay. I can see some comments on there. Jeff Johnson says to George Stapleton, "But is the defense going to discredit the federal investigators?" George Stapleton says to Jeff, "No clue, but like I said, I believe Lowe will come out smelling like a rose on this and believe me, that little shit needs to be held accountable." George Stapleton says, "As for Joe Exotic, he's going to get time for sure." Jeff Johnson said to George Stapleton, "The defense is going to chew Lowe up and spit him out. The defense seems." Very big letters, "Confident, I'm already sleeping better at night, knowing that I did my part." What the fuck did Jeff Johnson do?

Paul Malagerio (16:08):

George Stapleton says to Jeff. "There's no doubt in my mind you've done your part. No doubt, but you and I are not the jury and Lowe is not on trial. Now maybe some charges against Lowe may come out of the trial, but I would not count on it. Especially if Lowe is a cooperating witness for the prosecution." Jeff Johnson says, "A lot of people will not agree with my recent actions, but it was my decision to make." That was eight hours ago, [inaudible 00:16:32]. Okay, George Stapleton, nine hours ago, "If I read this right, Joe Exotic's defense is that Jeff Lowe set him up." Really?

James Garretson (16:43):

Oh my God.

Paul Malagerio (16:51):

It don't mean nothing, all these people are just fucking talking. When the time's right, I'm going to burst fucking Jeff Johnson's fucking bubble. I'm going to burst it fucking big time. When the time is right, I'm going to shit on him, but make it look like I really care about him and his family. And when I put on there that, you know Jeff I've been so supportive and when your house caught fire and you got locked up for 72 hours for a psyche eval, and we talked about it, I was really concerned about your emotional state. And you carrying a gun and you give me permission and I'll say, "You know, when you were tape recorded, going to kill Jeff Lowe and that's going to Sheriff Rose, I mean, you can't do this to your family. Think of your children." He's going to fucking flip. He's going to try to phone Matt or somebody to try to figure out how I knew about that and if someone asked me, I'm going to say, "He called me and told me."

This transcript was exported on Dec 16, 2021 - view latest version here.

James Garretson ([17:49](17:49)):

Yeah. I mean, what is wrong with people in this fucking world?

Paul Malagerio ([17:59](17:59)):

He a nothing and a fucking nobody, you know? Okay. So, but no one's brought up all the other charges. They're all concentrating on Allen Glover being drunk.

James Garretson ([18:12](18:12)):

Yeah.

Paul Malagerio ([18:14](18:14)):

And they're not going to discredit you. They can bring up your past. Nope, I never had a USA permit, but regardless, this is what I did this day. And this is what was tape recorded. And this is what was videotaped. Isn't that right Mr. FBI agent? Yep. There's the videotape. "I'll pay $5,000 to kill that bitch."

James Garretson ([18:32](18:32)):

Repeatedly.

Paul Malagerio ([18:34](18:34)):

I give $5,000. You didn't kill that fucking bitch. [inaudible 00:18:42]. He ran off with my $3,000. Fucking drunk motherfucker. Okay. So when Joe testifies, they're going to say, did you give Allen Glover $3,000 to kill Carol Baskin? What's he going to say?

James Garretson ([18:58](18:58)):

No.

Paul Malagerio ([19:00](19:00)):

And when they play the tapes and they're going to say, "Joe Did you ask the FBI agent to kill Carol Baskin?" He's going to say, "No." When it's tape recorded? Overwhelming evidence to that. How many times did he say it?

James Garretson ([19:19](19:19)):

Oh, fuck.

Paul Malagerio ([19:21](19:21)):

And every time they're going to play it. And the FBI being, "Yes, that was on this date where Joe said again that he's going to give you $5,000. And that was on this date. And that was on this date and was on this date and you say the same?"

James Garretson ([19:32](19:32)):

Yeah. It took about four hours to go through the fucking videos.

Paul Malagerio ([19:37](19:37)):

Case 5:18-cr-00227-SLP   Document 232-32   Filed 04/01/22   Page 11 of 17

This transcript was exported on Dec 16, 2021 - view latest version here.

Yep. Did they count how many times he said that? Not just once.

James Garretson (19:40):

At least, probably I'd say a dozen or two times. At least.

Paul Malagerio (19:45):

Okay.

James Garretson (19:45):

And he would always lay on, "Well, I'm going to sell these [inaudible 00:19:49]. I'll have the money." And then it was like, "I got lion cubs due next week." And then it was, "Spring breaks right around the corner. I'll give him the $10,000 then."

Paul Malagerio (19:57):

$5,000.

James Garretson (19:58):

Well, it was 10 total, five up front and five when she's dead.

Paul Malagerio (20:02):

Oh, okay. See, I was there for that and I heard you telling me this and the spring break... And after the spring break, I said, "They're still waiting to arrest him?" He hasn't got the money, but they still got him on what they got him on now.

