This transcript was exported on Dec 20, 2021 - view latest version here.

Speaker 1 (00:05):
Hello?

James Garrettson (00:05):
Are you at work?

Speaker 1 (00:08):
No, no, I'm just ...

James Garrettson (00:09):
That was some stressful shit there.

Speaker 1 (00:14):
Did they grill you pretty hard?

James Garrettson (00:20):
Yeah, they grilled me hard. And he's done, though, there's just no way. He was sticking his tongue out at me in court.

Speaker 1 (00:31):
Did anybody notice but you?

James Garrettson (00:33):
The jury noticed, yeah, they were looking at him and laughing at him. And yeah, man, he's an idiot. Oh my God, he's an idiot.

Speaker 1 (00:41):
Sure he's not going to try to cop on some kind of insanity defense? They use that all the time.

James Garrettson (00:49):
I was waiting on it, but man, his attorneys were doing nothing for him.

Speaker 1 (00:54):
Well, he's got public defenders. Those fucking guys, that's why they're public defenders, because they can't get it big.

James Garrettson (01:00):
Yeah, they were doing nothing for him. And everything of mine was on tape so it was pretty crazy. But this morning I had 50 news people in front of my hotel.

Speaker 1 (01:13):
They knew where you were at?

This transcript was exported on Dec 20, 2021 - view latest version here.

James Garrettson (01:15):

They said they don't know how they figured it out, but they said that the US marshal came and got me to take me to court. Soon as I walked out of the hotel room door, "Mr. Garrettson, Mr. Garrettson, Mr. Garrettson," you know, and they were all slipping me cards in the courtroom and all this other stuff. And when I got out of there the US marshals grabbed me and on each side got me to the car and told me to take off and go a bunch of different ways.

Speaker 1 (01:47):

That's insanity.

James Garrettson (01:49):

Well, they're going to do some big movies about this guy.

Speaker 1 (01:56):

If it was something other than an animal cruelty case, it probably wouldn't be such a big deal.

James Garrettson (02:01):

Yeah, there was some national news in there.

Speaker 1 (02:06):

You know, he's fucking it up for anybody who wants to own exotic animals.

James Garrettson (02:09):

Oh yeah, there's a hearing in Washington right now just because of him and that Jeff. So he looked like an old skunk. Because his hair was all nasty and he had a suit on that was like three sizes too big. He was chained to the table because I guess he's made threats from jail, so they wouldn't take him off the chains.

Speaker 1 (02:38):

Damn.

James Garrettson (02:41):

Yeah.

Speaker 1 (02:41):

So they're treating him like an animal. Good for them. Fuck that guy.

James Garrettson (02:43):

Oh, yeah. Hey, let me see. That's that, let call you right back, give me one minute.

Speaker 1 (02:48):

Okay.

This transcript was exported on Dec 20, 2021 - view latest version here.

James Garrettson (02:49):
All right. Hello?

Brittany Medina (02:50):
What's up, babe?

James Garrettson (02:52):
Nothing, I just got out of there a little while ago.

Brittany Medina (02:53):
So how did everything go?

James Garrettson (02:59):
Rather than getting attacked by news, not bad.

Brittany Medina (02:59):
No.

James Garrettson (03:01):
There was 50 of them waiting outside my hotel room when the US marshals came and got me.

Brittany Medina (03:07):
No.

James Garrettson (03:09):
Yep.

Brittany Medina (03:10):
James.

James Garrettson (03:15):
Yeah. But no, I didn't talk to any of them. But he's a fucking fool, he was sticking his tongue out at me in court.

Brittany Medina (03:23):
Who was?

James Garrettson (03:24):
Joe.

Brittany Medina (03:25):
No.

This transcript was exported on Dec 20, 2021 - view latest version here.

James Garrettson (03:26):
Yep. Jury saw it too, two or three times.

Brittany Medina (03:31):
What the fuck is wrong with him, James? God damn.

James Garrettson (03:37):
Carole Baskin was in there, Howard Baskin was in there.

Brittany Medina (03:40):
And what did they say?

James Garrettson (03:41):
Oh, hey, what did you tell me about the USDA in a text earlier? I forgot.

Brittany Medina (03:45):
Oh no, I just was letting you know, because remember I said that she hadn't responded to me yet and I was just letting you know that she did, that she was good. Oh, but she was asking what we did with the camel and all that shit.

