This transcript was exported on Dec 15, 2021 - view latest version here.

Paul Malagerio (00:13):

Hey.

James Garretson (00:14):

What's going on?

Paul Malagerio (00:16):

Just reading the comments on the watchdog page. Fucking Jeff Johnson's an asshole.

James Garretson (00:21):

Oh, what's he posting now?

Paul Malagerio (00:21):

I'm reading it. And George Stapleton is arguing with him and he made a comment about the Feds being not credible. I think the whole case is going to try to shit on the fucking Feds. That's just the gist I get.

James Garretson (00:39):

I understand. I don't like our government either as much as the way, but I wouldn't shit on the Feds.

Paul Malagerio (00:48):

It's not going to help. It's not going to help. You got... How many different agencies are dealing this? It's not... Okay, you might have something on Matthew Bryan. That's still not going to nullify the FBI agent and it's not going to nullify the bullet holes in their heads. He's fucking dreaming.

James Garretson (01:04):

Yeah. Yeah. That's crazy.

Paul Malagerio (01:09):

Here's my suggestion. Yesterday you told me that it's not public knowledge about his 72 hour mental fucking assessment, right?

James Garretson (01:18):

Yeah.

Paul Malagerio (01:20):

Well, I won't post or do anything until I run it by you. But on top of my head pick a day this week, probably after you've testified-

James Garretson (01:28):

The day after I testify.

Paul Malagerio (01:30):

Okay. But you'll give the okay on this and I won't send it until you do.

3.24 (Completed  12/14/21)  
Transcript by Rev.com

Page 1 of 7

Exhibit 36

This transcript was exported on Dec 15, 2021 - view latest version here.

James Garretson (01:34):
Yeah.

Paul Malagerio (01:35):
And I'll go on the watchdog site and I'll say, "Dear JJ, I supported you through all of this when I met you and your lovely family and your beautiful daughters; I was backing you a hundred percent when you started to slip, when you flipped out, when your house got burnt down and we talked at length about you and your 72-hour assessment," that I'm going to say that he told me about, and I'll go on about, "You kind of lost it when you were posting 'I'm going to get Jeff Lowe' videos. You stuck your foot in it. And my friend, you've jeopardized your family, your beautiful family and your wonderful daughters, because of your hatred for Jeff Lowe, and trying to help Jeff, where we all know the truth." Something to that effect. So I'll tell him on there that he told me about it. He could have no rebuttal.

James Garretson (02:27):
Yeah.

Paul Malagerio (02:27):
If he says no I didn't, I'll say you did.

James Garretson (02:33):
He won't know he didn't.

Paul Malagerio (02:37):
Exactly. And when the Feds read that, they're going to laugh, because they're going to assume that Jeff Johnson told me that he got locked up for 72 hours.

James Garretson (02:45):
Hey, I was talking to somebody who lobbies bills today that-

Paul Malagerio (02:49):
That what?

James Garretson (02:50):
I was talking to somebody today that does a lot of lobbying for animal ownership.

Paul Malagerio (02:54):
Yeah?

James Garretson (02:54):
I used to work with her at the Hawthorn Corporation. She told me-

Paul Malagerio (02:58):
Yeah?

This transcript was exported on Dec 15, 2021 - view latest version here.

James Garretson (02:58):

Today, she said Big Cat Public Safety Act is actually getting a hearing this week in DC using Joe and Jeff to shut everybody down.

Paul Malagerio (03:06):

Yeah we saw that coming.

James Garretson (03:10):

No. Yeah. It's there though. It's never made it to the committees in Washington. It's there this week.

Paul Malagerio (03:16):

Yeah, it's in Texas this week too, or next week or whatever.

James Garretson (03:21):

But this is the federal one, that shuts everything down: contact, touching, everything. I said, "I wish he would plea." He said, "Yeah, lots of us do; it's going to ruin this whole entire industry, this fucking circuit crap.

Paul Malagerio (03:39):

Yeah, we saw that coming. I don't believe it will pass, but it will get more attention-

James Garretson (03:46):

It'll pass.

Paul Malagerio (03:46):

It means it'll probably pass the next time or the time after that.

James Garretson (03:48):

No, it'll pass. It'll pass 100 percent.

Paul Malagerio (03:52):

What is the timeframe before it becomes law?

James Garretson (03:54):

I mean, it'll take a year or so [inaudible 00:03:56], but... I think I'm going to have two rounds of cubs and that'll be the end of that. That'll be a wrap.

Paul Malagerio (04:03):

Well that's the worst case scenario.

James Garretson (04:07):

Yeah. I mean we can still touch and play with cats and stuff, but the general public will be forbidden to touch it and they can't go interstate commerce.

Exhibit 36

This transcript was exported on Dec 15, 2021 - view latest version here.

Paul Malagerio (04:16):
Well, so we'll still do my thing.

James Garretson (04:19):
Yeah. What I'm just trying to say is Joe and Jeff have fucked this whole fucking thing up.

Paul Malagerio (04:28):
How many times did we go over that? And then they're going to start on Doc Antle and/or Tim Stark and Woody and you know, the time is ticking.

James Garretson (04:37):
Yeah, fucking sad.

Paul Malagerio (04:41):
Yep.

James Garretson (04:41):
But if he would plea it, it would shut the whole fucking thing up.

Paul Malagerio (04:46):
Why would it shut it up?

James Garretson (04:47):
Because it wouldn't be-

Paul Malagerio (04:48):
Because?

James Garretson (04:49):
Yeah, because this thing's going to be fucking televised. There's fucking going to be a court reporter in there. Because the US attorney even told me that the news stations are allowed to come in and they can teletype everything. They just can't record.

