This transcript was exported on Dec 16, 2021 - view latest version here.

Unidentified Male (Possibly Doug Teranova) (00:00):

Hey,

James Garretson (00:07):

Hey, were those activists down there being retarded?

Unidentified Male (Possibly Doug Teranova) (00:11):

What?

James Garretson (00:12):

Were the activists being bad down there?

Unidentified Male (Possibly Doug Teranova) (00:14):

Yeah, we just had a little beat down there. But, we didn't, I told you we were leaving and we ended up having to go outside, and help deal with that. We didn't have to, but you know me, I can't turn down a good beat.

James Garretson (00:25):

Oh, did you beat them in a verbal match?

Unidentified Male (Possibly Doug Teranova) (00:29):

Yeah, but they hit one of the guys. Look at the car guys. They're riding horses down the fucking street here, on second avenue.

James Garretson (00:36):

Really?

Unidentified Male (Possibly Doug Teranova) (00:38):

I mean, full house, they're running away. The horses are just... What the fuck?

James Garretson (00:43):

Was there a lot of protestors, or just a few idiots?

Unidentified Male (Possibly Doug Teranova) (00:46):

There was probably about 10 of them.

James Garretson (00:48):

Oh really?

Unidentified Male (Possibly Doug Teranova) (00:50):

Yeah.

James Garretson (00:51):

Exhibit 37

This transcript was exported on Dec 16, 2021 - view latest version here.

Damn.

Unidentified Male (Possibly Doug Teranova) (00:52):

So then, they were beeping, but one of the guys started videotaping him, and the guy hit his camera phone with his sign. So, it's all sorry, dude. When?

James Garretson (01:03):

Geez,

Unidentified Male (Possibly Doug Teranova) (01:05):

Showed that to cops right there.

James Garretson (01:07):

Yeah. That's assault.

Unidentified Male (Possibly Doug Teranova) (01:10):

So, then they decided they better leave. So, then they left, Jackie and I followed them all the way out. They parked two blocks, and they walked all the way out of the parking lot, because didn't want to pay the $10 to come in and park. And then, they walked all the way across the street, down in [inaudible 00:01:22] around the corner, around another street, we followed them. And, as soon as they got to their cars, we drove by and videotape their license plate.

James Garretson (01:28):

Yeah. See what they ought to do is just build a site, and every time somebody protests, have a member, whoever, send a picture, I can run the tag. I got a deal that runs tags. Run the fucking tag, and post their picture and everything up there. It'll fucking embarrassed the shit out of them.

Unidentified Male (Possibly Doug Teranova) (01:48):

Yeah. Well, these guys were so stupid, they were arguing telling me elephants wear pink tutus.

James Garretson (01:55):

Oh, god.

Unidentified Male (Possibly Doug Teranova) (01:56):

Where do I see an elephant of pink Tutu everywhere. So, show me a picture. Well, if you're that interested in just Google it. So, I said, "No, don't, walk away." "Don't walk away. We're going to Google it." So, I Google it. I said, "I don't see nothing about pink." He goes, "You're on the internet. You're not on the images." I said, "Well, no stay, right here, I'm a little stupid." He goes, "I didn't say it. You did."

James Garretson (02:15):

Geez.

Unidentified Male (Possibly Doug Teranova) (02:15):

This transcript was exported on Dec 16, 2021 - view latest version here.

I said, "Come here." So then I said, "Here we are. Now I'm on the images. All I see is cartoon drawings of elephants and pink tutus, but I don't see an element of pink anywhere. Or you dress them in stupid costumes. I don't see them dressing in stupid costumes." Oh. I just went off the road.

James Garretson (02:33):

Oh shit.

Unidentified Male (Possibly Doug Teranova) (02:33):

Then the guy get all [inaudible 00:02:34]. I said, "well, that's not the point of this argument, but the point of the argument is, you're talking about bullshit. It's all bullshit. What you're talking, what the point is your whole premise of what you just told me was a lie." "Well, that's irrelevant." I said, "Well, how come what you say is irrelevant when it's wrong, but whatever I say, none of it's relevant."

James Garretson (02:54):

Yeah.

Unidentified Male (Possibly Doug Teranova) (02:55):

So, I asked him. I said, "Where did you learn about elephant behavior?" "On the internet." Oh my God. Well fuck me. I shouldn't have waste 42 years of my life taking care of elephants, and working with elephants.

James Garretson (03:09):

The internet made everybody fucking smart as hell, I guess.

