This transcript was exported on Dec 16, 2021 - view latest version here.

Jeff Johnson ([00:11](#)):

What's up?

James Garretson ([00:11](#)):

You didn't go in?

Jeff Johnson ([00:11](#)):

Nah.

James Garretson ([00:11](#)):

What happened?

Jeff Johnson ([00:18](#)):

Just decided not my monkeys, not my circus. I'm done. I've done what I can. I exposed Joe for all his frauds. Now I've exposed the federal government. I've exposed enough shit on Jeff Lowe and the rest of them. I'm out. I mean, it wasn't going to do me any good to go to one day anyway. So, I just decided, it just ain't worth it anymore.

James Garretson ([00:49](#)):

Yeah, I'm just going to go show up, do my thing, and then fucking vanish off to the Keys.

Jeff Johnson ([00:53](#)):

Yeah. I think that's going to be the best thing to do. Just get the hell out of Dodge. I'll stay in touch with you.

James Garretson ([01:00](#)):

Yep. Ah, man. I wish you would have went. I wanted to know how it was going.

Jeff Johnson ([01:06](#)):

There will be plenty of coverage.

James Garretson ([01:10](#)):

Was anybody you know there?

Jeff Johnson ([01:13](#)):

I think there's probably... Well, I know Eric's there, and Sharon Guynup's there. Rob Moore is there. But [Gayland's 00:01:25] there, supposed to be there. There was 50 people telling me they were flying in. Shit, didn't none of them come.

James Garretson ([01:32](#)):

Really?

Jeff Johnson ([01:33](#)):

Exhibit 38

This transcript was exported on Dec 16, 2021 - view latest version here.

Not a one.

James Garretson (01:34):

So what do you think-

Jeff Johnson (01:36):

And then, last night, about the time I got up there Sherry Cox DeWald that has been the one person in group that I really trusted, man, she just completely attacked me last night.

James Garretson (01:46):

For what?

Jeff Johnson (01:47):

I know why. It's because I helped out Joe.

James Garretson (01:54):

Oh, the change, yeah.

Jeff Johnson (01:55):

She's one of these that just, it doesn't matter what; it doesn't matter if the government's corrupt; it doesn't matter how they went about it. She just hates Joe, and that's that.

James Garretson (02:04):

Yeah.

Jeff Johnson (02:06):

So, she said-

James Garretson (02:08):

Anyway-

Jeff Johnson (02:09):

She used to be with Ronnie on the board of directors of the USZA, and they all act like they were hotshots because of the USZA. And they're still too stupid to realize that the USZA ain't nothing.

James Garretson (02:24):

No. Well, you know this Joe and Jeff shit? Now they have a hearing in Washington for the Big Cat Safety Act this week.

Jeff Johnson (02:33):

Yeah.

James Garretson (02:34):

Exhibit 38

This transcript was exported on Dec 16, 2021 - view latest version here.

Thanks to them fucking assholes.

Jeff Johnson (02:37):

I'm at the point where I'd just as soon... I wished it would pass. I wish they would make it illegal for anybody to own a God damn thing. I wish PETA would win, and just put an end to all this bullshit. Because that's the only way it's ever going to stop.

James Garretson (02:49):

They already pretty much one. They just haven't caught up to everybody yet.

Jeff Johnson (02:52):

Yeah. And it's sad that because of people like that... everybody gets fucked.

James Garretson (02:57):

Well, you know beyond Joe, that son of a bitch has fucking robbed everybody in the country the last couple of years. Or-

Jeff Johnson (03:05):

Uh-huh (affirmative).

James Garretson (03:05):

... about 10 years.

Jeff Johnson (03:06):

Uh-huh (affirmative). And just the way he did it. I mean, if you want to open a zoo, and you want to have a few animals? That's one thing.

James Garretson (03:15):

Yeah.

Jeff Johnson (03:16):

But the problem is, and what needs to be stopped period, is any aspect of cub petting.

James Garretson (03:22):

Fuck yeah. Breeding.

Jeff Johnson (03:25):

And only because it requires overbreeding.

James Garretson (03:29):

Yep.

Jeff Johnson (03:29):

Exhibit 38

This transcript was exported on Dec 16, 2021 - view latest version here.

And that's the only reason. I don't give a damn if people want to pet a cub. Hell, I've done it. I did it at Joe's. I did it at your place. I got no problem with it.

James Garretson ([03:37](#)):
Yep. [crosstalk 00:03:39]-

Jeff Johnson ([03:41](#)):
But when you're having to breed, and breed, and breed to make damn sure that you've always sgot a handful of cubs there? 365 days a year? And now, Lowe has stepped in and, "Oh, we've found another loophole, and we're still going to do it, because we're only going to breed hybrids." So, I'd just as soon they step in and just go, "No more of it, period."

James Garretson ([04:04](#)):
What are you going to do? Just take down your site?

Jeff Johnson ([04:06](#)):
Probably so. I'm going to leave it up just because that's probably where I'm going to get my information. Hell, I'm counting on REXANO. She posted that Ashley girl's deposition. Have you read that?

James Garretson ([04:22](#)):
No, I don't have access to your site, actually.

Jeff Johnson ([04:25](#)):
All right. Dude, I'm going to tell you what. That's the funniest damn thing.

James Garretson ([04:30](#)):
What is it about? Who is she anyway? I don't-

Jeff Johnson ([04:33](#)):
It's Ashley Webster. She worked there for like a couple of weeks.

James Garretson ([04:40](#)):
Uh-huh (affirmative).

Jeff Johnson ([04:41](#)):
She said that a friend of hers... She's from Colorado. And a friend of hers went, "Hey, there's a zoo in Oklahoma City," and she grew up on a farm where they had cows and ostriches.

James Garretson ([04:51](#)):
Gotcha.

Jeff Johnson ([04:52](#)):
So she decided she'd be a zookeeper, so she PM'd Jeff Lowe. This was in 2017.

Exhibit 38

This transcript was exported on Dec 16, 2021 - view latest version here.

