This transcript was exported on Dec 16, 2021 - view latest version here.

Paul Malagerio (00:14):
Hey, how's it going?

James Garretson (00:15):
Hey, when I was on the phone with you, I was talking to Darlene Cervantes.

Paul Malagerio (00:22):
Did you just say you were talking to Darlene Cervantes?

James Garretson (00:23):
Yeah, I called her. She just testified.

Paul Malagerio (00:28):
How'd that go?

James Garretson (00:30):
She said that Joe looks like death. He told her that there was like five or six people testifying today.

Paul Malagerio (00:50):
Yeah?

James Garretson (00:50):
He said there was about 25 people there.

Paul Malagerio (00:51):
[crosstalk 00:00:51]. You're a bit garbled. I didn't catch all that.

James Garretson (00:52):
Oh, she said-

Paul Malagerio (00:54):
I can hear you, but it's just a bit garbled.

James Garretson (00:54):
She said there was like 25 people there.

Paul Malagerio (00:58):
That's all?

James Garretson (00:58):
Yeah. And Jeff Johnson sent me just barely a text. I said, "Hey, did you make it there to court?" because I wanted to know how it went. He says, "I drove here-"

This transcript was exported on Dec 16, 2021 - view latest version here.

Paul Malagerio (01:03):
I, I-

James Garretson (01:06):
Did you hear me?

Paul Malagerio (01:07):
Yeah, I can't understand you. Sorry. [crosstalk 00:01:10].

James Garretson (01:09):
All right, how about now? Okay, hang on, hang on, hang on.

Paul Malagerio (01:10):
You said Jeff John-

James Garretson (01:10):
Hang on one second.

Paul Malagerio (01:10):
All right.

James Garretson (01:17):
Is this better?

Paul Malagerio (01:19):
Let's try.

James Garretson (01:20):
Okay. So Jeff Johnson texted me. He said he drove up there, never went in, stayed until 7:00 a.m. and left.

Paul Malagerio (01:27):
What the fuck is wrong with him?

James Garretson (01:30):
Yep.

Paul Malagerio (01:31):
Okay, so the truth is they wouldn't let him in. Right? Come on. [crosstalk 00:01:37].

James Garretson (01:37):
Well, he left before anybody got there probably. Here, let me read his text to you. Hang on.

3.25 (Completed  12/14/21)
Transcript by Rev.com

Exhibit 39

This transcript was exported on Dec 16, 2021 - view latest version here.

Paul Malagerio (01:43):
Why the fuck is he texting you?

James Garretson (01:45):
"I drove up there, paid for parking, sat in my truck for a couple of hours, came home at 7:00 this morning. I just don't care anymore."

Paul Malagerio (01:53):
Oh, what a fucking girl. Jeez, what a fucking... Man, we're going to shit on him big time. Oh, fucking asshole. Okay, so that doesn't make any sense unless he had to be home in time for his wife to go to work.

James Garretson (02:08):
Really.

Paul Malagerio (02:08):
You there?

James Garretson (02:12):
Yeah, I hear you.

Paul Malagerio (02:14):
Yeah.

James Garretson (02:15):
So I guess Doc Green was today too.

Paul Malagerio (02:19):
Oh, I would have loved to have heard that.

James Garretson (02:20):
Yeah, I don't know. That's just kind of crazy. But she said that they just... They tried drilling her, but they said Joe just sat over there and smirked at her and smiled.

Paul Malagerio (02:36):
Yeah, yeah. He's going to sit there like he's got a fucking get out of jail fee card.

James Garretson (02:40):
He might do that to me, and I might just jump across the fucking table and fucking backhand him one.

Paul Malagerio (02:43):
No, you won't need to do that. You're going to win anyway. You already won.

This transcript was exported on Dec 16, 2021 - view latest version here.

James Garretson (02:49):
Yeah.

Paul Malagerio (02:50):
He's been in jail for eight months. You already won.

James Garretson (02:52):
Yeah. So that's how that's going, I guess.

Paul Malagerio (03:00):
Okay, I just [inaudible 00:03:02] you. I pulled over and stopped for a little bit and I checked that, and there was... One lady posted something. She said, "Oh my, my," or something, and that was all, and everybody said, "What? What? What do you mean?"

James Garretson (03:10):
Really?

Paul Malagerio (03:16):
I don't know who she is, like a new member. But there's something going on.

James Garretson (03:20):
Oh, I don't know.

Paul Malagerio (03:20):
Any word on when you're going?

James Garretson (03:28):
No, I haven't heard anything.

Paul Malagerio (03:29):
Well, they went through a half a dozen people in one day. That's pretty quick.

James Garretson (03:36):
Yeah, I guess they went through a few people, I guess. I know Doc Green, I bet she was up there a while.

Paul Malagerio (03:42):
Hey, did Darlene tell you if Jenn Garrett was there?

James Garretson (03:46):
She wasn't.

Paul Malagerio (03:47):
Ah, couldn't get a ride.

3.25 (Completed 12/14/21)
Transcript by Rev.com

Page 4 of 8

Exhibit 39

This transcript was exported on Dec 16, 2021 - view latest version here.

James Garretson (03:49):

No, she wasn't there. They asked where Darlene... She said she was unemployed, and they asked who her last employer was, and she told them, "Jenn Garrett."

Paul Malagerio (04:00):

And she was still unemployed while working there.

