This transcript was exported on Dec 16, 2021 - view latest version here.

Paul Malagerio (00:11):
Okay. That's just fucking creepy now, James.

James Garretson (00:15):
Why?

Paul Malagerio (00:17):
I was just pushing the phone to go to the phone thing to send you a message.

James Garretson (00:26):
I made you do it. Hey, I talked to somebody [crosstalk 00:00:28] that sat... I talked to somebody that sat through the trial today.

Paul Malagerio (00:31):
You talked to somebody that did what?

James Garretson (00:33):
That sat through the trial.

Paul Malagerio (00:35):
Oh, one of the reporters?

James Garretson (00:37):
Yeah, they said that the opening arguments ... The opening was like-

Paul Malagerio (00:48):
How much was it?

James Garretson (00:53):
It was devastating he said.

Paul Malagerio (00:56):
It was [inaudible 00:00:58], sorry. It was devastating.

James Garretson (00:59):
Devastating to Joe.

Paul Malagerio (01:02):
Oh, okay. K4 had Eric talking outside the court.

James Garretson (01:08):
Let me tell you about Eric. He showed up to court semi-drunk.

This transcript was exported on Dec 16, 2021 - view latest version here.

Paul Malagerio (01:14):

I would've guessed that.

James Garretson (01:15):

The prosecutors, everybody smelled vodka on his breath.

Paul Malagerio (01:20):

Can you blame a guy?

James Garretson (01:20):

No, after this was all over... When they went to take a break, he told me that the judge sent the jury out and told Joe due to overwhelming prosecution, you can still take a plea deal.

Paul Malagerio (01:49):

The judge removed the jury and told [inaudible 00:01:53] to take the plea deal.

James Garretson (01:54):

Yes.

Paul Malagerio (01:56):

Wow. That barely... That fucking never happens, does it?

James Garretson (02:00):

Doc Green testified for Joe today. Then she broke down crying.

Paul Malagerio (02:08):

Well, the prosecution should have shit on her.

James Garretson (02:12):

I don't if they dug that much. He said it was devastating to Joe. He was like that the opening argument, he said it was just fucking devastating. They just said everything that he did about his fake music. Basically took a big turd on him.

Paul Malagerio (02:37):

Did he cry or look sad or was he smirking?

James Garretson (02:41):

I asked the guy and the guy is Eric Goode. I told him, I wouldn't say that I talked to him because he's whatever. He told me that he don't think Joe's going to make it very long in prison because he looks so bad. He's wearing a suit, but it looks like a jumpsuit, it's so big on him.

Paul Malagerio (03:05):

So he's... I figured he would've been gaining the weight because he is he's off the dope.

This transcript was exported on Dec 16, 2021 - view latest version here.

James Garretson (03:09):

Nah, he said he's a fucking thin, thin, thin. He sits there and mean buzz and smirks to people.

Paul Malagerio (03:20):

Yeah, he knows he's going.

James Garretson (03:21):

He said the open arguments were just fucking... Just beat him to shreds.

Paul Malagerio (03:31):

Well, do you trust Eric good?

James Garretson (03:35):

No, I don't trust anybody. He's definitely not going to tell me it was just disastrous.

Paul Malagerio (03:44):

Was he trying to make you feel sorry for Joe?

James Garretson (03:49):

Not really, but guess who was in the audience?

Paul Malagerio (03:54):

Who?

James Garretson (03:55):

Carole Baskin and Howard.

Paul Malagerio (03:59):

Well, hold on, they're testifying. They're not supposed to sitting there.

James Garretson (04:04):

Exactly. They were sitting in the very back row and he said that Carole's there because she's a victim in this. That she can be in the courtroom.

Paul Malagerio (04:13):

What do you think?

James Garretson (04:17):

I don't think if one shouldn't, the other shouldn't. Either you're going to meet your... I don't agree with it. So I don't know. I don't know.

Paul Malagerio (04:36):

Did you watch the interviews on the internet?

This transcript was exported on Dec 16, 2021 - view latest version here.

James Garretson (04:40):

I didn't.

Paul Malagerio (04:42):

It was only Aaron talking. Then Jeff Johnson on his page. Jeff Johnson, I fucking hate him more every day. He's likes shitting on Eric. Well, Eric didn't do anything. You know more about anybody else. What the fuck do you expect Eric to do? The guy never had a phone when I was there. Who was he going to call anyways? He don't really talk back to Joe.

James Garretson (05:08):

Yeah. I don't know, man. Jeff Johnson though. He's-

Paul Malagerio (05:12):

He's a fucking retard.

