This transcript was exported on Dec 16, 2021 - view latest version here.

James Garretson (00:00):
What's up?

Paul Malagerio (00:00):
Okay. Tell me when you can hear me.

James Garretson (00:06):
I hear you.

Paul Malagerio (00:08):
Okay. Someone will send me the screenshot, hopefully. A neighbor of the G.W. on the north side made a comment earlier, "Well, well, well." And then everybody said, "Who are you, and what are you referring to?" And she says, "The illegal dump. They have the property directly north of the zoo. They've been dumping carcasses."

James Garretson (00:27):
Uh-huh (affirmative).

Paul Malagerio (00:28):
And she just posted that she asked them again to clean it up, and an employee named Will told them that they would clean it up.

James Garretson (00:40):
Really?

Paul Malagerio (00:43):
Yes. Talley.

James Garretson (00:45):
So he's down there.

Paul Malagerio (00:46):
Yep. Get the fucker.

James Garretson (00:48):
Geez.

Paul Malagerio (00:51):
Oh, man.

James Garretson (00:51):
I'll get him. I'll get him tonight.

This transcript was exported on Dec 16, 2021 - view latest version here.

Paul Malagerio (00:55):

Fuck, yeah.

James Garretson (00:56):

So he's living in those trailers, right?

Paul Malagerio (00:59):

That's the only place to live, yep. Fucker's there. We knew it. We knew the fucker was there. We haven't got anybody to go look though.

James Garretson (01:07):

All right. Uh...

Paul Malagerio (01:08):

Okay, today is... Yeah, Tuesday night is their night off, so they'll be more drunk and stoned by 10 o'clock, 11 o'clock. Wednesday morning, they're off. Unless they've changed the schedule. That's the old rules. I don't know what they do now. So Jeff Lowe gets immunity from harboring a fugitive and a wanted man like nobody cares, right?

James Garretson (01:30):

Oh yeah. Yeah. I'm sure.

Paul Malagerio (01:31):

Yeah.

James Garretson (01:31):

Hey, let me see. Hold on. Sorry. Man, I don't know if I can get a hold of his probation officer. No, it's late. I won't be able to get a hold of her until tomorrow.

Paul Malagerio (01:49):

You're doing all the work for them.

James Garretson (01:54):

That's it. So they were dumping where?

Paul Malagerio (01:58):

The lady that posted owns the property directly north of the zoo, so that's go up the driveway, turn right towards Paul Valley. And they've been dumping carcasses there for quite a while, and she thinks they're contaminating the vegetation and probably the water, and she's asked them repeatedly. She put the comment down that an employee named Will said they'd clean it up. Well, yeah. Will will get right on that, won't he?

James Garretson (02:24):

This transcript was exported on Dec 16, 2021 - view latest version here.

Oh, yeah. That sucker's never cleaned nothing in his life. I'm trying to think how... [inaudible 00:02:34]

Paul Malagerio (02:35):

Rhodes. Call Rhodes. Leave a message with Rhodes. Say just William Talley has warrants out for his arrest, and he's working back at G.W. Fuck the bounty hunter. Who cares?

James Garretson (02:47):

Give me one minute. Let me make a call real quick. I'll call you right back.

Paul Malagerio (02:49):

All right.

Exhibit 41