This transcript was exported on Dec 14, 2021 - view latest version here.

Jeff Johnson ([00:00](#)):

Hey.

James Garretson ([00:05](#)):

Hey, what's up?

Jeff Johnson ([00:08](#)):

How did you receive this from him?

James Garretson ([00:11](#)):

Are you sitting down?

Jeff Johnson ([00:13](#)):

Yeah.

James Garretson ([00:14](#)):

Email.

Jeff Johnson ([00:14](#)):

He emailed it to you?

James Garretson ([00:16](#)):

Yeah, but he's been asking me to respond to say I go it, and I haven't. I haven't even opened the email yet.

Jeff Johnson ([00:25](#)):

Okay. You're misreading something or something. I've just been told by a very reliable source, jury selection is on the the 12th and the trial starts [inaudible 00:00:33].

James Garretson ([00:36](#)):

No. I talked to the US attorney yesterday.

Jeff Johnson ([00:42](#)):

Well, this was just... It's been a couple of days. There was a press release by the federal government.

James Garretson ([00:51](#)):

Really?

Jeff Johnson ([00:52](#)):

Jury selection starts on the 12th, the trial starts on the [inaudible 00:00:56].

James Garretson ([00:58](#)):

Oh yeah. But they wanted me on there the ninth, and-

This transcript was exported on Dec 14, 2021 - view latest version here.

Jeff Johnson (01:02):

[inaudible 00:01:02].

James Garretson (01:03):

... they were going to... Because I was supposed to go to Florida Sunday, and they were going to fly me from... I had to talk to the travel department, because the government was going to fly me from Florida. I was like if you all want me coming the ninth, you're going to have to pay for my ticket, because it's Spring Break down there, and it's-

Jeff Johnson (01:19):

[inaudible 00:01:19].

James Garretson (01:19):

Yeah.

Jeff Johnson (01:20):

[inaudible 00:01:20] that even.

James Garretson (01:24):

Hold on. Well they can't really tell if I open it, can they?

Jeff Johnson (01:29):

Yeah.

James Garretson (01:30):

Okay. Hang on. Gmail. They wanted me there the 9th. [inaudible 00:01:43]. All right, let's say. Man, I hate Gmail, you get so much fucking trash.

Jeff Johnson (02:16):

Yeah, I've got a Gmail account that I don't even... I think I use it for one of my fake Facebook accounts, but as far as opening Gmail, I haven't opened it in I don't know how many years. I'm sure there's 12 million emails, junk emails.

James Garretson (02:36):

"Attached is a subpoena for you to testify during the trial of Joe Maldonado scheduled for the 12th through the 26th. At this time we have no idea who may be called to testify. I assume you'll be the 13th." Then I'm going to open the subpoena.

Jeff Johnson (02:53):

So it still says 12th to 26th?

James Garretson (02:57):

I'm opening the subpoena now. Hang on, here we go.

This transcript was exported on Dec 14, 2021 - view latest version here.

Jeff Johnson (03:00):

This is not making any sense.

James Garretson (03:00):

"James Garretson, wherever found."

Jeff Johnson (03:00):

Or not.

James Garretson (03:00):

"March 12th 2019, 9:00 AM."

Jeff Johnson (03:00):

When?

James Garretson (03:00):

March 12th.

Jeff Johnson (03:00):

March 12th. You better call somebody.

James Garretson (03:00):

I talked to the US attorney yesterday.

Jeff Johnson (03:00):

It doesn't make sense.

James Garretson (03:00):

Because they were trying to get me to come in the 9th, because they want to do the... Whatever the deal is.

Jeff Johnson (03:41):

Some say that-

James Garretson (03:41):

It's been so long since I went in.

Jeff Johnson (03:50):

Something is not adding up.

James Garretson (04:05):

Where did you see that at?

Exhibit 70

This transcript was exported on Dec 14, 2021 - view latest version here.

Jeff Johnson (04:05):

I heard it from someone that is very involved with this. Very involved.

James Garretson (04:13):

They can't be as involved as I am, because I was there talking to them yesterday.

Jeff Johnson (04:13):

This is a lawyer that got the press release, the information, on the 27th. So what, a couple of days ago.

James Garretson (04:27):

Yeah, I got that subpoena yesterday.

Jeff Johnson (04:31):

That doesn't make any sense, does it?

James Garretson (04:31):

No.

Jeff Johnson (04:33):

I was also told that [inaudible 00:04:35]-

James Garretson (04:34):

Huh?

Jeff Johnson (04:37):

I was also told pretty much that you're screwed.

James Garretson (04:39):

Why?

Jeff Johnson (04:41):

If you've got a subpoena, and if you don't show up [inaudible 00:04:45], if you do show up, and they have any indication that you are not telling the truth, or telling what you know, it can be filed as an obstruction, and you're [inaudible 00:05:03], and there will be a warrant issued for your arrest. That's what I was told.

James Garretson (05:08):

On a witness?

Jeff Johnson (05:09):

Yes. That's what a lawyer told me.

James Garretson (05:17):

Exhibit 70

This transcript was exported on Dec 14, 2021 - view latest version here.

Really?

Jeff Johnson (05:17):

If you show up and they think you're... Well, you're under oath.

James Garretson (05:21):

Yeah, but if I pled the fifth, that's my constitutional fucking right.

Jeff Johnson (05:24):

I would think so, that... I don't see how they could... "You're not telling the truth." "No, I'm not telling nothing."

James Garretson (05:32):

Yeah, I mean that's my constitutional right to invoke the fifth, so...

Jeff Johnson (05:37):

Yeah, that's why I responded exactly the way you just did with... That doesn't add up.

James Garretson (05:42):

I just wish they'd just give him the deal he wants. He's made a couple of offers, give him the deal-

Jeff Johnson (05:51):

Has he?

James Garretson (05:51):

Yeah, give him the deal, and go after fucking Lowe.

Jeff Johnson (05:57):

I've also said before that Lowe is screwed. Right now, what I did the other night is going to prove to be worthwhile.

James Garretson (06:10):

What do you mean?

Jeff Johnson (06:11):

All the information, all the screenshots, all the conversations that I had with the Elmore City school district. It is all going to the media, and-

James Garretson (06:23):

Good.

Jeff Johnson (06:24):

[crosstalk 00:06:24].

This transcript was exported on Dec 14, 2021 - view latest version here.

James Garretson (06:27):

He's so fucked-

Jeff Johnson (06:28):

Elmore City just got fucked.

James Garretson (06:30):

He's so fucking cocky. I mean the son-of-a-bitch thinks he can do whatever the hell he wants to do.

Jeff Johnson (06:35):

Well, the problem is, is people back him.

James Garretson (06:38):

Yeah.

Jeff Johnson (06:39):

Elmore City, and that's what I was just told. I told them that they told me, and I've got it screen-shotted that they researched it. Their response was their research was asking Jeff Lowe.

James Garretson (06:54):

Yeah.

Jeff Johnson (06:55):

They didn't research it, because when I sent them the links to prove what I was saying, they deleted it all.

James Garretson (07:02):

Really?

Jeff Johnson (07:02):

So now they have already been contacted. There is already a press release being handled, and it is going to the news. Elmore City School just got fucked in the ass.

James Garretson (07:16):

I bet Mark Thomson had something to do with him setting all that up.

Jeff Johnson (07:23):

And I just sent a pretty fine email to Sheriff Rhodes.

James Garretson (07:28):

Oh, did you? I thought he was the one all after Lowe, that he was talking all this shit.

Jeff Johnson (07:33):

This transcript was exported on Dec 14, 2021 - view latest version here.

Supposedly.

