This transcript was exported on Dec 14, 2021 - view latest version here.

James Garretson (00:01):
Hello?

Eric Goode (00:03):
James?

James Garretson (00:03):
Yeah.

Eric Goode (00:05):
It's Eric, how are you doing?

James Garretson (00:06):
Hey, what's going on?

Eric Goode (00:08):
Are you in the middle of something?

James Garretson (00:09):
Not really. What's up?

Eric Goode (00:11):
I was just checking in with you.

James Garretson (00:14):
Gotcha.

Eric Goode (00:14):
I just...Sorry?

James Garretson (00:17):
I said, "I gotcha". I'm in Oklahoma this week. What's up? What's new?

Eric Goode (00:21):
Where are you?

James Garretson (00:22):
I'm in Oklahoma this week.

Eric Goode (00:25):
Okay. And you have to... You're one of the witnesses, right? You have to testify, right?

James Garretson (00:31):

This transcript was exported on Dec 14, 2021 - view latest version here.

Yeah.

Eric Goode (00:33):
What day? Do you know what day you're doing that?

James Garretson (00:35):
I got to go in... I actually got to go in Saturday and I'm there until-

Eric Goode (00:40):
Saturday?

James Garretson (00:41):
Yeah, they got to prep me again on Saturday. And then I'm there until the 29th, I think.

Eric Goode (00:50):
Wait a minute. You're there Saturday before the trial?

James Garretson (00:54):
Yes.

Eric Goode (00:55):
Okay. Why would you have to be there? The trial doesn't start until Monday.

James Garretson (01:02):
Because, I have to be prepped.

Eric Goode (01:04):
Oh, they prep you Saturday?

James Garretson (01:05):
Yeah.

Eric Goode (01:05):
Okay. And then they put you up in a hotel in Oklahoma City, right?

James Garretson (01:13):
Yeah, the Sheraton. They put everybody up at the Sheraton.

Eric Goode (01:16):
At the Sheraton. And then, what day do you actually have to testify? Because it's not going to be more than a half day, or a day, or something?

James Garretson (01:26):

This transcript was exported on Dec 14, 2021 - view latest version here.

No, I'm several days.

Eric Goode (01:29):
You're several days?

James Garretson (01:30):
Yeah. I'm at least two to three days.

Eric Goode (01:36):
Okay. So what date... Do you know what days yet you testify?

James Garretson (01:39):
I know I start testifying on Tuesday.

Eric Goode (01:42):
On Tuesday the 22nd?

James Garretson (01:44):
Yeah.

Eric Goode (01:46):
Okay. That's interesting, because I heard that John Finlay testifies Monday, the 25th, and then I heard that Carole Baskin apparently testifies one of those first three days.

James Garretson (02:01):
Yeah, she's actually Tuesday also, for an hour.

Eric Goode (02:05):
She's Tuesday also?

James Garretson (02:06):
Yeah.

Eric Goode (02:07):
So they're both Tuesday?

James Garretson (02:08):
Yeah.

Eric Goode (02:11):
Okay. So, okay. But then they may be a couple of days too?

James Garretson (02:17):

This transcript was exported on Dec 14, 2021 - view latest version here.

Yeah, I mean, it's going to... They don't know exactly what the schedule is, because it depends on the defense, how long they take. But, it's going to be...I'm pretty much told I won't get out of there until at least Thursday.

Eric Goode (02:30):
Really?

James Garretson (02:30):
Yeah.

Eric Goode (02:31):
Okay. And then, when does the defense... So the defense, they, cross examination, cross examines you or something?

James Garretson (02:39):
Yeah.

Eric Goode (02:41):
Okay. Because I heard the defense really has hardly... Maybe no one testified on their behalf.

James Garretson (02:49):
I think they have... I think Jeff Lowe might be the defense, on the defense.

Eric Goode (02:53):
What?

James Garretson (02:53):
That's what I hear. But I'm not sure how true that is.

Eric Goode (02:59):
Jeff Lowe might be testifying for Joe?

James Garretson (03:02):
Not for him, but the defense is going to call him to rip holes in his stories.

Eric Goode (03:12):
Oh. Jesus Christ.

James Garretson (03:15):
You got to get ready for the biggest shit show in the world. You're going to see it.

Eric Goode (03:19):
But, I heard that once you testify, that you can't talk to anybody until after the case is adjudicated.

This transcript was exported on Dec 14, 2021 - view latest version here.

James Garretson (03:29):

I don't know, they haven't mentioned any of that.

Eric Goode (03:33):

Oh, okay. Because the reason I was calling is... Maybe the thing to do, I don't know if you're amenable to this James, so maybe we meet next week. And we talk again and maybe you and I can work out some deal where I can talk to you beforehand and maybe after, after.

James Garretson (03:52):

Gotcha.

Eric Goode (03:54):

You know? But-

James Garretson (03:55):

Well, I'll be in the city from Saturday on.

Eric Goode (03:59):

You'll be the city from Saturday on. Where will you be Friday?

James Garretson (04:05):

Friday, I'll probably be in Ardmore Friday. And I think I'm going to go up Saturday morning. And then-

Eric Goode (04:13):

I was thinking about flying in on Wednesday.

James Garretson (04:16):

Are you going to sit through the trial?

Eric Goode (04:20):

Well, I don't know about all of it, but I kind of have to. Me and a friend have to kind of cover it to just be... Otherwise, I don't know what's going on. I mean, I don't know. How do you feel about all of this? As it gets closer?

James Garretson (04:43):

I don't really. I mean, I have my views, but my views don't matter.

Eric Goode (04:46):

Right, right.

James Garretson (04:48):

You know?

Exhibit 73

This transcript was exported on Dec 14, 2021 - view latest version here.

Eric Goode (04:49):
Yeah.

James Garretson (04:51):
Do I agree with everything that's going on? Of course not.

Eric Goode (04:55):
Right, of course, of course. [crosstalk 00:05:00]

James Garretson (05:01):
I think it's the persecution of one person and one person only, myself. But, do I-

Eric Goode (05:05):
Do you think you're getting persecuted?

James Garretson (05:08):
No, I'm not getting... I mean, I think Joe's being singled out. While a lot of other people that are worse are walking free.

Eric Goode (05:18):
Right, right.

James Garretson (05:19):
So that's what I... And I tell the feds that all the time. I mean, I don't even really actually want to go testify, but then my hands are tied because I've already met with my defense, my lawyer. So I have to go.

Eric Goode (05:30):
Right. Well let me do this. James, I have to run. I'm just getting a call, but I'm going to fly in on Wednesday. This coming Wednesday.

James Garretson (05:39):
All right, just holler at me when you get in town.

Eric Goode (05:42):
I'll call you when I'm there and let's try to figure something out. Okay?

James Garretson (05:46):
All right, let's do it. Bye.

Eric Goode (05:47):
All right then, bye, thanks.

Exhibit 73

This transcript was exported on Dec 14, 2021 - view latest version here.

James Garretson (05:48):

All right.

Exhibit 73