This transcript was exported on Dec 14, 2021 - view latest version here.

James Garretson (00:01):
Hey, how's it goin'?

Agent Matthew Bryant (00:03):
I need good news.

James Garretson (00:03):
I'll tell you the good news. Okay, from Ardmore to the city, it's about two hours, right?

Agent Matthew Bryant (00:09):
Yeah.

James Garretson (00:10):
Okay. I can drop Cash off at noon and probably be there right at two.

Agent Matthew Bryant (00:14):
Perfect. What time do you have to get back to get Cash?

James Garretson (00:15):
Oh, I'm good.

Agent Matthew Bryant (00:19):
Okay. Yeah, that's fine, dude.

James Garretson (00:21):
I'm good.

Agent Matthew Bryant (00:23):
That's fine. [crosstalk 00:00:24]

James Garretson (00:23):
Yeah, I'm just going to drop him off at my mom's, just make sure my mom's around and she has somebody to watch her.

Agent Matthew Bryant (00:29):
That's outstanding news. I appreciate you so much.

James Garretson (00:32):
All right, see ya. Just shoot me the address. And it's the same courthouse, right?

Agent Matthew Bryant (00:36):
Yeah.

This transcript was exported on Dec 14, 2021 - view latest version here.

James Garretson (00:37):
Oh, okay, then I know where it's out. All right, I'll be there at two.

Agent Matthew Bryant (00:39):
It's not the courthouse but the attorney's office where you've been.

James Garretson (00:42):
Okay. Two or 2:15 at the latest.

Agent Matthew Bryant (00:44):
Yeah, dude, that's fine [crosstalk 00:00:46]

James Garretson (00:45):
All right.

Agent Matthew Bryant (00:45):
As long as you're in that ballpark, we're good.

James Garretson (00:47):
Okay. I'm good.

Agent Matthew Bryant (00:48):
All right. Peace brother.

James Garretson (00:49):
All right, bye.

Agent Matthew Bryant (00:49):
Bye.