This transcript was exported on Dec 14, 2021 - view latest version here.

James Garretson (00:01):
Hello?

Agent Matt Bryant (00:01):
Hey.

James Garretson (00:04):
Hey, what's going on?

Agent Matt Bryant (00:06):
Hey, I just want to let you know. I guess they got some volleyball tournament going down here at Cox Convention Center, and I had to drive around for five minutes before I found parking.

James Garretson (00:16):
Oh, really?

Agent Matt Bryant (00:18):
Yeah. [Crosstalk 00:00:19] Just giving you a heads up.

James Garretson (00:20):
I'm only 15 minutes out, 16 minutes.

Agent Matt Bryant (00:24):
No worries, brother.

James Garretson (00:25):
[crosstalk 00:00:25] Okay. I'll find a place to park somewhere.

Agent Matt Bryant (00:27):
All right, dude.

James Garretson (00:30):
All right. Bye.

Agent Matt Bryant (00:30):
Bye.