This transcript was exported on Dec 16, 2021 - view latest version here.

Pontotok County Dispatch1 (00:00):
Pontotok County Justice Center.

James Garretson (00:00):
Hey, I need to see... Can you tell me if somebody has a warrant in Pontotok County?

Pontotok County Dispatch1 (00:15):
Yeah.

James Garretson (00:16):
Okay. [crosstalk 00:00:18] You have a moment?

Pontotok County Dispatch1 (00:22):
What's the name?

James Garretson (00:23):
What? Can I just give you the name?

Pontotok County Dispatch1 (00:24):
Yeah.

James Garretson (00:25):
William Marshall Talley.

Pontotok County Dispatch1 (00:38):
Yeah, he's got three active warrants.

James Garretson (00:42):
Are they felonies or misdemeanors?

Pontotok County Dispatch1 (00:49):
One's a felony so far.

James Garretson (00:52):
Are you allowed to tell me what they're for?

Pontotok County Dispatch1 (00:56):
One second. Two felonies, one misdemeanor.

James Garretson (01:03):
Okay. I know where he's at. Is there anybody I could talk to?

Pontotok County Dispatch1 (01:07):

This transcript was exported on Dec 16, 2021 - view latest version here.

Yeah, I'll transfer you over to dispatch.

James Garretson (01:08):

Okay.

Central Dispatch (01:08):

Central dispatch.

James Garretson (01:12):

Hey, I got a question. There's somebody that has a couple warrants out of Pontotok County, and I know where they're at, but they're not in that county. They're in Garvin County. Who would I pass that information to? Do they usually verify it? Or I mean, do they usually pick them up if they have a felony? Yes. Yeah. Okay. All right. I appreciate it.