Case 5:18-cr-00227-SLP   Document 232-79   Filed 04/01/22   Page 1 of 2

This transcript was exported on Dec 17, 2021 - view latest version here.

James Garretson (00:00):
Hello?

Agent Matthew Bryant (00:02):
Hi, James. Don't be stressing or anything, man, because all we had to do was just go over some stuff and a little more strategy on this. So it's nothing I want you to get worked up on it all. The same plan, everything's looking good. But instead of doing it tonight, we'll do it at 8:15 in the morning at the attorney's office. Not the attorney's office, but the witness room at the courthouse, take about 10, 15 minutes.

James Garretson (00:25):
How's it looking, the whole thing?

Agent Matthew Bryant (00:29):
I can't make-

James Garretson (00:31):
[crosstalk 00:00:31].

Agent Matthew Bryant (00:32):
... specific comments about it, but good.

James Garretson (00:34):
Good, okay. Alrighty. Well I'll be in town. Somebody texted... What hotel am I in?

Agent Matthew Bryant (00:42):
Holiday Inn and Express. Eric Jumper is the guy that's been talking to you and texting you.

James Garretson (00:47):
Okay.

Agent Matthew Bryant (00:48):
He's the one that's got your hotel paperwork and he's an agent [inaudible 00:00:51].

James Garretson (00:51):
Oh, okay. All right. Yeah, I'm on my way. I got to stop in... But I'm on my way to Oklahoma City.

Agent Matthew Bryant (00:59):
All right, dude. So just rest up, we'll see you at 8:15.

James Garretson (01:03):
Do I drive there, or what?

This transcript was exported on Dec 17, 2021 - view latest version here.

Agent Matthew Bryant (01:06):

I talked to Eric about it. They'd been going back and forth for the past couple of days and he'll know what would be best [crosstalk 00:01:11].

James Garretson (01:11):

Hey, let me ask you a question. Tomorrow when this is over with, is there a way I could get out of the courthouse without the news and all that?

Agent Matthew Bryant (01:18):

Yeah.

James Garretson (01:18):

Or is that impossible?

Agent Matthew Bryant (01:18):

You don't have to talk to them.

James Garretson (01:24):

Yeah, I don't want to talk to anybody.

Agent Matthew Bryant (01:26):

[crosstalk 00:01:26]. You just tell them, "I'm not talking," and just keep walking. They can't stop you from walking.

James Garretson (01:31):

Okay. Gotcha. Alrighty. Sounds good.

Agent Matthew Bryant (01:38):

Yeah. And well, I'll talk to the agents tomorrow.

James Garretson (01:43):

Okay man. Bye.

Agent Matthew Bryant (01:43):

When you're up there.

James Garretson (01:45):

Bye.

Agent Matthew Bryant (01:45):

Bye.