This transcript was exported on Dec 21, 2021 - view latest version here.

James Garretson (00:01):
James' Whorehouse. Can I help you?

Paul Michael Malagerio (00:04):
Hey, you called. Everything all right?

James Garretson (00:05):
Did I call you? I must have-

Paul Michael Malagerio (00:08):
Yeah.

James Garretson (00:09):
Oh, I must have-

Paul Michael Malagerio (00:11):
I managed to get to the gym. I came out and it showed you called.

James Garretson (00:15):
Oh, the gym. Are you taking out some frustration there?

Paul Michael Malagerio (00:20):
It's not working. I'm so fucking wound up, I'm just trying to just calm down. It's the days when I don't carry a gun, I'm just fucking... I just see Jeff Johnson make comments and Jeff Lowe. And, I just... maybe I shouldn't look at that page. I don't like my name being on there, but it don't really bother me, because then people send me message, "Hey, Paul, you okay?" Like I'm trying to lay low, [crosstalk 00:00:42]-

James Garretson (00:42):
Yeah, well, we got to quit looking at that page and get to the bigger picture.

Paul Michael Malagerio (00:48):
I know.

James Garretson (00:48):
Because it makes me mad too. So, no. I talked to... I called... Well, no, Matt called me. I called Matt yesterday, because Matt sent me this thing thanking me for not blowing his case or whatever. Matt was all, "Well, I'm done with my deal." And he's like, "Yeah, I sure would like to get these others." And then I'm like "Hmm." And I said, "Yeah, well what's up with Lowe?" And he says, "Well, there's three or four other agencies working on him."

Paul Michael Malagerio (01:18):
Yep. Got to be.

This transcript was exported on Dec 21, 2021 - view latest version here.

James Garretson (01:20):

Yeah, but he said, "You didn't hear that from me." But I don't know, man. I think Lowe's about to get you fucking slammed up.

Paul Michael Malagerio (01:29):

Well, James, if this had been something that bothers you personally, and you look at it with different angles than most people, because you're personally involved.

James Garretson (01:40):

Yeah.

Paul Michael Malagerio (01:40):

Okay? It's because of what he did to you. And I see that. And I feel that frustration, and I feel that anger. And I wake up, and I'm stamping his head into the basement of a fucking... I'm stamping his face in the pavement in the backroom of a fucking bar, in someplace I've never been.

James Garretson (01:54):

Yep.

Paul Michael Malagerio (01:55):

And I'm going "Okay." Because when I get angry and started hitting people, anybody that touches me, I fucking beat them worse. I've told my bouncers, "When I'm beating somebody, don't even fucking touch me," because I just start swinging.

James Garretson (02:08):

Yeah, that's not good.

Paul Michael Malagerio (02:10):

Yeah, no. No. But it's my decision.

James Garretson (02:12):

Yeah.

Paul Michael Malagerio (02:12):

And I'm looking at that, I go, we're going to have a good talk about stuff, and do things the right way, so we can't get ourselves in shit. Because right now, we're good. We're okay.

James Garretson (02:22):

Yeah. Yeah, we've got to quit looking at those pages.

Paul Michael Malagerio (02:25):

Yeah.

Exhibit 82

This transcript was exported on Dec 21, 2021 - view latest version here.

James Garretson (02:25):

Because those pages, and Lowe, or Lower, or whatever they call him. But yeah, we've just got to quit looking at that shit, because it just ruins your fucking whole day when you look at that shit.

Paul Michael Malagerio (02:35):

Well, that's how Kim, people like Jenn Garrett, and Joe used to do. And Jeff Johnson is irritating us without knowing it because we know what he is. You know more than anybody else what these people are.

James Garretson (02:47):

Oh, yeah. All the time.

Paul Michael Malagerio (02:47):

And when Lynn [Culver 00:02:50] posts about, "Joe should talk to get less time," you already know all that's about. So we, let's get our plan together. For whatever reason, you don't have the keys. It's probably financial. And same with the insurance.

James Garretson (03:01):

No, I already got the keys. I already got the keys. I got them yesterday.

Paul Michael Malagerio (03:02):

Good.

James Garretson (03:02):

Yeah.

