This transcript was exported on Dec 17, 2021 - view latest version here.

James Garretson (00:00):
Hello.

Trial Defense Counsel Bill Early (00:03):
Mr. Garretson?

James Garretson (00:04):
Yeah.

Trial Defense Counsel Bill Early (00:05):
Yeah. This is Bill Early and Kyle Wakenheim. We were just following up on your call on Sunday.

James Garretson (00:10):
Hey, Bill. I couldn't find any attorneys to talk to, to be honest with you.

Trial Defense Counsel Bill Early (00:15):
Okay. Okay.

James Garretson (00:17):
I wish I could do more. But man, I just couldn't find anybody at last minute. I tried my best.

Trial Defense Counsel Bill Early (00:23):
All right.

James Garretson (00:25):
Don't tear me up too bad tomorrow.

Trial Defense Counsel Kyle Wakenheim (00:27):
[crosstalk 00:00:27]. It looks like you're going to be on there for a little bit tomorrow, looks like.

James Garretson (00:34):
I got you. Okay. No, I tried.

Trial Defense Counsel Bill Early (00:37):
Okay.

James Garretson (00:38):
All right. Thank y'all, guys.

Trial Defense Counsel Bill Early (00:40):
Okay. Thanks.

Exhibit 83