This transcript was exported on Dec 17, 2021 - view latest version here.

James Garretson (00:18):
How far did you make it this morning?

James Garretson (00:23):
How far have you made it this morning?

James Garretson (00:33):
Oh, shoot.

James Garretson (00:39):
You're on track then.

James Garretson (00:54):
Damn. Yeah, that's good though. Shit. I'm glad Sheriff Rhodes acted on that.

James Garretson (01:02):
Yeah, but he acted that quick, because before eight o'clock he sent me the text.

James Garretson (01:21):
Him and his girlfriend.

James Garretson (01:36):
Yeah.

James Garretson (01:38):
Yeah, somebody will say something in a little bit, I'm sure. I'm trying to wait for it to get public, because I don't want anybody to think they came from me in case nobody knows, but it'll get posted out there somewhere today, I'm sure.

James Garretson (01:56):
Yeah.

James Garretson (02:01):
Oh yeah. Now I already called the detective in Carter County. He's going to go over there and do his detective work on him.

James Garretson (02:10):
Yeah. He'll know it's from me. He's like, they finally found that fucker? I said, yeah, they found him. He's sitting over there in Garvin County waiting for you to come see him.

James Garretson (02:24):
Just the arrogance on that fucking Jeff Lowe goddam douche bag.

This transcript was exported on Dec 17, 2021 - view latest version here.

James Garretson (02:31):
Yeah.

James Garretson (02:41):
Yeah.

James Garretson (02:41):
Yeah.

James Garretson (03:05):
Yeah.

James Garretson (03:24):
Yeah.

James Garretson (03:26):
He just didn't even go to court or show up or anything.

James Garretson (03:35):
Yeah. Oh, he's a fucking bad, bad dope addict.

James Garretson (03:43):
I wonder if they checked anybody else there for warrants?

James Garretson (04:15):
Yeah. That's funny. It'll get out there somewhere. Somebody will leak it.

James Garretson (04:18):
Somebody will leak it, because it'll leak.

James Garretson (04:43):
Yeah.

James Garretson (04:45):
Oh yeah.

James Garretson (05:06):
Fucking Will was one of the grossest human beings I've ever seen in my life.

James Garretson (05:20):
Yeah. I'm waiting on the jail site to update and I'm going to screenshot her name and everything.

James Garretson (05:32):

This transcript was exported on Dec 17, 2021 - view latest version here.

Yeah. I'm waiting on him to get checked in. I've been checking it every 20 minutes, because I'm going to take that and I'm going to fucking run with it.

James Garretson (05:39):
Garvin County.

James Garretson (05:46):
Yeah.

James Garretson (05:52):
Golly.

James Garretson (05:52):
Damn.

James Garretson (06:30):
Damn. That's crazy.

James Garretson (06:32):
Yeah. They haven't updated it on the jail site yet. Let me look one more place.

James Garretson (06:43):
Yeah, pretty much.

James Garretson (06:48):
What is today's date?

James Garretson (06:51):
What is today's date?

James Garretson (06:56):
Oh, it is the 20. Oh, hang on, let me look.

James Garretson (07:10):
Yeah. I'm going to call her here shortly.

James Garretson (07:13):
Yeah. He hasn't been checked in yet.

James Garretson (07:32):
Yeah.

James Garretson (07:39):

This transcript was exported on Dec 17, 2021 - view latest version here.

Yeah.

James Garretson (07:44):
Yeah. I don't think the home front's so great anymore.

James Garretson (07:55):
Yeah.

James Garretson (08:03):
Damn, Garvin County has about a 100 people in jail at a time.

James Garretson (08:11):
Yeah.

James Garretson (08:18):
There's about a 100 people in there right now.

James Garretson (08:25):
Garvin County jail, wherever that's at.

James Garretson (08:33):
Oh, they did?

James Garretson (08:43):
Yeah. Somebody just got checked in there, some Mendoza, a $250,000 bond, US Marshals.

James Garretson (08:53):
I don't know. It says US Marshall hold.

James Garretson (09:03):
I don't know if federal work ... Yeah, it works the same. It does. Yeah, it's 10%, so 25,000.

James Garretson (09:15):
Yeah. You're right.

James Garretson (09:26):
I think they were towards the end.

James Garretson (09:34):
Yeah. I don't know. I don't know really how it works. They're real quiet about it.

James Garretson (09:38):
I'm hoping he just leaves the motherfucker today.

This transcript was exported on Dec 17, 2021 - view latest version here.

James Garretson (09:49):

Yeah. You would think.

James Garretson (09:54):

Joe's got to know he's getting tortured in court.

James Garretson (10:15):

Yeah.

James Garretson (10:17):

He's not in control in there.

James Garretson (10:30):

Yeah.

James Garretson (10:31):

Yeah.

James Garretson (10:48):

Oh yeah. He can't disguise his voice at all.

James Garretson (10:54):

Yeah. I wonder what Jeff Lowe's doing right now? I wonder if Jeff Lowe's thinking like, oh shit.

James Garretson (11:13):

Yeah.

James Garretson (11:14):

Yeah.

James Garretson (11:16):

Oh shit. They probably thought they were in there for him.

James Garretson (11:24):

Yeah. This Allen texted me from the neighbor across the street. Hang on. He texted me this morning. I guess they posted this trash article or whatever, and he said ... You know about all the animals dumping?

James Garretson (11:44):

Hold on. Let me read it.

James Garretson (11:49):

This transcript was exported on Dec 17, 2021 - view latest version here.

You know where they were talking about Jeff and them dumping the animals all over the place? It said that Ringling was mentioned, but it's probably about the lemur or whatever. I didn't read it.

James Garretson (12:11):
Oh yeah. Allen said Ringling's mentioned, and I was like-

James Garretson (12:13):
Yeah, I don't know. I didn't read it. I get pissed off on that kind of shit.

James Garretson (12:41):
Yeah. Oh, that's crazy.

James Garretson (12:48):
Yeah. He's a little strange sometimes, but he's all right.

James Garretson (12:57):
Oh, he did?

James Garretson (13:05):
Damn.

James Garretson (13:07):
Yeah, it's funny though, at least Will will get a good lunch today, him and his girlfriend.

James Garretson (13:16):
I'm going to try to find her name. As soon as they're checked in, I'll send you the screenshots. I want to know what she's busted for.

James Garretson (13:24):
That'd be funny, like prostitution or something.

James Garretson (13:30):
I'll let you know here in a minute, I'm checking it, regardless, all day.

James Garretson (13:35):
All right. Bye.

Exhibit 85