This transcript was exported on Dec 21, 2021 - view latest version here.

James Garretson (00:00):
Hello.

Speaker 2 (00:02):
All right, boss. I'm up, man.

James Garretson (00:06):
All right.

Speaker 2 (00:07):
How it is? I'm about to go ahead and head on down there and get right. But I got to go see the... remember I got to go meet up with the dealership, dude. You know what I'm saying? Remember?

James Garretson (00:18):
What do you mean?

Speaker 2 (00:18):
Remember, I told you JW need to sign them mother fucking papers?

James Garretson (00:24):
Yeah.

Speaker 2 (00:25):
So, what I'm going to do is this though, boss, I'm going to tell you ahead of time. I'm going to call you, and I'm going to call you like two times, maybe three times. And then you're going to tell me, because I'm going to have you on speaker phone, you going tell me you going to say, what Vern? What Vern? What? You know what I'm saying? With a attitude, you know what I'm saying? And when you do that, I'm going to say, man, I'm waiting on you, man, to go ahead so we can sign these papers. You got to come sign these papers.

Speaker 2 (00:50):
Then when I tell you that you got to sign these papers, when I tell you that just tell me like, oh, okay. Well, say man, you just go ahead and sign them. Man, I got shit going on with your... make up some shit. Man, just sign the fucking papers, and I thought you was already fucking done with this shit. And da, da, da. You say, I'm not tripping, just sign them for me. I can't get there right now. I came in town, but I got to leave, man. You know what I'm saying?

James Garretson (01:19):
All right. Do that this afternoon. Because I'm going to be around a lot of people, so I can do a write up this morning. So do it this afternoon.

Speaker 2 (01:28):
Okay. What time this afternoon? Because dude is going to pull up on me.

Exhibit 98

This transcript was exported on Dec 21, 2021 - view latest version here.

James Garretson (01:34):

I don't know. Give me-

Speaker 2 (01:35):

He said 12.

James Garretson (01:37):

Yeah, it's got to be this afternoon because I'll be around a lot of people.

Speaker 2 (01:44):

Okay, you got to tell me. I already talked to him this morning, Jay. So tell me what time I should tell him. You know what I'm saying? Because he already told me 12:00 because he ain't going to work. He just going up there to get the paperworks and bring them to me.

James Garretson (01:57):

All right. Give me a few, let me figure out when I'm going to be done.

Speaker 2 (02:02):

Okay.

James Garretson (02:03):

All right. Bye.

Speaker 2 (02:03):

Just call me back.