This transcript was exported on Jan 06, 2022 - view latest version here.

Agent Matthew Bryant (00:00:03):

This is Matt Bryant and James Garretson. We're meeting with Jeff Lowe at his residence on Greater Wynnewood Exotic Animal Park. The date is June 5th, the time is approximately 3:30.

Agent Matthew Bryant (00:00:17):

(silence).

Lauren Lowe (00:00:17):

How are you? Hi.

Agent Matthew Bryant (00:00:17):

How are you doing?

Lauren Lowe (00:00:17):

I'm still a little under this weather.

Agent Matthew Bryant (00:00:17):

Hi, nice to meet you, Matt.

Lauren Lowe (00:00:17):

Nice to meet you, too.

James Garretson (00:00:17):

Well, that's a pretty dog.

Lauren Lowe (00:00:17):

Thank you. We can let her out.

James Garretson (00:00:22):

Where's Mr. Lowe?

Lauren Lowe (00:00:23):

He's right outside taking the dog out. This one climbs out if she gets hungry.

James Garretson (00:01:16):

Pretty cool little cabin, isn't it?

Agent Matthew Bryant (00:01:16):

Yes, it is, very cool.

Lauren Lowe (00:01:17):

[inaudible 00:01:17]. I can see you out, over there.

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

James Garretson ([00:01:17](#)):
That is cool.

Lauren Lowe ([00:01:17](#)):
Oh yeah, that's my baby porcupine.

James Garretson ([00:01:17](#)):
Can you pick him up?

Lauren Lowe ([00:01:34](#)):
Yeah, I'll pick her up. She's so cool.

James Garretson ([00:01:42](#)):
That is cool. Isn't that real sharp?

Lauren Lowe ([00:01:48](#)):
Oh yeah, they're sharp.

James Garretson ([00:01:50](#)):
Oh, that's just how you get them? That is too cool.

Agent Matthew Bryant ([00:01:52](#)):
Nice.

James Garretson ([00:01:53](#)):
Do you know [inaudible 00:01:54]?

Lauren Lowe ([00:01:58](#)):
No, she's pretty cool. She likes to crawl around.

Agent Matthew Bryant ([00:01:59](#)):
When does she learn, I guess, to throw her quills?

Lauren Lowe ([00:02:00](#)):
That's in the movies.

Agent Matthew Bryant ([00:02:00](#)):
Okay.

Lauren Lowe ([00:02:01](#)):
That's in the movies. It's not real, but they will stick you with them and they'll fall out, but they don't shoot.

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

Agent Matthew Bryant (00:02:04):

Okay.

Lauren Lowe (00:02:04):

Yeah.

James Garretson (00:02:13):

So, what is Bill's house and shit? Bill and the husband?

Lauren Lowe (00:02:14):

Mm-hmm (affirmative).

James Garretson (00:02:14):

Oh.

Lauren Lowe (00:02:14):

Because the one, he doesn't do shit for the park. Saying that Jeff legally owns it but he doesn't do anything to support it. It's like, "Oh, really?" It's like, "Motherfucker, you don't... " That means Joe's, been talking a lot of shit.

Agent Matthew Bryant (00:02:33):

All right.

Lauren Lowe (00:02:33):

All right, I'm going to go.

James Garretson (00:02:33):

I'm going to charge this for a second. Is it all right if I plug this in for a minute?

Lauren Lowe (00:02:44):

Yeah, no, that's fine.

James Garretson (00:02:52):

It's a pretty cool cabin now.

Agent Matthew Bryant (00:02:53):

Yeah.

James Garretson (00:02:54):

Just all it is one little, metal buildings.

Lauren Lowe (00:02:58):

Is that it? [inaudible 00:02:58].

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

James Garretson ([00:02:58](#)):

Jeff is still sleeping?

Lauren Lowe ([00:03:03](#)):

No, I'm about to go find him. [inaudible 00:03:17].

James Garretson ([00:03:16](#)):

Oh, shit. Babies?

Lauren Lowe ([00:03:19](#)):

Yeah. The USDA was here, it was great.

James Garretson ([00:03:21](#)):

Oh, shit.

Lauren Lowe ([00:03:22](#)):

They didn't know. They didn't know. We kept her far away from him. As long as that happens, we're like, "Well, how you going to get the babies?" It's like, you don't want to see how they get the babies.

James Garretson ([00:03:29](#)):

I don't understand all that shit.

Lauren Lowe ([00:03:30](#)):

No.

James Garretson ([00:03:30](#)):

That is a pretty dog though. Oh my God.

Agent Matthew Bryant ([00:03:35](#)):

That is gorgeous.

James Garretson ([00:03:37](#)):

I like that porcupine.

James Garretson ([00:03:40](#)):

Don't let Brittany see that thing because I got to buy her one. You started that.

Agent Matthew Bryant ([00:03:44](#)):

How you doing, sir?

Jeffrey Lowe ([00:03:44](#)):

Good, Jeff Lowe.

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

Agent Matthew Bryant (00:03:45):
Mr. Lowe, Matt Bryant, nice to meet you.

Jeffrey Lowe (00:03:47):
Good to meet you.

Agent Matthew Bryant (00:03:47):
It's a pleasure.

Jeffrey Lowe (00:03:48):
Good to meet you.

James Garretson (00:03:48):
You started that lemur shit and now she wants [crosstalk 00:03:51].

Agent Matthew Bryant (00:03:50):
I met him down there today. I hadn't seen him in a long time. So were able to catch up a little bit. I hadn't really seen him or I hadn't seen you.

James Garretson (00:04:10):
I never had a bed in my damn truck. [crosstalk 00:04:13].

Agent Matthew Bryant (00:04:12):
I hadn't seen him since before Cash was born.

Jeffrey Lowe (00:04:12):
Wow.

Lauren Lowe (00:04:12):
Okay.

Jeffrey Lowe (00:04:12):
It's been a while.

Agent Matthew Bryant (00:04:12):
Yeah.

Jeffrey Lowe (00:04:20):
Can I get you guys a drink?

Agent Matthew Bryant (00:04:22):
No, I'm good, bud.

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

James Garretson ([00:04:31](#)):

What you got?

Jeffrey Lowe ([00:04:31](#)):

I got Fresca and Sprite. You sure?

Agent Matthew Bryant ([00:04:32](#)):

No, I'm good right now. I've been pounding the water, so I might have to use your restroom here in a little bit.

James Garretson ([00:04:37](#)):

I haven't really said much to Matt about asshole, but I kind of just told him.

Jeffrey Lowe ([00:04:48](#)):

[inaudible 00:04:48].

Agent Matthew Bryant ([00:04:48](#)):

Yeah. [inaudible 00:04:55]. Do what I'm going to do. I'll let you all sit. [inaudible 00:05:02].

Jeffrey Lowe ([00:05:07](#)):

I texted Joe. I said, "You better put your little bitch on a leash." He goes, "I already did."

Lauren Lowe ([00:05:11](#)):

It's like, "Okay."

James Garretson ([00:05:15](#)):

It would've been me and him if it [inaudible 00:05:15].

Jeffrey Lowe ([00:05:15](#)):

No, it wouldn't be, it'd be in Tampa.

James Garretson ([00:05:17](#)):

It'd be the Baskin zoo.

Jeffrey Lowe ([00:05:18](#)):

Yeah, it'd be Baskinville.

James Garretson ([00:05:18](#)):

What the fuck? That's ridiculous.

Agent Matthew Bryant ([00:05:21](#)):

Is that the-

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

Jeffrey Lowe (00:05:22):

Carole Baskin.

Agent Matthew Bryant (00:05:23):

Is that the lady in Florida who had something to do with a lawsuit or something like that?

Jeffrey Lowe (00:05:28):

Yeah. Psycho bitch. I wouldn't defend Joe, but she spent two and a half million dollars in lawyers trying to collect a million dollar judgment that he could never possibly pay. So it's just an obsession for her at this point.

Jeffrey Lowe (00:05:41):

Well, long story short, he's probably told you, my history was in circus. My grandfather owned Robin Brothers Circus. I've been living with animals all my life. And Lauren and I got married and we went on to Colorado, got a big, pretty house. And we went to buy zoo and the USDA came in and says, "Jeff, don't fuck your license up with this particular zoo, because it's got this many violations. It's going to be impossible to ever get the reputation back of the USDA, to where your inspectors would respect you, no matter what you do."

Jeffrey Lowe (00:06:12):

So we met Joe about the same time, August of '15. And because I knew about this gay tiger wrangler in Oklahoma. So I called him up and I said, "Well, you come out and inspect his zoo and you let me know your feeling about it." So I flew him up from Colorado. He looked it over and he said, "No." And he says, "It's not as bad as you USDA says, but you're going to need to raise all these cages. So I said, jokingly, "Well, you want a partner in Oklahoma," because I knew he had this place. And he says, "I don't want a partner, but I'll sell it to you, as long as I can live there and keep my cats here."

Jeffrey Lowe (00:06:50):

I said, "Well, so that works" so we came in and we took over. I paid all of his back legal bills, 50 or $60,000. I built all new caging and brought the park up to my minimum operating satisfaction. And then, it was okay for about a year. Even though Carole Baskin had been suing Joe and she went to the court and they got a receiver, a federal receiver, to come in and watch the money, just in case Joe was still on the park. And it was some kind of underhanded shit. So he was here for a year, Joe couldn't get away with pilfering money. He couldn't get away with anything. He had to actually operate.

Jeffrey Lowe (00:07:33):

And so, Lauren and I travel a lot. We went out and we spent 10 months in Las Vegas trying to get an animal thing, built up with Siegfried and Roy. And we came back and as soon as we got back, Joe was like, "You need to go to Miami. You got to get this. Is James taking you to Miami?" I'm like, "What the fuck, Joe? I just got back from 10 months being away."

Jeffrey Lowe (00:07:57):

So I talked to James and James says, "Oh yeah. He's been telling me, I don't want to see him. This cunt can't be around here. James, you got to get them to Miami because I don't want them hanging around

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

the park. It's my fucking park." So, that caused me to start looking in the books. He's running for governor. He was running for president-

Agent Matthew Bryant (00:08:19):

I remember hearing some-

Jeffrey Lowe (00:08:20):

Now he's running for governor. So I'm going through all of my bank accounts, Joe's not a signer. Joe has a stamp to pay employees and he has a stamp to pay electric and water while I'm gone.

Agent Matthew Bryant (00:08:31):

Is there an agreement besides a verbal agreement on that?

Jeffrey Lowe (00:08:33):

Yeah. Yeah. We have everything written down in contract.

Agent Matthew Bryant (00:08:37):

Okay.

Jeffrey Lowe (00:08:44):

I went through nine months because the 10th month wasn't available, last week when we pulled them. And I found $30,000, $20,000 in cashed checks written to cash, stamped by me and then endorsed by me. Okay? There's $5,000 other checks for legitimate bills, all used the stamp. Never once did they sign my name. Joe only signed my name, he forged my name on the cash checks.

Jeffrey Lowe (00:09:15):

So I'm like, "What the fuck is $9,800 on Christmas Eve, Joe?" I don't know. I can figure it out. I can figure it out. Well, his husband, who he lured in here off of Grindr.

Lauren Lowe (00:09:30):

Tinder, [crosstalk 00:09:33].

Jeffrey Lowe (00:09:32):

I know my gay websites. Grindr, he brought him in here promising him to buy him a new Mustang. Well, coincidentally, Christmas day or the day after Christmas, he gets him new Mustang. So I'm guessing that $9,800 was a down payment on his Mustang. So I've got proof of 26 so far, because we haven't gone through this month. I have proof for 26 forged checks. I have proof of $55,000 in campaign spending for his gubernatorial thing, because we do print it. I mean we do minimum printing for business cards and shit like that. I started seeing six and $7,000 printing bill checks written to the local print house. So I go in and I looked through the receipts to try to match these up. And I found them; campaign, campaign, campaign.

Jeffrey Lowe (00:10:26):

This transcript was exported on Jan 06, 2022 - view latest version here.

Well, it's illegal for one thing, for my business to give you more than $ 2,700 because that's campaign finance violations. What he was doing is he called James, did you tell him about that? He called James and he says, "I'm putting you down for $2,700 campaign donation."

James Garretson (00:10:44):

He told Brittany, from [inaudible], and said, "Just letting you know, I'm putting you down for $1,700 as Tire Illuminations donating to the campaign."

Jeffrey Lowe (00:10:55):

So they stealing money out of my bank, putting it as campaign fund. So he can go in and do all of these parades and all this shit. All right? Using my park to pay for all of the bumper stickers and the t-shirts and the water bottles that he's giving away, which besides the fact it's embezzlement, it's campaign finance violations.

Jeffrey Lowe (00:11:12):

And so I came in here one day, when we first got back and I had been inquiring to a couple of the people at the counter. I says, "Can you tell me what we did on Saturday?" And, "Oh, I don't know." I said, "Don't you run the cash register? Don't you close out the books?" He goes, "I don't know. You'd have to check with Brenda." So I go to Brenda, I said, "Brenda, how much do we do Saturday?" She goes, "Gosh, I don't remember like four or $5,000, maybe." She goes, "I don't remember."

Jeffrey Lowe (00:11:40):

10 minutes later, I'm at my desk, Joe walks in, "Apparently we need to talk." He didn't like me inquiring how much we did. And I said, "You're right, motherfucker, we do need to talk." And I started blowing up all of this.

Lauren Lowe (00:11:52):

I got it on video.

Jeffrey Lowe (00:11:52):

You got to watch the video, she recorded it. He admitted it to selling tigers across state line. He goes, " Well, I put $200,000 worth of cub money in this park." I said, "When the fuck did you do that, because you only had six or seven Cubs born since November?" He goes, "You don't know how many cubs I've had born." I said, 'Well, you think that selling them across state lines... "

Jeffrey Lowe (00:12:14):

And what he does is he'll go to Doc Antle, he'll say... because they know you can't sell tigers across state lines. He'll say... Fuck, there's just one last week. He didn't sell it to him. And he charges him $5,000 to deliver. And he sends somebody from here to deliver it. So it's a delivery fee.

Agent Matthew Bryant (00:12:34):

And the forms will say there's donation?

Jeffrey Lowe (00:12:37):

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

Forms say donation, always because you know...

Agent Matthew Bryant (00:12:39):

Well, I guess if you're in a lawsuit, you don't want to show that you're making any money.

Jeffrey Lowe (00:12:44):

Right. And that's why I said, "Joe, if you're doing this-

Agent Matthew Bryant (00:12:47):

And then the legal side of it too, you don't want to show that there'-

Jeffrey Lowe (00:12:49):

I said, "Why the fuck, Joe? If they're paying you cash, why are you putting it in the bank?" That's stupid. I said, "For one thing... " Then he went and started this bar down here. Okay? And did you know-

Agent Matthew Bryant (00:13:02):

When did he start that?

Jeffrey Lowe (00:13:04):

[crosstalk 00:13:04] program. You heard that?

James Garretson (00:13:05):

Yeah, I heard him bitching about it.

Lauren Lowe (00:13:07):

He started that probably-

Jeffrey Lowe (00:13:07):

He started that about a year ago. It's already being sued because they served somebody too much and he got in a wreck on his way home. Two of his managers just got arrested the other night, apparently, for trafficking meth.

James Garretson (00:13:19):

Oh, the Saff?

Lauren Lowe (00:13:21):

Saff and-

James Garretson (00:13:22):

I remember this. It was an 818 number kept calling me. 808 or 818. Because she dropped that Tabby off at the store one time, she had my number. She was hitting me up for $880 bucks yesterday. Well, you can pay it over the phone. So I don't know what that was about. I never even talked to the person. So

This transcript was exported on Jan 06, 2022 - view latest version here.

they were like, "I got $800. I need to get $880 bucks today. You can put it on a card or whatever." I'm like, "I'm having my own issues."

Lauren Lowe ([00:13:45](#)):
She got arrested for (inaudible) into a truck. [crosstalk 00:13:53].

Jeffrey Lowe ([00:13:53](#)):
So all I know is I've got him on $100,000 dollars worth of fraud and when I confronted him, he just said, first it happened in the office. And then he says, "I got to see your proof." But we had it all laid out and he just sat there like, "I'm fucked."

Jeffrey Lowe ([00:14:11](#)):
So I've got him admitting to everything that he's done.

Agent Matthew Bryant ([00:14:16](#)):
Why are you willing to turn him in this?

Jeffrey Lowe ([00:14:22](#)):
The list of reasons is this high. But stealing from me, we went to Las Vegas and we rented a house to start this business out there. And I was using probably four or $5,000 a month from park income to do that. So all of a sudden I get... How did we find out that he said that?

Lauren Lowe ([00:14:42](#)):
We were at the park.

Jeffrey Lowe ([00:14:43](#)):
About Jeff and Lauren. He told him, he says, "Jeff and Lauren are fucking bankrupting this park." And I said, "What? For one thing, it's my park."

James Garretson ([00:14:53](#)):
Yeah, remember the one day I told you, he was like... Well, what happened is I sit down at the desk, in his office-

Jeffrey Lowe ([00:14:59](#)):
And all those packages are there.

James Garretson ([00:15:00](#)):
... and all those packages-

Jeffrey Lowe ([00:15:02](#)):
He'd been ordering. [crosstalk 00:15:05].

Lauren Lowe ([00:15:05](#)):

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

Okay, he was bitching because-

James Garretson (00:15:05):

And he's like, excuse me Lauren, "That little red head, that fucking cunt, spends all the park's money on all this shit."

Jeffrey Lowe (00:15:13):

There's wedding gifts.

James Garretson (00:15:17):

He has a bad hatred for Lauren. Like, bad.

Jeffrey Lowe (00:15:20):

I'm just done with him. I came in here. I saved his ass. I kept his home. He lives back here in the park and he talks shit about me.

Agent Matthew Bryant (00:15:31):

But doesn't he run the zoo?

Jeffrey Lowe (00:15:32):

He manages on a day to day basis when I'm not here because I've got other businesses. This wasn't my life. I came down here. I said, "I'll own a zoo." If a kid gets eaten by a tiger, it's on my ass, not him. He skates free and clear. But he's got keys, but he'll be the first one to admit-

Agent Matthew Bryant (00:15:52):

He gives you the park... Well, first of all, I know you trust James, as do I, and I'll identify myself. This is me. I'm a special agent with US Fish and Wildlife.

Jeffrey Lowe (00:16:05):

Okay.

Agent Matthew Bryant (00:16:06):

Obviously, you can with me on any types of crimes. But I'm the agent, over in north Texas and Oklahoma.

Jeffrey Lowe (00:16:12):

Okay.

Agent Matthew Bryant (00:16:15):

So I'm interested in kind of all aspects of this. I'm trying to kind of get an idea of, since he's into so many things, kind of where to go. And I have heard, obviously, in my occupation, I've heard of Joe in little bits and pieces of people calling in and complaints, but nothing real substantial or nothing that anybody had anything on other than some hearsay. I had checked into it a little bit, but it was always just seemed like it was a game or some type of deal going on.

This transcript was exported on Jan 06, 2022 - view latest version here.

Agent Matthew Bryant (00:16:50):

But I get calls about him all the time. So yeah, he is on the radar as somebody I'd probably feel-

Jeffrey Lowe (00:16:57):

He's smarter than you think.

Agent Matthew Bryant (00:16:59):

I get that. I feel like he's into a lot of different stuff in probably a lot of different forms. I know, on the wildlife side, he's got the game figured out somehow or another to be doing it this long to be evading everybody.

Jeffrey Lowe (00:17:13):

When I get back, we need to talk about how to resolve all of this.

Lauren Lowe (00:17:25):

There's no resolving this. We're done.

Jeffrey Lowe (00:17:25):

He doesn't want me pressing charges. I told him I was in Las Vegas two days ago and he started his shit again. How do we find out? What was that about? My memory's just...

Lauren Lowe (00:17:33):

I'm sorry, I'm not listening.

Jeffrey Lowe (00:17:34):

Just the other day, what blew me up in Las Vegas?

Lauren Lowe (00:17:37):

Oh, because he contacted you saying that... Oh, shit, what was it? God damn. You was talking about the car was stolen. As soon as the car was stolen-

Jeffrey Lowe (00:17:51):

They found the Ferrari.

Lauren Lowe (00:17:52):

Oh yeah, they did found it.

James Garretson (00:17:52):

Was it in one piece?

Lauren Lowe (00:17:52):

We don't know.

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

Jeffrey Lowe (00:17:55):

It's turned to a salvage yard. I don't know. But yeah. So I'd rather have the $200,000 check instead of the car. Yeah.

