| | |
|---|---|
| **From:** | Howard Baskin |
| **To:** | matthew_bryant@fws.gov |
| **Subject:** | Christopher Gore statements re tiger sales |
| **Date:** | Saturday, September 19, 2015 12:45:46 PM |

Special Agent Bryant ( am not sure how you would like to be addressed?) I have gone through Chris Gore's statement. The statement is 150 pages, but these statements are created in double space with a border and line numbers on each page, so it is probably the equivalent of 40 normal pages.

Since you are only on your cell phone for the time being, what I have done is pull out the mentions of tiger cub sales and sending deceased adult tigers to the Museum of Osteology, aka bone museum. It makes for a long email so probably only useful if you get some down time during your travel.

I have highlighted these sections in the full affidavit so when you are back on a computer if you would like to review the full document it will be easy for you to find these.

I have not yet gone through the statement of Chris' significant other Jennifer Kimbro. From what our attorney tells me, these were two of the more articulate people we have talked to from the zoo. They told her they made a point not to discuss their statements with each other in advance, for whatever it is worth.

I am not sure when we will have access to the other former employee who had been there longer to take his formal statement. I can tell you from my phone conversation with him that he independently told me that the standing "joke" was Joe saying one of the baby tigers "just died," meaning he had sold it. He said people he could tell were from out of state came to pick up baby tigers, and mentioned the attempt to ship two tigers or hybrids to royalty in the middle east. But, he said the airline prevented them from doing so.

I don;'t know if the testimony of these people would be sufficient for a prosecution for a couple reasons. One would be the ability of the defense to allege they are just disgruntled former employees. Perhaps we could discuss by phone when you can. The better question might be do they provide sufficient "smoke" to put someone in there undercover to observe and obtain more specific information and provide an unimpeachable credible account. The good news is that it is easy to get employed there. The difficult part is managing to stay, since they fire people left and right, sometimes seemingly on a whim.

Before I burden you with more, I'd suggest you let me know when you have read through this and if based on this you have continued interest. Meantime I will read through Jennifer's statement and see if it has any additional information.


p54-7

```
And people would say to me in tours,

11      where's the 187 tigers?  Oh, you know, they're in
the
```

Exhibit 108

MALD-PASS_013493