issues/issues/why-regulations-dont-work/

Hope that is helpful and I am not over answering your question (TMI as they say).


Howard Baskin
Advisory Board Chairman
Big Cat Rescue
813-889-7244 Direct
813-505-5565 Cell
Howard.Baskin@BigCatRescue.org


"The purity of a person's heart can be quickly measured by how they regard animals."

Anonymous

Inside every older person there is a younger person wondering what the hell happened.


On Thu, Nov 5, 2015 at 10:34 AM, Bryant, Matthew <matthew_bryant@fws.gov> wrote:
dumb question ... the CWSA mandates the animals move only to USDA licensed facilities.
Is there a law/reg that requires someone to have a USDA permit to have these types of
animals?

On Tue, Oct 13, 2015 at 1:08 PM, Howard Baskin <howard.baskin@bigcatrescue.org>
wrote:

Thanks for letting me know Matt.

There is a "bigger picture" here, but I am not sure to what extent it involves violations of
the ESA.  There is kind of a network of people who use tiger cubs to make money and
animals seem to move around among them.

For instance, Joe Schreibvogel is close friends with Bill Meadows who runs a horrible
place called Tiger Safari not far from Joe in OK.  There was an employee a few years ago
who reported occasionally to me, but feared for her job and never gave her name and then
stopped.  For instance, she told me Meadows had a mother and four baby tigers living
outside where their only shelter was a three sided wooden structure and three of the babies
froze to death one night.  USDA never detects this because if the licensee does not put the
cubs on the census, USDA never knows they existed.  More recently an employee there
who was bolder told my wife that when Meadows has cubs born, he sends them to Scott
and Theresa Shaffer in MO to raise them.  That former employee also mentioned
Meadows buying animals from Doc Antle in Myrtle Beach, SC.

Antle is a particularly interesting situation in my mind.  Unlike the others, he is a master
marketer who is doing very well financially, with the cub petting being central to his
operation.  During his 7 month tourist season, folks who have visited and complained to us
tell us he always has about a half dozen cubs.  Even ignoring the USDA "guidance" that
cubs should only be pet from 8 - 12 weeks old, which is not a rule so not enforced, and
assuming he uses cubs from 4 weeks to say 16 weeks, to keep a constant supply during his

Exhibit 109

MALD-PASS_013680

visitor season he has to be breeding at least a few dozen cubs each year.  And yet, his USDA census number goes up about 3 per year as I recall.  So, where do all the rest go?  According to one anonymous report, like Joe, he raises the cubs in residential homes on the property.  USDA to our knowledge never inspects the homes, so does not see the cubs.  Once the cubs get to 16 weeks or at the outside 20 or so weeks, they are not useful to exhibitors who do petting. So, it is unclear who would want all those cubs. With no accounting for them, there is no way to know if they are simply destroyed or given or sold to people who do not have a USDA license in violation of the Captive Wildlife Safety Act.

I doubt if this group of associated people is a "ring" like FWS found in Operation Snow Plow, but it does seem to be a network that these cubs move around in at times.  As I mentioned early on related to Joe, without someone on the inside, it may be very difficult to know which if any of these people are violating laws that FWS enforces.  And while getting into Joe's is easy, Antle is much smarter and it would be much more difficult to get someone in there,

Anyway, just some other thoughts related to our dialog in case of any use.

Legal Name (DBA):  **TERESA SHAFFER**
Customer No:       **31982**

Certificate No:    43-B-3708

## USDA - APHIS - ANIMAL CARE - SEARCH

Licensee/Registrant Information Address; No Licensee/Registrant Results. C

Read more...

Certificate Status:
Status Date:

12811 OUTERBELT

LONE JACK ,MO 64070
COUNTY: JACKSON

Howard Baskin
Advisory Board Chairman
Big Cat Rescue
813-889-7244 Direct
813-505-5565 Cell
Howard.Baskin@BigCatRescue.org

"The purity of a person's heart can be quickly measured by how they regard animals."

Exhibit 109

MALD-PASS_013681