AFFIDAVIT OF JOHN REINKE

STATE OF      Florida )
COUNTY OF     Duval )

BEFORE ME, the undersigned, personally appeared JOHN REINKE, who produced DL#105731 25 (form of identification) or is personally known to me, and who after being first duly sworn, deposes and says:

1. I, JOHN REINKE, am over the age of eighteen (18) and can truthfully and competently testify to the matters contained herein based upon my personal knowledge.

2. The factual statements contained herein are true and correct to the best of my knowledge, information and belief.

3. I was the Park Manager at the Greater Wynnewood Exotic Animal Park for 14 years. My duties as park manager included taking care of all the animals, providing them veterinary care and supervising the staff.

4. I was briefly interviewed one time by the public defenders for Joseph Maldonado-Passage. During this interview, I told Joseph Maldonado-Passage's trial attorneys they didn't have enough or all of the paperwork and that this case was a bigger deal than they thought. They responded by saying they didn't have a lot of time and they had other cases they needed to take care of.

Exhibit 113

5. Agent Bryant relayed false information to me in an attempt to get me to contact him and speak to him, such as "Finlay shared information that you would like to cooperate with the government and assist in the investigation."

6. I elected to remain silent in an attempt to assert my fifth amendment rights in writing, but Agent Bryant persisted to question me in multiple formats and told me that my name was being brought up numerous times by Joseph Maldonado-Passage and Jeff Lowe involving animal transfers.

7. On February 6, 2019, I was interviewed by USFWS Law Enforcement Special Agent Matthew Bryant, FBI Special Agent Andrew Farabow and AUSA Amanda Green at an office in Norman, Oklahoma for 4 or 5 hours. The report from the meeting states that no recordings were created, but the meeting was in fact recorded. This recording was not provided to me or turned over to Joseph Maldonado-Passage's trial attorneys.

8. During this meeting I was questioned by both Matthew Bryant and Amanda Green. I relayed information I had regarding fraudulent, illegal, conduct of Jeffrey Lowe and James Garretson and asked if they were going to press charges for the fraud they were committing and they continuously told me that this was only about Joseph Maldonado-Passage.

9. As a condition of meeting with them, I told them that I wanted to record the meeting myself; however, Agent Bryant, Agent Farabow and AUSA Amanda Green would not let me in the room with my phone, so I was unable to create a recording.

Exhibit 113

10. I believe Agent Bryant, Agent Farabow and AUSA Amanda Green didn't want to know what I had to say, because I had information that they didn't want to put on the stand to ruin their case.

11. I have reviewed USFWS Report #59 which is a summary of my interview prepared by Agent Bryant. Report #59 does not accurately reflect what I said.

12. The federal agents changed my testimony in this report to favor the State's case. I know for a fact that all the five tigers were humanely euthanized.

13. On page six of ten it states that "I did not think Joe was serious but he did not know money changed hands until all this became known." I told them that money did exchange hands but that it was to get Allen Glover off of the park, not to kill Carole Baskin.

14. The five tigers (Counts 3 – 7 of the Superseding Indictment) were NOT shot to make room for the animals from Trey Keys and the Culpepper Merryweather Circus.

15. There was a protocol created and authorized by Dr. Green and the USDA to euthanize the tigers when they were sick. The protocol for declawed tigers involved providing them with medication or euthanizing them.

16. All five tigers that were euthanized were authorized by the USDA. I tried to tell this to Agent Bryant, Agent Farabow and AUSA Amanda Green, however they didn't want to know it. They only wanted to know if Joseph Maldonado-Passage shot five cats.

17. I told Agent Bryant, Agent Farabow and AUSA Amanda Green that the euthanized cats were declawed and limped. I told Agent Bryant, Agent Farabow and AUSA

Exhibit 113

Amanda Green that the USDA "wanted the zoo to do something with the limping cats," which should be in the USDA's notes.

18. A bullet to the head is the quickest way to painlessly kill a large animal.

19. Because of the Carole Baskin lawsuits and judgments, the park was suffering to maintain money to give the amount of medicine needed for these and other cats. The USDA was "on our ass" to continuously give them medicine, which became harder and harder as Carole Baskin's lawyers kept having hearings for lawyer fees and her judgment.

20. We all said things about Carole Baskin and about wanting her gone. She was making our lives miserable and hurting the animals.

21. It is my understanding that the federal agents failed to remove the bodies of the euthanized cats. The bodies would have revealed evidence that would prove euthanization of these tigers was proper as authorized by the USDA. You need the entire torso in order to determine their health. All they took was the skull.

