Examination Report, Samsung GSM, SM-G891A Galaxy S7 Active, 351713084005241

| # | Number | Contact | Timestamp | Other | Status | Folder | Type | Direction | Message |
|---|---|---|---|---|---|---|---|---|---|
| 7560 | +14052510564 | * Police Marc | 08:12:02 (GMT-6) | | Sent | Sent | Phone | Outgoing | out come so I know how to debate it |
| 7561 | +14794279136 | * Budwiser | 05/12/2017 08:38:49 (GMT-6) | +19703769769 | Read | Inbox | Phone | Incoming | Hey there! David is back, so he will give you a shout after we get out of our meeting ���� |
| 7562 | +14794279136 | * Budwiser | 05/12/2017 08:40:27 (GMT-6) | | Sent | Sent | Phone | Outgoing | I need 4 cases of bud 3 bud light 1keg of bud light I have 3 empty kegs to return also need 3 cases Mich ultra and that should get me |
| 7563 | +14052074362 | * Jeff Lowe New | 05/12/2017 09:25:30 (GMT-6) | +19703769769 | Read | Inbox | Phone | Incoming | for eDeposit only at NFCU |
| 7564 | +14055439234 | * Budwiser | 05/12/2017 09:27:26 (GMT-6) | +19703769769 | Read | Inbox | Phone | Incoming | Thank you! Eden sent me you text order. |
| 7565 | +14052496925 | * Troy Seth Wadley | 05/12/2017 09:29:19 (GMT-6) | | Sent | Sent | Phone | Outgoing | Come get this truck out of my hair. And a black n red hat |
| 7566 | +14052496925 | * Troy Seth Wadley | 05/12/2017 09:30:16 (GMT-6) | +19703769769 | Read | Inbox | Phone | Incoming | I drove out there to get it but keys weren't in truck then I got called back to work. I'll bring you some today |
| 7567 | +14052496925 | * Troy Seth Wadley | 05/12/2017 09:31:02 (GMT-6) | | Sent | Sent | Phone | Outgoing | Truck and keys here now |
| 7568 | +14052496925 | * Troy Seth Wadley | 05/12/2017 09:36:14 (GMT-6) | +19703769769 | Read | Inbox | Phone | Incoming | As soon as someone gets here to drive me I'll come get it |
| 7569 | +14052496925 | * Troy Seth Wadley | 05/12/2017 09:36:51 (GMT-6) | | Sent | Sent | Phone | Outgoing | Come see me first |
| 7570 | +19184710490 | * Robert Brooks | 05/12/2017 11:43:46 (GMT-6) | | Sent | Sent | Phone | Outgoing | Hey I need to change my blue cross insurance. I think Travis was on it and I |
| 7571 | +15803198828 | * Robert Nwa | 05/12/2017 12:17:10 (GMT-6) | +19703769769 | Read | Inbox | Phone | Incoming | So u are officially married. |
| 7572 | +19034878753 | * Gary D | 05/12/2017 12:17:20 (GMT-6) | +19703769769 | Read | Inbox | Phone | Incoming | I'm happy for you |
| 7573 | +15803198828 | * Robert Nwa | 05/12/2017 12:22:52 (GMT-6) | | Sent | Sent | Phone | Outgoing | Monday |
| 7574 | +12022514995 | * Brittany Peta | 05/12/2017 12:33:49 (GMT-6) | +16363848923 | Read | Inbox | Phone | Incoming | Hi Joe, everyone (baboons included) is unloaded and doing well! I spoke to Pat today about sending a team to help with taking down some caging. He's happy to help, but asked if you could send some specifics about how big of a job it'll be (including pics ideally) so he knows how many people and what equipment to send. |
| 7575 | +15803198828 | * Robert Nwa | 05/12/2017 12:36:17 (GMT-6) | +19703769769 | Read | Inbox | Phone | Incoming | Nice. |
| 7576 | +12022514995 | * Brittany Peta | 05/12/2017 12:36:43 (GMT-6) | | Sent | Sent | Phone | Outgoing | Let me talk to rink |
| 7577 | +14052074362 | * Jeff Lowe New | 05/12/2017 12:46:50 (GMT-6) | | Sent | Sent | Phone | Outgoing | Is this yours |
| 7578 | +14052074362 | * Jeff Lowe New | 05/12/2017 12:46:54 (GMT-6) | | Sent | Sent | Phone | Outgoing | AT&T Free Msg: The AT&T Mobile Share Advantage group that includes 4059267906 has used 90% of its high speed data allotment for this bill cycle. If 100% is reached, all data usage will be slowed to a max of 128kbps until 12/23/2017. Visit att.com/attmobileshare to view plans & Data Packs that provide more high speed d |
| | | | 05/12/2017 | | | | | | Scott from Peaceable Primate also asked for yr #, |

