2018-12-21 19:26:59

> Otherwise I won't be able to be honest with Jeff he probably won't ask me what happened today our tomorrow

2018-12-21 19:28:04

Call me now

2018-12-21 19:44:49

> That little young kid that work weather live with he thinks early November he's pretty fucking good living remembery he's got a goddamn trap mine I believe him

2018-12-21 19:59:46

> Honest to God I don't know if there's a hurt me or help me hours of South Carolina Thanksgiving that boy is pretty smart

2018-12-21 20:25:50

> I just thought about this if Jeff wanted me to kill somebody wouldn't it be fucking Joe hey

Exhibit 117

2018-12-25 05:51:07

Merry Christmas sir

2018-12-25 11:06:35

Merry Christmas!

2019-01-07 12:52:35

How's everything going Matt

2019-01-07 19:16:11

When you get a chance to speak to him have him call me or you call me let me know something please this is fucking driving me crazy on top of everything else

2019-01-07 21:46:15

Are you on my one that you do at a time how do you have a lot of things going on I was told by that lawyer that the FBI or game warden speak my behalf that would make a difference what's the chances it couldn't hurt sir

Exhibit 117