

# Extraction Report
Cellebrite UFED Reports

## Summary

| | |
|---|---|
| UFED Physical Analyzer version | 7.8.0.94 |
| Report creation time | 8/22/2018 10:14 -05:00 |
| Time zone settings (UTC) | (UTC+00:00) Abidjan (Africa) |
| Examiner name | FE Lindsey Barlett |
| Case number | 166C-OC-2152431 |
| Evidence number | 1B4 |
| Department | Federal Bureau of Investigation |
| Organization | Oklahoma City Field Office |
| Investigator | SA Andrew Farabow |

## Source Extraction

| | | |
|---|---|---|
| **Logical (1)** | | |
| | Extraction start date/time | 8/17/2018 14:54 -05:00 |
| | Extraction end date/time | 8/17/2018 14:55 -05:00 |
| | Unit identifier | 649035419 |
| | UFED version | 7.8.0.942 |
| | Internal version | 4.7.7.942 |
| | Selected manufacturer | SIM Card |
| | Selected device name | SIM |
| | Machine name | CPIK-PC |
| | Extraction type | Logical |
| | Extraction ID | BED80E6C-0F47-4D7D-88FD-F56FA476F8FB |
| | Report type | SIM |
| | Connection type | |
| **Logical (2)** | | |
| | Extraction start date/time | 8/17/2018 14:31 -05:00 |
| | Extraction end date/time | 8/17/2018 14:41 -05:00 |
| | Unit identifier | 649035419 |
| | UFED version | 7.8.0.942 |
| | Internal version | 4.7.7.942 |
| | Selected manufacturer | HTC |
| | Selected device name | 0PGQ100 Desire 520 |
| | Machine name | CPIK-PC |
| | Connection type | Cable No. 100 |
| | Extraction type | Logical [ Android Backup ] |
| | Extraction ID | 59B60114-7837-47F6-AEC0-859DC216C906 |
| | Report type | Phone |
| **Physical** | | |
| | Extraction start date/time | 8/17/2018 12:55(UTC-5) |
| | Extraction end date/time | 8/17/2018 13:57 |
| | Unit identifier | 649035419 |
| | UFED version | 7.8.0.942 |
| | Internal version | 4.7.7.942 |
| | Selected manufacturer | HTC |
| | Selected device name | 0PGQ100 Desire 520 |
| | Machine name | CPIK-PC |
| | Connection type | Cable No. 100 |
| | Extraction type | Physical |
| | Extraction ID | EC19D61E-41F5-4730-A6AB-EB01662E1AEB |

Exhibit 121

MALD-PASS_000303

## Plugins

| # | Name | Author | Version |
|---|------|--------|---------|
| 1 | **UFED Logical Report Reader**<br>Reads the report generated by the UFED | Cellebrite | 2.0 |
| 2 | **Physical Analyzer Report Reader**<br>Reads report generated by the Physical Analyzer | Cellebrite | 2.0 |
| 3 | **Pre Project** | | |
| 4 | **Garbage Cleaner** | | |
| 5 | **Project Processor Finisher** | | |
| 6 | **Post Project** | | |

## Contents

| Type | Included in report | Total |
|------|-------------------|-------|
| 📞 Call Log | 48 | 520   (13 Deleted) |
| 👤 Contacts | 12   (1 Deleted) | 658   (26 Deleted) |
| 💬 SMS Messages | 31   (25 Deleted) | 3355   (732 Deleted) |
| 🕒 Timeline | 83   (25 Deleted) | 6365   (875 Deleted) |

## Call Log (48)

⚠ * These details are cross-referenced from this device's contacts

| # | Type | Parties | Timestamp | Duration | Country code | Network | Video call | Source | Deleted |
|---|------|---------|-----------|----------|--------------|---------|------------|--------|---------|
| 1 | Outgoing | **To:** +18179086787<br>Pussy<br>**Direction:** Outgoing | 11/21/2017 00:11(UTC+0) | 00:00:04 | | | | **Source Extraction:** Physical | |
| 2 | Outgoing | **To:** +18179086787<br>Pussy<br>**Direction:** Outgoing | 11/15/2017 15:56(UTC+0) | 00:00:03 | | | | **Source Extraction:** Physical | |
| 3 | Outgoing | **To:** 4052071990<br>John Finley<br>**Direction:** Outgoing | 11/7/2017 20:51(UTC+0) | 00:00:24 | | | | **Source Extraction:** Physical | |
| 4 | Outgoing | **To:** 14052071168<br>Joe exotic<br>**Direction:** Outgoing | 11/6/2017 19:45(UTC+0) | 00:00:59 | | | | **Source Extraction:** Physical | |
| 5 | Outgoing | **To:** 14052071168<br>Joe exotic<br>**Direction:** Outgoing | 11/6/2017 19:43(UTC+0) | 00:00:40 | | | | **Source Extraction:** Physical | |
| 6 | Outgoing | **To:** 14052071168<br>Joe exotic<br>**Direction:** Outgoing | 11/6/2017 19:36(UTC+0) | 00:00:34 | | | | **Source Extraction:** Physical | |
| 7 | Outgoing | **To:** 4052074362<br>Jeff<br>**Direction:** Outgoing | 11/6/2017 19:33(UTC+0) | 00:00:02 | | | | **Source Extraction:** Physical | |
| 8 | Outgoing | **To:** 4052074362<br>Jeff<br>**Direction:** Outgoing | 11/6/2017 17:17(UTC+0) | 00:00:12 | | | | **Source Extraction:** Physical | |
| 9 | Outgoing | **To:** 4052074362<br>Jeff<br>**Direction:** Outgoing | 10/18/2017 23:16(UTC+0) | 00:00:19 | | | | **Source Extraction:** Physical | |
| 10 | Outgoing | **To:** 4052074362<br>Jeff<br>**Direction:** Outgoing | 10/9/2017 01:00(UTC+0) | 00:01:28 | | | | **Source Extraction:** Physical | |

