# LGE(LGL157BL)

## Please press "Ctrl" + "F" to search

To: Matt Game Warden(+14056152833)

2018-09-04 08:07:43

This is Matt with fish and wildlife service. Call me when you get up.

2018-09-04 09:34:35

You got there early. Call me 4056152833

2018-12-21 19:18:48

> Couple of questions that I'd like to ask tomorrow can I text you tomorrow about it

2018-12-21 19:21:45

Let me know when you want to talk and I will call you.

2018-12-21 19:23:08

> What time you start work that's right tomorrow's Satu

Exhibit 122

rday I mean you can't wait till Monday

2018-12-21 19:24:32

I do not mind talking to you on Saturday.

2018-12-21 19:24:38

Sorry it can wait till Monday

2018-12-21 19:25:04

I will call you tomorrow around lunchtime. No problem

2018-12-21 19:25:16

Sounds good

2018-12-21 19:25:41

Can't be early before I got to go to work

2018-12-21 19:25:57

I got to be at work at 8:45

Exhibit 122

2018-12-21 19:26:59

> Otherwise I won't be able to be honest with Jeff he probably won't ask me what happened today our tomorrow

2018-12-21 19:28:04

Call me now

2018-12-21 19:44:49

> That little young kid that work weather live with he thinks early November he's pretty fucking good living remembery he's got a goddamn trap mine I believe him

2018-12-21 19:59:46

> Honest to God I don't know if there's a hurt me or help me hours of South Carolina Thanksgiving that boy is pretty smart

2018-12-21 20:25:50

> I just thought about this if Jeff wanted me to kill somebody wouldn't it be fucking Joe hey

Exhibit 122

2018-12-25 05:51:07

Merry Christmas sir

2018-12-25 11:06:35

Merry Christmas!

2019-01-07 12:52:35

How's everything going Matt

2019-01-07 19:16:11

When you get a chance to speak to him have him call me or you call me let me know something please this is fucking driving me crazy on top of everything else

2019-01-07 21:46:15

Are you on my one that you do at a time how do you have a lot of things going on I was told by that lawyer that the FBI or game warden speak my behalf that would make a difference what's the chances it couldn't hurt sir

Exhibit 122

2019-01-13 18:51:32

> How you doing Matt I was just texting to see if you had any good luck or if I had any good luck it's kind of worried me as you can tell

2019-01-13 20:14:00

> You have no idea how bad I want to leave

2019-01-13 20:15:36

I got it. But you can't run from this. It will always be chasing you and you will make it worse.

2019-01-13 20:17:19

> I was wondering what to get for you to answer me

2019-01-13 20:18:19

> I'm kind of glad you pay attention to me

2019-01-13 20:21:04

I do. I was away from my phone. Sorry.

Exhibit 122

2019-01-13 20:21:43

No problem

2019-01-13 20:22:36

I don't know why it is kicking my butt I think I'm stronger than this

2019-01-13 20:25:28

You know it be nice come out to the park one day and let me walk you through it and your family anytime just that you would like

2019-01-13 20:25:30

You are. Got to stay positive when it is a sunny day and when it is rainy and gloomy. Life has its ups and downs as you know. I know you don't want to hear it, but you are a good man and a good man has to stand up for his mistakes and deal with them

2019-01-14 18:37:17

I guess after you retire from game warden you going

Exhibit 122

to become a poet if that's incorrect work

2019-01-14 18:38:18

Look I've lost all respect from Jeff I just seen you know before I go to court if I have any back at all

2019-01-14 18:40:12

Hang on bud. In a meeting. Let me call you in a few

2019-01-14 18:40:48

At least get my DUI cases postpone until after the trial that would be the smart thing to do you could help FBI get help the sheriff could help after the trial it look a lot better for all of us what do you think sir

2019-01-14 18:41:17

Ask me when you can

2019-01-14 18:41:38

God knows I want to run

Exhibit 122

2019-01-14 18:46:12

> To be honest I'd rather you called me or I talk to you personally then texting my texting sucks if I ain't got glasses it's horrible

2019-01-14 18:48:18

Yeah We do not need to be texting

2019-01-16 18:25:38

> Yeah my phone was off a good news

2019-02-04 12:35:06

> Hey how's everything going Matt hey buddy I still have not got a check yet from the government could you find out why I've tried to call them

2019-02-04 12:37:54

Everything is behind because of the government shut down

2019-02-04 12:39:06

Exhibit 122

> Not even the first check

2019-02-04 12:39:48

Dang, I'll check

2019-02-04 12:40:10

> Thank you sir

2019-02-28 18:36:43

> How you doing sir I'm doing I'm doing I still have not got a check yet back from the government kind of need it to pay Jeff back for getting me out of jail that would be nice and my phones

2019-03-05 18:09:47

> I hear he postponed it again

2019-03-05 19:31:17

It is frustrating. I'll call tomorrow and explain

2019-03-07 23:15:49

Exhibit 122

If you can 10:30 a.m. Tomorrow morning call I'll be waiting

2019-03-07 23:16:18

10-4

2019-03-10 19:33:13

How you doing Matt it's Allen just thinking being able to use the internet the phone apparently other people's phones I think I could be in risk of being murdered they should shut him down from all phone calls texting or whatever internet I had a super bad dream last night was not pretty and no LOL

2019-03-10 19:55:46

Hey Matt I know you're very busy man I still like to get my money back I rather not wait till I have to go to court to talk about it kind of need it if you got time sir tomorrow please ask about it again at least one of the checks thanks sir

2019-03-10 19:58:11

Exhibit 122

I will Allen. I will find out everything tomorrow morning for you regarding travel money. Keep your chin up ... these will all be over soon. The Lord never gives us more than we can handle

2019-03-10 20:00:09

I believe that high-power is in my own mind as long as we look at it the right way thanks sir I'm still scared

2019-03-22 00:47:34

Are you going to come out and talk to me

2019-03-23 21:48:57

Yeah I see somebody slip I didn't think the public was supposed to know about this like it is now I'm really worried and scared thanks mat

2019-03-29 19:24:55

Let me know what's going on

2019-04-02 19:18:32

Exhibit 122

> Congratulations sir

2019-04-10 12:13:31

> How is everything going sir

2019-06-23 09:15:17

I have left you messages regarding your phones. I want to return your phones to you. Give me a call

2019-06-23 18:06:34

> I'll call you Monday what time

2019-07-31 06:50:25

> What's going on boss

Exhibit 122