FD-302 (Rev. 5-8-10)



# FEDERAL BUREAU OF INVESTIGATION

Date of entry    12/03/2021

*An audio recording was made of this interview and will be maintained as electronic evidence in this case file and stored at the Oklahoma City Field Office of the Federal Bureau of Investigation. The below summary of the interview is simply a summary of relevant facts provided by Allen Glover, Jr. for indexing purposes, and is not intended to be a verbatim translation of statements made by interviewers or the interviewee.*

Frank Allan Glover Jr, date of birth (DOB) S[redacted]p[redacted], 1967, telephone number (405) 926-6869, was interviewed at his home residence, located at [redacted] y W[redacted] Beaufort, South Carolina. Also present during the interview was Frank Allan Glover Sr, DOB [redacted]7/1941. After being advised of the identity of the interviewing Agents and the nature of the interview, as well as an opportunity to contact an attorney, Glover Jr provided the following information:

Glover Jr knew that the FBI would be coming to see him and wanted to know if he was going to be arrested. He recently signed an affidavit for an attorney, Mr. Phillips from Florida where he admitted to lying and committing perjury about the money he accepted from Joe Maldonado. Glover Jr told Mr. Phillips that he stole it which is not what he told the court and it has been weighing on Glover Jr. A few months ago, Mr. Phillips showed up to Glover's house with a Netflix documentary crew and spoke with Glover Jr about Joe Maldonado. Subsequently, Glover Jr drove to Florida to sign an affidavit attesting to what he told Mr. Phillips regarding lying about being paid to kill Carole Baskins by Joe Maldonado. Glover Jr. does not believe the money he testified to receiving from Joe Maldonado was the same money from the cub sale. This is a fact to which Glover Jr. testified to in federal court. Glover Jr. believes this is a different sum of cash because the payment received by Joe Maldonado, from the sale of the cub, came in an envelope which was thicker than the envelope of cash Joe Maldonado later gave to Glover Jr. Glover Jr. also stated that he

---

Investigation on   11/12/2021   at   Beaufort, South Carolina, United States (In Person)

File #   166C-OC-2152431      Date drafted   11/12/2021

by   D Hunter Marsh, Timothy Mark Bragg

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

JPMResentencing_000022

Exhibit 123

considered that he had stolen the money from Joe Maldonado, as he never intended on killing Carole Baskins when he received the money from Joe Maldonado. Glover Jr. feels like what he said in court was not the truth and it is weighing on him. Glover Jr. believes Joe should be in prison for certain reasons but it shouldn't be if Glover Jr. lied.

Sometime recently Glover Jr called the Department of Justice and spoke with an agent about trying to clear up what he said. He may still have the phone number in his phone but could not recall when and who it was that he spoke with and they did not contact him back. His attorney that he is meeting with was arranged by a female acquaintance that he spoke to on a phone. The attorney is Fred Kuhn and they will meet on Monday then contact the FBI. Glover wants to make right anything that he did wrong.

Glover Jr was instructed by Mr. Phillips to contact him if law enforcement were to come ask him about his sworn statement. When asked if he was represented by Mr. Phillips, Glover Jr. said that he was not but Mr. Phillips was going to take care of getting an attorney for Glover Jr. if he needed one. Glover Jr. wishes he was never involved with the Tiger King production. It has been difficult because people hate him for how he was depicted in the documentary. Additionally, the legal trouble, which Glover Jr. believes himself to be in as a result of his lying, has delayed his intentions of going to a rehabilitation hospital or clinic to address his substance abuse problems.

Glover Jr. stated that he had a third grade education and that his father had to read his mail to him because Glover Jr. is illiterate.

When asked who else the FBI should talk to regarding this case, specific to allegations that key witnesses had lied, Glover Jr. did not know of anyone other than himself. When asked if the FBI should speak with Jeff Lowe about what happened in this case, Glover Jr. stated that Lowe is a big part of this story but didn't want to speak further regarding Lowe until first discussing with his attorney.

Exhibit 123    JPMResentencing_000023