FD-302 (Rev. 5-8-10)

-1 of 3-



OFFICIAL RECORD

## FEDERAL BUREAU OF INVESTIGATION

Date of entry   01/05/2022

Frank Allan Glover Jr, date of birth (DOB) ███████ 0█ 1967, telephone number (405) 926-6869, was interviewed via telephone. After being advised of the identity of the interviewing Agent and the nature of the interview, as well as an opportunity to contact an attorney, Glover Jr provided the following information (*The following is a synopsis of the interview which was not recorded due to the impromptu opportunity for extended conversation over the phone and the FBI policy that agents only record subject interviews surreptitiously with prior approval which had not been previously requested*):

Glover Jr has had time to speak with attorneys but is not currently represented by anyone and is comfortable talking about what he wrote in the affidavit and why he said something different in court. Glover Jr was just watching the Tiger King season 2 and has a copy of his affidavit in front of him. Glover Jr stands by the comments in the affidavit regarding his perjury. As he stated to Netflix producers in Season 1 and Season 2 he was screwed by Jeff Lowe and pushed into a corner by the government. It was made clear to him on multiple occasions by Lowe and the government, as stated on Netflix, that he could either be on Joe's side or the government's side and was told by everyone that it was in his interest not to be on Joe's side when this went down in court. This was made clear to him by Judge Amanda, Agent Bryant, Agent Andrew and the other attorney with Amanda. Jeff Lowe also warned him that it was in his best interest to stick to the story about Joe giving him the money to get Carole. Glover Jr feels that he was used by Lowe and does not trust him anymore. After feeling pressure from the agents and attorneys he agreed to testify in the manner that he did but now he regrets it and worries that he has upset some powerful people who will come after him.

The money Joe received after the cub sale was given to Glover Jr by Joe in order to get Glover Jr off of the property. Joe wanted Glover Jr to be

Investigation on   12/14/2021   at   Oklahoma City, Oklahoma, United States (Phone)

File #   166C-OC-2152431                                              Date drafted   12/15/2021

by   D Hunter Marsh

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; and its contents are not to be distributed outside your agency.

JPMResentencing_000024

Exhibit 124

166C-OC-2152431

(U) Phone Interview of Frank Alan Glover

Continuation of FD-302 of Jr. , On 12/14/2021 , Page 2 of 3

gone from the zoo and Glover Jr mutually wanted to stop working at the zoo. They couldn't stand each other and the money was payment for Glover to simply leave the zoo. Glover Jr was not given any other money prior to his departure from the zoo. Glover Jr does not trust the government and wants to put it all behind him. He has been stone cold sober for several weeks and recently got a job offer back in Oklahoma that he intends to pursue from a group of marijuana grow investors. He will be flying out to Oklahoma on January 7th and the job will include security and oversight on a licensed marijuana grow business. The marijuana grow investors recently contacted Glover about the job opportunity and Glover Jr thinks it will be manageable with his back pain because he is done cutting trees due to the lingering pain.

John Phillips has told Glover Jr he will make a lot of people mad but he is doing the right thing. Glover Jr believes Joe should have gone to jail but not for what Glover Jr said about him in court. He believes Joe should get time served. Joe should not be in jail because Glover Jr told the government Joe paid him to kill Carole but he was still guilty of things for other reasons.

Glover Jr did make an effort to contact DOJ and the FBI could find it in his toll records. He does not remember anything about who he spoke with but remembers looking up info to contact a DOJ agent while he was living up in Ponca City and had been to a bar. This was after Joe had been sentenced in federal court. Agents could look into his phone records to see when he made that call to DOJ. He also wanted to contact the people from the government that he had worked with like the agents and Judge Green but feels like they would be angry over the fact that he has changed his story because it hurts their case.

Glover Jr is still living with his father who just got back from watching a local recital of one of the grandchildren. He would prefer to be face to face when talking with agents or anyone else but does trust writer based on previous engagement when writer visited his home. He also doesn't want the FBI to just pop up again because that made him worried about what they intended to do. Glover Jr understands that writer is just trying to determine why his statements may have changed and ensure the facts of his statements and voluntariness of them are documented for future consideration. Glover Jr feels bad that it went the way that it did. He is

Exhibit 124

JPMResentencing_000025

166C-OC-2152431

Continuation of FD-302 of (U) Phone Interview of Frank Alan Glover Jr. , On 12/14/2021 , Page 3 of 3

just trying to make things right. Glover Jr is available for recontact in the future but worried that he will be targeted by the government. Glover Jr would be willing to meet up with writer at a later date when he is in Oklahoma.

Exhibit 124

JPMResentencing_000026