This transcript was exported on Jan 06, 2022 - view latest version here.

Jeff Lowe (00:01):

I would find David Gatlin's card in the front yard that wasn't there last night or yesterday.

Agent Matt Bryant (00:11):

Who's David Gatlin?

Jeff Lowe (00:12):

He's the special agent for the Oklahoma State Bureau of Investigation?

Agent Matt Bryant (00:20):

Yes. I can find out who he gave his card to. But I know ... Let's see.

Jeff Lowe (00:33):

I mean, he came here with Sheriff Rhodes like months ago to talk to ... Yeah, you were with them that day. Remember?

Agent Matt Bryant (00:41):

Yeah.

Jeff Lowe (00:42):

To talk to him.

Agent Matt Bryant (00:43):

I don't know if he's talked to ... Unless it fell out of a ... the person would know who would have this card would probably be Eric or Allen.

Jeff Lowe (01:02):

And Allen's got his, so it's not his.

Agent Matt Bryant (01:09):

Let me call Gatlin and see who he gave his card to, somebody that still might be working there.

Jeff Lowe (01:14):

All right. Or if it was him and he needs to talk to us, we're here. I mean, just-

Agent Matt Bryant (01:18):

Yeah. No, that ain't it. Because they'd let me know if they were going to talk to you.

Jeff Lowe (01:22):

Okay. All right. It just seems weird. It just is weird because we walked right out there yesterday and we were raking and it wasn't there and now it's there this morning.

Agent Matt Bryant (01:31):

2.06 (Completed  08/04/21)  
Transcript by Rev.com

Page 1 of 2

Exhibit 127

This transcript was exported on Jan 06, 2022 - view latest version here.

Yeah. If they were going to talk to you, they'd call me.

Jeff Lowe (01:33):
Okay.

Agent Matt Bryant (01:39):
I wouldn't let that [inaudible 00:01:39].

Jeff Lowe (01:40):
No, no, it's just weird. And I can go through the security footage, but I figured I'd just call instead. All right, buddy, I appreciate ... I think after looking more at this Beth Corley folder, I think it'd be a good folder for you to have. First time you swing by, you ought to pick it up.

Agent Matt Bryant (01:57):
10-4. I will.

Jeff Lowe (01:57):
Okay.

Agent Matt Bryant (01:57):
Will do, man.

Jeff Lowe (01:59):
All right. Talk to you later.