This transcript was exported on Jan 06, 2022 - view latest version here.

Jeffrey Lowe (00:00):

You said you being pissed

Agent Matt Bryant (00:03):

And hopefully you would know that. Yeah. And you know that I don't talk to him unless I have to, to try to get him to calm down. Right.

Lauren Lowe (00:13):

How is someone of his age that psychotic,

Jeffrey Lowe (00:19):

Like

Agent Matt Bryant (00:22):

He's lost his freaking mind.

Lauren Lowe (00:23):

He really has. Like Jeff Johnson is,

Jeffrey Lowe (00:26):

Oh, you know what he caught. And you know what he said this morning is he said, because first I posted about the new zoo land and how proud we were. So he went and he posted something that they called the realtors down there. The realtors told him there's no contract on that property. So Jeff Lowe is a liar. So I actually went back up on my own post and I posted the details of the contract and the realtor confirmed it. So, so then this morning that must've pissed him off. So this morning he posted that something about Jeff must have been too busy when Joe was killing tigers. Jeff must have been too busy date, raping girls in Las Vegas. If actually said that we're filing a lawsuit, I'm gonna go down. I'm gonna go now and file a libel lawsuit against his ass this morning.

Agent Matt Bryant (01:14):

I think that's fine. I mean, yeah. I've said all along and I've shared with you and you complied, uh, try not to be on social media if you can help it. Or if you're on social media, you can try to ignore the people that are instigate stuff and just post positive stuff about your zoo and your plans and ignore these folks. I know it gets hard, but I mean, he's just trying to stir the pot. There's no news out there. So you gotta make some up.

Lauren Lowe (01:46):

Yeah.

Jeffrey Lowe (01:47):

Well, you might want to check into I'm sure they would tell you if there was a plea deal accepted, but

Agent Matt Bryant (01:53):

This transcript was exported on Jan 06, 2022 - view latest version here.

There's not. We assess at the attorney's office at 6:30 last night, as we're preparing for the other indictment and the wildlife stuff together.

Jeffrey Lowe (02:05):

Right. Nothing come back from the lab yet?

Agent Matt Bryant (02:07):

Not yet. So, and then again, you know, please don't share with him anything that I'm telling you.

Jeffrey Lowe (02:15):

And

Agent Matt Bryant (02:16):

Of course I wouldn't tell him I'm going down there to dig up tigers for no amount of money.

Jeffrey Lowe (02:22):

He was, apparently somebody said he was so pissed off that just set him off. That he was not included in that he was not privy to that information. No. Well, he's not a part of this. I don't know why he, he inserts himself into everything.

Agent Matt Bryant (02:41):

Yeah.

Jeffrey Lowe (02:41):

Right. Well,

Agent Matt Bryant (02:43):

We all have to deal with that crap, but I can promise you, I tried to conduct myself professionally.

Jeffrey Lowe (02:51):

I know you do.

New Speaker (02:52):

And to share information or to give somebody like Jeff Johnson any inside information is absurd.

Lauren Lowe (02:59):

We just, we just, uh, we just feel like we're on the same page and want to keep it on the same page with you.

Agent Matt Bryant (03:05):

And, um, you know, as far as anybody alleging that tigers are sold or lions are sold by you, I told the attorneys other day, I said, you know, what, if Jeff sells them or Jeff's been selling Cubs or this that and

This transcript was exported on Jan 06, 2022 - view latest version here.

the other, I said, I don't believe it. I said, Jeff is way too knowledgeable about the law and about how this got Joe involved and about everything else. I said, Joe and Lauren wouldn't sell one. I don't believe.

Jeffrey Lowe (03:34):

Yeah. I mean, let me ask you for clarity though, on something. Um, if somebody, if somebody let's say that I have, and I didn't, I haven't done this, but let's say that my big two white lions, Scotty wants those. And I don't want to, I don't want, obviously I can sell them to me, Ken, what his breeders loan is that you specify that you're loaning it for two years, for three years. What is, how was that done?

