



Exhibit 132



Guest: Steve Winter

Photograph © Steve Winter



USFW officer James Markley displays one of five tiger skulls he dug up at GW Exotic Animal Park in Wynnewood, Oklahoma. © Steve Winter for National Geographic, 2019

Host: Allan Weitz

Exhibit 132





Exhibit 132





Exhibit 132





Exhibit 132