This transcript was exported on Feb 09, 2022 - view latest version here.

Speaker 1:

Hello?

John Phillips:

Is Mr. Schreibvogel there?

Speaker 1:

One second, please. [inaudible 00:00:33]. Stay. Yarri? Here. Telephone.

Yarri Schreibvogel:

Who is it?

Speaker 1:

Where are you? Oh. You don't say anything that you know for fact that Carole killed her husband and stuff because you don't.

Yarri Schreibvogel:

I ain't saying anything about Carole's fucking husband.

Speaker 1:

Well, I'm just telling you, [inaudible 00:01:11].

Yarri Schreibvogel:

Hello?

John Phillips:

Hey, Yarri. John Phillips.

Yarri Schreibvogel:

Yeah.

John Phillips:

Pam told me to give you a call. I know the last thing you want to do is do Joe any favors, and y'all have a long, contentious relationship, but she also said you have information about the murder-for-hire stuff.

Yarri Schreibvogel:

Well, I don't understand why all this investigation, and all these bullshit [inaudible 00:01:42] lawyers, like his lawyer and stuff, ain't never talked to the right people.

John Phillips:

Right. Well, Team Tiger's completely separate from me. They kind of made a circus out of it. I'm as I call a real lawyer, and so I'm looking to talk to the right people.

This transcript was exported on Feb 09, 2022 - view latest version here.

Yarri Schreibvogel:

It's a goddamn circus, ain't it?

John Phillips:

It's beyond a circus. And I could understand how you'd be frustrated with it, but I'm trying to find the right people, and privately put together a case without all the clowns.

Yarri Schreibvogel:

Yeah. But we can talk all day. I mean, I don't know how to get where you can actually sit down and visit with me and get you down by facts and stuff.

John Phillips:

Yeah.

Yarri Schreibvogel:

I mean, it's a long damn way from Florida to here.

John Phillips:

That's all right. I need to go see Joe anyway, so it's... How far are y'all from Dallas? Like two, three hours?

Yarri Schreibvogel:

It's actually about four and a half hours from Dallas.

John Phillips:

What's the nearest-

Yarri Schreibvogel:

I'm straight north of Beaumont.

John Phillips:

What's the nearest-

Yarri Schreibvogel:

I'm straight north of Beaumont.

John Phillips:

What's the nearest airport? Oklahoma City?

Yarri Schreibvogel:

You going to drive to Dallas?

John Phillips:

This transcript was exported on Feb 09, 2022 - view latest version here.

No, I was going to fly to Dallas, but I might just fly to Oklahoma City and then... What's the nearest big airport?

Yarri Schreibvogel:

I'm closer if you fly to Houston.

John Phillips:

Okay.

Yarri Schreibvogel:

Houston or Shreveport. I mean, I'm two hours from Houston.

John Phillips:

Oh wow, it's close to Shreveport. Okay. Well let's just-

Yarri Schreibvogel:

Yeah, I'm two hours from Shreveport too.

John Phillips:

Let's do that because I'd rather sit down in person.

Yarri Schreibvogel:

Actually, Shreveport is safer. Yeah. If you can come into Shreveport because you can drive on the back roads back here and you ain't got no traffic. If you go to Houston, it's like you might get killed on the highway.

John Phillips:

Okay. Well, I don't want that.

Yarri Schreibvogel:

That's the worst town I ever seen for people dying on the highway.

John Phillips:

Is it the oil trucks? What's going on in Houston?

Yarri Schreibvogel:

No, it's just traffic.

John Phillips:

Yeah. Okay.

Yarri Schreibvogel:

Everybody drives 90 miles an hour. They don't care if you're in the damn way or not.

Exhibit 135

This transcript was exported on Feb 09, 2022 - view latest version here.

John Phillips:

Well, let me...

Yarri Schreibvogel:

We see... I had to take Wendy to the doctor down there about once every month, and we seen somebody down on the highway every time we went. It's like, "We're going to quit driving this damn road." No, as far as this shit with Joe.

John Phillips:

Yeah.

Yarri Schreibvogel:

I mean, all this was a bullshit setup. Howard was behind it from the day one.

