| 7200 | +14052074362 | * Jeff Lowe New | 18:17:09 (GMT-6) | | Sent | Sent | Phone | Outgoing | I'm in love |
|---|---|---|---|---|---|---|---|---|---|
| 7201 | +14052074362 | * Jeff Lowe New | 28/11/2017 18:29:19 (GMT-6) | +19703769769 | Read | Inbox | Phone | Incoming | thats awesome. Baby steps big brother, baby steps. lol |
| 7202 | +14052074362 | * Jeff Lowe New | 28/11/2017 18:30:10 (GMT-6) | | Sent | Sent | Phone | Outgoing | Lol |
| 7203 | +14052074362 | * Jeff Lowe New | 28/11/2017 18:30:23 (GMT-6) | +19703769769 | Read | Inbox | Phone | Incoming | Hey, that package arrived today. I had a Peta summons to produce evidence re:Tim Stark. I've never spoken to him. Did you reply? |
| 7204 | +14052074362 | * Jeff Lowe New | 28/11/2017 18:30:43 (GMT-6) | +19703769769 | Read | Inbox | Phone | Incoming | this said I was supposed to respond by NOV 20 |
| 7205 | +14052074362 | * Jeff Lowe New | 28/11/2017 18:32:39 (GMT-6) | | Sent | Sent | Phone | Outgoing | I will call Brittney |
| 7206 | +14052074362 | * Jeff Lowe New | 28/11/2017 18:33:53 (GMT-6) | +19703769769 | Read | Inbox | Phone | Incoming | peta knows my address in vegas. Wonder why they sent it to the park |
| 7207 | +14052074362 | * Jeff Lowe New | 28/11/2017 18:34:29 (GMT-6) | +19703769769 | Read | Inbox | Phone | Incoming | it came in a certified envelope, so someone there must have signed for it |
| 7208 | +12022514995 | * Brittany Peta | 28/11/2017 20:46:00 (GMT-6) | | Sent | Sent | Phone | Outgoing | Can you talk |
| 7209 | +12022514995 | * Brittany Peta | 28/11/2017 20:47:19 (GMT-6) | +19703769769 | Read | Inbox | Phone | Incoming | Sure |
| 7210 | +14053318039 | * Mom Sheryl Travis | 29/11/2017 06:50:20 (GMT-6) | +19703769769 | Read | Inbox | Phone | Incoming | Good Morning Joe, I am having to work later this morning. It may be 9 or 9:30 before I can be there. Just wanted to let you know. Luv n Hugs, Cheryl Ann |
| 7211 | +19034878753 | * Gary D | 29/11/2017 06:55:10 (GMT-6) | +19703769769 | Read | Inbox | Phone | Incoming | Morning boss |
| 7212 | +14053318039 | * Mom Sheryl Travis | 29/11/2017 06:55:36 (GMT-6) | | Sent | Sent | Phone | Outgoing | Ok |
| 7213 | +19034878753 | * Gary D | 29/11/2017 06:55:54 (GMT-6) | | Sent | Sent | Phone | Outgoing | Morning doing this film |
| 7214 | +14058819711 | * nurse tiger | 29/11/2017 09:28:28 (GMT-6) | +19703769769 | Read | Inbox | Phone | Incoming | Hey there. How r you? This is Elizabeth from Safari Dental. What ideas do you have for a holiday meal? I saw you did one for Thanksgiving. I know a lot goes into that but you made it look easy lol. We are up for something but don't have a building, our office is small. Are you wanting Midwest City area? |
| 7215 | +14058819711 | * nurse tiger | 29/11/2017 09:30:02 (GMT-6) | | Sent | Sent | Phone | Outgoing | Where ever we can help the most people |
| 7216 | +14058819711 | * nurse tiger | 29/11/2017 09:38:46 (GMT-6) | +19703769769 | Read | Inbox | Phone | Incoming | Working on it |
| 7217 | +12089655077 | * Lawyers Kip | 29/11/2017 09:44:10 (GMT-6) | +19703769769 | Read | Inbox | Phone | Incoming | the Attorney who is willing to talk to John and Gary needs to hear from them today. They have not reached out to him yet |
| 7218 | +12089655077 | * Lawyers Kip | 29/11/2017 09:44:38 (GMT-6) | +19703769769 | Read | Inbox | Phone | Incoming | I sent you an email where the attorney has his contact info. Let me know if I need to resend |
| 7219 | +19034878753 | * Gary D | 29/11/2017 10:30:39 (GMT-6) | | Sent | Sent | Phone | Outgoing | Call this lawyer asap |
| | | | 29/11/2017 | | | | | | |