This transcript was exported on Aug 05, 2021 - view latest version here.

Matt Bryant (00:00):

But no don't read into all that crap. There's nothing. Mark's deal was his boss' just wanted to know, the city council just wanted to know, what his status was. He had a subpoena and Jeff and I talked last night and Jeff may still get one, but they're waiting to see this kind of a chess game. They're just waiting to see what the defense does, Jeff and I talked that out for quite a while last night, so y'all are in good shape.

Lauren Lowe (00:24):

Okay. I was, just because I know Jeff [crosstalk 00:00:28],

Matt Bryant (00:27):

Yeah.

Lauren Lowe (00:27):

Jeff's been doing everything, [crosstalk 00:00:29] to be right.

Matt Bryant (00:31):

Yeah. Jeff's fine.

Matt Bryant (00:31):

Yeah. Don't freak out because there's, y'all are in good shape.

Lauren Lowe (00:39):

Okay.

Matt Bryant (00:42):

Yeah. Mark's deal didn't have anything to do with y'all. I thought Jeff and I had a real good conversation yesterday and he kind of understood where we were. And he even said that, you know what the prosecution was doing, waiting on the defense and stuff made sense.

Matt Bryant (00:58):

So.

Lauren Lowe (01:00):

Yeah.

Matt Bryant (01:00):

That's kind of where we are Mark's deal was just something totally different. They just want to make sure they understood where Mark was at as far as the case goes.

Lauren Lowe (01:12):

Yeah. I mean Jeff told me about the talk and all, it just still freaks me out and stuff. I'm just concerned for everybody, this is all Joe's doing and Joe's trying to hurt everybody and it's just causing so much. [crosstalk 00:01:30] stress and anxiety and.

Exhibit 137

This transcript was exported on Aug 05, 2021 - view latest version here.

Matt Bryant (01:31):

Yeah.

Matt Bryant (01:32):

Well, let it go. Let it go because that deal yesterday. It all worked out. We had that good talk last night. So Jeff knows. So don't read into anything if you didn't hear it from me, it ain't right so.

Lauren Lowe (01:52):

Okay. Thank you.

Matt Bryant (01:53):

Alrighty.

Lauren Lowe (01:53):

Thank you.

Matt Bryant (01:55):

You bet. Take a deep breath. We'll all get through it.

Lauren Lowe (02:00):

All right. Thank you very much.

Matt Bryant (02:01):

You betcha.

Lauren Lowe (02:04):

Bye Matt.

Matt Bryant (02:04):

Bye bye.

2018-12-05 - Matt saying no charges for Jeff (Completed  08/04/21)
Transcript by Rev.com
Page 2 of 2

Exhibit 137