iMessage
11/24/18, 9:26 AM



USZA Newsletter Nov 2018.doc

Joe sent out a USZA news letter to old members and the USZA is under investigation of the IRS

11/24/18, 1:26 PM

Very nice. Happy belated Thanksgiving!

Happy thanksgiving to y'all too :)
Jeff said call him when you get a chance

Will do!

Thank you!

12/4/18, 5:56 PM

How much longer?

12/5/18, 8:06 PM

Can you call me please

2/20/19, 9:03 AM

Hey just so you know I'm heading to a dr appt this morning and will be back at the park around 10

And Allen leaves for trail today at 1

3/24/19, 8:59 PM



Exhibit 138



Look what I found on Instagram.. Ashley Webster and Joe talking right before he got arrested.
_.beast.master._
This was all on joes IG page.

Exhibit 138

Page 2 of 14

3/24/19, 10:30 PM





Exhibit 138







Exhibit 138

Page 4 of 14





Exhibit 138





> Look what we found in our folders! Ashley Webster.. she only worked for us for 1 week!! What a liar!!
> She even signed a form that said no pats allowed.

> And no health issues.

Text message
3/25/19, 10:32 AM

> OH MY GOD!!! ALLEN HAD SEX WITH ASHLEY WEBSTER!!! SHE LIVED IN HIS TRAILER!!!

iMessage
3/25/19, 1:40 PM

Thank you for the info. Please, no more texting. Ask for a call or meeting and we can discuss.

3/26/19, 7:04 PM

> I need you to call me ASAP

3/27/19, 9:50 PM



James Markley.vcf

Exhibit 138

> Got it thanks

3/28/19, 7:24 PM

> Call me

Meeting. Give me a few

> Okay

4/2/19, 4:41 PM

In meetings. Call later

> 10-4

4/2/19, 7:41 PM

> Are you able to talk?

4/6/19, 10:26 AM



7/5/19, 6:52 PM

> Hey, joe has a phone in jail.

7/5/19, 10:16 PM

Lol ... that won't be good for him!! He can't be quiet. I'll check on it

> Thank you! Btw, I got a phone call today from our neighbor asking if we had a cougar loose... we said no why?
> They replied saying "because I'm looking at one on the River with a cub in its mouth"
> Haha so there is a cougar mommy close by.

Exhibit 138

7/13/19, 1:07 PM



I seriously can't help but be entertained by this mess

7/13/19, 7:33 PM

So crazy

7/16/19, 3:15 PM



Exhibit 138
Page 8 of 14



Exhibit 138
Page 9 of 14



7/22/19, 5:54 PM

Any idea when Joes sentencing will be?

30-60 days I would think

We thought end of July would have been 90 days..

Yeah, I was hoping the same thing. Shouldn't be much longer

Crossing fingers. Did you see he threatened Jeff in one of his post?

I don't doubt it. Joe has never been good about being quiet

No he definitely is not.

Text message
7/26/19, 9:54 PM

Hey! Have you retired yet?

iMessage
7/29/19, 10:51 AM

Lol, nothing has changed with the status of my occupation. Everything is the same.

8/4/19, 10:45 PM



Exhibit 138

> This dumbass just admitted to 2 more felonies and stealing two cats from us we didn't know about. This should be enough to even charge Greg woody. And now I know where our cats went ...
>
> sorry it's a late text

8/22/19, 5:36 PM

Sorry missed your call. In a meeting

> Okay, call me afterwards

8/22/19, 8:44 PM



> Looks like y'all have a tiger problem in Las Vegas again lol And it's not us!

8/29/19, 3:22 PM

In training class. Call ya back in a few

> Okay.

10/4/19, 7:06 PM



Exhibit 138

Page 11 of 14



10/5/19, 12:26 AM



> Matt... I can't promise anything but if I ever run into this dumb fuck.. it's on!!

10/5/19, 11:07 AM

Pure ignorance

Text message
11/15/19, 2:55 PM

> Hey, do you know anything about department of agriculture calling Nevada for public records on animals being transported? Not exactly sure what it's about but I received the message from the staff

> Never mind, found out it is peta snooping for info

iMessage
11/15/19, 6:29 PM



11/16/19, 10:49 AM

> https://youtu.be/IHM-xygZn00

11/26/19, 5:00 PM

> Hey give me a call when have a sec

12/14/19, 12:34 PM



Exhibit 138

> Hey! Hope you've been doing well. Check out our mommy with her cubs

12/16/19, 10:52 AM

Very cool!

1/24/20, 5:04 PM

> Hey, I need to call you in a few mins. It's important.

I'm available

5/7/20, 7:15 PM

> Do you mind giving me a quick call

5/7/20, 11:55 PM

Just got this. Call ya in the morning

5/8/20, 3:35 PM

At dentist

> Yeah... I just got a very interesting latter in the mail..

5/10/20, 7:08 PM

> Can you give Jeff a call when you have a min

5/11/20, 2:05 PM

I got busy this morning but will call Jeff soon

> Okay thank you

5/13/20, 11:18 AM

> Hey, are we entitled to any of the evidence that you gave you for joes trail. Only one thing we'd like back which is the dvd of Joe reink and finlay at BCR. That was our only copy.

I will return anything that was provided to me. But I can only return it after the appeal.

> Okay thank you

7/30/20, 12:57 PM

> 'Tiger King' Zookeeper Erik Cowie Gets New Teeth

> http://www.tmz.com/2020/07/30/tiger-king-zookeeper-erik-cowie-new-teeth

Very cool thing y'all did!

> He's so happy!!

Exhibit 138

Page 13 of 14

8/17/20, 3:07 PM

> Hey, I don't know if you have heard yet or not but I know we told you a while ago we heard that Paul Malgerio was selling tiger cubs.
> Well, some girl privately messaged me online saying that someone she knows "Trish Meyer" is selling tiger cubs down in Houston and she sent me a screenshot of a post paul malgerio being down there with Trish.
> The girl told me Trish is trying to sell tiger cubs and have them down at her home. Trish apparently tried asking this girl if she wanted to buy a tiger cub. Not sure if you're interested but I can pass along the girls information to you.

12/29/20, 6:27 PM

> Do you mind giving me a call when you have a min :)

1/8/21, 3:33 PM

> Have you been told not talk to us anymore?

Read 1/8/21

Exhibit 138