3/24/19, 10:30 PM







Exhibit 139

Page 3 of 14

Messages - Matt Bryant - Wildlife 🦆







Exhibit 139

Page 4 of 14







Exhibit 139

Page 5 of 14





> Look what we found in our folders! Ashley Webster.. she only worked for us for 1 week!! What a liar!!
> She even signed a form that said no pats allowed.

> And no health issues.

Text message
3/25/19, 10:32 AM

> OH MY GOD!!! ALLEN HAD SEX WITH ASHLEY WEBSTER!!! SHE LIVED IN HIS TRAILER!!!

iMessage
3/25/19, 1:40 PM

> Thank you for the info. Please, no more texting. Ask for a call or meeting and we can discuss.

3/26/19, 7:04 PM

> I need you to call me ASAP

3/27/19, 9:50 PM



James Markley.vcf

Exhibit 139