From: <tigerfriends@tigerhaven.org>
Date: Monday, November 22, 2021 at 4:04 PM
To: 'John Phillips' <jmp@floridajustice.com>
Subject: RE: Sampson / Samson

I spoke to our attorney's office and Doug Drinnon is in California for the holiday. He will be back next week and I will call him and put you in touch to discuss the necropsy. Do you want me to refund the adoption for Samson?

I attached 2 pictures of Samson the day they arrived at Tiger Haven (Feb 29, 2020) and one of him in his yard. (May 2020). The face shots will be helpful for identification. I could probably put you in touch with 1 or possibly 2 former keepers from Wynnewood that I think would be able to identify him. He was declawed.

Let me know if you would like to stop by sometime. We are proud of Tiger Haven and thin the cats enjoy their lives here. Would be curious where we are on the Carole list.....

Mary Lynn

Exhibit 140





**Samson 2**

### PLEASE ADOPT ME !

We depend upon the kindness and generosity of concerned individuals such as yourself to keep the cats healthy, comfortable and well fed. By giving a donation to help sponsor a rescued Great Cat for one year, you are helping to provide for the special care these special cats need.

The adoption fee is **$53** for one year. At the end of the year you may choose to continue the adoption of your special cat, or adopt another cat who needs your help, and increase the size of your "pride".

You will receive in your adoption package:

- Personalized certificate of adoption.
- 8 x 10 color photo of your adopted cat.
- Biography of your adopted cat.

[ Click here to Adopt Samson 2 ]

[ - Go Back - ]

Copyright © 2006, Tiger Haven, Inc., All Rights Reserved. Direct inquiries to IndiaB@tigerhaven.org
This site designed and maintained by AIMS Computer Systems.

Exhibit 140