

**Chelsea**

iMessage
Wed, Aug 8, 8:40 AM



**U.S. Fish & Wildlife Service**

**Matthew Bryant**
Special Agent
Office of Law Enforcement
Department of the Interior
2700 Coltrane Place, Ste #4
Edmond, OK 73034

405/715 0617
405/715 0347 Fax
405/615 2833 Cell
matthew_bryant@fws.gov

Hey Travis, this is Matt with FWS. Just sharing my info.

Thanks

Exhibit 442 13238



Chelsea

Fri, Aug 10, 6:44 AM

I hope you didn't take off work. I had tribal issue develop last night that I must address today

Fri, Aug 10, 7:15 PM



iMessage

Exhibit 42  A542013239



Chelsea



Exhibit 142
AS-013240

Case 5:18-cr-00227-SLP   Document 22-10   Filed 04/01/22   Page 4 of 45



Chelsea



It's fine.  I guess Joe felt the need to park his Gator 911 trailer behind our shop and looks like he had a small fire burning papers out in the front.  And that's where he stored all the park info was in our shop.  And we don't even want him around our property.  Oh and he spray painted all the windows black

iMessage

Exhibit 42

Case 5:18-cr-00227-SLP   Document 232-1   Filed 04/01/22   Page 5 of 45



Chelsea

These were just taken about 45 minutes ago

Sat, Aug 11, 9:01 AM

Interesting. I wonder What heather hintz thinks about this

Sent as Text Message

Not sure but she has everything  now

Ok. I'll be chatting with her next week

Mon, Aug 20, 11:50 AM

Heard Finlay and his girlfriend Jonnie are living at Shirley's ...??

That's false

Good to hear.

iMessage

Exhibit 42   AG-013242



Case 5:18-cr-00227-SLP   Document 232-10   Filed 04/01/22   Page 6 of 45



Chelsea



I was up there mowing my property and john was moving a bed into a spare room and we seen amber sitting in the church parking lot taking pictures

Lol. What a mess. I don't know what all is going on but it is a mess

I was up there this weekend cleaning up around the place because we got that lawsuit dropped but no I will make sure he doesn't live there that belongs to my wife and I.



New search   Modify search   (5) Results

**Case Information**

SCHREIBVOGEL, FRANCIS B vs.
PUTMAN, CHEALSI N

Case Identifier   Garvin OK — CJ-2018-00001  Monitor this case
Type of Case   Civil Cases in which the relief sought exceeds $10,000
Date Filed   01/05/2018
Amount Owed   $0.00 (as of 08/20/2018 09:46am)

**Offense or Cause**

FRAUD

DISMISSED

**Parties Involved**

Pintf Atty.   RENNIE, ROBERT T JR of Pauls Valley OK

Oklahoma Public

     

iMessage

Exhibit 142   A44   013243



Chelsea



**Parties Involved**

| | | |
|---|---|---|
| Pintf Atty. | RENNIE, ROBERT T JR of Pauls Valley OK | |
| Attorney | GILMARTIN, JAMES R of Ardmore OK | |
| Judge | EDWARDS, LEAH of Pauls Valley OK | |
| Plaintiff | SCHREIBVOGEL, FRANCIS B | Monitor this person |
| Defendant | PUTMAN, CHEALSI N of Pauls Valley OK | Monitor this person |
| Plaintiff | SCHREIBVOGEL, SHIRLEY M | Monitor this person |
| Defendant | PUTMAN, TRAVIS of Pauls Valley OK | Monitor this person |

**Case entries**

| Date | Description | Amount |
|---|---|---|
| 01/05/2018 | PETITION | $163.00 |
| | LAW LIBRARY ASSESSMENT | $6.00 |
| | DISPUTE MEDIATION ASSESSMENT | $7.00 |
| | Oklahoma Court Information System Fee - Effective 07/01/04 | $25.00 |
| | LENGTHY TRIAL FUND | $10.00 |
| | OK COURT APPOINTED SPECIAL ADVOCATES | $5.00 |
| | 10% OF CASA TO COURT CLERK REVOLVING FUND | $0.50 |
| | OK COUNCIL ON JUDICIAL COMPLAINTS REVOLVING | $1.55 |

> Good. I don't trust Finlay at all

He talks to joe

> He does whatever Joe wants. They are very close right now

I was just up there taking care of my property and trying to get my shop cleared out its full of joe and johns shit

iMessage

Exhibit 142
ALN013244



Chelsea

> Any records/computers?

