

**James**

> Does Kathy stearns have a business? What city?

Thu, Nov 9, 1:18 PM

> For your records and to put in your phone. My personal phone number is 405-513-2424

**Fwd:**



Fri, Nov 10, 12:54 PM

| MESSAGES | PHOTOS & VIDEOS | eGIFT | CONTACTS |

I hear you let her know I got like 200 something but one day she needs to take care of

11:24 AM