This document contains neither recommendations nor conclusions of the Office of Law Enforcement, U.S. Fish and Wildlife Service. It is the property of this office and is loaned to your agency. It, and its contents, are not to be distributed outside of your agency.

# REPORT OF INVESTIGATION
**Title:  GW EXOTICS**

**INV #:  2016202712**

**Report #:  051**

## DETAILS OF INVESTIGATION

### Consent to Search at GREATER WYNNEWOOD EXOTIC ANIMAL PARK (GWEAP)

On October 24, 2018, U.S. Fish and Wildlife Service/Office of Law Enforcement met with Jeff LOWE at GWEAP to obtain a Consent to Search to locate buried tiger carcasses.  LOWE consented to allow law enforcement officers and other federal employees to have access to GWEAP property and excavate the area to recover the tiger carcasses (See attachment #1, Consent to Search).  SA Bryant had previously discovered Joseph MALDONADO killed five (5) tigers by shooting them in the head with a .410 shotgun in October 2017 (See report 036). Dylan West reportedly buried the five (5) tigers on the northeastern corner of the property.  West informed SA Bryant that the previous week he had used flagging to mark the area he buried the tigers and that all the tigers would be laying side by side in the same location.

### Excavation of tiger Carcasses

On October 25, 2018, at approximately 10:00am, USFWS/OLE SAs Bryant, James Markley, Patrick Biessel, USFWS/OLE Resident Agent in Charge (RAC) Tom Karabanoff, USFWS/OLE Evidence Custodian (EC) Chris Long, Oklahoma Department of Wildlife Conservation (ODWC) Game Wardens (GW) Wade Farrar, Tell Judkins, Jaylen Flynn, Zach Paulk and  Kyle Troxell and Gary Hall (both USFWS heavy equipment operators) from Tishomingo National Wildlife Refuge (TNWR) met at GWEAP in Wynnewood, Oklahoma. Jeff and Lauren LOWE led the group back to the eastern portion of the facility, known as the trash pit area, where West had identified the burial area.

SA Bryant introduced the group to one another and gave a safety briefing prior to any excavations. GW Flynn began photographing the scene and took photos throughout the investigation. EC Long prepared Evidence Collection Notes, sketches and evidence logs (See attachment #2, Evidence Recovery Documents and Photographs). The excavator was used to slowly remove the top soil and investigators closely monitored the soil to ensure no evidence was damaged or destroyed. After approximately two feet of soil was removed, an odor of decaying flesh was noted and then a small patch of black and orange fur was observed.

The excavator was stopped and SA Bryant, SA Markley, GW Farrar, and GW Judkins began slowly digging with hand tools and brushes. The patch of fur was a portion of the front leg of what appeared to be a tiger. The four (4) agents worked methodically to locate the head of the animal, which was then slowly excavated to ensure preservation of evidence. As the head was excavated, an additional carcass was discovered lying beside the originally located carcass.  The first skull was removed from the excavation site using a plastic bag to ensure no evidence was

Form 3-300B
(Rev. 01/25/2012)

Exhibit 145
MALD-PASS_013959

This document contains neither recommendations nor conclusions of the Office of Law Enforcement, U.S. Fish and Wildlife Service. It is the property of this office and is loaned to your agency. It, and its contents, are not to be distributed outside of your agency.

# REPORT OF INVESTIGATION
**Title:  GW EXOTICS**

**INV #:  2016202712**
**Report #:  051**

lost. GW Judkins then took the skull to the evidence processing location to attempt to locate any bullet hole, or damage to the skull. A hole was located in the right side of the skull, just above the orbital, in what would be considered the forehead area.

This process was repeated until five (5) tiger skulls had been exhumed from the same area. GW Judkins conducted a field analysis of each skull and reported the following:

1. Skull #1 had what appeared to be an obvious gunshot wound just above the right eye in the forehead region.
2. Skull #2 had what appeared to be a gunshot wound in what would have been the area of the left ear.
3. Skull #3 had no obvious gunshot wounds, but did have trauma to the sagittal crest, which was broken off.
4. Skull #4 had no obvious gunshot wound related trauma, the rear left side of the skull was broken into several pieces.
5. Skull #5 had severe trauma to the entire backside of the skull, which was broken into pieces.

GW Judkins also noted the field analysis of the five (5) skulls indicated the teeth to be intact and indicative of adequate health and average age.

Each skull was wrapped in the original bag they had been removed from the dig site with and secured using USFWS Evidence Tape.  The skulls were placed into heavy-duty plastic bags, taped again and cataloged with appropriate evidence tags. They were taken by EC Long to be frozen and then sent to the USFWS National Fish and Wildlife Forensic Laboratory (NFWFL).

The remaining carcasses were reburied where they had been found. SA Bryant brought the group back together to debrief, and collect any concerns or reports of injuries before leaving the park at approximately 2:30pm.

**Analysis of Evidence at the USFWS NFWFL**

On October 30, 2018, the NFWFL received the five (5) tiger skulls.  The skulls were examined by Pathologist Tabitha Viner.  Viner determined four (4) of the tigers were killed by gunshot and the remaining tiger died as a result of trauma due to impact with a physical object, or, possibly, the concussive force of a fired projectile (See attachment #3, Pathology Report). Shotgun pellets were discovered in all five tiger skulls and three skulls contained plastic fragments similar to plastic shot cups or wading.

