

**TIGERKINGPARK Posts**

tigerkingpark

245 likes

tigerkingpark To correct another deliberate and blatant lie, only 5 tiger skulls were excavated and they are represented by the 1-5 markers. There was a sixth skull on the tarp that Saff placed in a bucket of bleach to clean the meat from. Lauren and I discovered it after Allen Glover asked us what was in the white bucket in the back 40. There was absolutely no association



**TIGERKINGPARK Posts**

245 likes

tigerkingpark To correct another deliberate and blatant lie, only 5 tiger skulls were excavated and they are represented by the 1-5 markers. There was a sixth skull on the tarp that Saff placed in a bucket of bleach to clean the meat from. Lauren and I discovered it after Allen Glover asked us what was in the white bucket in the back 40. There was absolutely no association to the cats Joe shot with a shotgun and that bleaching skull. That my fine Jury, is why the Feds report makes no mention of the 6th skull. Fabrication is just as bad as exclusion. Just like the insinuation that we had "100% immunity" BULLSHIT! Once again lawyers misleading the court with actual malice of the facts.

3 days ago

Exhibit 151