This transcript was exported on Mar 30, 2022 - view latest version here.

**FBI Agent Hunter Marsh:**

This is FBI Agent Hunter Marsh down here in the Florida Keys, in Marathon, Florida, interviewing Mr. James Garretson. The time now is... Should be a little after 2:00. The time is 1:36 on Friday, January 7th [inaudible 00:00:27]. So yeah, I'll let you go ahead and kind of start, and then I'll just kind of go over... I just had one paper I wanted to look at.

**James Garretson:**

So what happened is Rebecca Chaiklin, the director of Tiger King, kept telling me, "Hey, you need to talk to John Phillips." Because I personally think some things were wrong in the whole deal. I mean, I'm not going to bad mouth Matt Bryant, he's never done anything bad to me, Andy, or none of us, but I thought it was kind of wrong that the hitman walked and Jeff Lowe walked. And Jeff Lowe is as bad as Joe. And then there's others, Doc and all those people. So I had mixed emotions about the whole trial, and things about Joe.

**James Garretson:**

I mean, I hate Joe with a passion, don't get me wrong, but he is a man. I don't want to see somebody die in prison either. So Rebecca said, "Hey, you need to talk to John Phillips." I didn't know anything about John Phillips. I didn't know his history or nothing. So she brings John Phillips down here. We talked on a boat, they filmed, we were together about an hour. And then, I just talked, whatever. And then he wanted me to go up to his office and sign an affidavit. I said, "Yeah, but here's the deal, your client's guilty, I will state the truth", whatever.

**James Garretson:**

So I did an affidavit. Then I thought about it. Everything was misspelled. My name was misspelled. I told them to keep all that stuff off social media.

**FBI Agent Hunter Marsh:**

Yeah.

**James Garretson:**

I don't want to see... And then the day after I did it, I was on TikTok. My whole family seen it. And then Joe thought I was supporting him. I was never supporting... I hate him. I didn't know Phillips was just after the camera. And I think I was his first one. I think I was his first one. So I did that and I wish I could have took it back, but everything was misspelled.

**FBI Agent Hunter Marsh:**

Yeah.

**James Garretson:**

It was never notarized. He told me he was going to have it notarized the next day or a couple days after the fact. I talked to my lawyer, my lawyer says, "Can't do it." And I kind of wish I'd have never talked to him because his true colors came out after the fact. I mean, basically he's running around town, bribing witnesses.

**FBI Agent Hunter Marsh:**

Exhibit 152

This transcript was exported on Mar 30, 2022 - view latest version here.

Okay.

James Garretson:

Allen Glover, he promised Allen Glover strip bars, and this and that.

FBI Agent Hunter Marsh:

Oh, he promised Allen strip bars?

James Garretson:

Yeah. If he flew in, he'd take him to strip bars.

FBI Agent Hunter Marsh:

Okay.

James Garretson:

When I went to his office, he was trying to take me to a concert.

FBI Agent Hunter Marsh:

Okay.

James Garretson:

And I'm like, I was-

FBI Agent Hunter Marsh:

So not paying you cash, but like, Hey, I'll wine and dine type thing?

James Garretson:

Yeah.

FBI Agent Hunter Marsh:

Okay.

James Garretson:

He would never offer me cash because I would've just called him right out.

FBI Agent Hunter Marsh:

Yeah.

James Garretson:

But then I hear Jeff Lowe's changing his story. And everything Jeff Lowe said is false. I read his affidavit, everything he said is false. And Glover... And then they made up this conspiracy theory, they were going to kill Joe. That was all made up by Jeff Lowe and I guess Phillips. They're trying to change the narrative. Eric Goode, after I... Rebecca kind of conned me into to see John, I didn't want to participate at all. At

This transcript was exported on Mar 30, 2022 - view latest version here.

that time, I was still talking to Matt Bryant, everything was fine. And I had every intentions to help him do whatever he wanted to do, but I wasn't happy with, like they just picked one guy and everybody else got a pass.

FBI Agent Hunter Marsh:

Right.

James Garretson:

I mean, and then I find out that, Glover's making all these outlandish statements, Jeff Lowe's making all these outlandish statements. And then I just, trying to quit talking to him. To this day, Phillips texts me all kinds of drama and stuff, but he texts me and I'm like, "I'm the one that put your client in prison."

FBI Agent Hunter Marsh:

Yeah.

James Garretson:

We shouldn't be chitchatting.

FBI Agent Hunter Marsh:

Right.

James Garretson:

And he's just, he's like a high school drama queen.

FBI Agent Hunter Marsh:

Did you see... You said you read Jeff's affidavit?

James Garretson:

Yeah.

FBI Agent Hunter Marsh:

Okay. Where'd you read that, on video or somebody sent you a copy?

James Garretson:

I read it online. Somebody sent it to me online.

FBI Agent Hunter Marsh:

Okay. Was it Phillips that sent it to you or no?

James Garretson:

Well, Phillips has sent me... Every time there's something filed in the court, like the resentencing, right in my phone, he sent me the resentencing the day he filed it. Like, why are you sending me this stuff?

Exhibit 152

This transcript was exported on Mar 30, 2022 - view latest version here.

**FBI Agent Hunter Marsh:**

Yeah.

**James Garretson:**

I mean, you're welcome to my phone too, if you want to see anything in my phone, you're more than welcome to.

**FBI Agent Hunter Marsh:**

Okay. No, that's fine. I really, just kind of go over the-

**James Garretson:**

So I find out that this was just a publicity stunt because all he wants to be is on camera. And then I was told the other day that he was trying to dig into my past, like I'm on trial here. And I was like, "I'm not on trial, your client is. And he's been making some statements to a lot of people about me, and then he's asking me for favors." And I told him, he's mad at me now because I wouldn't sign that affidavit. I wouldn't redo it. I didn't sign it and neither would Brittany.

**FBI Agent Hunter Marsh:**

Okay.

**James Garretson:**

Okay. Brittany is my kid's mother that was not involved, but was involved. She never went to court or anything, but she was there the first day we discussed the murder for hire.

**FBI Agent Hunter Marsh:**

Oh, she was? Okay.

**James Garretson:**

She was in the room. John Phillips knows that.

**FBI Agent Hunter Marsh:**

So she's been in the know?

**James Garretson:**

She wanted to stay out of it. She doesn't want no part of it, but John Phillips is trying to get at her, to get her to sign this affidavit.

**FBI Agent Hunter Marsh:**

Okay. And I've got a copy of that affidavit. So there's a couple things I want to run over real quick. And ultimately, like I said, I'm just coming in. I didn't work this investigation, this is the first time I've met you.

**James Garretson:**

Yeah.

Exhibit 152

This transcript was exported on Mar 30, 2022 - view latest version here.

FBI Agent Hunter Marsh:

So, I think that the Wounded Warriors are going by.

James Garretson:

Oh, is that what that is?

FBI Agent Hunter Marsh:

Yeah. I think they're running the whole length of the Keys, so. But there's a couple things, when I read through that and read through Jeff's, that I just want to kind of go over to see if this is how you remember it. Let's see. And so, is that something that you signed later, after the fact, or?

James Garretson:

Is this the one that was from Phillips?

FBI Agent Hunter Marsh:

Yeah.

James Garretson:

Well, I signed it, but it wasn't notarized.

FBI Agent Hunter Marsh:

Okay. I gotcha. I gotcha.

James Garretson:

He told me that he was going to have somebody-

FBI Agent Hunter Marsh:

Somebody do it later?

James Garretson:

... do it later, which I thought the notarized person had to witness the signatures. But he says he does that all the time.

FBI Agent Hunter Marsh:

One thing I want to ask you, James, you go by James?

James Garretson:

Yeah. James.

FBI Agent Hunter Marsh:

Okay. One thing I want to ask you, I saw... So in line seven it says, "I was provided protection from the government in return for signing up as a confidential informant." When you say provided protection, what do you mean? Some sort of an immunity agreement or-

Exhibit 152

This transcript was exported on Mar 30, 2022 - view latest version here.

James Garretson:

No, I never got immunity, I've said that from day one.

FBI Agent Hunter Marsh:

Okay. Okay.

James Garretson:

I was never-

FBI Agent Hunter Marsh:

But what do you mean by protection that the government did?

James Garretson:

I'm trying to think. Oh, so probably what I was referring to is, Amanda Green told me that I wouldn't be charged for this lemur. The whole thing with me is some lemur charge.

FBI Agent Hunter Marsh:

Okay. I gotcha.

James Garretson:

So that's probably what I'm meant.

FBI Agent Hunter Marsh:

Okay. Got it.

James Garretson:

But I was never given immunity, I've said that from day one. Everybody thinks that I have this immunity deal.

FBI Agent Hunter Marsh:

Right.

James Garretson:

I never asked for immunity, never asked for anything.

FBI Agent Hunter Marsh:

Yeah. You never called Carol Baskin to warn her about the murder for hire? You called her about selling the park, is that correct?

James Garretson:

No, that's not correct.

FBI Agent Hunter Marsh:

Exhibit 152

This transcript was exported on Mar 30, 2022 - view latest version here.

Okay.

James Garretson:

That's Jeff Lowe's deal.

FBI Agent Hunter Marsh:

Okay. But that's-

James Garretson:

Oh, oh, no, no. Yes. I called her to make the deal... Okay, so the whole thing started with me trying to sell the park for Jeff Lowe. That's when I called her to sell the park, but then Matt Bryan called me the next day.

FBI Agent Hunter Marsh:

Okay.

James Garretson:

So yes, that's how it happened.

FBI Agent Hunter Marsh:

Okay. In this, you said that you weren't present when Joe and Allen discussed the plot for the alleged murder for hire initially. Were you there at a later time when Joe and Allen Glover discussed any murder for hire?

