L – gotcha

**6/7/198**

L – figured it out!

L – Hey, don't forget to turn off the wi-fi hot spot on your phone.

B – Thanks!!

L – (thumbs up emoji)

L – forgot to mention. John Finlay told his girlfriend at the bar last night, that if Jeff presses charges against Joe for forgery, that Jeff and Lauren will burn inside their cabin. So, when we take Joe down, can we can at least get a restraining order against him?

B – I'm sure. As with everything …. Need proof/recording.

L – Ok.

B – Record Reinke or someone discuss shooting tigers to make more room.

L – Ok. That is easy.

**6/8/18**

B – I got to get that goat story documented. I want to use that!

L – Amber is so pissed off at Joe and John Finlay, that I am sure I can get the whole story for you.

L – She is a wealth of information. She was here forever and she said I would not believe the things J & J have done.

B – Yeah. Get that recorded. Attorney said they would charge that.

L – Ok I will.

L – Got him.

B – Good??

L – Got him talking about leaving for Belize. And he accused me of being violent. I told him it was not fair to accuse me of violence, when he paid a man to kill Carole Baskin and he did not deny it. I got a lot. Almost an hour worth, including Finlay's goat romance.

L – And the best part is he thinks I am behind whatever he wants to do so I can keep getting recording all week.

B – Did he allow Glover to come back and forgive the 3K? That would be good to get.

B – And get out that Glover went there but she was never alone.

L - Ok. I can bring that up later today because I told him Alan text me wanting to come back.

B – Admission or acknowledgment is better than not denying it but we take what we we get.

L – I'll get the admission

Exhibit 153    MALD-PASS_000386