


Exhibit 154