This transcript was exported on Mar 31, 2022 - view latest version here.

Joe Maldonado (00:00):
First of all.

Jeff Lowe (00:00):
And there was a tiger, is there a tiger here [inaudible 00:00:02].

Joe Maldonado (00:02):
Yeah [crosstalk 00:00:03]. We still have his [inaudible 00:00:04] 20 by 20.

Jeff Lowe (00:06):
[inaudible 00:00:06] seven nine. Some stupid name starts with a [inaudible 00:00:10] I can't remember.

Joe Maldonado (00:29):
Yeah we did [inaudible 00:00:30]

Lauren Lowe (00:30):
[inaudible 00:00:30] likes baths.

Jeff Lowe (00:30):
[inaudible 00:00:30] right eye.

Joe Maldonado (00:30):
Then they can go to museum [inaudible 00:00:30]

Lauren Lowe (00:31):
So wait was this the falsifying paperwork that we had to deal with that investigator that one day?

Jeff Lowe (00:36):
Yeah. Yeah. The USDA inspector that came here. Wanting to know... he goes, "When did you move a tiger... a cougar to [inaudible 00:00:42]?" I said, "I have no idea what you're talking about, I haven't had a cougar since I was 15 years old."

Joe Maldonado (00:46):
[inaudible 00:00:46] my name.

Lauren Lowe (00:46):
They're under your name?

Joe Maldonado (00:47):
From there to here.

Jeff Lowe (00:48):
Yeah, I said, "I ain't had a cougar since I was 15 years old."

2018-06-13 Jeff Lowe, Lauren Lowe and Joe Maldonado
Transcript by Rev.com

Page 1 of 8

Exhibit 156

This transcript was exported on Mar 31, 2022 - view latest version here.

Joe Maldonado (00:50):

And we got Oklahoma permit [inaudible 00:00:56] real people going to try to sell you out to sell [inaudible 00:01:05].

Lauren Lowe (01:13):

Oh shit that hurt.

Jeff Lowe (01:15):

[inaudible 00:01:15] over here.

Joe Maldonado (01:18):

God damn man. Some big tigers. Fucking we went through four bottles of drugs a piece.

Lauren Lowe (01:25):

Already?

Joe Maldonado (01:26):

Yes.

Jeff Lowe (01:27):

How are we going to do this? Look in that way. Get that thing... put that post through the hole [crosstalk 00:01:33]

Lauren Lowe (01:32):

Is he moving?

Joe Maldonado (01:35):

Huh?

Lauren Lowe (01:35):

Is he starting to move?

Joe Maldonado (01:36):

Well it's going to be not long and he is because he's been down a long time.

Jeff Lowe (01:40):

God damn. Yeah.

Lauren Lowe (01:41):

Jeff, be careful with your wrist.

Joe Maldonado (01:47):

I'd just roll him.

2018-06-13 Jeff Lowe, Lauren Lowe and Joe Maldonado
Transcript by Rev.com

Page 2 of 8

Exhibit 156

This transcript was exported on Mar 31, 2022 - view latest version here.

Jeff Lowe (01:49):
[inaudible 00:01:49]

Joe Maldonado (01:49):
Yeah I'd just... grab the front leg and just tip him over.

Jeff Lowe (01:53):
It's so soft in here you can't get any...

Lauren Lowe (01:54):
Oh my god, it is really soft.

Jeff Lowe (01:56):
[inaudible 00:01:56] going to ruin your...

Lauren Lowe (01:56):
I don't care they're already ruined.

Joe Maldonado (01:57):
[inaudible 00:01:57] watch your leg.

Speaker 4 (02:03):
You see his arm's getting stiff there?

Jeff Lowe (02:05):
You see [inaudible 00:02:06]

Speaker 4 (02:08):
Oh yeah.

Joe Maldonado (02:08):
Let me bump them.

Jeff Lowe (02:09):
Yeah. [inaudible 00:02:10] back up.

Lauren Lowe (02:12):
Come on, Jeff.

Speaker 4 (02:13):
Once the leg starts getting stiff [crosstalk 00:02:15]

Speaker 5 (02:14):

This transcript was exported on Mar 31, 2022 - view latest version here.

I was just trying to move my leg out of the way. I didn't want all that weight to swing back on Jeff so I was like [inaudible 00:02:21] going to hold this [crosstalk 00:02:23]

Jeff Lowe (02:27):
Fatso.

Lauren Lowe (02:28):
[inaudible 00:02:28] [inaudible 00:02:28] kitty.

Speaker 5 (02:49):
[inaudible 00:02:49]

Lauren Lowe (02:49):
Bigger?

Speaker 5 (02:49):
Oh yeah. [inaudible 00:02:52] took up the whole stretcher. Shit was just falling off the sides. We were just like waddling off with her. Yeah, that was funny.

Jeff Lowe (03:01):
[inaudible 00:03:01]

Joe Maldonado (03:10):
[inaudible 00:03:10] you move a cat from Ohio to [inaudible 00:03:12] under your name?

Jeff Lowe (03:13):
I know.

Speaker 5 (03:20):
[inaudible 00:03:20] that's a good question [crosstalk 00:03:23]

Joe Maldonado (03:22):
(laughs) You got to have a [inaudible 00:03:25] cage in a while first of all.

