This transcript was exported on Mar 31, 2022 - view latest version here.

Agent Matthew Bryant (00:00):

... Monday. Went into the office yesterday, and felt like crap, and was swamped. And I don't have any other excuse other than I just forgot about it.

Jeff Lowe (00:09):

That's okay. Not a problem. And I'm, again, between a rock and a hard place trying to decide whether I even want to get involved in something else that I know-

Lauren Lowe (00:21):

But this is serious.

Jeff Lowe (00:23):

It's just like every fucking time I do something, just like speaking out about Joe, my life gets dragged through the mud. But Eric [Goode 00:00:34] doing his thing on Netflix about Carol and Joe, he's been filming here for two years, and we found out he is trying to turn a bunch of shit on us, and he's trying to get people to talk bad about us. Who gives a shit. I know what we've done and what we haven't done. We haven't done anything. So I'm not worried about that. And everything that we've done that Joe's accusing us of, we told you about, from Logan Paul's tiger, all that crap.

Jeff Lowe (01:05):

So Eric Goode was here about four months ago, and his assistant showed up at the house. Eric was supposedly at the hotel, and she says, "Eric is so depressed and so bummed. Could you guys take him out?" Lauren and I go to the strip clubs once a month or once every couple months. And I said, "Yeah." I said, "We can take him out."

Jeff Lowe (01:31):

So we take him out to the strip club that night, and little did we know, he's just trying to turn it around on us and trying to make it all ... Huh?

Lauren Lowe (01:41):

Was it four months ago? It was like more like a month and a half ago.

Jeff Lowe (01:44):

A month and a half ago?

Lauren Lowe (01:46):

Yeah. Not four months ago.

Jeff Lowe (01:47):

Oh. Month and a half ago, Lauren says. Seemed longer than that. But, anyway, he sits down, and they can't film inside the strip club, but I think he's got intentions of trying to get us to talk after this. So he goes in, he sits down. We've got all the strippers around us, because every time we go in there, the strippers see who we are, and they come sit at our table. And Eric pulls out his wallet, and he starts

This transcript was exported on Mar 31, 2022 - view latest version here.

handing these girls cocaine. Right. And I already told him that I don't do coke, I don't like coke, but he's trying to get everyone at our table to drug them up to talk.

Jeff Lowe (02:26):

Well, he starts talking about the young chick that he's dating, and he hands me his phone, and I'm flipping through, seeing all these ... She's 19, 20 years old, but I come across a picture of Eric sitting bare ass naked with a bare ass naked nine-year-old girl sitting in his lap.

Agent Matthew Bryant (02:48):

[crosstalk 00:02:48].

Jeff Lowe (02:48):

Yeah, and as I'm swiping, the picture froze, and Eric puts his big claws over there, and he's trying to flick it off of that picture. And it won't move. It's like the thing is stuck, or his fingers are greasy or something.

Jeff Lowe (03:05):

So I just handed him his damn phone back, and I'm like, "You know what? You piece of shit." What we've found out is we've been trying desperately to get Eric [Cowie 00:03:18] clean. We've sent hm to rehab once. We just went and picked him up yesterday from rehab. We'd send him up for detox up in the city, and now we're putting him in a rehab bed in Ada as soon as they have a bed available. Well, come to find out, Eric Goode has been bringing him bottle after bottle after bottle of whatever drink, vodka or whatever he drinks, I don't know, to try to get him to talk. And he's just a real scumbag, but he's feeding Glover with alcohol, trying to get Glover to change his stories.

Jeff Lowe (04:01):

And it's just like, do I get involved in this again? How do you even start with something like this? I know it's not even in your jurisdiction, but the guy's worth about $20 million, we found out. He's got all these really high end hotels and nightclubs in New York city and LA, and these pictures that he has on his phone, he can delete them, but I'm sure you guys could get them back even if he does.

Agent Matthew Bryant (04:34):

Yeah.

Jeff Lowe (04:35):

But what the fuck do I do? Do I just stay out of it?

Agent Matthew Bryant (04:39):

It's totally up to you, but I'll start my response by this. Remember way back when, when you were talking to him, and he was wanting to talk to me. And I was like, man, I don't know. And you're like, "He's a good guy," and I don't know.

Jeff Lowe (04:53):

Yep.

This transcript was exported on Mar 31, 2022 - view latest version here.

Agent Matthew Bryant (04:54):

"And I think he means well," and I was always a little skeptical.