James Garretson (20:17):

Yeah. Well, they said money doesn't have to change hands.

Paul Malagerio (20:22):

Right. So we're listening to a Facebook post from people that don't know what you know, haven't seen it.

James Garretson (20:30):

Yeah.

Paul Malagerio (20:32):

Yeah, and Jeff Johnson asserting himself, "I feel really good about my decision. I'm going to sleep really good tonight." Well, you won't after I post the truth about you, you fucking fagot. And when you keep phoning me, I won't answer the phone.

James Garretson (20:47):

Jeff Johnson was saying yesterday, he's going to be at the courthouse at 5:00 AM and Monday is the only day he can go, but he's going to stand out front with his sign. [crosstalk 00:20:56]

Paul Malagerio (20:56):

This transcript was exported on Dec 16, 2021 - view latest version here.

Are you kidding me?

James Garretson (21:02):
No, that's what he said.

Paul Malagerio (21:04):
Oh man...

James Garretson (21:05):
I got the tape. What I need to do is, one day when I have time, just take all these fucking tapes, piece them all together. Take all the snippets and just build a little fucking YouTube movie.

Paul Malagerio (21:21):
Oh, that'd be priceless. Okay, as trustful as this is for you, you got nothing to fear. You don't care about the outcome. He'll feel confident. If he walks, he won't, big deal. Who cares? But we're going to have so much fun with this and that fucking guy coming down and knocking on your door and trying to talk to you? Fuck him. Play that fucker. Play him. Play him good.

James Garretson (21:45):
Yeah. [crosstalk 00:21:46] That's what he needs. He needs a fucking foot in his ass.

Paul Malagerio (21:49):
Well, tell him to come down with some cash. I'll rob him out the back door and I'm tell him to go fuck himself.

James Garretson (21:54):
Yeah. Get his fucking credit cards and max them bitches out. Tie him up for a little while and go on a shopping spree.

Paul Malagerio (22:00):
Hey. Oh, something else came up today. I got access to Gretchen's Facebook page from a friend of mine here and I was scrolling down and I see Timmy sitting behind the wheel of a pickup truck and then an ostrich comes to the window and I'm going to drive by and see what they're driving. But I knew he never had a driver's license. I still don't think he does. But if they've gone out and bought another vehicle, it's pretty much my fucking vehicle.

James Garretson (22:29):
Yeah.

Paul Malagerio (22:32):
You know, I'd like to know, you know, discreetly, "Hey, what is Timmy and Gretchen driving?" And if it's that black Honda, then you know the cash is still stashed somewhere. They haven't bought any other vehicles because he can't drive. He drives at ATV around.

This transcript was exported on Dec 16, 2021 - view latest version here.

James Garretson (22:43):

Yeah. I talked to Jackie earlier and I got to call her back because they were down at the circus at the fairgrounds and I guess Doug was in the background arguing with the animal rights activists. They were down there protesting. She said she's going to call me back. You know, they got the signs out there for the elephant and all this other shit.

Paul Malagerio (23:03):

Well, something else I saw disturbing in a picture is, Timmy has this zap productions where he's videotaping stuff. Because of his Joe videos, he thinks he's Martin fucking Scorsese now with a camera.

James Garretson (23:16):

Yeah.

Paul Malagerio (23:16):

Yeah. But the video equipment, it's high dollar shit. He don't have money for that unless he stole it.

James Garretson (23:23):

Yeah.

Paul Malagerio (23:23):

So where did he get the money to buy that?

James Garretson (23:28):

You probably bought it Paul.

Paul Malagerio (23:30):

Yeah.

James Garretson (23:30):

Yeah. You probably got up one night, "Hey, get it and we can make a Paul exotic TV show." We got the chair. Couldn't you imagine us, you know that king shit that I posted on my Facebook page?

Paul Malagerio (23:46):

The what?

James Garretson (23:47):

The king chair that I posted or queen chair, whatever, I posted on my Facebook page?

Paul Malagerio (23:51):

Did you post that? I thought you kept it, didn't post it.

James Garretson (23:53):

Case 5:18-cr-00227-SLP   Document 232-32   Filed 04/01/22   Page 14 of 17

This transcript was exported on Dec 16, 2021 - view latest version here.

No, no. There's a picture of a chair I saw down there on Harry Heim the other day. But we could get a couple of those chairs and you know, have our little television show like Joe did with the green screen. Maybe Timmy will come here and produce it for us. You know, in all that investigation, I told Matt many times that Tim said he had all the tapes of Joe breaking laws and they never fucking reached out to him.

Paul Malagerio (24:27):
I wish you had brought that up Saturday with the prosecutor.

James Garretson (24:30):
Yeah, I should have, but, I mean, I mentioned that to Matt a fucking hundred million times.

Paul Malagerio (24:37):
What the fuck is wrong with him?

James Garretson (24:38):
I don't know.