James Garrettson (04:04):
Did you tell her we still have them, we just haven't moved, put them ...

Brittany Medina (04:06):
Actually, let me do you a favor. I'm going to screenshot you the email so you can hear [crosstalk 00:04:11].

James Garrettson (04:11):
So the license is still active and everything, right?

Brittany Medina (04:16):
Yeah, let me tell you, hang on real quick. Let me let tell you something real quick. Hang on, hang on, hang on. Okay. So she said, "Hi Brittany. Thank you for the update. I was wondering what happened because I saw that your tigers went to Arkansas. Where did your camel, cow, water buffalo, lemur, and capybara go? That stinks that your landlord was upset. Where will your new place be located? Hopefully you can get this settled soon. Just keep me in the loop. And if you need anything, feel free to let me know. I will help however I can. Thanks."

James Garrettson (04:50):
Awesome. Good. Yeah, Matt called him and told him to leave us alone until he got to get a new place.

Brittany Medina (04:56):
Do you want me to reply back or just leave it as is?

This transcript was exported on Dec 20, 2021 - view latest version here.

James Garrettson (04:58):
Yes, let's talk about it tonight.

Brittany Medina (05:01):
Okay.

James Garrettson (05:02):
All right. Do you work tomorrow?

Brittany Medina (05:05):
I do work tomorrow. Tomorrow's Thursday, I'm only off on Friday, Saturday, and Sunday.

James Garrettson (05:11):
Okay. Let me think. I'm trying to think. Let's see. I'm trying to think what we can do. Is it okay if I bring Cash back tomorrow in the morning?

Brittany Medina (05:29):
I work, I go to work at 7:30 in the morning tomorrow.

James Garrettson (05:33):
Okay, how about this, how about this? Meet when you get off and then I'll give you to him. And then I promised him I'd take to Olive Garden.

Brittany Medina (05:42):
Okay.

James Garrettson (05:44):
Because he actually called me like an hour ago from Gage's phone and asked what time are we going to Chuck E Cheese or Olive Garden.

Brittany Medina (05:52):
Oh, did he now?

James Garrettson (05:53):
Yep. He had Gage call me, because he picked fucking Olive Garden over Chuck E Cheese.

Brittany Medina (06:00):
I know, I told you he loves that place, babe. He loves it.

James Garrettson (06:07):
So the house is all worked out?

Brittany Medina (06:10):

This transcript was exported on Dec 20, 2021 - view latest version here.

So far. I sent it through your thing. It may not hit directly, it takes seven to 10 days they say for it to clear, you know what I mean? So just don't use it that's in the checking until it clears. You see what I'm saying?

James Garrettson (06:26):

Yeah. Yeah, that's fine, but did you talk to the lady at the house?

Brittany Medina (06:31):

Yeah, yeah, yeah. I sent everything to her and I emailed her and everything's good. All the funds are put in. I had to use part of my car payment money to do it, but it is whatever. I'll figure it out.

James Garrettson (06:48):

When's your car payment due?

Brittany Medina (06:51):

The 24th of this month.

James Garrettson (06:53):

Okay, I'll get you your car payment in a couple days.

Brittany Medina (06:56):

Yeah, she says I have a grace period.

James Garrettson (07:00):

Yeah, we've got to figure out these skis tomorrow. We've got to figure these motherfuckers out.

Brittany Medina (07:07):

Did I tell you that my credit score jumped up?

James Garrettson (07:12):

Yeah, I seen that, but the fucking collection's still on there.

Brittany Medina (07:15):

Yeah, the collection's still on there, yeah. But I was just letting you know that. Anyways, but yeah, everything went through. Oh, I didn't tell you what happened last night, did I?

James Garrettson (07:31):

What?

Brittany Medina (07:31):

It's just going to make you laugh.

James Garrettson (07:36):

This transcript was exported on Dec 20, 2021 - view latest version here.

What?

Brittany Medina (07:36):
So I just bailed Jessica out of jail at 2:00 today.

James Garrettson (07:45):
Oh, good. For what?

Brittany Medina (07:45):
Yeah, she totaled her Expedition. She has a class A misdemeanor DWI now. Her third one would be a felony.

James Garrettson (07:56):
She's done.

Brittany Medina (07:57):
So yeah, that's what happened to her.

James Garrettson (08:01):
She is fucking stupid.