Paul Malagerio (05:04):
Okay.

James Garretson (05:05):
So everything that we say in that motherfucker is going to be on the news.

Paul Malagerio (05:10):
Okay. Let me try and get some of the comments up here. Jeff Johnson is just being a fucking idiot about the whole fucking thing.

This transcript was exported on Dec 15, 2021 - view latest version here.

James Garretson (05:20):

He's an idiot.

Paul Malagerio (05:23):

Okay. One hour ago, it's "Jury to hear testimony in Joe Exotic trial." Jeff Johnson says, "Let the show begin." 13 comments. Grigsano posts his warrants; that's all she's got. George Stapleton goes over, "I guess the charges won't matter." Jeff Johnson says to George Stapleton, "But is the defense going to discredit the federal investigators?" And George Stapleton says, "Jeff, no clue. But like I said, I believe Lowe will come up smelling like a rose on this and believe me, that little shit needs to be held accountable." George Stapleton: "Jeff, as far as Joe Exotic, he is going to get time for sure."

Paul Malagerio (06:09):

Jeff Johnson to George Stapleton, "The defense is going to chew Lowe up and spit him out. The defense seems very" big letters "confident. I'm already sleeping better at night knowing I did my part." George Stapleton says to Jeff, "There's no doubt in my mind you've done your part, no doubt, but you and I are not the jury and Lowe is not on trial. Now maybe some charges against Lowe may come out of the trial, but I would not count on it. Especially if Lowe is a cooperating witness for the prosecution." Jeff Johnson says, "A lot of people will not agree with my recent action, but it was my decision to make." So he's outed himself.

Paul Malagerio (06:48):

So George Stapleton says, "If I read that right, Joe Exotic's defense is going to be that Jeff Lowe set him up. Really?" And then Amy Saylor Samuels: "The FBI undercover agent will testify at trial under the same fake name he used when he met Maldonado. Jurors also will hear a recording of the conversation. How can he say Lowe set him up? It's his own ego and stupidity that got him caught, no one else's."

James Garretson (07:17):

Right on.

Paul Malagerio (07:18):

And Johnson asked... Yep. Jeff Johnson says, "But there was more to the story, Amy." And then Joanne Tyler says, "I cannot wait for the rest of the story to come out in court. I'm sure whatever you had to do, Jeff, was the right thing. Because despite what Joe has done, if his band of merry men turned code on him and this truly is a witch hunt, well, they all deserve a piece of the pie. I know that Joe has done horrible things, but I would never wish for him to serve time in prison for something he didn't do." Two people that liked that are Scott Rigado and Jeff Johnson.

James Garretson (07:53):

What a fucking sorry ass stupid fucking idiot.

Paul Malagerio (08:02):

Yep. It's over this week, we don't got to deal with it. The repercussions we guessed ahead, but I mean, you've got the best plan formulated. You are king. I'm raising tigers, I'm just raising tigers. That's all I'm doing.

Exhibit 36

This transcript was exported on Dec 15, 2021 - view latest version here.

James Garretson (08:20):

Oh yeah.

Paul Malagerio (08:20):

Normal fucking stuff.

James Garretson (08:21):

That's all we got to do. We got to just... Once this is over, we need to stay the fuck- I mean, if we go on Facebook, we need to go on there just to talk shit and, and brag or whatever, but we just need to quit letting this shit consume our fucking lives.

Paul Malagerio (08:32):

Well, it's more so you than anybody else, because it has consumed your life. It has damaged your life and you got to start the healing. And whatever happens after you testify, you're going to feel so much better when you walk out of there because for you it's over in regards to what you'll have control over, who you'll decide to talk to on your time frame, and what you'll say.

James Garretson (08:54):

Yeah. Yeah, this is...

Paul Malagerio (08:54):

Yep.

James Garretson (08:54):

Hang on.

Paul Malagerio (09:00):

Yeah. Six months from now, you're going to have a professional photographer, reporter, book writer, movie producer, come over to visit you as you're standing or sitting with your cat. (Silence) You there?

James Garretson (09:25):

Fuck them all with sum' bitches and Jeff Johnson. They can all go suck a dick.

Paul Malagerio (09:30):

Yeah. I'm mad at him. When I post this shit on him, I'll also leave at the end "Well, don't worry if you delete this Jeff Johnson, because I'm going to send it to all of your friends" or something, not confrontational, but just let him know he can't just ignore what I said.

James Garretson (09:46):

Yeah.

Paul Malagerio (09:46):

This transcript was exported on Dec 15, 2021 - view latest version here.

I'll make it a bit more personal about him trying to get me involved in this killing Jeff Lowe bullshit and the defense doesn't want him because they have no need for him.

James Garretson (09:56):

Exactly. They all know Jeff Johnson is a... Everybody in the government knows Jeff Johnson's a fucking idiot. You ought to have heard him talk about the guy.

Paul Malagerio (10:07):

We got to get our pound of flesh. He's got no support. He's got no backup. He's got a couple old ladies on there, but, with him outing his decision to make about supporting Joe... Who's going to fucking like him after that? The monkey ladies? He's a fucking idiot.

James Garretson (10:25):
Jamie Cooper Gracie and him might get married.

Paul Malagerio (10:28):
Say it again?

James Garretson (10:29):
Hang on one second. Give me one second.

Paul Malagerio (10:32):
I can't hear you. Are you in transit? Hello? Hello? Hello? You there?

James Garretson (10:47):
I said him and that Jamie Cooper Gracie lady might get married.

Paul Malagerio (10:53):
Let me call you back; I'm in a bad area.

James Garretson (10:54):
All right.