Unidentified Male (Possibly Doug Teranova) (03:13):

Oh yeah. They were real smart asses. Tattoos, and pink hair, and yelling with a bull horn at people. They were yelling at people on a Bullhorn.

James Garretson (03:25):

Damn. I look at getting a little squabble down there.

Unidentified Male (Possibly Doug Teranova) (03:29):

Yeah, we'd have missed it if we didn't stay, waiting for you. With the weather coming. And, I don't want to be down here, and something happens at my place. I don't have everybody locked down.

James Garretson (03:39):

Oh I gotcha. Yeah. No, it's no big deal. Was the circus busy.

Unidentified Male (Possibly Doug Teranova) (03:45):

Yeah, they were doing all right. It wasn't ever a big knockout, but it wasn't bad.

James Garretson (03:49):

Really? Who had the cats there? [inaudible 00:03:52]

This transcript was exported on Dec 16, 2021 - view latest version here.

Unidentified Male (Possibly Doug Teranova) (03:52):
Ryan.

James Garretson (03:53):
Oh.

Unidentified Male (Possibly Doug Teranova) (03:53):
Ryan, little prick.

James Garretson (03:57):
He's a little asshole though. For sure.

Unidentified Male (Possibly Doug Teranova) (04:00):
Yeah. He's got a lot of people who don't like him there.

James Garretson (04:03):
Yeah. So, maybe you should just backhand him one time. Straight him out.

Unidentified Male (Possibly Doug Teranova) (04:07):
Well, he got himself in a little bit of trouble. That's for sure.

James Garretson (04:12):
Yeah. Hey, do you know why Tray Keys has testified at Joe's deal?

Unidentified Male (Possibly Doug Teranova) (04:21):
Do I know what?

James Garretson (04:21):
You know why Trey Keys has testified at Joe's deal?

Unidentified Male (Possibly Doug Teranova) (04:22):
No, why? He is?

James Garretson (04:23):
Yeah. He's on the witness list. I saw it on the wall.

Unidentified Male (Possibly Doug Teranova) (04:29):
Can't imagine why. I mean, he boarded his tigers there.

James Garretson (04:33):
Yeah. That's weird that he would be on the witness list. Very weird.

Unidentified Male (Possibly Doug Teranova) (04:39):

Exhibit 37

This transcript was exported on Dec 16, 2021 - view latest version here.

Yeah. Because he never got no cats from Joe or anything.

James Garretson (04:43):

No. Yeah. I was wondering why, because I saw his name on the fucking witness list. I'm like, "Oh. Wonder why he's testifying."

Unidentified Male (Possibly Doug Teranova) (04:50):

I wonder, because he had those two tabbies. Joe bread them, and they sold cubs.

James Garretson (04:58):

Should be. And, [crosstalk 00:05:01] Britney Peet is testifying too. Britney Peet.

Unidentified Male (Possibly Doug Teranova) (05:04):

Well, Britney Peet has been there with Joe. She was there to get those...When Peter won that lawsuit, she went there.

James Garretson (05:13):

Oh, gotcha.

Unidentified Male (Possibly Doug Teranova) (05:14):

Yeah.

James Garretson (05:15):

It's kind of crazy that they'll let her testify. That's kind of crazy.

Unidentified Male (Possibly Doug Teranova) (05:21):

Jackie says that Trey was there when one of the guys got his finger bit off by a bear, but that's not a federal offense.

James Garretson (05:29):

Oh.

Unidentified Male (Possibly Doug Teranova) (05:29):

Did they ever breed Trey's tigers, like that lion breed?

James Garretson (05:35):

Yeah. I don't know. He might have bread them, you never know.

Unidentified Male (Possibly Doug Teranova) (05:39):

He might have, Jackie says they always kept them separate. I thought that Solomon was kept up front. I mean that Francis was kept up front. Solomon and [Delyla 00:00:01] over side by side, back in the back.

James Garretson (05:54):

This transcript was exported on Dec 16, 2021 - view latest version here.

Hey, let me call you right back, Doug. Hang on one second. I'll call you back.

Unidentified Male (Possibly Doug Teranova) (05:57):
All right. Bye.

James Garretson (05:59):
Hello? Hello.

Jeff Johnson (06:03):
What you doing?

James Garretson (06:06):
Fucking over here in Dallas, talking to somebody. What's going on?

Jeff Johnson (06:10):
Glover is in fucking jail.

James Garretson (06:16):
Glover's in jail?

Jeff Johnson (06:17):
He has been.