James Garretson ([04:59](#)):

Uh-huh (affirmative).

Jeff Johnson ([05:00](#)):

And he bought her a plane ticket, flew her out here, and hired her on the spot. So I'm going, "Was this one of Lauren's pussy buddies?" I mean, there's more to it? With no experience, they didn't just go, "Yeah, here's a plane ticket. Come to work for us."

James Garretson ([05:18](#)):

Yeah.

Jeff Johnson ([05:20](#)):

That's bullshit. But it's just the prosecution, this woman named what? Green?

James Garretson ([05:28](#)):

Amanda Green? Yeah.

Jeff Johnson ([05:30](#)):

She interviews her, and then Bill Oddie gets ahold of her. And dude, I'm going to tell you what. It's some of the best fucking reading I've done throughout this whole thing.

James Garretson ([05:43](#)):

What does she talk? Like she talks shit about Jeff Lowe?

Jeff Johnson ([05:48](#)):

Oh, well shoot. Jeff and Lauren Lowe picked her up at the airport, and between Oklahoma City and... Keep in mind, they don't even know each other. They've never met.

James Garretson ([05:58](#)):

Yeah.

Jeff Johnson ([05:59](#)):

And on the way from Oklahoma City Airport to Wynnewood, all Jeff Lowe talked about was how he wishes somebody would kill Carole Baskin.

James Garretson ([06:07](#)):

Oh, yeah.

Jeff Johnson ([06:08](#)):

Bullshit. And then Joe said it at that their morning meetings. And then she was afraid, so she quit. Garvin County came and picked her up because she was afraid, escorted her off the property, and then dumped her at the side of the road.

Exhibit 38

This transcript was exported on Dec 16, 2021 - view latest version here.

James Garretson (06:23):

Shit.

Jeff Johnson (06:25):

With no money, and no way to even get back to Colorado. Bullshit. And then, she's the one that she called Carole Baskin.

James Garretson (06:36):

Hey, you want to hear what goes on? Give me five minutes. Somebody from the courtroom's calling right now. That was just-

Jeff Johnson (06:40):

All right, brother.

James Garretson (06:41):

I'll call you right back.

James Garretson (06:47):

Hey, how did it go?

Darleen Cervantes (06:48):

Hey, how are you?

James Garretson (06:49):

Good. How did that circus go?

Darleen Cervantes (06:53):

Oh, my God, it's a fucking circus. So, they sent me back this afternoon, when I texted you about 2:00.

James Garretson (06:58):

Uh-huh (affirmative).

Darleen Cervantes (06:58):

Sent me back to the hotel. While I was getting ready to go down for some drinks and get a bite to eat, they call me back and tell me, "Hey, the judge is waiting to talk to you." They pulled me in. They went over all my texts with him... fucking him and I used to be friends, you know?

James Garretson (07:15):

Yeah.

Darleen Cervantes (07:15):

Well, I kind of got a little sentimental there for a minute, and I looked up at him, dude, I could tell that's not the same dude that I know.

Exhibit 38

This transcript was exported on Dec 16, 2021 - view latest version here.

James Garretson (07:24):

Yeah.

Darleen Cervantes (07:24):

You know? He's fucked up. So anyways, cross exam was basically just, "Hey, you can't prove that..." They were like, "Hey, do you know he has multiple accounts? That that could have been on anybody-

James Garretson (07:37):

Oh, yeah.

Darleen Cervantes (07:38):

... "saying it." That kind of thing. "Did you guys ever settle on a price?" I was like, "Yeah, it was just written." So, I mean, I don't know. I did my service. I said I bought animals from him, you know what I mean? That was what I was there for.

James Garretson (07:55):

Yeah.

Darleen Cervantes (07:57):

I did what I know and what I was supposed to do, but Jesus Christ, it's a fucking circus. It's going to be ugly now, I guess.

James Garretson (08:06):

What's making it so ugly?

Darleen Cervantes (08:08):

Well, I think it's just that it's so many of us, and I'm worried it's really going to change the laws. You know what I mean?

James Garretson (08:15):

It is. The Captive Safety Act is in a hearing in Washington this week.

Darleen Cervantes (08:19):

Yeah, so that's where it's going to be really bad for the rest of us, you know?

James Garretson (08:25):

Yeah. Yeah, it's in a hearing in Washington this week.

Darleen Cervantes (08:28):

Well, there we have it.

James Garretson (08:32):

This Joe and Jeff are going to ruin are going to ruin this whole fucking thing.

Exhibit 38

This transcript was exported on Dec 16, 2021 - view latest version here.

Darleen Cervantes ([08:35](#)):

Well, I got that Ashley chick has been texting me all day. She wants me to call her, she just said that. And I called you because I guess Jeff Lowe's writing about her being a crack head all over the place-

James Garretson ([08:48](#)):

Oh, yeah.

Darleen Cervantes ([08:49](#)):

... on the internet.

James Garretson ([08:49](#)):

Yeah.

Darleen Cervantes ([08:49](#)):

Jesus, fucking more drama, you know what I mean?

James Garretson ([08:52](#)):

Yeah, Jeff Lowe needs to go away with all of them.

Darleen Cervantes ([08:54](#)):

Well, that's the-

James Garretson ([08:55](#)):

So, from you hearing it, what do you think? Joe's going to do a lot of time?

Darleen Cervantes ([08:59](#)):

Well, I think so, because it's all there. You know what I mean?

James Garretson ([09:04](#)):

Yeah. Wait till my part, when he tries to hire people on video.

Darleen Cervantes ([09:12](#)):

Oh, my God.

James Garretson ([09:13](#)):

Yeah, it's going to be fucking disastrous.

Darleen Cervantes ([09:17](#)):

Are you up here tomorrow?

James Garretson ([09:19](#)):

I'm on standby they said, because I was supposed to testify Wednesday and Thursday.

Exhibit 38

This transcript was exported on Dec 16, 2021 - view latest version here.

Darleen Cervantes ([09:24](#)):

Mm-hmm (affirmative).

James Garretson ([09:24](#)):

And they said that things are getting pushed back, so who knows?