James Garretson (04:10):

Yeah. Oh my god. I don't know. This is just ridiculous. The motherfucker ought to just take it by [inaudible 00:04:10] and plea it. Just fucking plea the shit and be done with it.

Paul Malagerio (04:16):

No, he can't. No, no, no. This is... He's a smart man. He knows he's going anyway. Just let them all jump through the fucking hoop. That's why he's laughing. He knows he's going.

James Garretson (04:27):

Yeah.

Paul Malagerio (04:27):

He's playing a part. And you know what? You see, he's got it set up so no matter what happens he's the victim. That's the beauty of Joe. I used to say to Gretchen, I'd go, "I wonder what his parents did to him to make him such a fucking idiot." What did they do to the kid? He was probably wearing the same outfit when he was 12 years old, only the guns were cap guns.

James Garretson (04:50):

I don't know. That's [inaudible 00:04:53]. Oh, Jeff Johnson also said that, "Yeah, 50 people on my page said they were going to court, and none of them showed up."

Paul Malagerio (05:02):

Ah, poor baby. Well, you didn't either, Jeff Johnson.

James Garretson (05:05):

Then I texted back and said, "So, you're leaving your page up?" He said, "Yeah, for a while." Way to fuck-

Paul Malagerio (05:14):

Oh, you replied to him?

James Garretson (05:15):

Yeah. I wanted to know because I figured he was going to be there talking shit that matters to somebody like he said he was going to do. He said he was going to get up there and tell them they're all fucking corrupt and shit.

Paul Malagerio (05:27):

This transcript was exported on Dec 16, 2021 - view latest version here.

Well, he's not allowed to get up there. He has to be called up there.

James Garretson (05:30):
Yeah, I know, but he thought he could just get up there and fuck with everybody.

Paul Malagerio (05:36):
What a fucking douchebag, fucking piece of shit.

James Garretson (05:39):
He's a faggot.

Paul Malagerio (05:41):
I should fuck his wife.

James Garretson (05:44):
Ew. You've seen her, right?

Paul Malagerio (05:46):
I didn't say I would enjoy it.

James Garretson (05:52):
Oh no. I wouldn't fuck her with fucking Mr. Water Buffalo's dick and Clarence pushing. That's a disgusting whore.

Paul Malagerio (05:59):
No, it's just I-

James Garretson (05:59):
So what are you doing? Taking a break?

Paul Malagerio (06:06):
No, I stopped at a rest stop. I was going to call you and say, "There's a lot of fucking immigrants in this country," and you would've said, "Yeah, and I'm talking to one."

James Garretson (06:14):
Jeez. Where did you make it to?

Paul Malagerio (06:19):
What's that?

James Garretson (06:19):
How far are you out? Are you out of Texas?

This transcript was exported on Dec 16, 2021 - view latest version here.

Paul Malagerio (06:19):
Yeah, I'm... Hot Springs, Arkansas.

James Garretson (06:19):
Oh, so you're doing good.

Paul Malagerio (06:30):
I was going to try to make it to Memphis, but I'm real tired. There was a traffic accident before leaving Texas, and I drove by just as the state trooper was putting a blue blanket over a body. Poor fuckers. There was a SUV that looked like it rolled about 50 times. I can just imagine the stuff hanging out of it. Somebody [inaudible 00:06:49] the lid down. There must have been 30 vehicles there, but no ambulances. [inaudible 00:06:51]. Oh, it was just fucking horrible seeing that. What a fucking job.

James Garretson (07:00):
Well, let me know how it goes. I'll let you know if I hear anything else.

Paul Malagerio (07:02):
Have you got access to the page? Is someone checking it for you besides me?

James Garretson (07:08):
No, I don't have a page. Just the people I know that are going.

Paul Malagerio (07:13):
[crosstalk 00:07:13].

James Garretson (07:13):
I might call that [Aaron Goode 00:07:13] later.

Paul Malagerio (07:15):
If Jenn Garrett's not in Oklahoma, she might be coming Virginia. That'll be interesting.

James Garretson (07:21):
I don't think she is. I don't know.

Paul Malagerio (07:23):
She hasn't got a car.

James Garretson (07:27):
Just bang her a couple times.

Paul Malagerio (07:30):
Yeah, really.

Case 5:18-cr-00227-SLP   Document 232-39   Filed 04/01/22   Page 8 of 8

This transcript was exported on Dec 16, 2021 - view latest version here.

James Garretson (07:31):

Just get a cheap room and fucking bang that smelly thing for a while. I bet that thing just smells horrible.

Paul Malagerio (07:37):

Yeah, I was posing with that fucking nigger at the [crosstalk 00:07:37]-

James Garretson (07:37):

I bet it smells like fucking... It probably smells like... Ugh, no telling. Ugh.

Paul Malagerio (07:49):

Well, look at her husband.

James Garretson (07:50):

Oh, he dumps in that thing.

Paul Malagerio (07:54):

All her teenage sons said that he hates it when his dad makes him shave his back.

James Garretson (07:58):

Oh, what a-

Paul Malagerio (08:01):

He makes his sons shave his back, and he's filthy. He's dirty because he wears the same shirt for a whole week while working and stuff. Fucking chewing tobacco stains on it. He's a fucking [inaudible 00:08:13] fucking dirtbag pig.

Paul Malagerio (08:17):

Anyways, I'll check in with you later.

James Garretson (08:19):

All right, I'll talk to you later, bro.

Paul Malagerio (08:20):

Okay.