James Garretson (05:15):

Jeff Johnson claims he's going to out everybody that testified against Joe. I'm like, you are just a kook.

Paul Malagerio (05:24):

I got to pick what time I can shit on him on his page because he'll delete it soon as he sees it.

James Garretson (05:30):

Well, I go up Wednesday morning at nine o'clock.

Paul Malagerio (05:37):

Are you going Tuesday night or going to go early?

James Garretson (05:39):

I'm going to tomorrow night. When I'm the first-

Paul Malagerio (05:45):

We both got court Wednesday.

James Garretson (05:48):

I'm the first one up. I'm sure I'm going to go the full day because there's so much videos and tape. They said I was pretty... He said it was pretty disastrous. It didn't look good for Joe. This is just day one. You got to think, dude, there's 14 more fucking days.

Paul Malagerio (06:06):

Didn't Darlene tell you that he was sparking at her?

James Garretson (06:09):

This transcript was exported on Dec 16, 2021 - view latest version here.

Yes and he turned his chair. For a while there, he was just making little moves in the court and he turned his chair to the side so he didn't have to look at her face. Basically all Darlene testified for is that Joe was selling her cubs. She had texts back and forth of prices and all this other stuff. You know what Joe's defense attorneys... You know how they responded to that?

Paul Malagerio (06:43):
No.

James Garretson (06:43):
Well, how do you know it was Joe? It could have been an avatar or somebody else.

Paul Malagerio (06:48):
It could have been what?

James Garretson (06:50):
How do they know they were talking to Joe?

Paul Malagerio (06:56):
In a text message?

James Garretson (06:58):
Darlene and Joe were texting back prices and stuff. His defense lawyer said, "Well, the avatar could have been somebody else. Maybe it wasn't Joe talking to you." That's the defense.

Paul Malagerio (07:11):
Well, it's the phone number of the message came from [crosstalk 00:07:14]

James Garretson (07:15):
Exactly. So they just...

Paul Malagerio (07:15):
That's fucking juvenile.

James Garretson (07:21):
I don't think they're going to fucking be able to do too much for him. But yeah, it's kind of funny the judge sent the jury out and asked if he wanted to take the plea.

Paul Malagerio (07:34):
That's unbelievable really. What was his answer obviously, did he stand up and say no?

James Garretson (07:41):
I guess he refused to take it. I don't know.

This transcript was exported on Dec 16, 2021 - view latest version here.

Paul Malagerio (07:49):

The judge suggests you plea, which was basically doing him a favor. Does this mean, what if he's convicted, is the judge going to be lenient or is he going to give them the maximum?

James Garretson (08:03):

You got to think the Lacey Act carry maximums. Pretty much all them charges carry maximums or minimums.

Paul Malagerio (08:10):

Two or five-

James Garretson (08:10):

Not maximum, minimums.

Paul Malagerio (08:13):

Two or five?

James Garretson (08:14):

Five years on the Lacey's.

Paul Malagerio (08:15):

I think it's one of those is five and there every one after that is five more.

James Garretson (08:21):

Yeah. So-

Paul Malagerio (08:24):

But hold on, can they be served concurrently?

James Garretson (08:27):

That's up for the judge there. He's got 21 counts and two murder for hires.

Paul Malagerio (08:36):

The murder for hires will be... Just for shits and giggles, say that they don't exist, but they do. Just the wildlife trafficking charges, if he gets one conviction on that and if the judge really is lenient and puts them all in so he has to serve five years, he'll also heap on so many restrictions he'll never be allowed to have a fucking guppy.

James Garretson (09:01):

Yeah.

Paul Malagerio (09:04):

This transcript was exported on Dec 16, 2021 - view latest version here.

That will be the punishment. That will be a good move on the judge's part. If he ever sees daylight, he'll never be allowed to have an animal. Ever for any reason-

James Garretson (09:16):

I'm surprised that his lawyers haven't had another detention hearing, to try to get him free on bail. I just can't believe that. Of all the things happened and all like that.

Paul Malagerio (09:30):

Why would they do that? They already got shot down.

James Garretson (09:33):

You'd always appeal it and stuff. There's just a lot of-

Paul Malagerio (09:39):

All those charges, two murder for hire, what's the dollar amount and where's he going to get it? Joe doesn't have it. The monkey's not going to cough it up.

James Garretson (09:50):

I understand.

Paul Malagerio (09:50):

It'd be a waste of time. Even if it's 50 grand and need 10% of it, what's he going to do? Go Fund Me and go without mayonnaise?