James Garretson (07:34):
Yeah, because everybody-

Jeff Johnson (07:36):
Jeff Lowe posted earlier today that they had a ball, and it was so nice to be able to be set up next to Sheriff Rose, that he had over an hour to have conversations about JJ and PM.

James Garretson (07:56):
Oh, really?

Jeff Johnson (08:05):
Me and Paul, and that he told Sheriff Rhodes about the no-show meeting at Pauls Valley Walmart, that Sheriff Rhodes, had Sheriff Rhodes as to say, "Yes, we were aware of that situation, and we're just waiting for the call to come into the station Saturday afternoon. We knew he wouldn't show up." So I screen-shotted that and emailed it to Sheriff Rhodes's email address, and said, "I need to know if this conversation did in fact happen." I sent the screenshot, and have insisted on a response.

James Garretson (08:39):
Yeah, wasn't Rhodes talking a lot of shit, like he was going to arrest Lowe, and all this stuff?

Jeff Johnson (08:44):
Yup.

James Garretson (08:44):
I don't think he has any balls either, because he could never even arrest Joe.

Jeff Johnson (08:50):
No.

James Garretson (08:53):
Jeez. Yeah, but no, I mean I'm telling you, I talked to Amanda Green yesterday, and she told me it is the 12th, they don't have enough time to postpone it. It is happening the 12th unless he takes the plea.

Jeff Johnson (09:11):
[inaudible 00:09:11].

James Garretson (09:11):
And I should what?

Jeff Johnson (09:12):
What did you say [inaudible 00:09:15].

This transcript was exported on Dec 14, 2021 - view latest version here.

James Garretson (09:15):
Oh, Amanda Green told me that the trial is the 12th, and it's not going to be changed, because there's not enough notice, and unless he pleas. But he-

Jeff Johnson (09:29):
[inaudible 00:09:29].

James Garretson (09:29):
But he can plea the day of the trial.

Jeff Johnson (09:32):
He can [inaudible 00:09:32] accept the plea, but [inaudible 00:09:38].

James Garretson (09:32):
So you don't think he'll plea it?

Jeff Johnson (09:55):
Like I said, [inaudible 00:09:55].

James Garretson (09:55):
Yeah.

Jeff Johnson (10:06):
[inaudible 00:10:06] is going to change that.

James Garretson (10:06):
No.

Jeff Johnson (10:12):
[inaudible 00:10:12] help him.

James Garretson (10:12):
Yeah.

Jeff Johnson (10:14):
[inaudible 00:10:14] to make Dillon's car payment. I think, at this point, Joe has already been instructed, everything you know, everything you can prove, does not affect the outcome of your trial.

James Garretson (10:38):
Oh, yeah.

Jeff Johnson (10:39):

This transcript was exported on Dec 14, 2021 - view latest version here.

It may cause another trial, or another arrest, or another indictment on other people, but it doesn't change the facts of your trial.

James Garretson (10:50):

Exactly.

Jeff Johnson (10:51):

His lawyers have told him that.

James Garretson (10:53):

Yeah.

Jeff Johnson (10:54):

So I think he plans on pleading, but he won't announce that right now, because that would... That's an admission of guilt, basically. The minute he accepts to plea, who's going to make the Mustang payment?

James Garretson (11:11):

That's crazy, like that little kid can't work, he's a 22-year-old fucking kid.

Jeff Johnson (11:15):

Exactly. With a silver spoon in his mouth, hasn't worked a day in his life.

James Garretson (11:22):

A cock in his mouth, maybe.

Jeff Johnson (11:29):

A silver [inaudible 00:11:30]. He's born with a silver cock ring in his mouth.

James Garretson (11:30):

He's sucking Joe Maldonado's dick, what a sick little fucking faggot.

Jeff Johnson (11:35):

Oh, god. That's what I told him, was even if there was a gay bone in my body, the last dick I would ever touch in my mouth would be Joe's dick.

James Garretson (11:47):

Yeah. That's a nasty motherfucker.

Jeff Johnson (11:51):

I mean that's definitely desperate to get something. I mean that's sugar-momma type of stuff.

James Garretson (11:59):

Yeah.

Exhibit 70

This transcript was exported on Dec 14, 2021 - view latest version here.

Jeff Johnson (12:01):

That's what people like, like Jeff Lowe, it wouldn't surprise me if he's [inaudible 00:12:05] got some nasty old wrinkled up pussy.

James Garretson (12:10):

I just fucking ate, dude, you're about to make me puke. Fucking disgusting.

Jeff Johnson (12:17):

You'll never un-see that, will you?

James Garretson (12:20):

I feel so bad for that lady.

Jeff Johnson (12:23):

That was something else I just had a pretty lengthy conversation about [inaudible 00:12:26] we're talking to and [inaudible 00:12:28]. They tried to reach out to her-

James Garretson (12:32):

Really?

Jeff Johnson (12:33):

... and warn her, [inaudible 00:12:33] fax anything, she never responded.

James Garretson (12:35):

Throw him off that fucking land, and get the hell away from that situation.

Jeff Johnson (12:41):

She is going to be the most fucked person out of all of this.

James Garretson (12:47):

She is.

Jeff Johnson (12:50):

There are thousands of employees [inaudible 00:12:50] fucked out of hundreds, maybe a few thousand dollars. She is going to be the only person involved in this that got fucked out of seven figures.

James Garretson (13:01):

Jeez.

Jeff Johnson (13:03):

By the time it's all said and done, it's going to be over million. So I mean she's the ultimate score for the Jeff, Joe-

Exhibit 70

This transcript was exported on Dec 14, 2021 - view latest version here.

James Garretson ([13:13](https://)):

Tim Stark.

Jeff Johnson ([13:14](https://)):

... Tim, Doc Antle fuck fest. She's the biggest looser.

James Garretson ([13:19](https://)):

Man.

Jeff Johnson ([13:19](https://)):

And it's sad, it's sad. The most intelligent conversation I heard going into this was by Tom Porter that said, "Is there any way that we could get in touch with Cheryl Scott's family?"

James Garretson ([13:37](https://)):

Yeah.

Jeff Johnson ([13:37](https://)):

Does she have kids? Does she have grandkids?

James Garretson ([13:42](https://)):

You know what I could do tonight, here's what I'll do, I'll go to that... I'll do a public data search on her, and pay for the full spectrum, and get all her kids and stuff names.

Jeff Johnson ([13:54](https://)):

I mean, because there's family that they'd never know. I mean when Joe was pulling this shit, you couldn't reach out to Gary or Pam or Tamara, they didn't care. They'd had enough, you couldn't reach out to them.

James Garretson ([14:08](https://)):

Yeah, how's his parents doing?

Jeff Johnson ([14:10](https://)):

They had already forsaken their parents.

James Garretson ([14:15](https://)):

How are the parents doing, Shirley and them?

Jeff Johnson ([14:17](https://)):

I don't have no idea, I don't hear anything about them from anybody.

James Garretson ([14:21](https://)):

Fuck. Those are-

Exhibit 70

This transcript was exported on Dec 14, 2021 - view latest version here.

Jeff Johnson ([14:24](#)):

The last I heard, they were basically knocking on [inaudible 00:14:28] door and getting separate nursing facilities.

James Garretson ([14:30](#)):

Well, you know that just shows Joe and Jeff preying on elderly women.

Jeff Johnson ([14:36](#)):

Yeah. Yeah.

James Garretson ([14:37](#)):

Cheryl Scott, that was just going to fucking lose, man.

Jeff Johnson ([14:40](#)):

She's going to be pigs list. She's not going to get fucked out of 10 grand, she's going to get fucked out of over a million. It's going to be a lengthy fucking... That piece of property, Jackie tried to sell that piece of property for over two years to no avail.

James Garretson ([14:56](#)):

Yeah, that's a-

Jeff Johnson ([14:57](#)):

She could not, she was desperate to sell that property, couldn't get rid of it.