Paul Michael Malagerio (03:05):

I was just worried that they wanted money, and I know you don't have it. I mean, it's not my business-

James Garretson (03:07):

No. I took care of that three weeks ago.

Paul Michael Malagerio (03:13):

Okay. Okay.

James Garretson (03:13):

Yeah, it's all good. Yeah, I've just got to get the... I'm going to get the utilities signed up here in a minute. Because Eric Goode's supposed to show up here in a few minutes. And we'll see how that goes.

Paul Michael Malagerio (03:20):

I wish I was there.

James Garretson (03:21):

Exhibit 82

Case 5:18-cr-00227-SLP   Document 232-82   Filed 04/01/22   Page 4 of 19

This transcript was exported on Dec 21, 2021 - view latest version here.

I know.

Paul Michael Malagerio (03:21):

Oh, fuck, I wish I was there. Oh, man.

James Garretson (03:24):

They're going to show up in a few minutes, and then I'm going to get the utilities and stuff on, and then go from there.

Paul Michael Malagerio (03:31):

Yeah.

James Garretson (03:31):

But yeah, no. I mean, just looking at that GW site just fucking pisses you off. Because you've got a fucking 500 people that don't know a God damn thing about anything.

Paul Michael Malagerio (03:40):

Right. Right.

James Garretson (03:41):

And I see that little Chris post this morning from that Chris Leatherman or whatever.

Paul Michael Malagerio (03:47):

Yeah, yeah. Who is she?

James Garretson (03:48):

And I wanted to go down there and beat the hell out of her.

Paul Michael Malagerio (03:52):

It might be a guy.

James Garretson (03:53):

Oh, it might be, I didn't even look at the post. But they were like, "Joe was framed and set up, and we're going to get him out of prison," and this and that. I'm just like, "You're a..." And then Barbara Hoffman was on there, doing the same thing. I'm just like, "You fucking idiot." Because somebody tagged my fucking name in the post.

Paul Michael Malagerio (04:10):

Where did you see those comments? On Joe's page?

James Garretson (04:14):

It was somebody tagged me in. It was somebody else... and it might have been Barbara Hoffman's page. But somebody me tagged me in.

This transcript was exported on Dec 21, 2021 - view latest version here.

Paul Michael Malagerio (04:20):

Okay.

James Garretson (04:21):

They tagged me. They tagged Jeff. They tagged... you know.

Paul Michael Malagerio (04:25):

Okay. We both know that's all they got.

James Garretson (04:29):

Oh, yeah.

Paul Michael Malagerio (04:30):

That's it. It's done. It's over. We don't go do a fucking thing. We don't got to respond, because we won. Jeff Lowe, with the stuff that he posted those videos. I didn't see the third one, but from the comments, he is shitting on himself. It is self destructive.

James Garretson (04:43):

Oh, yeah.

Paul Michael Malagerio (04:45):

I can't believe he'd be that fucking arrogant. So, we're going to get our thing going, do that, whatever. This place here, I don't talk too much about it. But I reprimanded Jason as politely as I could the other day. There was an issue with him opening the gate, with the tigers right at it. And I was saying, "No, don't open it. No, don't open it!" And he...

James Garretson (05:04):

Oh, jeez.

Paul Michael Malagerio (05:07):

Okay. It was close. And you know the spot I'm in.

James Garretson (05:11):

Yeah.

Paul Michael Malagerio (05:11):

I can't fucking yell at the guy. It wouldn't matter anyways. And I said to him the next day, I said, "Look, I've got a serious issue with this door and this gate because you know if this cat gets out, I'm going to have to shoot him." I've told him that repeatedly. "I will have to shot him."

James Garretson (05:26):

Ugh.

This transcript was exported on Dec 21, 2021 - view latest version here.

Paul Michael Malagerio (05:28):

And I did.

James Garretson (05:29):

What I'm afraid of is when you're not there. That's what fucking worries me. You know, now you're there. You can round it up. But when you're not there, then what the fuck? Because that's going to fucking shit on everything we do if he has an accident with them tigers.

Paul Michael Malagerio (05:44):

Well, he agreed to put the fencing higher. He agreed to do this. He agreed to do that.

James Garretson (05:48):

But he hasn't done it.