Lauren Lowe (00:18:04):

We still might get the check because we don't have-

Jeffrey Lowe (00:18:06):

Yeah, if the car is trash, I'm taking it to the car dealership and saying, "You go through this bitch with a fine tooth comb." They could have had-

James Garretson (00:18:12):

If they found it that fast, it's probably intact.

Jeffrey Lowe (00:18:15):

Well, we don't know how long it happened. We own these-

James Garretson (00:18:17):

Oh, you haven't seen it in months?

Jeffrey Lowe (00:18:19):

No.

James Garretson (00:18:19):

Damn.

Jeffrey Lowe (00:18:20):

But anyways. He did something the other day that pissed... It fucking might be in my text.

Agent Matthew Bryant (00:18:29):

This is kind of just hearing you this. Did you take over the place? Is there any discretion or anything that you took over the place or bought the place to help him during this bankruptcy thing to hide assets?

Jeffrey Lowe (00:18:42):

No. Nothing. That's all bullshit. I promise you. We litigated this for three years now. There were no assets, this park had nothing. It was hundreds of thousands of dollars in debt. I went and paid back, paid all the legal bills, $12,000 worth of billboard payments, the electric bill, everything, I paid. So there were no assets.

Jeffrey Lowe (00:19:04):

There was a couple of junky, little FEMA trailers here and there and every place. That got moved to another piece of property, the bankruptcy courts were notified and they went and made... Somebody bought them all for $4,000 bucks or something.

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

Jeffrey Lowe ([00:19:17](#)):

So it's clean, I'm clean. I haven't done anything wrong. I've never sold the tigers to anybody because I love them. I keep them when they're born, I want to keep every one. Joe wants to sell ever one.

James Garretson ([00:19:31](#)):

Jeff said that because it's hard to part with the animals.

Jeffrey Lowe ([00:19:33](#)):

Yeah, I love the animals.

James Garretson ([00:19:34](#)):

Joe's just a monster.

Jeffrey Lowe ([00:19:35](#)):

Yeah, Joe's so...

Agent Matthew Bryant ([00:19:37](#)):

All right. So, that kind of takes some of the bankruptcy thoughts that I had initially had.

Jeffrey Lowe ([00:19:43](#)):

But my lawyer knows everything about all of this. And I went to my lawyer last week, two weeks, three weeks ago, I had a deposition with... Because of Joe's lawsuit. I had to be deposed of checks that Joe wrote and everything else. So I told my lawyers, before we started this shit, because Joe and myself were named in this one. Joe's old park and my new park we're named in this latest motion from Carole Baskin. So we had a joint lawyer in Oklahoma city and she's been my lawyer for a couple of years. And I told her, I said, "Look at this, look at this." I took her a whole envelope that said campaign...

Jeffrey Lowe ([00:20:20](#)):

And I said, "Here's all the violations of campaign finance. Here's where he's forging my name. Here's where he's embezzled $54,000 in printing shit. What do I do?" I said, "I don't want to look like I'm wrapped up in this." I said, "You're my lawyers. As of today, I have notified you, this is what I've discovered. So from here on out, I've cut him off of the money," which she just canceled his credit card today when he's on the road in South Carolina. He probably doesn't know it yet. But if he's at Doc Antle's with four fucking tigers.

Agent Matthew Bryant ([00:20:53](#)):

You think he'll come back with cash?

Lauren Lowe ([00:20:55](#)):

Can he?

Jeffrey Lowe ([00:20:56](#)):

No, he traded it for $50,000 worth of meat.

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

Agent Matthew Bryant ([00:21:01](#)):

Any records to show that?

Jeffrey Lowe ([00:21:02](#)):

A text.

Agent Matthew Bryant ([00:21:06](#)):

So he's telling you then? Well, you've thrown a lot at me here.

Jeffrey Lowe ([00:21:13](#)):

I know.

Agent Matthew Bryant ([00:21:13](#)):

Let me think. What about all the tiger stuff? Some stuff we just talked about, do you have records? Does the park have records about cubs being born? Maybe, is there a cub book?

Jeffrey Lowe ([00:21:28](#)):

There's a cub book, it's on Rink's desk, that shows cub births. I don't think it's accurate. I think they deliberately... Because see, Joe owns 100 tigers out here. I have nothing to... They're on my park and that was part of our agreement. Joe needed a place, even if I bought the zoo, Joe needed a place to house his tigers. I said, "As long as you take care of them and you're responsible for feeding them," because he had the Walmart meat program. I said, "I'll take care of all my animals, you and your crew take care of yours."

Jeffrey Lowe ([00:21:56](#)):

Because where did you put 120 tigers?

Agent Matthew Bryant ([00:21:58](#)):

Right.

Jeffrey Lowe ([00:21:58](#)):

So that, when they're born-

Agent Matthew Bryant ([00:21:59](#)):

Well, his are open for exhibition.

Jeffrey Lowe ([00:22:01](#)):

His are on exhibition, he has a license. As do I. So when a cub is born, unless it's born to my animals, it's his cub, I got nothing to say. My cubs, my tigers are just at that age now, just going to start breeding.

Agent Matthew Bryant ([00:22:17](#)):

But if he sells all his cubs, he's using your bank account. So the money from these-

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

Jeffrey Lowe (00:22:25):

He put some of it in the bank to cover... He tries to pay. He tries to keep the bank account from bouncing because otherwise I would've looked into it and discovered all of his fraud.

Agent Matthew Bryant (00:22:39):

So if he's selling tiger cubs in interstate commerce, how can we prove that?

Lauren Lowe (00:22:45):

I have him on video.

Jeffrey Lowe (00:22:48):

We have it on recording.

Agent Matthew Bryant (00:22:50):

I mean, specific instances because having him saying that, and then he could come back later, go, "Yeah, I lied. I've never sold any cubs."

Jeffrey Lowe (00:22:59):

I can prove, I've delivered cubs that I didn't collect money for, but I didn't ask either. He'll say, "Can you take a lion to Monterey Zoo in California?" I said, "You're on. That's our road trip. We'll take a lion out there."

James Garretson (00:23:15):

Yeah, I remember when y'all took that.

Jeffrey Lowe (00:23:16):

Yeah, to Charlie.

James Garretson (00:23:17):

That was Charlie, yeah. Summit.

Jeffrey Lowe (00:23:20):

Summit?

James Garretson (00:23:23):

Summit. But he took [inaudible 00:23:26].

Jeffrey Lowe (00:23:27):

Yeah, but we can prove it. I mean, we can prove it.

Agent Matthew Bryant (00:23:32):

Because that's one of the things for me, especially if there's false documents, if you go back to these, I believe they're called... It's been a while [crosstalk 00:23:43].

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

Jeffrey Lowe ([00:23:42](#)):

... in business.

Agent Matthew Bryant ([00:23:43](#)):

This type of case, but transfer papers.

Jeffrey Lowe ([00:23:45](#)):

Disposition papers.

Agent Matthew Bryant ([00:23:46](#)):

Those, if they're showing donation and then I can take money that are coming in from that. And then we have an interstate transfer.

Jeffrey Lowe ([00:23:55](#)):

Let me tell you where you do it. You subpoena Walmart in Paul's Valley. He has everybody at Walmart in the money, in his name. You can match those disposition papers to all of the incoming... What do they call it?

James Garretson ([00:24:09](#)):

Joe resigned from [inaudible 00:24:11].

Lauren Lowe ([00:24:11](#)):

I know, but they let him do it there.

Jeffrey Lowe ([00:24:13](#)):

What is that? It's not money-

James Garretson ([00:24:17](#)):

Walmart to Walmart.

Jeffrey Lowe ([00:24:18](#)):

Yeah. Walmart to Walmart. Don't look at the MoneyGram because that's not under MoneyGram.

James Garretson ([00:24:23](#)):

Walmart to Walmart.

Jeffrey Lowe ([00:24:24](#)):

Person to person, Walmart.

James Garretson ([00:24:28](#)):

Yeah. [inaudible 00:24:29].

Jeffrey Lowe ([00:24:29](#)):

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

Subpoena those records, you match up the USDA disposition records, transfers, and the health certificates. You go to the state vet, you get the health certificates, boom, boom, boom, no denying it. I've got another zoo owner that I don't want to get in trouble because he's a really nice guy.

Lauren Lowe (00:24:48):

He's very nice.

Jeffrey Lowe (00:24:49):

Always donates money to Joe and he's taken 10 cats. But if we could make sure that he didn't get in trouble, he would roll on Joe.

Agent Matthew Bryant (00:25:03):

What state's he in?

Jeffrey Lowe (00:25:03):

North Carolina.

Agent Matthew Bryant (00:25:17):

What about, I'm trying to remember exactly.

Jeffrey Lowe (00:25:18):

See, what I want from Joe, if Joe's out, here's what I was afraid of. And I was afraid of taking 26 forged checks to the DA of Garvin County and the DA saying, "We'll see what we can do." The DA here is historically, from what we're told, just a dipshit. He doesn't do anything. Maybe you know him.

Agent Matthew Bryant (00:25:36):

I don't deal with DA's. I deal with United States attorneys.

Jeffrey Lowe (00:25:41):

Right. So I want him arrested to where he's not coming back here. And he's already threatened me with... What he did is, is he found out Lauren and I come back, when I texted him, I said... I'm looking for it. I said, "I'm coming back and I'm pressing charges." I said, "I'm done. I'm headed back and I'm going to close the park down and file charges. I gave you everything and you fucked me over and over and over." He says, "I'm all for closing the park. I can't do this anymore. And I'm not worried about telling the truth, what it takes to run this place." And I said, "Yeah, loyalty and we have none around here."

Jeffrey Lowe (00:26:27):

This is where he lost his Walmart Meat program. And this is talking about today's incident with his husband going up there and saying that I'm not doing anything to help with the park. I've told him. I said, you better put your little bitch on a leash because I was-

James Garretson (00:26:51):

What was he, going to smoke pot every day-

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

Jeffrey Lowe (00:26:53):

Fuck, that little...

Lauren Lowe (00:26:59):

That's all he does. [crosstalk 00:27:00].

James Garretson (00:26:59):

Work at a client fence.

Jeffrey Lowe (00:27:01):

It's right here. "We need to talk like adults as to how to solve this because I don't mind moving all my stuff off property and getting a real job, paying rent somewhere until I can relocate all my animals. My mom is going to want the electric water out of her name and let all the buildings and trucks go back to the creditors until the land is dealt with. This is no fun anymore. And the drama just never stops. Tim called me about Walmart. And I said, you called him. These people never shut up about twisting shit in this industry. So give it some thought and let me know if we can continue to move forward or do I need to move on? I have no fight left in me nor do I care since Travis dried."

Lauren Lowe (00:27:40):

He's the one who starts all this shit.

Jeffrey Lowe (00:27:41):

He's the drama fucking queen. And he blames everybody else for drama.

Agent Matthew Bryant (00:27:46):

There is something that I heard back... I can't remember, it was a call I got and the person remained anonymous. I took a note down, but then I told him to call me back with more. Is there any information that you know of regarding this lady in Florida? What's her name?

Jeffrey Lowe (00:28:04):

Carole Baskin.

Agent Matthew Bryant (00:28:05):

That Joe is wanting to cause her harm.

Jeffrey Lowe (00:28:08):

Absolutely. Abso-fucking-lutely. A cop, two days ago, he's now a cop, he was Joe's limousine driver, told me that Joe approached him and because he was a sharp shooter in the military and he says, "I was in Las Vegas talking this guy named Tony." He says, "Joe asked me what I would charge him to kill Carole Baskin." And I said, "Oh, fuck. What'd you tell him?" He says, I told Joe, "That was me in the military." He says, "I don't kill people." And his wife used to work here, still wants her job back. Joe fired her because I think he-

Lauren Lowe (00:28:44):

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

He hates fat people, so-

Jeffrey Lowe (00:28:46):

Yeah, Joe [crosstalk 00:28:47].

Lauren Lowe (00:28:47):

He calls people fat-ass.

Jeffrey Lowe (00:28:52):

He's just a big drama queen. Okay? Another one, there was an employee that worked here. I brought this employee from... I didn't bring him. He worked for me in South Carolina. Okay? I was in Las Vegas, but I brought Allen over here to work. Allen was a great worker and Joe really liked Allen and took some kind of a... I think he trusted Allen. Joe didn't trust many people. But I find out, I get a package in Las Vegas. I still have it some place. A package comes to my house and it's a cell phone. No fucking kidding, it was from the park. No explanation what it was for. I didn't know anything, why I was getting a cell phone. And I called Joe, I said, "Did somebody send me a fucking old cell phone?" He goes, "Yeah, that's Allen's cell phone." He says, "I'll explain it later." I'm thinking... So we threw it in the nightstand drawer. Do you know where that phone is? Do we still have it?

Lauren Lowe (00:30:00):

I think so.

Jeffrey Lowe (00:30:02):

Is it in here? In the drawer?

Lauren Lowe (00:30:02):

Yeah, check.

Jeffrey Lowe (00:30:06):

The guy, apparently, Joe gave him cash, which had to come out of my park to go down and stalk her out. And this was four or five, six months ago. And he went-

Agent Matthew Bryant (00:30:21):

How can we prove that he gave him money because we need an overt act?

Jeffrey Lowe (00:30:26):

Because Allen would squeal like a pig. I really-

Lauren Lowe (00:30:31):

Allen's really loyal to you.

Jeffrey Lowe (00:30:32):

Allen jump in front of a bus, bullet, for me.

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

Agent Matthew Bryant ([00:30:35](#)):

But then you got Allen and I don't know Allen's background.

Jeffrey Lowe ([00:30:39](#)):

He's a criminal teardrop tattoo.

Agent Matthew Bryant ([00:30:41](#)):

But you got a guy saying that, "Yeah, Joe gave me $3,000." And Joe says, "No, I never gave him $3,000." Where do we go from there?

Lauren Lowe ([00:30:53](#)):

We, I can get him to record if that helps-

Jeffrey Lowe ([00:30:54](#)):

I can accuse him because you know what? Here's another one. The cop that I told you used to work here three years ago, four years ago, right before-

PART 1 OF 4 ENDS [00:31:04]

Jeffrey Lowe ([00:31:03](#)):

Three years ago, four years ago, right before we got here, Joe goes to Chicago for a funeral or something, I don't know. While he was gone, the studio, the reptile house, explodes. Kills all Michael Jackson's... We had five Michael Jackson's alligators in there, all the computers and hard drives, Joe's recording studio, everything, fucking blown away. They had a video, at three in the morning, of this guy walking down the street in front of the park. Joe always blamed it on this guy who used to work here, wore a cowboy hat, named Rick. Joe goes and files a report with the feds. The FBI came out here. They investigate everything. They leave it is an open case. The other night, when Mark is spilling his guts about Joe, he says, "And you know that he blew up the alligator house, right?" And I said, "Do you know what?" I said, "I fucking accused him, on video, of blowing up the alligator house and he didn't deny it."

Lauren Lowe ([00:32:06](#)):

Didn't deny it.

Jeffrey Lowe ([00:32:07](#)):

So it was like he knew I knew something and he wasn't going to deny it. So I said, "What do you know?" And he says, "Well, what I know is..." He says he thinks that somebody, who still works here, did it for Joe, because Carole Baskin had a subpoena to get all of the hard drives from the park. They wanted to forensically evaluate. So, Joe blows the studio up, conveniently, all the computers are toast. Some of them are missing and a safe is missing. The safe with all of the footage that Carole was trying to obtain, because she had a monetary judgment against Joe. She claimed that all the video footage of all the cats had monetary value. The court agreed and the court said, "You got to turn over all the video."

Jeffrey Lowe ([00:32:54](#)):

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

The video was on thumb drives in the safe. Well, the safe was gone after the park, after that thing got blown up. Well, Mark says, "Jeff, go look online. Joe's posted... He claims that was the only copies of the material. Joe has been posting it all along." He says, "So there was no missing safe. Joe fucking did all that to cover up that judgment or that subpoena to turn over the computer." He says, "And a week after he did it, the guy who works out in the park, he has a brand new stereo system." Broke as shit. These guys are broke. They work for nothing. New clothes, new stereo system. Doesn't fucking surprise me at all. I've seen Joe and he always puts it on somebody else, just like the bar. We had a Walmart meat program here, that fed all the cats. Joe was pulling meat out of the Walmart scrap, taking it up and selling it as hamburgers and cheeseburgers and steaks at the bar.

Jeffrey Lowe ([00:33:55](#)):

Walmart found out about it. Cut us off. I got to start spending $20,000 a month now, on meat, because he was selling it. Every time I catch him buying something new, his boyfriend's car, he goes, "The money didn't come out of the park. It comes out of the bar." Bullshit, because half of the food that... We order food for the park, maybe $1,000 a month worth. There's $7,000 a month worth of meat being bought out of my park, which I know is being delivered to that damn bar. So he's co-mingling my funds with his business, which is another crime. You asked why I'm [inaudible 00:34:37] I'm just over it. I just can't do this anymore, because it's always... It would be so easy to look like I'm involved in any of this shit, but I'm not. That's why I asked him to call you. That's why I went to my lawyers and said, "Stop the bleeding."

Jeffrey Lowe ([00:34:55](#)):

We were in Las Vegas, 10 months. We came back for a month. Dude, if you watch that video, you'll know I got no part in this. I accused him, I said, "Joe, you're fucking selling tigers across state lines? I said, Jesus Christ. Where's the video?

Lauren Lowe ([00:35:11](#)):

It's on my phone.

Jeffrey Lowe ([00:35:13](#)):

[inaudible 00:35:13] five minutes-

James Garretson ([00:35:14](#)):

I wonder how many he sold across state lines.

Agent Matthew Bryant ([00:35:15](#)):

How many videos... Have you ever recorded him speaking or anything? Phone calls or anything like that?

Jeffrey Lowe ([00:35:24](#)):

Yeah.

Lauren Lowe ([00:35:24](#)):

Of what? Which ones?

Jeffrey Lowe ([00:35:24](#)):

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

She records everything. She's probably recording you right now.

Lauren Lowe ([00:35:31](#)):

I'm not recording. I'm not. I'm going to be very good right now.

Agent Matthew Bryant ([00:35:31](#)):

Well, this is what I'm, and I don't mean this insultingly, so let me just say, all of it sounds great. It's all stuff that you hear a lot.

Jeffrey Lowe ([00:35:41](#)):

Right and I produce it.

Agent Matthew Bryant ([00:35:43](#)):

Where are we going to be able to prove it? I don't mind working the case.

Jeffrey Lowe ([00:35:46](#)):

Can you-

Agent Matthew Bryant ([00:35:47](#)):

I don't mind opening up a case and doing this, but here's hierarchy for me on the crimes. The murder for hire, it's a good one, but we need an overt act. We need money changing hands, handing him a gun, doing something. We need an overt act or it's all just talk. Then we get to the wildlife stuff. The wildlife stuff's good stuff to work. The felony stuff on the interstate commerce, selling of endangered species, lemurs, tigers, [inaudible 00:36:16] and stuff like that-

Jeffrey Lowe ([00:36:17](#)):

You can't, I know.

Agent Matthew Bryant ([00:36:18](#)):

... that's a tough deal for me. Even if it's false paperwork, the donation, maybe-

Jeffrey Lowe ([00:36:25](#)):

It's not worth taking to court, because it's going to be thrown out.

Agent Matthew Bryant ([00:36:28](#)):

I would like to show it. If you got all this and they're [inaudible 00:36:31]. It's a pattern of behavior, and so is falsified documents and all that type of stuff.

Jeffrey Lowe ([00:36:35](#)):

There's two brand new ones, that's why it took me a minute to get in here. Just born this morning. I fucking guarantee you they won't be on the inventory. He will not put them on his inventory, because he's got them sold for $7,500 a piece.

Lauren Lowe ([00:36:44](#)):

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

Here's just part of it.

Jeffrey Lowe (00:36:44):

Yes, and I'm being blamed for the demise.

Jeffrey Lowe (00:36:50):

(Recording begins) You're paying his student loan with money out of the park. Don't fucking lie to me.

Joe Maldonado-Passage (00:36:57):

His student loan is coming out of it.

Jeffrey Lowe (00:36:57):

Why?

Joe Maldonado-Passage (00:36:58):

Because I got to get some of my money back, Jeff.

Jeffrey Lowe (00:37:00):

So you're going to fucking put me in parel, and you're going to spend $4,700 in Sysco, on November the 11th through the 21st, for this place? [inaudible 00:37:10] the fucking bar.