22. The federal agents did not remove or preserve the bodies of the five tigers that they dug up.

23. Since the skulls were removed, the park has been in the possession of Jeff Lowe, Carole Baskin and now another owner. Any of them could have tampered with or destroyed this evidence.

24. I prepared all the transfer forms for any and all animals at the Greater Wynnewood Exotic Animal Park except for the short period of time that I left the park. Joseph Maldonado-Passage was convicted for Lacey Act violations based on paperwork that

Exhibit 113

Dr. Green and I completed. Joseph Maldonado-Passage would tell me which cats were being transferred and where they were going. I handled it from there and he rarely, if ever, saw the paperwork.

25. I told Agent Bryant, Agent Farabow, and AUSA Amanda Green that I was the one who prepared the forms along with Dr. Green.

26. The CVI form that had the box checked for "sale" was done by Dr. Green's assistant. When I was completing this form, I forgot to check the transfer box. Since the transfer cannot be done without a completed form, the sale box was check by Dr. Green's assistant when filling out the form.

27. Kelsi Saffery was responsible for the paperwork for approximately eight months that I was away from the park. She failed to document things properly. None of the inventory was correct. The tiger count was off, I have no knowledge of how many tiger cubs were born or how many tiger cubs were transported.

28. Jeff and Lauren Lowe destroyed a lot of USDA paperwork and files after I left the park.

29. Robert Engesser only came to the park for animal transfers about four times since 2008. Each time he came to the park he was driving a white truck. He was never in a maroon vehicle.

30. Humane euthanization was discussed and authorized by the USDA. Many sick cats were euthanized by Dr. Green and I at the park.

Exhibit 113



31. Joseph Maldonado-Passage nd I discussed putting these five cats down due to their health issues which was authorized by the USDA. These cats were not tranquilized before we euthanized them.

32. Eric Cowie testified that the animals were chosen because they were not breeders; however, all of the cats but Cuddles were breeders.

33. The five cats that were euthanized were Sampson, Delilah, Trinity, Lauren, and Cuddles. They had bad arthritis. Sampson, Trinity, Lauren and Cuddles were declawed improperly and limped badly. Delilah may have been declawed, but I cannot recall. They were all generic, adult cats that were old in age. They were present at the park when I arrived in 2005 and were previously owned by Jay Riggs.

34. During routine inspections at the park, USDA inspectors would always tell me that I needed to put some of the old crippled tigers down, as there was no need to make them suffer to keep them on exhibit.

35. During my interview, I told Agent Bryant, Agent Farabow and AUSA Amanda Green that Jeff Lowe was involved in the illegal transportation and sale of tigers and they did nothing about it.

36. John Finlay was not involved in the day-to-day management of the park or park finances. He worked at the Safari Bar. He did not participate in negotiations regarding animals coming to live at the park or animals leaving the park. Finlay would have no knowledge concerning the transfer of money, if any.

37. John Finlay played no role in preparing the transfer documents, including CVIs. This information was never discussed with him.

Exhibit 113

38. John Finlay was never involved in the care of the animals nor was he working on the park. He had no knowledge or information regarding the health status or medical treatment of the animals.

39. Allen Glover was waiting on a check from Social Security. He told me that he planned to leave for South Carolina once he got the check.

40. While Allen Glover was on the park he was constantly disrupting everything and creating fiction as he was reporting back to Jeff Lowe. Even small things such as park expenditures would be reported back and second guessed because Allen was making a big deal and snitching to Jeff Lowe.

41. Joseph Maldonado-Passage and I wanted Allen Glover off of the park because he was constantly drinking and telling Jeff Lowe everything we did. We got tired of Allen Glover watching our every move and discussed giving Allen Glover money to get him off of the park.

42. I was in the office with Joseph Maldonado-Passage one day and told him to send Allen Glover home. Joseph Maldonado-Passage stated that he wouldn't go home because of Jeff Lowe. I told Joseph Maldonado-Passage to "give him money" and "send him home." I further stated "no matter what it costs, send him home, get him out of here, fire him." and "All that man likes to do is go somewhere and drink." Joseph Maldonado-Passage said he would try. We wanted to get the rat out of our hair so we could run a safe business. I provided this information to Agent Bryant, Agent Farabow and USASA Amanda Green at my meeting in Norman, Oklahoma.

Exhibit 113

43. Joseph Maldonado-Passage did not give Allen Glover $3,000 to kill Carole Baskin. The money was given to Allen Glover to get him off of the park.

44. It was my idea to give Allen Glover money to leave the park.

45. No money was ever given or loaned to Allen Glover to kill Carole Baskin.

46. Allen Gover repeatedly spoke to me about needing an ID in order to cash checks.

47. I never asked Allen Glover to make an animal transfer. The only animal transfer Allen Glover would have done would have been at the direction of Jeff Lowe and without my knowledge.