Examination Report, Samsung GSM, SM-G891A Galaxy S7 Active, 351713084005241

| # | Number | Contact | Date/Time | Other # | Status | Folder | Type | Direction | Message |
|---|---|---|---|---|---|---|---|---|---|
| 7579 | +12022514995 | * Brittany Peta | 12:50:17 (GMT-6) | +19703769769 | Read | Inbox | Phone | Incoming | so he could thank you. Told him I'd need to ask you before passing it on. |
| 7580 | +12022514995 | * Brittany Peta | 05/12/2017 12:51:00 (GMT-6) | | Sent | Sent | Phone | Outgoing | Yes |
| 7581 | +14052074362 | * Jeff Lowe New | 05/12/2017 12:56:40 (GMT-6) | +19703769769 | Read | Inbox | Phone | Incoming | and whats he using the phone for? to use up that much data? |
| 7582 | +14052074362 | * Jeff Lowe New | 05/12/2017 14:31:35 (GMT-6) | | Sent | Sent | Phone | Outgoing | Suspended it |
| 7583 | +14052074362 | * Jeff Lowe New | 05/12/2017 14:35:57 (GMT-6) | | Sent | Sent | Phone | Outgoing | Fucking Allen stole the pizza phone |
| 7584 | +14052074362 | * Jeff Lowe New | 05/12/2017 14:43:49 (GMT-6) | +19703769769 | Read | Inbox | Phone | Incoming | wow |
| 7585 | +19177251197 | * Dallas Jt | 05/12/2017 14:55:41 (GMT-6) | +19703769769 | Read | Inbox | Phone | Incoming | Waiting to hear back from a promoter I know on tickets for LAN.. Also should get confirmation from the club owner today.. |
| 7586 | +19177251197 | * Dallas Jt | 05/12/2017 14:55:49 (GMT-6) | +19703769769 | Read | Inbox | Phone | Incoming | sorry haven't hit you yet sirr.. have to coordinate a dozen people for the shoot, will hear by the end of the day.. |
| 7587 | +19177251197 | * Dallas Jt | 05/12/2017 14:56:10 (GMT-6) | | Sent | Sent | Phone | Outgoing | Ok |
| 7588 | +12022514995 | * Brittany Peta | 05/12/2017 15:53:48 (GMT-6) | | Sent | Sent | Phone | Outgoing | Another 10k retainer |
| 7589 | +12022514995 | * Brittany Peta | 05/12/2017 15:54:13 (GMT-6) | | Sent | Sent | Phone | Outgoing | Just had to do this today |
| 7590 | +12022514995 | * Brittany Peta | 05/12/2017 15:55:22 (GMT-6) | +19703769769 | Read | Inbox | Phone | Incoming | We're going to try to move FAST on getting an agreement in place! |
| 7591 | +12022514995 | * Brittany Peta | 05/12/2017 15:57:40 (GMT-6) | | Sent | Sent | Phone | Outgoing | She is nuts |
| 7592 | +14058819711 | * nurse tiger | 05/12/2017 16:39:12 (GMT-6) | +19703769769 | Read | Inbox | Phone | Incoming | What date do u want the dinner? |
| 7593 | +14058819711 | * nurse tiger | 05/12/2017 16:41:13 (GMT-6) | | Sent | Sent | Phone | Outgoing | Let me check |
| 7594 | +14058819711 | * nurse tiger | 05/12/2017 16:41:57 (GMT-6) | +19703769769 | Read | Inbox | Phone | Incoming | Ok, I'm meeting right now with a lady from American Legion who might be able to loan us a large room with tables and chairs. |
| 7595 | +14058819711 | * nurse tiger | 05/12/2017 16:42:14 (GMT-6) | | Sent | Sent | Phone | Outgoing | Ok |
| 7596 | +14058819711 | * nurse tiger | 05/12/2017 16:42:50 (GMT-6) | | Sent | Sent | Phone | Outgoing | 24th |
| 7597 | +14058819711 | * nurse tiger | 05/12/2017 16:43:08 (GMT-6) | | Sent | Sent | Phone | Outgoing | Christmas eve dinner for the poor |
| 7598 | +14058819711 | * nurse tiger | 05/12/2017 16:47:02 (GMT-6) | +19703769769 | Read | Inbox | Phone | Incoming | What time? |
| 7599 | +14058819711 | * nurse tiger | 05/12/2017 17:00:41 (GMT-6) | +19703769769 | Read | Inbox | Phone | Incoming | I'm going to look at the building now |
| 7600 | +14058819711 | * nurse tiger | 05/12/2017 17:02:39 | | Sent | Sent | Phone | Outgoing | 3pm |

Exhibit 114