Exhibit 121

MALD-PASS_000304

| # | Type | To/From | Date/Time | Duration | | | Source |
|---|---|---|---|---|---|---|---|
| 11 | Outgoing | To: 4052074362 Jeff  Direction: Outgoing | 10/8/2017 23:23(UTC+0) | | | | Source Extraction: Physical |
| 12 | Missed | From: 4052074362 Jeff  Direction: Incoming | 10/8/2017 21:52(UTC+0) | 00:00:00 | | | Source Extraction: Physical |
| 13 | Outgoing | To: 4052074362 Jeff  Direction: Outgoing | 10/8/2017 16:28(UTC+0) | 00:00:15 | | | Source Extraction: Physical |
| 14 | Outgoing | To: 4052074362 Jeff  Direction: Outgoing | 10/8/2017 01:40(UTC+0) | 00:00:00 | | | Source Extraction: Physical |
| 15 | Outgoing | To: 4052074362 Jeff  Direction: Outgoing | 10/8/2017 01:39(UTC+0) | 00:00:04 | | | Source Extraction: Physical |
| 16 | Outgoing | To: 4052074362 Jeff  Direction: Outgoing | 10/8/2017 01:39(UTC+0) | 00:00:00 | | | Source Extraction: Physical |
| 17 | Outgoing | To: 4052074362 Jeff  Direction: Outgoing | 10/7/2017 15:46(UTC+0) | 00:01:23 | | | Source Extraction: Physical |
| 18 | Outgoing | To: +14052074362 Jeff  Direction: Outgoing | 10/6/2017 18:32(UTC+0) | 00:00:06 | | | Source Extraction: Physical |
| 19 | Outgoing | To: 4052071990 John Finley  Direction: Outgoing | 10/6/2017 18:09(UTC+0) | 00:00:03 | | | Source Extraction: Physical |
| 20 | Outgoing | To: 4052074362 Jeff  Direction: Outgoing | 10/6/2017 18:01(UTC+0) | 00:00:37 | | | Source Extraction: Physical |
| 21 | Missed | From: 4052074362 Jeff  Direction: Incoming | 10/6/2017 17:53(UTC+0) | 00:00:00 | | | Source Extraction: Physical |
| 22 | Outgoing | To: 4052074362 Jeff  Direction: Outgoing | 9/30/2017 04:33(UTC+0) | 00:00:55 | | | Source Extraction: Physical |
| 23 | Outgoing | To: 4052074362 Jeff  Direction: Outgoing | 9/30/2017 04:03(UTC+0) | 00:00:46 | | | Source Extraction: Physical |
| 24 | Outgoing | To: 4052074362 Jeff  Direction: Outgoing | 9/30/2017 03:03(UTC+0) | 00:00:51 | | | Source Extraction: Physical |
| 25 | Outgoing | To: 4052074362 Jeff  Direction: Outgoing | 9/28/2017 17:44(UTC+0) | 00:00:19 | | | Source Extraction: Physical |
| 26 | Outgoing | To: 4052074362 Jeff  Direction: Outgoing | 9/25/2017 19:00(UTC+0) | 00:01:03 | | | Source Extraction: Physical |
| 27 | Outgoing | To: 4052074362 Jeff  Direction: Outgoing | 9/24/2017 23:32(UTC+0) | 00:00:29 | | | Source Extraction: Physical |
| 28 | Outgoing | To: 4052074362 Jeff  Direction: Outgoing | 9/24/2017 01:04(UTC+0) | 00:00:29 | | | Source Extraction: Physical |

Exhibit 121            MALD-PASS_000305            3

| # | Type | Party | Time | Duration | | | Source |
|---|---|---|---|---|---|---|---|
| 29 | Incoming | From:<br>4052074362<br>Jeff<br>Direction:<br>Incoming | 9/22/2017<br>01:09(UTC+0) | | | | Source Extraction: Physical |
| 30 | Outgoing | To:<br>4052074362<br>Jeff<br>Direction:<br>Outgoing | 9/22/2017<br>01:08(UTC+0) | 00:00:00 | | | Source Extraction: Physical |
| 31 | Outgoing | To:<br>4052074362<br>Jeff<br>Direction:<br>Outgoing | 9/17/2017<br>00:37(UTC+0) | 00:00:25 | | | Source Extraction: Physical |
| 32 | Outgoing | From:<br>100008406641678<br>Allen Glover<br>To:<br>100004999216781<br>Jeff Lauren Lowe<br>Direction:<br>Outgoing | 9/7/2017<br>18:07(UTC+0) | 00:00:00 | | | Facebook Messenger (100008406641678)<br>Source Extraction: Physical |
| 33 | Outgoing | To:<br>4052074362<br>Jeff<br>Direction:<br>Outgoing | 8/28/2017<br>04:51(UTC+0) | 00:00:47 | | | Source Extraction: Physical |
| 34 | Outgoing | To:<br>4052074362<br>Jeff<br>Direction:<br>Outgoing | 8/23/2017<br>01:12(UTC+0) | 00:06:10 | | | Source Extraction: Physical |
| 35 | Outgoing | To:<br>4052074362<br>Jeff<br>Direction:<br>Outgoing | 8/20/2017<br>00:11(UTC+0) | 00:00:06 | | | Source Extraction: Physical |
| 36 | Outgoing | To:<br>4052074362<br>Jeff<br>Direction:<br>Outgoing | 8/19/2017<br>01:48(UTC+0) | 00:00:08 | | | Source Extraction: Physical |
| 37 | Outgoing | To:<br>4052074362<br>Jeff<br>Direction:<br>Outgoing | 8/16/2017<br>02:45(UTC+0) | 00:00:06 | | | Source Extraction: Physical |
| 38 | Outgoing | To:<br>4052074362<br>Jeff<br>Direction:<br>Outgoing | 8/11/2017<br>20:55(UTC+0) | 00:01:59 | | | Source Extraction: Physical |
| 39 | Outgoing | To:<br>4052074362<br>Jeff<br>Direction:<br>Outgoing | 8/11/2017<br>20:53(UTC+0) | 00:00:00 | | | Source Extraction: Physical |
| 40 | Outgoing | To:<br>4052074362<br>Jeff<br>Direction:<br>Outgoing | 8/7/2017<br>22:13(UTC+0) | 00:00:27 | | | Source Extraction: Physical |
| 41 | Outgoing | To:<br>4052074362<br>Jeff<br>Direction:<br>Outgoing | 8/7/2017<br>22:12(UTC+0) | 00:00:18 | | | Source Extraction: Physical |
| 42 | Missed | From:<br>4052074362<br>Jeff<br>Direction:<br>Incoming | 8/7/2017<br>20:49(UTC+0) | 00:00:00 | | | Source Extraction: Physical |
| 43 | Missed | From:<br>4052074362<br>Jeff<br>Direction:<br>Incoming | 8/7/2017<br>20:45(UTC+0) | 00:00:00 | | | Source Extraction: Physical |
| 44 | Incoming | From:<br>4052074362<br>Jeff<br>Direction:<br>Incoming | 8/5/2017<br>03:49(UTC+0) | 00:00:09 | | | Source Extraction: Physical |
| 45 | Missed | From:<br>4052074362<br>Jeff*<br>Direction:<br>Incoming | 8/4/2017<br>17:13(UTC+0) | 00:00:00 | | | Source Extraction: Physical |