Agent Matt Bryant (03:59):

You can loan them or transfer them all you want to

Jeffrey Lowe (04:03):

Now what happens to these companies that lease animals. If I leased it to him to put on display at a zoo, is that it's not selling, it's renting him. Is that legal?

Agent Matt Bryant (04:12):

That might be cutting hairs. I don't know.

Lauren Lowe (04:16):

Well, think about the pandas.

Jeffrey Lowe (04:18):

They always rent pandas from China. AZA zoos for a million bucks a year,

Lauren Lowe (04:30):

Because I do remember reading somewhere that it is it's legal to do so that you are allowed to rent and loan animals simply because they would be eventually returned to the original owner.

Agent Matt Bryant (04:44):

Hm. How can all right. From, uh, from my side of the fence, Joe does everything that he's been doing was selling tigers, except he writes the loan or lease on it, right

Jeffrey Lowe (04:59):

Then he's off. Yeah. I see what you're saying. That's what last night, when I last night, when I thought about the pandas, I'm thinking, how the hell do they rent, pandas that, you know, cause it's,

Agent Matt Bryant (05:10):

There has to be some type of certified lease contract that states on a certain day, we are paying them to use these animals in our facility. Um, the animals will be returned on a certain date and

Jeffrey Lowe (05:28):

Here's the return ticket or something like that.

This transcript was exported on Jan 06, 2022 - view latest version here.

Agent Matt Bryant (05:30):

Yeah. To prove that, look, this is no way a sale. This is us paying to use these animals at our facility.

Jeffrey Lowe (05:39):

One more question could, is it legal to, let's say the Scotty had a leopard that I wanted and I had a, a lion or tiger that he wanted. Can we trade animals?

Agent Matt Bryant (05:51):

Yeah. I would just, I would not use the word trade.

Jeffrey Lowe (05:56):

Donate to one and donate

Agent Matt Bryant (05:58):

To the other. I'm transferring an animal to him. He's transferring animal to me. No money is changing hands. Okay.

Lauren Lowe (06:04):

Okay. That's what we needed to know.

Jeffrey Lowe (06:06):

That's probably, cause I've got some that I just, he doesn't have anything I want right now, but I've got so many. And I,

Agent Matt Bryant (06:12):

But the law says this endangered species, which is all generic tigers, all lion species lemurs and everything else that you know is an endangered species. Right. They are prohibited from being bought, sold purchased, bartered,

Jeffrey Lowe (06:31):

Bartered, see isn't that trading bartering.

Lauren Lowe (06:33):

Isn't trading bartering

Agent Matt Bryant (06:34):

Trading bartering. It's another, it's another way

Jeffrey Lowe (06:38):

To donate and donate. And you got to

Agent Matt Bryant (06:40):

This transcript was exported on Jan 06, 2022 - view latest version here.

Right. So basically like barter is like, Hey, you've got a Ferrari, I've got a white lion. I'm gonna give you the white lion. So it's like, you're going to give me the Ferrari. That's a commercial transaction.

Lauren Lowe (06:58):
Okay.

Jeffrey Lowe (07:00):
Okay.

Agent Matt Bryant (07:00):
But the movement of animals between facilities, transferring animals, like I said, I wouldn't say Trey. I would say transfer. He's transferring an animal to me. I transfer an animal to him. It's no different than what you, Joe and Beth Corley have done about moving animals between your permit