John Phillips:

That's what I want to know.

Yarri Schreibvogel:

Because I knew it before Joe fucking done it.

John Phillips:

That-

Yarri Schreibvogel:

And Chealsi.

John Phillips:

Yep.

Yarri Schreibvogel:

Chealsi's the one that set his ass up. Shirley pried him into doing it because he didn't do shit without Shirley's permission. I hate to tell you. Shirley is a control freak, because you didn't do what Shirley wanted you to do, she didn't have nothing to do with you.

John Phillips:

Wow.

Yarri Schreibvogel:

And Chealsi, I mean, the day that he'd done it, we knew about it that morning that he was doing it. It's like... and then Howard kept telling me, he said, "I got somebody on the inside. I got somebody on the inside is how I... " I said, "How the fuck do you always know before we do in our goddamn family?"

John Phillips:

This transcript was exported on Feb 09, 2022 - view latest version here.

Right.

Yarri Schreibvogel:

He said, "Well, I got somebody on the inside." Well, I'm telling you, Jeff Lowe, I've been saying it since day one, Jeff Lowe is Howard's inside guy.

John Phillips:

Yeah.

Yarri Schreibvogel:

I mean you might not ever get the truth out of him, but I mean, that was all... Howard is a bigger crook than Joe is.

John Phillips:

Yeah.

Yarri Schreibvogel:

All they care about is fucking money.

John Phillips:

Well, I mean, they've done the domino effect to put themselves in control.

Yarri Schreibvogel:

Yeah.

John Phillips:

They've just taken down people one by one.

Yarri Schreibvogel:

No, they got the park. The park, actually, it was all of our inheritance that paid for all of that shit that Joe's elaborate 20 fucking years of partying and shit. I mean, we got a pretty good inheritance from my grandpa. He burned up all that money. He burned up everything my mom and dad had.

John Phillips:

Yeah.

Yarri Schreibvogel:

And then Howard it was like gets the park, and just like finishes us off, cuts our throats.

John Phillips:

God.

Yarri Schreibvogel:

Exhibit 135

This transcript was exported on Feb 09, 2022 - view latest version here.

I know more. I mean, I've been in it with Howard since day one. Howard better not fucking crawdad on me. And he just did by trying to get Joe out early because Joe's where he needs to be.

John Phillips:
Right.

Yarri Schreibvogel:
If Joe ain't in jail for killing the tigers and shit, he still need to been in there because he's screwed over a million people.

John Phillips:
Well, and that's separate. And it sounds like all that stuff might be coming too, Joe's way, but if he didn't do the murder-for-hire, he shouldn't be serving time for a murder-for-hire. That's a big deal.

Yarri Schreibvogel:
I'm telling you, Chealsi and Howard set that fucking up.

John Phillips:
Okay.

Yarri Schreibvogel:
Howard knew the contacts and Chealsi went... Chealsi was at the courthouse up there with Matt. Actually, I did a three-way hookup with the state's attorney and Federal Fish and Game, and who else was it? Federal Fish and Game, the state's attorney, and the FBI. I did a three-way hookup for like two hours one day with them, and that was before this happened.

John Phillips:
What do you mean before it happened?

Yarri Schreibvogel:
I did that when Joe... No, actually, it was after, the Matt guy, they did the three-way. Because the state's attorney, she was trying to get information on Joe more. And I told her, I said, "Lady," I said, "My mama's the one that gave him the fucking money to do it." I said, "Don't... My mom is just as guilty as Joe is." I said, "Joe, don't do shit without my mama's permission as far as that kind of shit." She said, "I ain't prosecuting a 84 or 85-year-old woman." She said, "I ain't spending the taxpayers' money to do it." Well, just lucky my mom died within a year. It's like, well, got one thing over with. But yeah, it's like, okay, Chealsi was up there at that FBI guy, whichever one's Matt.

John Phillips:
Yeah, Matt Bryant.

Yarri Schreibvogel:
Fish and Game or the FBI.

This transcript was exported on Feb 09, 2022 - view latest version here.

John Phillips:
Yeah, I think he's Fish and Game.