While in the mean time I'm renting a 100$ storage building in wynnewood for our stuff. Can't even utilize my own shop

When can you meet up

> Soon I hope. Just so busy. I'm the only agent in the state

Ok just let us know we have stuff that will help

John and his girlfriend stayed two nights at Shirley's this weekend

> Ok. Wonder why?

Caretaker took weekend off

~~But my wife went there today~~

iMessage

Exhibit A42  13245

Case 5:18-cr-00227-SLP Document 232-10 Filed 04/01/22 Page 9 of 45



Chelsea

But my wife went there today and made them leave

Good!

We are trying to keep them gone

Good idea

Have lots of info

I guess joe told jeff Lowe I stole a tool box out of my shop that was jeffs which is false joe probably sold it. But if jeff has anything in there I will let him in there to get it out I can get a opener. They changed the opener about 9 months ago and had new ones made

Without our permission. They

iMessage

Exhibit 42 013246



Chelsea

Without our permission. They just take things upon themselves and do as they please

Thu, Aug 23, 5:31 PM

Joe is living in Florida

And my wife and I can't give you anymore info until we at least get to meet you in person. Thanks sir

Understand my friend. Soon, dang I am covered up! Want to meet for lunch tomorrow?

Right now I'm working 6 days a week I'm off on Sunday's. I got that shop opener

Lots of pics also

iMessage

Exhibit 42    A542 013247



Chelsea

Hiding stuff down in the basement as well

Actually it's just a very large storm shelter in the garage

Ok. Cool. Computers?

Yes

Easiest times for me to meet are Friday afternoons and Mondays. Does he have legal authority to use your shed?

Absolutely not

Just his mothers permission and she doesn't own the property

Okay. Let me think about the legality of this ... got to do it right

iMessage

Exhibit 142  US-013248



Chelsea

right

My wife and I own it and have for about 2 years

Okay. I'm gonna talk to US attorney in the morning.

You are welcome to come look anytime.   My wife and I are the owners

Ok. Maybe I could meet Chelsea Friday and let you at least know I'm who I say I am.

They sold all of the magic props about two weeks ago john finlay did and moved everything from hoes house in our shop and there is a filing cabinet full of papers

iMessage

Exhibit 42    AT&T 013249

**Chelsea**

You should change the locks on your property if unwanted people are trespassing

I will be with my wife because john and his girlfriend are getting a little bit lippy

I'm fixing to leave springer and head up there to change them

And have shirley sign a rental contract but she can not hand keys out and certain people are not allowed there and the shop is not included.

We have a shit ton of stuff to tell you

And I put out private property no trespassing signs and they ripped them down I found them in the ditch the other day

iMessage



Chelsea

Fri, Aug 24, 8:45 AM

Any chance I can meet with both of you, or Chelsea if you are working, for lunch?

Fri, Aug 24, 10:01 AM

I'll probably be around paulsvalley today I took off work to install new locks and security cameras on my house and shop. If you get down this way holler

Meet ya in PV <u>at noon</u>. You have favorite restaurant?

Punkin's or that Mexican place near Walmart?? ... braums is also decent

Figured we didn't have to go into all the information today

iMessage

Exhibit 42

AS-A-2013251

C

Chelsea

we could just meet and get to know each other

Punkins is fine and our shop is about 3-5 miles from there so if need be we can swing by

My eta is 11:45

Ok we will be up there at 12

10-4

To the left and in the back. Blue shirt and grey cap

Ok I got to Davis and had to turn around I left my phone at the house so I'm leaving again be there in about 20 or so

Mon, Aug 27, 6:19 PM

iMessage

Exhibit 42
AS-213252



**Chelsea**

Mon, Aug 27, 6:19 PM

So some attorney called Shirley's caretaker today and supposedly told her Jeff is giving up and he can't feed joes animals so he is gonna let them have the park back
That's what joe had Shelly the caretaker tell his mom. They were suppose to ask Jeff Lowe if john finlay and john rinkie could come on the park to get all of joes animals that are left. They think they are getting the park back

Lol. Yeah. Heard about that. Jeff told Joe to come get his stuff but to bring a check to cover feed bill since he just left them without anything.
Sounds like another civil case to me ...

iMessage

Exhibit 142    AL-013253

C

Chelsea

They are wanting them so they can relocate them so I hear which means sell them

Prolly so! Doubt the want them just to have expense of taking care of them

I sure hope jeff isn't gonna be friends with joe. Because they think they are getting everything back and they are fixing to have the park back

Can't see that happening

I hope like hell it don't happen

So if jeff leaves can they go back on that park?