Exhibit 145
MALD-PASS_013960

This document contains neither recommendations nor conclusions of the Office of Law Enforcement, U.S. Fish and Wildlife Service. It is the property of this office and is loaned to your agency. It, and its contents, are not to be distributed outside of your agency.

## REPORT OF INVESTIGATION

**Title:  GW EXOTICS**

**INV #:**  2016202712

**Report #:  051**

On November 11, 2018, Kenton Wong, Senior Forensic Scientist at Forensic Analytical Crime Lab, examined the shotgun pellets and the plastic fragments.  Wong determined the plastic fragments were from plastic shot cups (wading) consistent with caliber .410 gauge shot shell ammunition.  The pellets discovered in each of the five (5) tiger skulls were consistent with #4 shot and could have been fired from a .410 gauge shot shell (See attachment #4, Firearm Examination Report).

## DESCRIPTION OF SUBJECTS

The following subjects have been previously identified:

MALDONADO, Joseph Allen – See R004

LOWE, Jeff – See R009

## PRIOR VIOLATIONS

None to document as no new subjects have been identified in this report.

## WITNESSES

Special Agent Matt Bryant
U.S. Fish and Wildlife Service
Office of Law Enforcement
2700 Coltrane Place, Ste. 4
Edmond, Oklahoma  73034
(405) 715-0617

Resident Agent in Charge Tom Karabanoff
Special Agent James Markley
Special Agent Patrick Biessel
Evidence Custodian Chris Long
U.S. Fish and Wildlife Service
Office of Law Enforcement
501 West Felix Street, St. 1105
Fort Worth, Texas 76115
(817) 334-5202

Captain Game Warden Wade Farrar

Page 4 of 6

Form 3-300B
(Rev. 01/25/2012)

Exhibit 145
MALD-PASS_013961

This document contains neither recommendations nor conclusions of the Office of Law Enforcement, U.S. Fish and Wildlife Service. It is the property of this office and is loaned to your agency. It, and its contents, are not to be distributed outside of your agency.

# REPORT OF INVESTIGATION

**INV #:** 2016202712

**Title:  GW EXOTICS**

**Report #:  051**

Game Warden Tell Judkins
Game Warden Jaylen Flynn
Game Warden Zach Paulk
Oklahoma Department of Wildlife Conservation
PO Box 53465
Oklahoma City, OK 73152
(405) 850-8701

Equipment Operator Kyle Troxell
Equipment Operator Gary Hall
Tishamingo National Wildlife Refuge
12000 S Refuge Road
Tishomingo, Oklahoma 73460
(580) 371-2402

Pathologist Tabitha Viner
U.S. Fish and Wildlife Service
Office of Law Enforcement
National Fish and Wildlife Forensics Laboratory
1490 East Main Street
Ashland, Oregon 97520
(541) 482-4191

Senior Forensic Scientist Kenton Wong
Forensic Analytical Crime Lab
3777 Deport Road, Ste. 403
Hayward, California  64545
(510) 266-8100

Dylan West
GWEAP – Trailer 3
Wynnewood, Oklahoma  73098
(405) 207-6229

## LAWS VIOLATED

No new violations of law have been identified at this time.

## EVIDENCE

Page 5 of 6

Form 3-300B
(Rev. 01/25/2012)

Exhibit 145

MALD-PASS_013962

This document contains neither recommendations nor conclusions of the Office of Law Enforcement, U.S. Fish and Wildlife Service. It is the property of this office and is loaned to your agency. It, and its contents, are not to be distributed outside of your agency.

## REPORT OF INVESTIGATION

**INV #:** 2016202712

**Title: GW EXOTICS**

**Report #: 051**

All evidence listed below is being held at the USFWS NFWFL in Ashland, Oregon under ST # 738375:

1. One (1) tiger skull – Item #1
2. One (1) tiger skull – Item #2
3. One (1) tiger skull – Item #3
4. One (1) tiger skull – Item #4
5. One (1) tiger skull – Item #5

**Audio Recordings/Video Recordings/Photographs Created by Law Enforcement:**

1. 150 digital photographs documenting the excavation and recovery of evidence, retained at the USFWS/OLE, Edmond, Oklahoma.

**Evidence Seized and Maintained by Another Agency:**

No evidence was seized and/or maintained by another agency at this time.

## ATTACHMENTS

1. Copy of Consent to Search, signed by LOWE on 10/24/2018 (1 page).
2. Copy of evidence collection documents and photographs prepared and taken by EC Long and GW Flynn on 10/25/2018 (15 Pages).
3. Copy of USFWS NFWFL Pathology Report, prepared by Viner on 11/01/2018 (7 pages).
4. Copy of Forensic Analytical Crime Lab Firearms Report, prepared by Wong on 11/14/2018 (2 pages).

Form 3-300B
(Rev. 01/25/2012)

Exhibit 145

MALD-PASS_013963

DEPARTMENT OF THE INTERIOR
U.S. FISH AND WILDLIFE SERVICE
DIVISION OF LAW ENFORCEMENT

**CONSENT TO SEARCH**

NAME

JEFF LOWE

LOCATION

25803 N CNTY RD 3250, WYNNEWOOD, OK

DATE 10/24/2018

CONSENT

I, JEFF LOWE , the undersigned, having been informed of my
constitutional right not to have a search made of the property, premises, or my person hereinafter
mentioned without a search warrant and of my right to refuse to consent to such a search, hereby
authorize USFWS, ODWC + other state + federal LE Agency, and
under direction of USFWS SPECIAL AGENT MATT BRYANT, Special Agent(s)
of the United States Fish and Wildlife Service, Department of the Interior, to conduct a complete
search of Boneyard - BACK CATS - Trash Area on 10/25/2018,
To include excavating soil + removing evidence.