James Garretson:

I was never in the same room as Allen Glover and Joe. I was never together with them.

FBI Agent Hunter Marsh:

Okay.

James Garretson:

Everything I did was separately, one on one.

FBI Agent Hunter Marsh:

Gotcha.

James Garretson:

The only thing I was together was Jeff Lowe and Joe, the first time the murder for hire was talked about, so that's a false statement.

FBI Agent Hunter Marsh:

Okay. Okay. Because when it's saying... It's implying, at some point, that you were with both of them it's just... Yeah. All that statement is saying is that-

Exhibit 152

This transcript was exported on Mar 30, 2022 - view latest version here.

James Garretson:

I've never met Glover, unless he was separate...

FBI Agent Hunter Marsh:

Got it.

James Garretson:

... at the park. I've never met them together.

FBI Agent Hunter Marsh:

Cool. Understood. Let me see here, in statement number 12 of the affidavit it says, "When it became clear to Bryant that the information regarding alleged murder for plan involving Glover would not materialize, it was Matt Bryant and Andrew [Fairba 00:09:28], who insisted and directed me to introduce the undercover agent to Joe Maldonado-Passage. They asked me to do the initial introduction and stay out of the conversation."

James Garretson:

That's true.

FBI Agent Hunter Marsh:

Okay. "I introduced the other undercover agent to Joe at the direction of Matt Bryan and Andy [Fairba 00:09:47], for the purpose of creating a crime as all the information"... This is the following statement. Yeah. And then note, obviously it says, "Creating a crime as all the information previously gathered concerning any murder plans was inaccurate." What does that mean?

James Garretson:

Creating a crime?

FBI Agent Hunter Marsh:

Yeah.

James Garretson:

No, I never said that, creating a crime.

FBI Agent Hunter Marsh:

Yeah. In this statement of the affidavit it's saying, "I introduced the undercover at the direction of the agents, for the purpose of creating a crime because all of the information previously gathered concerning any murder plan was not accurate."

James Garretson:

I never said that.

FBI Agent Hunter Marsh:

Exhibit 152

This transcript was exported on Mar 30, 2022 - view latest version here.

Okay. So you disagree with that statement that's in the affidavit?

James Garretson:

Totally disagree. Yeah.

FBI Agent Hunter Marsh:

Okay.

James Garretson:

They were hitting me sideways. There was two attorneys there.

FBI Agent Hunter Marsh:

At Phillips' office?

James Garretson:

Yeah.

FBI Agent Hunter Marsh:

Okay.

James Garretson:

It was this lady sitting, this little blonde lady that was supposedly an attorney and Phillips.

FBI Agent Hunter Marsh:

Okay.

James Garretson:

And they were hitting me from all different directions.

FBI Agent Hunter Marsh:

Okay.

James Garretson:

And so, that's not true.

FBI Agent Hunter Marsh:

Okay. Because some of the previous information to this, that came from you, correct? Like the original information about the $10,000.

James Garretson:

What do you mean?

FBI Agent Hunter Marsh:

Exhibit 152

This transcript was exported on Mar 30, 2022 - view latest version here.

Did Joe Passage originally ask you if you knew anybody that would kill Carol Baskin for $10,000?

James Garretson:

Oh, yeah. Yeah, yeah. He asked everybody that. Yeah.

FBI Agent Hunter Marsh:

Yeah. Well, I mean, I asked that because that's documented in a previous report [crosstalk 00:11:11]

James Garretson:

Oh, yeah. [crosstalk 00:11:12] Yeah.

FBI Agent Hunter Marsh:

Okay.

James Garretson:

Yeah, he asked everybody in the country to kill Carol for $10,000.

FBI Agent Hunter Marsh:

Let's see. Jeff Lowe, it says in statement 15, it says, "In June of '18, Matt Bryan interviewed Jeff Lowe and you were present for the whole interview. You were present when he was telling Lowe exactly what was needed in order to secure the charge. The interview took place after the undercover failed in his attempt to create a murder for hire plan with Maldonado-Passage." Are those your words, or?

James Garretson:

No, it's changed. When Matt Bryant... And I've said this 100 times, when Matt Bryant... I was there. I took Matt Bryan with my car to The Greater Wynnewood Park to meet Jeff Lowe-

FBI Agent Hunter Marsh:

Jeff Lowe, yeah.

James Garretson:

... when he was trying to get him to flip. I took him there. Him and Lauren... I was in the room. I didn't follow the conversation. I didn't even hear what they were talking about. Jeff Lowe was airing audio tapes and stuff for Bryant.

FBI Agent Hunter Marsh:

Okay.

James Garretson:

I was never a part of the conversation.

FBI Agent Hunter Marsh:

Okay.

Exhibit 152

This transcript was exported on Mar 30, 2022 - view latest version here.

James Garretson:

I was on this living room part of the house, they were in the kitchen area.

FBI Agent Hunter Marsh:

Okay.

James Garretson:

So I never heard what they were talking about.

FBI Agent Hunter Marsh:

Okay. On the affidavit it says, "The interview took place after the undercover agent failed in his attempt to create a murder for higher plan with Maldonado-Passage." Are those your words? Is that something that you would [crosstalk 00:12:41].

James Garretson:

I didn't say that, no. I would never-

FBI Agent Hunter Marsh:

Would you support that statement or no?

James Garretson:

Can you read it one more time?

FBI Agent Hunter Marsh:

Yeah. I mean, I'll let you look at it right there.

James Garretson:

Yeah. Which one is it?

FBI Agent Hunter Marsh:

Right here at the top. "This interview took place after the undercover agent failed in his attempt to create a murder for hire plan with Maldonado-Passage."

James Garretson:

I never said it like that, no.

FBI Agent Hunter Marsh:

Okay.

James Garretson:

He didn't really fail. Joe just found a different hit man.

FBI Agent Hunter Marsh:

Exhibit 152

This transcript was exported on Mar 30, 2022 - view latest version here.

Okay.

James Garretson:

So I would have never said that.

FBI Agent Hunter Marsh:

Yeah.

James Garretson:

And really, many times, I never wanted to go talk to Phillips.

FBI Agent Hunter Marsh:

So-

James Garretson:

Everybody was coaching me and working on me.

FBI Agent Hunter Marsh:

Okay.

James Garretson:

I never wanted to do it.

FBI Agent Hunter Marsh:

And I want to ask you... That's kind of what this next question I was going to ask you, in your statements here in statement 16, you referenced that Agent Bryant was constantly directing you on what to do and what to say. Obviously, you had a cooperating agreement to work with him. Is there some point where you felt like it was no longer voluntary on your part or?

James Garretson:

No. Everything with me was voluntary. I was pressured a lot because they were trying to get Joe to do it, so they put a lot of pressure on me.

FBI Agent Hunter Marsh:

Okay.

James Garretson:

I had to keep trying to make contact and stuff, and that's all in the audio tapes.

FBI Agent Hunter Marsh:

Gotcha.

James Garretson:

Exhibit 152

This transcript was exported on Mar 30, 2022 - view latest version here.

So I did have a lot of pressure. And then with me, out of everybody in this whole thing, I got the shit end of the stick because I still get harassed all the time, death threats, this threat, that threat.

FBI Agent Hunter Marsh:
Yeah.

James Garretson:
My Google reviews are screwed.

FBI Agent Hunter Marsh:
Oh really?

James Garretson:
Oh yeah. Yeah. And Joe's caused a lot of drama for me from jail.

FBI Agent Hunter Marsh:
Okay.

James Garretson:
And Phillips fuels the drama.

FBI Agent Hunter Marsh:
Yeah. I've seen a lot of the Twitter postings.

James Garretson:
Oh, he fuels it.

FBI Agent Hunter Marsh:
Yeah.

James Garretson:
He fights with that Ripper guy and he's a gossip queen. I mean, he's fueling this whole thing.

FBI Agent Hunter Marsh:
Yeah.

James Garretson:
If he would just... I don't know.

FBI Agent Hunter Marsh:
I gotcha.

James Garretson:

This transcript was exported on Mar 30, 2022 - view latest version here.

And text me out of the blue, motions and stuff. And why are you sending that to me?

FBI Agent Hunter Marsh:

Yeah. It's handled in a courtroom. Yeah. There was an emphasis on getting the money, money had to change hands. Is that something that Bryant communicated to you?

James Garretson:

Yeah.

FBI Agent Hunter Marsh:

Okay. Oh, this is an interesting one because I've heard this before. So, do you think that Lowe... It says in statement 17, you were present when Lowe was using threats to coerce Glover to testify in a way that matched Bryant's theory of the crime. Is that something that Lowe was doing? He was threatening people to-

James Garretson:

I never heard him threaten anybody.

FBI Agent Hunter Marsh:

Okay. This statement here-

James Garretson:

Let me read it.

FBI Agent Hunter Marsh:

Yeah, sure. It's just basically saying you were present when he was threatening Glover.

James Garretson:

See, that's not true.

FBI Agent Hunter Marsh:

Okay.

James Garretson:

Me, and Lowe and Glover never had any conversations where we were linked.

FBI Agent Hunter Marsh:

Okay.

James Garretson:

I was never-

FBI Agent Hunter Marsh:

Exhibit 152

This transcript was exported on Mar 30, 2022 - view latest version here.

Just kind of like with Joe and Glover, you always met at separate times.

James Garretson:

You got to think, most of the time, until I took the agent to Lowe, nobody even knew I was a informant. Nobody knew anything.

FBI Agent Hunter Marsh:

Right.

James Garretson:

So that's all bull.

FBI Agent Hunter Marsh:

Okay. Gotcha. Do you still talk to Glover at all or?

James Garretson:

I've never talked to Glover.

FBI Agent Hunter Marsh:

Lowe? No?

James Garretson:

No. No.

FBI Agent Hunter Marsh:

Okay.