Jeff Lowe (03:26):
Well why did the USDA inspector even come in here and question that [inaudible 00:03:30] that farm?

Joe Maldonado (03:31):
Probably be... I don't know, but... what would be the purpose of going from Ohio to Indiana?

Jeff Lowe (03:36):
I think the only reason they did it is because they knew they had him in court saying it had died. And then all of the sudden I'm transferring...

Case 5:18-cr-00227-SLP   Document 232-154   Filed 04/01/22   Page 5 of 8

This transcript was exported on Mar 31, 2022 - view latest version here.

Joe Maldonado (03:44):

But why didn't they [crosstalk 00:03:45] use somebody that lived in Ohio?

Jeff Lowe (03:45):

I don't know. It's all weird.

Joe Maldonado (03:49):

Because ODNA would have checked up on that probably.

Lauren Lowe (03:51):

I remember him showing us that paper too.

Jeff Lowe (03:54):

He showed me a paper and said, "Is this your signature?" I said, "[inaudible 00:03:56]"

Joe Maldonado (03:58):

Well, ODNA knows that she didn't live in Ohio. (laughs) Because the cougar had to originate from Ohio, did it not?

Jeff Lowe (04:11):

I thought... fuck I don't know. I can't remember if they claimed I gave it to him to begin with and that's where he got it or if they're claiming he sent it to me. But I thought it meant... No, because he asked me, says, "Do you have cougars?" And I said, "No, I haven't had them since 16." He says, "Well did you send one, did you send one..."

Lauren Lowe (04:30):

To Stark.

Jeff Lowe (04:30):

"... to Tim Stark" And I said, "Who? No."

Lauren Lowe (04:33):

We never knew who that was then.

Jeff Lowe (04:34):

I didn't even know who he was at that time. They were trying to be tricky about something. Because they even had my USDA number on it, which I know at this time you could probably get that offline.

Joe Maldonado (04:46):

Back then you probably couldn't.

Jeff Lowe (04:54):

[inaudible 00:04:54]

This transcript was exported on Mar 31, 2022 - view latest version here.

Speaker 6 (04:54):
I got...

Jeff Lowe (04:54):
He's popping the flies off his ears.

Speaker 6 (04:59):
I got one in my [crosstalk 00:05:00]

Joe Maldonado (04:59):
That [inaudible 00:05:00] was too and that bitch was out (laughs) that was all dead weight, dude.

Lauren Lowe (05:04):
Now how are we going to know?

Joe Maldonado (05:07):
I felt every fucking vertebrae burn on the way up lifting her.

Lauren Lowe (05:11):
You be careful [inaudible 00:05:15]

Jeff Lowe (05:15):
Yeah, my shoulder's fucked up but I [crosstalk 00:05:17] I do my best.

Joe Maldonado (05:19):
They called and rescheduled my pre-op for 10 o'clock in the morning.

Jeff Lowe (05:26):
So you got your insurance [inaudible 00:05:27]

Joe Maldonado (05:29):
Yep. I'll pick up produce while I'm [crosstalk 00:05:30] save that trip. I think pre-op all they do is take your blood and vital signs and shit, make sure that you're not going to die on the table.

Jeff Lowe (05:39):
Right.

Speaker 6 (05:43):
I know Tuesday is a long way away, but I got to leave work early Tuesday.

Jeff Lowe (05:47):
Okay.

This transcript was exported on Mar 31, 2022 - view latest version here.

Speaker 6 (05:48):
I got [crosstalk 00:05:49] DUI assessment.

Jeff Lowe (05:51):
[inaudible 00:05:51] [crosstalk 00:05:51]

Speaker 6 (05:51):
I haven't had a drink since the day.

Speaker 7 (05:58):
That's what I always ask about DUI class. What do they teach you how to drive drunk? Is that how that works. What's that all about?

Joe Maldonado (06:10):
All right.

Lauren Lowe (06:10):
All right. [inaudible 00:06:10]

Joe Maldonado (06:15):
[inaudible 00:06:15] (laughs)

Speaker 6 (06:18):
Remember that [inaudible 00:06:18] fucking...

Joe Maldonado (06:21):
[inaudible 00:06:21] ready, set...

Jeff Lowe (06:25):
Hang on a minute [crosstalk 00:06:25] (laughter)

Joe Maldonado (06:29):
One, two, three [crosstalk 00:06:29]

Lauren Lowe (06:30):
Oh my god. [crosstalk 00:06:34]

Joe Maldonado (06:39):
[inaudible 00:06:39] [inaudible 00:06:44] [crosstalk 00:06:46]

Lauren Lowe (06:46):
I just heard him... okay. He growled.

2018-06-13 Jeff Lowe, Lauren Lowe and Joe Maldonado   Page 7 of 8
Transcript by Rev.com
Exhibit 156

This transcript was exported on Mar 31, 2022 - view latest version here.

Jeff Lowe (06:53):
We're almost [crosstalk 00:06:54]

Lauren Lowe (06:54):
(laughs) (laughter)

Speaker 6 (06:58):
[crosstalk 00:06:58] Get out of there.

Lauren Lowe (07:00):
Move, Jeff. Go around.

Joe Maldonado (07:01):
These are some drug addicts [crosstalk 00:07:03]

Speaker 6 (07:03):
What'd I say? What'd I say?

Speaker 7 (07:04):
Yeah, they are...