Jeff Lowe (05:02):

Yep. You were right. You were right. He plays your best friend.

Agent Matthew Bryant (05:05):

When somebody's doing these exposes and these shows, I don't know that they always want the truth other than they want to get as much dirt and as much sideline story as they do the truth of the event.

Jeff Lowe (05:20):

Right. Dude, he is going to demolish Carol Baskin. He's just going to completely ... And it's not that she doesn't deserve some of it, you know? Because she does. But he's been leading her on that this is showing her side of the story, and her side of the art about big cats and captivity.

Agent Matthew Bryant (05:43):

Baskin spoke so highly him.

Jeff Lowe (05:53):

Oh, I've seen the interviews. It's not like I'm speaking out of not knowing what I'm talking about. I've seen. He's brought his phone in here and he's shown me the interviews with the Hillsborough County Police, where they say, "We know she did it, and she's always been our suspect. We just can't prove it." And no body, no crime. She went and talked to Don Lewis's kids, who had a letter that Carol had written them, warning them that they had better never talk to the press, trying to intimidate and scare Don Lewis's kids. And Eric says, "I know she's going to sue me."

Jeff Lowe (06:35):

But the thing is he's paid everybody. You're not supposed to pay people for their story. Their story is supposed to be unbiased, and you can only pay for content, which is the video and the audio. And he's paid everybody here to tell their story. So I just don't know. I don't want it to seem like I'm turning him in because I'm afraid of what he is going to say.

Lauren Lowe (07:05):

But the kiddie porn.

Jeff Lowe (07:06):

But kiddie porn shit is not cool.

Agent Matthew Bryant (07:08):

He's going to say what he wants to say with purpose. You know that.

Jeff Lowe (07:14):

Yeah. Yeah. I know.

This transcript was exported on Mar 31, 2022 - view latest version here.

Agent Matthew Bryant (07:15):

I don't know. You look back on it historically, was he buttering you up and getting close to you to get information? Or was he buttering up and getting close to you because he valued your friendship?

Jeff Lowe (07:25):

He didn't value my friendship. From day one, everybody's telling me he's tried to get people to say, "Did Jeff really fly girls in here from other cities to sleep with him and Lauren?" "How did he pay for his Ferrari?" And "How much money did he pay Joe for the zoo?" He's just sticking his nose in places where it don't belong. I think he's just trying to make all of us in this industry look like a bunch of dumb asses, which we probably all are. But still.

Agent Matthew Bryant (07:57):

Well, let's go back to what you have. One, you've got to have giving white powder to some girls at the bar.

Jeff Lowe (08:07):

Yep.

Agent Matthew Bryant (08:09):

Based off your experience and knowledge, you believe it to be cocaine by the way it was packaged, by the way they used it, or maybe by something that he said.

Lauren Lowe (08:17):

He told them to snort it.

Agent Matthew Bryant (08:19):

But there's no other corroborating evidence. No video, no audio, nothing. Other than your story.

Jeff Lowe (08:28):

Lauren was taking pictures of him in the strip club that night. And we know the strippers that took the cocaine down to the bathroom and used it. But again, they're strippers. How much credibility does a stripper have?

Agent Matthew Bryant (08:41):

Well, they have some. If you ever had them say "Yeah, that guy, Eric, that was good cocaine that he gave us the other night," that would be good corroborating information. But then you go back through the picture, thumb through, and you got to the naked nine year old on his lap. You can report that, and I think that's how you can do it, but what's your evidence at the end of the day?

Jeff Lowe (09:05):

I know. Just my word against his.

Agent Matthew Bryant (09:07):

Yeah. And your word that you saw that, unfortunately, is not enough to get a warrant for the cell phone.

Case 5:18-cr-00227-SLP   Document 232-155   Filed 04/01/22   Page 5 of 12

This transcript was exported on Mar 31, 2022 - view latest version here.

Jeff Lowe (09:15):

Okay.

Agent Matthew Bryant (09:15):

And you need the cell phone to corroborate it, or somehow or another, if you were tight with him, you'd look at it again, and then try to get a video of it on cell phone. Something like that.

Jeff Lowe (09:28):

Right.

Agent Matthew Bryant (09:30):

That's the tough part. That was the tough part, looking back on this case. It was tough knowing what was going on, and knowing what was happening, and you and I had this conversation many times. Knowing it and proving it are two different things.