Paul Malagerio (24:44):
Maybe Virginia? Maybe they got interviewed in Virginia and they're being quiet.

James Garretson (24:51):
Yeah. I don't know. He went real quiet didn't he? They're pro Joe aren't they? Gretchen and them?

Paul Malagerio (25:00):
Well, they were pro Jeff last year when they were looking for me.

James Garretson (25:03):
Oh okay.

Paul Malagerio (25:06):
But they hate Joe or Timmy's...

James Garretson (25:08):
No, Timmy's still cool with Joe I guess

Paul Malagerio (25:12):
I don't know. Jackie might know.

James Garretson (25:16):
So Timmy was taking up the ass probably too. Wasn't he?

Paul Malagerio (25:21):
Well, I've got that in one of his... I mean, whether it's true or not, it's his words.

This transcript was exported on Dec 16, 2021 - view latest version here.

James Garretson (25:30):

I wonder if Travis was banging him and letting Joe watch?

Paul Malagerio (25:34):

Well, Timmy's the one that got in trouble for partying with Travis that night. It was a month after the wedding, Gretchen had just got there and Joe comes in the staff meeting in the morning and he says, "I forbid anybody to hang out with my husband." He goes, "I've been married for a month and he hasn't been home one night since we've been married because he is out partying with you people." And he's looking right at Timmy and they're doing their dope and their ATVs and stuff. Now Travis had a room in his trailer where he brought local girls over occasionally.

James Garretson (26:07):

Yeah. So Travis was banging a lot of chicks too.

Paul Malagerio (26:13):

Well, I don't know a lot, but I'm sure it's just the talk of the zoo. Who really cares? Hope he triple wrapped it for the poor bitches. I mean they were probably prizes

James Garretson (26:26):

That Travis, that was a fucking dumb son of a bitch [inaudible 00:26:29]

Paul Malagerio (26:29):

Oh fucking stupid. You know, that was the best thing to happen to the planet. That useless piece of shit blowing his head off. That was like, yes, natural.

James Garretson (26:39):

I mean he would have killed an innocent bystander with his dumb ass. I was at the Pizza House and he didn't want to eat his pizza and he just got up in the air and starts shooting at it.

Paul Malagerio (26:48):

Yep.

James Garretson (26:49):

Like, you dumb motherfucker.

Paul Malagerio (26:51):

Complete fucking moron.

James Garretson (26:53):

Yeah, just pulled it out right there at the table and started shooting in the air.

Paul Malagerio (26:56):

Exhibit 32

Case 5:18-cr-00227-SLP   Document 232-32   Filed 04/01/22   Page 16 of 17

This transcript was exported on Dec 16, 2021 - view latest version here.

Yep, I told you the time where he was flying the drone behind me and it was coming up at the back of my head and I turned around and pointed my gun at the drone and I'm right in line with his face and the drone went up and I didn't follow the drone with my gun. I kept pointing at his face, this guy goes, "Holy shit." And he fucking runs. He scurries away like he still had a fucking dick up his ass.

James Garretson (27:19):

Yeah. Joe talked a lot of shit. He thought that was his backup security. I'm like, that's the least motherfucker I worry about. I'll just crack him in the fucking... You know? He's big, but he won't take a crack.

Paul Malagerio (27:34):

Well, he is always stoned on something. He's got no coordination.

James Garretson (27:36):

Yeah. You could fucking knock him over real easy and just go to town on him.

Paul Malagerio (27:40):

Yep, fucking throat punch [inaudible 00:27:44] shit.

James Garretson (27:44):

That's just crazy. Hey, I'm trying to fucking look... what highway do you come down when you come from Afghanistan or wherever the fuck you're at?

Paul Malagerio (27:59):

I think it's 62. It comes in the west end of Fort worth.

James Garretson (28:03):

Okay. Because I'm over here in Fort worth. Now I'm trying to get you a car somewhere right now in Fort Worth and leave you the keys. So then I went on to go to Love fields. These Love fields are a goddamn pain in the fucking ass.

Paul Malagerio (28:14):

I appreciate that.

James Garretson (28:17):

I drove out there tonight to try to get you the car. I was just going to rent the car. He's already paid for the car. And I was going to just leave the keys somewhere and I couldn't find anywhere to fucking put it, you know? I looked around and so I'm over here on Henderson in Fort Worth. I'm going to see if I can just rent something here in Fort Worth in the same place, just change my reservation. So that's what I'm trying to do right now.

Paul Malagerio (28:46):

Whatever's convenient for you. I appreciate it. You know, I'll cover whatever it costs you one day. [crosstalk 00:28:54]

This transcript was exported on Dec 16, 2021 - view latest version here.

James Garretson (28:55):

No dude, knock it off [inaudible 00:28:56] I mean it's whatever. Yeah, I'm one mile... Hey I'm actually here at the Budget now. I'll call you right back. Give me a minute.

Paul Malagerio (29:04):

All right, bye-bye.