Brittany Medina (08:04):
I know. She's still my sister, though. Well, I don't feel sorry for her at all. I'm just saying, I'm just telling you what happened. That's what I was dealing with last night.

James Garrettson (08:17):
She is fucking [crosstalk 00:08:17].

Brittany Medina (08:17):
I'm kind of glad you had you had Cash soon, so that way my mom could help me with the boys. And my mom's like ... I know, my mom's like, "Oh my God, thank God you and James are being nice to each other. Because we really needed his help this week because of her." I was like, "Me and James are always good. We just have issues."

James Garrettson (08:37):
She's fucking stupid.

Brittany Medina (08:40):
I know. It's pretty bad. But anyways, that's her life.

James Garrettson (08:45):
Good. I bet she fucking knows she's screwed.

This transcript was exported on Dec 20, 2021 - view latest version here.

Brittany Medina (08:49):
Yeah.

James Garrettson (08:49):
They're going to be harsh on her too. Her second one?

Brittany Medina (08:49):
Yeah.

James Garrettson (08:49):
They're going to be harsh as fuck on her.

Brittany Medina (08:57):
Yeah. So this is her second one. And anyways, long story short, so I'm not going to help her financially, but I'm going to help her for a few weeks. And then I told Z, I was like, "I'm not helping her after that. Once you get her on her feet again, I'm done. I'm trying to better my life for my future, for me and my," I say husband, but, "I'm trying to better my life for me and my husband and I can't keep getting tossed around in these dramas of hers," you know?

James Garrettson (09:32):
She's so fucking stupid.

Brittany Medina (09:34):
So I said, "Just because she's my sister and she's always there for me when I'm in jail, I will help her out until you get her back on her feet. Other than that, she's going to figure out her own thing."

James Garrettson (09:43):
All right, hang on a second. I'm going to order. I'm eating prime rib.

Speaker 4 (09:47):
Thanks for coming to McDonald's. How can I help?

James Garrettson (09:48):
Hey, can I get a quarter pounder with cheese combo with no pickles and a Coke?

Speaker 4 (09:52):
And what size combo?

James Garrettson (09:52):
Do a large.

Speaker 4 (09:54):
Large, okay. Anything else, sir?

Exhibit 33

This transcript was exported on Dec 20, 2021 - view latest version here.

James Garrettson (09:56):
That's it.

Speaker 4 (09:57):
All right, your total is eight dollars [inaudible 00:10:03].

James Garrettson (10:03):
Yeah. I've got to figure these skis out, man. I've got to get these fucking skis and get shit going.

Brittany Medina (10:07):
Well, so [crosstalk 00:10:11]?

James Garrettson (10:11):
Well, I'm not be able to go the store. Yeah, it's just that one collection. Cause they were all telling me, "Oh, Experian," and now they're fucking pulling TransUnion.

Brittany Medina (10:19):
Huh. And my TransUnion isn't bad right now.

James Garrettson (10:23):
Yeah, but it's got that fucking jet ski collection on it.

Brittany Medina (10:25):
I wonder how we can get it off.

James Garrettson (10:28):
I got it off, it's going to come off. I did a fraud affidavit report. But I don't know how long it's going to take me. But I've got to stay out of the store tomorrow and the next day because of the fucking news.

Brittany Medina (10:41):
Yeah. Well, you're not making any money out of that place anyways. So I looked up that paperwork for my tires because you have me having anxiety about it, and I can make it to where it's installments.

James Garrettson (10:58):
Well, do it.

Brittany Medina (11:00):
It goes towards my credit.

James Garrettson (11:02):
Well, do it.

Brittany Medina (11:02):

This transcript was exported on Dec 20, 2021 - view latest version here.

So I just want to make sure that you're going to help me pay it, you know?

James Garrettson ([11:06](#)):

Yeah, shut up, do it.

Brittany Medina ([11:08](#)):

Well, no, you said you are going to help me pay it. I know this. I'm just reiterating it to you. So on the 23rd of each month is what the payments are.

James Garrettson ([11:17](#)):

All right. All right, let me call you back, I'm going to try to eat my quarter pounder. I haven't eaten, I've got to eat in the car because my nerves are shot.

Brittany Medina ([11:28](#)):

Okay, babe. All right, talk to you later.

James Garrettson ([11:28](#)):

All right, bye.