James Garretson (06:19):
No.

Jeff Johnson (06:20):
Sentenced to one year in Garvin County for fucking repeated DUIs, and all kinds of shit, dude.

James Garretson (06:27):
No, really?

Jeff Johnson (06:28):
I am not fucking kidding you. They're going to transport him from Garvin County tomorrow morning, to go right on [inaudible 00:06:37].

James Garretson (06:37):
Wow. I don't know.

Jeff Johnson (06:40):
It's all on fucking OSCN, dude. He got picked up for a DUI, alcohol, and drugs, had a kid, not in a child seat, which means he was DUI with a minor child.

Case 5:18-cr-00227-SLP   Document 232-37   Filed 04/01/22   Page 7 of 12

This transcript was exported on Dec 16, 2021 - view latest version here.

James Garretson (07:02):

Oh.

Jeff Johnson (07:02):

Well, the list goes on and on

James Garretson (07:05):

No shit.

Jeff Johnson (07:05):

He was sentenced to a fucking year in Garvin County, about two weeks ago. You don't think the defense is going to tear him a new asshole?

James Garretson (07:13):

Oh my god.

Jeff Johnson (07:13):

This is a fucking joke. I'm about ready to start making picket signs, and I'm going to be on the steps of the courthouse at 6:00 AM going "Free Joe." You think I'll get any news coverage?

James Garretson (07:30):

Yeah.

Jeff Johnson (07:31):

This is bullshit, dude. He's in fucking jail, has been for a month. Lauren posted his fucking [inaudible 00:07:39]. It's all on ONC, and I don't know why I never looked him up. One of my group members just posted all of my page, and I went to OSCN and typed in Alan Glover and went, "Are you fucking kidding me?"

James Garretson (07:55):

And its the same Alan Glover?

Jeff Johnson (07:56):

Yes. Garvin County. DUI. Lauren Lowe posted his bond. Yeah. It's the same motherfucker.

James Garretson (08:06):

Is he out now, or is he in jail?

Jeff Johnson (08:09):

He's in jail.

James Garretson (08:10):

Oh my God.

This transcript was exported on Dec 16, 2021 - view latest version here.

Jeff Johnson (08:13):

He got sentenced to a year, not even a month ago.

James Garretson (08:20):

Oh my God. Nobody's said anything about that.

Jeff Johnson (08:20):

I just posted on my page, and witness number two, just got discredited. [inaudible 00:08:31] is a piece of fuck, and Glover's. Oh my fucking god, dude. I'm not kidding. I'm getting ready to go up there, and call Sylvia Corkill, and go "You want the real story. Come to me, meet me on the steps, the courthouse." And I want to go, "Matt Bryan's a piece of fuck."

James Garretson (08:47):

Oh my god.

Jeff Johnson (08:47):

What a fucking witch hunt. We just want Joe, so I can retire a hero, and all my witnesses. Oh my god. They're in jail. They have warrants.

James Garretson (08:58):

Not me. Oh my god.

Jeff Johnson (09:07):

I'll tell you something brother, Bryant told me on more than one occasion. Don't text me no more, I have to report my texts."

James Garretson (09:15):

What?

Jeff Johnson (09:16):

Listen to me, Matt Bryant told me on more than one occasion. Every time he got a text, it had to be turned over to the defense.

James Garretson (09:26):

No way.

Jeff Johnson (09:27):

Yes, "Please don't text me anymore, if you have information, call me."

James Garretson (09:34):

Oh.

Jeff Johnson (09:35):

This transcript was exported on Dec 16, 2021 - view latest version here.

You know what Joe's defense attorney said to that? That's withholding information. Guess what I did Thursday? I let the defense know, that Matt broke the law.

James Garretson (09:50):
Oh my God. I got to get out [crosstalk 00:09:51].

Jeff Johnson (09:50):
When I told them that, and I sent them the text message where Matt said, "Hey. You still up? I got something important to talk about and I can't text it to you." And, I sent that to Joe's attorneys, and they went, "Oh, thank you."

James Garretson (10:02):
Geez.

Jeff Johnson (10:06):
I fucked Matt.

James Garretson (10:09):
What the fuck, Glover's in jail.

Jeff Johnson (10:11):
Yeah. Has been for a month, doing one year in Garvin County.

James Garretson (10:16):
But, he didn't do jail time for [crosstalk 00:10:19]

Jeff Johnson (10:23):
You need to go back, and read my page. I just summed him up. I said, "Okay, so this motherfucker that's sitting in jail, took three grand in cash, drove to Texas to get a fake ID, bought a burner phone, and mailed it to Las Vegas to cover his tracks."