Darleen Cervantes ([09:29](#)):

Yeah, they were closing court at 3:30 today, and then for some reason... Well, obviously, they paid to fly me, and they were going to extend that and my room, so they didn't want to do that. I mean, obviously, they were like "Oh, fuck. Let's get her at least out of here."

James Garretson ([09:46](#)):

Yeah.

Darleen Cervantes ([09:46](#)):

Which was great for me. Well, you get load of this fucking shit. His attorney says... So I said, "I'm unemployed at the present," right? Because of all the Jan drama, and all her sending shit everywhere. Well anyway, his attorney gets up there and said, "You said you were unemployed," I said "Yes, sir." He said, "Where were you employed before?" I was like, "Really, dumbass? You really want to bring this into it?"

James Garretson ([10:07](#)):

Yeah.

Darleen Cervantes ([10:07](#)):

All right.

James Garretson ([10:07](#)):

And did he do it?

Darleen Cervantes ([10:11](#)):

Yep, he did it. I said, "Jim Garret." He's all, "What's the name of the place?" I gave it to him. So have fun fucking with that chick and her crazy. Wait till they ask her, "Oh, am I reputable?" They'll get to hear the cuck nest over that. Waste money.

James Garretson ([10:25](#)):

Oh, God. Were they drilling you? [inaudible 00:10:29]?

Darleen Cervantes ([10:31](#)):

A little bit, not too bad, you know what I mean?

James Garretson ([10:33](#)):

Yeah.

Exhibit 38

This transcript was exported on Dec 16, 2021 - view latest version here.

Darleen Cervantes (10:35):

It's just more like I couldn't prove... They're like, "Well, do you really know that you were talking to Joe? That could have been any avatar." Yeah.

James Garretson (10:41):

Avatar.

Darleen Cervantes (10:43):

Yeah, exactly right. [crosstalk 00:10:45]-

James Garretson (10:48):

How bad does Joe look?

Darleen Cervantes (10:49):

Huh?

James Garretson (10:49):

How bad does Joe look?

Darleen Cervantes (10:51):

Bad. He looks really, really bad.

James Garretson (10:54):

Like fucking strung out? Or more just like death? Or what?

Darleen Cervantes (10:59):

Strung out, tired. His hair's all long. If I was him, dude. I would have put my... even as a female, or a male, I would have put my hair back a little bit. Because it just looks stringy and whatever. But that look he had out, he gave me this look when I read this part, and in this part I actually say, "I love you. You're the best." Well you've got to remember the time zone that we were in, you know what I mean?

James Garretson (11:22):

Yeah.

Darleen Cervantes (11:23):

Of our friendship, you know? We were at that place. And so, when I read it, my voiced kind of cracked when I read it. Well, he gave me this goofy look, and then kind of moved his chair so I couldn't make eye contact with him. Well, that right there? Made me more mad. Because then now I know that he's a son of a bitch, you know what I mean?

James Garretson (11:40):

Oh, he is. He is.

Exhibit 38

This transcript was exported on Dec 16, 2021 - view latest version here.

Darleen Cervantes (11:43):

That look told me all I needed to know. That answered all my feelings about the whole thing, just on a personal, emotional note. You know?

James Garretson (11:52):

Yeah. How many people were in the courtroom, a lot?

Darleen Cervantes (11:54):

I would say at least 25.

James Garretson (11:56):

Oh, okay. Did the news hit you up when you left or anything? Or nah?

Darleen Cervantes (12:02):

No, they actually told me that the news was there this morning in the front, so they took me around the back. And then when I went in the second time... because obviously I came back to the hotel, there was one guy standing there, and I just ignored him and went on in. And then at the end, there was nobody standing out there. But I would have gave a statement, because he told me... my guy, my handler dude told, "You can speak to the media." I told him I might have dinner with you, I was like, "I might have dinner with people up here," and they're like [inaudible 00:12:32] matter. It's like, "We told you already, if you talk about it on social media? You can. It's not going to hurt the case."

James Garretson (12:38):

No, it's already... Joe's not going to walk out of that courtroom. I figured he'd have plead it.

Darleen Cervantes (12:44):

He should have. He should have. Man, I don't know. I would have.

James Garretson (12:47):

Because it's only going to get more and more. You know there's fucking 40 fucking people or more.

Darleen Cervantes (12:53):

Well, I think more, because-

James Garretson (12:55):

Really?

Darleen Cervantes (12:55):

... there were at least five people when I walked in there today. And then even one of the Beths was walking out, and we were there this morning together, and she was like, "Good luck," when we walked past each other. I was like, "Thank you," because see, I wasn't even prepped, so I was just like all right, well whatever. At that point? It didn't matter. I just want to go home tomorrow.

James Garretson (13:17):

Exhibit 38

This transcript was exported on Dec 16, 2021 - view latest version here.

Yeah.

Darleen Cervantes ([13:18](#)):

Like all this Lynn shit? I need to get home, get legal aid on her ass. Call the FBI guy back and be like, "Look, we already told you." Anybody that threatens me? I'm going to be like, "It's blamed on this shit, and crazy Jen. You guys need to start doing stuff before I go to the social media... not social media, but the media back home." To that fucking-

James Garretson ([13:38](#)):

Yeah, because I mean, that's all you can do, because they're just going to harass everybody. I mean, it's going to get worse for all of us.

Darleen Cervantes ([13:40](#)):

Yeah.

James Garretson ([13:41](#)):

You know, if he would just fucking plea it? Because you're not going to win with public defenders anyway. Just fucking plea the shit, and fucking end this circus before they pass fucking every kind of law there is this week.

Darleen Cervantes ([13:52](#)):

They're going to.

James Garretson ([13:54](#)):

Yeah.

Darleen Cervantes ([13:54](#)):

You're absolutely right. So what are you looking to do? Are you looking to open anything? Or where you at with your shit?

James Garretson ([14:00](#)):

I'm just trying to see what's made of everything. You know I'm trying to figure out-

Darleen Cervantes ([14:05](#)):

Right.