James Garretson (10:00):

[crosstalk 00:10:00] I asked him how bad he looked and he said, "He looks horrible. Long shaggy hair..." That's just crazy.

Paul Malagerio (10:10):

That doesn't that contradict what Darlene said about him sitting there smirking at her? Like he was laughing? That's the impression I got.

James Garretson (10:18):

No Darlene said he looked horrible too. He was smirking and doing little things at her. He had turned his chair to the sideways to look at her.

Paul Malagerio (10:32):

God, the jury has already convicted him because of this fucking attitude, which is just so wrong. He's putting himself in fucking jail. You know how you don't sit cross armed, you sit with your arms at the table and everything. You're being judged on everything you do and say, and he's just fucking it up because he's so fucking arrogant. The reason he looks like what he looks like now is because he doesn't have his makeup. He hasn't had any cosmetic surgery since fucking August. He doesn't have all this stuff on his face. He used to have eyeliner on his eyes, you knew that, right?

This transcript was exported on Dec 16, 2021 - view latest version here.

James Garretson (11:09):

Those are tattooed. The eyeliner's tattooed.

Paul Malagerio (11:14):

It's tattooed eyeliner. He doesn't have the stuff to put on to hide the wrinkles. He's bare minimum. He's got no moisturizer, all the stuff he needs to look 10 years younger. Now he looks his age.

James Garretson (11:26):

[inaudible 00:11:26] 50. Yeah, he's 56.

Paul Malagerio (11:32):

55.

James Garretson (11:34):

55. Even if he gets 15 years, he's still going to be 70 fucking years when he comes out.

Paul Malagerio (11:44):

He's not coming out. I don't think he's ever coming out.

James Garretson (11:48):

I don't know either. The husband... I asked specifically, Darlene, I asked her, "Where's the husband at?" Oh, nobody saw him.

Paul Malagerio (12:03):

He didn't even show up?

James Garretson (12:11):

No.

Paul Malagerio (12:11):

We're heteros. We can't relate to being locked up and our husband doesn't show up. Oh my God, you're going to write a country western song about that one.

James Garretson (12:28):

His parents probably didn't even show up.

Paul Malagerio (12:32):

His parents can't show up. His dad wouldn't know where he was and his mom has just been shit on so bad. She's had enough. She doesn't want to watch this. She knows way too much about... She's sitting on that bench crying and Joe's kneeling in front of her yelling. I remember distinctly that day, Eric and I walking up and I go, "Who's the old lady?" He goes, "Oh, that's Joe's mom. He's trying to get money out of her." He's kneeling down and he's got his hands up and he's yelling at her. She's crying with the blue

This transcript was exported on Dec 16, 2021 - view latest version here.

hair and the nice bouffant. Her hair was always up nice. That's sick. That's fucking cruel. Why would she go?

James Garretson (13:05):

I thought they were super tight and all this shit.

Paul Malagerio (13:11):

No, he has raped everything off his parents. Their retirement fund, their house, everything that they had. They were pretty well off on the property they sold. He fucking took it all. I'm disappointed his brothers and sisters didn't rally around and at least kicked the fucking shit out of him.

James Garretson (13:29):

Can you believe that Jeff Johnson didn't even go to court? All that shit, didn't even go in the fucking courtroom.

Paul Malagerio (13:41):

Read through it. You were told that the prosecutor talked to the US Marshalls and she said they weren't going to allow him in court. Let me ask this question, Jeff Johnson gets there at 2:00 AM for some strange sick fucking reason, probably drugs. At seven o'clock tells you, he goes home, which makes no sense whatsoever. Why didn't he go on the court steps and at least go in to see who's there? It's another two hours and then go home. He doesn't just sit there all day. Do you believe that or do you believe that when he tried to get in, they refused him entry, but he doesn't want anybody to know that?

James Garretson (14:18):

No. I think Jeff Johnson showed up and he thought about it and he knows he's an idiot. He knows he is a fucking idiot.

Paul Malagerio (14:29):

He's still an idiot. He's posting stuff on there that [inaudible 00:14:33]

James Garretson (14:32):

I don't...

Paul Malagerio (14:34):

He's shitting on the witnesses.

James Garretson (14:46):

He is a motherfucking shit bag.

Paul Malagerio (14:49):

Roger, he's a turncoat. He kept... How did Joe sway him over? Because Matt him off, because you him off?

James Garretson (15:00):

This transcript was exported on Dec 16, 2021 - view latest version here.