James Garretson ([15:01](#)):

It's a shit location. It's a shitty piece of property if you look at it.

Jeff Johnson ([15:05](#)):

It's a beautiful piece of property.

James Garretson ([15:06](#)):

Oh no, I drove all over that motherfucker.

Jeff Johnson ([15:09](#)):

Really?

James Garretson ([15:10](#)):

Oh yeah, yeah, I drove all over that son-of-a-bitch.

Jeff Johnson ([15:12](#)):

I was told by Margaret, the next-door-neighbor, that her exact words were, "It is park-like."

James Garretson ([15:18](#)):

Exhibit 70

This transcript was exported on Dec 14, 2021 - view latest version here.

Yeah, I mean it's all treed, but the thing is it's a bad location for a zoo because a lot of that land is unused-

Jeff Johnson (15:25):
[crosstalk 00:15:25] location.

James Garretson (15:25):
Yeah.

Jeff Johnson (15:25):
A bad location, absolutely.

James Garretson (15:27):
Yeah, location is horrible.

Jeff Johnson (15:28):
It's a beautiful piece of property that Jeff Lowe's going to go in and rape it.

James Garretson (15:32):
Yeah.

Jeff Johnson (15:33):
He's going to cut down all the trees, he's going to build a bunch of nasty cages. He's going to bring in a bunch of nasty old buildings. He's going to rape it.

James Garretson (15:41):
Yeah.

Jeff Johnson (15:41):
Then he's going to get either arrested, go broke, or get shot in the fucking face.

James Garretson (15:47):
Yeah, but he's a millionaire.

Jeff Johnson (15:50):
[crosstalk 00:15:50]-

James Garretson (15:51):
I know, I know, I know, but that proves everything that everybody's been saying.

Jeff Johnson (15:54):
Where is he getting money for the daily operations of GW?

This transcript was exported on Dec 14, 2021 - view latest version here.

James Garretson (15:54):

Because he's selling cubs.

Jeff Johnson (15:54):

I think you're right.

James Garretson (15:54):

Oh, I know he is. He's in that click with Mario Tabraue and all them fuckers.

Jeff Johnson (16:10):

Who?

James Garretson (16:10):

Mario down at Zoological Imports, the guy down in Miami, Mario Tabraue.

Jeff Johnson (16:16):

Okay.

James Garretson (16:18):

He's a Doc Antle offspring, and he's in that group, and he's shipping tigers to Tiger Haven, and supposedly she's visited the parks several times. I have somebody that I know that knows her. So I guess because Jeff Lowe is trying to put all of his animals there at one time. So that'd be another-

Jeff Johnson (16:41):

So he's still illegally selling cubs?

James Garretson (16:44):

Yeah, I'm sure.

Jeff Johnson (16:46):

But how come they're not busting him? I don't get it.

James Garretson (16:50):

That's the million dollar question. How they let him buy jaguars across the fucking state lines. Jaguars.

Jeff Johnson (16:56):

They've got a kid, a kid, in California who's facing charges.

James Garretson (17:02):

Yeah.

Jeff Johnson (17:04):

And it's already been well documented that they met at a flea market.

Exhibit 70

This transcript was exported on Dec 14, 2021 - view latest version here.

James Garretson ([17:05](#)):

Yeah.

Jeff Johnson ([17:09](#)):

Jeff was driving one car, this kid driving another. They made an exchange in a California flea market parking lot. Well, that's a USDA violation right there.

James Garretson ([17:20](#)):

Yeah, and they will not arrest him.

Jeff Johnson ([17:21](#)):

So why was he not arrested?

James Garretson ([17:22](#)):

Exactly.

Jeff Johnson ([17:23](#)):

They know damn well that that kid that's getting ready, I forget when his trial starts, it may have already, you can't tell me that kid isn't prepared to sing like a flock of canaries.

James Garretson ([17:35](#)):

Yeah, well the whole thing is that everybody's giving Jeff Lowe a pass.

Jeff Johnson ([17:41](#)):

I know.

James Garretson ([17:41](#)):

You know, I don't know. But yeah, I mean the court, unless it changed today, that fucking court's the 12th.

Jeff Johnson ([17:53](#)):

I do not understand.

James Garretson ([17:55](#)):

I don't know what he's reading, or whatever, but I got the subpoena yesterday.

Jeff Johnson ([18:02](#)):

That's what I said.

James Garretson ([18:03](#)):

You didn't hear about me getting the subpoena either, okay? I haven't-

Jeff Johnson ([18:07](#)):

Exhibit 70

This transcript was exported on Dec 14, 2021 - view latest version here.

No, I already [inaudible 00:18:10] that?

James Garretson (18:10):

I haven't seen it.

Jeff Johnson (18:11):

But the person I'm talking about [inaudible 00:18:13] fuck, I don't [inaudible 00:18:16] a few days. I spent the last hour on the phone with Brittany Peet

James Garretson (18:19):

Oh, okay. Fucking cunt.

Jeff Johnson (18:20):

Why do you hate her?

James Garretson (18:24):

Because she's doing nothing to fucking protect animals.

Jeff Johnson (18:26):

Oh yes she is.

James Garretson (18:30):

They're fucking extremists, they're taking it to another level.

Jeff Johnson (18:34):

But if they can get the results we want, power to them.

James Garretson (18:38):

But what are they going to do to Jeff Lowe? Nothing. They've been after Jeff Lowe for how many years? They've been after Joe for how many years? Carole's been after Joe for how many years?

Jeff Johnson (18:49):

Yeah.

James Garretson (18:50):

Spending money on lawyers is not going to fucking do anything to fucking Lowe.

Jeff Johnson (18:52):

That's the problem is if this animal charges, and you know this, just [inaudible 00:18:59] you can go out... Where are you at?

James Garretson (19:02):

Where am I at?

Exhibit 70

This transcript was exported on Dec 14, 2021 - view latest version here.

Jeff Johnson (19:02):
Pauls Valley?

James Garretson (19:04):
Pauls Valley?

Jeff Johnson (19:06):
Where are you?

James Garretson (19:06):
I'm at my store in Ardmore.

Jeff Johnson (19:07):
You're in Ardmore, okay.

James Garretson (19:07):
Yeah.

Jeff Johnson (19:07):
You could go out in the street right now, find a stray dog, tie a rope around its neck, tie it to the back of your car, and drag it down main street and videotape the whole thing, take it to the news, and let the news bring in the cops. You'd get a slap on the wrist, you'd get a fine. But if you do that every day for the next two years, you'll go to prison.

James Garretson (19:32):
Yeah, what's-

Jeff Johnson (19:36):
I think that's the problem, is when it comes to animal charges, our judicial system is too soft.

James Garretson (19:43):
Yeah.

Jeff Johnson (19:44):
They talk a big game, but it has to be, it has to get to the point where there's public unrest.

James Garretson (19:51):
Yeah, no I got you.

Jeff Johnson (19:51):
Where it's one [inaudible 00:19:51].

James Garretson (19:51):

Exhibit 70

This transcript was exported on Dec 14, 2021 - view latest version here.

Yeah.

Jeff Johnson (19:51):

I think that's what has been happening is they know damn well if Joe fucks up and they try to arrest him, it'll be a slap on the wrist. But if they can wait 20 mother-fucking years, and then arrest him for 5,000 charges, they can make [inaudible 00:20:14] in prison. I think that's where Jeff Lowe's at, is Jeff Lowe right now is where Joe Schreibvogel was at two years ago.

James Garretson (20:23):

I see what you're saying, yeah.

Jeff Johnson (20:27):

As much as I hate to say that, is it probably means that if Jeff Lowe continues on the path he's on, he's finally going to get fucked in a couple of years.