Paul Michael Malagerio (05:50):

Well, James, you know and I keep saying it, if he wasn't such a nice guy? I'd fucking knock him down and scream the fucking life rules into his face. But I can't do that.

James Garretson (05:59):

Yeah.

Paul Michael Malagerio (05:59):

No, really. And I've done that. I do. I bark. When I bark people either fucking shoot me, or do what I fucking tell you.

James Garretson (06:05):

Yeah.

Paul Michael Malagerio (06:05):

Because I'm not nice when I bark. And it's just not happening. And I just discuss it with his wife, "Well, Jason thinks he's never going to get hurt." So, I try to get the mental image. I said, "Fuck, I love Jasper." I said, "I hate to have to be the one to put a bullet in his face, because we're not going to be able to catch him."

James Garretson (06:19):

Yeah.

Paul Michael Malagerio (06:21):

And I said, "We don't have a plan. We don't have a plan." And what am I going to do? Say, "Jason, quick, run and get a bag of chicken"?

James Garretson (06:28):

Yes.

Exhibit 82

This transcript was exported on Dec 21, 2021 - view latest version here.

Paul Michael Malagerio (06:28):

He doesn't run. He doesn't raise his voice. He has no animation to him. And luckily enough, there's enough dogs around, Jasper will be chewing on a dog when we come back, and I'll get a clear shot in his forehead.

James Garretson (06:40):

Ugh.

Paul Michael Malagerio (06:40):

For me to say that? I fucking hate it. For me to live this? I fucking hate it.

James Garretson (06:44):

Yeah.

Paul Michael Malagerio (06:45):

Okay? And I don't have any other choice or options. Get Nikki and Lulu and get the fuck out of here. Today I got up and there's that fresh scent of dried shit blowing through the air that hovers in my fucking face and everything. You know it? And I'm walking, just, "Oh, man. I've got to go see these fucking lemurs." And you know the lemurs are fucking assholes. And the thing to unhook their door has that chicken shit on it since I've been here. And sometimes I'm in a hurry, so don't even wear a glove. And the fucking lemurs are fucking assholes. And I fucking booted one, and hit one with a fucking metal bucket the other day. The thing went... Like yeah, fuck off, like that. And now they don't bother me. And that's not me. I don't do that kind of shit.

James Garretson (07:22):

Yeah. Be careful with those lemurs. They're serial killers.

Paul Michael Malagerio (07:26):

Well, they don't bother me now. I carry a big scrub brush in. That's what Debbie said she uses. And I don't like to go in there with a weapon, but if the lemur bites me? The fuck, one of the rabbits bit through my glove the other day.

James Garretson (07:36):

Ugh.

Paul Michael Malagerio (07:37):

I'm going, "You're fucking cat food. Push it."

James Garretson (07:40):

Ugh.

Paul Michael Malagerio (07:43):

Exhibit 82

This transcript was exported on Dec 21, 2021 - view latest version here.

So, okay. Point being, without getting into any details, you and I can't take it out on anything other than, we have to remind yourself, "You won, you're successful now." All those people got is to try to shit on you, and dump on you to get a reaction from them.

James Garretson (07:55):

Oh, yeah.

Paul Michael Malagerio (07:56):

And we have to both agree we're not going to do it, because I almost typed something on his fucking page today, and once I do that? People there won't like me. And I really don't fucking care. Well, I told Mike Stapleton. Michael Stapleton sent me a message, "What about this? What about that?" And I said, "Yeah, well that's faggot Jeff Johnson. Did you not know that he had a 72-hour mental evaluation because he's a fucking idiot?" And Mike says, "He probably sucked dicks." See, Mike Stapleton's pretty rough, and he's blocked on the page. I'm like, "Yeah, pretty sure, him and Joe were sucking each other's dicks. Now the fucking asshole tries to get me involved in beating up Jeff Lowe. What a fucking piece of shit."

James Garretson (08:29):

Oh, yeah. He can't even handle Jeff Lowe himself. Is he going on there and posting stupid shit again? Johnson?

Paul Michael Malagerio (08:38):

Yeah, "I'm coming for you Jeff Lowe," in big letters. "I'm going to get you Jeff Lowe." And it's completely fucking stupid. Now, the calm voice of reason that will post on there one day, and it might be me. It will politely word about the 72-mental evaluation, and then say, "How can you do this to your beautiful family?" Who's going to be mad at me for asking that question? Because everybody's thinking it.