Joe Maldonado-Passage (00:37:11):

But the bar-

Jeffrey Lowe (00:37:12):

The money from here can't go to the bar. You're fucked, Joe. You just had James create a fake campaign deposit. You had fucking had Bill Meadows do it and you had Lorry [inaudible 00:37:23] do it. You think that's legal? You're going to get me in fucking trouble, Joe, and I came here to save your ass.

Joe Maldonado-Passage (00:37:31):

How-

Jeffrey Lowe (00:37:32):

You forged my name, 20 fucking times, on cash checks. You think that's right? You got my goddamn stamp.

Joe Maldonado-Passage (00:37:39):

Where is the-

Jeffrey Lowe (00:37:40):

I've got it all, Joe. This much. I have it. You're fucked. You are so-

Joe Maldonado-Passage (00:37:45):

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

On cash checks?

Jeffrey Lowe (00:37:46):

Cash checks.

Lauren Lowe (00:37:47):

(Lauren speaks over the recording) Now he acts stupid.

Jeffrey Lowe (00:37:48):

You're fucked, Joe. You've been fucking me. You know what started it? Because when you go in and you talk to those people and you tell them that Jeff and Lauren are bankrupting this park when you're fucking filtering all your goddamn living expenses, your boyfriends-

Joe Maldonado-Passage (00:38:03):

I have not.

Jeffrey Lowe (00:38:03):

Okay, who made the down payment on a Mustang, Joe? Where did you get the cash to pay the limo [inaudible 00:38:13].

Joe Maldonado-Passage (00:38:12):

That comes out of the bar.

Jeffrey Lowe (00:38:13):

Really? Then why are we paying for the bar's point-of-sale system? Why did the park pay for their point-of-sale system?

Joe Maldonado-Passage (00:38:20):

Jeff, it depends on which account has money in it.

Jeffrey Lowe (00:38:23):

So your co-mingling funds from my park, with someone else's business? That's illegal.

Joe Maldonado-Passage (00:38:30):

Because it is legal, and it's-

Jeffrey Lowe (00:38:33):

It's illegal. You can't do that. You're fucked, Joe. I can't stop it now. I can't stop it. You forged 20 checks. That's 154 years in prison, and all because I tried to help. And you know why? You know what started it? You go in there and you start bitching at them that I'm draining the park dry, right the other day. Then you know what? You went to fucking James and you told James, " Jeff is bankrupting this fucking park." No, I've got proof, and you know how you thought he recorded you, you're right.

Joe Maldonado-Passage (00:39:06):

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

Because, he records everything.

Lauren Lowe ([00:39:06](#)):

(Lauren speaks over the recording) And talked shit about me.

Jeffrey Lowe ([00:39:10](#)):

And you said, "I don't want that fucking cunt back here. Take him to Florida." Would I say that about your little dick sucking, fagot husband? You talk about my wife like that? You're a fucking idiot.

Joe Maldonado-Passage ([00:39:23](#)):

I would like to hear all of this.

Jeffrey Lowe ([00:39:24](#)):

Really? Would you?

Joe Maldonado-Passage ([00:39:26](#)):

Yeah.

Jeffrey Lowe ([00:39:27](#)):

You're going to jail.

Lauren Lowe ([00:39:29](#)):

I've heard it from so many people. Don't ever talk about me that way, or my husband.

Jeffrey Lowe ([00:39:31](#)):

It's just like the other night when you told her to shut the fuck up. If I'd had heard that, I'd knock you the fuck out.

Joe Maldonado-Passage ([00:39:35](#)):

[crosstalk 00:39:35]

Lauren Lowe ([00:39:35](#)):

When the votes were out and I was trying to get [crosstalk 00:39:38].

Jeffrey Lowe ([00:39:42](#)):

[crosstalk 00:39:42] It wasn't her fault.

Joe Maldonado-Passage ([00:39:43](#)):

When did I tell you to shut the fuck up?

Lauren Lowe ([00:39:46](#)):

Right before you shot your gun towards [Ayesha 00:39:50] to get her away. You said, "Shut the fuck up."[Crosstalk 00:39:54]

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

Agent Matthew Bryant (00:39:51):

(Bryant speaks over the recording) Why are you picking on me?

Speaker 1 (00:40:00):

[crosstalk 00:40:00].

Jeffrey Lowe (00:40:00):

Okay. How about $25,000, since November, in Quick Sign printing. Does this park really do $27,000 out of Quick Sign printing, Joe? No, it's right fucking here, Joe. Right fucking here. You can't use the park's money for political campaign shit. Where does that come from? The park's PayPal? You know. You know what you've done. I don't even need to show you all this shit. You know.

Joe Maldonado-Passage (00:40:27):

No, I did not-

Jeffrey Lowe (00:40:30):

Mettry's. $3, 500. Do I get to buy clothes and Mettry's and put it out on the park? No, you do.

Joe Maldonado-Passage (00:40:36):

$3,500?

Lauren Lowe (00:40:36):

Yes.

Jeffrey Lowe (00:40:37):

$3,500 in Mettry's bills, Joe. Right, here's $1,700 [inaudible 00:40:41]

Agent Matthew Bryant (00:40:40):

(Bryant speaks over the recording) What's Mettry's?

Lauren Lowe (00:40:40):

(Lauren Lowe speaks over the recording) Mettry's, he does his dry cleaning down there.

Jeffrey Lowe (00:40:40):

It's a clothing store. Dry cleaning and clothing store.

Lauren Lowe (00:40:44):

[crosstalk 00:40:44]

Jeffrey Lowe (00:40:44):

You're fucked.

Joe Maldonado-Passage (00:40:44):

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

So I just spent $20,000 [crosstalk 00:40:47].

Jeffrey Lowe ([00:40:48](#)):

I don't give a flying fuck. You lost that when you fucked with Carole Baskin. That's not my fault. It's your fault. You can't funnel and embezzle money.

Lauren Lowe ([00:40:58](#)):

[crosstalk 00:40:58].

Jeffrey Lowe ([00:40:58](#)):

Because I can't show where it goes. Now, you know what? When the campaign people come here to find out if you have legitimate donations, it's going to look like I've been funneling all of this money to your account, and you know who gets in trouble? Me. Just like you set everybody else to get in trouble. You're fucked up.

Joe Maldonado-Passage ([00:41:17](#)):

[crosstalk 00:41:17].

Jeffrey Lowe ([00:41:17](#)):

Amber. You just told Amber that she's the one that's in trouble.

Joe Maldonado-Passage ([00:41:20](#)):

She is.

Jeffrey Lowe ([00:41:21](#)):

No, she isn't. She's not the corporate... I just looked at the papers, she's not in trouble.

Joe Maldonado-Passage ([00:41:27](#)):

She's the one on [inaudible 00:41:30] the liquor license.

Jeffrey Lowe ([00:41:31](#)):

No, she's not on the liquor license.

Joe Maldonado-Passage ([00:41:33](#)):

[inaudible 00:41:33].

Jeffrey Lowe ([00:41:33](#)):

No. You can't fucking do this to people. You can't mistreat them. You told James that I Groupon was $6,800 and you had to send me $6,000. You're a fucking liar. You sent me $3,000, you kept $3,000. Then you told me that Bob Goal donated $2,000 so you can enter the governor's race. No, it was the $2,000 that James handed you for the tabby.

Joe Maldonado-Passage ([00:41:59](#)):

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

[inaudible 00:41:59].

Lauren Lowe ([00:41:59](#)):
You lied.

Jeffrey Lowe ([00:41:59](#)):
You lied to me about it. Don't tell me you put a fucking fence near our house, so the Indians wouldn't jump over the goddamn fence.

Lauren Lowe ([00:42:07](#)):
It was because of the Ferrari.

Jeffrey Lowe ([00:42:07](#)):
The Ferrari, you fucking liar. I'm just sick of it, Joe. I came here to bail your ass out. You would be fucking who knows where without me, and you even said it before I went to Las Vegas. You're not going to fuck me. You're not going to put me in trouble and then treat me like shit, asshole.

Joe Maldonado-Passage ([00:42:26](#)):
[crosstalk 00:42:26].

Jeffrey Lowe ([00:42:26](#)):
(Jeff Lowe speaks over the recording) That's where I broke my hand.

Lauren Lowe ([00:42:27](#)):
It doesn't matter. [inaudible 00:42:28]

Jeffrey Lowe ([00:42:28](#)):
Tell your lawyer. You forged my fucking name and I'm going to go after you for it. Asshole.

Agent Matthew Bryant ([00:42:34](#)):
(The recording stops) I missed the part in there, where he talks about the tigers.

Jeffrey Lowe ([00:42:41](#)):
Come back in.

Lauren Lowe ([00:42:42](#)):
That's just another video. I have three.

Jeffrey Lowe ([00:42:43](#)):
He wanted to see the paperwork proof, so we brought him back here-

Lauren Lowe ([00:42:46](#)):
There's that video, and then there's-

This transcript was exported on Jan 06, 2022 - view latest version here.

Jeffrey Lowe (00:42:47):

Oh, shit. So [inaudible 00:42:48].

Lauren Lowe (00:42:47):

Yeah.

Jeffrey Lowe (00:42:47):

Keep playing.

Lauren Lowe (00:42:47):

Okay.

Joe Maldonado-Passage (00:42:52):

(Recording resumes playing) That was Rick's idea.

Jeffrey Lowe (00:42:54):

No it wasn't.

Lauren Lowe (00:42:54):

No it was not.

Jeffrey Lowe (00:42:55):

[inaudible 00:42:55].

Joe Maldonado-Passage (00:42:55):

Yes it was.

Jeffrey Lowe (00:42:58):

[crosstalk 00:42:58]

Lauren Lowe (00:42:58):

Eric told me, Mark told me the truth.

Joe Maldonado-Passage (00:42:58):

You need to talk to Rink, because-

Jeffrey Lowe (00:43:01):

Rink? Is this Rink's park? You're going to let Rink do whatever he wants. No, I don't believe that for a minute. You're fucking ego's too big.

Lauren Lowe (00:43:06):

You bitch about him. You bitch about everybody, because it's everyone else's fault except yours.

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

Jeffrey Lowe (00:43:11):

Your ego's too big to let Rink say that he's going to put that up at our block. No. You know what? It was... Dan told me, you told him, it was because of my Ferrari. You remember, Joe, when I came here and I said, "Do you want me to get rid of the Ferrari, because he doesn't look good?" You said, "No, we can't give up everything we've worked for." Really? Do you think it doesn't matter that there were four [inaudible 00:43:32], a limousine, and now the 2015 Mustang, sitting out there? You don't think people can [inaudible 00:43:44].

Lauren Lowe (00:43:32):

(Lauren Lowe speaks over the recording) Who is it?

Jeffrey Lowe (00:43:59):

(Jeff Lowe speaks over the recording) I don't know. Telemarketing shit.

Jeffrey Lowe (00:43:59):

... how many vehicle who've been driving?

Joe Maldonado-Passage (00:43:59):

Nobody knows that I have them.

Jeffrey Lowe (00:43:59):

Nobody knows I got a Ferrari. It stands in a fucking garage. [crosstalk 00:44:07] You just do whatever the fuck you want, without even asking me, and it's wrong. You are a shitty fucking partner.

Joe Maldonado-Passage (00:44:12):

Who will steal [inaudible 00:44:15] $13,000 [inaudible 00:44:17]

Lauren Lowe (00:44:14):

It shouldn't.

Jeffrey Lowe (00:44:17):

Guess what, you won't fucking need it, if you quit stealing it.

Joe Maldonado-Passage (00:44:20):

I'm not stealing it.

Jeffrey Lowe (00:44:21):

Yes, you are. The fuck you are. Why did you write a $9,288 cash check, and the very fucking next day, you're buying Dillan a Mustang? Where did that money come from?

Joe Maldonado-Passage (00:44:33):

[crosstalk 00:44:33]

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

Lauren Lowe (00:44:33):

So you admit that you wrote the cash check? Just admit it.

Joe Maldonado-Passage (00:44:36):

I made those deposits [inaudible 00:44:36] cash cheque for my cub.

Jeffrey Lowe (00:44:37):

Really?

Lauren Lowe (00:44:37):

Oh my god.

Jeffrey Lowe (00:44:38):

Pull out the cub book. Pull out the fucking cub book. There haven't been any cub book [crosstalk 00:44:42].

Agent Matthew Bryant (00:44:41):

(Bryant speaks over the recording) Do you have copies of the cub book?

Joe Maldonado-Passage (00:44:41):

Okay.

Jeffrey Lowe (00:44:41):

You're a liar.

Jeffrey Lowe (00:44:41):

(Jeff Lowe speaks over the recording) Maybe, yeah.

Joe Maldonado-Passage (00:44:41):

Okay. I forgot. The one back, last year, when I put it all in?

Jeffrey Lowe (00:44:47):

Yeah.

Agent Matthew Bryant (00:44:47):

(Bryant speaks over the recording) I can't ask you to take something that's not legally yours.

Jeffrey Lowe (00:44:48):

(Jeff Lowe speaks over the recording) I own this park. It's mine. [crosstalk 00:44:48].

Joe Maldonado-Passage (00:44:48):

That's when [crosstalk 00:44:48] was here.

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

Jeffrey Lowe (00:44:48):

Bull shit.

Lauren Lowe (00:44:56):

Oh my god. We're talking about [inaudible 00:44:56] as soon as we left.

Jeffrey Lowe (00:44:56):

[crosstalk 00:44:56] $50,000 in printing. You don't think you have to pay that back? The $10,000 for his car. The $600 in student loans.

Joe Maldonado-Passage (00:45:04):

The $10,000 for his car?

Lauren Lowe (00:45:04):

We already calculated-

Jeffrey Lowe (00:45:07):

[crosstalk 00:45:07] cheque you wrote, forged my name on it, and went to the bank.

Lauren Lowe (00:45:11):

Oh, I didn't [crosstalk 00:45:11]

Joe Maldonado-Passage (00:45:11):

Where?

Jeffrey Lowe (00:45:12):

I've got it at the house.

Joe Maldonado-Passage (00:45:13):

Let's see it.

Jeffrey Lowe (00:45:14):

Good.

Joe Maldonado-Passage (00:45:14):

$8,800?

Jeffrey Lowe (00:45:16):

No, $9,288.

Joe Maldonado-Passage (00:45:17):

I can't remember.

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

Jeffrey Lowe (00:45:18):

Well, you did. Let's go. Come on.

Joe Maldonado-Passage (00:45:21):

It's all [inaudible 00:45:21]. I only put $3,000 down.

Jeffrey Lowe (00:45:21):

I don't [crosstalk 00:45:21]

Lauren Lowe (00:45:21):

Nope. Go.

Lauren Lowe (00:45:21):

(Lauren Lowe speaking over the recording) He admitted that he put $3,000 down.

Jeffrey Lowe (00:45:21):

(Jeff Lowe speaking over the recording) [inaudible 00:45:21] $3,000 down. Kept the other $7,000 then. Dumb fuck. He wrote a $9,800, $92-

Agent Matthew Bryant (00:45:21):

(Bryant speaks over the recording) Did this happened the day when the park was opened?

Jeffrey Lowe (00:45:40):

(Jeff Lowe speaks over the recording) Yeah. I walked out. I'll shoot his ass in front of people. Then his little bitch boyfriend comes [inaudible 00:45:50] We had all this shit going on.

Lauren Lowe (00:45:51):

[inaudible 00:45:51].

Agent Matthew Bryant (00:45:51):

(Bryant speaks over the recording) That happened in front?

Jeffrey Lowe (00:45:51):

(Jeff Lowe speaks over the recording) Yeah, and people are walking by [inaudible 00:45:51] Get the fuck out of here.

Agent Matthew Bryant (00:45:51):

(Bryant speaks over the recording) Who's phone is that?

Jeffrey Lowe (00:45:51):

(Jeff Lowe speaks over the recording) Dillan [inaudible 00:45:51] (Recording resumes) I'm sick of this, Joe. Your campaign did. [inaudible 00:45:54] I've got statements from your bank. You're fucked. (Cross talk between Lauren Lowe, Jeff Lowe and Matthew Bryant over the recording)

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

Agent Matthew Bryant ([00:45:54](#)):

When did this happen?

Jeffrey Lowe ([00:45:54](#)):

In the day time. A month ago.

Joe Maldonado-Passage ([00:46:44](#)):

[From the recording] then deal with Carole.

Jeffrey Lowe ([00:46:44](#)):

(Cross talk over the recording)

Agent Matthew Bryant ([00:46:50](#)):

Obviously, I know you didn't discuss any money or anything. Did you?

Jeffrey Lowe ([00:47:06](#)):

(Crosstalk over the recording)

Lauren Lowe ([00:47:06](#)):

But I'm the one that's bankrupting the park.

Jeffrey Lowe ([00:47:16](#)):

Who's [crosstalk 00:47:16]

Agent Matthew Bryant ([00:47:18](#)):

(Bryant speaks over the recording) You got pretty mad at him.

Jeffrey Lowe ([00:47:21](#)):

(Jeff Lowe speaks over the recording) My hand hurt too, because I punched a [inaudible 00:47:23] and shattered my hand. [inaudible 00:47:27] because I wanted to punch him, but then I know, [inaudible 00:47:28]

Jeffrey Lowe ([00:47:27](#)):

(Cross talk mixed with the recording) You think we were out partying every goddamn night.

Lauren Lowe ([00:47:32](#)):

No, you just talk shit about us.

Jeffrey Lowe ([00:47:39](#)):

You just bitch to everybody here about us, making me look like an asshole. [crosstalk 00:47:41]

Lauren Lowe ([00:47:41](#)):

[crosstalk 00:47:41].

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

Agent Matthew Bryant (00:47:41):

But it is how it is. [inaudible 00:48:21]

Jeffrey Lowe (00:48:24):

Why the fuck would you forge my name, instead of using the stamp?

Joe Maldonado-Passage (00:48:28):

Because we go to town and we want to wow and [crosstalk 00:48:30].

Jeffrey Lowe (00:48:30):

Why is it just always on the cash checks? Always. Right here's your numbers. The development group, the park, [inaudible 00:48:39] institute, [Bochello 00:48:41] loan. The Quick Sign's $11,000 here. National Pen $700. The fucking water, I told Mark not to include, but we can't have political purchases through the park that exceed $2,700. Paul's Valley Democrat. Cash. Cashed checks. $66, $22,000, $2,800. I can make some shit up. Quick Signs, Quick Signs, Bochella, Bochella, Quick Signs.

Speaker 1 (00:49:09):

And student loans for [crosstalk 00:49:09].

Jeffrey Lowe (00:49:09):

And you're using the PayPal account to put your fucking face on Hollywood Magazine. [crosstalk 00:49:20] Really?

Joe Maldonado-Passage (00:49:19):

I'm not denying it, Jeff.

Jeffrey Lowe (00:49:20):

Good.

Joe Maldonado-Passage (00:49:20):

It's the same thing as-

Jeffrey Lowe (00:49:28):

As what? I don't get that kind of money.

Joe Maldonado-Passage (00:49:29):

But my mom-

Jeffrey Lowe (00:49:33):

I don't give a fuck what happened before. Then you fucked it up. I didn't. You fucking fucked with Carole, over and over and over.

Joe Maldonado-Passage (00:49:37):

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

No.

Jeffrey Lowe ([00:49:38](#)):
You caused this.

Joe Maldonado-Passage ([00:49:39](#)):
Context, you're missing it. [inaudible 00:49:42] when my mom wrote that $10,000 check.

Jeffrey Lowe ([00:49:44](#)):
Yeah.

Joe Maldonado-Passage ([00:49:45](#)):
That's how she said to pay me back.

Jeffrey Lowe ([00:49:46](#)):
Really? To pilfer money from the park?

Joe Maldonado-Passage ([00:49:50](#)):
We put it in there.

Jeffrey Lowe ([00:49:55](#)):
It's not. So you're going to do it in cash? You're a fucking idiot.

Joe Maldonado-Passage ([00:49:59](#)):
[crosstalk 00:49:59] in cash.

Jeffrey Lowe ([00:50:01](#)):
Then where did they pay you back, if they didn't pay you back in cash?

Joe Maldonado-Passage ([00:50:03](#)):
In these things.

Jeffrey Lowe ([00:50:06](#)):
You can't do that. You can't take money from one business for political... You can't pay bills and write checks out of this. You know that, because you're creating all these fake deposits or donations right now. You know how it's supposed to work and it's not supposed to work when you make it look like the park is buying 300 fucking T-shirts, because the park didn't. It says campaign, paid by the park. That's illegal and it's my ass. Lauren, show me the forged checks, will you?

Lauren Lowe ([00:50:41](#)):
Yeah.