48. Jeff Lowe threatened me, John Finley and Allen Glover if we didn't cooperate with the Feds.

49. Specifically, Jeff Lowe told me that I was guilty of crimes and that if I didn't talk to the Feds they were going to take me down. He stated "I tried to be your friend. I loaned you thousands of dollars that you never offered to pay back. You lied to us about contacting Joe because the Feds showed me the phone records. Now you pick up the 911 trailer from Finlay. I hope you remember that I could have protected you or at the very least gotten you a reduced sentence for cooperation with the Feds. I guess you just couldn't resist that Kool-aid that Joe served you with all these years. You know that Finlay rolled on you and Joe right?

50. Several times in the office Jeff Lowe would pull Carole's house up on the map and discuss ways to kill her. If anyone was plotting to kill Carole Baskin it was Jeff Lowe. To the best of my recollection her property was on his computer screen about 6-7 times. Joe was always at the very back of the office and not involved in these

Exhibit 113

conversations. Jeff Lowe told me that "the bike path was the best place to do it because the wicked witch was always on her bike."

51. I informed AUSA Amanda Green, Agent Bryant and Agent Farabow that Jeff Lowe made plans to kill Carole Baskin and they did nothing about it.

52. Joseph Maldonado-Passage did not have any involvement or knowledge of the transfer papers or CVIs to Wisconsin at the Branson Wildlife Park.

53. Joseph Maldonado-Passage was authorized to use a debit card from the zoo and pay bills with Jeff Lowe's stamp.

54. I need continuous medical care and have routine appointments. Because of this, Jeff Lowe asked me to take a care credit card to my treating physician and commit fraud. I refused to do this.

55. Jeff and Lauren Lowe found Ashley Webster on the internet and moved her to the park. Her dog ate the door off of a house trailer and Joseph Maldonado-Passage told her she'd have to put the dog in a kennel. She stayed in Allen Glover's trailer for a few days after that. She wasn't there very long. She was only on the park a brief time. To my knowledge she was not involved in any conversations with anyone regarding murdering Carole Baskin.

56. Jeff Lowe repeatedly asked me to perform actions that violated USDA laws. Jeff Lowe asked me to remove the paws of the tiger that was euthanized because he had them sold in Las Vegas. I later found the tiger paws in Jeff Lowe's freezer at the cabin because he forgot to take them to Vegas. I told Agent Bryant, Agent Farabow

Exhibit 113

and AUSA Amanda Green about this and they did nothing, stating this was about Joe.

57. Jeff Lowe also took multiple cubs to Vegas which should have been returned to the Park, but they were never returned. They were either killed or sold. I told this to Agent Bryant, Agent Farabow and AUSA Amanda Green and they again did nothing stating that this was about Joe.

58. Jeff Lowe told me that the federal agents told him he could keep Joseph Maldonado-Passage's gun even though he was a convicted felon.

59. Jeff and Lauren Lowe instigated setting up the court receiver for a claim of sexual harassment.

60. I was told by Agent Bryant, Agent Farabow and AUSA Amanda Green that no one got immunity in this case. If someone got immunity, and the government's failure to prosecute James Garretson and Jeff Lowe shows that they did, then that means they lied to me.

61. James Garretson sold me a hummer involved in his identity theft fraud scheme. Once I realized the vehicle was stolen, I reported it to the Garvin County Sheriff. I told them where I got it, who it came from and what happened. The case # is 071610ZH1. The case was closed and nothing ever came of it.

62. Joseph Maldonado-Passage's attorney did not subpoena me for trial.

63. When I went to trial, everyone in the courthouse knew me by first and last name. I was escorted to the courtroom by federal agents who sat next to me. They indicated

Exhibit 113

there was a credible threat on my life by Jeff Lowe so they were providing me with security.

64. I don't think this would have gone anywhere if Jeff Lowe and James Garretson didn't keep pushing it.

65. Matthew Bryant threatened to take Dr. Green's license if she failed to testify.

66. I was not promised anything in exchange for this affidavit.

FURTHER AFFIANT SAYETH NOT.

I understand that I am swearing or affirming under oath to the truthfulness of the claims made in this petition and that the punishment for knowingly making a false statement includes fines and/or imprisonment.

JOHN REINKE

9-15-21
Date

Catherine M Halsema
NOTARY PUBLIC

Catherine M Halsema
Type or Print Name / My Commission Expires

Notary Public State of Florida
Catherine M. Halsema
My Commission HH 135154
Expires 05/27/2025

Exhibit 113