Exhibit 121                    MALD-PASS_000306

4

| # | | | | | | |
|---|---|---|---|---|---|---|
| 46 | Outgoing | To: 4052071990 John Finley<br><br>Direction: Outgoing | 7/7/2017 00:27(UTC+0) | | | Source Extraction: Physical |
| 47 | Outgoing | To: 4052071990 John Finley<br><br>Direction: Outgoing | 7/6/2017 21:07(UTC+0) | 00:00:18 | | Source Extraction: Physical |
| 48 | Missed | From: 4052071990 John Finley<br><br>Direction: Incoming | 7/6/2017 21:06(UTC+0) | 00:00:00 | | Source Extraction: Physical |

## Contacts (12)

| # | Contact | Timestamp | Entries | Addresses | Notes | Deleted |
|---|---|---|---|---|---|---|
| 1 | Name: Jeff<br>Source Extraction: Physical | Last time contacted: 11/6/2017 19:33(UTC+0)<br><br>Times contacted: 36 | Phone: Mobile 4052074362 | | | |
| 2 | Name: Jeff<br>Source: Google Quick Search Box<br>Source Extraction: Physical | | Phone: Phone Number 4052074362 | | | |
| 3 | Name: Jeff Lauren Lowe<br>Contact Type: Friend<br>Source: Facebook (100008406641678)<br>Source Extraction: Physical<br>Photos: jEoV3dJMYPgbksvaEHF07Ljm-NM.jpg | | User ID: Facebook Id 100004999216781<br><br>Profile Picture: Profile Picture size: 80 https://scontent-dft4-2.xx.fbcdn.net/v/t1.0-1/p80x80/12936554_608251956018106_10298997714745432 68_n.jpg?_nc_ad=z-m&_nc_cid=0&oh=e1877f4722 5dd79554ba23f0b3a2bbac&oe =5AA523B1<br>Profile Picture size: 120 https://scontent-dft4-2.xx.fbcdn.net/v/t1.0-1/p120x120/12936554_608251 956018106_102989977147454 3268_n.jpg?_nc_ad=z-m&_nc_cid=0&oh=cbff2f006d1 c8eb650893b1456ac9b1a&oe= 5AA67548<br>Profile Picture size: 480 https://scontent-dft4-2.xx.fbcdn.net/v/t1.0-1/p480x480/12936554_608251 956018106_102989977147454 3268_n.jpg?_nc_ad=z-m&_nc_cid=0&oh=ad6d10afcb 1c62c9c6b72d44b26e3475&oe =5A9DE058<br><br>Phone: Phone Number +14052074362 | | | |

Exhibit 121                    MALD-PASS_000307                    5

| # | Contact | Last/Times contacted | Details | | | |
|---|---|---|---|---|---|---|
| 4 | **Name:** Jeff Lowe<br>**Contact Type:** Friend<br>**Source:** Facebook Messenger (100008406641678)<br>**Source Extraction:** Physical<br>**Photos:**<br>jEoV3dJMYPgbksvaEHF07Ljm-NM.jpg | | **User ID:**<br>Facebook Id 100004999216781<br><br>**Profile Picture:**<br>Profile Picture size: 80<br>https://scontent.xx.fbcdn.net/v/t1.0-1/p80x80/12936554_608251956018106_10298997714745432 68_n.jpg?_nc_ad=z-m&_nc_cid=0&oh=e1877f47225dd79554ba23f0b3a2bbac&oe=5AA523B1<br>Profile Picture size: 120<br>https://scontent.xx.fbcdn.net/v/t1.0-1/p120x120/12936554_608251956018106_102989977147454 3268_n.jpg?_nc_ad=z-m&_nc_cid=0&oh=cbff2f006d1c8eb650893b1456ac9b1a&oe=5AA67548<br>Profile Picture size: 480<br>https://scontent.xx.fbcdn.net/v/t1.0-1/p480x480/12936554_608251956018106_102989977147454 3268_n.jpg?_nc_ad=z-m&_nc_cid=0&oh=ad6d10afcb1c62c9c6b72d44b26e3475&oe=5A9DE058<br>Profile Picture size: 80<br>https://scontent.xx.fbcdn.net/v/t1.0-1/p80x80/20046818_947172578792707_611681042677094131_n.jpg?efg=eyJkdHciOiIifQ%3D%3D&_nc_ad=z-m&oh=2aa5ab479e7bc2466bbdf5ac8b502f02&oe=59F70C2E<br>Profile Picture size: 120<br>https://scontent.xx.fbcdn.net/v/t1.0-1/p120x120/20046818_947172578792707_6116810426774094131_n.jpg?efg=eyJkdHciOiIifQ%3D%3D&_nc_ad=z-m&oh=ebc874ce6c3ab91101374861e75af306&oe=5A2F1FD7<br>Profile Picture size: 480<br>https://scontent.xx.fbcdn.net/v/t1.0-1/p480x480/20046818_947172578792707_6116810426774094131_n.jpg?efg=eyJkdHciOiIifQ%3D%3D&_nc_ad=z-m&oh=a07c3e92b79bff2a21278416a605de15&oe=5A2ABCC7 | | | |
| 5 | **Name:** Joe exotic<br>**Source Extraction:** Physical | **Last time contacted:**<br>11/6/2017 19:46(UTC+0)<br><br>**Times contacted:**<br>4 | **Phone:**<br>Mobile 14052071168 | | | |
| 6 | **Name:** Joe exotic<br>**Source:** Google Quick Search Box<br>**Source Extraction:** Physical | | **Phone:**<br>Phone Number 14052071168 | | | |