Jeffrey Lowe (07:21):
Because here's, here's something that I I'll I'll make you aware of. It's no big deal. But the last week, the woman, um, that owns tiger Haven, Mary, Mary Lynn Haven, this really precious woman. She's just very sweet, old woman. She got 250 or 60 cats in, in Tennessee that she really doesn't. She doesn't breed. She doesn't, you know, she's, she's not open the public, but she was down at somebody's place in Miami. And she calls me and she says, Jeff, she says, I've got a deal for you. And I said, what? She goes, this guy just offered me a Jaguar and two lion cubs. He used them for playtime's down there. And I said, I said. That's that's awesome. She says, I don't want them because they're young cats. She says, do you want them? And I said, how much? And she says, he doesn't, he's not, he's going to give them to you. But he says in the future, he, he would, he would like a golden Tabby tiger. And I said, well, I can't promise that because I don't know when golden Tabby tigers are born. And I said on top of it, I don't think you can barter. So she says, no, he's just giving these two. He's given them to me and I'll give them to you. So I've got them in some day. He wants a white, I mean, someday he wants a golden Tabby tiger. So I'll just have to donate it to him whenever.

Agent Matt Bryant (08:36):
Yeah. I don't see a problem. The thing to watch for is when you're doing these deals, does this sound like somebody is gaining commercially or gaining monetarily from this transaction?

Jeffrey Lowe (08:55):
Okay.

Agent Matt Bryant (08:56):
So yes, if that's the deal and like when you asked her, and this is probably habit that you have of just being in the business for long, so long, but like when you asked this lady, how much does he want for them?

Jeffrey Lowe (09:09):
Right.

Agent Matt Bryant (09:11):

trim (Completed 11/23/21)
Transcript by Rev.com

Page 5 of 7

Exhibit 130

This transcript was exported on Jan 06, 2022 - view latest version here.

I, to get that, I would get that type of language out of my vocabulary. Because what you're saying there is, I am willing to think about conducting a commercial transaction.

Jeffrey Lowe (09:25):
Right.

Agent Matt Bryant (09:26):
When you say that, that's what I hear.

Jeffrey Lowe (09:28):
Right?

Agent Matt Bryant (09:28):
Right. So what you should say when somebody says that that they're available and you don't well, they're in dangerous spaces, there's no way that they can be bought or sold. Um, would he, would he be willing to transfer animals for this.

Jeffrey Lowe (09:46):
For, to donate it?

Lauren Lowe (09:48):
Cross Talk

Jeffrey Lowe (09:49):
that's what I said. I said, I said, well, you know, he can, I said, you know, he can't sell these. And, and she says, oh no, she goes, he's not wanting to sell them. He's willing to give them to you. But she says, if you can find him a golden Tabby tiger, he would sure. Certainly appreciate it or something to that nature. So he must know the vernacular too. He knows the vocabulary, but

Agent Matt Bryant (10:10):
Yeah. Transfer animals to USDA facility, to USDA facility, to transfer of animals straight up without any quid pro quos and money under the table. It's perfectly legal. But once there's adding stuff to there, or once, you know, there's a barter or something like that, if something for value, it becomes a commercial transaction. Okay. So my advice is stay away from that. Um, don't have anything to do with it and don't do anything that could be construed to look like a transplant commercial transaction.

Jeffrey Lowe (10:53):
Right. I got you. And did you see this morning that China reversed their policy for, they had banned medicinal, um, use of tigers and rhinos. They just lifted that ban. So it's sucks. Yeah.

Agent Matt Bryant (11:09):
Terrible, terrible. There's

Jeffrey Lowe (11:13):

This transcript was exported on Jan 06, 2022 - view latest version here.

The market. Yep. That's what they said that now people are going to be buying tigers and rhinos from, from private facilities and it's going to suck. Tigers are going to go. They're just going to oh, but what, what China's law says is it doesn't include animals in the wild only in captivity. So that means that there'll be tiger farms popping up all over China again.

Agent Matt Bryant (11:37):

And they've been doing that with their bears for a long time with the whole air bile deal. They've got these poor bears trapped in these cages with catheters, running into their gallbladders and pumping out the bile to fall that, to feel that bear gallbladder trade,

Jeffrey Lowe (11:54):

Ah. Do they not have a fish and wildlife in China?

Agent Matt Bryant (11:59):

They do.