Yarri Schreibvogel:
She was at his place up there at the courthouse, or the state's office, she was up there every day before it happened and after it happened. So she was giving somebody something.

John Phillips:
Right.

Yarri Schreibvogel:
No, because she knew too much. She'd call us two and three times a day telling us what was going on.

John Phillips:
What do you have from Howard? Do you have a-

Yarri Schreibvogel:
No, it was a... He was just a dumb ass and fell for it because he had to always be famous, and he played right in her fucking hands.

John Phillips:
Yeah. I get that. Do you have messages from Howard, emails, recordings, any of that stuff?

Yarri Schreibvogel:
No, because I... Well, I mean, some just bullshit crap.

John Phillips:
Yeah.

Yarri Schreibvogel:
I don't really... We always talked one-on-one because I don't email or nothing.

John Phillips:
Okay.

Yarri Schreibvogel:
But no, I was saying from the start. He kept saying, "Well, I got an inside. I can't tell you who he is with the feds, and I can't tell you this." But he said, "I got it covered." It's like, well, all I cared about was getting Joe in jail back then.

John Phillips:
Well, you used the word setup. What do you mean?

This transcript was exported on Feb 09, 2022 - view latest version here.

Yarri Schreibvogel:

Well, I mean, I think my mom and Chealsi pushed him into it, and Jeff Lowe pushed him to it. And then Chealsi got up there, and Howard, they got up there and made it possible. Because who was second in line to collect all my mom's goddamn money and shit? It wasn't none of us. It was Chealsi.

John Phillips:

Yeah.

Yarri Schreibvogel:

She got the house. She got our mineral rights. She got the rest of our inheritance. Hey, we went to the courthouse trying to get an estate started for my mom, and the courthouse people wouldn't even talk to us.

John Phillips:

Did she have a power of attorney?

Yarri Schreibvogel:

She did 'til my mom died.

John Phillips:

Yeah.

Yarri Schreibvogel:

But as far going to the courthouse, it's like, "Them people can't do shit like that, can they?" They're just like, "No, there's no estate, and we can't talk to you, or we're not talking to you." I was like, "That's crazy."

John Phillips:

That is. Here was your mom-

Yarri Schreibvogel:

Because we were going to try and get her the estate because she had, money stashed everywhere. One crook to another crook in this deal.

John Phillips:

It just sounds like it's-

Yarri Schreibvogel:

That's why I live in east Texas away from everybody.

John Phillips:

I get it.

This transcript was exported on Feb 09, 2022 - view latest version here.

Yarri Schreibvogel:

Everybody says, "Well, what do you think about the Tiger King show?" It's like, "Dude, I haven't ever watched any of it." I mean, when you live 20 years of it, you don't want to see it anymore.

John Phillips:

Right. Right. Have you talked to Rebecca and the Tiger King crowd? Eric Goode?

Yarri Schreibvogel:

Do what?

John Phillips:

Did you talk to Rebecca and Eric Goode and all them?

Yarri Schreibvogel:

We did one interview from some people in London.

John Phillips:

Yeah. I saw that. That was... I forget that guy's name, but I saw that recently.

Yarri Schreibvogel:

I don't know. And he pissed me off anyway because he come right during hunting season, and I was actually hunting. It's like, "I ain't got time." First they said, "Well, we're not going to bring cameras," and then they get out and they got cameras. I was like, "Motherfucker, you done told me you would... I told you I wasn't doing shit on film."

John Phillips:

Yeah.

Yarri Schreibvogel:

But...

John Phillips:

All right, well, let me... I don't-

Yarri Schreibvogel:

I made them know what it meant to come through the front gate, didn't I?

John Phillips:

Yeah. And I want to make sure I'm safe and abiding by all the rules, and I know it's not-

Yarri Schreibvogel:

Well, it's been a... it's a clusterfuck.

Yari Recording (Completed  02/09/22)  
Transcript by Rev.com

Page 9 of 16

Exhibit 135

This transcript was exported on Feb 09, 2022 - view latest version here.

John Phillips:

Yeah.

Yarri Schreibvogel:

On all that shit, but I'm telling you, Howard's been behind it since day one. Howard... I've done a lot of shit with Howard.