It would be in bankruptcy. Joe does not own it. Don't see how

iMessage

Exhibit 142 JEF-APA-013254

11:54 AM

**Chelsea**

he could ever get access without buying it back

I just wish the worst for joe

Wed, Aug 29, 10:55 AM

Do we know, with some surety, where Joe is right now?

Sent as Text Message

Let me get you the address

(404)331-0497 is his number for sure if you can ping his cell or when we get back to the house I'll go in the office and get the address it's wrote down

Thank you. Give me address when you can please. Thank you.

Wed, Aug 29, 1:46 PM

iMessage

Exhibit 142 AS-213255

**11:54 AM**



Chelsea

I have the Navarre address but I thought that was apartment he was refused

Not real sure I'll do some checking

We almost had the paperwork and the caretaker walked in we will be back in a bit we will get it.  And I had our garage doors reprogrammed

And john finlay and johnnie told Shirley they got into the shop lastnight to destroy paperwork of joes that he didn't want anyone to get to

The sheriff said they are after joes ass and they called me and I'm trying to call them back

iMessage

Exhibit 142



Chelsea

and I'm trying to call them back they needed some info about some stuff they had on joe

Tue, Sep 4, 9:11 AM

(405) 207-6362 joes other cell number. The other one is a burner phone

Thank you

You bet

Another thing. My wife has poa over her grandparents and she was writing out bills a couple days ago since the caregiver quit and joe and Dillon have been running the tolls down in Houston Texas so since the trucks are in Shirley's name or at least the blue one joe drives she has been paying over 40$

iMessage

Exhibit 42   AS-013257



Chelsea

every time they run the toll and she said she has paid them multiple times because they send her a ticket in the mail. So we are thinking he may be around the Houston area

Tue, Sep 4, 12:17 PM

Just got word joe is in Boston living with Anne Patrick the one who had that safari bar and grill or at least the liquor license in her name and that's on odcr where she applied for the liquor license and got it.   But since then it's been shut down and someone else has bought it

Ok. Thanks!

And she lives off of government assistance in a government paid for apartment

iMessage

Exhibit 42                013258

11:55 AM

C

Chelsea

because she is supposedly disabled. But we were cashing a check and my wife asked her grandma where is joe staying and she said Boston with Anne and then said well I don't know

Tue, Sep 4, 3:14 PM

Wish we could get him back to OK or new he was coming back at a certain time

Sent as Text Message

We can get him back if it's a guaranteed arrest

I'll call in a bit to discuss

Ok

Text Message

Going to 1st floor

iMessage

Exhibit 42



Chelsea

iMessage
Tue, Sep 4, 5:56 PM

From Jeff:

Did I tell you that Yarri (Joe's estranged brother) sent me a message saying to carry a weapon because Joe has told "someone " in the family that he's ending it all, right where it began and he's taking us with him. It makes me think he's close by

What do you think?

That fag is so weak he probably couldn't pull the trigger and no I don't think he's close by

But yes my wife said she heard him say that

iMessage

**C**

Chelsea

> When was last time y'all are aware he was in OK?

> Is Pam youngest sister?

First of August I guess

Yeah Pam is. She is a no good shit starting back stabbing pos

I hope your not talking to Pam??

> No way! Just heard she can't be trusted

Hell no do not trust her as far as you can throw her and that not very far I promise she's a big en

So some guy name eric goode suppose to meet us in the

iMessage

C

Chelsea

morning for interview over a documentary he's doing over joe and how bad he is. Does that sound legit

I don't trust it. Have him present other documented bodies of work he has done... My gut says it's a fishing trip to see how much people know. Do not tell him anything about our meeting or anything that you have learned from me

well as the creator of the nightclub Area and B Bar New York City, and most recently of the Bowery Hotel.

**Eric Goode**



iMessage

Exhibit 442
AR_013262

 


C

Chelsea

well as the creator of the nightclub Area and B Bar New York City, and most recently of the Bowery Hotel.