This written consent is being given by me to the above named Special Agent(s) voluntarily and with-
out threats or promises of any kind.

Jeffrey L Lowe
(Signature)

WITNESSES (Signature)

Matt Bryant

Lauren Lowe

3-342 (2/76)

Attachment: 1

Exhi Page: 1 OF 1

MALD-PASS_013964

DEPARTMENT OF THE INTERIOR
U.S. FISH AND WILDLIFE SERVICE
DIVISION OF LAW ENFORCEMENT

# LOCATED EVIDENCE LIST

PAGE __1__ OF __1__

| DATE OF COLLECTION: | ARRIVAL TIME: | DEPARTURE TIME: | DISTRICT: | CASE FILE NUMBER: |
|---|---|---|---|---|
| 10/25/2018 | 1030 | 1420 | NTX/OK | INV- 2016202712 |

| LIST BY: | PHOTGRAPHY BY: | EVIDENCE COLLECTED BY: | WITNESS TO COLLECTION: |
|---|---|---|---|
| EC LONG | EC LONG | SA MATT BRYANT | SA PATRICK BEISSEL |
| BADGE NO. 2022 | BADGE NO. 2022 | BADGE NO. 753 | BADGE NO. 765 |

| SEARCH TEAM NO. | | LOCATION: | SUBJECTS OF INVESTIGATION: | EVIDENCE LOCATED BY: | PHOTOGRAPHED | COLLECTED | FOR LAB USE: |
|---|---|---|---|---|---|---|---|
| 1 | | 25803 N County Rd 3250 Wynnewood, OK 73098 | Joe MALDONADO GW EXOTIC | | | | |
| EVIDENCE SEIZURE TAG NO. | ID TAG ITEM NO. | EVIDENCE ITEM DESCRIPTION | LOCATION OBSERVED | | | | LAB# |
| 738375 | 1 | one (1) tiger skull | GW Exotic burn pit | | | | |
| | 2 | one (1) tiger skull | GW Exotic burn pit | | | | |
| | 3 | one (1) tiger skull | GW Exotic burn pit | | | | |
| | 4 | one (1) tiger skull | GW Exotic burn pit | | | | |
| | 5 | one (1) tiger skull | GW Exotic burn pit | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

GPO 888-332

COPY

| DEPARTMENT OF THE INTERIOR<br>U.S. FISH AND WILDLIFE SERVICE<br>DIVISION OF LAW ENFORCEMENT | **CHAIN OF CUSTODY RECORD** | FILE NO.<br>INV. 2016202712 |
|---|---|---|

| DATE AND TIME OF SEIZURE:<br>10/25/2018 | REGION<br>2 | EVIDENCE/PROPERTY SEIZED BY:<br>Matt Bryant #753 |
|---|---|---|

**SOURCE OF EVIDENCE/PROPERTY (person and/or location):**
- [X] TAKEN FROM:
- [ ] RECEIVED FROM:
- [ ] FOUND AT:

Joe Maldonado, GW Exotic

**CASE TITLE AND REMARKS**

GW Exotic Tiger Dig

| ITEM NO. | DESCRIPTION OF EVIDENCE/PROPERTY (include Seizure Tag Numbers and any serial numbers): |
|---|---|
| | ST# 738375 |
| 1 | one (1) tiger skull |
| 2 | one (1) tiger skull |
| 3 | one (1) tiger skull |
| 4 | one (1) tiger skull |
| 5 | one (1) tiger skull |

| ITEM NO. | FROM: (PRINT NAME, AGENCY) | RELEASE SIGNATURE | RELEASE DATE | DELIVERED VIA: |
|---|---|---|---|---|
| 1-5 | Christopher Long #2022<br>US FWS/OLE | | 10/27/2018 | [ ] U.S. MAIL |
| | TO: (PRINT NAME, AGENCY)<br>US FWS/Forensic Lab | RECEIPT SIGNATURE | RECEIPT DATE | [ ] IN PERSON<br>[X] OTHER:<br>FedEx |
| ITEM NO. | FROM: (PRINT NAME, AGENCY) | RELEASE SIGNATURE | RELEASE DATE | DELIVERED VIA: |
| | | | | [ ] U.S. MAIL |
| | TO: (PRINT NAME, AGENCY) | RECEIPT SIGNATURE | RECEIPT DATE | [ ] IN PERSON<br>[ ] OTHER: |
| ITEM NO. | FROM: (PRINT NAME, AGENCY) | RELEASE SIGNATURE | RELEASE DATE | DELIVERED VIA: |
| | | | | [ ] U.S. MAIL |
| | TO: (PRINT NAME, AGENCY) | RECEIPT SIGNATURE | RECEIPT DATE | [ ] IN PERSON<br>[ ] OTHER: |

[ ] ADDITIONAL TRANSFERS ON REVERSE SIDE

MALD-PASS_013966

COPY

# CHAIN OF CUSTODY RECORD
## (continued)

FILE NO.