James Garretson:

I don't talk to Glover, I don't talk to Lowe.

FBI Agent Hunter Marsh:

Okay.

James Garretson:

I mean, Glover talks to everybody around me, but I haven't talked to him.

FBI Agent Hunter Marsh:

Yeah. So with that, the affidavit that Mr. Phillips' firm had you sign said in the following statement that, "This is information previously undisclosed to the government and the trial attorneys for Joe."

James Garretson:

What was?

Exhibit 152

This transcript was exported on Mar 30, 2022 - view latest version here.

**FBI Agent Hunter Marsh:**

That statement that you were present when Lowe was threatening Glover.

**James Garretson:**

This had to be added because I read over this thing.

**FBI Agent Hunter Marsh:**

And you don't remember that one in there?

**James Garretson:**

I don't remember half of that stuff you're asking me.

**FBI Agent Hunter Marsh:**

Okay. No, that's fine. But just so we're clear, you weren't present if Lowe was ever threatening Glover.

**James Garretson:**

I was never present when Lowe was talking to Glover.

**FBI Agent Hunter Marsh:**

Gotcha.

**James Garretson:**

As soon as I made the introduction to Lowe, to Bryant, I never talked to him again.

**FBI Agent Hunter Marsh:**

Okay.

**James Garretson:**

So that's not true.

**FBI Agent Hunter Marsh:**

There's one here that says you did not turn over the entire text history of messages between you and Joe, and between you and Jeff Lowe, but you've now provided them to Joe's attorneys.

**James Garretson:**

I haven't provided anything to Joe's attorney.

**FBI Agent Hunter Marsh:**

Okay.

**James Garretson:**

I provided no text or anything to Joe's attorney.

Exhibit 152

This transcript was exported on Mar 30, 2022 - view latest version here.

FBI Agent Hunter Marsh:

So does that look like something that may have been added as well? [crosstalk 00:17:18] You don't recall seeing that?

James Garretson:

Yeah. No.

FBI Agent Hunter Marsh:

Okay.

James Garretson:

I didn't hand him anything.

FBI Agent Hunter Marsh:

Okay.

James Garretson:

I don't even have the texts. I don't even have... And Matt could tell you this, I wanted to get the audio of Joe because I don't have it. I never saved it. I wasn't thinking all this stuff was going to happen.

FBI Agent Hunter Marsh:

Gotcha.

James Garretson:

I saved no text message, I saved nothing. Actually, I lose my phone about one time a month on a jet ski. I've been through at least 10 or 12 phones since this whole deal. I have nothing on my phone or anything.

FBI Agent Hunter Marsh:

You don't back up Cloud storage? No?

James Garretson:

I have Android.

FBI Agent Hunter Marsh:

Okay.

James Garretson:

And my Google, I don't connect it to my Google.

FBI Agent Hunter Marsh:

I gotcha.

Exhibit 152

This transcript was exported on Mar 30, 2022 - view latest version here.

James Garretson:

And I asked Matt, I said, "How can I get the audio that I recorded from the government?" Because what I was going to do is, I was going to put that on a social media platform to stop all these idiots-

FBI Agent Hunter Marsh:

Rumors. Yeah.

James Garretson:

... from thinking that I set Joe up, when I didn't. Matt didn't set Joe up. Nobody set Joe up, he used his own mouth to talk to that federal agent. He used his own mouth to ask people to kill lady, and he's playing innocent and he's making me look like the shit head because... And I had nothing to do with it.

FBI Agent Hunter Marsh:

Yeah. Let me ask you this, it also says in here that "Leading up to, and before the trial, you talked to Howard Baskin via text message."

James Garretson:

Okay.

FBI Agent Hunter Marsh:

And he thanked you for getting the people off the streets and then he promised you some sort of protection from the USDA, is that-

James Garretson:

No, that's not... That's bullshit.

FBI Agent Hunter Marsh:

Okay.

James Garretson:

Okay. So, I don't like Carol. I hate Carol Baskin.

FBI Agent Hunter Marsh:

Right.

James Garretson:

Carol Baskin is the one that put me out of business in 2006, with the USDA. We have a long history. Our history goes deeper than Joe's and a lot of people don't even know that. People think I'm planted and Carol Baskin put me there. I hate Carol Baskin.

FBI Agent Hunter Marsh:

Right.

Exhibit 152

This transcript was exported on Mar 30, 2022 - view latest version here.

James Garretson:

She needs to be in jail.

FBI Agent Hunter Marsh:

Right.

James Garretson:

So, no, that is total false. And that was added.

FBI Agent Hunter Marsh:

All right. Got it. And you didn't get anything for this other than he, what flew you up there or-

James Garretson:

He didn't flew me, I drove with my own money.

FBI Agent Hunter Marsh:

Okay, you drove up there? Okay.

James Garretson:

I was going to pick up some jet skis in Orlando. So I was already up that way.

FBI Agent Hunter Marsh:

You were up north so you went over there?

James Garretson:

Yeah. And it's probably the dumbest thing I did is go up there. I mean, I know it is, but I did it, so.

FBI Agent Hunter Marsh:

He hasn't threatened you at all?

James Garretson:

He said some pretty nasty shit about me to a lot of people.

FBI Agent Hunter Marsh:

Mr. Phillips did?

James Garretson:

Yeah.

FBI Agent Hunter Marsh:

Just smearing your name?

James Garretson:

This transcript was exported on Mar 30, 2022 - view latest version here.

Yeah.

FBI Agent Hunter Marsh:

Okay. Is any of it on any video or?

James Garretson:

I don't know.

FBI Agent Hunter Marsh:

Okay.

James Garretson:

Ripper, you might want to talk to him.

FBI Agent Hunter Marsh:

Talk to Ripper?

James Garretson:

I would talk to Ripper, he's in Oklahoma. Him and Phillips had a blowing out and Phillip smears him, and has done some underhanded stuff. And he was the one that told me that they're passing all this stuff, Phillips is passing all this stuff about me around all these people, trying to discredit me so Joe can get out. I mean, we all know Joe's not getting out. He's not coming out, but a lot of this stuff is being manufactured by Lowe and Phillips.

FBI Agent Hunter Marsh:

Yeah. I wanted to-

James Garretson:

And Lowe was promised something and I could pretty much guarantee what it is.

FBI Agent Hunter Marsh:

Did somebody tell you, or you're just kind of taking a guess based on what else you heard?

James Garretson:

Well, I was kind of told that they were going to give him access to use the trademark. This is all about the trademarks because Lowe had some deals and Lowe doesn't do anything unless something's given to him. He doesn't do anything for anybody.

FBI Agent Hunter Marsh:

Lowe won't do anything unless he gets something out of it? Yeah. Is the trademarking under Joe for Tiger King coin and stuff like that?

James Garretson:

Exhibit 152

This transcript was exported on Mar 30, 2022 - view latest version here.

Yeah.

FBI Agent Hunter Marsh:

Okay.

James Garretson:

Because Jeff Lowe had all these deals done. He thought he owned the Joe Exotic name, the Tiger King name. And there's some attorney out there that sent him a cease and desist, Joe's trademark attorney or whatever. So I mean, what I think, and what I've been told, is that Phillips made some kind of deal with Lowe because he's handling what money Joe has.

FBI Agent Hunter Marsh:

Okay. So, let me ask you about Lowe. Okay? I don't really have any other things than the affidavit that I really need to discuss with you on what you stated. Let me ask you about Lowe. You weren't present when the Glover and Joe thing happened, right? Did you find Glover to be a person that Lowe had influence over?

James Garretson:

I didn't know that Glover and Lowe had a connection until after the trial was over.

FBI Agent Hunter Marsh:

Oh really?

James Garretson:

I never knew that Glover was a long time employee of Lowe.

FBI Agent Hunter Marsh:

You didn't know-

James Garretson:

I didn't know that.

FBI Agent Hunter Marsh:

Okay.

James Garretson:

I didn't learn a lot of this stuff out till everything was over with.

FBI Agent Hunter Marsh:

Did you ever ask Agent Bryant or [crosstalk 00:22:19] anybody about why Glover or Lowe might not be getting charged?

James Garretson:

This transcript was exported on Mar 30, 2022 - view latest version here.

No, I didn't.

FBI Agent Hunter Marsh:

Okay.

James Garretson:

But I thought it was kind of crazy. Well, what made me the maddest is, after Joe goes to jail, Jeff Lowe's doing more cub sells and all this stuff, than Joe did.

FBI Agent Hunter Marsh:

Yeah.

James Garretson:

And like with the Jake Paul tiger and all this stuff, and he just walked. And I know it's not true, but everybody thinks that Jeff Lowe is extorting Matt because of some girls that he slept with, which I find it total bull shit. But-

FBI Agent Hunter Marsh:

The whole thing's bull shit.

James Garretson:

Yeah.

FBI Agent Hunter Marsh:

Is that what you're saying?

James Garretson:

I know it is. I mean, I've met Matt. I know Matt, I've met him, he's not that guy.

FBI Agent Hunter Marsh:

Okay.

James Garretson:

He's never done anything to me-

FBI Agent Hunter Marsh:

So, if Jeff Lowe's making those accusations, you know nothing that supports those accusations?

James Garretson:

Nothing.

FBI Agent Hunter Marsh:

Okay.

Exhibit 152

This transcript was exported on Mar 30, 2022 - view latest version here.

James Garretson:

Because Joe, right when he was arrested, he was saying Matt was having sex with underage girls in his truck, in his government truck.

FBI Agent Hunter Marsh:

Just-

James Garretson:

Joe will throw anything at the wall to see if it sticks. I mean, they brutalize me weekly. They'll get all his cronies to just start attacking. I would've been thrown out of here if these weren't my friends that owned the place.

FBI Agent Hunter Marsh:

Oh really?