Jeff Lowe (09:45):

Right, right. Just let it go?

Agent Matthew Bryant (09:49):

I don't know that. I don't think you should let it go. I think you have a duty, especially as a father of a daughter, you have a duty to report that. Whether or not it goes anywhere or not, you have a duty to at least put it on record that you noticed it, you observed it, you were horrified by it.

Jeff Lowe (10:20):

You know what I thought? The second I saw that, you know whose picture hit my face was that Jeffrey Epstein, because the rich guy owned all this, just thinking he can do anything, and all these naked pictures. There wasn't just that one. There was a picture of about 20 grown adults standing there, all naked, again, with Eric sitting like the king on a throne, and he had this little, young, naked girl in his lap.

Jeff Lowe (10:47):

So the next day, I asked him, I said, "Do you have any kids?" He goes, "No." He says, "I don't have any kids." Because I'm thinking maybe that's his daughter, maybe this is just a artsy fartsy type. But he has no kids. So he had someone else's young child bare ass sitting in his lap when he's naked.

Agent Matthew Bryant (11:09):

That's a shame. Yeah. Even if I knew there was no evidence, if you asked me as not a law enforcement guy, just another grown man ...

Jeff Lowe (11:21):

Yeah. And who would you report that to? It didn't happen here. It happened in the strip club in Oklahoma City. Would that be something for Andy?

Agent Matthew Bryant (11:38):

Case 5:18-cr-00227-SLP   Document 232-155   Filed 04/01/22   Page 6 of 12

This transcript was exported on Mar 31, 2022 - view latest version here.

You can call Andy and see if FBI is interested in it. And it could be something that you just make notification, be like, "Look, Andy, I know there's probably not much you can do, but I know what I saw, and I just want authorities to know what I saw."

Jeff Lowe (11:57):

Okay. "So if he ever gets pinched in the future, you can come back here and I'll tell you what I saw."

Agent Matthew Bryant (12:03):

Yeah. And in your conscience, you go, "I couldn't prove it, but I did let it go either. I did what I could."

Jeff Lowe (12:17):

All right. Yeah. When is that son of a bitch going to go to a federal ... He keeps going up there and revealing all these crimes, blaming me again for the Logan Paul cat that he sold because I didn't have cubs. My cats were too young to have cubs, and he's blaming me for the Abraham cub that went to Carl and Kayla Mitchell. He's just lying and lying and lying and lying still, I think in his last ditch effort. But when does he go to the actual federal, do you know?

Agent Matthew Bryant (12:52):

I don't know. I was hoping he'd already be there. And he's lied so much, and he's lied in open court so much, even if he had some real damning evidence. It'd be very hard to believe because he's tainted any truth that could ever come out of his mouth.

Jeff Lowe (13:09):

Yep. Yep.

Agent Matthew Bryant (13:12):

And like the judge said in court, when you try to orchestrate selling those lions while you're in jail, shows your systemic history of not caring about any laws or anything.

Jeff Lowe (13:25):

Yep. Yep. He doesn't have a prayer on appeal, does he?

Agent Matthew Bryant (13:32):

I don't think so.

Jeff Lowe (13:34):

On appeal, you don't get to introduce new evidence. If the three panel judge thinks that there was an egregious error ...

Agent Matthew Bryant (13:41):

What they review is the court record from the stenographer, from the testimony, and all that. And this allocation, yes, that goes with it. [crosstalk 00:13:59] they can send it back down, but you don't put new evidence on. Nobody testifies. Nobody does anything. They just go back over the court record.

This transcript was exported on Mar 31, 2022 - view latest version here.

Jeff Lowe (14:15):
That's what I thought. He keeps, "I can't wait to tell my story on appeal." Shut up, Joe.

Agent Matthew Bryant (14:21):
You go back to a criminal one course.

Jeff Lowe (14:25):
Right. I think he's got a bunch of jailhouse cellmate lawyers who got him got him convinced. Yeah. All right. Well, fuck.

Agent Matthew Bryant (14:36):
Well, there's no telling what much when you're going to come for this good thing. Just do your best to take care of you, take care of your daughter and Lauren. [crosstalk 00:14:44] on everybody. That's the purpose of this Netflix thing. It's not like a Nat Geo professional deal that comes out.

Lauren Lowe (14:55):
But we didn't think the podcast would be a big hit.