James Garretson (10:40):
Okay.

Jeff Johnson (10:41):
Drove to South Carolina on his way to Florida to kill someone.

James Garretson (10:45):
But hold on.

Jeff Johnson (10:46):
Check it.

Exhibit 37

This transcript was exported on Dec 16, 2021 - view latest version here.

James Garretson ([10:47](10:47)):
Hang on. Back up for a moment, let me just give you a little bit more detail, just so you're good.

Jeff Johnson ([10:51](10:51)):
Okay.

James Garretson ([10:52](10:52)):
John Finley drove him to Dallas to get the fake ID.

Jeff Johnson ([10:55](10:55)):
Oh, I'm aware of that.

James Garretson ([10:59](10:59)):
All right.

Jeff Johnson ([11:02](11:02)):
Aware of that, but I tried to do this, just kind of summed it up quickly. Bought a burner phone, mailed it to Las Vegas, to cover his tracks, drove to South Carolina to kill someone, chickened out, came back to Oklahoma and now he's a star witness. Why the fuck isn't he in prison?

James Garretson ([11:16](11:16)):
Yeah. I actually, I seen Eric Good today, and I said, "Eric,"

Jeff Johnson ([11:21](11:21)):
Did you?

James Garretson ([11:22](11:22)):
Yeah. I said, "I don't want to go to fucking court. I don't want to put this guy away.

Jeff Johnson ([11:26](11:26)):
Hey, I have Joe's lead defense attorney's cell phone number. Call him right now.

James Garretson ([11:35](11:35)):
Send me his number.

Jeff Johnson ([11:36](11:36)):
You got it.

James Garretson ([11:37](11:37)):
So, Glover's sitting in fucking jail right now and nobody's disclosed nothing.

Jeff Johnson ([11:43](11:43)):
No, he's sitting in Garvin County Jail right now, for a year.

This transcript was exported on Dec 16, 2021 - view latest version here.

James Garretson (11:46):
And you know, when he was on tape, a couple times when he was on tape Glover, he was fucking drunk.

Jeff Johnson (11:58):
Yeah. He's an alcoholic. Everybody knows it. He was on drugs, he was drunk, he got a ticket at the same time for no child restraint.

James Garretson (12:09):
Yes. So you know what I'm thinking?

Jeff Johnson (12:11):
So, that tells you, he was fucking DUI, with a kid under the age of eight in a car with him.

James Garretson (12:18):
Yeah. This is what I'm thinking. This is just what I'm thinking happened. I mean, I don't know. See, I never, other than the one time I was there with Jeff Lowe, and Joe in the same building. After that point, Jeff Lowe was out of the picture, he was in Vegas.

Jeff Johnson (12:32):
Correct.

James Garretson (12:33):
So I'm thinking Jeff Lowe positioned Alan Glover into doing everything.

Jeff Johnson (12:40):
That's what I think.

James Garretson (12:43):
You know, I don't have any proof of it, but I got to assume that, because Jeff [crosstalk 00:12:48]

Jeff Johnson (12:48):
Dude, I'm tell you what, you got to tell me one thing. you got to tell me one thing. Who is the fucking FBI agent?

James Garretson (12:57):
You know, I've never been told his name.

Jeff Johnson (13:00):
Dude. You were with him.

James Garretson (13:04):
They went by Mark. They never gave me a last name, I guess, even on the stand he's going [crosstalk 00:13:11].

This transcript was exported on Dec 16, 2021 - view latest version here.

Jeff Johnson (13:10):
But, his name is Mark?

James Garretson (13:15):
I know he lives in Washington, DC.

Jeff Johnson (13:18):
In DC?

James Garretson (13:20):
Yeah.

Jeff Johnson (13:21):
And his and his name is mark?

James Garretson (13:23):
Yeah. Well, that's not his real name. I don't know his real name.

Jeff Johnson (13:25):
I know.

James Garretson (13:30):
Yeah.

Jeff Johnson (13:30):
I'm blown by this right now.

James Garretson (13:34):
If I had his name, I'd tell you. I don't have a problem with that.

Jeff Johnson (13:38):
Okay. I'm going to hang up from here, and I'm going to call Joe's attorney, and I'm going to tell him to call you right now.

James Garretson (13:42):
All right, call him.

Jeff Johnson (13:45):
All right. Bye-bye.

Exhibit 37