James Garretson ([14:06](#)):

... I have a piece of land I can do it on, but I have some cubs going to be born in April, but who knows if this Captive Safety Act's going to pass? You know? I don't know. I just don't even know.

Darleen Cervantes ([14:17](#)):

Well, we'll get together on that. Hopefully I can get something from you. I mean, I got all my paperwork together. I just don't know how that's going to interact with taking one and moving, you know what I mean? And moving him back home or whatever, you know?

Exhibit 38

This transcript was exported on Dec 16, 2021 - view latest version here.

James Garretson (14:29):

Yeah. They're not going to bother. I don't know, you know it's the whole interstate commerce.

Darleen Cervantes (14:33):

Right.

James Garretson (14:34):

I'm thinking about just going down to Florida, because Florida's always going to be protected because it's governed by the state. This fish and game governs it.

Darleen Cervantes (14:41):

Right.

James Garretson (14:42):

So I'm thinking the best, safest place is a regulated state like Florida.

Darleen Cervantes (14:46):

So Texas isn't regulated?

James Garretson (14:48):

Texas is all fucked up, and Texas is trying to pass more laws. It depends on-

Darleen Cervantes (14:53):

Yeah, because I was going to-

James Garretson (14:53):

Yeah, it depends on each county. I mean, Texas, most of the counties in Texas are banned.

Darleen Cervantes (14:57):

That's what the two officers that are driving me around are from Texas, and one of them was the one testifying, and the other one was the one driving me, and they were saying the same shit. They're like-

James Garretson (15:09):

Was it James Markley and black guy, bald-headed?

Darleen Cervantes (15:12):

Yep. Yep. Yeah.

James Garretson (15:12):

I know those guys.

Darleen Cervantes (15:15):

Yep. Yep.

Exhibit 38

This transcript was exported on Dec 16, 2021 - view latest version here.

James Garretson (15:15):

Yeah, it's James Markley. He's a US Fish and Wildlife in that part of Texas.

Darleen Cervantes (15:20):

Yeah, and the black guy, Eric? I forget Eric's last name. But Eric was the... I bonded with him pretty good. Well, both of them. I liked them, you know? They were good to me. I was just like... because I'm not in question. I haven't done nothing. Yeah, Joe talked to me on that thing. You can see where it talked about laws. And did I transport a tiger? Yeah. But now I have a transported license. You know?

James Garretson (15:40):

Yeah.

Darleen Cervantes (15:40):

I was like, "I did everything. When I found out it was wrong? I did what I needed to do to clean my act up. And that was that." You background check me all day long. I'm probably one of the few besides probably you that doesn't have a criminal shit to do with this.

James Garretson (15:54):

Yeah, I don't have a criminal record.

Darleen Cervantes (15:56):

Even that fucktard Larry. Yeah, that fucking fucktard Larry, well, I don't want nothing to do with him. He's got his own problems. Dude, go play with Jeff, whatever-

James Garretson (16:04):

He just got animals seized and everything in New York. Did you see all that?

Darleen Cervantes (16:07):

Yeah, I saw all that. He's fucking a douche. I don't want shit to do with that dude. I blew him off, and he got mad and went over to Jeff. Good for him. Wait till that fucking falls through.

James Garretson (16:17):

Yeah, I just think the safest place for everybody to be is down in Florida. I've got land there in Lake City, 30 acres.

Darleen Cervantes (16:24):

Why aren't you doing something there, sir?

James Garretson (16:27):

I've just got to put the money together and just do it. I've got land there. I've owned it since '99.

Darleen Cervantes (16:33):

Right.

Exhibit 38

This transcript was exported on Dec 16, 2021 - view latest version here.

James Garretson (16:34):

And it's the only cat place down there that has the special exception from the county, so it's zoned for exotic animals.

Darleen Cervantes (16:44):

Well, let me know if you're going to put something together, what you want to do.

James Garretson (16:48):

Yeah, I'm thinking about it now. I'm just thinking how this trial, or this shit's going to fucking be. So there wasn't a lot of screaming and back and forth in court?

Darleen Cervantes (16:56):

No, it wasn't. It was really calm.

James Garretson (17:00):

How long were you up there? And hour?

Darleen Cervantes (17:03):

35 minutes.

James Garretson (17:04):

Oh, really? Got you. I got two days of it.

Darleen Cervantes (17:07):

Yeah, you're fucked. Oh, my God. So what are you going to do with these cubs in April? You don't know till these laws pass, huh?

James Garretson (17:16):

Well, no. I'm going to do some play times and stuff. If just got to figure out if I can do it in Florida or here. See, I don't really want to be here, because you've got that douche Lowe.

Darleen Cervantes (17:27):

Is he going to stay out or what? He's wanted already, what the fuck.

James Garretson (17:31):

Yeah, that's just a municipality ticket. I mean him and Stark are going to fuck the whole thing up.

Darleen Cervantes (17:37):

God damn Stark, man. He's a piece of shit too.

James Garretson (17:39):

Yeah, and him and Lowe? That's dumb and dumber. They're going to fuck this whole thing up too.

Exhibit 38

This transcript was exported on Dec 16, 2021 - view latest version here.

Darleen Cervantes ([17:46](#)):

Yeah, they're crazy.

James Garretson ([17:48](#)):

And they're saying they're fighting for everybody's rights. Shit, Stark's one of the reasons they're trying to pass this shit. Him and his baseballs bats.

Darleen Cervantes ([17:54](#)):

Yeah, him and his... I was just to say, him and his fucking baseball bat. Absolutely.

James Garretson ([17:58](#)):

Oh, man. So I don't know. So you think Joe, just hearing... You only heard part of it, though. You just went in, did your thing, and then left, right?

Darleen Cervantes ([18:05](#)):

Yeah. They don't let you sit in the courtroom and hear anything. That's what they had told me on the phone too, that I wouldn't get to hear anything. That I'd just go in and that's it.

James Garretson ([18:15](#)):

Yeah, I wonder who else testified today, you don't know?