Yeah, because [crosstalk 00:15:02]

James Garretson (15:01):

Because Matt and us wouldn't answer his calls. I answered his calls, but there're times I wouldn't. He thinks I'm withholding information.

Paul Malagerio (15:13):

Why would it be his fucking business? That doesn't make any sense. [crosstalk 00:15:19] Unless him and Joe did have a relationship and now he's... I'll make sure I make a comment about that when I shit on him. Have you talked to Jacqueline or Grady?

James Garretson (15:36):

No, I haven't yet. I haven't.

Paul Malagerio (15:40):

Her dad died a while ago.

James Garretson (15:43):

I know all that. She just got back to Doug's three or four days ago. I'm going to try [crosstalk 00:15:50] first thing in the morning.

Paul Malagerio (15:52):

I was looking at her Facebook page and it'll have nine comments, I only count eight. It'll have five, I only count four. So I wonder who's... If it's Timmy, probably not Gretchen that's going to be commenting on her page. Are they still friends?

James Garretson (16:10):

I don't think so. Let me see.

Paul Malagerio (16:13):

She still has Timmy's picture up there and a comment about how nice he was or something because he was...

James Garretson (16:20):

I don't see Timmy's page.

Paul Malagerio (16:24):

I looked through it yesterday on Jason Weis' phone because she was friends with Gretchen. I see-

James Garretson (16:29):

March 23rd, filming a hungry camel today.

Paul Malagerio (16:35):

Exhibit 40

This transcript was exported on Dec 16, 2021 - view latest version here.

I'm scrolling down Gretchen's page and there's two of these flamingos pecking at her head. I looked at her face and I said, "Debbie, look at her eyes." She says, "What is that?" I go, "Drugs." She was fucking stoned. Had dark circles under her eyes. She looked like fucking shit. That's not the same girl I fucking met. She looked fucking haggard. It was just... I couldn't believe it. I was Holy fuck. I saw Timmy. Timmy's page and he's got all this camera equipment and sitting behind the wheel of a pickup truck and an ostrich out the window. I'm going, okay, I'm going to go by the house and see what vehicles are there. I think, they bought a pickup truck. Well, I paid for that. The camera equipment... This was something attached to a wall. It was an expensive piece of equipment. Because of that fucking production company, which he does nothing with. He doesn't have money to pay for that. They didn't have no money for that. Do I tell my lawyer that? They spent it on camera equipment. What's that going to do? Does it matter?

James Garretson (17:49):
Just do what she says and then go from there. I'm looking at his page now. I've seen all that fancy camera shit. I see the one of Gretchen right now, the video with the bird.

Paul Malagerio (18:02):
Look at her house. They didn't block you?

James Garretson (18:09):
I'm not blocked. I'm looking right at his page. Oh my gosh, she looks awful.

Paul Malagerio (18:21):
I can show you pictures of her. Like naked shots. I got naked pictures of her too. She looks 10 years older than that.

James Garretson (18:32):
Damn.

Paul Malagerio (18:33):
She's only 35.

James Garretson (18:36):
She ain't aging good that's for sure.

Paul Malagerio (18:42):
She's probably still taking that fucking Adderall.

Paul Malagerio (18:45):
She used to be hooked on migraine medication and when they refused to give it to her, she had a serious problem for a while. It caused a lot of shit in her life, but she finally got off it. Some people can't take pills for a long time. They just... Fucks up their lives.

James Garretson (19:05):

This transcript was exported on Dec 16, 2021 - view latest version here.

She don't have me blocked either.

Paul Malagerio ([19:09](19:09)):
So- [crosstalk 00:19:11]

James Garretson ([19:11](19:11)):
They must unblocked me.

Paul Malagerio ([19:14](19:14)):
Because they're snooping.

James Garretson ([19:16](19:16)):
They're snooping because I was unblocked. I mean I was blocked. I couldn't see either one of them now I'm looking at all of them.

Paul Malagerio ([19:24](19:24)):
Huh?

James Garretson ([19:25](19:25)):
She looks pretty rough.

Paul Malagerio ([19:30](19:30)):
Yeah. Let's hope she's got herself an ulcer and she feels like shit. She's got... She has to answer to a contempt charge. Contempt of court, contempt. That's serious. My buddy, who was in the legal thing, he says, "Well, contempt doesn't have a sentence. A judge can find you in contempt of court and they can lock you up. He'll keep you there as long as he feels necessary."

Paul Malagerio ([20:03](20:03)):
Give me a second. Let me see who this is. I'll call you right back.

Exhibit 40