James Garretson (20:38):

Yeah.

Jeff Johnson (20:38):

That is disheartening.

James Garretson (20:38):

But look at a couple of years, how many animals are going to be fucking left to get killed.

Jeff Johnson (20:42):

Exactly.

James Garretson (20:42):

Exactly.

Jeff Johnson (20:43):

Exactly. How many animals did Joe fuck over-

James Garretson (20:47):

Hundreds and hundreds and hundreds.

Jeff Johnson (20:48):

Until he finally got ready.

James Garretson (20:50):

Hundreds.

Jeff Johnson (20:52):

Exhibit 70

This transcript was exported on Dec 14, 2021 - view latest version here.

If not thousands.

James Garretson (20:53):

You've got to think is if, I wouldn't have went wired to fucking Joe's bullshit, Joe would still be out on the street, because they didn't even have enough to get him on fucking wildlife violations. The only reason they got him on wildlife violations is because they brought Finlay in, and he verified all the animals that he moved all over the place. But-

Jeff Johnson (21:13):

Well, they have the animal charges, although [inaudible 00:21:17]-

James Garretson (21:17):

No.

Jeff Johnson (21:17):

No, you're right. No, you're right, you're right.

James Garretson (21:19):

They don't have, if Finlay didn't show up, and I didn't show up, they'd probably just dismiss everything because the thing is, is Finlay was the one that received the money, but it's hearsay. So I mean they're going to tear Finlay apart on the stand too, because you know, he's an ex-lover, ex-husband, you know? He's not going to be able to fucking handle the pressure of the defense, I don't think. You know?

Jeff Johnson (21:46):

I agree. I saw him at Garvin County Courthouse on a VPO trial.

James Garretson (21:52):

Oh, did you?

Jeff Johnson (21:52):

I was sitting in the gallery, watching Joe on one side, John Finlay on the other, judge in the front, and all of us in the back.

James Garretson (22:01):

Really?

Jeff Johnson (22:03):

By all of us, I mean on our side there was, oh my god, Amber and Gary and Erik, and there was 20 or 30 people, and then there was John Finlay. You know? I watched Joe pull the Joe Show, and I watched the judge... The judge was actually nice to John, but then he freaked.

James Garretson (22:35):

Really?

Exhibit 70

This transcript was exported on Dec 14, 2021 - view latest version here.

Jeff Johnson (22:37):

Just pretty much, okay? So if this is what's happening, why are you filing a VPO?

James Garretson (22:44):

Mm-hmm (affirmative).

Jeff Johnson (22:46):

And John, John's response was laid his head on the table and cried like a little girl for 10 minutes.

James Garretson (22:54):

Oh my god, yeah.

Jeff Johnson (22:55):

I mean sobbed, bawled. Boo-hoo-hoo-hoo.

James Garretson (23:01):

Jeez.

Jeff Johnson (23:02):

Yeah, what do you think a defense attorney's going to do to John Finlay?

James Garretson (23:06):

Oh god, yes. See, that's why I don't even want to show up to this fucking thing. It's going to be just like a Jerry Springer Show.

Jeff Johnson (23:11):

It is [crosstalk 00:23:12].

James Garretson (23:12):

Joe's going to be over-talking his attorney. He's going to be talking over his attorney. Joe's-

Jeff Johnson (23:18):

He's going to be found in contempt every time.

James Garretson (23:19):

Yeah. Joe is smarter than everybody. So Joe's going to be like, "Well ask him this. Ask him that. Ask him this. Ask him that." You know?

Jeff Johnson (23:29):

Like I said, that's the way he handled that VPO hearing, and the judged allowed it all.

James Garretson (23:32):

What?

Exhibit 70

This transcript was exported on Dec 14, 2021 - view latest version here.

Jeff Johnson ([23:34](#)):

No, the judge just sit there and let Joe go off on his [inaudible 00:23:37] for an hour.

James Garretson ([23:38](#)):

Oh shit.

Jeff Johnson ([23:39](#)):

A federal judge is going to drop his hammer and go, "Bailiff, remove him." And find him in contempt. He's going to go right back to jail, and get a fine, and another charge in contempt of court.

James Garretson ([23:52](#)):

Damn.

Jeff Johnson ([23:52](#)):

Then Joe won't be in the courtroom the rest of the day.

James Garretson ([23:54](#)):

Yeah, I mean I honestly feel-

Jeff Johnson ([23:57](#)):

The next day it's going to take Joe a little longer to do the same thing. I think the first day Joe will be removed from the courtroom, found in contempt within the first 15 minutes.

James Garretson ([24:09](#)):

Yeah, because you know he's been getting in trouble in jail, from what I heard too.

Jeff Johnson ([24:13](#)):

Yeah, I think you told me that. The second day, it'll probably take him a half-hour. The third day he may not be found in contempt for the first hour. But as long as the trial goes on, I believe Joe will be found in contempt, at some point, every day.

James Garretson ([24:30](#)):

Yeah. I just think he'll plea, because I mean what do you think, 80 years, or do 10? 80 or 10?

Jeff Johnson ([24:36](#)):

Exactly.

James Garretson ([24:37](#)):

You know...

Jeff Johnson ([24:40](#)):

I'm not going to roll the dice.

Exhibit 70

This transcript was exported on Dec 14, 2021 - view latest version here.

James Garretson ([24:41](#)):

I just think-

Jeff Johnson ([24:41](#)):

I'm sorry, even if I know for a fact that I am an innocent motherfucker, and I think I completely [inaudible 00:24:49]. I am prepared to roll the dice to tune of 70 years.

James Garretson ([24:53](#)):

No.

Jeff Johnson ([24:53](#)):

I can do 10 or 80. I'm gambling with 70 years of my life.

James Garretson ([25:01](#)):

I wish we could get somebody that talks-

Jeff Johnson ([25:04](#)):

[crosstalk 00:25:04] live to be 126, so I don't even have 70 years to gamble with.

James Garretson ([25:08](#)):

Do you talk to that Ronnie Sands anymore?

Jeff Johnson ([25:10](#)):

No.

James Garretson ([25:11](#)):

Oh, okay.

Jeff Johnson ([25:11](#)):

She [inaudible 00:25:12].

James Garretson ([25:12](#)):

Oh, okay. Because I guess she talks to Joe all the time.

Jeff Johnson ([25:17](#)):

I've heard she does, that whole group-

James Garretson ([25:23](#)):

Well, she-

Jeff Johnson ([25:25](#)):

... the day Joe got arrested, not heard of [inaudible 00:25:27].

This transcript was exported on Dec 14, 2021 - view latest version here.

James Garretson ([25:28](#)):

Oh, really?

Jeff Johnson ([25:30](#)):

Oh yeah, they had a bunch of followers, and boy they had the facts, and it was all bullshit, and they were supporting Joe. Then the cuffs and the click-

James Garretson ([25:43](#)):

And the group disappeared?

Jeff Johnson ([25:45](#)):

It disappeared and has not been heard from since.

James Garretson ([25:46](#)):

Damn.

Jeff Johnson ([25:46](#)):

That was a funny day.

James Garretson ([25:52](#)):

That's crazy.

Jeff Johnson ([25:53](#)):

[crosstalk 00:25:53] because I knew it was coming through talking to you and Matt. So I tried kind of warning Joe and you know, you're going to be... I told a lot of people, "You're going to be really embarrassed." They were there, I ain't going to be embarrassed, I know the [inaudible 00:26:09] I'm going to tell you. I had to tell Rex [inaudible 00:26:15], and I can't tell you why.

James Garretson ([26:15](#)):

Rex [inaudible 00:26:16].

Jeff Johnson ([26:16](#)):

I won't tell you why.