James Garretson (09:03):

Oh, yeah.

Paul Michael Malagerio (09:03):

Okay?

James Garretson (09:03):

I mean, he's just a fucking cannon. That's what Matt was saying. Matt was like, "Just fucking ignore that motherfucker." He said, "You know what kind of people they all are." I'm like, "It's hard when they're tagging you in this shit, when you go to your own page and you've got to look at this shit."

Paul Michael Malagerio (09:18):

Yeah, well Matt didn't help that night when he says, "Well, it's hard not to take that personal."

James Garretson (09:22):

Yeah.

This transcript was exported on Dec 21, 2021 - view latest version here.

Paul Michael Malagerio (09:24):

Okay. So, did he give you a pistol permit or what? Like fuck.

James Garretson (09:30):

His prediction is the same as mine on time. 20 years.

Paul Michael Malagerio (09:38):

Yeah, well the factors are all the charges, but the other factor is no criminal record.

James Garretson (09:42):

Yeah.

Paul Michael Malagerio (09:44):

And they're felonies, so there's no, "Don't do it again," thing. He's no one.

James Garretson (09:49):

Yeah, and he said, some of them will be run concurrent, and all this other stuff, so.

Paul Michael Malagerio (09:52):

Yeah, the concurrent one will save his life. What about letters to the judge now, in regards to his character? Do they entertain those?

James Garretson (10:04):

I don't know in federal, because I mean, it's totally different than whatever I experienced. But whatever he gets, he's not coming out.

Paul Michael Malagerio (10:12):

Right. Right.

James Garretson (10:13):

We don't have to worry about him ever... I mean, we don't have to worry about him anyway, even if he's released this morning. All he's got is Facebook. That's all he's got.

Paul Michael Malagerio (10:22):

Yeah, they shared something that he posted. There was a list of reasons why he got set up.

James Garretson (10:26):

Yeah.

Paul Michael Malagerio (10:26):

And you know, hey, Jim, now you've got a mission. Because you cannot accept that your bad because you're dirty. You'll never admit it, because that's your psychology. So, let that burn you out for the 10

This transcript was exported on Dec 21, 2021 - view latest version here.

years you're going to live with a fucking black dick up your ass, that you don't have to pay for. And your fucking AIDS going through your system.

James Garretson (10:42):

Yeah. Well, he knows the court case didn't prove he was set up, because everything was fucking calculated. Hey, Lowe got involved this date. James was involved at this date.

Paul Michael Malagerio (10:54):

Yeah, well-

James Garretson (10:56):

So, if you look at the facts, you know you weren't set up, you dumb fuck.

Paul Michael Malagerio (10:59):

Well, it's got nothing to do with the facts of the case. I mean, he's thinking that he's guilty with an explanation.

James Garretson (11:06):

Yeah.

Paul Michael Malagerio (11:06):

"Oh yeah, that happened. But it's because of this. It's their fault." Well, yeah. How'd the jury take that? And what do you think the judge is going to do?

James Garretson (11:13):

Yeah, and then you would think, if I was conspiring with Lowe, you would probably think I wouldn't be turning his tapes into the feds either, would you? But I turned every one of them motherfuckers over to them.

Paul Michael Malagerio (11:24):

Yeah, well let's... Okay, so agencies-

James Garretson (11:26):

They can all suck a dick.

Paul Michael Malagerio (11:28):

Agencies looking at Lowe, which means they're all federal offenses. And whoever the agencies are: Fish and Game, whoever, USDA, IRS, who fucking knows.

James Garretson (11:40):

Yeah.

Paul Michael Malagerio (11:41):

Exhibit 82

This transcript was exported on Dec 21, 2021 - view latest version here.

The Security Exchange Commission for some of their fraudulent fucking activities.

James Garretson (11:44):

Oh, yeah.

Paul Michael Malagerio (11:45):

So, we all try to think, "Well, okay. So, there's going to be no opening of your new zoo in July." Get the conversation with Baskin. Call Howard and say, "So, what are you going to do with that zoo property when you're done?"