Jeffrey Lowe ([00:50:43](#)):

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

The one for $9,800.

Lauren Lowe (00:50:44):

[inaudible 00:50:44].

Jeffrey Lowe (00:50:44):

The $9,200. You know what? I would have let all his go, if it hadn't been for your big mouth trying to trash me and everybody here.

Agent Matthew Bryant (00:50:54):

No. He was talking to [crosstalk 00:50:59]

Lauren Lowe (00:50:58):

Here's a forged cheque for $ 200. Let's see here.

Agent Matthew Bryant (00:51:07):

(Bryant speaks over the recording ) Do you have-

Joe Maldonado-Passage (00:51:07):

Does it say [crosstalk 00:51:10].

Agent Matthew Bryant (00:51:11):

(Bryant speaks over the recording) [crosstalk 00:51:11] have a credit card machine, right?

Jeffrey Lowe (00:51:13):

[crosstalk 00:51:13] I wasn't even fucking here. You write me a check and then you sign it.

Lauren Lowe (00:51:17):

And it [crosstalk 00:51:19].

Agent Matthew Bryant (00:51:19):

(Bryant speaks over the recording) Is there any way that he's stealing money for cub sales, to people calling in with credit cards?

Jeffrey Lowe (00:51:22):

(Jeff Lowe speaks over the recording) It's possible, very possible. I wouldn't know, because see, we had $1,000 private tours and they could be running it as a royalty tour, and I wouldn't know.

Joe Maldonado-Passage (00:51:24):

[crosstalk 00:51:24].

Lauren Lowe (00:51:24):

[crosstalk 00:51:24] park. This is the developer.

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

Jeffrey Lowe (00:51:24):

It was December the 23rd, right when you bought the Mustang.

Joe Maldonado-Passage (00:51:24):

No.

Jeffrey Lowe (00:52:04):

I have the finance papers of the Mustang. It is, too.

Joe Maldonado-Passage (00:52:05):

But I didn't pay that on the Mustang.

Jeffrey Lowe (00:52:06):

I don't care what you paid. You cashed a check for $9,288 that day. And then you give away one of my fucking tiger, Joe. That pissed me of too.

Joe Maldonado-Passage (00:52:23):

I didn't even know.

Jeffrey Lowe (00:52:28):

Bull shit. Eric told me, last night, you fucking knew.

Lauren Lowe (00:52:28):

Rink told us too.

Jeffrey Lowe (00:52:30):

Rink told us too.

Lauren Lowe (00:52:33):

All the cats that were down there, that was with Elvis, you got rid of all of them, because they were neutered. Elvis wasn't neutered, and you start the excuse that he was fighting another tiger. He was not.

Jeffrey Lowe (00:52:44):

People don't like you, Joe. They don't respect you, because you belittle them. So they fucking tell me anything I want to know.

Joe Maldonado-Passage (00:52:45):

Hey. You're on speaker phone. I'm with Jeff. They're saying that I knew that one of their cats went out of here.

John Reinke (00:53:12):

I don't think none of their cats went out.

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

Jeffrey Lowe (00:53:15):

Yeah, they did, Rink. What we talked about the other night. You don't have to be afraid of Joe.

John Reinke (00:53:18):

I'm not afraid of Joe. I didn't send none of your fucking cats out of here.

Jeffrey Lowe (00:53:18):

Okay.

John Reinke (00:53:18):

[inaudible 00:53:18].

Lauren Lowe (00:53:18):

Actually, I have it on record.

Jeffrey Lowe (00:53:29):

Lauren's got you on record, so thanks, anyway. Thanks for the help. Let's listen to the fucking recording.

Joe Maldonado-Passage (00:53:34):

I can-

Jeffrey Lowe (00:53:36):

She records every goddamn thing, including all your tiger sales. So don't push me to that point.

Joe Maldonado-Passage (00:53:44):

I'm not, Jeff. They're the ones who told me which cats were who's. [crosstalk 00:53:48]

Jeffrey Lowe (00:53:48):

Then, I guess, you shouldn't take their fucking word for it.

Joe Maldonado-Passage (00:53:51):

[crosstalk 00:53:51].

Lauren Lowe (00:53:51):

You lied to me and Jeff when you were trying to point out, "Oh, they're maybe in this cage. Yeah, they're in this cage." We went to go look and they were not in that fucking cage. We looked everywhere.

Jeffrey Lowe (00:54:00):

[crosstalk 00:54:00] He goes, "I try not to get in the middle of it." You fucking knew.

Joe Maldonado-Passage (00:54:03):

You heard, right out of his mouth, that he-

This transcript was exported on Jan 06, 2022 - view latest version here.

Lauren Lowe ([00:54:06](#)):

And lied [crosstalk 00:54:09] bull shit.

Jeffrey Lowe ([00:54:09](#)):

You've known him for 20 years. He protects you. He doesn't protect me. The [inaudible 00:54:14] buying all kinds of shit when he owes me money that I need. I don't respect him either.

Lauren Lowe ([00:54:18](#)):

I don't know where the development group checks are.

Jeffrey Lowe ([00:54:28](#)):

It's in here.

Lauren Lowe ([00:54:29](#)):

These are [inaudible 00:54:29].

Jeffrey Lowe ([00:54:33](#)):

We had it all. [crosstalk 00:54:33].

Lauren Lowe ([00:54:33](#)):

[crosstalk 00:54:33].

Jeffrey Lowe ([00:54:33](#)):

It's in the shit that I have, Joe. All these, right here. There's your bank statements for your campaign file, and I've got the rest of them too. Who paid for this? This has nothing... It was $2,000. Plus you ordered 500 copies. This doesn't help the park, because it doesn't even fucking mention the park, except one little word. All your [crosstalk 00:54:59] all about you. Nothing about the park.

Lauren Lowe ([00:55:01](#)):

(In audible cross talk over the recording) This is so much [crosstalk 00:55:02]

Joe Maldonado-Passage ([00:55:01](#)):

I didn't run that article, they did, and I paid for it, Jeff. Because-

Jeffrey Lowe ([00:55:08](#)):

You paid for it? No, the park paid for it, out of PayPal.

Joe Maldonado-Passage ([00:55:08](#)):

Right, but out of-

Jeffrey Lowe ([00:55:13](#)):

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

I'm disabling the link for [inaudible 00:55:15] to go to PayPal, so you can't have that fucking goldmine in your pocket anymore. It just isn't fair, Joe. I sit here, broker than I've ever been, because you fucked up. I didn't. I trusted you to be honest with me. Not to stab me in the fucking back.

Joe Maldonado-Passage ([00:55:36](#)):
[crosstalk 00:55:36]

Jeffrey Lowe ([00:55:38](#)):
I don't believe that for a fucking minute. I want to see... You've got a book that shows how much sold the cubs for. Show them.

Joe Maldonado-Passage ([00:55:43](#)):
It's all deposited on QuickBooks.

Agent Matthew Bryant ([00:55:43](#)):
(Bryant speaks over the recording) QuickBooks?

Jeffrey Lowe ([00:55:43](#)):
(Jeff Lowe speaks over the recording) My QuickBooks up there. He puts it down as just cash deposit. [inaudible 00:55:57].

Agent Matthew Bryant ([00:55:59](#)):
[inaudible 00:55:59].

Speaker 1 ([00:56:00](#)):
[inaudible 00:56:00].

Jeffrey Lowe ([00:56:00](#)):
For the last two years. (The recording stops)

Agent Matthew Bryant ([00:56:01](#)):
I'm not familiar with QuickBooks, but that-

Jeffrey Lowe ([00:56:02](#)):
That's why I don't have it anymore. [crosstalk 00:56:08]

Agent Matthew Bryant ([00:56:08](#)):
So, stuff that he says deposited as cash or comes in as cash, that's where he hides cub payments?

Jeffrey Lowe ([00:56:14](#)):
Yeah.

Lauren Lowe ([00:56:14](#)):

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

Cash deposits [crosstalk 00:56:20] This is only from one account, though. There's two others. [crosstalk 00:56:29]

Jeffrey Lowe (00:56:30):

(The recording resumes) Who pays all the fucking cigarettes? Goddamn fagot over there, sucking up two packs a day, at $10 a day, for goddamn every day he's here. The fuel that takes to go to the goddamn gym every fucking day, who pays for all of this? Who pays for all the fuel for the limo and pays for Mark to take you to wrestling and all these debates? That doesn't come out of your political account. The bar can't pay either, legally.

Agent Matthew Bryant (00:56:51):

(Bryant speaks over the recording) Have you opened this phone?

Jeffrey Lowe (00:56:51):

(Jeff Lowe speaks over the recording) No. [crosstalk 00:56:51]

Agent Matthew Bryant (00:56:51):

(Bryant speaks over the recording) Did he ever tell you want it was for?

Jeffrey Lowe (00:56:54):

(Jeff Lowe speaks over the recording) Yeah. He wanted me to turn it on so that it would ping in Las Vegas.

Jeffrey Lowe (00:56:54):

(Recording) I've got the backup from the park, so we'll find out. [crosstalk 00:57:01] You've been in bushiness for long enough to know that you can't do what you've been doing. (The recording plays in the background).

Agent Matthew Bryant (00:56:54):

What's this?

Jeffrey Lowe (00:56:54):

What's it look like?

Lauren Lowe (00:57:09):

[inaudible 00:57:09].

Jeffrey Lowe (00:57:09):

It look like weed?

James Garretson (00:57:09):

It looks like mariajuana.

Jeffrey Lowe (00:57:12):

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

It does. I don't know. I'll have to get a closer look, but [inaudible 00:57:12] but it's some kind of-

Lauren Lowe ([00:57:12](#)):
[crosstalk 00:57:10]

Jeffrey Lowe ([00:57:17](#)):
He wanted me, I found out later-

Agent Matthew Bryant ([00:57:19](#)):
How'd you find out?

Jeffrey Lowe ([00:57:20](#)):
You can talk to Denis. I said, "What the fuck is this about?" And he goes, "I gave Alan $3,000 to go down and knock off Carole."

Agent Matthew Bryant ([00:57:28](#)):
He said that?

Jeffrey Lowe ([00:57:28](#)):
Yeah.

Agent Matthew Bryant ([00:57:29](#)):
We don't have that anywhere.

Jeffrey Lowe ([00:57:31](#)):
I know. I said, "You fucking did what?" He goes, "I gave him..." I said, "He's going to kill her for $3,000?" He says, "No, I..." How much?

Lauren Lowe ([00:57:38](#)):
$5,000 more.

Jeffrey Lowe ([00:57:39](#)):
"$5,000 more when he gets back." And he says, "I wanted you to turn that phone on, the day it was going to happen, so it looks like he's in Las Vegas with y'all." I said, [inaudible 00:57:49], Joe." I told Lauren. I said, "Don't turn-

Agent Matthew Bryant ([00:57:52](#)):
Would you testify to this statement?

Jeffrey Lowe ([00:57:54](#)):
Yeah.

Agent Matthew Bryant ([00:58:04](#)):

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

And you witnessed it?

Lauren Lowe (00:58:04):

(Lauren speaks inaudibly. The recording is playing in the background)

Agent Matthew Bryant (00:58:08):

But you didn't hear that conversation?

Lauren Lowe (00:58:11):

No, I did.

Jeffrey Lowe (00:58:11):

She was there.

Agent Matthew Bryant (00:58:11):

You heard Joe tell-

Jeffrey Lowe (00:58:13):

Yeah. He said it right in the fucking office.

Lauren Lowe (00:58:14):

I heard Joe say it many times.

Agent Matthew Bryant (00:58:14):

That he gave him $3,000?

Lauren Lowe (00:58:16):

Uh-huh (affirmative). I've heard it many times.

Agent Matthew Bryant (00:58:16):

Will Alan admit that he received $3,000?

Jeffrey Lowe (00:58:23):

Would you give him immunity? [inaudible 00:58:25] if he can get immunity, but I didn't tell you what Alan did. I only found this out until I [crosstalk 00:58:32] Alan wanted to come by to talk to me.

Jeffrey Lowe (00:58:37):

(From the recording) I don't know what pretty good is there days.

Jeffrey Lowe (00:58:37):

(The recording stops) Allen wanted to come back to work, because Allen just disappeared one day. Where were we? Where are we just ready to leave?

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

Lauren Lowe (00:58:44):

We were just getting ready to leave.

Jeffrey Lowe (00:58:46):

We were just getting ready to go to Las Vegas and I go to say goodbye to Allen. I said, "Where's Allen?" He says, "He went to back to south Carolina."

Agent Matthew Bryant (00:58:51):

[inaudible 00:58:51].

Lauren Lowe (00:58:51):

[crosstalk 00:58:51].

Jeffrey Lowe (00:58:51):

I said, "Why did he leave?" I said, "He didn't even say goodbye." I said, "Did Joe fire Allen?" He goes, "No. I don't think so." He says, "Allen's just gone." So I text Allen and says, "Where are you?" He never texted back, never answered back.

Jeffrey Lowe (00:59:04):

So, I'm in Las Vegas, I get this. I told Lauren. I said, "What the fuck. Does it not work? He wants me to fix it. He didn't even send me the charger. How do I..." So I keep texting Allen, keep texting Allen. Phone records will prove. "What are you doing? Where are you? Call me. Call me. Call me." Nothing. Fucking radio silence. I'm thinking, "Wait, I got his goddamn phone." If you turn that phone on, I bet it gets all kinds of texts saying, "Where are you? Where are you? Where are you?" So he finally text me from some new number. I said, "Where are you?" He goes, "In South Carolina." And he goes, "Can I come back and have my job back?" I said, "Why couldn't you?" I said, "Why did you leave?" And he says, "Joe gave me money to go down and try to take our Baskin." I said, [inaudible 01:00:01] I said, "You want to come back here? What did you do?" He goes, "Well, it's expensive being in Florida for 30 days." I said, "Why are you in Florida for 30 days?" He goes, "In a hotel room and following her around." He says, "That bitch is never alone." I said, "Fucking, Allen."

Agent Matthew Bryant (01:00:18):

Do you think he would have done it?

Jeffrey Lowe (01:00:23):

Yeah. Why would he go down there and spend 30 days stalking somebody? You know that teardrop, he's got a teardrop tattoo. I've always been told, because he was in prison, I've always been told that's what you do when you killed somebody.

Agent Matthew Bryant (01:00:38):

[crosstalk 01:00:38]

Lauren Lowe (01:00:38):

But he is the most honest, hardest worker. He will bend over backwards for us.

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

Jeffrey Lowe (01:00:40):

He's the fucking hardest worker and he's loyal to me. That's why I kept him around. I never saw him commit any crimes. He had a problem with alcohol, but-

Lauren Lowe (01:00:50):

But he would do anything for us. [crosstalk 01:00:53]

Jeffrey Lowe (01:00:53):

Whatever I tell him he needs to do, if he could get-

Agent Matthew Bryant (01:00:56):

Is he coming back?

Jeffrey Lowe (01:00:58):

He bought a vehicle four weeks ago, when we were about ready to come back from Vegas. He said, "Can I come back?" And I said, "Do you have a vehicle?" And he said, "Yes." I said, "Do you have warrants in Garvin County?" He got caught driving here and left without paying. He goes, "I think so." And I said, "Well, we got to figure that part out, because there's no sense in you coming back here and getting arrested." And I said, "So figure out your warrant issue, if I got to pay your warrant, your citations, I'll do it." That's the last I heard of him. He texted me a picture of a SUV that he bought and he says, "It's all mine." I congratulate him and I said, "Get your ass back here." Haven't heard or seen a word of him. He's that kind of transient guy.

Lauren Lowe (01:01:44):

[inaudible 01:01:44].

Jeffrey Lowe (01:01:44):

But Joe says, "Is he going to bring my fucking money back?" And I said-

Agent Matthew Bryant (01:01:51):

Was that recorded?

Jeffrey Lowe (01:01:52):

No.

Lauren Lowe (01:01:52):

No.

Jeffrey Lowe (01:01:54):

I said, "Allen wants to come back." "But is he going to bring my money back?" So I text Allen and said, "Have you got money from Joe?" And he says, "It's expensive being in Florida for 30 days in a hotel room...

PART 2 OF 4 ENDS [01:02:04]

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

Jeffrey Lowe (01:02:03):

He says, "It's expensive being in Florida for 30 days and hotel rooms and food." Jesus Christ.

Lauren Lowe (01:02:10):

And then [crosstalk 01:02:10] said. [inaudible 01:02:10] I know something is going to happen but when it's a quick question like that, you're kind of like...

Speaker 2 (01:02:11):

And he'll never trust you again, for him to voice...

Jeffrey Lowe (01:02:16):

He just asked me to talk to him again. I could completely fucking set him up. I could do this, I could say, "Where did you get $3,000 to pay Allen to go kill Carole Baskin?" And let's see what he says. [inaudible 01:02:32], "Well it didn't come out of the park money." But he'll probably say it came out of cub money.

Agent Matthew Bryant (01:02:38):

If there is an admission that he did that and he says that, that would be good information.

Jeffrey Lowe (01:02:43):

Okay.

Lauren Lowe (01:02:48):

I can get that.

Agent Matthew Bryant (01:02:48):

[crosstalk 01:02:48] a lot of information, let me just get some stuff on my mind that I'm thinking about here. I can see that you're handling a lot of the paperwork, no offense to you, but directed to her, I'm not interested in every check that we do here and every employee that was paid, that's just some more stuff that I got to sort through. Checks that you know were forged...

Lauren Lowe (01:03:16):

Yes.

Agent Matthew Bryant (01:03:16):

Checks that you know that are campaign fraud or suspect of being campaign fraud. And I need the stuff too, that you just feel, "Well, I think this will probably..." The stuff that we can prove.

Lauren Lowe (01:03:30):

Okay. Sure, I got all of that.

Agent Matthew Bryant (01:03:31):

This [QuickBooks01:03:34] thing, since he made the mention, that's how he does it. I don't know how that works, but he says he puts it under cash in QuickBooks.

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

Jeffrey Lowe (01:03:38):

Do you have the registry from QuickBooks right there? Show him what it looks like.

Lauren Lowe (01:03:46):

[inaudible 01:03:46] give me a second.

Agent Matthew Bryant (01:03:46):

You don't have to get it right now. I guess, more than anything, just kind of hear me out.

Lauren Lowe (01:03:49):

This is just an idea as to how it looks.

Jeffrey Lowe (01:03:51):

This is what it means. [crosstalk 01:03:53].

Agent Matthew Bryant (01:03:53):

I can't see.

Jeffrey Lowe (01:03:53):

Me neither, I'm going blind.

Agent Matthew Bryant (01:03:55):

I'm old.

Jeffrey Lowe (01:03:57):

Okay, this is like everything that goes out.

Agent Matthew Bryant (01:04:00):

This has nothing to do with your bank account, this is just [crosstalk 01:04:03].

Jeffrey Lowe (01:04:03):

This is my bank account. This is tied to all my checks, but it'll say, "Transfer. Cash deposit." That was a real deposit [inaudible 01:04:10]. When he puts cash... Jeff, Cash deposits, that can't be, that was too low for a... Or they could have been selling porcupines or some shit, who knows. Cash deposit.

Agent Matthew Bryant (01:04:24):

Here's a 5,000.

Jeffrey Lowe (01:04:26):

There you go. Jeff, Cash. I didn't deposit $5,000. He did that. I was in Las Vegas. He deposits that he got $5,000 from a cub and writes it down as Jeff depositing cash.

James Garretson (01:04:40):

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

[inaudible 01:04:40] we've got the person from...

Jeffrey Lowe (01:04:42):

And you know why? It's because when I came in here, I probably spent $200,000 in cash that didn't get put into books. So he thinks he can just 5,000 here, 5,000 there, 5,000 here and five...

James Garretson (01:04:54):

[inaudible 01:04:54] 100 grand in bills, that you thought [crosstalk 01:04:56] more than that.

Jeffrey Lowe (01:05:01):

35,000 for one law firm, 12,000 to another law.

James Garretson (01:05:05):

Well, we can see he runs his mouth on social media because he can't keep his fucking mouth shut. [crosstalk 01:05:12].

Agent Matthew Bryant (01:05:11):

Who is this 3000...? Here's a cash deposit, 3000 in December.

Jeffrey Lowe (01:05:15):

That'd be a cub. Well, you know what? Because it... [inaudible 01:05:22] say?

Agent Matthew Bryant (01:05:22):

Transfer of cash deposit.

Jeffrey Lowe (01:05:26):

I think when it was cub money, it would always say, "Jeff, cub." So if it says cash deposit, we get Groupon... Are you familiar with Groupon? Twice a month. Wait, what's the date of that?