Exhibit 121　　　　MALD-PASS_000308　　6

| # | Name/Source | Last/Times contacted | Phone | User ID | | Yes |
|---|---|---|---|---|---|---|
| 7 | **Name:** John Finley<br>**Source:** Facebook (100008406641678)<br>**Source Extraction:** Physical | | **User ID:**<br>Facebook Id 100008120418338<br><br>**Profile Picture:**<br>Profile Picture size: 80 https://scontent-dft4-2.xx.fbcdn.net/v/t1.0-1/p80x80/16999238_185348810 1598519_1326208098506138113_n.jpg?_nc_ad=z-m&_nc_cid=0&oh=f88fd04506d276ea666a871c89bd0173&oe=5AA6AE41<br>Profile Picture size: 120 https://scontent-dft4-2.xx.fbcdn.net/v/t1.0-1/p120x120/16999238_1853488101598519_1326208098506138113_n.jpg?_nc_ad=z-m&_nc_cid=0&oh=e765ee717c5b2848d0bcd20179a29640&oe=5AAC2C57<br>Profile Picture size: 480 https://scontent-dft4-2.xx.fbcdn.net/v/t1.0-1/p480x480/16999238_1853488101598519_1326208098506138113_n.jpg?_nc_ad=z-m&_nc_cid=0&oh=54c1aa63f4de48a1606c1ab142fc85ef&oe=5AA1FBD2<br><br>**Phone:**<br>Phone Number +14052071990 | | | |
| 8 | **Name:** John Finley<br>**Source Extraction:** Physical | **Last time contacted:** 11/7/2017 20:52(UTC+0)<br><br>**Times contacted:** 13 | **Phone:**<br>Mobile 4052071990 | | | |
| 9 | **Name:** John Finley<br>**Source Extraction:** Physical | | | | | Yes |
| 10 | **Name:** John Finley<br>**Source:** Google Quick Search Box<br>**Source Extraction:** Physical | | **Phone:**<br>Phone Number 4052071990 | | | |
| 11 | **Name:** Pussy<br>**Source Extraction:** Physical | **Last time contacted:** 11/21/2017 00:12(UTC+0)<br><br>**Times contacted:** 2 | **Phone:**<br>Mobile +1 817-908-6787 | | | |
| 12 | **Name:** Pussy<br>**Source:** Google Quick Search Box<br>**Source Extraction:** Physical | | **Phone:**<br>Phone Number +1 817-908-6787 | | | |

Exhibit 121    MALD-PASS_000309    7

SMS Messages (31)

> ⚠ * These details are cross-referenced from this device's contacts

| # | Folder | Party | Time | All timestamps | SMSC | Status | Message | Deleted |
|---|---|---|---|---|---|---|---|---|
| 1 | Sent | To +18179086787 Pussy* Direction: Outgoing | 11/21/2017 08:08(UTC+0) | | | Sent | I guess Jeff we got me doing some things back in South Carolina for a minute these two got a house there in the business  Source Extraction: Physical | |
| 2 | Sent | To +18179086787 Pussy* Direction: Outgoing | 11/21/2017 07:26(UTC+0) | | | Sent | yes I will be tomorrow I'm leaving Friday going back home tired of this s***  Source Extraction: Physical | |
| 3 | Sent | To +18179086787 Pussy* Direction: Outgoing | 11/17/2017 01:52(UTC+0) | | | Sent | I got to go where the fish are biting you you know that  Source Extraction: Physical | |
| 4 | Sent | To +18179086787 Pussy* Direction: Outgoing | 11/17/2017 01:50(UTC+0) | | | Sent | Been to Florida before didn't like it then I got to find me another Beach  Source Extraction: Physical | |
| 5 | Sent | To +18179086787 Pussy* Direction: Outgoing | 11/17/2017 01:49(UTC+0) | | | Sent | Things change  Source Extraction: Physical | |
| 6 | Inbox | From +18179086787 Pussy* Direction: Incoming | 11/17/2017 01:14(UTC+0) | Network: 11/17/2017 01:14(UTC+0) | +14047259874 | Read | Thought u would be sitting on a damn beach in florida by now ..  Source Extraction: Physical | |
| 7 | Sent | To +14052074362 Jeff* Direction: Outgoing | 10/29/2017 02:25(UTC+0) | | | Unknown | As well as I know we had a good day today Park and Joe and I'm back doing private times play times we got new uniforms and then damn they look good collar shirts ya look good I hear Joe tried to off this f****** self to keep a watch on him he locked his self in the f****** office couldn't get out of it called over the radio somebody needs to get me out the office I didn't kill myself getting there he locked his self in the f****** office yeah he's like his dad batshit crazy I'm glad I did not leave but no f****** was I mad love you all good night  Source Extraction: Physical | Yes |
| 8 | Sent | To +14052074362 Jeff* Direction: Outgoing | 10/28/2017 02:09(UTC+0) | | | Unknown | He's a miserable little dude I would kill myself if I was at miserable but I got a backbone and children what a worthless piece of human being  Source Extraction: Physical | Yes |
| 9 | Sent | To +14052074362 Jeff* Direction: Outgoing | 10/28/2017 02:07(UTC+0) | | | Unknown | .. And yes I'm sober he's going to put people in jail for having alcohol and Trail I was like all f*** this s*** I don't need it that bad  Source Extraction: Physical | Yes |
| 10 | Sent | To +14052074362 Jeff* Direction: Outgoing | 10/28/2017 02:06(UTC+0) | | | Sent | You know as well as I know it's a little bit more than that  Source Extraction: Physical | Yes |
| 11 | Outbox | To +14052074362 Jeff* Direction: Outgoing | 10/28/2017 02:06(UTC+0) | | | Unknown | You know as well as I know it's a little bit more than that he f****** just does not like me man and a month ago we were eating breakfast every morning a month ago I was doing the same thing I'm doing now I know he's stressed out I will do everything I can possibly do but I promise you it ain't going to be good enough you already know that well if it comes down to it you ain't got to fire me this asked me to go I can't make that dude happy I don't know why but I'm not a quitter and I almost would like to go back home this job here is more demanding that any job I've ever had in my life yes sir it does take a toll on my ass no doctor fuc I hurt like a b**** dude I'm f****** miserable but I can still do a whole f****** day for him and them I don't like to quit dude I really don't but if I went back to Beaufort guess where I be closer to shallow  Source Extraction: Physical | Yes |