John Phillips:

Yeah.

Yarri Schreibvogel:

As far as getting the land in Kansas over to Howard, and I thought Howard was going to be on my side, but Howard ain't. Howard's for just Howard.

John Phillips:

Howard's for Howard and Carol.

Yarri Schreibvogel:

Yeah.

John Phillips:

All right. Well let me try to figure out a time I can come see you. Is there any bad time?

Yarri Schreibvogel:

No, I ain't got nothing else to do.

John Phillips:

Okay.

Yarri Schreibvogel:

But rake pine needles.

John Phillips:

All right. We can even rake while we're doing it, but I want to talk to you for a little bit, and probably in the next week or so get out there.

Yarri Schreibvogel:

Yeah. My wife, she still might have a bunch of Chealsi's emails and shit for where Joe had got money. It's like we was getting a $12,500 rent check every six months from the farm in Kansas, and Joe was getting that money. Well, don't... That's like I tried to tell the state's attorney, I said, "Joe had $12,500 in his pocket the day he hired that fucking FBI guy." I said, "He could have paid him in cash. He had the cash." Shirley give him the cash. Because Chealsi fucking called us right now because Shirley gave that money to him instead of giving it to her because she was power our attorney. Anyway, it was a mess.

Exhibit 135

This transcript was exported on Feb 09, 2022 - view latest version here.

John Phillips:

Yeah. Well, I want to try to understand you.

Yarri Schreibvogel:

And I don't want to tell you nothing that ain't fucking true and nothing that's hearsay because it ain't going to help you none.

John Phillips:

No, it's it doesn't. And look, Joe will get what's coming to Joe, but everybody I've talked to, and even the people from James to Jeff Lowe, to Allen, everybody's saying in certain ways that the setup was bullshit, the murder-for-hire was bullshit, and the setup. And everybody seems to either feel bad, or want cameras, or want attention, or whatever. But Jeff's even saying he has recordings with Matt Bryant, but he wants to destroy them. Well, look, let's just put the cards on the table, they should have been there to begin with, and if Joe did other things and did wrong by other people, well, then let him pay for that.

Yarri Schreibvogel:

Matt, that Matt guy was a guy that did the murder-for-hire deal?

John Phillips:

Yeah.

Yarri Schreibvogel:

Yeah. That's who... Chealsi was screwing him before that.

John Phillips:

You mean actually-

Yarri Schreibvogel:

So that was a inside deal.

John Phillips:

You mean actually Chealsi was having sex with Matt Bryant? Is that what you're saying?

Yarri Schreibvogel:

Well, I mean, I'm not sure.

John Phillips:

Yeah.

Yarri Schreibvogel:

But why would she be up there at the courthouse every damn day?

John Phillips:

Yari Recording (Completed  02/09/22)
Transcript by Rev.com

Page 11 of 16

Exhibit 135

This transcript was exported on Feb 09, 2022 - view latest version here.

Seems strange.

Yarri Schreibvogel:

Because she knows the layout of every room, every building, the tunnels underneath of there going to the courthouse and shit. It's like they just don't show you that shit unless you're on the inside.

John Phillips:

Yeah. Okay. Well, let me-

Yarri Schreibvogel:

It takes a lot to put two and two together, and I'm kind of slow on shit because I really don't care no more, but no, all this crap is about done us in, all of us.

John Phillips:

Yeah.

Yarri Schreibvogel:

But I already told Howard, and I told all these reporter people, "Don't call me no more."

John Phillips:

Yeah.

Yarri Schreibvogel:

"I'm not telling you all nothing." Because it ain't doing no good.

John Phillips:

Right. Right. Well, let me call you-

Yarri Schreibvogel:

Back then they were trying to get me to say, "Well, what do you think about if Carol killed her husband or something?" I said, "I don't have no goddamn idea about that shit."

John Phillips:

Right. Right.

Yarri Schreibvogel:

I said, "But if you was going to grind him up, in 20 years," I said, "You ain't finding it. They've been fish food for a long damn time."

John Phillips:

Yeah. No, he's-

Yarri Schreibvogel:

This transcript was exported on Feb 09, 2022 - view latest version here.