Eric Goode



I won't meet with him then

I don't trust anything at this stage

I don't either

Jeff Johnson messed me and

  

**Chelsea**

Jeff Johnson messed me and said that guy paid really good so he met with him

Messaged*

> We are too close to get snookered

> Too much to lose. Tell him you will talk to him in a few weeks but not right now... He should not be in a rush or have a deadline to do this type of story.

*Sent as Text Message*

He said several hundred of dollars and it's mostly just ex employees of joes or the zoos

And ok I'll tell him I won't be there

Exhibit 42    FBI_042_013264



## Chelsea

(917) 679-3482

New York, NY

message    call    FaceTime    mail

**Today**

| 4:55 PM | **Outgoing Call** | 1 minute |
| 4:48 PM | **Incoming Call** | 2 minutes |
| 4:35 PM | **Outgoing Call** | 31 seconds |
| 3:47 PM | **Incoming Call** | 1 minute |
| 2:48 PM | **Incoming Call** | 5 minutes |

Share Contact

Share My Location

Create New Contact

Whose number and I assume that is Shirley's phone?

Sent as Text Message

Text Message

Call me when free please

iMessage

Exhibit 142 US-013265

C

**Chelsea**

iMessage

That was the guys number that wanted to do the interview

Shirley has a burner phone joe is so cheap he can't even buy his mom a regular phone but can buy himself a burner phone and a regular at&t phone and make Shirley pay for it

Oh ... I'm tracking now. Call when you can

Ok just finishing up fire department meeting

Wed, Sep 5, 11:39 AM

(404)331-0497 is his number for sure if you can ping his cell or when we get back to the house I'll go in the office and

iMessage

Exhibit 142 AS42013266



Chelsea

or when we get back to the house I'll go in the office and get the address it's wrote down

You sent the previous message before but the number is not valid. Is it supposed to be 405?

Need this pretty quick. I know you are working but maybe Chelsea can help me research. Got her number?

Wed, Sep 5, 12:51 PM

You available??

Just a few seconds

(405)

And I'm not working all week the weather is bad

iMessage

Exhibit 42                   AS-213267

Chelsea

Ok writing warrant for phone ping. Keep on down low please

I say nothing of what we talk about

That (405) 331 0497 is the burner phone I believe

(405) 207-4362 is the regular and I believe it's at&t

You sent 405 207-6362 last time. I got to make sure these are right

Yes I did.   Hold on I'm going in the office

Please double check and make sure numbers are right on please

iMessage

Exhibit 42    AS-013268

Chelsea



**Wireless**

| Number | Page | Monthly charges | Surcharges & fees | Government taxes & fees |
|--------|------|-----------------|-------------------|--------------------------|
| Group 1 | | $45.00 | | |
| 405.207.6362 | 2 | $68.66 | $5.56 | $2.50 |
| **Total** | | **$113.66** | **$5.56** | **$2.50** |

**Group 1**
1 Device

Monthly charges
1. AT&T Unlimited Choice Enhanced One Line     Aug 02 - Sep 01

**Total for Group 1**

Shared usage summary (Jul 02 - Aug 01)

| Number | User | Data (GB) | Text |
|--------|------|-----------|------|
| 405.207.6362 | JOSEPH MALDONADO | 20.17 | 213 |
| Total usage | | 20.17 | 213 |
| Included in plan | | unlimited | unlimited |

Usage is rounded up based on your plan. For more details on your Shared usage summary, visit att.com/

**Phone, 405.207.6362**
JOSEPH MALDONADO

Monthly charges                                         Aug 02 - Sep 01
1. Access for iPhone 4G LTE w/VVM
2. Mobile Insurance Premium
3. Mobile Protection Pack - Support
4. APPLE64GB - Installment 2 of 30

And confirm the other is <u>405 331 0497</u>

Is the photo you sent the burner phone or real phone?

Did you get that

Exhibit 142    USA 013269

Chelsea

Let me take a picture of the whole bill

Wondered if burner phones were a separate bill?

The burner phones take a card that is bought at Walmart I think it's 15 or 35 dollar phone card

25-35$

Ok. I did learn those numbers are issued by ATT

The one with his name should be a regular phone not a burner

All I can get is a picture of the bill and where Shirley pays it for him

iMessage

Exhibit 42

**11:56 AM**



Chelsea

Wed, Sep 5, 3:29 PM

[405 207 4362](tel:4052074362) that is a wrong number sorry bout that

What is number to burner phone then?