INV. 2016202712

| ITEM NO. | FROM: (PRINT NAME, AGENCY) | RELEASE SIGNATURE | RELEASE DATE | DELIVERED VIA: |
|---|---|---|---|---|
| | | | | ☐ U.S. MAIL |
| | TO:    (PRINT NAME, AGENCY) | RECEIPT SIGNATURE | RECEIPT DATE | ☐ IN PERSON  ☐ OTHER: |
| ITEM NO. | FROM: (PRINT NAME, AGENCY) | RELEASE SIGNATURE | RELEASE DATE | DELIVERED VIA: |
| | | | | ☐ U.S. MAIL |
| | TO:    (PRINT NAME, AGENCY) | RECEIPT SIGNATURE | RECEIPT DATE | ☐ IN PERSON  ☐ OTHER: |
| ITEM NO. | FROM: (PRINT NAME, AGENCY) | RELEASE SIGNATURE | RELEASE DATE | DELIVERED VIA: |
| | | | | ☐ U.S. MAIL |
| | TO:    (PRINT NAME, AGENCY) | RECEIPT SIGNATURE | RECEIPT DATE | ☐ IN PERSON  ☐ OTHER: |
| ITEM NO. | FROM: (PRINT NAME, AGENCY) | RELEASE SIGNATURE | RELEASE DATE | DELIVERED VIA: |
| | | | | ☐ U.S. MAIL |
| | TO:    (PRINT NAME, AGENCY) | RECEIPT SIGNATURE | RECEIPT DATE | ☐ IN PERSON  ☐ OTHER: |
| ITEM NO. | FROM: (PRINT NAME, AGENCY) | RELEASE SIGNATURE | RELEASE DATE | DELIVERED VIA: |
| | | | | ☐ U.S. MAIL |
| | TO:    (PRINT NAME, AGENCY) | RECEIPT SIGNATURE | RECEIPT DATE | ☐ IN PERSON  ☐ OTHER: |
| ITEM NO. | FROM: (PRINT NAME, AGENCY) | RELEASE SIGNATURE | RELEASE DATE | DELIVERED VIA: |
| | | | | ☐ U.S. MAIL |
| | TO:    (PRINT NAME, AGENCY) | RECEIPT SIGNATURE | RECEIPT DATE | ☐ IN PERSON  ☐ OTHER: |
| ITEM NO. | FROM: (PRINT NAME, AGENCY) | RELEASE SIGNATURE | RELEASE DATE | DELIVERED VIA: |
| | | | | ☐ U.S. MAIL |
| | TO:    (PRINT NAME, AGENCY) | RECEIPT SIGNATURE | RECEIPT DATE | ☐ IN PERSON  ☐ OTHER: |

MALD-PASS_013967

**PHOTO LOG**

| | |
|---|---|
| 1-8 | Tiger Dig Site on GW Exotic Property |
| 9-12 | Tiger Dig Operations |
| 13 | Shoveling dirt to uncover tiger carcass |
| 14-16 | First Tiger uncovered |
| 17-19 | Tiger Dig Operations |
| 20-39 | Tiger One Skull removal |
| 40-57 | Tiger Two Skull removal |
| 58-67 | Tiger Two Skull Examination |
| 68-84 | Tiger Three uncover and Skull removal |
| 85 | Burn Pit next to Dig Site |
| 86-93 | Tiger Three Skull Examination |
| 94-100 | Tiger Four uncover |
| 101-103 | Location of each tiger uncovered so far |
| 104-108 | Tiger Five uncover |
| 109 | Tiger Skull One |
| 110 | Tiger Skull Two |
| 110 | Tiger Skull Three |
| 112 | Tiger skull Four |
| 113 | Tiger Skull Five |
| 114 | Tiger Skull Five |
| 115-135 | Dig area after all Tiger Skulls were uncovered and removed |

Nothing Follows
EC Christopher    10/25/2018

The Greater Wynnewood Exotic Animal Park – Wynnewood, OK



See Enlarged Image Below



North



Red Box designates the roped off area in question.

Attachment: 2
Page: 5 of 15



GW Exotic Tiger Dig Site

10/25/2018

By: EC Christopher Long

Fence Line

Danger Tape Marked Dig Site

Tiger Location 1-5

Burn Pit

N E S W

it 145

Gravel Mud Roadway Entry



MALD-PASS_015Exhibit



MALD-PASS_013912

Attachment: 2
Page: 8 of 15



MALDONADO_013674



MALD-PASS_012814

Attachment: 2
Page: 10 of 15



MALD-PASS_013570

Exhibi



MALD-PASS_013916



MALD-PASS_013977



MALD-PASS_013974

Exhibi



MALD-PASS_013979



# United States Department of the Interior
### FISH AND WILDLIFE SERVICE
Office of Law Enforcement
Clark R. Bavin
National Fish and Wildlife Forensics Laboratory
1490 East Main Street
Ashland, Oregon 97520



IN REPLY REFER TO:

November 01, 2018

## VETERINARY PATHOLOGY EXAMINATION
## <u>FINAL REPORT</u>

---

| | | |
|---|---|---|
| **Lab Case #:** 18-0304 | | **Submitting Agency:** |
| **Agency Case #:** 2016202712 | | USFWS/LE, Edmond |
| **Pathologist:** Tabitha C. Viner | | 2700 Coltrane Place, Ste. 4 |
| **Case Title:** GW Exotic Tiger Dig | | Edmond, OK 73034 |
| | | **Investigator:** Matthew Bryant |
| | | **Subject(s):** Joe Maldonado |

---

**EVIDENCE RECEIVED**

The following evidence was received in the Evidence Unit of the Laboratory on October 30, 2018, and was transferred to the undersigned examiner on October 31, 2018:

LAB-1: "One (1) tiger skull" [ST#738375; Item#1]
LAB-2: "One (1) tiger skull" [ST#738375; Item#2]
LAB-3: "One (1) tiger skull" [ST#738375; Item#3]
LAB-4: "One (1) tiger skull" [ST#738375; Item#4]
LAB-5: "One (1) tiger skull" [ST#738375; Item#5]

**HISTORY**

None.