James Garretson:

Oh, they throw all kinds of shit at me.

FBI Agent Hunter Marsh:

Okay.

James Garretson:

And they still do.

FBI Agent Hunter Marsh:

Through social media, mainly?

James Garretson:

Yeah, and Phillips fuels it all.

FBI Agent Hunter Marsh:

Yeah.

James Garretson:

Phillips is behind all that.

FBI Agent Hunter Marsh:

Okay. Let me ask you this, I mean, you said you read Jeff Lowe's affidavit? So, when I read Jeff Lowe's affidavit, I mean, he comes off as the guy that orchestrates a lot of these moves and tells Allen Glover what to say and what to do. He kind of plays himself off as a puppet master in this. He's behind the scenes telling people, "This is what we need to do." And then this whole, what you talked about, him potentially extorting Agent Matt Bryant, what do you think of that? Is that something that Jeff Lowe is just, he's reaching or what do you make of that?

This transcript was exported on Mar 30, 2022 - view latest version here.

James Garretson:

Jeff Lowe's history is, everybody that knows Jeff Lowe's... I know a guy that lives down here, his name's Joe [Barth 00:24:52], Jeff Lowe was in business with him. Jeff Lowe extorts everybody he deals with.

FBI Agent Hunter Marsh:

Okay.

James Garretson:

Him and Lauren go around and record you nonstop, like he did with Stark and all that stuff. So he's a master conman, like a master.

FBI Agent Hunter Marsh:

Okay.

James Garretson:

But I don't know why Matt wasn't prosecuting. They went the civil route and I just found it weird, but I know Matt's not that guy. I mean, I met Matt's wife, I met his kids. I mean, that's why I said I would never... Phillips kept trying to get me to say stuff bad about Bryant, I'm not going to do it because he never did anything to me, other than the pressure. But I always said that that's probably coming down from his boss because Matt Bryant would always complain about his boss being hard on him.

FBI Agent Hunter Marsh:

Okay.

James Garretson:

So I figured the pressure was being put on by a US attorney or whatever [inaudible 00:25:50]. But I was never promised anything.

FBI Agent Hunter Marsh:

Okay.

James Garretson:

I was told until the day I was going to court that I could still be charged for the lemur.

FBI Agent Hunter Marsh:

Gotcha. No, I understand that. And you've seen the defense motion, there is a resentencing on 28th. And, I mean, I've read through it as I'm sure you've... They sent you a copy of it or they just tell you what it was going to be about?

James Garretson:

I think Phillips sent me a copy. I don't think I read it.

FBI Agent Hunter Marsh:

Exhibit 152

This transcript was exported on Mar 30, 2022 - view latest version here.

Okay. Do you have anything on your phone that Phillips sent you recently that I'd be able to look at?

James Garretson:

Yeah.

FBI Agent Hunter Marsh:

Okay.

James Garretson:

Yeah. He's... I don't know, man.

FBI Agent Hunter Marsh:

He harasses you pretty regular on that?

James Garretson:

Yeah. I don't... I mean, I blocked him a couple times too. Let's see, 904...

FBI Agent Hunter Marsh:

Does he mostly try to hit you on direct message or?

James Garretson:

He'll get me on messenger.

FBI Agent Hunter Marsh:

He will?

James Garretson:

He will call me on Facebook chat. He'll hit me through Instagram. I mean...

FBI Agent Hunter Marsh:

Okay.

James Garretson:

Yeah. So he'll send me everything. Okay so here's what I found out too, that he will actually... They were bashing me on Joe's page trying to incite all of Joe's crazy followers.

FBI Agent Hunter Marsh:

Okay.

James Garretson:

I called Phillips, I said, "Dude, what the hell's going on here? Can you control your client?" He's like, "I don't do this social media." And come to find out, some of the wording that he put on social media, it's right out of Phillip's mouth. He's doing that social media.

Exhibit 152

This transcript was exported on Mar 30, 2022 - view latest version here.

FBI Agent Hunter Marsh:

Oh, okay.

James Garretson:

He claims that Anne Patrick was doing it, but I think Phillips is doing all Joe's social media. But he'll send me motions and all this other stuff.

FBI Agent Hunter Marsh:

So this is him and all... Just so I'm clear, you're in the green, he's in the gray?

James Garretson:

Yeah.

FBI Agent Hunter Marsh:

Okay. And so he says, "And Finlay won't talk and he squealed because of him fucking a goat", apparently. What is that about?

James Garretson:

Did I say that?

FBI Agent Hunter Marsh:

Oh no. Is that John right there or no? In the gray.

James Garretson:

Yeah. "Finlay won't talk, he squealed", that's John.

FBI Agent Hunter Marsh:

Okay.

James Garretson:

So I guess-

FBI Agent Hunter Marsh:

He approached Finlay to get an affidavit from him?

James Garretson:

He was trying to stop Finlay.

FBI Agent Hunter Marsh:

Okay.

James Garretson:

But Finlay kind of flew off the map.

Exhibit 152

This transcript was exported on Mar 30, 2022 - view latest version here.

FBI Agent Hunter Marsh:

Okay.

James Garretson:

But he's talking to me like he's buddy buddies, like we're old high school friends and stuff. And then when he invited me to a concert, I'm like, why, you're inviting me to a concert? I forgot what concert it was, but it was in Jacksonville that day.

FBI Agent Hunter Marsh:

You didn't go?

James Garretson:

No. No. And then Jeff Lowe was out doing opening pitches for him and stuff, to some baseball game and stuff. And he was parading around with Jeff Lowe for weeks and weeks. They were just hanging out at the mall together, I mean, I don't know, a month ago at the Grapevine Mills Mall in Texas.

FBI Agent Hunter Marsh:

So when did... I didn't scroll all the way back up. Has Phillips been in contact you for several months now, back and forth and he just messages you like this?

James Garretson:

He just messages me.

FBI Agent Hunter Marsh:

Okay.

James Garretson:

And you're welcome to all the text messages. You can take them all, if you want.

FBI Agent Hunter Marsh:

You don't mind if I take a photo or a screenshot? Okay.

James Garretson:

Take whatever you want, as long as you guys don't come back and charge me with some bull shit.

FBI Agent Hunter Marsh:

Literally, I just-

James Garretson:

Just want it to be over with, yeah.

FBI Agent Hunter Marsh:

Yeah. [crosstalk 00:29:40] I think a lot of people involved do

Exhibit 152

This transcript was exported on Mar 30, 2022 - view latest version here.

James Garretson:

If the Joe stuff would just... People just keep inciting him in there. I mean, this guy's done more damage to people from prison. And I thought it was going to get better when he got locked up, man, it's worse. But the motion, he sent me the motion the other day. Boom, boom, boom, boom. You think I'll be subpoenaed for the resentencing?

FBI Agent Hunter Marsh:

Oh, I don't know. I was asking, I mean, it's coming up here in a couple weeks, I was just asking if you'd gotten any notice or if miss Mr. Phillips wanted you out there because he's going around collecting these affidavits.

James Garretson:

I wouldn't go on his behalf.

FBI Agent Hunter Marsh:

But he's going around collecting people to sign these affidavits, right? Because that's part of what they would be filing with the court.

James Garretson:

But isn't that for a new trial, that wouldn't be for a resentencing?

FBI Agent Hunter Marsh:

But the resentencing, may be the first chance to say, hey, because this got decided in the resentencing, maybe we think that there should be another trial or something.

James Garretson:

Oh, okay. Gotcha. Because Phillips already told me there's going to be a new trial.

FBI Agent Hunter Marsh:

Phillips told you there is going to be one?

James Garretson:

Phillips said he's going to have a new trial. See, what Phillips did, Phillips promised Joe that he'd be out by the end of the year.

FBI Agent Hunter Marsh:

Oh, really?

James Garretson:

He promised him. He told me that he'd be out by the end of the year, "I'll have him out by Christmas." And now he's saying 18 to whatever months, but he made all these outlandish claims, but he said there is going to be a new trial.

FBI Agent Hunter Marsh:

Exhibit 152

This transcript was exported on Mar 30, 2022 - view latest version here.

Okay. Let me ask you this, so he says here, "And Chelsea vicariously, it's all so fucked up"... This is John Phillips in this text, "but we found Sampson alive as of last week at Tiger Haven, so Cowie didn't even get the names right." Sampson's one of the tigers that-

James Garretson:

Yeah, but okay... So Cowie, Joe, Jeff, they had so many tigers nobody knew the names. They just kept switching the name drum for the USDA stuff. Nobody knew the names.

FBI Agent Hunter Marsh:

Okay.

James Garretson:

Jeff Lowe couldn't tell one tiger from another. He knows nothing about tigers, Jeff Lowe doesn't.

FBI Agent Hunter Marsh:

Obviously I'm here just to get to the facts, but I'm totally... I see in here you even texted him, "I'll defend myself with the facts" and that's all I want. So is there a reason that... I'm sure you saw the Twitter video with Allen Glover on there saying that he signed an affidavit too, you know that?

James Garretson:

Yeah.

FBI Agent Hunter Marsh:

Okay.

James Garretson:

Okay, so Allen Glover will do anything for a dollar. Okay? There's the Joe impersonator, you know that guy Bradley Weldon or whatever.

FBI Agent Hunter Marsh:

Yeah. I know who you're talking about.

James Garretson:

He has videos of Allen saying the total opposite. All these people were filming Allen. Allen is a drug addict, drunk. He'll say anything. And I don't know why they challenged me because I was there. These guys weren't there.

FBI Agent Hunter Marsh:

Yeah.

James Garretson:

Allen Glover was just... I mean, he intended to do this murder thing, so I don't know why he's changing his tune.

Exhibit 152

This transcript was exported on Mar 30, 2022 - view latest version here.