Jeff Lowe (14:59):
Yeah. It's like that stupid podcast. I've already fessed up to what we did, my participation and everything. But to have this stupid ... Like if Lauren's parents, who are Mormon and very religious, to turn this thing on and say, "Yeah, Jeff and Lauren fly girls in from Las Vegas to fuck them." And whose business is that, and what does it have to do with Joe Exotic?

Agent Matthew Bryant (15:28):
Yeah. It's just sensational lies, crap, and that's what Netflix is for. It's no documentary.

Jeff Lowe (15:37):
Yep. Yep. Well, all right, buddy.

Lauren Lowe (15:43):
We were just concerned on what to do with-

Jeff Lowe (15:46):
I don't want it to look like retribution, but it also is very disturbing.

Agent Matthew Bryant (15:53):
If you see some [crosstalk 00:15:56] like that, that's not like reporting him for smoking a joint.

Jeff Lowe (16:00):
Yeah. Big deal. Yeah.

Agent Matthew Bryant (16:04):

Case 5:18-cr-00227-SLP   Document 232-155   Filed 04/01/22   Page 8 of 12

This transcript was exported on Mar 31, 2022 - view latest version here.

We all believe that child porn, messing with a minor is serious, serious.

Jeff Lowe (16:10):

Yeah. That's just disgusting.

Agent Matthew Bryant (16:13):

You have a duty to report it. Wherever it goes, you have no control, but you have a duty to report it.

Jeff Lowe (16:15):

Yep. And drugs. Even though I've told you, there's only a couple I would even like, but I don't care about his drug use. I don't care, but I hate that he would take alcohol to an alcoholic who's trying to get better, who works with tigers on a daily basis, and he's bringing him gallons or half gallon jugs of booze to make his story better. And how irresponsible is that?

Jeff Lowe (16:51):

I've already called Netflix, their legal department. And he got the 1099 or whatever. He paid us $17,000 for our story. So I've got the 1099 here that I'll file on my taxes this year. It just doesn't seem like a very sincere cause when he's pumping an alcoholic ...

Jeff Lowe (17:19):

Oh, you know what else he did? Listen to this. He was here the other day, and Travis's mom calls, and she's a mess. You remember Travis's mom, right?

Agent Matthew Bryant (17:31):

Right.

Jeff Lowe (17:32):

And Eric wanted to meet with her, and she was living in some apartment, trying to describe where she was in Pauls Valley, and she asked Eric if he had the stuff for her. Yeah. So he's feeding her probably meth to get her.

Agent Matthew Bryant (17:53):

[crosstalk 00:17:53].

Jeff Lowe (17:53):

Yeah. Yeah. And she was a mess. I can't believe he put her on speaker phone. And I don't think he expected her to say, "Did you bring me the stuff?" And what else could he have to take her other than than dope?

Agent Matthew Bryant (18:09):

Right. That's a shame.

Jeff Lowe (18:10):

Yep. Yep. But, all right, buddy. How's your life?

This transcript was exported on Mar 31, 2022 - view latest version here.

Agent Matthew Bryant (18:14):
Good, man. Good. Just feeling a little under the weather right now.

Jeff Lowe (18:19):
Where'd you go on vacation?

Agent Matthew Bryant (18:21):
I went to New Orleans to watch Superbowl and have a 50th birthday party with some friends of ours.

Jeff Lowe (18:29):
That's cool.

Lauren Lowe (18:29):
Happy birthday.

Jeff Lowe (18:29):
Where'd you watch the Superbowl? One of the bars?

Agent Matthew Bryant (18:32):
Yeah, at a place called Cooter Brown's.

Jeff Lowe (18:34):
Huh.

Agent Matthew Bryant (18:35):
Yeah. It was a good time. Ate a lot of good seafood.

Jeff Lowe (18:39):
Who were you wanting to win?

Agent Matthew Bryant (18:41):
Kansas City, so it worked out well.

Jeff Lowe (18:43):
Wasn't that amazing, the way they came back?

Agent Matthew Bryant (18:46):
Great game. So got back, and now just trying to get my feet back under me. Those little quick trips are tough.

Jeff Lowe (18:56):
Yeah.

This transcript was exported on Mar 31, 2022 - view latest version here.

Agent Matthew Bryant (18:56):

Because only go all the time. You fly down there Saturday, fly back early Monday morning, go right back to work. So, of course, we didn't get back Monday till late. We had all issues with travel. But in any event, just trying to get going on some other stuff. I got a lot of reptile cases going right now.