Darleen Cervantes ([18:18](#)):

No. One of the doctors did, a veterinarian, and that was all I saw. Because they keep you all separate too.

James Garretson ([18:25](#)):

Yeah.

Darleen Cervantes ([18:25](#)):

And once they knew that I wasn't going to... Well, they said they were going to close off at three, they just brought me back here because there was no use sitting there. And then they called me. I had just put my phone down, and I hadn't change completely. I just changed the top half of my dress, and that's when they called me like, "Hey, what are you doing?" And I was like, "Sitting here, waiting for you to call," joking with him. And he's all, "Awesome. Can you get ready and be here?" I was like, "Absolutely, come get me.

James Garretson ([18:49](#)):

Is everybody in suits in there?

Darleen Cervantes ([18:50](#)):

Huh?

James Garretson ([18:51](#)):

Exhibit 38

This transcript was exported on Dec 16, 2021 - view latest version here.

Is everybody in suits?

Darleen Cervantes (18:52):

No. Uh-uh (negative). Well, the women, one lady was in a stretch thingy, and another lady, the doctor, was just in a business thing. I went in my Levis, a white shirt, and a vest, like a safari vest-

James Garretson (19:12):

Oh, okay. Gotcha.

Darleen Cervantes (19:13):

... kind of thing. And my cowboy boots. I mean, I am who I am. Fuck-

James Garretson (19:15):

Yeah. Yeah, I know. Yeah.

Darleen Cervantes (19:18):

Are you going in a suit?

James Garretson (19:19):

No. No, I don't even own a suit.

Darleen Cervantes (19:21):

That's good. [inaudible 00:19:24].

James Garretson (19:25):

I don't think I've worn a suit in fucking 20 years.

Darleen Cervantes (19:28):

Yeah, that's what I was like going to... My girlfriend was like, "Get a business suit," or whatever. She's back and forth with me because all the crazy.

James Garretson (19:35):

Yeah.

Darleen Cervantes (19:35):

So I'm like, "Look, you just make your decision over there. I'm going to do what I've got to do." I'm going to go back home to Illinois, just do a little couple jobs there. I got my transporter license, try to do some of that. You know?

James Garretson (19:46):

Yeah.

Darleen Cervantes (19:47):

Exhibit 38

This transcript was exported on Dec 16, 2021 - view latest version here.

In April, we'll see where you're at with a cub. If I can [crosstalk 00:19:50]-

James Garretson ([19:49](#)):

Yeah, I need to do something now, because I mean I have to transfer... I mean, we still have our USDA license and everything. It's at my store now. We had to transfer it there temporary. So, I've got some breeders that I need to move, so I mean, I've got to make decisions over the next couple fucking days. The day this Joe shit's over with and I'm done with that?

Darleen Cervantes ([20:09](#)):

Yeah.

James Garretson ([20:09](#)):

Then I'm going to start making moves and plans because-

Darleen Cervantes ([20:14](#)):

Well, let me know so I don't take a permanent job somewhere-

James Garretson ([20:16](#)):

Oh, I'll let you know. I mean, I should probably know something, I would think the end... As soon as I'm done with this Joe shit.

Darleen Cervantes ([20:22](#)):

All right.

James Garretson ([20:22](#)):

Just like Saturday. I was going to go out and figure some things out, and talk with some people. But then I had to go fucking get prepped.

Darleen Cervantes ([20:28](#)):

Yeah, you told me. Yeah.

James Garretson ([20:30](#)):

Spent all day there, getting fucking yelled at and shit. I'm like, "What the fuck?"

Darleen Cervantes ([20:35](#)):

Why are they doing all that anyway? Just so you're testimony's solid?

James Garretson ([20:40](#)):

Yeah, I mean just because the defense is trying to discredit everybody. Everybody's trying to say that it was set up, and this whole thing was staged. And it's not. Joe's wanted to kill Carole for fucking years.

Darleen Cervantes ([20:53](#)):

Right?

Exhibit 38

This transcript was exported on Dec 16, 2021 - view latest version here.

James Garretson (20:53):

You know? And I don't see how he's going to walk because he's on tape saying everything. Negotiating with an FBI guy, and he's testifying.

Darleen Cervantes (21:05):

Well, and that's like me coming all the way down here. I mean, I know that stuff that's out there. And don't get me wrong. I fucking believe it, because I know you guys, you know?

James Garretson (21:14):

Yeah.

Darleen Cervantes (21:15):

And I've seen him cause drama. So here's my thing. Me coming out here was like, "Yeah, I bought a bobcat. Yeah, we were in negotiations to buy a tiger." You know what I mean? So what else can I do? That's all I could say is what I knew. I was like if they put me on the stand? Then fuck, they want him. He's going to go.

James Garretson (21:35):

Yeah.

Darleen Cervantes (21:36):

And like you said, he should have just copped a plea then saved all this money. Because they even looked at me funny when they brought me on, and I told them, I said, "Listen." When the guy was like the avatar thing... and they probably should have prepped me for that, because yeah. What can I say to that? I don't know that it was... I can't prove it was Joe, you know?

James Garretson (21:54):

Yeah.

Darleen Cervantes (21:55):

But I've talked to him over the years well enough to know that that was Joe.

James Garretson (22:00):

Yeah, that's just fucking...

Darleen Cervantes (22:01):

Yep.

James Garretson (22:01):

It's a waste of money.

Darleen Cervantes (22:05):

Exhibit 38

This transcript was exported on Dec 16, 2021 - view latest version here.

Yeah. And to bring in my prior employment with fucking retarded Jen? Man, you're stupid. His attorney's stupid.

James Garretson (22:12):

Why is that even...

Darleen Cervantes (22:13):

Why was that even [crosstalk 00:22:17]-

James Garretson (22:17):

Yeah. Why was that even brought up? You're not on trial. He is.

Darleen Cervantes (22:20):

Yeah, where did I work before? Where did I work recently? With some fucktard. Really? That knows Joe too. Like that just made it worse, you know?