James Garretson ([26:19](#)):

She's a stupid bitch, boy it just fucking drives me crazy.

Jeff Johnson ([26:22](#)):

She's absolutely covered, when [inaudible 00:26:24].

James Garretson ([26:23](#)):

Yeah.

Exhibit 70

This transcript was exported on Dec 14, 2021 - view latest version here.

Jeff Johnson (26:30):

At first she and her buddy Angela, [inaudible 00:26:30] I removed her from my group, I've blocked her, I've told her to fuck off. But once I finally hired her out, and that's what I had to do, was I jumped on her saying, "If you find out stuff about somebody, and you know who, then [inaudible 00:26:49] coming out that can help, let me know." I knew that, [inaudible 00:26:52] tell me what's going on. Well, when I tell you, I finally told her, I said, "When I tell you that I can't repeat anything, I'm not kidding." I told her at one point, "When I say I can't repeat it, I mean I can't repeat it, or I'll go to jail."

James Garretson (27:12):

Yeah. It'd be funny... I wanted to send her the tape of-

Jeff Johnson (27:16):

[crosstalk 00:27:16].

James Garretson (27:16):

I wanted to send her the tape of Joe asking me to burn her house down.

Jeff Johnson (27:24):

[inaudible 00:27:24].

James Garretson (27:24):

That'd be funny.

Jeff Johnson (27:25):

Yup, she needs to hear that.

James Garretson (27:30):

Yeah.

Jeff Johnson (27:31):

She knows it, but she would love to hear it.

James Garretson (27:31):

Yeah, that'd be kind of funny.

Jeff Johnson (27:31):

She still thinks that it's hearsay.

James Garretson (27:34):

Oh, really?

Jeff Johnson (27:34):

Yeah.

This transcript was exported on Dec 14, 2021 - view latest version here.

James Garretson (27:38):

I don't know, I just think he's going to plead it, man. I don't see him fucking doing it.

Jeff Johnson (27:41):

He's not going to gamble 70 years. He knows, on a good day, he ain't got 30 years left.

James Garretson (27:48):

Yeah, I mean and the fact is, nobody can ever confirm that he has Aids or doesn't have Aids.

Jeff Johnson (27:55):

Right.

James Garretson (27:55):

If he has Aids he has to be on retrovirals and stuff, and they don't do that in jail, do they?

Jeff Johnson (27:59):

Yes.

James Garretson (28:00):

Oh, they do?

Jeff Johnson (28:01):

That was one of my things. I had to do a lot of research on that, and I did find out that federal law requires, even in county jails, if you go into jail on a medically proven treatment [inaudible 00:28:19] the jail system, whatever it may be, county, state, federal, it's required by law to continue [inaudible 00:28:26].

James Garretson (28:25):

Oh really, okay.

Jeff Johnson (28:28):

All the way down to if he has a... If he was getting those IVs, that they will be required to do that for him.

James Garretson (28:40):

Really? I bet he's getting a lot of penis in there, he's probably happy.

Jeff Johnson (28:44):

Yeah, I would think so. You know, he can't get enough mayonnaise, but I'm sure he's getting enough mayonnaise.

James Garretson (28:48):

Well, there's probably not enough young enough boys in there. They're probably a little too old for him.

Exhibit 70

This transcript was exported on Dec 14, 2021 - view latest version here.

Jeff Johnson (28:55):
I don't know. Federal prison is probably... He'd probably have more fun in county.

James Garretson (29:01):
Yeah.

Jeff Johnson (29:01):
That's where he's at now.

James Garretson (29:03):
Grady County still?

Jeff Johnson (29:04):
But he's on the third floor, that's what I was told. The third floor of Grady County.

James Garretson (29:12):
Oh, is it federal?

Jeff Johnson (29:13):
[inaudible 00:29:13].

James Garretson (29:13):
Oh, okay.

Jeff Johnson (29:15):
So what he shares with is mostly federal inmates.

James Garretson (29:19):
You ought to go and visit him one day.

Jeff Johnson (29:22):
He wouldn't even accept me, at the risk of people thinking [inaudible 00:29:25]. I tried, and I got an email back from the court system saying, "Your request to be in contact via email with Joseph Maldonado was denied."

James Garretson (29:37):
Gee. You know, that little-

Jeff Johnson (29:42):
I went, "Well fuck me."

James Garretson (29:44):
Where's that little Dillon girl living at, is he in-

Exhibit 70

This transcript was exported on Dec 14, 2021 - view latest version here.

Jeff Johnson (29:46):

I don't know. I thought he was still in Florida.

James Garretson (29:51):

I wonder if he's still getting money, if Joe's still getting money to give him, or he's already tapped out.

Jeff Johnson (29:57):

That's what I hear. That what Joe... Joe's blaming it on commissary and woe is me, but the truth of the matter is that he actually admitted it at one point, was that he had to take care of [inaudible 00:30:08], he was afraid that if he didn't take care of him, in other words, make his car payment and give him some walking around money, that Dillon would leave him.

James Garretson (30:17):

That's real low, isn't it?

Jeff Johnson (30:20):

I mean that's basically what he said.

James Garretson (30:24):

Damn.

Jeff Johnson (30:24):

At the same time, Jeff Lowe tells me that Joe used to complain about Dillon, call him a bitch.

James Garretson (30:32):

He's complained to me about him.

Jeff Johnson (30:33):

Yeah, the only fag he ever fucked was Dillon.

James Garretson (30:35):

Yeah, that's what he told me. Yeah, he actually... He said he cries too much, and he loves drama.

Jeff Johnson (30:42):

Yup. He never actually fucked a fag, he's always fucked guys that he convinced to-

James Garretson (30:51):

How did he talk Finlay into having fucking black guys fuck him in the ass?

Jeff Johnson (30:59):

I don't get it. Finlay told me flat out himself, you know, all that happened out there the guy was fucked up on dope.

Exhibit 70

This transcript was exported on Dec 14, 2021 - view latest version here.

James Garretson ([31:06](#)):

Oh, really?

Jeff Johnson ([31:06](#)):

Dude, for five years of my life I did an eight ball a day.

James Garretson ([31:06](#)):

Damn.

Jeff Johnson ([31:06](#)):

I lived on methamphetamines.

James Garretson ([31:12](#)):

Damn. That much?

Jeff Johnson ([31:14](#)):

I did so much dope that I would ever let anybody put their cock in my butt.

James Garretson ([31:20](#)):

Damn, how much of a habit is that? How expensive of a habit is that?

Jeff Johnson ([31:24](#)):

A lot.

James Garretson ([31:25](#)):

Damn. I didn't know you did drugs.

Jeff Johnson ([31:29](#)):

I was trying to save a family business. I couldn't afford health. I didn't want to shut it down, the only way I could keep it going was to work [inaudible 00:31:39]. I didn't do it because I liked it though, I hated the stuff.

James Garretson ([31:41](#)):

Hey, welcome to my world, but I can't do any drugs.

Jeff Johnson ([31:45](#)):

I had done a little bit of it in the past, you know, a couple of times a year, just to [inaudible 00:31:51] do a [inaudible 00:31:55]. I knew about it. I knew people that still did it. So whenever I started, I began to... I'd even work late so I could buy... You know how [inaudible 00:32:03] work a couple of days, and get caught up, I might go buy a gram.

James Garretson ([32:13](#)):

Damn.

Exhibit 70

This transcript was exported on Dec 14, 2021 - view latest version here.

Jeff Johnson ([32:13](#)):

Then I got to where I actually met a cook that was selling eight balls for 75 bucks.

James Garretson ([32:25](#)):

Really?

Jeff Johnson ([32:27](#)):

I mean I could take an eight ball, and [inaudible 00:32:27] for 75 bucks, I had one buddy who'd give me a hundred bucks a gram, so I'd sell him a gram. So I'd have $25 profit, and two and a half grams of meth.