James Garretson (12:01):

Yeah, I'm going to actually talk to Baskin. Yeah, I'm going to fucking give her a call. You know that bitch is fucking now, she's just gloating like a motherfucker too. I want to go punch her in the fucking throat too.

Paul Michael Malagerio (12:10):

Well, then what's best for James is to use them all. And let's do it for entertainment, and shits and giggles, and plant the seed in her head that you'll be useful to her, to run that piece of shit property, and make her money. Because that's the only way she'll ever recoup a million dollars. Not that you'd ever want to, but let's play with that. And then while everybody's going, "What? What? What?" We do our own thing, and pop up one day with cubs. And I won't be on Facebook. And the cubs are... I don't even think you should use the name wrangling, but that's up to you because [crosstalk 00:12:40]-

James Garretson (12:40):

No, no, no, no. We're going to use something else. We're going to-

Paul Michael Malagerio (12:41):

Good.

James Garretson (12:45):

Yeah, but that's easy. I can go in there with just a minute and change the page. All the customers we have are already on the page, so we're good. We'll just go in there and change the name of that shit. Boom.

Paul Michael Malagerio (12:53):

Yep. Yep.

James Garretson (12:53):

And I have them all pretty much in an email too, so I can send out one mass email, and bam.

Paul Michael Malagerio (13:00):

And what?

James Garretson (13:00):

We can probably just send out a big ass... I have everybody's email address that ever came out.

Case 5:18-cr-00227-SLP   Document 232-82   Filed 04/01/22   Page 12 of 19

This transcript was exported on Dec 21, 2021 - view latest version here.

Paul Michael Malagerio (13:06):

Oh, okay. So, you're pretty close to already being secure that you'll make just as much money as you did last time, plus.

James Garretson (13:16):

Yeah, we should do 60 to 80, 100 grand in a month.

Paul Michael Malagerio (13:21):

Well, yes. I could do that with three cubs, and two more handlers, and somebody timing it, just rotating [crosstalk 00:13:29]-

James Garretson (13:28):

Yeah, without going on the fucking radar. We can stay off the fucking map. We could do probably 40, 50 grand of it, with just the emails I got.

Paul Michael Malagerio (13:39):

Yes. Yep.

James Garretson (13:43):

So, we just do a round out, and then we play it out. If we can get these fucking sumptuary to back us and do us shit, we'll have money just coming in the mailbox. Fuck it. Who needs to deal with cubs. We just raise cubs for our own personal enjoyment and be done.

Paul Michael Malagerio (13:58):

Well, that would be the greatest [crosstalk 00:14:01] ever.

James Garretson (14:01):

"I took her in. She was pregnant. I didn't know that. Oh, shit, now I'm stuck with three more tiger cubs. Oh, shit. Damn those fucking tiger got the gate open, and went in there and fucked her in the middle of the night. Oh, shit. We got four more cubs."

Paul Michael Malagerio (14:16):

Oh, we got a miracle birth.

James Garretson (14:17):

That's what Vicky Keahey does.

Paul Michael Malagerio (14:19):

Yeah.

James Garretson (14:20):

"Oh, this drug dealer had this cougar, and he wouldn't give it up. So I had to give him $1200 for it."

This transcript was exported on Dec 21, 2021 - view latest version here.

Paul Michael Malagerio (14:28):

Yeah, okay. That's it. Okay, now who's going to shit on us? [Rexona 00:14:33]? Big fucking deal, block her.

James Garretson (14:34):

Yeah, block her.

Paul Michael Malagerio (14:36):

Who else is going to shit on you? Jeff Johnson? Who cares? Fuck him.

James Garretson (14:40):

Who cares?

Paul Michael Malagerio (14:41):

Him and his 500 followers? They don't mean fuck because they're not giving us money anyways, so who fucking cares?

James Garretson (14:45):

I don't really care. We can shit on whoever the fuck we want. Yeah. That's what Vicky Keahey... you ought to see all her excuses. "Oh, the volunteer opened the wrong gate, and he bred her." Oh, yeah. Every fucking excuse they can to have cubs all the time. And then Carole Baskin used to... she'd go around to auctions and buy cubs. She'd go all the way to all the auctions to buy cubs.