Jeffrey Lowe (01:05:43):

We get Groupon on the fourth and the 18th.

Agent Matthew Bryant (01:05:48):

I think its the fifth.

Jeffrey Lowe (01:05:50):

Okay, that would have been Groupon.

Agent Matthew Bryant (01:05:50):

Here's a name I'm going to throw out to you. It's a name that I've heard, that's in this business. And I hear that they're dirty and they're peddling cubs and I hear that they're tied from Joe. You ever heard of the name, I believe, M&J transporter, the [Bristers 01:06:07]?

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

Jeffrey Lowe (01:06:07):

Yeah. Jenny Brister?

Agent Matthew Bryant (01:06:08):

Yeah.

Jeffrey Lowe (01:06:09):

Yeah.

Lauren Lowe (01:06:10):

Oh, we just got [crosstalk 01:06:11].

Jeffrey Lowe (01:06:10):

I just got into a fucking... I'm figuring out what happened.

Lauren Lowe (01:06:18):

Okay. We found out that this woman named... She's down in Texas, she posted online that she has ligers

James Garretson (01:06:24):

Oh, that's Trish [Myers 01:06:25].

Lauren Lowe (01:06:26):

She posted online that she has these ligers and that she got them from Joe.

Jeffrey Lowe (01:06:30):

No, she posted pictures of our cubs laying on one of our houses. And she's saying, "I have tiger cubs available." And someone sent me a text or a message. They said, "Aren't these pictures from your park?" I said, "Yes, they are." I said, "Who is this bitch claiming to own them?" And it's Trish Myers. So I messaged this Trish Myers and said, "Take my fucking pictures off of your scam because those are not your animals."

Lauren Lowe (01:06:54):

Oh, sorry I just realized something [crosstalk 01:06:57].

Jeffrey Lowe (01:06:58):

And she says, "I work with Joe." I said, "The fuck you do, crazy bitch." I said, "I own the park." So she got up online... I went up online and I said, "This woman is a fraud. Don't trust her." Well, then she says something about, "I get the cubs from Jenny Brister." Right?

Lauren Lowe (01:07:20):

Yes.

Jeffrey Lowe (01:07:21):

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

Joe sells them to this Jenny Brister for somebody named Alan in Alabama. And they're not going to Alan in Alabama, they're going to somebody in Texas.

Lauren Lowe (01:07:32):

Someone with a fake USDA license number.

Jeffrey Lowe (01:07:33):

With a complete fake USDA license number. And I just found this out. I put it all online when it happened.

Agent Matthew Bryant (01:07:40):

How did you find this out?

Jeffrey Lowe (01:07:41):

How did I find that out?

Lauren Lowe (01:07:42):

Because I posted something online about it and I tagged the woman in it. And then she tries to proclaim, she actually sent me her and Joe's text messages [crosstalk 01:07:49].

Jeffrey Lowe (01:07:49):

Yeah, she started sending us Joe's text messages with her.

Lauren Lowe (01:07:54):

And that's how we caught... Joe got called out on it, because he's like, "I didn't say that." I'm like, "Really?" I was like, "She just sent me all these text messages." I'm just trying to find them right now because [crosstalk 01:08:01].

Jeffrey Lowe (01:08:00):

He got caught in a big, huge lie.

Agent Matthew Bryant (01:08:04):

I know the incident you're talking about and it was brought to my attention, so I'll show some good faith and share something that I know.

Jeffrey Lowe (01:08:10):

Okay.

Agent Matthew Bryant (01:08:12):

Two tigers... A tiger was seized in south Texas from a known cartel member. Couldn't have it, it was against permits to have it there, it was probably a 60 pound tiger.

Jeffrey Lowe (01:08:26):

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

This wasn't the one that got caught walking on the streets hey?

Agent Matthew Bryant (01:08:26):

No.

Jeffrey Lowe (01:08:26):

Okay.

Agent Matthew Bryant (01:08:29):

So Texas Parks And Wildlife does an investigation, finds out that he got it from a guy named Brister. Said, "Okay." So he contacts Brister, and this is the story... But, Brister's at a gas station, he's supposed to be taking it to some guy named...

Agent Matthew Bryant (01:08:48):

Somebody affiliated with Omar, a guy named David [crosstalk 01:08:53].

Jeffrey Lowe (01:08:53):

[crosstalk 01:08:53].

Agent Matthew Bryant (01:08:53):

Yeah. A guy named David Anderson. All right. So he gets there and he goes, "We couldn't get ahold of the guy." Or the guy comes back and said his cubs weren't ready. So he just happens to call this guy by the name of Tony... Hispanic last night. He says, "Hey, I got the tigers down here. The guy that's supposedly getting them doesn't have his cages ready, I was told to call you." He says, "Yeah." And he called this other guy, Hernandez. Hernandez is the one where the tiger was seized.

Jeffrey Lowe (01:09:24):

What city? I hear more about cities than I do people.

Agent Matthew Bryant (01:09:29):

Okay. I can't remember that off the top of my head. I'm trying to tell you the story, because this is where the Bristers come in. Texas Parks and Wildlife does an investigation to see where [inaudible 01:09:38] and they call the number back and its Michael Brister.

Agent Matthew Bryant (01:09:39):

Michael Brister says he picks them up from Joe. They've got David Anderson with a USDA permit number, he says, "That's where I was taking them." But the [inaudible 01:09:49] didn't match every day.

Jeffrey Lowe (01:09:49):

David Anderson? Yeah.

Agent Matthew Bryant (01:09:51):

And TPW did their work and David Anderson is a fake name, it's a fake USDA number.

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

Jeffrey Lowe (01:09:58):

It had A in the USDA number, not a C.

Agent Matthew Bryant (01:10:02):

Yeah. Something like that. So I was like, "Okay. So we've got cats going across." And here's where I come into Texas Parks and Wildlife, they call me and go, "Are you interested?" I said, "Maybe." Obviously before I knew that I had any way to build a case for an [inaudible 01:10:17] cooperation. So, "What you got?" He goes, "I got in tigers that apparently come from Joe. They cross state lines, they come through a guy, it's false paperwork..." And everything else on it.

Agent Matthew Bryant (01:10:28):

And I said, " Well, naturally the best cases is, where's the commercial [inaudible 01:10:34], where's the money?" And they all claim, everybody in there claiming that there was no money at all associated with [crosstalk 01:10:41]." So sometime in December, that's the reason I looked to the December one, is, there's money got to be coming in for the two tiger cubs that Bristers left with.

Jeffrey Lowe (01:10:57):

All you got to do is go Walmart, I promise you.

Lauren Lowe (01:11:01):

[crosstalk 01:11:01].

Jeffrey Lowe (01:11:02):

But you've got to get a subpoena for that, right?

Agent Matthew Bryant (01:11:03):

Yeah. I can do that. That's no problem. But I was still thinking... I don't know why...

Jeffrey Lowe (01:11:11):

Or they'll send John Finlay down there and John Finlay...

Agent Matthew Bryant (01:11:15):

But why would he send John Finlay down there if he's already got somebody transporting them? Why pay for...?

Jeffrey Lowe (01:11:19):

Yeah, that's true. I've never met [crosstalk 01:11:22].

Agent Matthew Bryant (01:11:21):

So where's the money? Mike Bristers not going to leave... He told the guy, he says, "All you got to do is get me $2,500 for it, you can sell it for whatever you want to, all I need is $2,500." So my Mike Brister's going to haul them, he's going to get his cut and then he's got to pay Joe whatever they agreed upon to broker these cubs for him, is my theory. I don't know, but I've got to track the money.

This transcript was exported on Jan 06, 2022 - view latest version here.

Lauren Lowe (01:11:46):

You have proof of Joe's emails, even back and forth, about selling dead cubs.

Jeffrey Lowe (01:11:51):

Joe had a call a month ago? He goes, "Here, you want to do this?" I said, "Fuck no, I ain't doing that." It was some doctor?

Lauren Lowe (01:12:00):

Yes [crosstalk 01:12:01].

Jeffrey Lowe (01:12:00):

Its a doctor out of Miami... I've probably got the email.

Lauren Lowe (01:12:04):

Or San Francisco.

Jeffrey Lowe (01:12:05):

No, it was Miami.

Lauren Lowe (01:12:06):

Miami.

Jeffrey Lowe (01:12:06):

Some Doctor out of Miami says he's getting into taxidermy and he wanted to buy some dead cubs. Do we have any dead cubs? Joe has two dead cubs, a little younger than this, up in the freezer. Joe says, "How can I sell these without getting in trouble?" Because he thought it was a trap. And I said, "Don't fucking sell them." I said, "How much has he got?" He goes, "He'll pay me $1000." I said, "So you're going to stick your fucking neck out for a thousand dollars Joe." I said, "You're fucking stupid."

Agent Matthew Bryant (01:12:32):

What does he do with the dead animals? There's some stuff going on that he has hides done.

Lauren Lowe (01:12:41):

Yeah, that's not a big deal.

Jeffrey Lowe (01:12:41):

We get that, those are hides right there.

Agent Matthew Bryant (01:12:41):

Okay.

Jeffrey Lowe (01:12:45):

This transcript was exported on Jan 06, 2022 - view latest version here.

If a cat dies of natural causes and we're able to get it over to Oklahoma city within an hour or two, then we'll have them hided, we'll have them tilted up. And Joe... That's the only one I've ever had. And Joe's had... There's five or six up there right now that died...

Agent Matthew Bryant (01:13:07):
[crosstalk 01:13:07].

Lauren Lowe (01:13:08):
[crosstalk 01:13:08].

Jeffrey Lowe (01:13:08):
When did those tigers... We were in Las Vegas, but when did those last tigers get taken to the...? [crosstalk 01:13:14] December?

Lauren Lowe (01:13:17):
[crosstalk 01:13:17] some time in December.

Jeffrey Lowe (01:13:20):
So anyway...

Agent Matthew Bryant (01:13:21):
So who do you use?

Jeffrey Lowe (01:13:23):
I don't know who it is. [inaudible 01:13:23].

Agent Matthew Bryant (01:13:23):
Is it Terry's Taxidermy?

Jeffrey Lowe (01:13:29):
Yeah, that sounds familiar.

Lauren Lowe (01:13:34):
Yeah that sounds [crosstalk 01:13:34].

James Garretson (01:13:35):
[crosstalk 01:13:35].

Lauren Lowe (01:13:35):
Really? Surprising to you?

Jeffrey Lowe (01:13:42):

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

[crosstalk 01:13:42] forever. They're charging five or 600 bucks a pelt. And I know that Joe used one of them to pay... This billboard right here on the corner? Joe owed the guy 3000 bucks. And the guy says, "Give me a tiger hide and we'll wash the debt clean." That's for one of them, because we had three the last time... Those five... Joe didn't have the money to go pick up the other ones and they're not [crosstalk 01:14:05] I don't want them. [crosstalk 01:14:05]. You can't do anything with them.

Agent Matthew Bryant (01:14:09):
[crosstalk 01:14:09].

Lauren Lowe (01:14:09):
[crosstalk 01:14:09].

Jeffrey Lowe (01:14:09):
But Reinke took the money, the park manager. Joe's got one stapled upon a wall at the bar, maybe two. A white one and an orange one.

Lauren Lowe (01:14:22):
Yes.

Jeffrey Lowe (01:14:25):
And I think he's got one draped over his couch. But he does. I mean, if a tiger dies and he's [crosstalk 01:14:29].

Agent Matthew Bryant (01:14:29):
Well [inaudible 01:14:29] ever sell those or [crosstalk 01:14:31]?

Jeffrey Lowe (01:14:32):
He's offered to sell them, he's offered to.

Lauren Lowe (01:14:32):
He's been trying to sell them.

Jeffrey Lowe (01:14:34):
But he tells us, he says, "You got to sell them to somebody inside the state." He says, "You can't sell it outside of the state."

Lauren Lowe (01:14:39):
He said that if you sell it outside of state, [inaudible 01:14:42] wants in on the deal. So if you could actually get somebody to do it [crosstalk 01:14:44].

Jeffrey Lowe (01:14:44):
He tried to get me to take them to Las Vegas to sell them to people. I said, " [inaudible 01:14:51]."

Agent Matthew Bryant (01:14:45):

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

Do you have any of that recorded?

Jeffrey Lowe ([01:14:51](#)):

I could get anything... I can casually bring up anything and he'll talk about it. He's that loose lipped.

James Garretson ([01:14:59](#)):

You think he would now?

Agent Matthew Bryant ([01:14:59](#)):

Now?

Jeffrey Lowe ([01:15:00](#)):

Yes. He's just so greedy.

Agent Matthew Bryant ([01:15:02](#)):

I think this, I think if you came back to me and you said, "Let's talk..." And I think if y'all both, for the sake of the investigation, just pull the throttle back...

Jeffrey Lowe ([01:15:16](#)):

Yeah. That's what he wants, keep it flaming hot.

Agent Matthew Bryant ([01:15:16](#)):

To pull the throttle back and say, "Okay, lets..."

Jeffrey Lowe ([01:15:20](#)):

[inaudible 01:15:20].

Agent Matthew Bryant ([01:15:20](#)):

Just let me throw this out there, under the ruse of, "All right, let's make amends, let's figure out how to this work..." And instead of him playing everybody else, we play him for a little bit longer till we get stuff...

Jeffrey Lowe ([01:15:36](#)):

Lined up, get our gloves on him. I'm game, I'm just...

Lauren Lowe ([01:15:40](#)):

Could we have someone be bait and be like, "Hey, I'm interested in buying a tiger hide." And they'd be out of state? That's easy to do.

Jeffrey Lowe ([01:15:49](#)):

[inaudible 01:15:49]?

Agent Matthew Bryant ([01:15:49](#)):

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

Mm-hmm (affirmative) because you're saying he's already tried to sell them.

Jeffrey Lowe (01:15:54):

So what if I say, "Joe, I got a guy in Texas who wants a hide, you want to sell one of yours?" And if he sells it to him...

Lauren Lowe (01:15:59):

If there's money in exchange.

Jeffrey Lowe (01:16:01):

Just fucking do it dude, I'm telling you. He's broke right now. Problem somebody would actually have to buy it.

Agent Matthew Bryant (01:16:09):

Yeah, we can do that. But it would be hard right now when he thinks that you're [crosstalk 01:16:15]. I mean, you couldn't do that right away.

Agent Matthew Bryant (01:16:18):

Because he thinks you're trying to set him up.

Jeffrey Lowe (01:16:19):

You could call him or text him, just say, "I got a guy in Texas who wants [inaudible 01:16:22]."

Speaker 2 (01:16:21):

But he's kind of mad at me because...

Agent Matthew Bryant (01:16:24):

He definitely trust you right now from that video right now where James is recording everything all the time.

Lauren Lowe (01:16:30):

[crosstalk 01:16:30].

Speaker 2 (01:16:31):

He knows that's not even fucking true because [inaudible 01:16:31].

Lauren Lowe (01:16:31):

We could have somebody easily... We know maybe Sarah or something could settle the money... If [crosstalk 01:16:41] in Vegas...

Agent Matthew Bryant (01:16:39):

No, I would handle the money.

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

Lauren Lowe (01:16:45):

[crosstalk 01:16:45].

Jeffrey Lowe (01:16:45):

[crosstalk 01:16:44] he would have the buyer.

Lauren Lowe (01:16:46):

But see, we have people that will easily do it, they just have to get contact with him.

Agent Matthew Bryant (01:16:51):

But we have to do it so that its Joe's selling it and not ya'll selling it.

Lauren Lowe (01:16:52):

Correct.

Jeffrey Lowe (01:16:54):

If I gave you one of my cubs, could I get my cub back? Or do we lose the cub if its sold?

Lauren Lowe (01:17:06):

Oh you have to think about that.

Jeffrey Lowe (01:17:09):

Because you need a cub [inaudible 01:17:09] right?

Agent Matthew Bryant (01:17:10):

More I'm thinking right now, is I don't want to do anything that is not something that's on his mind, that he wants to do. I don't want to get into an entrapment deal. We're trying to get him to... It's got to be something that he knows that... And he's been doing it and it's his idea and he wants to do it, we just make it so that it happens. I don't want to create something.

Jeffrey Lowe (01:17:32):

[inaudible 01:17:32] four Tiger cubs went to Doc Antle. You know who Doc Antle is? Doc is a tiger murdering asshole that will use these cubs [inaudible 01:17:40]? Then he takes them out back, he gives them a shot and he burns the bodies.

James Garretson (01:17:43):

[inaudible 01:17:43].

Jeffrey Lowe (01:17:44):

Hundreds of them. I've told Doc Antle, "Don't kill any fucking tigers, I'll come take them all."

James Garretson (01:17:51):

[crosstalk 01:17:51] he's done thousands.

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

Jeffrey Lowe (01:17:52):

He's so embarrassed about how many kills he won't call me.

James Garretson (01:17:57):

[crosstalk 01:17:57].

Lauren Lowe (01:17:57):

Oh, here's the cash of him forging for almost 10 grand.

Jeffrey Lowe (01:18:01):

He stamps my name and then he signs my fucking name on the back.

Lauren Lowe (01:18:03):

Yeah, he stamps the name and then forges the name, cash, almost 10 grand.

James Garretson (01:18:10):

He's only mad at me because he thinks that I report back to Jeff.

Jeffrey Lowe (01:18:15):

[crosstalk 01:18:15] and we do.

James Garretson (01:18:16):

Jeff, [inaudible 01:18:18] fucking true, what he says.

Agent Matthew Bryant (01:18:18):

You ever loaned him any money or done anything with him?

James Garretson (01:18:23):

Fuck yeah.

Jeffrey Lowe (01:18:26):

[inaudible 01:18:26].

James Garretson (01:18:26):

I'm the First State Bank for a little while.

Agent Matthew Bryant (01:18:27):

Did he ever pay you back?

James Garretson (01:18:29):

Fuck no.

Agent Matthew Bryant (01:18:31):

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

No checks or nothing?

Speaker 2 (01:18:33):

Well, he paid me $5,000 before.

Jeffrey Lowe (01:18:35):

And with a couple checks, its already liquidation for $300.

James Garretson (01:18:39):

Oh, [inaudible 01:18:40] ain't paying that.

Jeffrey Lowe (01:18:40):

[crosstalk 01:18:40] that van that James is driving, he would loan it to me as long as I make payments on it. And when I went to Las Vegas, Joe says, "Well, I can use that for the political campaign." So then there's 300 more every month that he's stealing out of the park.

James Garretson (01:18:56):

Yeah, he didn't pay it and I [inaudible 01:19:00] took it back and now he got mad because I took it back.

Agent Matthew Bryant (01:19:01):

All right. Well before we set up anything like that, let's just see... The murder for hire is number one.

Jeffrey Lowe (01:19:09):

Yeah.

Agent Matthew Bryant (01:19:10):

All right. What we got to do is get him out of his mouth, acknowledging that he paid $3,000 to Glover.

Jeffrey Lowe (01:19:19):

I think I could get that.

Speaker 2 (01:19:20):

If you just said Allen's coming back, would he fucking probably say it?

James Garretson (01:19:23):

"You bring me my 3,000?"

Jeffrey Lowe (01:19:24):

Can you give me my [inaudible 01:19:25]?

Agent Matthew Bryant (01:19:26):

Well, think about this, don't do anything now that's going to jeopardize us, but the way he talk, if he could get a statement, we all... Do have the box that this was FedEx'd in?

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

Lauren Lowe (01:19:34):

no, it was so long ago.

Agent Matthew Bryant (01:19:38):

You see what I'm saying? Y'all say it was FedEx, he'll just say, "I don't know how they got that phone."

Lauren Lowe (01:19:42):

Right.

Speaker 2 (01:19:44):

FedEx to Vegas?

Jeffrey Lowe (01:19:46):

Was it FedEx or was it postal? They come to mailbox out back?

Lauren Lowe (01:19:50):

Gosh, it has been so long, it was while we were at [crosstalk 01:19:53].

Agent Matthew Bryant (01:19:53):

You see where I'm coming from? [inaudible 01:19:54].

Jeffrey Lowe (01:19:54):

Right [inaudible 01:19:55] detail [inaudible 01:19:56].

Agent Matthew Bryant (01:19:56):

Yes. We know It was...

Jeffrey Lowe (01:19:56):

Fact.

Agent Matthew Bryant (01:19:58):

How do we prove it? Just like the $3,000 to Glover. You know Glover is not going to lie to you, you know Joe said it to you, but how do we get evidence to hear it come out [crosstalk 01:20:09]?

Jeffrey Lowe (01:20:09):

Allen would say it. How do you conspire to kill somebody and then give them immunity?