Exhibit 121   MALD-PASS_000310   8

| # | Folder | From/To | Timestamp | | | Status | Message | Read |
|---|---|---|---|---|---|---|---|---|
| 12 | Inbox | From +14052074362 Jeff* Direction: Incoming | 10/28/2017 01:52(UTC+0) | | | Unknown | You just have to decide if you can follow his rules. You're the one that has to deal with him. Source Extraction: Physical | Yes |
| 13 | Sent | To +14052074362 Jeff* Direction: Outgoing | 10/28/2017 01:50(UTC+0) | | | Sent | question do you want me to quit so you do not have to fire me I swear I won't be mad we've always been honest let's stay that way Source Extraction: Physical | Yes |
| 14 | Sent | To +14052074362 Jeff* Direction: Outgoing | 10/28/2017 01:42(UTC+0) | | | Unknown | Wow I hope I don't cause him a heart attack I would feel really bad Source Extraction: Physical | Yes |
| 15 | Sent | To +14052074362 Jeff* Direction: Outgoing | 10/28/2017 01:39(UTC+0) | | | Unknown | Thank God there's only one of him he has to be f****** miserable dude unbelievable I've been wearing uniform for the last week or two well uniform that I got the shirt and I ain't got but maybe two of them that ain't all nasty I apologize that you have to put up with this s*** well I guess you don't have to put up with it he either wants me to quit are you firing me that's a sad little man we don't have anybody working here right now 6 people and two of them don't know nothing why would you want to get rid of somebody that comes to work and go straight to work I've been doing that for a long time my job is been the same since I got here and it's something changes that's what that radio was for I'm not complaining or bitching in your ear I swear to God I'm not I feel bad for the stupid mother f***** but I hope you have a good night tell red I said hello love you Bubba Source Extraction: Physical | Yes |
| 16 | Inbox | From +14052074362 Jeff* Direction: Incoming | 10/27/2017 23:39(UTC+0) | | | Unknown | From Joe He showed up this morning but wont take part in meetings. He thinks he works for himself. I told him he was going to stay he had to do just like everyone else, but he refuses to wear a uniform Source Extraction: Physical | Yes |
| 17 | Sent | To +14052074362 Jeff* Direction: Outgoing | 10/27/2017 04:10(UTC+0) | | | Unknown | I want to go back to work Jack is gone I could do play times anything that he needs me to do I could do Source Extraction: Physical | Yes |
| 18 | Sent | To +14052074362 Jeff* Direction: Outgoing | 10/27/2017 04:09(UTC+0) | | | Unknown | Please tell me what I should do Source Extraction: Physical | Yes |
| 19 | Sent | To +14052074362 Jeff* Direction: Outgoing | 10/27/2017 03:47(UTC+0) | | | Unknown | Should I get my ass up in the morning and go to work like I always do see how it pans out if not he'll get me a ticket tomorrow f*** Jeff I don't want to leave here I love this f****** zoo dude Source Extraction: Physical | Yes |
| 20 | Sent | To +14052074362 Jeff* Direction: Outgoing | 10/27/2017 03:45(UTC+0) | | | Unknown | I don't want to quit Source Extraction: Physical | Yes |
| 21 | Inbox | From +14052074362 Jeff* Direction: Incoming | 10/26/2017 18:12(UTC+0) | | | Unknown | ok Source Extraction: Physical | Yes |
| 22 | Sent | To +14052074362 Jeff* Direction: Outgoing | 10/26/2017 18:11(UTC+0) | | | Unknown | Yeah I know I'm trying to get me a plane ticket out of here Source Extraction: Physical | Yes |
| 23 | Inbox | From +14052074362 Jeff* Direction: Incoming | 10/26/2017 18:10(UTC+0) | | | Unknown | It sounds like its going to be impossible for you to please Joe. I cant take this bitching every day from grown men. Source Extraction: Physical | Yes |
| 24 | Sent | To +14052074362 Jeff* Direction: Outgoing | 10/7/2017 15:33(UTC+0) | | | Sent | I'm back on park Source Extraction: Physical | Yes |

Exhibit 121

MALD-PASS_000311

9

| # | Type | Direction | Timestamp | Party | Description | | Deleted |
|---|------|-----------|-----------|-------|-------------|---|---------|
| 25 | Sent | To +14052074362 Jeff* Direction: Outgoing | 9/30/2017 04:47(UTC+0) | | Sent | Other wise I don't say anything and would I be fired from you  Source Extraction: Physical | Yes |
| 26 | Sent | To +14052074362 Jeff* Direction: Outgoing | 9/30/2017 04:46(UTC+0) | | Sent | I could do that about to get fired  Source Extraction: Physical | Yes |
| 27 | Inbox | From +14052074362 Jeff* Direction: Incoming | 9/30/2017 04:45(UTC+0) | Network: 9/30/2017 04:45(UTC+0) | +14047259874 | Read | just leave me out of it. This is between you and Joe. I dont own those trailers  Source Extraction: Physical | Yes |
| 28 | Sent | To +14052074362 Jeff* Direction: Outgoing | 9/30/2017 04:44(UTC+0) | | | Sent | All they did was move into another trailer which is good with me but it's not good with y'all he's a f****** feet crackhead  Source Extraction: Physical | Yes |
| 29 | Sent | To +14052074362 Jeff* Direction: Outgoing | 9/30/2017 04:39(UTC+0) | | | Sent | they're not my f****** trailer no more thank God  Source Extraction: Physical | Yes |
| 30 | Inbox | From +14052074362 Jeff* Direction: Incoming | 9/30/2017 04:30(UTC+0) | Network: 9/30/2017 04:30(UTC+0) | +14047259874 | Read | Allen, I told you that is not my property I can't speak to them if you need someone to talk to them it's got to be Joe he owns those trailers  Source Extraction: Physical | Yes |
| 31 | Inbox | From +14052074362 Jeff* Direction: Incoming | 8/9/2017 16:11(UTC+0) | | | Unknown | just pulled in Vegas just now  Source Extraction: Physical | Yes |