I said, "I've done body recovery for 17 years with the ambulance, and if you grind somebody up down here, down here where I live, in one week you are gone." [crosstalk 00:16:56] animals.

John Phillips:

Yeah. Well, Florida has so many damn alligators and everything else. That guy's long gone.

Yarri Schreibvogel:

Yeah. No, I'm sure something happened that they know about, but they ain't going to tell you if there's money involved.

John Phillips:

Yeah, and I'm not even worried about that. I'm trying to figure out who set Joe up on the murder-for-hire really. I mean, it seems like he's got a pretty [crosstalk 00:17:26].

Yarri Schreibvogel:

I'm thinking, just my feelings, because Howard knew too much shit about it before it even happened. He would call and say, "Well, we got it set up. We got it set up. Just give it time. Give it time." It's like, "Okay."

John Phillips:

Okay.

Yarri Schreibvogel:

We didn't care about it. I ain't talked to Joe in 20 years, and I told him, I said, this is the way I said it, I said, "The next time me and him meet face-to-face," I said, "One of us ain't walking away," because of what he's put us through for 20 fucking years.

John Phillips:

Yeah.

Yarri Schreibvogel:

I mean, I can't even go to Mexico. I went to Mexico fishing one time, and I wrote my name down at the motel, and them goddamn people knew me. I was like, that's crazy.

John Phillips:

Oh, Shcreibvogel? Yeah.

Yarri Schreibvogel:

You can't get away from that shit.

John Phillips:

Yeah.

Yarri Schreibvogel:

Exhibit 135

This transcript was exported on Feb 09, 2022 - view latest version here.

Yeah, you can't get away from that. And I don't even drink. But yeah, if you can find Shreveport.

John Phillips:

Okay.

Yarri Schreibvogel:

And it's just like straight down 96 from Shreveport to my house, and then from here, it's four and a half hours to Dallas.

John Phillips:

Okay. Well, let me see when I can... I got three boys. I just got to make sure my wife will take care of them, but I'm planning on trying to get to you in the next week if that's okay.

Yarri Schreibvogel:

Yeah, I'll be here.

John Phillips:

Okay.

Yarri Schreibvogel:

I mean, I don't work for nobody no more. I just do my own thing and stay behind down here on 20 acres, feed my deer.

John Phillips:

There you go. All right.

Yarri Schreibvogel:

Okay.

John Phillips:

All right, sir. I'll be in touch soon.

Yarri Schreibvogel:

Thank you, sir.

John Phillips:

Thank you.

Yarri Schreibvogel:

You got my address?

John Phillips:

What's your address?

This transcript was exported on Feb 09, 2022 - view latest version here.

Yarri Schreibvogel:

Okay, it's 1924 County Road 222, and it's in Brookeland, Texas.

John Phillips:

Okay.

Yarri Schreibvogel:

And it's 75931.

John Phillips:

All right, I'll let you know when I'm coming. Thank you so much. Are you there? Can you hear me, Mr. Schreibvogel?

Yarri Schreibvogel:

Are you the guy that met with Joe's lawyers there on that one show for Carol?

John Phillips:

Met with Joe's lawyers...

Yarri Schreibvogel:

Hang on, I'm losing you. We get no signal down here at this place.

John Phillips:

I'm John Phillips. I'm his main, new lawyer.

Yarri Schreibvogel:

Okay.

John Phillips:

I'm not any of those Tiger King, Fran, Eric Love, I'm not those guys.

Yarri Schreibvogel:

Yeah. That's kind of... That was a damn party.

John Phillips:

It seems like it.

Yarri Schreibvogel:

Okay. I'll dig out what we got, what we can find, and what we can dig up on emails and all that shit.

John Phillips:

[inaudible 00:20:45].

This transcript was exported on Feb 09, 2022 - view latest version here.

Yarri Schreibvogel:
Before you get here.

John Phillips:
Okay.

Yarri Schreibvogel:
[crosstalk 00:20:49].

John Phillips:
I'll let you know either today or tomorrow when I'm coming.

Yarri Schreibvogel:
Okay. Thank you.

John Phillips:
All right, thanks. Bye-bye.