Exhibit 442



Chelsea

The 405 331  0497 burner

That is what I thought

405 207 6362regular plan not a burner phone



iMessage

Exhibit 442
ARSL12013272



**Chelsea**

2014 f150 truck



2015 Ford Mustang

**Thu, Sep 6**, 10:11 AM

Someone said just spotted Joe headed into Paul's Valley in the

  iMessage 🎤

Exhibit 442
USA-013273

Case 5:18-cr-00227-SLP Document 32-1 Filed 04/01/22



**Chelsea**

Thu, Sep 6, 10:11 AM

> Someone said just spotted Joe headed into Paul's Valley in the mustang. He has to be living around there somewhere

Sent as Text Message

Who

There is a black mustang that lives on same road as his parents

We are headed there now

Thu, Sep 6, 11:51 AM

Don't see anyone around here. Just seen Jeff drive by but that's about it.   Fixing to drive by the court house and his attorneys office

> Great. Send me any addresses

iMessage

Exhibit 442



Chelsea

Great. Send me any addresses you check and I will check them later

Ok



This is how john finlay has
been getting into my shop I

Exhibit 142
IA 013275



Chelsea

This is how john finlay has been getting into my shop I guess joe had told Shirley they tried to call us for a remote but couldn't get in contact so they took it upon themselves to unscrew the panel cut the insulation and cut both alarm systems

They unscrewed more but put the screws back in. This is just what was out.

Thu, Sep 6, 6:59 PM

Shirley is calling joe now off the burner phone

Cool. We got both his phones hitting in same area now. We are good! Thank you

Good deal

iMessage

Exhibit 42  AT&T 013276

11:57 AM



Chelsea

Sun, Sep 9, 6:18 PM

Call when you can got some
info that would be helpful

Tue, Sep 18, 1:22 PM

We are in okc we have to stop
at a place and then we can
meet you.

Ok. Call me when free

Ok

Fri, Sep 21, 2:18 PM

Need to chat. Important

Have Chelsea call me if you are
busy please

We are in a deposition

iMessage

Exhibit 142
AT-213277



Chelsea

Aha!! That is prolly why Ms Hintz is calling US Attorney ... and why they wanted me to call you. Call before you leave and I'll brief you

Mon, Sep 24, 3:29 PM

Will press be allowed in the court room on his hearing this week

Yes. But no cameras or recorders

That's what I figured

Tue, Sep 25, 12:22 PM

Do they know when he will be back?

Not yet

  iMessage 

     

Exhibit 42



Chelsea

Ok I'm taking our clothes to the cleaners they will be done at 10:30 in the morning I guess if we miss it we miss it

My wife said she has screenshots of joes fb account that are threats that will be very beneficial and she has printed them off and we will bring them if we get to come

All of our threats towards us are sitting in the district attorneys office in garvin county and have been for about 10 months and for some unknown reason they will not do anything about it

Call in a few

Wed, Sep 26, 6:58 PM

iMessage

Exhibit 42 A542013279

Case 5:18-cr-00227-SLP   Document 232-1   Filed 04/01/22   Page 43 of 45



**Chelsea**

Wed, Sep 26, 6:58 PM

Anything?

He is in Grady. Arraignment at 3pm. Prolly won't have detention hearing for day or two

Ok does he have an attorney?

Federal court house at 3pm ... be early

No totally sure. I'm prepared for him to request court appointed attorney

I thought he retained Dan good?

Yep ... I don't think enough funds have been exchanged to keep him

iMessage

Exhibit 42

AS-013280



Chelsea

Excellent

We just heard it was gonna be on a Skype video in the federal courthouse?

Really?? Never heard of such a thing

Ok

Federal courts are usually not about publicizing any event ... hard for me to believe it would be broadcast

I'm talking about video arraignment where he is not actually in the court room

No, never known of that to happen in Fed court

iMessage

Exhibit 142 013281



Chelsea

No, never known of that to happen in Fed court

Ok

Thu, Sep 27, 12:00 PM

Any news

3pm is all I know

K

Jeff and Lauren are not attending today I don't think because they can't leave the park unattended and chealsi and I haven't decided if we are coming if it's just arraignment

10-4

Delivered

iMessage

Exhibit 442
013282