**EXAMINATIONS CONDUCTED**

LAB-1, LAB-2, LAB-3, LAB-4, and LAB-5: The carcasses were radiographed (x-rayed), dissected, and examined visually (necropsy examination) for gross pathological lesions. Photographs were taken to document any significant gross pathological findings.

LAB-1 was itemized and the following sub-items were generated:
    LAB-1A Teeth from LAB-1
    LAB-1B Metal pieces from LAB-1
LAB-2 was itemized and the following sub-items were generated:
    LAB-2A Teeth from LAB-2
    LAB-2B Metal particles from LAB-2
LAB-3 was itemized and the following sub-items were generated:
    LAB-3A Teeth from LAB-3
    LAB-3B Metal particles from LAB-2
LAB-4 was itemized and the following sub-items were generated:
    LAB-4A Teeth from LAB-4

---

Pathologist Initials: _____

Veterinary Pathology Examination Final Report, Lab Case #18-0304 - Continued
1 November 2018

      LAB-4B Metal pellets from LAB-4
LAB-5 was itemized and the following sub-items were generated:
      LAB-5A Teeth from LAB-5
      LAB-5B Metal particles and plastic fragment from LAB-5
      LAB-5C Plastic fragment from LAB-5

LAB-1A, LAB-2A, LAB-3A, LAB-4A, and LAB-5A were assigned to Dyan J. Straughan, Forensic Scientist – Genetics, for analysis. (Report to follow)

LAB-1B, LAB-2B, LAB-3B, LAB-4B, LAB-5B, and LAB-5C were transferred to Forensic Analytical Crime Lab for analysis. (Report to follow)

## CASE SUMMARY

In my opinion, the findings of the post-mortem exam of four of these tigers are most consistent with shotgun injury as the immediate cause of death (LAB-1, LAB-2, LAB-4, and LAB-5). In these animals, shotgun pellets were associated with fractures, fragmentation, and/or perforation of the skull. Metal pellets and skull fractures were also present in LAB-3, but no perforating injury was noted. These fractures were more consistent with blunt trauma.

Skull suture seals were indicative of adult animals. Tooth wear was limited to the incisors in all animals but LAB-1. This, combined with minimal to moderate tartar buildup on the teeth, suggest early- to middle-adult animals. No bony indicators of dental disease were present.

All the skulls were markedly autolyzed. A time since death cannot be accurately given as many variables work in the decomposition process and the entire carcass was not available for examination. I suspect, however, that at least several months had elapsed between death and exhumation.

## EVIDENCE DETAILS -- LAB-1

| | | | |
|---|---|---|---|
| **Common name:** | Tiger (pending genetic verification) | **Weight:** | n/a |
| **Scientific name:** | *Panthera tigris* | **Carcass composition:** | Head |
| **Sex:** | Undetermined | **Nutritional condition:** | Indeterminate |
| **Lifestage:** | Adult | **Tissue preservation:** | Advanced decomposition |
| **Necropsy Date:** | 31 October 2018 | | |

## POST-MORTEM FINDINGS

RADIOGRAPHIC EXAMINATION: There are at least 44 irregular metal densities, largely concentrated in a band from the dorsal aspect of the frontal sinus to the level of the mandibular ramus, all to the right of midline. Fewer metal particles are present in the brain case and in the nasal turbinates. A circular defect is present on the dorsal aspect of the skull within the tract of metal particles.

EXTERNAL EXAMINATION: Present are the skull, mandibles, and first cervical vertebra. Dirt and sandy debris covers the skull and some orange and black hair remains on the item. Some tissues remain firmly attached to the bone; most soft tissue over the skull is pasty.

EVIDENCE OF INJURY: On the dorsal aspect of the skull just dorsal to the right bony orbit and centered 1.5 cm from dorsal midline is a 16 mm diameter, round perforation through the skull. Beveling is on the internal surface of the perforation. On the medial aspect of the right bony orbit is a 6 cm diameter defect of the bone that exposes the nasal turbinates. The bone is fragmented into many pieces.

Veterinary Pathology Examination Final Report, Lab Case #18-0304 - Continued
1 November 2018

The soft tissues are associated with many irregularly round, dark gray pellets and a frayed, cylindrical, 10 mm diameter piece of hard plastic. The sutures of the left maxilla adjoining the nasal bones and frontal bones is partially separated.