FBI Agent Hunter Marsh:

Yeah. And I go back to, is there any reason that Allen Glover would say something if Jeff Lowe told him to say something?

James Garretson:

I have no idea.

FBI Agent Hunter Marsh:

Okay.

James Garretson:

I mean, I heard that Glover was real loyal to Lowe because they were longtime deal.

FBI Agent Hunter Marsh:

Okay.

James Garretson:

But I didn't know that until after the trial.

FBI Agent Hunter Marsh:

I think your phone might have... I don't know if it died.

James Garretson:

Like Glover...

FBI Agent Hunter Marsh:

Maybe not.

James Garretson:

No, it's good. So Glover never told me... Yeah, you can take pictures of whatever you want.

FBI Agent Hunter Marsh:

Yeah. [inaudible 00:33:45]

James Garretson:

Yeah. So I don't...

FBI Agent Hunter Marsh:

Bill Mechanic's calling you.

James Garretson:

Oh, Hey, can I call you right back? Okay. Yeah, we'll get some. I'll call you right back when I'm done. All right. Let's see.

Exhibit 152

This transcript was exported on Mar 30, 2022 - view latest version here.

FBI Agent Hunter Marsh:

When you were talking earlier about how you took agent Bryant up to Wynnewood to do the introduction with Lowe, what was your relationship with Lowe prior to that? Did you guys hang out much?

James Garretson:

Lowe was in Vegas, living in Vegas. I've never hung out with Lowe.

FBI Agent Hunter Marsh:

Okay.

James Garretson:

I met Lowe at Applebee's one night.

FBI Agent Hunter Marsh:

Okay.

James Garretson:

And I met him at that neon jungle. I probably seen him outside of the park, probably two times.

FBI Agent Hunter Marsh:

Okay. But you felt comfortable with him after that meet to take Bryant up there?

James Garretson:

Well, Bryant was just trying to get me to make him flip. And then I asked him, I said, "Dude, Joe's under investigation. You might want to get on team USCA" and then he's like, "Sure, I will." But they fabricated the whole thing about the zoo being stolen. Lowe was given the zoo years prior. Everybody made it sound like me and Lowe were out to get this zoo. Lowe already owned the zoo years prior.

FBI Agent Hunter Marsh:

Okay.

James Garretson:

All we had to do is tell Joe to get out, so there's so many fabricated lies.

FBI Agent Hunter Marsh:

And Joe was doing some of the work because Lowe wasn't at the zoo a fair amount of time, correct?

James Garretson:

No, Lowe was out in Vegas, basically date raping chicks. That's what he was doing.

FBI Agent Hunter Marsh:

Exhibit 152

This transcript was exported on Mar 30, 2022 - view latest version here.

I mean, I've heard some of those crazy stories. Do you know of any women that were actually victimized?

James Garretson:

I know a couple victims, I do.

FBI Agent Hunter Marsh:

Do you?

James Garretson:

The one girl is afraid of ruining a reputation.

FBI Agent Hunter Marsh:

Okay.

James Garretson:

She was raped.

FBI Agent Hunter Marsh:

Is it a girl that's already been mentioned before?

James Garretson:

No.

FBI Agent Hunter Marsh:

Okay.

James Garretson:

She was raped and Lowe's admitted to me many a times that he gives them Molly's and gets them comfortable, and then Lauren starts in on them, and then that Ashley Webster, she's been mentioned.

FBI Agent Hunter Marsh:

Yeah. Do you know anything about that, or no?

James Garretson:

I didn't even know who Ashley Webster was until everything was over with.

FBI Agent Hunter Marsh:

Okay.

James Garretson:

I never heard of her, but the one girl was truly raped, but she didn't want to go through the whole court thing. And then I think Lowe made some threats.

Exhibit 152

This transcript was exported on Mar 30, 2022 - view latest version here.

FBI Agent Hunter Marsh:

Okay.

James Garretson:

And I can give you a hint. Well, I can tell you. You know the girl... I don't know how much of the case you know, but Jeff Lowe City gave this sloth to this girl, the girl that's filing an affidavit that she was never given a slot.

FBI Agent Hunter Marsh:

Okay.

James Garretson:

I was behind her signing that affidavit.

FBI Agent Hunter Marsh:

Was that for Phillips or-

James Garretson:

No, that [crosstalk 00:36:42] was-

FBI Agent Hunter Marsh:

For the guy we're talking about?

James Garretson:

That was for Joseph's department.

FBI Agent Hunter Marsh:

Gotcha.

James Garretson:

It's her sister that was raped.

FBI Agent Hunter Marsh:

Okay.

James Garretson:

And yeah, if somebody approached her, she would tell the truth.

FBI Agent Hunter Marsh:

Yeah.

James Garretson:

But she was raped. And there's a lot of other victims.

Exhibit 152

This transcript was exported on Mar 30, 2022 - view latest version here.

FBI Agent Hunter Marsh:

Yeah.

James Garretson:

I knew one that managed Victoria's Secrets up in the city, but I don't know which Victoria's Secrets. I know one Asian lady that left there with no clothes on one night because she kept fighting them, she wouldn't put out or whatever. She left there naked.

FBI Agent Hunter Marsh:

Left the zoo?

James Garretson:

Yeah.

FBI Agent Hunter Marsh:

Okay.

James Garretson:

Jeff Lowe kicked her out, she left naked.

FBI Agent Hunter Marsh:

Okay.

James Garretson:

There's a lot of people I'm-

FBI Agent Hunter Marsh:

Did he hang in Dallas or... You say up in the city and Victoria Secrets, you're talking about OKC or Dallas?

James Garretson:

OKC.

FBI Agent Hunter Marsh:

Okay.

James Garretson:

This girl was, because I met this girl. And then in Dallas, he's been all over Dallas. There's probably victims everywhere.

FBI Agent Hunter Marsh:

Yeah.

James Garretson:

Exhibit 152

This transcript was exported on Mar 30, 2022 - view latest version here.

Because he would always show me pictures on his phone. He really disgusts me, he would show me pictures of chicks passed out on his phone and he truly disgusted me.

FBI Agent Hunter Marsh:

Okay. There's obviously the sexual assault allegations with, Lowe, is there any other criminal activity with Lowe that you were made aware of during this time?

James Garretson:

Only thing I knew about Lowe is the Prince clothing.

FBI Agent Hunter Marsh:

The what?

James Garretson:

The Prince clothing. That's all I knew. That's how he survived. He made Prince clothing and sold it. He had Lauren notarize it, the authenticity. That's why she used the name Dropla because she was a notary, so she used Dropla. So they'd make fake Prince boots, clothing. If you really want the full scoop, you'd need talk to Eric Yano.

FBI Agent Hunter Marsh:

Okay.

James Garretson:

You know his name?

FBI Agent Hunter Marsh:

I've heard the name. Yeah.

James Garretson:

And he would tell you everything. He was in on it.

FBI Agent Hunter Marsh:

Okay.

James Garretson:

And he got drug through the mud and conned out of a lot of money too. But Eric Yano was the one that told me about the first rape victim and I tried to get her to come forward and she wouldn't come forward. But if somebody approached her, she probably would.

FBI Agent Hunter Marsh:

Okay.

James Garretson:

Exhibit 152

This transcript was exported on Mar 30, 2022 - view latest version here.

You want me to just save those texts in case there's any problem?

FBI Agent Hunter Marsh:

Yeah, if you would save them that would be good. I mean, there's just a lot, right?

James Garretson:

If I knew [crosstalk 00:39:17] how to send them all to you, I'd send them all to you.

FBI Agent Hunter Marsh:

He's texting you all the time, like you said. I mean, if it's not every day, it's-

James Garretson:

It's crazy. I can't figure it out.

FBI Agent Hunter Marsh:

It'll be every day and then there'd be a week break and then he's texting you every day. So I'm trying to figure out, [crosstalk 00:39:32] is he is talking, is he trying to get on a good side with you or?

James Garretson:

No, man. He's just spreading drama, I think.

FBI Agent Hunter Marsh:

Yeah.

James Garretson:

I mean he wanted to be on this TV show that bad. All he talked about is Tiger King 2, Tiger King 2. I mean, he's like a fan boy. He's like a fan boy.

FBI Agent Hunter Marsh:

Who else do you think he's collected affidavit statements from, Mr. Phillips?

James Garretson:

Lowe, Glover, I think just Lowe and Glover are the only ones I heard from.

FBI Agent Hunter Marsh:

Okay.

James Garretson:

Or heard about. He couldn't get a hold of John Finlay. He did talk to Joe's brother, he told me, and then Chelsea, I don't know who that is. I've never met her. I think it was Joe's niece, but I was never a part of any of that. I was pretty much kept... When I went to the park I either saw Glover or I saw Joe. I was never around anybody else, like Chelsea and all that stuff.

This transcript was exported on Mar 30, 2022 - view latest version here.

FBI Agent Hunter Marsh:

Okay. You didn't interact with Reinke?

James Garretson:

I hate Reinke with a passion.

FBI Agent Hunter Marsh:

You hate Reinke with a passion. Is there history there, or?

James Garretson:

He killed more animals than Joe.

FBI Agent Hunter Marsh:

You mean like euthanized them or-

James Garretson:

No, like shot. He was just a nasty individual. What made me mad with the whole thing is Joe went, when Reinke should have went, Finlay should have went, because they were all doing disgusting things to animals. They were selling to Gregg Woody, the guy in Illinois and they were going right to the meat markets. And to this day, Gregg Woody's wide open doing the same thing.

FBI Agent Hunter Marsh:

Okay.

James Garretson:

I really wasn't keen about how everything was enforced, but I expressed that to Bryant, I never held back.

FBI Agent Hunter Marsh:

Okay.

James Garretson:

I expressed that to him too.