Jeff Lowe (19:15):

Oh, one more question. And Carol Baskin brought this up. No, Carol Baskin or Joe? There's some stupid thing posted the other day.

Lauren Lowe (19:25):

It's on Carol's.

Jeff Lowe (19:26):

Is it or is it not ... And you know me, I don't want to sell anything. I've been needing money lately, and I could have sold all these hybrids, but I don't because I want them. I don't want to sell them.

Jeff Lowe (19:45):

Okay. PETA got me inserted into Tim Stark's lawsuit because Tim Stark dumped off four lion cubs here. PETA demanded him back, and I told PETA, I said, "Well, you can have them back when you pay me for the eight months that I've cared for them, and you pay the medical bills," because one was real sick and I paid all the vet bill. So Carol Baskin makes some comment that Jeff Lowe will be going down soon because he got brought into Tim Stark's trafficking across state lines of cubs.

Jeff Lowe (20:22):

But then she said something like that even if I have hybrids, ligers to ligers to ligers, if I sold one to you in Texas, that's a violation of the Lacey Act. Is it?

Agent Matthew Bryant (20:38):

Well, she's trying to use that captive wildlife safety act to say that it is, and by letter of the law, it does prohibit the sale under the Captive Wildlife Safety Act. That law exists. It's just tough by the way it's written to get it prosecuted. But can you say it is a true law that exists? Yes. And you can look up Captive Wildlife Safety Act, and it's underneath the Lacey Act. So it's charged underneath the Lacey Act, but you can look at it and read it, and say that it doesn't matter if species and hybrids and everything else are covered, but there's some nuances in the law that make it very difficult. Not impossible. It just makes it very difficult to prosecute.

Jeff Lowe (21:41):

Because that's what I was thinking. This whole time, we could have given you all kinds of hybrid sales, but you acted like "I can't do anything because it's a hybrid."

Agent Matthew Bryant (21:50):

Well, I knew what battles I wanted to fight.

Jeff Lowe (21:52):

This transcript was exported on Mar 31, 2022 - view latest version here.

Right, right, right.

Agent Matthew Bryant (21:54):

Yeah. So I knew where the easiest ... Not the easiest, because I'm make it sound like I was lazy. I knew the endangered species, the tigers and the lions would not bring in the conflict, contradictions of the hybrid caveat in the Captive Wildlife Safety Act.

Agent Matthew Bryant (22:18):

But if that's all I had, I'd have tried to run that battle, but I had better charges than that.

Jeff Lowe (22:27):

Right. Well, I'll just keep that in mind. I always thought it was legal. If I wanted to sell Scotty Brown a liger, that that would've been legal.

Agent Matthew Bryant (22:41):

Look at it and read it. You can see. I know you study that stuff and try to understand it, but you can see what it says in the law. It's Captive Wildlife Safety Act, and it's cumbersome read. It's cumbersome to enforce it, too, as an agent.

Jeff Lowe (22:55):

Now, is it just endangered species or is it any wildlife?

Agent Matthew Bryant (23:01):

Big cats?

Jeff Lowe (23:01):

Just big cats. Specifically big cats. Okay.

Agent Matthew Bryant (23:04):

Yep.

Jeff Lowe (23:06):

All right. Too confusing.

Agent Matthew Bryant (23:08):

Yeah, it is. It is. As somebody that's been on 25 years, I read it, scratch my head and go like, "Oh, there's a easier way to charge this."

Jeff Lowe (23:16):

Yeah. All right, buddy. Well, we still want you to come see us someday and meet this little girl.

Agent Matthew Bryant (23:21):

I need to see her before she goes off to college.

This transcript was exported on Mar 31, 2022 - view latest version here.

Jeff Lowe ([23:23](#)):
Yeah. That's right. Yep. All right. Well, I appreciate your call back and your time, Matt.

Agent Matthew Bryant ([23:41](#)):
All right, buddy. Take care.

Jeff Lowe ([23:41](#)):
Talk to you later.

Agent Matthew Bryant ([23:42](#)):
[crosstalk 00:23:42] Just same advice I've given you along don't [crosstalk 00:23:42] the sources.

Jeff Lowe ([23:42](#)):
Yeah. Yeah. We'll do what we can do. All right. Thanks. Thanks, Matt.

Exhibit 158