James Garretson (22:31):

Did the prosecution attorney help you at all? Or no, she just kind of-

Darleen Cervantes (22:35):

No, she just let it go. And then she asked me again... Hold on one second. I'm trying to clear my stupid phone. There it goes. Then she just asked me one more... Then she got back up and was like, "So you guys did agree on a price?" I said "Yes." Because it was like he tried to defended it by saying the avatar bullshit. And then I was like, "Well, here's the thing. It was talked about." I like, "Yes, it was." They didn't mention anything about employment. Who cares where I was employed? What does that have to do? I've worked security jobs. I've worked in forestry stuff. I've trained dogs, and I've worked as a private owner and had a zoo. Who cares?

James Garretson (23:18):

Yeah, so here's what they're going to do. The thing is is Joe's going to go on his little social media thing and start fucking bashing everybody too.

Darleen Cervantes (23:26):

Yes. He's going to actually make me more popular if the stupid fuck puts my name out there, because Jim's trying to say so in my subpoena. The minute he goes on there tonight, "Darleen Cervantes showed up in blah, blah, blah," he's going to make me look more popular, fucktard.

James Garretson (23:41):

Well, here's the deal. I know who controls his Facebook page.

Darleen Cervantes (23:44):

Yeah.

James Garretson (23:45):

Exhibit 38

This transcript was exported on Dec 16, 2021 - view latest version here.

She uses an alias. Her name's Ronnie Sands. Her real name's Tracy Shultz.

Darleen Cervantes ([23:48](#)):

Oh, I know Ronnie. I've met that fake bitch.

James Garretson ([23:51](#)):

You know her name's Tracy Shultz.

Darleen Cervantes ([23:54](#)):

Yep.

James Garretson ([23:54](#)):

Okay, so here's the deal. If Joe starts bashing us? We start going after Ronnie Sands, because she's the one posting everything on his Facebook page for him.

Darleen Cervantes ([24:05](#)):

I thought she disappeared?

James Garretson ([24:07](#)):

Fuck no. She's up Joe's ass.

Darleen Cervantes ([24:10](#)):

She's a fucking... Man, I met her in fucking Ohio.

James Garretson ([24:15](#)):

Yeah.

Darleen Cervantes ([24:15](#)):

She was a stuck-up bitch, and then she jumped my case when I was still helping him with the thing when he was running for president, right? So I questioned him because Michael Stapleton had me over to his house and started showing me all this shit about Jeff Lowe, and all this shit about Joe at a dinner, and I was like, "Oh, my God." So I went to Joe and I was like, "Tell me you're not embezzling money," because... and this is in a text. So I mean, if you really want to get technical? I went after Joe and was like, "Did you..." and then Ronnie Sand started writing me all this crazy shit back. And I'm all "Shut up." You know what I mean? I was like, "I don't need anything from you. Shut up."

James Garretson ([24:51](#)):

So anything that he's saying? She's writing it.

Darleen Cervantes ([24:55](#)):

Oh. I thought it was his man writing it.

James Garretson ([24:58](#)):

Exhibit 38

This transcript was exported on Dec 16, 2021 - view latest version here.

No. I don't think the man's in the picture anymore, to tell you the truth.

Darleen Cervantes (25:01):
Yeah, he's smart if he's not. I would have got away from that myself.

James Garretson (25:04):
You didn't see him there, did you?

Darleen Cervantes (25:06):
No, he wasn't there. And I know what he looks like, so no.

James Garretson (25:09):
He's a young, little kid.

Darleen Cervantes (25:11):
Yeah, he's a young, little kid, and he wasn't there.

James Garretson (25:13):
Yeah, I heard-

Darleen Cervantes (25:14):
I heard he was in Texas, hiding out.

James Garretson (25:16):
Yeah, I heard he's back at one of his family member's in Texas.

Darleen Cervantes (25:18):
That's where he needs to stay.

James Garretson (25:22):
So, that's kind of weird though. Wouldn't you be at your fucking husband's trial?

Darleen Cervantes (25:27):
Well, yeah. If I was married, you know what I mean? And they were married. But that is weird. I mean, my girlfriend wanted to leave me just because of drama. But we're not married. And she's only known me a couple weeks, so I was just like, "I'd just as soon you do leave until I get my shit together, and you don't put your kid in jeopardy hearing all this shit about Jen all the time."

James Garretson (25:48):
Yeah.

Darleen Cervantes (25:48):
I'm good with that, you know?

Exhibit 38

This transcript was exported on Dec 16, 2021 - view latest version here.

James Garretson (25:51):

You know what somebody told... Oh, I forgot who they told that to... but they said something that you were going back to Jen. Okay. I know, I know. I just laughed my ass off when they said that. So that's bullshit.

Darleen Cervantes (26:04):

No. No.

James Garretson (26:05):

So supposedly Nikki, or Nicole, or whatever is building a facility at her house.

Darleen Cervantes (26:11):

Oh, well here's the deal with Nicole. Did you see that thing about her raising money or whatever?

James Garretson (26:17):

Yeah.

Darleen Cervantes (26:19):

That is hilarious. You know what? When I get back home... I'm glad you told me that. I'll go straight to my licensing officer, and let her know not to pass that shit. Because she's tired of Jen and them anyway.

James Garretson (26:29):

Yeah, yeah. So supposedly Nicole is building a place over there. Her and Jen are building it together.

Darleen Cervantes (26:36):

That's cool. Let them.

James Garretson (26:38):

Yeah, I mean that's never going to happen anyway.

Darleen Cervantes (26:41):

Well, no. They don't have the money, and supposably Nicole has MS, but doesn't have a doctor's diagnosis.

James Garretson (26:49):

Really?

Darleen Cervantes (26:49):

Yep. Yeah, I asked, "Are you still living at her house?" Well you friended her, kind of.

James Garretson (26:52):

Yeah.

Exhibit 38

This transcript was exported on Dec 16, 2021 - view latest version here.

Darleen Cervantes (26:52):

You talked to her on the phone at least.

James Garretson (26:53):

Yeah.