James Garretson ([32:38](#)):

You know, I've smoked one joint in my life.

Jeff Johnson ([32:41](#)):

Weed, I've smoked maybe four or five times in my life.

James Garretson ([32:45](#)):

I've never smoked a cigarette or nothing.

Jeff Johnson ([32:47](#)):

Really?

James Garretson ([32:48](#)):

But I love fucking drinking.

Jeff Johnson ([32:50](#)):

I smoked a pack a day for 40 years. My wife got pregnant [inaudible 00:32:55].

James Garretson ([32:55](#)):

I think I'm going to fixing to get me a drink, me a pint of fucking Crown tonight.

Jeff Johnson ([33:02](#)):

Oh god, [inaudible 00:33:04] right now, brother.

James Garretson ([33:05](#)):

My miserable life. I got to go sit at my bar in Fort Worth, and drink my Coors Light and my Vegas Bomb.

Jeff Johnson ([33:13](#)):

What is a Vegas Bomb?

James Garretson ([33:14](#)):

A Vegas Bomb is Crown and peach Schnapps and Red Bull.

Exhibit 70

This transcript was exported on Dec 14, 2021 - view latest version here.

Jeff Johnson ([33:19](#)):

Okay.

James Garretson ([33:21](#)):

But they get you fucked up, man.

Jeff Johnson ([33:23](#)):

Yeah, but they taste yummy.

James Garretson ([33:26](#)):

Oh, they just taste like Red Bull, and you just take the little shot glass, Crown and peach Schnapps, more Crown than peach Schnapps, and then just drop it in a shot glass of Red Bull. The other night-

Jeff Johnson ([33:39](#)):

After 10 or 12 beers and half a dozen of them, you don't really remember anything.

James Garretson ([33:45](#)):

The other night, I don't know, it was like Saturday, because I went through the whole divorce shit, and all that other shit. So I fucking couldn't find my car the next day.

Jeff Johnson ([33:55](#)):

Fuck. That's bad.

James Garretson ([33:59](#)):

Until somebody came and drove up in it.

Jeff Johnson ([34:00](#)):

No shit?

James Garretson ([34:02](#)):

Yeah, then like, "Don't you remember me bringing-"

Jeff Johnson ([34:04](#)):

Somebody pulled up in your car?

James Garretson ([34:06](#)):

Yeah, and they were like, "Don't you remember me bringing you home?" I was like, "Who are you?" "Oh, I met you at the Wind Star." "Oh, really?" Some older lady.

Jeff Johnson ([34:15](#)):

Really?

James Garretson ([34:16](#)):

Exhibit 70

This transcript was exported on Dec 14, 2021 - view latest version here.

Yeah, brought my car back. All I remember was, because I drink at a place, Boomer Jack's in Fort Worth.

Jeff Johnson ([34:21](#)):
In Fort Worth?

James Garretson ([34:23](#)):
Yeah, I always go to Fort Worth. I can't handle Oklahoma, the people depress me.

Jeff Johnson ([34:26](#)):
Right. Texas is a [inaudible 00:34:29].

James Garretson ([34:29](#)):
Yeah, I know, [inaudible 00:34:31]. So I just go there and get drunk, but I ended up fucking at the Wind Star in-

Jeff Johnson ([34:38](#)):
[inaudible 00:34:38] enough to know to give her name at least.

James Garretson ([34:46](#)):
God.

Jeff Johnson ([34:47](#)):
But you didn't even [inaudible 00:34:47].

James Garretson ([34:47](#)):
Then all the way down my car, it's still right there, I got puke all the way down the fucking windows of my car.

Jeff Johnson ([34:54](#)):
Oh god, yeah.

James Garretson ([34:54](#)):
I don't give a fuck. You know, when you miss your child and shit, and all this other stuff, you start fucking drinking, and it just does that shit to you.

Jeff Johnson ([35:03](#)):
Yup, I've been divorced twice, dude, [crosstalk 00:35:04].

James Garretson ([35:04](#)):
That's like with me, I'm like why am I getting myself in this Joe shit any deeper, when I got to get my own fucking personal life fucking straightened out.

Jeff Johnson ([35:13](#)):

Exhibit 70

This transcript was exported on Dec 14, 2021 - view latest version here.

Yeah, look what it's already cost you.

James Garretson (35:14):

Yeah, everything. So I'm just like eh, I'm going to find a way out of this shit somehow.

Jeff Johnson (35:27):

That or just get it over with, you know? Go up there and do your thing, and walk away and don't look back.

James Garretson (35:27):

Yeah, I mean I'm not scared to go up there and do anything, but my morals tell me it's wrong.

Jeff Johnson (35:32):

I hear you. I hear you.

James Garretson (35:32):

Because it-

Jeff Johnson (35:36):

Well, and you know, that's what Brittany Peet [inaudible 00:35:36] has helped with [inaudible 00:35:37] Joe is I made a comment to her that I said, "I'm going to tell you honestly, I'm about ready to join Team Joe." She went, "Why would you say that?" I said, "Because he got fucked." I agree that he deserves what he's getting, but he doesn't deserve it alone.

James Garretson (36:01):

Alone, yeah, yeah.

Jeff Johnson (36:05):

She agreed 100%. But what she said, "Is what you got to realize though is to take more [inaudible 00:36:10]."

James Garretson (36:11):

No, no, no, no.

Jeff Johnson (36:13):

Joe, just because... You shouldn't feel bad about it because you're still doing something right. You got sold a bill of goods for god damn sure.

James Garretson (36:25):

Yeah, but then you're putting.... No, I see it as me basically putting Jeff Lowe in fucking power. Putting him in business. So I see this thing, this whole backfire effect. That's how I see it.

Jeff Johnson (36:40):

Exhibit 70

This transcript was exported on Dec 14, 2021 - view latest version here.

You know, I felt that way, but right now I see a light, yeah. It didn't work like it's supposed to.

James Garretson (36:48):

Yeah.

Jeff Johnson (36:50):

Joe was in the driver's seat, and he got fucked, and you helped fuck him, and I'm proud of you for that, because I've tried. I've exposed him for bullshit. I've exposed his cons in his music. You exposed him legally, and got him where he belongs, and that's in prison for the rest of his life.

James Garretson (37:11):

Yeah, but if Jeff was there, it'd be a whole different story.

Jeff Johnson (37:15):

What, what, what? Took a while. So we got Joe. Don't feel bad about that because Joe was in the driver's seat and now he's not. Jeff Lowe can start, especially if the two of them keep it up, they've taken over the driver's seat. But once they start driving, they're going to wreck it.

James Garretson (37:37):

Yeah, but I don't think they're wreck fast enough before they do a bunch of damage though.

Jeff Johnson (37:43):

Joe's going to set the precedent. Joe's going to put this in the public eye. Joe's deal is going to put, right now USDA is for red [inaudible 00:37:57].

James Garretson (37:56):

Oh, really?

Jeff Johnson (37:56):

USDA right now is fucked, and they know it.

James Garretson (37:58):

Just over Jeff?

Jeff Johnson (37:59):

Because they ain't doing their job.

James Garretson (38:04):

Oh yeah.

Jeff Johnson (38:07):

Because of Tim Stark, what's coming to light on this trial is making USDA look like a bunch of fucking kindergartners.

This transcript was exported on Dec 14, 2021 - view latest version here.

James Garretson ([38:15](#)):

Well they are. They're stupid.

Jeff Johnson ([38:18](#)):

We know that, the public know. Well now the public's going to realize they should have... When it comes to the animals, to the animal side Joe's trial is going to enlighten the world how inept the USDA is. It should have never got that far. If the USDA had been doing their job, it wouldn't have gone this far.