Paul Michael Malagerio (15:11):

When she uses those excuses for the pregnancy, what are the comments that come in? Does somebody called her on bullshit? Or they just don't care?

James Garretson (15:17):

No, they just go along with it. They just go along with it. Hey, you know I talked to this one guy that had some cougars. You know what he just sold a female cougar cub for?

Paul Michael Malagerio (15:31):

Six grand.

James Garretson (15:32):

Fucking $6500.

Paul Michael Malagerio (15:36):

Fucker.

James Garretson (15:38):

God! I can't believe that.

This transcript was exported on Dec 21, 2021 - view latest version here.

Paul Michael Malagerio (15:41):

Well, then spend the money and get a breeding pair.

James Garretson (15:44):

Yeah, I mean usually you can get a pair, you can find usually a couple cougars, yeah. 6500 fucking dollars.

Paul Michael Malagerio (15:52):

Yep. The last two that Sawmiller tried to sell, I think he wanted five grand each for them. I just fucking laughed at that.

James Garretson (15:59):

This was a four-week-old female. 6500 bucks.

Paul Michael Malagerio (16:03):

Yeah, well she'll be a breeder.

James Garretson (16:04):

Yep. A leopard would probably bring fuck, whatever you wanted to sell it for.

Paul Michael Malagerio (16:08):

Yeah, [crosstalk 00:16:08]-

James Garretson (16:08):

Because you know with this Lacey Act and stuff, you know there's a permit you can get, correct?

Paul Michael Malagerio (16:17):

I didn't know that.

James Garretson (16:18):

Yes. You can legally sell tigers if you get the fucking Fish and Game permit. Yeah, there's ways to do it legally. People are just fucking stupid.

Paul Michael Malagerio (16:28):

Well, why have I never heard about that? And how is it hard to get the permit? What do you have to do?

James Garretson (16:32):

It's not. Zoos transfer and sell animals all the time. You just have to apply for it and wait the 30 days. You can get the permit. But-

Paul Michael Malagerio (16:41):

Well, then you should have it. What's it cost? A million dollars?

This transcript was exported on Dec 21, 2021 - view latest version here.

James Garretson ([16:45](16:45)):

Well, it's per animal. You've got to get it per animal. It's not like a blanket permit you can get to sell whatever. It's a USDI permit.

Paul Michael Malagerio ([16:54](16:54)):

Oh, so it's 30-days old cub minimum, that you're going to be transporting?

James Garretson ([16:59](16:59)):

Yeah, but you can get permits to do that shit.

Paul Michael Malagerio ([17:02](17:02)):

So, you fudge the paperwork so it's young enough that people can still market it when they've got it.

James Garretson ([17:07](17:07)):

Yeah, yeah. I mean, you don't even need to get into all that stuff. But I mean, when Jeff's gone and Stark's gone, and then Caffey's gone, you're not going to have anybody out there dealing clubs anyway, so probably an orange cub, you could probably sell it for whatever the fuck you wanted to sell it for. When there's nothing out there.

Paul Michael Malagerio ([17:24](17:24)):

Yes. Yep. Yep.

James Garretson ([17:26](17:26)):

You know?

Paul Michael Malagerio ([17:26](17:26)):

Yep. You know so much about this stuff. I mean, that's pretty freaking cool.

James Garretson ([17:31](17:31)):

But yeah, you can get permits for this shit, and do it. What got Joe is he just got so fucking greedy. Donate, donate, donate. Donate, donate, donate. You know?

Paul Michael Malagerio ([17:40](17:40)):

Well, Reinke was interviewed somewhere, and he talked. I'm surprised he talked, because he don't talk to nobody about nothing.

James Garretson ([17:50](17:50)):

Yeah.

Paul Michael Malagerio ([17:51](17:51)):

And then Jeff Lowe talked about how much paperwork that he had Dillon take down the hill and pour lots of gas on, because Reinke was the one fucking the documents up. Whether it's true or not.

This transcript was exported on Dec 21, 2021 - view latest version here.

James Garretson (18:01):

He was. No, he did. That is 100% true.

Paul Michael Malagerio (18:04):

Yeah, I wouldn't doubt that. And he was part of it all.