Agent Matthew Bryant (01:20:15):

Well, if Allen says it and I hear it out of Allen's mouth, what proof do we have? He's going to say it happened, Joe's going to say, "No, it didn't happen." If it comes out of Joe's mouth...

Jeffrey Lowe (01:20:28):

Just going to cuff him?

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

Agent Matthew Bryant (01:20:29):

Yeah. So that's not something that I want you to hit him with, right when you get back.

Jeffrey Lowe (01:20:33):

Right, we won't.

Agent Matthew Bryant (01:20:34):

But that's something we need to pause.

Jeffrey Lowe (01:20:37):

[inaudible 01:20:37] trust me.

Agent Matthew Bryant (01:20:38):

Yeah. The day that you say, "Okay, look, I threw off at the handle, I was upset. I came back..."

Jeffrey Lowe (01:20:44):

He spent all this money...

James Garretson (01:20:45):

But Joe's like a whore. When he gets broke, he'll do anything. If you cut him off, then he's probably...

Agent Matthew Bryant (01:20:53):

Well I think if we play it like this, you come back, "Look, yeah I was fired up. Yeah, we do need to talk. We do need to act like adults..." And we know how to placate his ego a little bit. "You're right, lets..."

Agent Matthew Bryant (01:21:05):

Stroke him a little bit, Jeff. And be like, "Let's make this work. We put a lot into this park. I don't want you to leave. We can work this out, but I want to be involved in some finances." And just see if we can slow it down. And then a couple of days after that... You know, you can set some ground rules with it. "Look, I'm going to have a little part of this park, the finances and everything. You do what you want to with [crosstalk 01:21:30]."

Jeffrey Lowe (01:21:31):

Break the stamp, I don't want to deal with anything else stamped [crosstalk 01:21:33]?

Agent Matthew Bryant (01:21:32):

I'm just saying... Not these exact words, but have this type of conversation. "Don't talk to my wife ugly, I won't talk to your husband ugly." We can get along, we can run this business and we can make a go with this.

Jeffrey Lowe (01:21:44):

Okay.

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

Agent Matthew Bryant (01:21:44):

A couple of days after that, figure out a way to bring it up about the $3,000.

Jeffrey Lowe (01:21:52):

Allen wants to come back.

Agent Matthew Bryant (01:21:53):

Yeah.

Jeffrey Lowe (01:21:54):

What if I did... If I lead him to say it, is it... If I said, "Look, Allen wants to come back. I know you gave him $3,000 to take out Carole. He doesn't have it to give you back." And then see what Joe says?

Agent Matthew Bryant (01:22:06):

I would not say, "I know you gave him that." I would say, "He's worried about coming back because he owes you $3,000."

Jeffrey Lowe (01:22:15):

Okay.

Agent Matthew Bryant (01:22:17):

Or something along those lines. Listen to that audio tape again before you do it. Kind of rehash it out. Because that's when you remember how it went down.

Jeffrey Lowe (01:22:30):

Did I say anything about the Baskin thing [crosstalk 01:22:30]?

Lauren Lowe (01:22:34):

We were just getting to it, Do you want to finish watching it?

Agent Matthew Bryant (01:22:34):

Yeah.

Lauren Lowe (01:22:34):

Okay.

Jeffrey Lowe (01:22:37):

(Recording resumes) He goes, "I don't know, [inaudible 01:22:39] on that." Whatever. The next fucking morning, they're in there telling you, call you. Brenda fucking calls you and says, "Jeff was asking him about the deposit." So you've changed the combination on the fucking [inaudible 01:22:59]."

Joe Maldonado-Passage (01:22:59):

[inaudible 01:22:59] on the main safe because you're broke. Its 9,7,6,5,4.

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

Agent Matthew Bryant (01:22:59):

[crosstalk 01:22:59].

Jeffrey Lowe (01:23:06):

Hey pal, [inaudible 01:23:06] changed [inaudible 01:23:06]. You know why? So I can't get in there and see that you're not taking it from Paypal and putting it in the park account.

Joe Maldonado-Passage (01:23:13):

[inaudible 01:23:13].

Jeffrey Lowe (01:23:17):

How would it look if you were me? How would it look?

Joe Maldonado-Passage (01:23:19):

[inaudible 01:23:19].

Agent Matthew Bryant (01:23:19):

[inaudible 01:23:19].

Lauren Lowe (01:23:19):

Oh here it is, [inaudible 01:23:23] 9,250 [inaudible 01:23:23] and 25 cents.

Joe Maldonado-Passage (01:23:23):

It was cashed?

Lauren Lowe (01:23:23):

[inaudible 01:23:23] so surprised about it.

Lauren Lowe (01:23:36):

[inaudible 01:23:36].

Agent Matthew Bryant (01:23:36):

(Bryant speaks over the recording) So he told you in person that he gave him $3,000. [inaudible 01:23:36] Joe? That came out of Joe's mouth?

Jeffrey Lowe (01:23:36):

(Jeff Lowe speaks over the recording) Yep.

Agent Matthew Bryant (01:23:36):

(Bryant speaks over the recording) And tells you, he's going to pay in 500 that night?

Jeffrey Lowe (01:23:36):

(Jeff Lowe speaks over the recording) He says, "[inaudible 01:23:57] Allen to take him out?"

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

Joe Maldonado-Passage (01:23:36):

(Recording) And [crosstalk 01:23:36].

Jeffrey Lowe (01:23:36):

(Jeff Lowe speaks over the recording) He said, "Can you trust Allen?" And I said... "I trust Allen, he worked for me." I said, "But Joe, Allen's not going to go down and kill Carole Baskin."

Lauren Lowe (01:23:36):

[crosstalk 01:23:36].

Jeffrey Lowe (01:23:36):

And I said, "For one thing..."

Jeffrey Lowe (01:23:36):

And why is [inaudible 01:23:36] saying it was 12, 25.

Lauren Lowe (01:23:41):

He says, [inaudible 01:23:41].

Jeffrey Lowe (01:23:41):

(Jeff Lowe speaks over the recording) I said, "For one thing, he's too goddamn dumb." I said, "Another thing is [crosstalk 01:23:41] if Carole Baskin [crosstalk 01:23:41]."

Joe Maldonado-Passage (01:23:41):

[crosstalk 01:23:41].

Jeffrey Lowe (01:23:41):

[crosstalk 01:23:41].

Jeffrey Lowe (01:23:41):

So are you telling me that all of these things [crosstalk 01:23:47] when we get audited by the IRS, we don't have any receipts to back it up?

Joe Maldonado-Passage (01:24:39):

[crosstalk 01:24:39].

Agent Matthew Bryant (01:24:39):

(Bryant speaks over the recording) [crosstalk 01:24:39] after you got that phone is when you cam back and you had a conversation about the phone and he says, "I gave him 3000."

Jeffrey Lowe (01:24:42):

(Jeff Lowe speaks over the recording) Well I said, "Where's Allen?" Because [inaudible 01:24:44]. Then he goes, "I gave him money to go down and take out Carole." And I said, "You did what?"

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

Joe Maldonado-Passage (01:24:50):

[crosstalk 01:24:50].

Jeffrey Lowe (01:24:51):

(Jeff Lowe speaks over the recording) I said, "How much money did you give him?" Because I figured Allen would just take the money and split. And he says, "I gave him $3000." "Where'd you get that money?" He said where he got the money.

Jeffrey Lowe (01:25:10):

[inaudible 01:25:10].

Joe Maldonado-Passage (01:25:10):

We don't get receipts paid [crosstalk 01:25:10].

Jeffrey Lowe (01:25:10):

So when you send a money order, you don't get confirmation that whatever you send that money over for... You don't get the money order?

Joe Maldonado-Passage (01:25:11):

Well, we should have copies of the money order.

Jeffrey Lowe (01:25:14):

We should.

Agent Matthew Bryant (01:25:14):

(Bryant speaks over the recording) Do we have those?

Lauren Lowe (01:25:18):

(Lauren Lowe speaks over the recording) [inaudible 01:25:18] I can get [crosstalk 01:25:20].

Joe Maldonado-Passage (01:25:20):

But I [inaudible 01:25:20] this wasn't from [inaudible 01:25:20].

Agent Matthew Bryant (01:25:20):

[crosstalk 01:25:20].

Jeffrey Lowe (01:25:20):

Then where'd you get the $3,200 [inaudible 01:25:26].

Joe Maldonado-Passage (01:25:22):

Off the cubs.

Jeffrey Lowe (01:25:26):

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

No you didn't, Joe there were no cubs born! So you're saying off of a cub 16 months ago? There were no cubs born since the 11th. You've had the one you gave him, which I don't fucking understand because he won't let anybody use it. The one you gave us was one of two, [inaudible 01:25:44], you're using yours. And then the other cub, you've sold to James. That's all the cubs born since the 11th. I verified with Eric.

Agent Matthew Bryant ([01:25:54](#)):

(Bryant speaks over the recording) He sold you a cub?

Jeffrey Lowe ([01:25:54](#)):

Since November, you haven't had any other cubs. So don't say that you used cub money.

Joe Maldonado-Passage ([01:25:57](#)):

Sure I have.

Jeffrey Lowe ([01:25:57](#)):

Really?

Joe Maldonado-Passage ([01:25:57](#)):

Yeah.

Agent Matthew Bryant ([01:25:57](#)):

(Bryant speaks over the recording) Is that the one he paid a debt to you?

James Garretson ([01:25:59](#)):

(Inaudible)

Jeffrey Lowe ([01:26:00](#)):

They're not in the book. They're not in the cub book.

Joe Maldonado-Passage ([01:26:02](#)):

And we don't put them all in the cub book Jeff, so if the USDA or somebody shows somebody, they're not in there. I I sold one to Robert Engesser out of this litter right before this happened. Reink runs that cub book, not me.

Jeffrey Lowe ([01:26:33](#)):

Who's responsible for it though? When the shit hits the fan, who's responsible for this whole fucking place? Just answer.

Joe Maldonado-Passage ([01:26:39](#)):

For cubs [crosstalk 01:26:40]...

Jeffrey Lowe ([01:26:40](#)):

No, everything in this fucking place.

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

Joe Maldonado-Passage (01:26:42):

Because I'm responsible for anything under my license.

Jeffrey Lowe (01:26:45):

Its doesn't say in the cub book, who's license its born under.

Joe Maldonado-Passage (01:26:47):

It doesn't.

Jeffrey Lowe (01:26:48):

So that's how you get out of it, that's how you put it all the fucking trouble on me and you [inaudible 01:26:54] unscathed while you call yourself the most honest person ever. You commit more crimes than any of us combined, but you never get in trouble because you pass the buck onto somebody else. Okay, the cub you sold to Robert Engesser, isn't in the cub book, that's what you're saying?

Joe Maldonado-Passage (01:27:10):

Because he showed it born at his place. Why would we show it born here?

Jeffrey Lowe (01:27:20):

Then Reinkie's book is inaccurate or you told him not to put it in there.

Joe Maldonado-Passage (01:27:25):

Reinkie's the one who decides what goes in there and what doesn't.

Agent Matthew Bryant (01:27:25):

(Bryant speaks over the recording) Oh, its a cop out.

Jeffrey Lowe (01:27:27):

Rinkie works for who? For me. He's managed by who? You. I'm not letting Reinkie's actions fuck me in a federal court for selling tigers.

Lauren Lowe (01:27:38):

By your decision.

Joe Maldonado-Passage (01:27:40):

There's no paper trail to show that, that tiger was sold. Who would even know?

Lauren Lowe (01:27:49):

[inaudible 01:27:49].

Joe Maldonado-Passage (01:27:49):

When Robert says it was born in his place.

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

Lauren Lowe ([01:28:19](#)):

[inaudible 01:28:19].

Jeffrey Lowe ([01:28:19](#)):

You just don't get it Joe. [crosstalk 01:28:19].

Jeffrey Lowe ([01:28:19](#)):

How much [crosstalk 01:28:19] tiger?

Joe Maldonado-Passage ([01:28:19](#)):

[crosstalk 01:28:19]?

Jeffrey Lowe ([01:28:19](#)):

732,000 bucks?

Agent Matthew Bryant ([01:28:19](#)):

Don't let Joe through [crosstalk 01:28:19].

Jeffrey Lowe ([01:28:19](#)):

He never comes in here unless [crosstalk 01:28:19].

Joe Maldonado-Passage ([01:28:19](#)):

2,000.

Jeffrey Lowe ([01:28:21](#)):

So where'd the 3,200 come from? Did you go to your mom to get it out the [inaudible 01:28:21] whatever the fuck? I doubt it, it came out of the park, just like all of this other shit came out of the park. (The recording stops)

Agent Matthew Bryant ([01:28:21](#)):

That deal I was explaining, that December deal, is the tiger going down to Hernandez. I'm going to go back and do the subpoena thing. But look for funds coming in sometime, first part, I think it was first of the 20th. Two tigers it was, that went down there.

Jeffrey Lowe ([01:28:37](#)):

I wasn't here.

Lauren Lowe ([01:28:38](#)):

You weren't here.

Jeffrey Lowe ([01:28:38](#)):

But I can find out.

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

James Garretson ([01:28:39](#)):

They would have been here in what two months.

Lauren Lowe ([01:28:40](#)):

He just got back a month ago.

Agent Matthew Bryant ([01:28:42](#)):

So a couple of cubs, what would they be worth to go down there?

Jeffrey Lowe ([01:28:46](#)):

White cubs, [crosstalk 01:28:47].

Agent Matthew Bryant ([01:28:48](#)):

These were orange.

Jeffrey Lowe ([01:28:49](#)):

Orange cubs, Joe sells for typically...

Lauren Lowe ([01:28:53](#)):

Three.

Jeffrey Lowe ([01:28:53](#)):

The cheapest I've seen him sell them, is 1800 bucks. And the most I've ever seen in good [inaudible 01:28:57] 2,500 bucks. And that's when everybody's in a dry spell, its springtime and they need it for company things. He just took the four to Doc Antle and texts... I was told that he was taking three cubs to doc [inaudible 01:29:09] for 56... I don't believe Joe's texts because I [inaudible 01:29:14].

Lauren Lowe ([01:29:13](#)):

But now its four cubs.

Jeffrey Lowe ([01:29:17](#)):

So then I says, "How many cubs do we have on the park?" And Reinke says, "There was 12. There's two here." Jean says, "Joe just took four..."

Lauren Lowe ([01:29:28](#)):

Three tigers and one laliger.

Jeffrey Lowe ([01:29:34](#)):

Let me see what he said, Doc Antle.

James Garretson ([01:29:36](#)):

There's no way he just traded [inaudible 01:29:38] money.

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

Jeffrey Lowe (01:29:37):

That's what he says, he says giving [inaudible 01:29:40] the 56,000 pounds of meat.

James Garretson (01:29:42):

Doctor [inaudible 01:29:43] put up that much money for cubs.

Jeffrey Lowe (01:29:46):

How does doc get 56,000 pounds [inaudible 01:29:49]?

James Garretson (01:29:48):

That's cash. He's bullshitting you. That's cash. He just doesn't [crosstalk 01:29:53].

Jeffrey Lowe (01:29:52):

I would love to get fucking Doc Antle now, even worse than Joe.

James Garretson (01:29:58):

Even worse than Joe before. He's killed cubs for 25 years.

Lauren Lowe (01:30:02):

Uh huh, this is just disgusting.

James Garretson (01:30:07):

I knew him when he was in Tennessee.

Agent Matthew Bryant (01:30:12):

All right.

Jeffrey Lowe (01:30:12):

That's a lot to think about isn't it Matt?

Agent Matthew Bryant (01:30:16):

There's a lot of potential here. My two big things is the murder for hire and the lemurs? Lemurs and tigers.

Jeffrey Lowe (01:30:27):

Lemurs. I just had two lemurs given to me by Scott Sharkarosa. Donated to me. I called them up and said, "Have you got a couple of lemurs I can put on display in the cage?" He goes, "Absolutely."

Agent Matthew Bryant (01:30:38):

That goes back, I have to ask you the question. In this industry, nobody donates nothing to anybody.

Lauren Lowe (01:30:44):

[crosstalk 01:30:44].

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

Jeffrey Lowe (01:30:44):

They do. [crosstalk 01:30:45] you'd be shocked. Tim Stark, you know [inaudible 01:30:47]?

Agent Matthew Bryant (01:30:46):

Yeah.

Jeffrey Lowe (01:30:48):

Tim Stark, I've always thought he was a big asshole because what I hear. And Tim says, "Jeff..." He called down here and he says, "I hear you're starting this [inaudible 01:30:57] thing." And that's the [inaudible 01:31:02]. And we go around and play with small baby animals. And I said, "What do you have in the way of a small lemur or a small monkey or a small porcupine?" I didn't even say porcupine, just small animals.

Jeffrey Lowe (01:31:12):

He says, "I got so many fucking animals right now." So I said, "Lauren and I are going to see her parents for mother's day." And Tim is in Clarkstown Indiana or something. So we went to Mammoth Caves, went up to Tim's next day and I met him in person for the first time. Dude, he has got hundreds of baby animals. And I said, "What would you sell me that and that and that for?" He goes, "I don't sell animals." I'm trying to look at Lauren, "Why the fuck are we here? We just drove all this way." He goes, "I don't sell animals." He says, "Tell you what." He says, "I will donate them to you." And he says, "But you don't ever sell them." If you ever want to get rid of them, you call me and I'll take them back." I don't think he sells animals. I truly don't.

Lauren Lowe (01:31:52):

Yeah, he's actually more generous [crosstalk 01:31:52].

Jeffrey Lowe (01:31:52):

Yeah, it was surprising. And I think it's because he probably got in trouble at some point doing it, but he did call, he texted me, he sent me a text. And again, just a minute, let me look.

James Garretson (01:32:05):

Joseph [inaudible 01:32:06].

Jeffrey Lowe (01:32:07):

I'm stuck. Yeah, I deleted it because I had to let Tim Stark know what's going on here because I figured when I turned Joe in for the forgery, I expected him to be arrested. So you're telling me to just hold off on that?

Agent Matthew Bryant (01:32:21):

What we got to do, we'll probably set the record straight out there and it's going to be a little bit of acting on your part, is the, "We got a good thing going here at the park. We're just going to try to work through this and make things work here."

Jeffrey Lowe (01:32:36):

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

Work through this tough spot.

Agent Matthew Bryant (01:32:37):

And let that get out. And then when we take Joe down, you could be like, "I tried to work it out. I tried with him several times. He kept screwing up. I couldn't do it anymore." And then you can have it and you could walk away from it with...

Jeffrey Lowe (01:32:55):

My head held up.

Agent Matthew Bryant (01:32:55):

All right. So the murder for hire...

PART 3 OF 4 ENDS [01:33:04]

Agent Matthew Bryant (01:33:02):

All right. So the murder for hire, I need the overt acts-

Jeffrey Lowe (01:33:04):

So he can help you with murder for hire. Marc Thompson, who's a-

Lauren Lowe (01:33:10):

He's a policeman.

Jeffrey Lowe (01:33:10):

He's a police officer right now-

Agent Matthew Bryant (01:33:12):

Yeah, but that's just talk.

Jeffrey Lowe (01:33:13):

Yeah, but-

Jeffrey Lowe (01:33:13):

from a cop? I mean.

Agent Matthew Bryant (01:33:15):

Yeah. That gets him with failure to act and do his due diligence, and report it. But where does it hurt Joe?

James Garretson (01:33:23):

Yeah.

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

Jeffrey Lowe (01:33:23):

I just think it would build up.

Lauren Lowe (01:33:25):

He can easily always [crosstalk 01:33:25]

Jeffrey Lowe (01:33:25):

That's just corroborating-

Agent Matthew Bryant (01:33:30):

I mean, Marc Thompson does come up and... Thompson? Johnson?

Jeffrey Lowe (01:33:34):

Thompson.

Agent Matthew Bryant (01:33:35):

If he says, "Yeah, he asked me to kill somebody one time."

Agent Matthew Bryant (01:33:38):

You'd be like, "Okay, you're an officer of law. That's a violation of your oath. You never acted upon it, did anything to him." So, it gets him in a jam, and at the same time, Joe's going, "I might've said it. I might not have said it. I don't know. There's no proof."

Jeffrey Lowe (01:33:50):

For three years that I've known Joe, all he's talked about is killing Carole Baskin. So when I hear it, I'm not even phased by it anymore. When I found out he gave money, it was like, "Holy fuck! You're serious."

Agent Matthew Bryant (01:34:01):

It's one thing to sit and talk about it.