Timeline (83)

| # | Type | Direction | Attachments | Locations | Timestamp | Party | Description | Deleted |
|---|------|-----------|-------------|-----------|-----------|-------|-------------|---------|
| 1 | Call Log | Incoming | | | 7/6/2017 21:06(UTC+0) | From: 4052071990 John Finley | 00:00:00  Source Extraction: Physical | |
| 2 | Call Log | Outgoing | | | 7/6/2017 21:07(UTC+0) | To: 4052071990 John Finley | 00:00:18  Source Extraction: Physical | |
| 3 | Call Log | Outgoing | | | 7/9/2017 00:27(UTC+0) | To: 4052071990 John Finley | 00:00:03  Source Extraction: Physical | |
| 4 | Call Log | Incoming | | | 8/4/2017 17:13(UTC+0) | From: 4052074362 Jeff | 00:00:00  Source Extraction: Physical | |
| 5 | Call Log | Incoming | | | 8/5/2017 03:49(UTC+0) | From: 4052074362 Jeff | 00:00:09  Source Extraction: Physical | |
| 6 | Call Log | Incoming | | | 8/7/2017 20:45(UTC+0) | From: 4052074362 Jeff | 00:00:00  Source Extraction: Physical | |
| 7 | Call Log | Incoming | | | 8/7/2017 20:49(UTC+0) | From: 4052074362 Jeff | 00:00:00  Source Extraction: Physical | |
| 8 | Call Log | Outgoing | | | 8/7/2017 22:12(UTC+0) | To: 4052074362 Jeff | 00:00:18  Source Extraction: Physical | |
| 9 | Call Log | Outgoing | | | 8/7/2017 22:13(UTC+0) | To: 4052074362 Jeff | 00:00:27  Source Extraction: Physical | |
| 10 | SMS Messages | Incoming | | | 8/9/2017 16:11(UTC+0) | From: +14052074362 Jeff | just pulled in Vegas just now  Source Extraction: Physical | Yes |
| 11 | Call Log | Outgoing | | | 8/11/2017 20:53(UTC+0) | To: 4052074362 Jeff | 00:00:00  Source Extraction: Physical | |
| 12 | Call Log | Outgoing | | | 8/11/2017 20:55(UTC+0) | To: 4052074362 Jeff | 00:01:59  Source Extraction: Physical | |
| 13 | Call Log | Outgoing | | | 8/16/2017 02:45(UTC+0) | To: 4052074362 Jeff | 00:00:06  Source Extraction: Physical | |
| 14 | Call Log | Outgoing | | | 8/19/2017 01:48(UTC+0) | To: 4052074362 Jeff | 00:00:08  Source Extraction: Physical | |
| 15 | Call Log | Outgoing | | | 8/20/2017 00:11(UTC+0) | To: 4052074362 Jeff | 00:00:06  Source Extraction: Physical | |
| 16 | Call Log | Outgoing | | | 8/23/2017 01:12(UTC+0) | To: 4052074362 Jeff | 00:06:10  Source Extraction: Physical | |
| 17 | Call Log | Outgoing | | | 8/28/2017 04:51(UTC+0) | To: 4052074362 Jeff | 00:00:47  Source Extraction: Physical | |
| 18 | Call Log | Outgoing | | | 9/7/2017 18:07(UTC+0) | From: 100008406641678 Allen Glover To: 100004999216781 Jeff Lauren Lowe | 00:00:00  Source Extraction: Physical | |
| 19 | Call Log | Outgoing | | | 9/17/2017 00:37(UTC+0) | To: 4052074362 Jeff | 00:00:25  Source Extraction: Physical | |
| 20 | Call Log | Outgoing | | | 9/22/2017 01:08(UTC+0) | To: 4052074362 Jeff | 00:00:00  Source Extraction: Physical | |
| 21 | Call Log | Incoming | | | 9/22/2017 01:09(UTC+0) | From: 4052074362 Jeff | 00:00:31  Source Extraction: Physical | |
| 22 | Call Log | Outgoing | | | 9/24/2017 01:04(UTC+0) | To: 4052074362 Jeff | 00:00:29  Source Extraction: Physical | |