INTERNAL EXAMINATION: The suture between the maxillary and incisive bones just rostral to the left upper canine tooth is separated. There is a fracture of the palatal aspect of the maxillary bone extending 2.5 cm caudally from the left canine tooth. The left canine tooth is displaced ventrally by approximately 10 mm. The tooth is stable within its socket. The lower right premolar is fractured. There is wear of the incisor teeth. There is a slab fracture of the left second lower premolar. The incisors are relatively easy to remove from the sockets.

## SUMMARY OF POST-MORTEM FINDINGS
Perforating wound in dorsal skull
Skull fractures with intralesional metal pellets and plastic material
Dorsal to ventral wound tract
Post-mortem decomposition

## IMMEDIATE CAUSE OF DEATH
GUNSHOT-SHOTGUN

## CONCLUSIONS
In my opinion, this tiger received a gunshot to the skull. The well-demarcated entry area on the dorsal-right aspect of the skull is consistent with a near-point-blank range of fire. Injury in this area of the body would have been immediately fatal.

## EVIDENCE DETAILS -- LAB-2

| | | | |
|---|---|---|---|
| **Common name:** | Tiger (pending genetic verification) | **Weight:** | n/a |
| **Scientific name:** | *Panthera tigris* | **Carcass composition:** | Head |
| **Sex:** | Undetermined | **Nutritional condition:** | Indeterminate |
| **Lifestage:** | Adult | **Tissue preservation:** | Advanced decomposition |
| **Necropsy Date:** | 31 October 2018 | | |

## POST-MORTEM FINDINGS
RADIOGRAPHIC EXAMINATION: There are at least 31 irregular, metal density objects in the skull forming a tract from the area of the left temporomandibular joint towards the right canines. Few metal density objects are present in the frontal sinus and nasal cavity. An additional 24, similar metal density objects are present in the debris, sloughed soft tissues, and substrate in the bag. There is a fracture of the sagittal crest at the level of the bullae and an additional fracture of the skull near the zygomatic process of the frontal bone.

EXTERNAL EXAMINATION: The item consists of the skull and attached mandible. The mandible is easily disarticulated from the skull. Small amounts of hair and pasty soft tissues remain attached to the skull. Sandy, brown substrate is attached to the skull diffusely. The lower incisors and canines are covered in sandy, black substrate.

EVIDENCE OF INJURY: On the left lateral aspect of the calvarium is an 8 x 3.5 cm defect in the skull. The dorsal aspect of the large skull cavitation is scalloped with punctures at the edge of the bone exhibiting internal beveling. A fracture line extends across the sagittal crest to the caudal attachment of the right zygomatic arch. Another longitudinal fracture crosses the aforementioned fracture and extends towards the dorsal aspect of the

MALD-PASS_013982

Veterinary Pathology Examination Final Report, Lab Case #18-0304 - Continued
1 November 2018

right bony orbit. The calvarium at the caudal aspect of the left bony orbit is fragmented and there is a communication between left and right orbits at the level of the zygomatic process of the frontal bone. In the ventromedial aspect of the right bony orbit is a 3 x 1 cm defect in the skull. A probe can be passed from the defect on the left side of the calvarium to an area subjacent to the hole in the right bony orbit. There is an incomplete fracture at the base of the skull just rostral to the caudal attachment of the zygomatic arch.

Metal pellets are retrieved from the rinsed material and from bone fragments.

INTERNAL EXAMINATION: The mandibular symphysis is intact, but loose. There is incisor wear and minimal tartar. Incisors are easily removed from the maxilla.

**SUMMARY OF POST-MORTEM FINDINGS**
Fracture through the left side of the brain case
Metal pellets within wound tract
Caudal entry of wound tract
Post-mortem decomposition

**IMMEDIATE CAUSE OF DEATH**
GUNSHOT-SHOTGUN

**CONCLUSIONS**
I believe that this tiger was shot in the head with a shotgun. Patterns on the skull indicate that the projectiles entered at the back-left side of the head. Injury in this area would have been immediately fatal.

**EVIDENCE DETAILS -- LAB-3**

| | | | |
|---|---|---|---|
| **Common name:** | Tiger (pending genetic verification) | **Weight:** | n/a |
| **Scientific name:** | *Panthera tigris* | **Carcass composition:** | Head |
| **Sex:** | Undetermined | **Nutritional condition:** | Indeterminate |
| **Lifestage:** | Adult | **Tissue preservation:** | Advanced decomposition |
| **Necropsy Date:** | 31 October 2018 | | |

**POST-MORTEM FINDINGS**
RADIOGRAPHIC EXAMINATION:  Four 4 mm diameter metal spheres are associated with the left side of the skull. On the side of the skull with more soft tissue density material (right) is a 5 mm diameter sphere.

EXTERNAL EXAMINATION: The item consists of an intact skull with attached mandibles. Small amounts of orange hair and pasty soft tissues remain attached to the skull. Pasty tissue is largely concentrated on the right side of the skull. The right temporomandibular joint remains attached through soft tissues. Muscles remain firmly attached to the right side of the skull and sagittal crest.

EVIDENCE OF INJURY: Three metal pellets are retrieved from the pasty soft tissues loosely associated with the back-right of the skull. There is a 3.5 cm long tear through the temporal muscle parallel to and 3.5 cm from the nuchal crest and centered 4.5 cm to the right of dorsal midline. At the center of the laceration is a skull fracture that extends from the back of the left bony orbit, across the sagittal crest to the attachment of the right zygomatic arch. A 2.5 x 2 cm area of the left nasal bone is discolored red.