FBI Agent Hunter Marsh:

Okay. One thing, there's a lot here, so I mean, all I'd ask is that... Because I don't want to take your phone from you and have to download all this, but I mean, I would say save this because sitting here my impression is that what you think Mr. Phillips doing is not on the up and up and it's unethical. And so if there's something in here where you feel like he's trying to twist your words or-

James Garretson:

No, I'll save it for you.

Exhibit 152

This transcript was exported on Mar 30, 2022 - view latest version here.

FBI Agent Hunter Marsh:

Save it, yeah.

James Garretson:

If you can tell me a way to send it all to you, I'd just send it all to you.

FBI Agent Hunter Marsh:

Yeah. I can give you my...

James Garretson:

But I mean, I'm not a technical guy.

FBI Agent Hunter Marsh:

Yeah. No, right. I can give you my email address and my phone number and...

James Garretson:

I could just go through it.

FBI Agent Hunter Marsh:

There's just a lot in there that I'm just-

James Garretson:

I mean, can you just save the whole conversation?

FBI Agent Hunter Marsh:

I could, if I had your phone hooked up to my laptop, probably, but...

Speaker 3:

[inaudible 00:42:31] screenshot from... Bring it down every couple conversations. [crosstalk 00:42:38] It would take a long time.

FBI Agent Hunter Marsh:

I just have maybe a couple more questions. Can you just look through, you know this is Joe's attorney and he's talking with Mr. Garretson. You can read through, this is the... I have it all the way rolled back. If there's something that seems like it's some sort of an allegation.

James Garretson:

Yeah. I won't let anybody touch that stuff, so-

FBI Agent Hunter Marsh:

Something's that's not on the up and up.

Speaker 3:

This transcript was exported on Mar 30, 2022 - view latest version here.

Yeah.

FBI Agent Hunter Marsh:

Just see, it mark it, I'll take a photo of it real quick. If you wouldn't mind, just [crosstalk 00:43:07] scrolling through there. Because a lot of it looks like he's just trying to socialize with you more than anything. I don't see anything on there that looks like he's threaten... There's one picture where-

James Garretson:

He's never threatened me.

FBI Agent Hunter Marsh:

Yeah. So, I guess what I'm saying is, I don't need to grab it if it's just, he's socializing you, he's hitting it up just like anybody else. I did have a question for you though. In your affidavit, you talk a little bit about how you do the introduction with Lowe, but were there times where you were to record conversations that Agent Bryant had instructed to record that you maybe didn't turn over to Agent Bryant or, do you know?

James Garretson:

Yeah. I mean, I didn't... Like deliberately?

FBI Agent Hunter Marsh:

Yeah. What was his method? There's different methods that records conversations. What was the one that you were using?

James Garretson:

I did volume. I had an app on my phone that recorded all my conversations that-

FBI Agent Hunter Marsh:

Gotcha.

James Garretson:

So whenever my phone rang it was all verbal. I'd put accept, or record or whatever.

FBI Agent Hunter Marsh:

Okay.

James Garretson:

But I turned over all the conversations, the verbal conversations with them.

FBI Agent Hunter Marsh:

To the government?

James Garretson:

Exhibit 152

This transcript was exported on Mar 30, 2022 - view latest version here.

To Matt, yeah.

**FBI Agent Hunter Marsh:**

Yeah. You didn't delete anything? Okay. Okay.

**James Garretson:**

No. Because Matt would even... I mean, I'd show him my phone whenever we met or whatever, but most of my stuff was, I'd have to record the call. So I called him.

**FBI Agent Hunter Marsh:**

Yeah.

**James Garretson:**

And then a lot of the times there was a governments recording device, towards the end. I couldn't get that thing queued up fast enough, so I just put the app on my phone.

**FBI Agent Hunter Marsh:**

I know what you're saying. Yeah.

**James Garretson:**

It was like a little cheap...

**FBI Agent Hunter Marsh:**

Yeah.

**James Garretson:**

Unless it was the wire that I wore at the park.

**FBI Agent Hunter Marsh:**

I gotcha. And so you're still getting threats and harassment from [crosstalk 00:45:04] Joe Exotic supporters? Really?

**James Garretson:**

Oh, yeah.

**FBI Agent Hunter Marsh:**

Okay.

**James Garretson:**

Yeah. They call my secretary all the time and threaten her. I get the whole rat thing from everybody in the world, pretty much.

**FBI Agent Hunter Marsh:**

Exhibit 152

This transcript was exported on Mar 30, 2022 - view latest version here.

Okay.

James Garretson:

I've had the cops out-

FBI Agent Hunter Marsh:

Any positive notoriety from it?

James Garretson:

Oh, no, in person everybody loves me because I'm the jet ski guy, whatever. It's only on social media. In person, I have no problem.

FBI Agent Hunter Marsh:

Yeah.

James Garretson:

I mean I'm here every day doing... I mean, I work here for a living every day, so.

FBI Agent Hunter Marsh:

Right, right. So you're not living up in the Dallas area at all?

James Garretson:

Yeah, I have a house there. I have a house in Keller.

FBI Agent Hunter Marsh:

Okay.

James Garretson:

So, until the help situation got so bad down here because nobody wants to work, I was doing two weeks in Keller, two weeks here.

FBI Agent Hunter Marsh:

Okay.

James Garretson:

But now I'm stuck here pretty much all the time.

FBI Agent Hunter Marsh:

Okay.

James Garretson:

But, yeah. So I go back and forth. How'd y'all know where I'm at, just Google The Watersports Company?

Exhibit 152

This transcript was exported on Mar 30, 2022 - view latest version here.

**FBI Agent Hunter Marsh:**

Yeah. Yeah. I mean, multiple way... You're tied to-

**James Garretson:**

Did you guys go see Glover?

**FBI Agent Hunter Marsh:**

I did go see Glover, yeah.

**James Garretson:**

Okay because he was telling everybody that the FBI came to his house and gave him a gag order.

**FBI Agent Hunter Marsh:**

No, I didn't give-

**James Garretson:**

I know, that's what Eric is telling everybody. He's told half the country.

**FBI Agent Hunter Marsh:**

Oh, okay. Unless some other FBI came... No, I did actually make a visit to his house a little over a month ago, again, just kind of go over the facts of the affidavit because I'm like, this is a little bit different than what I saw from the trial and the other notes in the case. So I tried to clarify some points with him. I wasn't able to... We had a conversation briefly, but at that point I think he was advised by... He was explaining that Mr. Phillips told him that if the government approached him to contact him and he would get an attorney for him. Because he couldn't represent him because he's obviously representing Joe, so.

**James Garretson:**

And then Phillips, I know Phillips... Well, I saw a video the other day that Phillips said that he was going to represent Jeff Lowe to get his animals back. But that'd be a sole conflict of-

**FBI Agent Hunter Marsh:**

Yeah. Yeah. Especially now.

**James Garretson:**

But I don't think Phillips is a practicing attorney because he just... I mean, I'm in business, so I have attorneys and stuff, but I just never seen an attorney act like he acts.

**FBI Agent Hunter Marsh:**

You mean as far as the social media presidents.

**James Garretson:**

Social media, the gossip, and the chitchatting and it just makes no sense.

Exhibit 152

This transcript was exported on Mar 30, 2022 - view latest version here.

FBI Agent Hunter Marsh:

So those texts go back to August, but when would you say he originally contacted you?

James Garretson:

Probably August.

FBI Agent Hunter Marsh:

Okay.

James Garretson:

Because Rebecca Chaiklin brought him here.

FBI Agent Hunter Marsh:

Yeah. What's the deal that... Why isn't Netflix-

James Garretson:

Then after that, I kind of find out that she's playing all sides too. They're just trying to make TV, they don't give a shit about the truth or nothing. They don't really care. They're just there to make everybody look bad.

FBI Agent Hunter Marsh:

Yeah.

James Garretson:

But she was like, "I love Phillips" and this and that. And they kind of baited me in. So, I don't know.

FBI Agent Hunter Marsh:

Okay. Yeah. I don't really want to take up much more of your time.

James Garretson:

No, you're good. Yeah, get it all cleared up.

FBI Agent Hunter Marsh:

Yeah.

James Garretson:

Am I going to need to sign something for the government?

FBI Agent Hunter Marsh:

No.

James Garretson:

They'll...

Exhibit 152

This transcript was exported on Mar 30, 2022 - view latest version here.

FBI Agent Hunter Marsh:

No. I mean if the government or if Mr. Phillips would require you to be at a resentencing or something else [crosstalk 00:48:28]

James Garretson:

If he calls me I'm not going to do it.

FBI Agent Hunter Marsh:

No, we're good.

James Garretson:

I don't want to be involved in that shit show.

FBI Agent Hunter Marsh:

Yeah. And is there anything else that you've seen me toss around as a rumor or accusation that you think it might be good for me to know about?

James Garretson:

I just think there's a... Lowe was promised something for changing his whole tune.

FBI Agent Hunter Marsh:

Okay.

James Garretson:

There's something promised.

FBI Agent Hunter Marsh:

And you said that you're aware that Lowe was trying to cast doubt or scrutiny on agent Bryant for having girlfriends or something like that. Right? Okay.

James Garretson:

The one that Joe... Underage girls in his truck.

FBI Agent Hunter Marsh:

You said Joe threw that out?

James Garretson:

Joe threw it out there and then Lowe just kind of jumped on the bandwagon.

FBI Agent Hunter Marsh:

And then Lowe just kind of... Okay.

James Garretson:

Exhibit 152

This transcript was exported on Mar 30, 2022 - view latest version here.

What I hear is Lowe got mad because Matt couldn't protect him from the whole animal stuff, from the USDA and all that stuff. That's when I heard he got all disgruntled, but-

FBI Agent Hunter Marsh:

That's when Lowe got disgruntled? Okay. You still talk to Agent Bryant at all or no?