Darleen Cervantes (26:53):

So here's me. She used to smoke pot, but would have a seizure. Check this out. A seizure, straight up smoking pot, but be able to stutter through, "Where's my pipe?" And be able to stutter through, "Where's Matt?" And always have a seizure sitting in her chair, or in her bed, getting to the tub.

James Garretson (27:13):

Really?

Darleen Cervantes (27:13):

Yeah. She never had a seizure at work, or at the other place. Nah, she had stuttering problems based on fucking I need attention. There's something going on I don't want to do.

James Garretson (27:24):

Really? And now she's-

Darleen Cervantes (27:25):

They're a bunch of potheads.

James Garretson (27:26):

And now she's all friendly with Jim like an idiot.

Darleen Cervantes (27:29):

Yep. Yep, yep.

James Garretson (27:30):

Two-faced people.

Darleen Cervantes (27:32):

They're probably all sleeping together too. Because they're those ways.

James Garretson (27:36):

Really?

Darleen Cervantes (27:36):

Well, Nicole, she wants one of those scissor wives, and Jen Garrett? You could tell she had a crush on me. Look on how much she's been up my ass.

Exhibit 38

This transcript was exported on Dec 16, 2021 - view latest version here.

James Garretson (27:46):

Oh, yeah. Jen's just fucking...

Darleen Cervantes (27:49):

She'd fuck anything.

James Garretson (27:50):

That bitch is fucking-

Darleen Cervantes (27:51):

For attention.

James Garretson (27:51):

... nuts.

Darleen Cervantes (27:53):

She is, dude.

James Garretson (27:54):

I've never seen somebody that crazy. I mean, I told-

Darleen Cervantes (27:57):

Dude, Nicole's [crosstalk 00:27:58].

James Garretson (27:58):

... all of my friends, when I had her on my Facebook page?

Darleen Cervantes (28:01):

Uh-huh (affirmative).

James Garretson (28:02):

I guess she screenshot all my friends, and she would send them like biographies of shit. And it was pretty much, "Oh, well James set up an innocent man, Joe." An innocent man. Joe's never been innocent about shit.

Darleen Cervantes (28:18):

And then she's with Lowe, so what fucking side is she on?

James Garretson (28:21):

And Lowe's dirtier than fucking Joe.

Darleen Cervantes (28:26):

Yep. Yep, yep, yep.

This transcript was exported on Dec 16, 2021 - view latest version here.

James Garretson ([28:26](#)):

So I mean, yeah, I don't understand the sides, and the changing of the sides and stuff. It's just all ridiculous.

Darleen Cervantes ([28:33](#)):

It's all in that momentary, when they got that high, what feels good.

James Garretson ([28:37](#)):

Yeah.

Darleen Cervantes ([28:37](#)):

They're feel good people, you know?

James Garretson ([28:39](#)):

So Joe looked pretty damn rough?

Darleen Cervantes ([28:41](#)):

He looked really rough, dude. And when I started to cry? He looked away, and he moved his chair and kind of grinned at me funny. So I was like, "You know what? You're a piece of shit." And made me mad. It actually probably made me a better witness against him.

James Garretson ([28:55](#)):

Yeah. How close does he sit towards you? Right there?

Darleen Cervantes ([29:01](#)):

The box is the state. You're right in front of the state and the jury, and then he's on the opposing side.

James Garretson ([29:07](#)):

Yeah. That's funny.

Darleen Cervantes ([29:10](#)):

Yeah, so you're looking right at him, you know what I mean? You're pretty much between him and them. I mean, the only thing I think that I kind of made it bad for me? I mean, I did the right thing. I did my service. I did the right thing, you know?

James Garretson ([29:24](#)):

Yeah, yeah.

Darleen Cervantes ([29:25](#)):

But the only thing, that when I cracked, my voice kind of... Like I'm disappointed in myself for that, and the fact that, yeah, I mean I could lie. I don't know that that was his avatar or not. It really was, but I can't prove that, so that would be like if I answered, "Yes, I know that was him"? I still think that would have made me a bad witness because-

Exhibit 38

This transcript was exported on Dec 16, 2021 - view latest version here.

James Garretson ([29:44](#)):

Yeah.

Darleen Cervantes ([29:45](#)):

... I can't hold that, you know?

James Garretson ([29:51](#)):

Jeez. Yeah, I figured the animal stuff would take at least three or four days, I would think. Because they were going to do the animal stuff first, and then the murder thing.

Darleen Cervantes ([29:56](#)):

Yeah, I didn't even know. I thought it was going to be the murder thing first, and then the animal stuff, but nope.

James Garretson ([30:02](#)):

Jeez. So, it's all animal shit right now? I don't know. Who knows? I might not even have to testify till next week.

Darleen Cervantes ([30:11](#)):

Yeah, you never know, they might stall. Well, they were trying to push it out today, and then when I left? They were taking a break, and then going to reconvene. So from what my understanding is, is a lot of people are here from all over the states because they're picking up a lot of people. Last night, I was their last pickup. Tomorrow morning, they're picking up five people too, taking them back on planes. So all of us, the way I see it? Is all of us from out of state are testifying first.

James Garretson ([30:37](#)):

Yeah.

Darleen Cervantes ([30:37](#)):

And then it's going to be everybody else, you know?

James Garretson ([30:40](#)):

Yeah, because I know Carole Baskin is before me.

Darleen Cervantes ([30:43](#)):

Yeah, so that probably won't be till the end of the week, dude. The way I see it, anyway.

James Garretson ([30:47](#)):

Yeah. And Carole Baskin, you know how that bitch can lie.

Darleen Cervantes ([30:52](#)):

Yeah, she has more problem... I like my freedom. I don't have her kind of money, so you know?

Exhibit 38

This transcript was exported on Dec 16, 2021 - view latest version here.

James Garretson ([30:58](#)):
Yeah, but she's such a good liar, man, she'll have the jury pretty much sold-

Darleen Cervantes ([31:05](#)):
Right.

James Garretson ([31:05](#)):
... before anybody else even gets up there.

Darleen Cervantes ([31:08](#)):
Right, absolutely.