James Garretson ([38:37](#)):

Oh, it'd have never gone that far, they'd have stopped the breeding and everything, right off the bat.

Jeff Johnson ([38:40](#)):

Yeah, so right now the one thing they'll think this is just fucking Jeff. This is going to set a fire in the office of the USDA, because they're going to have to start doing their job. There's going to be a lot of groups now are going to be going, "Whoa, whoa, whoa, he'd been what? He was allowed to do what for how many years?"

James Garretson ([39:02](#)):

Yeah, see I thought about-

Jeff Johnson ([39:05](#)):

The governing body [crosstalk 00:39:08]-

James Garretson ([39:07](#)):

See, I thought about if we, like a bunch of us got together, eight or nine of us, started our own fucking group, you know, not like PETA-

Jeff Johnson ([39:17](#)):

An USDA watchdog?

James Garretson ([39:20](#)):

Not even a watchdog page, but if we started our own animal protection deal, and protect the people that do it fucking right. That aren't out there-

Jeff Johnson ([39:30](#)):

Gotcha. Gotcha.

James Garretson ([39:32](#)):

You know, because I've got a lot of people that are friends of mine that are in the circus that take really good care of their stuff, and they're never in the fucking news, and they're never fucking buying and selling. They're not fucking-

Jeff Johnson ([39:42](#)):

Exhibit 70

This transcript was exported on Dec 14, 2021 - view latest version here.

[crosstalk 00:39:42] but the general population still considers a well taken care of caged animal as wrong.

James Garretson ([39:55](#)):

Yeah, but PETA-

Jeff Johnson ([39:56](#)):

It's being exploited, you're using that animal for income-

James Garretson ([39:56](#)):

Yeah, but PETA-

Jeff Johnson ([39:56](#)):

... and it's wrong.

James Garretson ([39:57](#)):

PETA, they're never going to get their-

Jeff Johnson ([39:59](#)):

PETA's destroying [crosstalk 00:40:01].

James Garretson ([40:00](#)):

Yeah, they're fucking never going to... They've ruined their whole credibility. They're done. You know, they-

Jeff Johnson ([40:07](#)):

They're on their way. They peaked a few years ago, and now they're ability to talk to people, to convince people to get their message out, they've [inaudible 00:40:23].

James Garretson ([40:24](#)):

When they attacked Steve Irwin, man, that pissed me off.

Jeff Johnson ([40:27](#)):

That was bad, but at the same time, why did Steve Irwin feel the need to [inaudible 00:40:35] it was showmanship. So really, is what PETA said really that far off base? Steve Irwin was loved because he was a personality, and he had that accent, and he was bubbly, and he was a family guy. But in reality, was what he was doing really for the good of the animal? Or was it [crosstalk 00:40:58]-

James Garretson ([40:58](#)):

Look how much wetlands he bought.

Jeff Johnson ([41:02](#)):

Exhibit 70

This transcript was exported on Dec 14, 2021 - view latest version here.

That's another thing is what you have to realize about what the guy did. I mean I see [inaudible 00:41:09], you know what, here's the problem, you have animals, even if you love your animals and you take wonderful care of your animals, you, and I hate to use the word exploit, but the word [inaudible 00:41:23] to use, to breed, to sell, to put on display, anything like that is what the general public considers exploiting.

James Garretson (41:33):

Yeah, but if-

Jeff Johnson (41:36):

You have to control [inaudible 00:41:36].

James Garretson (41:36):

Yeah.

Jeff Johnson (41:36):

To have income.

James Garretson (41:39):

But listen, the animal rights-

Jeff Johnson (41:41):

[crosstalk 00:41:41].

James Garretson (41:41):

Yeah, but the only-

Jeff Johnson (41:41):

It costs money to love your animals.

James Garretson (41:41):

Yes, that's true.

Jeff Johnson (41:45):

If you love your animals you have to take care of them, you have to feed them well. You have to give them vet care, you have to give them enclosures that are nice and warm and clean. You have to give them enrichment, and guess what? That costs money.

James Garretson (41:55):

Yeah, well you know, when you take Lowe, he's just greedy white trash, is all he is.

Jeff Johnson (42:00):

Yes.

Exhibit 70

This transcript was exported on Dec 14, 2021 - view latest version here.

James Garretson ([42:01](#)):

He's just a greedy, white trash, he don't give a fuck about animals. It's about him meeting girls, fucking girls, and doing dope. That's all it's about. He doesn't give a shit about animals, he doesn't know anything about animals. He feel it-

Jeff Johnson ([42:17](#)):

He's just like Joe, if right now the federal government said, "Jeff Lowe, you are never to be within a hundred feet of any animal ever again as long as you live," what would Jeff Lowe do for money?

James Garretson ([42:29](#)):

He'd go find some little old ladies and fucking rob them. He'd sell fake Prince clothes.

Jeff Johnson ([42:34](#)):

Well, that's true. I guess that wasn't a good example, because he's had other [inaudible 00:42:39] to get involved in.

James Garretson ([42:41](#)):

Oh no, he's probably still selling fake Prince clothes.

Jeff Johnson ([42:43](#)):

Prince clothes, and all [inaudible 00:42:46] thing. He's just a con man.

James Garretson ([42:48](#)):

Yeah, whatever happened to Robbie Knievel, did he ever step forward or anything?

Jeff Johnson ([42:52](#)):

Robbie Knievel did not have any contact with him.

James Garretson ([42:56](#)):

Really?

Jeff Johnson ([42:56](#)):

There's a couple of people in my group, just for kicks, it's just like [inaudible 00:43:01]. That guy is a fucking [inaudible 00:43:03].

James Garretson ([43:02](#)):

He is. That guys on point.

Jeff Johnson ([43:08](#)):

He has reached out, I reached out to some of Robbie Knievel's family members, cannot get a response from him.

James Garretson ([43:18](#)):

Exhibit 70

This transcript was exported on Dec 14, 2021 - view latest version here.

Really? Damn.

Jeff Johnson (43:20):

I can't, he can't, nobody can. They will not speak. I don't know.

James Garretson (43:25):

Really?

Jeff Johnson (43:28):

It's weird. Robbie hates Jeff Lowe worse than me and you put together.

James Garretson (43:34):

No.

Jeff Johnson (43:36):

[crosstalk 00:43:36] had called, but he will not come forward.

James Garretson (43:39):

That's crazy.

Jeff Johnson (43:41):

You know, we've given him the perfect platform.

James Garretson (43:44):

Yeah, I wonder what he does for money now.

Jeff Johnson (43:45):

I don't know. You come forward, and tell us your side, and show us documents, and show us pictures, and I'll make you an [inaudible 00:43:58]. You come in and tell your story, and I'll get your story to the press. Here's your chance. Instead of watching [inaudible 00:44:12] on your page, and bitching and griping about Jeff Lowe and everybody else that fucked you around, here's your chance to get it out there, I'll help you. You [inaudible 00:44:27]. He seems to like red heads [inaudible 00:44:27]. Like he'd talk about every now and then just going and getting shit-faced [inaudible 00:44:30]. He does it.

James Garretson (44:27):

Really?

Jeff Johnson (44:35):

He is a cold-blooded [inaudible 00:44:35].

James Garretson (44:35):

Well I'd do it daily too if I could afford it, but it gets expensive, you know?

Exhibit 70

This transcript was exported on Dec 14, 2021 - view latest version here.

Jeff Johnson (44:40):

It does.

James Garretson (44:41):

You know, and I want to be in a decent bar, with some decent looking gals, and... Man, drinking at a Oklahoma bar it's fucking depressing. It's fucking depressing. It's just like, ugh, I don't know. That's why I'm telling you, even if they built that zoo, and they get that zoo open, it's going to fucking suck in that location. It's in a shit location, on a little thin road too.