James Garretson (18:06):

Yeah, Reinke was putting stuff in the parking lot, and he was burning all the transfer forms for all the cats and stuff, yeah.

Paul Michael Malagerio (18:12):

And why did he do that? What got him nervous?

James Garretson (18:16):

Well, Jeff Lowe spouted off his mouth that the feds were on Joe.

Paul Michael Malagerio (18:20):

Yeah.

James Garretson (18:21):

And that's when Joe was trying to get every dollar he could get, and get rid of every animal he can get rid of.

Paul Michael Malagerio (18:26):

Yep. Because he could-

James Garretson (18:28):

But he didn't know what they were after him for. He didn't know if it was the cub trafficking or what. He didn't really know it was for the murder-for-hire shit.

Paul Michael Malagerio (18:36):

Right, right. See, Reinke's smart. Reinke don't get involved in. Reinke don't talk in front of people. You probably had very few conversations with him about anything that-

James Garretson (18:44):

I've never talked to Reinke hardly.

Paul Michael Malagerio (18:47):

Right. And he wouldn't talk to you.

James Garretson (18:48):

Yeah.

This transcript was exported on Dec 21, 2021 - view latest version here.

Paul Michael Malagerio (18:48):

I mean, he's not stupid. So, he took it down the hill and burnt it. I mean, or the parking lot. Yeah, that's-

James Garretson (18:54):

Was he supporting Joe?

Paul Michael Malagerio (18:59):

Yeah, because he'll be anti-Jeff.

James Garretson (19:00):

Oh, yeah.

Paul Michael Malagerio (19:02):

I don't remember seeing it, but he's in Wichita Falls. That's where he does his mechanic stuff, and racing cars. He does those cars that go around the track with those fins on the top.

James Garretson (19:13):

Oh, yeah.

Paul Michael Malagerio (19:14):

The mud... What do you call them?

James Garretson (19:15):

Dirt track bullshit.

Paul Michael Malagerio (19:17):

Yeah. I think he had a printing company, but I don't think that does that well. It's whatever. Whatever.

James Garretson (19:24):

So, nobody likes Lowe though. I can't believe how hated he is.

Paul Michael Malagerio (19:30):

Well, that just creates more witnesses.

James Garretson (19:32):

People hate that fuck... I mean, it's just the stupidity on him is just at an all time high.

Paul Michael Malagerio (19:38):

You know what? It's like we keep saying, it's the mouth, the arrogance. "Yeah, I did this and shit on you guys." I watched that first tape and I'm going, "You just admitted how many times money changed hands, that you're responsible for?"

James Garretson (19:50):

Exhibit 82

This transcript was exported on Dec 21, 2021 - view latest version here.

Oh, yeah.

Paul Michael Malagerio (19:51):

I mean, so is it the banking commission? The bank fraud? I mean, what money went into the bank, and where it went. Yeah, Joe did that. But at the end of the day, whose account is it?

James Garretson (20:00):

Yeah.

Paul Michael Malagerio (20:00):

It's fucking Jeff Lowe.

James Garretson (20:01):

Yeah.

Paul Michael Malagerio (20:02):

Fucking hell. That just shows that he knows it's done. And he wants to shit on everybody before it does, so he can pack up and take off. Now, I don't know when I'm going to get to where we're going to be living in the next week, or month, or whatever. But I want to go and take a look at that property. And be very cautious what I do, and what I say, and look around, take some pictures. Maybe friend the neighbors, just to get info. And they can take pictures and keep an eye on it.

James Garretson (20:30):

Yeah, there's been no-

Paul Michael Malagerio (20:31):

Because I want to-

James Garretson (20:32):

... fences or anything put up.

Paul Michael Malagerio (20:36):

Yep.

James Garretson (20:36):

And I know that for a fact because Eric Goode, his guy flew a drone over it. So, all there's been is some trees knocked down. There's been no building.

Paul Michael Malagerio (20:51):

Okay. My timer just went on my laundry-

James Garretson (20:53):

Oh, here. I'll talk to you here in a little bit.

Exhibit 82

This transcript was exported on Dec 21, 2021 - view latest version here.

Paul Michael Malagerio (20:56):
Okay.

James Garretson (20:56):
All right.

Exhibit 82