Jeffrey Lowe (01:34:02):

Yeah, the "act on".

Agent Matthew Bryant (01:34:04):

But we need an overt act.

Jeffrey Lowe (01:34:06):

Okay.

Agent Matthew Bryant (01:34:06):

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

And that's the "giving the money". The cell phone helps, but he could come up with a hundred stories on why he sent you the cell phone. But what can he come up with, if we can get it out of his mouth, that he gave $3,000 to him to kill Carole?

Jeffrey Lowe (01:34:18):

And I'm sure we could subpoena hotel records to make sure Allen was there in Tampa.

James Garretson (01:34:25):

Would it even matter if Allen was really there or not?

Agent Matthew Bryant (01:34:25):

It really wouldn't-

Jeffrey Lowe (01:34:25):

In 30 days?

Agent Matthew Bryant (01:34:31):

But it would make the story better.

James Garretson (01:34:32):

Yeah.

Jeffrey Lowe (01:34:35):

Joe started spilling his guts that day. Allen wanted to kill Carole with a knife because it would be more quiet. Joe wanted him to go down and practice shooting because Allen was not a shooter, and Joe was going to give Allen one of his guns. It's like, "Jesus Christ, dude!"

Agent Matthew Bryant (01:34:56):

So you heard this conversation?

Jeffrey Lowe (01:34:58):

I heard it all. It was that day he said he gave Allen money. I said, "Fuck me, dude."

Agent Matthew Bryant (01:35:02):

Well, think about story because I may need to get an affidavit of that from you.

Jeffrey Lowe (01:35:06):

Okay.

Agent Matthew Bryant (01:35:07):

Do you have a computer?

Jeffrey Lowe (01:35:08):

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

I do.

Agent Matthew Bryant ([01:35:10](#)):

If you could sit down one day when you've got some time, and just write that story out. When you get that story written out, you can email it to me. I can say, "Okay, I got questions about this and this and this." I'll send it back to you, and I'll come down and meet you somewhere. We'll do an affidavit, and then I'll be like, "Okay."

Jeffrey Lowe ([01:35:27](#)):

Okay. [crosstalk 01:35:27] What I need to know is that when he gets arrested, he has no money. I'm the one who pays everything, every legal bill. In a civil, he could be stuck in jail for a long time, I think. In a criminal, he'll get a public defender. I don't want him near computers because he'll try to ruin this park.

James Garretson ([01:35:53](#)):

Oh yeah.

Jeffrey Lowe ([01:35:54](#)):

Because he'll say, "Jeff just made up all this shit and lied about me. He'll kill my business."

James Garretson ([01:35:58](#)):

Yeah.

Agent Matthew Bryant ([01:35:59](#)):

He may say that. But I mean, he could say that now, anyway, as you're all fighting.

Jeffrey Lowe ([01:36:03](#)):

Okay.

James Garretson ([01:36:03](#)):

I figured he would have already got on Facebook and started hammering you.

Jeffrey Lowe ([01:36:07](#)):

Well, Dillon started. So-

James Garretson ([01:36:08](#)):

I figured Joe would have done it.

Agent Matthew Bryant ([01:36:09](#)):

Here's my thoughts on that. He gets arrested. He goes to Federal Court. He gets back to a computer. He's out on bond, and he tries to say all that. That it was all you, you made it all up. He's still got to go to trial. He goes to trial. He gets found guilty. Who makes what up?

Jeffrey Lowe ([01:36:26](#)):

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

What kind of a bond could he get for... Would you file all these charges at once for interstate trafficking of animals, murder for hire, forgery, embezzlement? Can you guys file the forgery/embezzlement, or does that have to be a state-

Agent Matthew Bryant (01:36:42):

The only thing that I really can't touch, is the campaign fraud. I mean, the reason I can't, federally, is because he's running for state office.

Jeffrey Lowe (01:36:51):

What if we can go back and prove that I've audited the books from when he was running for president. I guarantee you, he was funneling money.

Agent Matthew Bryant (01:36:58):

Fine. Find it there.

Jeffrey Lowe (01:36:59):

Okay. I always wondered, "How the fuck can you afford all of this? How do you afford $700 a month limo payment?" He only bought the limo to put his president-

James Garretson (01:37:08):

It's almost didn't even know that he'd spend over that.

Jeffrey Lowe (01:37:12):

How would they?

James Garretson (01:37:13):

I don't know. His career's screwed because of fricking Joe. I know he wanted to get Carole.

Jeffrey Lowe (01:37:18):

I think Joe sold Doug that semi, and Doug didn't pay him for it. Joe wrote him off until Joe went and put his social security number up there that one time. And I think it's only been recently within the last two months you got them-

Agent Matthew Bryant (01:37:35):

Lauren, do you need a thumb drive?

James Garretson (01:37:36):

Because he came to the funeral.

Lauren Lowe (01:37:37):

What's that?

Agent Matthew Bryant (01:37:37):

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

Do you need a thumb drive?

Lauren Lowe ([01:37:37](#)):

We-

Jeffrey Lowe ([01:37:37](#)):

We've got 10 of them up there.

Lauren Lowe ([01:37:37](#)):

You do?

Jeffrey Lowe ([01:37:37](#)):

They're right there on top of them-.

Agent Matthew Bryant ([01:37:42](#)):

Because all your audio and videos, just put it on a thumb drive. Any records that you want to. When you think the thing's getting full, we'll meet in Paul's Valley, or someplace. I'm not going to come here.

Jeffrey Lowe ([01:37:56](#)):

Okay.

Lauren Lowe ([01:37:56](#)):

That's fine.

Agent Matthew Bryant ([01:37:57](#)):

That's because I don't want-

Jeffrey Lowe ([01:37:58](#)):

To be spotted?

Agent Matthew Bryant ([01:38:00](#)):

I met Joe seven years ago, one time, briefly. But I don't trust-

Jeffrey Lowe ([01:38:07](#)):

I'm sure he was looking at his own reflection in your eyeballs.

James Garretson ([01:38:09](#)):

Yeah, that's good.

Agent Matthew Bryant ([01:38:11](#)):

Yeah. I've been doing this for 32 years, and I don't trust a lot of people.

Jeffrey Lowe ([01:38:14](#)):

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

I don't blame you.

James Garretson ([01:38:14](#)):

I don't trust anybody.

Agent Matthew Bryant ([01:38:18](#)):

Doesn't mean that I think the worst of everybody, it's just-

Jeffrey Lowe ([01:38:20](#)):

Right.

Agent Matthew Bryant ([01:38:20](#)):

It's somebody else. If there's anything which you guys are wrapped up into.

Jeffrey Lowe ([01:38:26](#)):

No.

Agent Matthew Bryant ([01:38:27](#)):

That could possibly come out. If you've ever sold a cat, if you've ever done anything like that-

Lauren Lowe ([01:38:37](#)):

No. We haven't.

Agent Matthew Bryant ([01:38:37](#)):

The best thing to do is to come forward with it. Because once we start this ball rolling, and everything, and Joe's going to be dumping information too, and that type of stuff, you'll always treat that with kid gloves. But if there's anything that you've done that you wish you could go back and do it the right way, you probably need to let us know so that we're not surprised with that down the road.

Jeffrey Lowe ([01:39:00](#)):

The only thing that he's accused me of, and it was because of my own stupid comment, is I knew Prince. The singer Prince? I bought tons of Prince's clothes from, [inaudible 01:39:12] and I went and built this website, and put pictures of Prince, while he was wearing the clothes and this was before I knew Prince. I bought it from his ex-wife. She got it in the divorce, she got a house with [inaudible 01:39:27].

Jeffrey Lowe ([01:39:28](#)):

So I bought all this shit from Mayte, and I put it up for sale online, and Hardrock. I paid her $50,000 bucks in cash. Hardrock contacted me within two days and offered me $350,000 for what I had already just put online, which was just a portion of it. So I said, "You guys, you send somebody to verify the authenticity," because that was part of their agreement, and then they were going to deliver and pick up the clothes.

Jeffrey Lowe ([01:39:54](#)):

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

So two days later I get a knock on the door at seven in the morning. God damn, they sent that quick. It was the Beaufort County, South Carolina sheriff with an envelope. He said, "You Mr. Lowe?"

Jeffrey Lowe ([01:40:06](#)):

I said, "Yeah."

Jeffrey Lowe ([01:40:06](#)):

He says, "Here. Served." I go in the house and it said somebody's suing me. Who the hell is suing me? Prince was suing me to stop the sale of his clothes. He was so private he didn't want his clothes and his small little boots to be on public display. I said, "Under what grounds?" You know? Mayte got them in the divorce, I saw the paperwork. He was on the ground because the pictures that I put online had that symbol that he changed his name to in the '90s. So he was trying to sue me under the Lanham Act for Trademark Violence.

Jeffrey Lowe ([01:40:39](#)):

So I had to hire a federal attorney, went in, we beat Prince and part of our settlement with Prince, because I let Prince have his clothes back. Prince bought his clothes back. So part of the agreement was I got to go to Prince's house because Paisley Park, the parties there. Said "I want to meet him in person". He flew my family in first class put us up in hotels. We became friends.

Jeffrey Lowe ([01:41:05](#)):

When Joe was like, "When can I sell it on here?"

Jeffrey Lowe ([01:41:09](#)):

I said, "Well I still got Prince's clothes."

Jeffrey Lowe ([01:41:10](#)):

And he goes "But you [ain't 01:41:11] even sell those."

Jeffrey Lowe ([01:41:12](#)):

I said, "Dude, I could sell my shirts to somebody and say they're Prince's because Prince sued me. Prince is dead, who's going to dispute it?"

Jeffrey Lowe ([01:41:19](#)):

So he says in that video, "You're trying to sell fake Prince shit!"

Jeffrey Lowe ([01:41:22](#)):

And I said, "I never did, bullshit." On everything I have, I've still got Prince's clothes here.

Jeffrey Lowe ([01:41:29](#)):

But that's the only thing, just like this. Laying everywhere, they belonged to Prince.

James Garretson ([01:41:41](#)):

He was a little guy wasn't he?

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

Lauren Lowe ([01:41:41](#)):
Oh, he was so little.

Jeffrey Lowe ([01:41:41](#)):
He was only 112 pounds when he died.

Lauren Lowe ([01:41:41](#)):
112 pounds-

James Garretson ([01:41:41](#)):
Really?

Lauren Lowe ([01:41:41](#)):
And he was only 5'2".

Jeffrey Lowe ([01:41:41](#)):
So-

James Garretson ([01:41:41](#)):
Prince?

Lauren Lowe ([01:41:41](#)):
Yeah, he was only 5'2".

Jeffrey Lowe ([01:41:41](#)):
He's 5'2".

James Garretson ([01:41:41](#)):
I thought he was tall and lanky.

Jeffrey Lowe ([01:41:49](#)):
Tucked and uses pins.

James Garretson ([01:41:50](#)):
[inaudible 01:41:50]

Lauren Lowe ([01:41:51](#)):
Yeah. He was just a little thing.

Jeffrey Lowe ([01:41:53](#)):
Little boy.

James Garretson ([01:41:53](#)):

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

Soon as the word tall, dude.

Jeffrey Lowe ([01:41:54](#)):

So that's what you'll hear Joe say that on there. So he was just saying it. But I told him, I said, "You could make a million dollars before anybody."

Agent Matthew Bryant ([01:42:02](#)):

Go ahead and keep this will all the pile of stuff.

Jeffrey Lowe ([01:42:05](#)):

Okay. [inaudible 01:42:06]

Agent Matthew Bryant ([01:42:06](#)):

Yeah, and I just want to kind of get it all at one time, and figure out what we got.

Lauren Lowe ([01:42:12](#)):

Did you want to finish watching that video?

Agent Matthew Bryant ([01:42:17](#)):

What other good stuff... His voice drives me crazy.

Lauren Lowe ([01:42:28](#)):

His voice?

Jeffrey Lowe ([01:42:28](#)):

My voice drives me crazy on recording. I can't stand to hear myself.

Lauren Lowe ([01:42:28](#)):

Just finish watching this part, and then there's another video but we [inaudible 01:42:28].

Jeff Lowe- video ([01:42:28](#)):

(Recording begins) Why would you ask James to let you fake a $1,700 deposit? Why would you ask Bill [Medals 01:42:34] to do the same? And then not think that you have to cover your ass when you steal money out of the park to buy pens and shirts. Why do you fix one but you're going to leave the other one leave the other wide open when its on my ass?

Joe Maldonado-Passage ([01:42:49](#)):

There's not one of those of the pens, or anything. The invoice says it was for pen cleaning stuff.

Jeff Lowe- video ([01:42:56](#)):

Yes, it does! I just showed it to you.

Joe Maldonado-Passage ([01:42:57](#)):

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

But from QuickSign-

Jeff Lowe- video (01:42:57):

Campaign shirts!

Joe Maldonado-Passage (01:42:57):

From QuickSign.

Jeff Lowe- video (01:43:00):

Okay, so don't say, "Not one."

Joe Maldonado-Passage (01:43:01):

But, they-

Jeff Lowe- video (01:43:02):

All it takes is one to fuck my world. But you don't care about that because you'll still be sitting here sucking his dick while I'm in prison getting fucked in the ass by somebody else. It isn't fair!

Joe Maldonado-Passage (01:43:14):

I have your back more than you think I might.

Jeff Lowe- video (01:43:19):

I don't think so because you'll fuck me to change, you'll fuck me. Everyone here. [crosstalk 01:43:23].

Lauren Lowe - Video (01:43:29):

You are about to [inaudible 01:43:29].

Joe Maldonado-Passage (01:43:29):

Huh?

Lauren Lowe - Video (01:43:31):

You had her by the [crosstalk 01:43:31].

Jeff Lowe- video (01:43:35):

You wouldn't tell James-

Lauren Lowe - Video (01:43:35):

You talk so much shit about us.

Jeff Lowe- video (01:43:35):

You wouldn't tell James, "You don't want that fucking cunt here", Joe. I heard it. He said, "You need to get them from Florida. I don't want that fucking cunt here." You know what? I don't want that faggot that you have here because he looks cross ways at me every time he sees me, and I'm sure that's

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

because you've poisoned him against me. And if he does it again I'll beat the fuck out of him. 21 year old faggot! Cheerleading faggot. He's not even a man like you are, he's a sissy boy.

Joe Maldonado-Passage ([01:44:03](#)):

Can I take this so I can go track this?

Jeff Lowe- video ([01:44:05](#)):

Feel free.

Joe Maldonado-Passage ([01:44:05](#)):

I got to figure out what this is.

Jeff Lowe- video ([01:44:10](#)):

That's only one of ten, one of twenty. The others are $2,000, $3,000. Show him the rest of them.

Joe Maldonado-Passage ([01:44:16](#)):

Do we still have like travel money or something-

Jeff Lowe- video ([01:44:17](#)):

No.

Joe Maldonado-Passage ([01:44:20](#)):

Like when we send someone stuff?

Jeff Lowe- video ([01:44:22](#)):

No! And here's another question, how much money did she send you to pay to go get the boys?

Joe Maldonado-Passage ([01:44:28](#)):

She said-

Jeff Lowe- video ([01:44:30](#)):

You told me $1,000.

Joe Maldonado-Passage ([01:44:32](#)):

I think she said $1,000, [inaudible 01:44:36]. The second time she paid the boys straight. She paid $1,000 the first time, and the truckload that [inaudible 01:44:43].

Jeff Lowe- video ([01:44:42](#)):

So did she make that up?

Joe Maldonado-Passage ([01:44:42](#)):

No.

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

Jeff Lowe- video (01:44:42):

She reimburse you?

Joe Maldonado-Passage (01:44:42):

Nope-

Agent Matthew Bryant (01:44:42):

The money that she got everything now.

Jeffrey Lowe (01:44:42):

Yeah.

Joe Maldonado-Passage (01:44:42):

And the second time she paid $1,400, because she paid each of the boys in checks. And she paid them direct. [inaudible 01:44:53]

Jeff Lowe- video (01:44:52):

And where the CO that I have share by for France's cage go? To the wolves?

Lauren Lowe - Video (01:45:02):

No.

Jeff Lowe- video (01:45:04):

Is it still here?

Lauren Lowe - Video (01:45:05):

Yeah.

Jeff Lowe- video (01:45:05):

So there's enough steel to finish that cage and build-

Joe Maldonado-Passage (01:45:06):

Big-ass pile. (Recording ends)

Agent Matthew Bryant (01:45:08):

When [inaudible 01:45:08].

Jeffrey Lowe (01:45:08):

This whole thing Prince does.

James Garretson (01:45:08):

Don't believe it.

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

Agent Matthew Bryant (01:45:15):

All right. Can you just out those on a thumb drive, and stuff?

Lauren Lowe (01:45:18):

Yeah.

Agent Matthew Bryant (01:45:18):

The other thing, just kind of reiterate for the sake of this case, if we're going to do something about Joe, and with Joe; I was never here.

Jeffrey Lowe (01:45:28):

Okay.

Lauren Lowe (01:45:29):

I don't know who you are.

Agent Matthew Bryant (01:45:29):

You all ease the tension when he gets back. You can start by like, "Yeah, you're right. I've calmed down. You're good for the park". You know how to stroke his ego, you been doing it for a long time. And then get back to where you can have some conversations about that are beneficial.

James Garretson (01:45:48):

Confidential.

Agent Matthew Bryant (01:45:49):

Yeah.

Jeffrey Lowe (01:45:50):

Knowing Joe, he'll talk pretty easily. He's the loosest lipped person I've ever-

Agent Matthew Bryant (01:45:55):

I think he will. I don't think he would right now because he doesn't trust you but I think once he gets back and he feels that you all have got it worked out.

Lauren Lowe (01:46:02):

I have a voice recording of him selling tiger cubs.

Agent Matthew Bryant (01:46:03):

And you're just laying around thinking, "Did he do that?" Make a note of it so that you can find it.

Jeffrey Lowe (01:46:13):

This is what he's going to fall back on, and you're going to have a problem with it. Play him my phone call to the Department of the Interior, and you explain this to me if you can.

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

Lauren Lowe (01:46:23):

Department of Interior, which one is that? The one that goes-

Jeffrey Lowe (01:46:28):

Got a label on it. How do you know? The wildlife [crosstalk 01:46:31].

Lauren Lowe (01:46:31):

The ESA?

Jeffrey Lowe (01:46:32):

Yeah.

Lauren Lowe (01:46:34):

Oh.

Jeffrey Lowe (01:46:36):

This one is going to haunt one of you guys in court some day.

Lauren Lowe (01:46:38):

How do you make sure that... This is the ESA?

James Garretson (01:47:01):

He's already taped the call.

Lauren Lowe (01:47:01):

How can he go in?

James Garretson (01:47:01):

Did he too? Or did he-

James Garretson (01:47:02):

Yeah. They probably said [inaudible 01:47:02] to Jeff. It's no wonder we play Jeff recording.

Maggie (recorded phone call) (01:47:02):

Hello?

Jeff Lowe (recorded phone call) (01:47:02):

Is this Maggie?

Maggie (recorded phone call) (01:47:02):

Yeah, Hi. Sorry, I don't know if that's our phones or your phones though. We have some terrible phones here.

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

Jeff Lowe (recorded phone call) ([01:47:08](#)):

Oh, I'm sorry. Can you hear me?

Maggie (recorded phone call) ([01:47:09](#)):

Yeah, I can.

Jeff Lowe (recorded phone call) ([01:47:10](#)):

I just had a question for you. I'm really confused with this Endangered Species Act. Does the Endangered Species Act cover hybrid exotic animals like a hybrid tiger that's born in captivity? Is that covered under our Endangered Species Act?

Maggie (recorded phone call) ([01:47:33](#)):

I don't know if I'm the best person to answer that question. But my understanding is an adoption, and actual [inaudible 01:47:40] that discusses hybrids, but, no. They don't cover it, especially animals that get up too deep.

Jeff Lowe (recorded phone call) ([01:47:49](#)):

That's what I thought, because it makes no conservation. If a ham was in captivity that it would have any conservation value. [crosstalk 01:47:59] in a non-indigenous region, right?

Maggie (recorded phone call) ([01:48:03](#)):

It depends. I mean, certainly a lot of animals in zoos have incredible conservation value because they're part of a capture-breeding program to sustain the species. But, domestically-bred hybrid of some kinds that isn't part of that conservation system is like a glitch sitting in my office trying to [inaudible 01:48:25]. It's not part of a natural species survival plan given its a hybrid animal, and it's domestically-bred, and all, I thought the ESA would apply.