Exhibit 121

MALD-PASS_000312

10

| # | Type | Direction | | | Date/Time | Party | Content | Highlighted |
|---|---|---|---|---|---|---|---|---|
| 23 | Call Log | Outgoing | | | 9/24/2017 23:32(UTC+0) | To: 4052074362 Jeff | Source Extraction: Physical | |
| 24 | Call Log | Outgoing | | | 9/25/2017 19:00(UTC+0) | To: 4052074362 Jeff | 00:01:03 Source Extraction: Physical | |
| 25 | Call Log | Outgoing | | | 9/28/2017 17:44(UTC+0) | To: 4052074362 Jeff | 00:00:19 Source Extraction: Physical | |
| 26 | Call Log | Outgoing | | | 9/30/2017 03:03(UTC+0) | To: 4052074362 Jeff | 00:00:51 Source Extraction: Physical | |
| 27 | Call Log | Outgoing | | | 9/30/2017 04:03(UTC+0) | To: 4052074362 Jeff | 00:00:46 Source Extraction: Physical | |
| 28 | SMS Messages | Incoming | | | 9/30/2017 04:30(UTC+0) | From: +14052074362 Jeff | Allen, I told you that is not my property I can't speak to them if you need someone to talk to them it's got to be Joe he owns those trailers Source Extraction: Physical | Yes |
| 29 | Call Log | Outgoing | | | 9/30/2017 04:33(UTC+0) | To: 4052074362 Jeff | 00:00:55 Source Extraction: Physical | |
| 30 | SMS Messages | Outgoing | | | 9/30/2017 04:39(UTC+0) | To: +14052074362 Jeff | they're not my f****** trailer no more thank God Source Extraction: Physical | Yes |
| 31 | SMS Messages | Outgoing | | | 9/30/2017 04:44(UTC+0) | To: +14052074362 Jeff | All they did was move into another trailer which is good with me but it's not good with y'all he's a f****** feet crackhead Source Extraction: Physical | Yes |
| 32 | SMS Messages | Incoming | | | 9/30/2017 04:45(UTC+0) | From: +14052074362 Jeff | just leave me out of it. This is between you and Joe. I dont own those trailers Source Extraction: Physical | Yes |
| 33 | SMS Messages | Outgoing | | | 9/30/2017 04:46(UTC+0) | To: +14052074362 Jeff | I could do that about to get fired Source Extraction: Physical | Yes |
| 34 | SMS Messages | Outgoing | | | 9/30/2017 04:47(UTC+0) | To: +14052074362 Jeff | Otherwise if I speak my mind would I be fired from you Source Extraction: Physical | Yes |
| 35 | Call Log | Incoming | | | 10/6/2017 17:53(UTC+0) | From: 4052074362 Jeff | 00:00:00 Source Extraction: Physical | |
| 36 | Call Log | Outgoing | | | 10/6/2017 18:01(UTC+0) | To: 4052074362 Jeff | 00:00:37 Source Extraction: Physical | |
| 37 | Call Log | Outgoing | | | 10/6/2017 18:09(UTC+0) | To: 4052071990 John Finley | 00:00:03 Source Extraction: Physical | |
| 38 | Call Log | Outgoing | | | 10/6/2017 18:32(UTC+0) | To: +14052074362 Jeff | 00:00:06 Source Extraction: Physical | |
| 39 | SMS Messages | Outgoing | | | 10/7/2017 15:33(UTC+0) | To: +14052074362 Jeff | I'm back on park Source Extraction: Physical | Yes |
| 40 | Call Log | Outgoing | | | 10/7/2017 15:46(UTC+0) | To: 4052074362 Jeff | 00:01:23 Source Extraction: Physical | |
| 41 | Call Log | Outgoing | | | 10/8/2017 01:39(UTC+0) | To: 4052074362 Jeff | 00:00:00 Source Extraction: Physical | |
| 42 | Call Log | Outgoing | | | 10/8/2017 01:39(UTC+0) | To: 4052074362 Jeff | 00:00:04 Source Extraction: Physical | |
| 43 | Call Log | Outgoing | | | 10/8/2017 01:40(UTC+0) | To: 4052074362 Jeff | 00:00:00 Source Extraction: Physical | |
| 44 | Call Log | Outgoing | | | 10/8/2017 16:28(UTC+0) | To: 4052074362 Jeff | 00:00:15 Source Extraction: Physical | |
| 45 | Call Log | Incoming | | | 10/8/2017 21:52(UTC+0) | From: 4052074362 Jeff | 00:00:00 Source Extraction: Physical | |
| 46 | Call Log | Outgoing | | | 10/8/2017 23:23(UTC+0) | To: 4052074362 Jeff | 00:02:14 Source Extraction: Physical | |
| 47 | Call Log | Outgoing | | | 10/9/2017 01:00(UTC+0) | To: 4052074362 Jeff | 00:01:28 Source Extraction: Physical | |
| 48 | Call Log | Outgoing | | | 10/18/2017 23:16(UTC+0) | To: 4052074362 Jeff | 00:00:19 Source Extraction: Physical | |
| 49 | SMS Messages | Incoming | | | 10/26/2017 18:10(UTC+0) | From: +14052074362 Jeff | It sounds like its going to be impossible for you to please Joe. I cant take this bitching every day from grown men. Source Extraction: Physical | Yes |
| 50 | SMS Messages | Outgoing | | | 10/26/2017 18:11(UTC+0) | To: +14052074362 Jeff | Yeah I know I'm trying to get me a plane ticket out of here Source Extraction: Physical | Yes |
| 51 | SMS Messages | Incoming | | | 10/26/2017 18:12(UTC+0) | From: +14052074362 Jeff | ok Source Extraction: Physical | Yes |
| 52 | SMS Messages | Outgoing | | | 10/27/2017 03:45(UTC+0) | To: +14052074362 Jeff | I don't want to quit Source Extraction: Physical | Yes |
| 53 | SMS Messages | Outgoing | | | 10/27/2017 03:47(UTC+0) | To: +14052074362 Jeff | Should I get my ass up in the morning and go to work like I always do see how it pans out if not he'll get me a ticket tomorrow f*** Jeff I don't want to leave here I love this f****** zoo dude Source Extraction: Physical | Yes |
| 54 | SMS Messages | Outgoing | | | 10/27/2017 04:09(UTC+0) | To: +14052074362 Jeff | Please tell me what I should do Source Extraction: Physical | Yes |
| 55 | SMS Messages | Outgoing | | | 10/27/2017 04:10(UTC+0) | To: +14052074362 Jeff | I want to go back to work Jack is gone I could do play times anything that he needs me to do I could do Source Extraction: Physical | Yes |

Exhibit 121                                    MALD-PASS_000313                11