INTERNAL EXAMINATION: There is incisor wear and moderate dental calculi. Incisors are easily removed from the skull.

Veterinary Pathology Examination Final Report, Lab Case #18-0304 - Continued
1 November 2018

## SUMMARY OF POST-MORTEM FINDINGS
Metal pellets in soft tissues around skull
Fractured skull
Post-mortem decomposition

## IMMEDIATE CAUSE OF DEATH
TRAUMA-BLUNT FORCE SUSPECT

## CONCLUSIONS
While shot pellets were present in the soft tissues and substrate around the skull, there were no perforating or penetrating wounds into the skull. Post-mortem decomposition prevented evaluation for the presence of soft tissue damage associated with the shot pellets. A fracture across the top of the brain case was consistent with blunt force injury. This type of trauma may occur due to impact with a physical object or, possibly, the concussive force of a fired projectile.

## EVIDENCE DETAILS -- LAB-4

| | | | |
|---|---|---|---|
| **Common name:** | Tiger (pending genetic verification) | **Weight:** | n/a |
| **Scientific name:** | *Panthera tigris* | **Carcass composition:** | Head |
| **Sex:** | Undetermined | **Nutritional condition:** | Indeterminate |
| **Lifestage:** | Adult | **Tissue preservation:** | Advanced decomposition |
| **Necropsy Date:** | 31 October 2018 | | |

## POST-MORTEM FINDINGS
RADIOGRAPHIC EXAMINATION: There is a large defect at the back of the skull. Greater than 29 irregular, metal density particles that are approximately 4 mm in diameter are arrayed across the caudoventral aspect of the skull on the left side.

EXTERNAL EXAMINATION: The item consists of a skull with attached mandibles and first cervical vertebra (atlas). Orange and black hair remains attached in a recognizable striped pattern on the right side of the skull. Soft tissues are generally pasty. The item is covered in sandy substrate. The atlas and fragmented portions of the skull remain attached to the skull via soft tissues.

EVIDENCE OF INJURY: Brain material is mixed with other soft tissues at the back and ventral portion of the head. Almost the entire left side of the cranial vault has been fragmented. The right occipital condyle is absent or unrecognizable. A large fragment of bone encompasses the left occipital condyle, the caudodorsal point of the sagittal crest, and the attached left bulla. Another large fragment comprises most of the left temporal bone. Apposition of the large sagittal crest fragment, the temporal fragment, and the remainder of the skull reveals a 2 x 1.5 cm perforation through the skull. The greater skull cavitation extends across dorsal midline to involve the right occipital bone. A fracture extends from the rightmost extension of the defect to the caudal aspect of the bony orbit. When larger fragments of bone are apposed, a 1.5 cm diameter hole in the skull is revealed dorsal to the caudal attachment of the left zygomatic arch. At least one metal pellet is embedded in the bone at this defect, and in fragments on the floor of the cranial vault. Near the perforations the skull is fragmented from the zygomatic arch and a fracture extends along the floor of the skull towards the right eye. The left wing of the atlas has been fractured off.

INTERNAL EXAMINATION: The mandibular symphysis is attached but loose. There is wear of the incisors and mild tartar.

Veterinary Pathology Examination Final Report, Lab Case #18-0304 - Continued
1 November 2018

## SUMMARY OF POST-MORTEM FINDINGS
Wound tract across the back of the cranium with intralesional metal pellets
Fragmented and fractured skull with embedded metal pellets
Wound tract is roughly side to side
Post-mortem decomposition

## IMMEDIATE CAUSE OF DEATH
GUNSHOT-SHOTGUN

## CONCLUSIONS
I believe that this tiger was shot in the head with a shotgun. Metal pellets were embedded in the skull fragments, as well as in the soft tissues and substrate within and around the skull. This type of injury would have been immediately fatal.

## EVIDENCE DETAILS -- LAB-5

| | | | |
|---|---|---|---|
| **Common name:** | Tiger (pending genetic verification) | **Weight:** | n/a |
| **Scientific name:** | *Panthera tigris* | **Carcass composition:** | Head |
| **Sex:** | Undetermined | **Nutritional condition:** | Indeterminate |
| **Lifestage:** | Adult | **Tissue preservation:** | Advanced decomposition |
| **Necropsy Date:** | 01 November 2018 | | |

## POST-MORTEM FINDINGS
RADIOGRAPHIC EXAMINATION: Present are the separated front and back of the skull. The mandible remains attached to the bulk of the skull. Bone is disrupted along the dorsal aspect. The bullae and temporomandibular joints are absent from the rostral portion of the skull. Scattered through the main portion of the skull are greater than 43 irregularly round, approximately 4 mm diameter, metal particulates. In a separate section of the back of the skull with cervical vertebrae are an additional 12 metal particulates. Metal particulates are largely arrayed through the center of the skull with slightly more on the right side.

EXTERNAL EXAMINATION: The item consists of a skull fragmented into the rostrum attached to fragments of the frontal and parietal bones, and an attached mandible. Fragments of the back of the skull fall from the rest of the skull on manipulation. Abundant sandy substrate is present around and within the skull. Most soft tissues over the skull are pasty; some clumps of soft tissues remain attached to the bone via tendons/ligaments. Striped, orange and black hair is present over the skull multifocally.