James Garretson:

No, I figured he wouldn't because of this.

FBI Agent Hunter Marsh:

Yeah.

James Garretson:

I tried to call him that one day because I was going to tell him, "Hey, I didn't really want to do that." But he probably thinks that I bashed him and I've never bashed the guy.

FBI Agent Hunter Marsh:

Yeah.

James Garretson:

I wouldn't bash the guy. And he was trying to get me to bash the prosecutor, what's her name?

FBI Agent Hunter Marsh:

Amanda Green?

James Garretson:

Amanda Green.

FBI Agent Hunter Marsh:

Phillips is trying to get you to bash her?

James Garretson:

Yeah, to bash her.

FBI Agent Hunter Marsh:

How, give me an example?

James Garretson:

I don't know, he just kept saying, "Well, what did she promise you? And what did you know? You know she's an animal rights activist, you know she works for PETA", or he would just make all these deals to try to get me fired up.

FBI Agent Hunter Marsh:

Exhibit 152

This transcript was exported on Mar 30, 2022 - view latest version here.

She works for PETA?

James Garretson:

She's doing PETA speeches.

FBI Agent Hunter Marsh:

Okay.

James Garretson:

Supposedly she was supposed to speak at one of these conventions.

FBI Agent Hunter Marsh:

Okay.

James Garretson:

Recently and it's in the text, but Phillips sent me the dinner convention that she was supposed to be a part of and he was going to go buy a ticket. And he wanted me to go buy a ticket.

FBI Agent Hunter Marsh:

Just to sit there and-

James Garretson:

To prove that she's animal rights, that's why Joe's in jail.

FBI Agent Hunter Marsh:

Okay.

James Garretson:

That was his deal is, if they can prove it is part of a movement, that they could prove Carol Baskin, Howard, Matt Bryant Amanda Green all conspired to get Joe. That's what they're going to do.

FBI Agent Hunter Marsh:

And I mean, I'll ask you this and it's on a recorder, honestly, if there's... And I work for the government and I recognize there's a big distrust with the government going on. And I don't even know if my dad trusts the government. But is there anything that you came across that, whether it be from prosecutors or agents investigating it, that you thought was unethical or immoral or anything like that, at all?

James Garretson:

I didn't. The only thing I think is it was selective prosecution.

FBI Agent Hunter Marsh:

As far as other people could have been charged with crimes?

Exhibit 152

This transcript was exported on Mar 30, 2022 - view latest version here.

James Garretson:

He let the hit man run. And I mean, probably that's just me thinking, but this guy was going to go kill somebody and he's out on the street. And then if Jeff Lowe made all these false statements to the government in his rule 11, was it rule 11? Is that when you go in there and you discuss all your crimes?

FBI Agent Hunter Marsh:

A rule 11, yeah.

James Garretson:

So Jeff Lowe's not capable of telling the truth about anything. We all know that, everybody knows that. Anything he said is... Nothing's ever been true. And I ask myself every day, "How is Lowe still running around?"

FBI Agent Hunter Marsh:

Yeah.

James Garretson:

So I mean, I...

FBI Agent Hunter Marsh:

No, you're not the first one that's said that to me, so.

James Garretson:

I mean, Joe's a turd, but... And then when they put in that show that there was a murder plot against Joe that's, Lowe and Phillips made that up because I was there. I never heard anything about them trying to kill Joe.

FBI Agent Hunter Marsh:

Why do you think Lowe and Phillips made that up?

James Garretson:

To make him Joe look like the victim.

FBI Agent Hunter Marsh:

Okay. But do you have any evidence that they discussed that or you just-

James Garretson:

No, the only evidence is I was there the whole time at the park. I would've heard something.

FBI Agent Hunter Marsh:

Yeah. How did you hear about that whole piece?

James Garretson:

Exhibit 152

This transcript was exported on Mar 30, 2022 - view latest version here.

Through Tiger King. Through Rebecca Chaiklin [crosstalk 00:52:54] said that they were out looking for a piece of barbed wire that was supposedly put across a riding path of Joe's and that wasn't... So she laughed and she said it's comical because there was barbed wire everywhere, it was an old horse farm. And that was all made up by Jeff Phillips.

FBI Agent Hunter Marsh:

Did she say that or no?

James Garretson:

Pretty much.

FBI Agent Hunter Marsh:

Okay. You still talk to her or no?

James Garretson:

And well, who warned me about Phillips is Eric Goode.

FBI Agent Hunter Marsh:

Okay.

James Garretson:

Eric Goode kept saying Phillips is changing the whole narrative.

FBI Agent Hunter Marsh:

Okay.

James Garretson:

And he's the one that warned me about Phillips. Well, Rebecca and Eric Goode play each other. They act like they hate each other, but they don't.

FBI Agent Hunter Marsh:

Okay.

James Garretson:

They play good cop, bad cop. And Eric Goode told me to, "Don't talk to Phillips, drop it", after it was all set up.

FBI Agent Hunter Marsh:

Okay. Gotcha.

James Garretson:

So, those two could shine a lot of light because they know a whole lot more than-

Exhibit 152

This transcript was exported on Mar 30, 2022 - view latest version here.

FBI Agent Hunter Marsh:

They would know what his interests would be if they're not pure, is what you're saying?

James Garretson:

Yeah.

FBI Agent Hunter Marsh:

Okay.

James Garretson:

And then-

FBI Agent Hunter Marsh:

But then Rebecca... You got to be careful because Rebecca has this big soft spot for Joe. He calls her every day.

FBI Agent Hunter Marsh:

Oh, okay.

James Garretson:

Hours on the phone.

FBI Agent Hunter Marsh:

Oh.

James Garretson:

So...

FBI Agent Hunter Marsh:

They're in constant communication still to this day, you think? Okay.

James Garretson:

Yeah. And yeah, they're in total... Yeah.

FBI Agent Hunter Marsh:

Okay.

James Garretson:

And Eric hated it because Eric hates Joe, Rebecca loves Joe. And they're making a documentary together, so.

FBI Agent Hunter Marsh:

Gotcha.

Exhibit 152

This transcript was exported on Mar 30, 2022 - view latest version here.

James Garretson:

But I mean, I wish the tapes would get out there so people could see that Joe really tried to hire somebody to kill a lady.

FBI Agent Hunter Marsh:

Right.

James Garretson:

That would take all the heat off me.

FBI Agent Hunter Marsh:

Right. I know.

James Garretson:

But I didn't keep anything. I didn't think I ever needed it.

FBI Agent Hunter Marsh:

Yeah. Is there anything [inaudible 00:54:46]. Yeah, I might take that one. So you talked about going to meet Reinke?

James Garretson:

Oh, he did meet Reinke. Reinke did do an affidavit. Yes.

FBI Agent Hunter Marsh:

Yeah. No, I got it.

James Garretson:

Now that you refreshed my mind, he did.

FBI Agent Hunter Marsh:

Okay. And again, just to be clear, he's the green? Sometimes it shows up different on your phones. The green is no-

James Garretson:

No, he's the gray.

FBI Agent Hunter Marsh:

He's the gray?

James Garretson:

Yeah.

FBI Agent Hunter Marsh:

Exhibit 152

This transcript was exported on Mar 30, 2022 - view latest version here.

Okay. Got it. [inaudible 00:55:43] Okay.

James Garretson:

How did you guys get involved in this anyway?

FBI Agent Hunter Marsh:

So I'm assigned to Oklahoma and-

James Garretson:

Is Andy not involved anymore?

FBI Agent Hunter Marsh:

Andrew's retired.

James Garretson:

He's retired?

FBI Agent Hunter Marsh:

Andy retired, yeah.

James Garretson:

Not because of this good drama, really?

FBI Agent Hunter Marsh:

I would hope not. No. So-

James Garretson:

Oh, I didn't know that. That's crazy.

FBI Agent Hunter Marsh:

Because there's affidavits where now the defense is saying, "Hey, we have people including, but not all, but some of them were government witnesses. Some were not witnesses that now have made statements that we feel supports Joe's case for resentencing and or other things." The US attorney's office reached out to our office and said, "Hey, they filed this motion, they're going to have a resentencing granted." So we do need to do our due diligence and follow up and be like, okay, hey, is it a play on words? People have taken things out of context or what's going on?

James Garretson:

After seeing that, that stuff's changed.

FBI Agent Hunter Marsh:

Okay. You don't feel like this is what you were-

Exhibit 152

This transcript was exported on Mar 30, 2022 - view latest version here.

James Garretson:

That's not what I said.

FBI Agent Hunter Marsh:

... that conversation you were having with them in the room?

James Garretson:

No.

FBI Agent Hunter Marsh:

Okay.

James Garretson:

And the last page is just a signature page?

FBI Agent Hunter Marsh:

Yeah.

James Garretson:

They could of at least added their own pages. He emailed me some other stuff because he got mad at me when I said I'm not doing it. He sent me an agreement by email too, if you want that agreement.

FBI Agent Hunter Marsh:

Oh, he sent you an agreement by email?

James Garretson:

He wanted to add some things to my statement.

FBI Agent Hunter Marsh:

Oh, really?

James Garretson:

And-

FBI Agent Hunter Marsh:

Yeah. Do you have that email?

James Garretson:

Yeah.

FBI Agent Hunter Marsh:

Would you be able to look for it? I'll let you...

Exhibit 152

This transcript was exported on Mar 30, 2022 - view latest version here.

James Garretson:

Yeah. He sent mine and Brittany's. He's like, "Can you notarize this?" And I was like, "No." I said, "Your client's sitting there and causing riots, causing all these people to fucking attack me."

FBI Agent Hunter Marsh:

Yeah.

James Garretson:

And I'm like, "I'm not helping your client. He can rot in there."

FBI Agent Hunter Marsh:

Here's a clean copy. You can look through there. I mean, I already adjust the ones that I-

James Garretson:

Can I have this?