James Garretson ([31:09](#)):
Because she'll get up there and cry, and do this shit, and do her whole little stage.

Darleen Cervantes ([31:16](#)):
Yeah, she's a professional liar, is what she is.

James Garretson ([31:18](#)):
Yeah, she's good at it, and she knows how to make money off of it. She'll turn this thing into a fucking book deal or something for her. She will. She will. She'll be in a movie or something. She'll make a lot of money off this, watch.

Darleen Cervantes ([31:30](#)):
Yep, she will.

James Garretson ([31:31](#)):
As in 4,000,000 not enough-

Darleen Cervantes ([31:33](#)):
How come we don't [crosstalk 00:31:34]?

James Garretson ([31:33](#)):
... a year. $4,000,000 a fucking year that shit hole she takes in.

Darleen Cervantes ([31:39](#)):
Well, and I've never been there, but I've heard so much shit about it, it's just crazy.

James Garretson ([31:47](#)):
I've been there three or four times.

Darleen Cervantes ([31:48](#)):
She's a piece of shit anyways.

Exhibit 38

This transcript was exported on Dec 16, 2021 - view latest version here.

James Garretson ([31:48](#)):

Yeah.

Darleen Cervantes ([31:48](#)):

Huh?

James Garretson ([31:48](#)):

I've been there three or four times.

Darleen Cervantes ([31:48](#)):

Have you?

James Garretson ([31:50](#)):

Yeah. It's a rusty old pile of shit, is what it is.

Darleen Cervantes ([31:53](#)):

Fucking [crosstalk 00:31:54].

James Garretson ([31:53](#)):

It's just you take a bunch of hog rings, and panels, and no poles, and it's rusted over a period of 20-something years. It's just a rusty hell hole. Looks like a junkyard.

Darleen Cervantes ([32:04](#)):

Well, that's what I've seen the pictures, and I wonder how the fuck, except for money, she's even there. You know? [crosstalk 00:32:10]-

James Garretson ([32:10](#)):

Nobody bothers her. The USDA gives her a pass.

Darleen Cervantes ([32:13](#)):

Right?

James Garretson ([32:15](#)):

And she gets $4,000,000 a year.

Darleen Cervantes ([32:18](#)):

That's crazy.

James Garretson ([32:18](#)):

That's why everybody else is trying to get gas money.

Darleen Cervantes ([32:21](#)):

Right? Exactly.

Exhibit 38

This transcript was exported on Dec 16, 2021 - view latest version here.

James Garretson (32:23):

Yep. It is. It's fucking ridiculous. Yeah, I'm sure Joe's going to have some fucking funny faces when I talk shit to him. That's going to be funny.

Darleen Cervantes (32:30):

Yeah, well it was funny that after I stuttered that, that he moved his chair and didn't even look at me after that. So, whatever.

James Garretson (32:37):

And how many attorneys? He had the two attorneys there with him?

Darleen Cervantes (32:41):

Yeah. There's the guy who cross examined me, and another attorney. So there's two. And then the public has got like wildlife guys there. I never met Matt, but I've seen him. They described him to me. And then obviously the attorney who examined me.

James Garretson (33:01):

Yeah.

Darleen Cervantes (33:02):

So, that was that. I mean, I was glad she asked me those same questions again. She was like, "Well, you guys did settle on a price?" I'm like, "Yeah, it's there." I mean, that's all I can say. I'm basing my testimony on fact, what they got off my phone.

James Garretson (33:15):

Yeah.

Darleen Cervantes (33:15):

That's all I have to say. Like if you wanted to ask me, "Do I think he's a nice guy?" They didn't ask me any opinions. They didn't bring any of the other shit. So I just wanted the fuck out.

James Garretson (33:24):

Yeah.

Darleen Cervantes (33:24):

Like get me home. Because again, I have somebody else watching my animals. I don't want to get home and find out I'm getting kicked out again, because one of my animals acted up or my roommates pissed.

James Garretson (33:36):

Or Jim moved in.

Darleen Cervantes (33:38):

Exhibit 38

This transcript was exported on Dec 16, 2021 - view latest version here.

Yeah, that's exactly what happened last time. I've still got to deal with my gun and all that crap when I get back. Because when I get back? I'm going to go to legal aid and be like, "Look, here's my situation." And see what they can do. And I am going to call the FBI. And I am going to call the fucking media. It's just I just wanted this part of my life to be over, and then I can go after Jen and her fucking drama.

James Garretson (34:03):
Damn.

Darleen Cervantes (34:05):
Or I might leave it alone? I don't know.

James Garretson (34:07):
So, by looking at Joe's appearance, how long do you think he'll hold up in jail before he croaks?

Darleen Cervantes (34:12):
Not long. I think he'll try to kill himself, honest.

James Garretson (34:17):
Yeah. I just thought he'd hear enough for today, and he'd be like, "Let me just take a plea."

Darleen Cervantes (34:23):
He should. He's got this smug attitude about it. Like what the fuck, dude?

James Garretson (34:29):
Because I don't think he has any witnesses for him.

Darleen Cervantes (34:35):
I mean, I still get him on my feed, for some fucking reason. I don't know why. I'm not friends with him, because he never did it, you know?

James Garretson (34:42):
Yeah.

Darleen Cervantes (34:44):
I didn't know that was Ronnie Sands, though. I think that's fucking hilarious.

James Garretson (34:47):
Yep, that [inaudible 00:34:49] bitch. And there's a reason she uses aliases too, though.

Darleen Cervantes (34:53):
Well, yeah. She's all tied up in all kind of drama. She'll be going to jail soon too.

James Garretson (34:58):

Exhibit 38

This transcript was exported on Dec 16, 2021 - view latest version here.

Yeah. All right. Well, have a good trip home, and then we'll be in touch.

Darleen Cervantes ([35:02](#)):

All right. Be good, sir.

James Garretson ([35:02](#)):

All right. All right. Bye.

Darleen Cervantes ([35:02](#)):

All right, bye-bye.

Exhibit 38