Jeff Johnson (45:11):

Yeah, we're still right now trying to get... We've already got a guy, and [inaudible 00:45:17] Lance Matthews that I'd seen on my page, he makes a comment every now and then [inaudible 00:45:21]. He's actually a Vacaville Fire Department Captain.

James Garretson (45:25):

Oh, really?

Jeff Johnson (45:26):

Yeah, born and raised in Vacaville, and is a gift [inaudible 00:45:26] I mean gosh, [inaudible 00:45:26] try and get a hold of her and Amy, now they decided they don't want to talk about it.

James Garretson (45:44):

They don't want to talk about it?

Jeff Johnson (45:46):

Yeah. That's what I'm going to tell Barbara. Barbara wants to talk, but her husband is afraid. They're in their 70s.

James Garretson (45:49):

Oh.

Jeff Johnson (45:49):

What I'm going to have to tell both of them is, and I already told Sylvia Corkill this morning, is I can't fight for those who won't fight for themselves.

James Garretson (46:03):

Yeah.

Jeff Johnson (46:03):

If they won't stand up... I can point them in the right direction, I can't fight their fight, I [inaudible 00:46:08].

James Garretson (46:08):

This transcript was exported on Dec 14, 2021 - view latest version here.

What is it, you can lead the horse to water, but that's all you can do.

Jeff Johnson (46:14):

Yeah, I can't fill its belly with water, you know? So I'm going to have to call both of them and go, "Look, you're going to have to make a stand. I'll help you. I'll get in touch with Jim Philips, I'll get in touch with Sylvia Corkill, but I can't be the one complaining." [inaudible 00:46:30] from the city. What you have to realize is I don't have a dog in this fight. Y'all are going to have to be the ones to do it. Amy told me she was going to go door-to-door and [inaudible 00:46:42] yet, because I asked her flat out how many people do you think are going to be directly affected?

James Garretson (46:52):

There's not that many people over there.

Jeff Johnson (46:54):

She said probably 30 to 50.

James Garretson (46:57):

Yeah, if that.

Jeff Johnson (46:59):

I said within like a five or 10 square mile radius, using that property as [inaudible 00:47:06].

James Garretson (47:05):

Oh, yeah, no you've got more than that, because you've got the Wind Star Apartments and everything about two and a half miles from it.

Jeff Johnson (47:12):

I told her, I said you've got to realize the noise, the traffic, it's going to be ugly. You're going to have to go door-to-door, you're going to have to explain to these people what's coming your way.

James Garretson (47:22):

Yeah, the lions roaring all night.

Jeff Johnson (47:24):

Uh-huh (affirmative). And the safety issue. If one of them animals gets out, it eats kids.

James Garretson (47:28):

Yeah, making calls and that-

Jeff Johnson (47:35):

I told them, you're going to have to be the one to get out here, go door-to-door, get these... Half the people we're talking about, out of those 50 people, 40 of them don't know nothing about that incoming zoo.

This transcript was exported on Dec 14, 2021 - view latest version here.

James Garretson ([47:45](#)):

Yeah, but you got to do it before he puts poles in the ground.

Jeff Johnson ([47:47](#)):

I know.

James Garretson ([47:49](#)):

I mean they're not going to pass a ban when he's already there.

Jeff Johnson ([47:53](#)):

No, it's never... He's kind of snuck in [inaudible 00:48:03].

James Garretson ([48:03](#)):

Really?

Jeff Johnson ([48:03](#)):

There was no [inaudible 00:48:05], there was no talk of land use with the county [inaudible 00:48:09]. Here's the lawsuit, there's no zoning, so it doesn't matter. Yes, it does.

James Garretson ([48:14](#)):

Oh yeah. Yeah, it does.

Jeff Johnson ([48:17](#)):

Yeah, it does. Majority [inaudible 00:48:18].

James Garretson ([48:18](#)):

When you're changing traffic and you're changing this, and you're changing that. That road is narrow.

Jeff Johnson ([48:23](#)):

Yeah, I've been trying to tell these women, you're going to have to get enough people angry, and then you're going to have to call the county [inaudible 00:48:31].

James Garretson ([48:31](#)):

Yeah, I figured they'd be all over them already.

Jeff Johnson ([48:35](#)):

Instead, they're just sitting back going, "Oh, we hate that this is happening." Don't let it.

James Garretson ([48:41](#)):

Yeah. Well, if you hear anything on this trial, man, but I'm telling you, I was told yesterday...

Jeff Johnson ([48:52](#)):

I am so confused about that. [inaudible 00:48:52].

Exhibit 70

This transcript was exported on Dec 14, 2021 - view latest version here.

James Garretson (48:56):

Well I got the subpoena, I think the-

Jeff Johnson (49:02):

I know, I told her.

James Garretson (49:02):

Did you tell her we talked, or no? It don't matter, I talk to her too.

Jeff Johnson (49:02):

Yeah, she knows we talk.

James Garretson (49:05):

Okay, cool. Yeah.

Jeff Johnson (49:07):

Brittany Peet, as much I know that you don't like PETA, and for the most part, I don't either, but right now when it comes to what we're trying to accomplish, Brittany Peet is a comrade.

James Garretson (49:19):

Yeah, hey, but one more question, what's going on with Howard and all these Carole lawsuits and stuff?

Jeff Johnson (49:25):

She's a [inaudible 00:49:26]. That's one of the things that has me so pissed off. [inaudible 00:49:29] obvious that [inaudible 00:49:29], okay? So why are you still in [inaudible 00:49:37]?

James Garretson (49:37):

Yeah, Carole could easily go in there and just shut it down.

Jeff Johnson (49:41):

Why hasn't she?

James Garretson (49:43):

It's her fucking property.

Jeff Johnson (49:46):

You send in a receiver, and they wouldn't let him in. You file contempt charges. Everything went in your favor. The zoo is now yours.

James Garretson (49:53):

See, I don't-

Jeff Johnson (49:58):

Exhibit 70

This transcript was exported on Dec 14, 2021 - view latest version here.

Why don't you kick him out of it right now?

James Garretson (50:00):

Yeah, did Howard and them back off of them?

Jeff Johnson (50:04):

I don't know. I think that maybe what I have to do is Monday, is like first-

James Garretson (50:10):

Call and ring them up, but if you hear anything, call me, because I didn't know about this damn-

Jeff Johnson (50:14):

I want to know, that's something that's had me confused is hey, all of a sudden the zoo belonged to Jeff Lowe. What did Jeff Lowe do? He told Joe to get the fuck off his property. Where did that leave Joe and his animals? He shot a couple of them, sold a few of them, had to leave the rest of them there.

James Garretson (50:32):

Yeah.

Jeff Johnson (50:33):

Why doesn't Carole come in and tell Jeff to get off of her property?

James Garretson (50:38):

Yeah.

Jeff Johnson (50:38):

What would he do with his animals? Because Carole told Joe... If Carole called Jeff Lowe today, "You've got 24 hours to get off my fucking land," what would Jeff Lowe do with his animals?

James Garretson (50:50):

Yeah.

Jeff Johnson (50:50):

He'd have to load up what he could, and what, ship them to Tim Stark?

James Garretson (50:59):

Yeah. See if you can find out, but if you hear anything else, man, let me know.

Jeff Johnson (51:04):

Be careful out there.

James Garretson (51:04):

All right, man.

Exhibit 70

This transcript was exported on Dec 14, 2021 - view latest version here.

Jeff Johnson (51:05):

When you're driving back from Fort Worth.

James Garretson (51:08):

I won't. All right man, I'll talk to you later. Bye.

Jeff Johnson (51:10):

Bye.

Exhibit 70