Jeff Lowe (recorded phone call) ([01:48:35](#)):

So a mutt tiger that's born in captivity, to your understanding, is not covered under the Endangered Species Act?

Maggie (recorded phone call) ([01:48:39](#)):

That's my understanding.

Agent Matthew Bryant ([01:48:44](#)):

She's mistaken. I don't worry about that too much because she's talking about hybrids, and she's right about hybrids, and ESA. A tiger/lion hybrid call it a "liliger", "tiliger", whatever you want to do, they're not covered by the ESA. 3-4 years ago, they redid the law. The "generic tiger" exemption that was in the ESA no longer applies. So a bingo with a Sumatran is still a tiger, still protected by ESA.

Jeffrey Lowe ([01:49:16](#)):

Okay.

Agent Matthew Bryant ([01:49:18](#)):

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

So a "tiger" tiger is protected, and, if you're calling it a "Liliger", let's say Joe just gets words of this and he wants you all calling them all "liligers".

Jeffrey Lowe (01:49:30):
Would you deserve [inaudible 01:49:34].

Agent Matthew Bryant (01:49:35):
Right. But the lineage is two tigers, its still protected.

Lauren Lowe (01:49:40):
And is a tiliger, or liliger-

Agent Matthew Bryant (01:49:44):
Its not protected by ESA.

Lauren Lowe (01:49:45):
Okay.

Agent Matthew Bryant (01:49:45):
Its still protected by the Captive Wildlife Safety Act.

Lauren Lowe (01:50:04):
Okay.

Jeffrey Lowe (01:50:04):
Does that prohibit selling?

Agent Matthew Bryant (01:50:04):
Yes, it does. But-

Jeffrey Lowe (01:50:04):
I'd like to know this for my own future knowledge.

Agent Matthew Bryant (01:50:05):
The Captive Wildlife Safety Act was enacted 7-8 years ago, and it is a part of Lacey Act. You ever heard of the Lacey Act?

Jeffrey Lowe (01:50:08):
Mm-hmm (affirmative).

James Garretson (01:50:08):
Mm-hmm (affirmative).

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

Lauren Lowe ([01:50:08](#)):

Originally.

Agent Matthew Bryant ([01:50:10](#)):

Okay, so it prohibits the commercial interstate transfer of big, dangerous cats. It doesn't matter, hybridization, it even addresses hybridization.

James Garretson ([01:50:22](#)):

What about USDA? It exempts USDA?

Agent Matthew Bryant ([01:50:29](#)):

Yes. But just not permit-to-permit, my understanding. Just because you got a USDA permit, it has to be for some type of conservation that you have thought, and I may be wrong.

Agent Matthew Bryant ([01:50:43](#)):

So that's the Captive Wildlife Safety Act. But it has some problems in the way it was written. If some hiccups that make prosecution not impossible but difficult. The best case is if it's a tiger of a lemur. But if it's a liliger with false paperwork. Let's say he's covering the sale to keep the income coming in, to hide the income from bankruptcy, so he falsifies the paperwork.

James Garretson ([01:51:18](#)):

Then it's a different crime.

Agent Matthew Bryant ([01:51:19](#)):

He just made something that could potentially be legal illegal because you're trying to hide the funds.

James Garretson ([01:51:25](#)):

Right.

James Garretson ([01:51:30](#)):

You hear anything?

James Garretson ([01:51:31](#)):

All of a sudden you thought that you hear a hot smack to these [inaudible 01:51:34] boys Jerry took Joe Exotic.

Jeffrey Lowe ([01:51:35](#)):

Is it? We can make a fake something or another. Make that bitch a feline.

Agent Matthew Bryant ([01:51:45](#)):

What I would like to do, and this would be dependent on how you can settle everything down. I like to start moving on this quick-

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

Jeffrey Lowe ([01:51:51](#)):

So do I, because I don't want this exposure any more. I just-

Agent Matthew Bryant ([01:51:54](#)):

Lauren if you could start putting all that stuff together that we talked about-

Lauren Lowe ([01:51:57](#)):

Yeah.

Agent Matthew Bryant ([01:51:57](#)):

And start gathering everything that you can think about. You start easing the tensions with him, start developing-

Jeffrey Lowe ([01:52:02](#)):

One hand is in the cub book.

Agent Matthew Bryant ([01:52:03](#)):

Yes, and start developing the relationship with him so that you can have these conversations, and get them recorded.

James Garretson ([01:52:09](#)):

Okay.

Jeffrey Lowe ([01:52:11](#)):

We're going to need different methods of recording, we got to buy it. Because if he sees the phone-

Lauren Lowe ([01:52:16](#)):

That pen. We should buy one of those pen recorders. And as latter we get to record just one side of the conversation.

James Garretson ([01:52:25](#)):

That's the one with a really good sensor.

Lauren Lowe ([01:52:25](#)):

Or is it better to have a video of him actually saying.

Agent Matthew Bryant ([01:52:26](#)):

I like the video the best.

Lauren Lowe ([01:52:29](#)):

I can easily do that. I can easily hide it. I was keeping the video right here, and he didn't even notice it.

Agent Matthew Bryant ([01:52:34](#)):

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

It doesn't have to be straight-up video like we're at the movies. We could be standing in there with it in your [inaudible 01:52:40]-

Lauren Lowe ([01:52:40](#)):

Like my other one's working-

Agent Matthew Bryant ([01:52:40](#)):

And then we're out, man.

Lauren Lowe ([01:52:40](#)):

I have to find it.

Agent Matthew Bryant ([01:52:40](#)):

Just do it like that, and then I'm getting the audio. Every now and then when he's talking, I can see that it's coming out of his mouth.

Lauren Lowe ([01:52:51](#)):

Similar like how I had it from the beginning where his-

Agent Matthew Bryant ([01:52:54](#)):

I don't care. So that's fine.

Lauren Lowe ([01:52:59](#)):

Okay. That's great.

Jeffrey Lowe ([01:52:59](#)):

And if he cared about fucking animals-

James Garretson ([01:53:00](#)):

He doesn't. What I did tell Matt is this sort of pissed me off about the whole fucking Joe situation. It's him killing a bunch of fucking tigers when they groom.

Jeffrey Lowe ([01:53:18](#)):

When did he do that?

Lauren Lowe ([01:53:21](#)):

Which part?

Jeffrey Lowe ([01:53:21](#)):

We hear that they went around and euthanized a bunch of tigers.

Lauren Lowe ([01:53:24](#)):

Oh gosh. You were in Vegas. Oh, I wrote it down!

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

Jeffrey Lowe ([01:53:29](#)):
[foreign language 01:53:29].

Lauren Lowe ([01:53:30](#)):
Where was that? Because I remember I had to mark it out because you said, "Mark it out just in case."

James Garretson ([01:53:36](#)):
That is when he was up in [inaudible 01:53:48].

Lauren Lowe ([01:53:48](#)):
Oh.

Agent Matthew Bryant ([01:53:48](#)):
Is there a witness?

James Garretson ([01:53:48](#)):
Yeah.

Lauren Lowe ([01:53:48](#)):
Oh, yeah-

James Garretson ([01:53:48](#)):
Oh yeah.

Lauren Lowe ([01:53:48](#)):
There's employees around.

Jeffrey Lowe ([01:53:48](#)):
Yeah. They've skinned five six of them.

Agent Matthew Bryant ([01:53:48](#)):
And why did they do it?

James Garretson ([01:53:48](#)):
To make room for them six sick kids.

Lauren Lowe ([01:53:48](#)):
It was to make room.

Jeffrey Lowe ([01:53:49](#)):
Make room for the 19 Florida tigers.

Lauren Lowe ([01:53:50](#)):

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

That's where it was. So when was that? That was-

Jeffrey Lowe ([01:53:53](#)):
And he told me that, "I need the right motherfucker like me".

Lauren Lowe ([01:53:56](#)):
And he just listed a person online that he was going to put that 60 [crosstalk 01:53:59].

Jeffrey Lowe ([01:53:59](#)):
So let me ask you this. Did the ones he put down make room for that? Is that how he got all those cats up to the taxidermy place at one point?

Lauren Lowe ([01:54:06](#)):
That's how it happened! Yes. Yes.

Jeffrey Lowe ([01:54:10](#)):
Because I wondered how he had five or six pelts up there.

Lauren Lowe ([01:54:14](#)):
This is why I need to back on Albert's [crosstalk 01:54:16].

Jeffrey Lowe ([01:54:17](#)):
Without going and getting them in between? So that's how they have that many at one time. They killed them and took them up there.

Agent Matthew Bryant ([01:54:22](#)):
What about Dr. Greene? Is he into his pocket or-

Jeffrey Lowe ([01:54:27](#)):
No, no. Dr. Greene is so by-the- books. She's-

Agent Matthew Bryant ([01:54:31](#)):
So all these euthanasias that happened on these, she-

Jeffrey Lowe ([01:54:34](#)):
She didn't know. I guarantee that-

Lauren Lowe ([01:54:36](#)):
Yeah, she really doesn't know. She probably doesn't know much about that.

James Garretson ([01:54:43](#)):
I guarantee. Dr. Greene's pretty [crosstalk 01:54:43]. I've dealt with her. She's not-

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

Jeffrey Lowe (01:54:45):

She won't. I mean, when we asked her to do anything underhanded like leave us a bottle of ketamine. "Nope! No, no, no!"

Agent Matthew Bryant (01:54:51):

Does Joe have illegal drugs here for that stuff?

Lauren Lowe (01:54:54):

Yeah.

Jeffrey Lowe (01:54:56):

I don't know what they kill the cats with to tell the truth. But we do have Dr. Greene's DEA number here.

Lauren Lowe (01:55:04):

Oh, thought it was a number-

Jeffrey Lowe (01:55:05):

But I'll say, we just spoke to the USDA today, and we have all the anesthetic drugs, the ketamine, and the medetomidine because we got to know cats every other day for some procedure. Usually to deal with claws that have grown too long, growing into their pads in their feet. Or with cubs, if we need to trim their nails, or if we have to draw blood. Joe's got this program with this guy named... This guy's name down in Texas?

James Garretson (01:55:38):

Damn, Laurie. You keep a fucking diary too?

Lauren Lowe (01:55:41):

Oh, don't fuck with me.

Agent Matthew Bryant (01:55:43):

You will rain hell down.

Jeffrey Lowe (01:55:44):

When I go to divorce, I just can't argue anything.

James Garretson (01:55:45):

I read it and they're evil.

Jeffrey Lowe (01:55:50):

Brian Davis. He's the geneticist. He's been friends with Joe forever. When a cub is born, we send the umbilicals down to Texas A&M and they record our DNA on all of our cats.

Agent Matthew Bryant (01:56:05):

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

So if he was sent or said that this is a liliger, that I sold, he could be arrested. You could go there and get the seven cent knowledge.

Jeffrey Lowe (01:56:11):

Well, the cats aren't chipped so the problem is-

Lauren Lowe (01:56:15):

When did we get those cats in from Florida?

Jeffrey Lowe (01:56:19):

Now, let me look. It's out of line, it's fucking everywhere.

Agent Matthew Bryant (01:56:23):

June or July of last year because that's when the Department of Agriculture called me.

Lauren Lowe (01:56:27):

Okay.

Agent Matthew Bryant (01:56:27):

Because it had something to do with a Federal court order or something out of Florida.

Jeffrey Lowe (01:56:33):

She violated a court order not to move them. Didn't tell us she had a court order not to move them. 19 tigers too many.

Lauren Lowe (01:56:45):

A lawsuit appeared 19 tigers, that was her name, on the 17th-

Jeffrey Lowe (01:56:48):

Local zoo takes in 19 tigers despite court order. July 19th, 2017. Lauren change the file

Lauren Lowe (01:56:59):

Okay. It was on the 15th because I have it marked out, because I reworded it "Bay City Tigers". I have to scribble it out. But that was when the tigers were killed, it was on the 15th.

Jeffrey Lowe (01:57:09):

You know what? I can trick Rienke right now when you leave. Rienke was here. I'll just say-

Lauren Lowe (01:57:14):

See how it's covered up?

Jeffrey Lowe (01:57:16):

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

I can say, "Are all those pelts still up in the city?" And I'm going to say, "How the fuck did we have that many at one time?"

Jeffrey Lowe (01:57:23):

And he'll say, "Joe put them down."

Lauren Lowe (01:57:27):

Yeah, that's the one. Saturday the 15th July. That's when they all went down because I was so pissed off, and that's why I remember it.

James Garretson (01:57:35):

That right there just made me sick to my stomach.

Lauren Lowe (01:57:42):

And he has online now that he's willing to kill 60 more cats hoping to raise money for it.

Jeffrey Lowe (01:57:43):

Yeah. The Walmart of freaking-

James Garretson (01:57:43):

Picture of the ad.

Jeffrey Lowe (01:57:44):

Walmart cut his meat program off because he was talking meat that was supposed to be going to the tigers, and he was cooking it and selling it to people who would fucking buy. And somebody told about him. Somebody told them. I've known about it for a couple months, and I said, "You're jeopardizing all of these cats eating." [Crosstalk 01:58:04.] Yeah you cut them with the grain, not against the grain.

Lauren Lowe (01:58:11):

Yeah. Go with the grain.

James Garretson (01:58:14):

Got to get some freaking chew.

Jeffrey Lowe (01:58:15):

And, sure enough, fucking happened. I'm so glad my name is not on anything that they'd buy. I used to own restaurants.

James Garretson (01:58:25):

Yeah, I since had the good relations of my used. Yeah, me too.

James Garretson (01:58:27):

Yeah. Put in his name.

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

James Garretson (01:58:27):

He still has all my tax number that he's been using too for that pizza place. God, excuse them.

Agent Matthew Bryant (01:58:41):

All right, well James, we got to go.

James Garretson (01:58:42):

Yeah.

Agent Matthew Bryant (01:58:43):

That's a lot for me to think about on the drive back to Oklahoma City. You have my cell phone. If you don't mind.

Jeffrey Lowe (01:58:49):

Go ahead, Mr. Can I get you? It's on your card?

Agent Matthew Bryant (01:58:50):

It's on my card. Both of you text me. And I'll say this too, if you're going to have text conversations with him, or anything else, don't delete them.

Jeffrey Lowe (01:58:58):

Okay.

Lauren Lowe (01:58:59):

Yeah.

Agent Matthew Bryant (01:59:00):

Because any time there's a text deleted, you know who that looks bad on?

Jeffrey Lowe (01:59:03):

Me.

Agent Matthew Bryant (01:59:03):

You.

Jeffrey Lowe (01:59:04):

Yeah, but fuck it. I just delete so many.

Lauren Lowe (01:59:08):

That's why I ask you, why do you delete so much shit?

Jeffrey Lowe (01:59:09):

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

Because it's just so much, and I look at my usage, and it'll say, "Half of your memory is taken up by texting."

James Garretson (01:59:18):

Should I play with my wig? I know! Are you a boy or girl?

Lauren Lowe (01:59:22):

Girl.

James Garretson (01:59:22):

Oh, oh, oh. That's why.

Agent Matthew Bryant (01:59:26):

But do that, and then everything else should be good to go. Send me a text, each of you, and then I'll put your number in my phone as I'm heading back to the city.

Lauren Lowe (01:59:39):

We're going to go ahead and do that, make sure you don't forget.

Agent Matthew Bryant (01:59:43):

So this stuff here is what you use at the office to keep account of all the expenditures.

Jeffrey Lowe (01:59:49):

Yeah.

Agent Matthew Bryant (01:59:50):

Then you go back. And this should go back to-

Jeffrey Lowe (01:59:53):

Match all those checks.

Agent Matthew Bryant (01:59:54):

Match all your checks when you go back and verify.

Jeffrey Lowe (01:59:55):

That's what we were trying to match up. We got it pretty good.

Agent Matthew Bryant (02:00:10):

And whatever you put in the text-

Jeffrey Lowe (02:00:12):

Say, "Bye bye".

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

Agent Matthew Bryant (02:00:14):

Remember-

James Garretson (02:00:16):

See you in the car.

Agent Matthew Bryant (02:00:17):

It's going to be played back. So if you want bad words to be said-

Jeffrey Lowe (02:00:22):

I won't curse.

James Garretson (02:00:23):

Why the fuck not?

Jeffrey Lowe (02:00:23):

Is that your number?

Agent Matthew Bryant (02:00:23):

4-5-6-1-5. [inaudible 02:00:23]. It's all about going back over there. Talk like you normally do, but if you get mad and want to call his husband-

Jeffrey Lowe (02:00:48):

[inaudible 02:00:48].

Agent Matthew Bryant (02:00:48):

Those names there, there may be somebody on the jury that's offended by that.

Jeffrey Lowe (02:00:54):

Okay, okay.

Agent Matthew Bryant (02:00:54):

If that [crosstalk 02:00:54].

Jeffrey Lowe (02:00:54):

Yeah, I'm aware.

James Garretson (02:00:54):

Let me hold this here. [crosstalk 02:00:54].

Jeffrey Lowe (02:00:54):

Where did you find that car?

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

James Garretson ([02:00:54](#)):

I'm going to drop him off.

Jeffrey Lowe ([02:01:06](#)):

How long will this take once you have-

Agent Matthew Bryant ([02:01:08](#)):

I don't-

Jeffrey Lowe ([02:01:11](#)):

The murder for hire, I know should get in quick.

Agent Matthew Bryant ([02:01:13](#)):

Yeah, if we can-

Jeffrey Lowe ([02:01:15](#)):

I guaran-fucking-tee you, if you send somebody over here. When you send somebody to jail that says, "I hear you're looking for a problem-solver", he would jump on it in a second.

Agent Matthew Bryant ([02:01:24](#)):

I don't think he will.

Jeffrey Lowe ([02:01:24](#)):

I do.

Lauren Lowe ([02:01:24](#)):

Oh, he will.

Agent Matthew Bryant ([02:01:28](#)):

I don't think he will because he does not trust you. He can say everybody set him up right now.

James Garretson ([02:01:32](#)):

I could've probably done it but now I suppose when he come on team Jeff, he won't even talk to me right now.

Lauren Lowe ([02:01:40](#)):

Quite long since he talked to him.

Agent Matthew Bryant ([02:01:45](#)):

I think with the turmoil right now, he's not going to trust anything right now.

James Garretson ([02:01:51](#)):

Yeah.

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

Jeffrey Lowe (02:01:52):

I don't know, man. Joe's-

James Garretson (02:01:53):

I don't think-

Jeffrey Lowe (02:01:54):

Joe doesn't think like you and I.

Lauren Lowe (02:01:54):

He really doesn't. He's not that-

James Garretson (02:01:59):

I'll call you, man.

Jeffrey Lowe (02:02:00):

Within a week of-

Agent Matthew Bryant (02:02:05):

I do believe that. I believe that he has a big ego.

Jeffrey Lowe (02:02:08):

Yeah, fucking huge.

Agent Matthew Bryant (02:02:10):

And I believe once you stroke his ego a little bit, and talk about how you need him here, and how he built the place, it wouldn't be the same without him. As hard as that is to get out of your mouth, he'll be like, "Okay". And then he'll get on social media and talk about how he's got you straightened out, and all that sucker deal. You're going to have to eat that. And you're going to be like, "Yeah". But just eat it because the bigger picture is down the road. The tigers, commercial tigers, commercial-

Jeffrey Lowe (02:02:47):

Can you charge somebody $5,000 to deliver a tiger to South Carolina?

Agent Matthew Bryant (02:02:50):

That's why. Especially when they find a formal memo [inaudible 02:02:54]. I mean, this takes long. They're going to charge $5,000 in the records. Especially when I can get tested on your guys tiger, liliger one for five. That's the going for a tiger commercially.

Jeffrey Lowe (02:03:07):

Bit less than that. $2,500 is the most I've seen one go out.

James Garretson (02:03:12):

Exhibit 107

This transcript was exported on Jan 06, 2022 - view latest version here.

Right, that makes sense on a tiger.

Agent Matthew Bryant (02:03:15):
All right, I enjoyed meeting with you guys.

James Garretson (02:03:15):
Thank you.

Jeffrey Lowe (02:03:15):
Good meeting you too.

Agent Matthew Bryant (02:03:16):
[crosstalk 02:03:16]. Running home.

Jeffrey Lowe (02:03:16):
Okay, no problem. [crosstalk 02:03:16].

James Garretson (02:03:16):
If you would've been my age.

Agent Matthew Bryant (02:03:23):
Check this.

Jeffrey Lowe (02:03:36):
Yeah. I'm heading out with her right now.

Agent Matthew Bryant (02:03:47):
Recording ended at 05:35.

PART 4 OF 4 ENDS [02:03:52]

Exhibit 107