| # | Type | Direction | | | Date/Time | Party | Message | Read |
|---|---|---|---|---|---|---|---|---|
| 56 | SMS Messages | Incoming | | | 10/27/2017 23:39(UTC+0) | From: +14052074362 Jeff From Joe | He showed up this morning but wont take part in meetings. He thinks he works for himself. I told him he was going to stay he had to do just like everyone else, but he refuses to wear a uniform<br>**Source Extraction:** Physical | Yes |
| 57 | SMS Messages | Outgoing | | | 10/28/2017 01:39(UTC+0) | To: +14052074362 Jeff | Thank God there's only one of him he has to be f****** miserable dude unbelievable I've been wearing uniform for the last week or two well uniform that I got the shirt and I ain't got but maybe two of them that ain't all nasty I apologize that you have to put up with this s*** well I guess you don't have to put up with it he either wants me to quit are you firing me that's a sad little man we don't have anybody working here right now 6 people and two of them don't know nothing why would you want to get rid of somebody that comes to work and go straight to work I've been doing that for a long time my job is been the same since I got here and it's something changes that's what that radio was for I'm not complaining or bitching in your ear I swear to God I'm not I feel bad for the stupid mother f***** but I hope you have a good night tell red I said hello love you Bubba<br>**Source Extraction:** Physical | Yes |
| 58 | SMS Messages | Outgoing | | | 10/28/2017 01:42(UTC+0) | To: +14052074362 Jeff | Wow I hope I don't cause him a heart attack I would feel really bad<br>**Source Extraction:** Physical | Yes |
| 59 | SMS Messages | Outgoing | | | 10/28/2017 01:50(UTC+0) | To: +14052074362 Jeff | question do you want me to quit so you do not have to fire me I swear I won't be mad we've always been honest let's stay that way<br>**Source Extraction:** Physical | Yes |
| 60 | SMS Messages | Incoming | | | 10/28/2017 01:52(UTC+0) | From: +14052074362 Jeff | you just have to decide if you can follow his rules. You're the one that has to deal with him.<br>**Source Extraction:** Physical | Yes |
| 61 | SMS Messages | Outgoing | | | 10/28/2017 02:06(UTC+0) | To: +14052074362 Jeff | You know as well as I know it's a little bit more than that<br>**Source Extraction:** Physical | Yes |
| 62 | SMS Messages | Outgoing | | | 10/28/2017 02:06(UTC+0) | To: +14052074362 Jeff | You know as well as I know it's a little bit more than that he f****** just does not like me man and a month ago we were eating breakfast every morning a month ago I was doing the same thing I'm doing now I know he's stressed out I will do everything I can possibly do but I promise you it ain't going to be good enough you already know that well if it comes down to it you ain't got to fire me this asked me to go I can't make that dude happy I don't know why but I'm not a quitter and I almost would like to go back home this job here is more demanding that any job I've ever had in my life yes sir it does take a toll on my ass no doctor fuc I hurt like a b**** dude I'm f****** miserable but I can still do a whole f****** day for him and them I don't like to quit dude I really don't but if I went back to Beaufort guess where I be closer to shallow<br>**Source Extraction:** Physical | Yes |
| 63 | SMS Messages | Outgoing | | | 10/28/2017 02:07(UTC+0) | To: +14052074362 Jeff | .. And yes I'm sober he's going to put people in jail for having alcohol and Trail I was like all f*** this s*** I don't need it that bad<br>**Source Extraction:** Physical | Yes |
| 64 | SMS Messages | Outgoing | | | 10/28/2017 02:09(UTC+0) | To: +14052074362 Jeff | He's a miserable little dude I would kill myself if I was at miserable but I got a backbone and children what a worthless piece of human being<br>**Source Extraction:** Physical | Yes |
| 65 | SMS Messages | Outgoing | | | 10/29/2017 02:25(UTC+0) | To: +14052074362 Jeff | As well as I know we had a good day today Park and Joe and I'm back doing private times play times we got new uniforms and then damn they look good collar shirts ya look good I hear Joe tried to off this f****** self to keep a watch on him he locked his self in the f****** office couldn't get out of it called over the radio somebody needs to get me out the office I didn't kill myself getting there he locked his self in the f****** office yeah he's like his dad batshit crazy I'm glad I did not leave but no f****** was I mad love you all good night<br>**Source Extraction:** Physical | Yes |
| 66 | Call Log | Outgoing | | | 11/6/2017 17:17(UTC+0) | To: 4052074362 Jeff | 00:00:12<br>**Source Extraction:** Physical | |
| 67 | Call Log | Outgoing | | | 11/6/2017 19:33(UTC+0) | To: 4052074362 Jeff | 00:00:02<br>**Source Extraction:** Physical | |
| 68 | Contacts | | | | 11/6/2017 19:33(UTC+0) | | Jeff<br>**Source Extraction:** Physical | |
| 69 | Call Log | Outgoing | | | 11/6/2017 19:36(UTC+0) | To: 14052071168 Joe exotic | 00:00:34<br>**Source Extraction:** Physical | |
| 70 | Call Log | Outgoing | | | 11/6/2017 19:43(UTC+0) | To: 14052071168 Joe exotic | 00:00:40<br>**Source Extraction:** Physical | |
| 71 | Call Log | Outgoing | | | 11/6/2017 19:45(UTC+0) | To: 14052071168 Joe exotic | 00:00:59<br>**Source Extraction:** Physical | |
| 72 | Contacts | | | | 11/6/2017 19:46(UTC+0) | | Joe exotic<br>**Source Extraction:** Physical | |

Exhibit 121

MALD-PASS_000314

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 73 | Call Log | Outgoing | | | 11/7/2017 20:51(UTC+0) | 3/25/1990 John Finley | John Finley **Source Extraction:** Physical | |
| 74 | Contacts | | | | 11/7/2017 20:52(UTC+0) | | John Finley **Source Extraction:** Physical | |
| 75 | Call Log | Outgoing | | | 11/15/2017 15:56(UTC+0) | To: +18179086787 Pussy | 00:00:03 **Source Extraction:** Physical | |
| 76 | SMS Messages | Incoming | | | 11/17/2017 01:14(UTC+0) | From: +18179086787 Pussy | Thought u would be sitting on a damn beach in florida by now .. **Source Extraction:** Physical | |
| 77 | SMS Messages | Outgoing | | | 11/17/2017 01:49(UTC+0) | To: +18179086787 Pussy | Things change **Source Extraction:** Physical | |
| 78 | SMS Messages | Outgoing | | | 11/17/2017 01:50(UTC+0) | To: +18179086787 Pussy | Been to Florida before didn't like it then I got to find me another Beach **Source Extraction:** Physical | |
| 79 | SMS Messages | Outgoing | | | 11/17/2017 01:52(UTC+0) | To: +18179086787 Pussy | I got to go where the fish are biting you you know that **Source Extraction:** Physical | |
| 80 | Call Log | Outgoing | | | 11/21/2017 00:11(UTC+0) | To: +18179086787 Pussy | 00:00:04 **Source Extraction:** Physical | |
| 81 | Contacts | | | | 11/21/2017 00:12(UTC+0) | | Pussy **Source Extraction:** Physical | |
| 82 | SMS Messages | Outgoing | | | 11/21/2017 07:26(UTC+0) | To: +18179086787 Pussy | yes I will be tomorrow I'm leaving Friday going back home tired of this s*** **Source Extraction:** Physical | |
| 83 | SMS Messages | Outgoing | | | 11/21/2017 08:08(UTC+0) | To: +18179086787 Pussy | I guess Jeff we got me doing some things back in South Carolina for a minute these two got a house there in the business **Source Extraction:** Physical | |

Exhibit 121

MALD-PASS_000315

13