EVIDENCE OF INJURY: Isolated from the tissues and debris around the skull is a formerly cylindrical, splayed piece of opaque plastic. Fifteen irregular, metal spheres are retrieved from the bones and soft tissues. Some pellets are embedded in the bone fragments on the internal surface at the back of the skull.

Pasty brain material is present over the back of the head and within the cranial vault. The skull has been fragmented into at least 14 distinct fragments. The largest portion of the skull involves the right maxilla and rostral portion of the cranial vault with the attached left frontal bone and zygomatic arch. The left maxilla is separate. The entire nasal cavity with turbinates is exposed in the right maxillary fragment. The nasal bone has been fractured from the rest of the skull. At the back of the right bony orbit is a crescent shaped defect that is 5 mm wide at its greatest extents and 1.5 cm long. The most highly fragmented area of the skull is on the right side of the calvarium. Apposing bones over the back and left side of the skull does not reveal a discrete hole, though not all bone fragments are detected.

Pathologist Initials: ✓

Veterinary Pathology Examination Final Report, Lab Case #18-0304 - Continued
1 November 2018

INTERNAL EXAMINATION: The mandibular symphysis is loose but remains attached. The incisors are easily removed from the alveoli. There is minimal incisor wear and tartar.

**SUMMARY OF POST-MORTEM FINDINGS**
Fragmented skull with intralesional metal pellets
Post-mortem decomposition

**IMMEDIATE CAUSE OF DEATH**
GUNSHOT-SHOTGUN

**CONCLUSIONS**
I believe that this tiger was shot in the head with a shotgun. The presence of an object consistent with a plastic shotgun wad suggests that the shot was at close range. Fragmentation of the skull made determination of the exact entry point difficult.

**DISPOSITION OF EVIDENCE:**

All evidence item(s) were transferred to the Evidence Unit pending return to the submitting agency.

_____
Tabitha C. Viner, DVM DACVP
Veterinary Pathologist



**Forensic Analytical™**
**Crime Lab**

National Fish & Wildlife Forensic Lab
1490 East Main Street
Ashland, OR 97520

### Laboratory Report

FACL Case Number: 20180403
Report Date: 11-14-18
Client Number: 19361

**Case Name: GW Exotic Tiger Dig**
**Investigating Agency: U.S. Fish & Wildlife Service - Office of Law Enforcement**
**Agency Case Number: 18-0304**
**Type of Case: Firearms**

**Evidence Submitted/Indicated Source:**

| FACL Item Number | Agency Item Number | Description/Indicated Source |
|---|---|---|
| 1 | Lab-1B | One tape-sealed staple-sealed zip lock plastic bag containing a green screw-cap test tube containing off-white plastic shot cup fragment and ten apparent metal pellets recovered from Lab-1, Edmond. |
| 2 | Lab-2B | One tape-sealed staple-sealed zip lock plastic bag containing a green screw-cap test tube containing seven apparent metal pellets recovered from Lab-2, Edmond. |
| 3 | Lab-3B | One tape-sealed staple-sealed zip lock plastic bag containing a green screw-cap test tube containing three apparent metal pellets recovered from Lab-3, Edmond. |
| 4 | Lab-4B | One tape-sealed staple-sealed zip lock plastic bag containing a green screw-cap test tube containing eleven apparent metal pellets recovered from Lab-4, Edmond. |

3777 Depot Road, Suite 403 · Hayward, California 94545-2761 Telephone: 510/266-8100 www.facrimelab.com Fax: 510/887-4451

Attachment: 4
Exhibi  Page: 1 of 2
MALD-PASS_013987

| 5 | Lab-5B | One tape-sealed staple-sealed zip lock plastic bag containing a green screw-cap test tube containing an off-white plastic fragment and thirteen apparent metal pellets recovered from Lab-5, Edmond. |
| 6 | Lab-5C | One tape-sealed staple-sealed manila evidence envelope containing an off-white plastic shot cup fragment recovered from Lab-5, Edmond. |

**Purpose of Examination:** To examine the submitted plastic and/or metal fragments/pellets to determine any possible information regarding the caliber, brands and models of firearms that may have fired them.

**Results/Conclusions:** Examination of the plastic fragments recovered in Item #'s 1, 5 and 6 revealed them to all be consistent with a plastic shot cup component consistent with caliber .410 gauge shot shell ammunition. Further examination revealed that the shot shell components had been fired in a firearm equipped with a smooth bore (shotgun) and as such, had no value for identification.

Examination of the pellets recovered in Item #'s 1 – 5 revealed them all to be pellets of lead composition consistent with #4 size shot. These pellets could have been fired from a number of .410 gauge shot shells equipped with #4 shot the most common brands of ammunition being manufactured by Federal, Remington, or Winchester, but other manufacturers such as Golden Bear, NobelSport Italia (NSi) cannot be excluded. The pellets had no other value for identification.

**Disposition of Submitted Evidence:** The evidence was repackaged and retained in the evidence vault pending return to the submitting agency.

**Report by:**                          **Reviewed by:**

_____          _____ 11/15/18
Kenton S. Wong                          Chris Coleman
Senior Forensic Scientist                Senior Forensic Scientist

Client Copy……/FACL Copy……

3777 Depot Road, Suite 403 · Hayward, California 94545-2761 Telephone: 510/266-8100 www.facrimelab.com Fax: 510/887-4451

Exhibit
MALD-PASS_013988

Attachment: 4
Page: 2 of 2