FBI Agent Hunter Marsh:

Let me get you a copy. Let me get you a copy. I could send it down to him to give you a copy of it.

James Garretson:

And then the whole notary thing was kind of weird too, like...

FBI Agent Hunter Marsh:

That they wanted to do it after the fact?

James Garretson:

Yeah.

FBI Agent Hunter Marsh:

And then you said there were other attorneys that were present, correct?

James Garretson:

Yeah, Amy Hanna.

FBI Agent Hunter Marsh:

Okay. Were you able to gauge any kind of interest, other than just feeling that he was wrongly sentenced or convicted? Was there any other ulterior-

James Garretson:

What do you mean?

FBI Agent Hunter Marsh:

Exhibit 152

This transcript was exported on Mar 30, 2022 - view latest version here.

Well, you'd mentioned earlier that Rebecca contacted you and obviously Mr. Phillips has had a pretty strong social media presence. So, there's a lot of publicity on that end. Did you think... I mean, his interest was partly the...

FBI Agent Hunter Marsh:
Oh, to be on TV?

FBI Agent Hunter Marsh:
Yeah.

James Garretson:
It was, 100%.

FBI Agent Hunter Marsh:
Okay.

James Garretson:
100%.

FBI Agent Hunter Marsh:
Okay.

James Garretson:
He would always talk about filming, and this and that.

FBI Agent Hunter Marsh:
Yeah.

James Garretson:
Oh, and hold on. I'd have to think of who told me this, but he told somebody that this could be his big hoorah, if Joe gets out. He could make two to $5 million. Because he could, Joe's-

FBI Agent Hunter Marsh:
Legitimately, maybe. Yeah.

James Garretson:
So that's why he's focusing nothing on this. And that's why I think he'd go to any extreme because I don't think his law practice is very much. And he hates me for calling him an ambulance chaser.

FBI Agent Hunter Marsh:
Oh.

James Garretson:

Exhibit 152

This transcript was exported on Mar 30, 2022 - view latest version here.

I called that in Tiger King and every time he talks to me, he'll mention in there, it's like he's trying to prove himself as a criminal lawyer because I called him an ambulance chaser.

FBI Agent Hunter Marsh:

Okay.

James Garretson:

That's what he is.

FBI Agent Hunter Marsh:

He has a personal injury, a firm up there?

James Garretson:

Yeah.

FBI Agent Hunter Marsh:

Okay.

James Garretson:

So I just called him an ambulance chaser and he just got furious. He didn't like that at all.

FBI Agent Hunter Marsh:

Okay. But I mean, you guys are still on good enough terms, if you called him he'd answer your call? No?

James Garretson:

I don't know. I mean, yeah. I mean-

FBI Agent Hunter Marsh:

It looks like he's still hitting you up with texts regular.

James Garretson:

The Ripper guy wants to box him. They want to have a celebrity boxing match.

Speaker 3:

I saw that.

FBI Agent Hunter Marsh:

Who promoted that idea, which one?

James Garretson:

Well, I want to beat up Jeff Lowe. Not on the record, but just for ruining four or five years of my life, but I figured, you get paid for it. So, I have a lot of friends in the MMA community.

Exhibit 152

This transcript was exported on Mar 30, 2022 - view latest version here.

FBI Agent Hunter Marsh:

Right.

James Garretson:

I go to a lot of the fights and stuff.

FBI Agent Hunter Marsh:

Okay.

James Garretson:

And yeah, no. And then Ripper knew I wanted to fight Jeff Lowe and John Reinke, so he said that, well, he wants to beat up Phillips because Phillips was doing some unethical stuff. There's some bar complaints and stuff coming pretty soon.

FBI Agent Hunter Marsh:

Okay. From Ripper against-

James Garretson:

From, probably the family's attorney. And he sued a couple people without his knowledge.

FBI Agent Hunter Marsh:

When you say the family, you're talking about Don Lewis' family?

James Garretson:

The Don Lewis, yeah. Yeah.

FBI Agent Hunter Marsh:

Okay.

James Garretson:

A lot of shits about to hit the fan because everybody knows that Carol... They've changed her story many times and Carol's just so protected by the sheriff.

FBI Agent Hunter Marsh:

Okay.

James Garretson:

And I know why the Sheriff's protecting. I mean, I know the whole story of Don Lewis. And I know about Chad Chronister, and I know about the DeBartolo family donating money and there's a lot of conflicts there. It's all going to be brought to light pretty soon by this heavy hitting attorney, Alex Spiro.

FBI Agent Hunter Marsh:

Okay.

Exhibit 152

This transcript was exported on Mar 30, 2022 - view latest version here.

James Garretson:

And he's MC Jagger's attorney, so he's fixing to knock some heads together.

FBI Agent Hunter Marsh:

Okay.

James Garretson:

But I guess Ripper has emails where John Phillips was trying to get Joe as a client while he was represented by other lawyers.

FBI Agent Hunter Marsh:

Oh.

James Garretson:

And he has all these emails from Phillips.

FBI Agent Hunter Marsh:

Okay. Saying that what he was doing was unethical?

James Garretson:

Yeah.

FBI Agent Hunter Marsh:

Okay.

James Garretson:

So he would be one you would really want to talk to.

FBI Agent Hunter Marsh:

Okay.

James Garretson:

Because he knows the whole story.

FBI Agent Hunter Marsh:

Gotcha. So are you running tours down here, like five, six days a week or seven days?

James Garretson:

Seven days.

FBI Agent Hunter Marsh:

Are you? Okay.

Exhibit 152

This transcript was exported on Mar 30, 2022 - view latest version here.

James Garretson:
Seven days.

FBI Agent Hunter Marsh:
Pretty booked up?

James Garretson:
I did $1 million in jet skis last year.

FBI Agent Hunter Marsh:
Geez. What...

Speaker 3:
Wow.

James Garretson:
I didn't make $1 million, but-

FBI Agent Hunter Marsh:
Yeah. I know. I know [crosstalk 01:02:19]

James Garretson:
I might've made 250 or 300, but-

FBI Agent Hunter Marsh:
That water's probably tearing up... I guess you got your hose. What's the life of a jet ski down here?

James Garretson:
Seven months, how we run them.

FBI Agent Hunter Marsh:
Seven months?

James Garretson:
Yeah.

FBI Agent Hunter Marsh:
Okay. I figured you'd be lucky if you're going north of the year.

James Garretson:
I can't get north of a year. I mean, these are seven months old, they have 600 hours on them.

FBI Agent Hunter Marsh:

Exhibit 152

This transcript was exported on Mar 30, 2022 - view latest version here.

Yeah.

James Garretson:

So-

FBI Agent Hunter Marsh:

You have SPARKs with 600 hours in seven months?

James Garretson:

Oh, those SPARKs? No, those are my personal ones.

FBI Agent Hunter Marsh:

Okay.

James Garretson:

I just brought them down here because of the holiday, we can't buy new skis and I have two locations. I have the Marriott too.

FBI Agent Hunter Marsh:

Oh, okay. Right down here.

James Garretson:

[crosstalk 01:02:47] Sparky's.

FBI Agent Hunter Marsh:

Yeah.

James Garretson:

Yeah, so I have the Marriott too. So we couldn't get enough machines so I'm just using whatever I can find. But that's the only real reason Tiger King helped me, is just with the jet ski stuff.

FBI Agent Hunter Marsh:

A little bit of notoriety, yeah.

James Garretson:

Yeah. Yeah. Normal people, not to [inaudible 01:03:05] lawyers and stuff, normal people think what I did was noble. It's the whackos on social media that think this guy's innocent.

FBI Agent Hunter Marsh:

Yeah. Yeah. A lot of people speculate and form their own opinion.

James Garretson:

Oh, it's crazy, man. It's crazy.

Exhibit 152

This transcript was exported on Mar 30, 2022 - view latest version here.

FBI Agent Hunter Marsh:

Yeah.

James Garretson:

And I can't believe, I mean, he's... It's dropped off, now it's not as bad as it was when it first came out. But, I mean, the people think this guy is just innocent. It's nowhere near innocent.

FBI Agent Hunter Marsh:

Mm-hmm (affirmative). Yeah. Like I said, there is a resentencing date on January 28th. I'll leave you my number, that way you got it.

James Garretson:

Yeah, like I said, I won't touch those if you need them or whatever, they'll be there.

FBI Agent Hunter Marsh:

Okay. So you lose phones, either water damage or it gets-

James Garretson:

That one has a water case on it.

FBI Agent Hunter Marsh:

Okay. Probably [crosstalk 01:04:12].

James Garretson:

Where do you live, Oklahoma City?

FBI Agent Hunter Marsh:

I'm actually up in Stillwater.

James Garretson:

Oh, okay.

FBI Agent Hunter Marsh:

But I work with the guys in [crosstalk 01:04:18].

James Garretson:

Where do you office down here?

Speaker 3:

Key West.

James Garretson:

Oh, okay. You have an office down in Key West?

This transcript was exported on Mar 30, 2022 - view latest version here.

Speaker 3:

Yeah, down in Key West.

FBI Agent Hunter Marsh:

Everything else seemed to-

Speaker 3:

Yeah, it's fine.

FBI Agent Hunter Marsh:

... just be social text messages with him and Joe's attorney? Okay. Cool.

James Garretson:

I mean if, maybe we still record...

FBI Agent Hunter Marsh:

Yeah. Yeah. Do you have any other questions you'd want to ask, Greg?

Speaker 3:

I'm good.

FBI Agent Hunter Marsh:

Okay. All right. That concludes the interview for today. Do you have anything else you want to ask me on recording?

James Garretson:

No.

FBI Agent Hunter Marsh:

Okay.

James Garretson:

I [inaudible 01:04:44]

Exhibit 152