**HEADQUARTERS**
212 N. Laura Street
Jacksonville, FL 32202

**GEORGIA OFFICE**
901 G Street
Brunswick, GA 31520

**NEW YORK OFFICE**
521 Fifth Avenue, 30th Floor
New York, NY 10175

help@floridajustice.com
(904) 444-4444 PHONE
(904) 508-0683 FAX
<u>floridajustice.com</u>



904-444-4444

**ATTORNEYS**
John M. Phillips*†
Matthew C. Hunt**
William K. Walker‡
Megan Block‡
Amy Hanna
George J. Farrell

*Board Certified Specialist in
Civil Trial Law (FL)

**Board Certified Specialist in
Marital & Family Law (FL)

† Licensed in Florida, Georgia,
Alabama, Washington D.C.,
New York, Texas, Oklahoma
& Illinois

‡ Licensed in Florida & Georgia

March 23, 2022

Robert J. Troester
United States Attorney
Western District of Oklahoma
210 Park Avenue, Suite 400
Oklahoma City, OK 73102

      RE:    James Garretson – Identity Theft

Dear Mr. Troester:

      We are writing to report suspected criminal activity by James Brandon Garretson.

      By way of introduction, I am John Phillips and my office has the pleasure of representing Joseph Maldonado. Throughout Mr. Maldonado's criminal trial, and prior thereto, he begged for an investigation of James Garretson. The purpose of this correspondence is to provide supporting information in hopes of facilitating that investigation.

      The information provided in this correspondence was obtained from Mr. Garretson's personal cell phone, which was willingly provided to us by Mr. Garretson during interviews associated with Mr. Maldonado's request for a new trial. Mr. Garretson believed the two phones were water damaged but stated, "I'm in to help you win this." We are willing to provide the phones in full, provided you agree to preserve the phone and its data, in full, without spoliation. Both have evidence which not only exonerates Mr. Maldonado, but exposes criminal activity of Mr. Garretson. As such, the chain of custody and documentation is important, but so is stopping the level of crime shown on it.

      In the event you are not familiar, James Garretson served as a confidential informant during the federal investigation of Mr. Maldonado despite Mr. Garretson's many years of fraud, animal cruelty and even threats of releasing tigers on the National Mall in Washington, DC. Recently, Mr. Garretson had a very public change of heart, or desire for further relevance, and in that, he provided my office with two cell phones in an effort to assist with our investigation. Both phones

Exhibit 161

had water damage.  One phone was damaged to the point it had no recoverable data.  The other contained data that included evidence of crimes, which we are obligated to report.

### Audio Evidence

When examining Mr. Garretson's phone, we discovered a file associated with a phone application designed to record calls, "Cherinbo." Mr. Garretson used this app to record calls throughout his tenure as a confidential informant for USFWS.  The application had been deleted, but hundreds of data files had not. By switching .dat to .mp3, the recorded phone calls were playable on a computer.

This app was discussed during Maldonado's criminal trial:

Q.  The one that Special Agent Bryant gave you to use, were there some technical problems with that working at times?
A.  It was hard to use, yes.
Q.  So then you said you had an app on your phone that you would also use?
A.  Yes.
Q.  All right. What about any --- any video recording devices, did Special Agent Bryant or Special Agent Farabow give you a device to do that with?
A.  Yes.
Q.  And all the conversations that you were able to record, did you hand them all over to Special Agent Bryant?
A.  Yes.

And:

Q.  And would that be the very first recorded call that you had with Mr. Lowe since your initial recorded call in November?
A.  That's correct.
Q.  Why?
A.  Well, me and Lowe had talked in between and there are some calls that were not recorded due to problems I was having with the phone.

However, this testimony is clearly perjurious and Mr. Garretson has admitted same. Mr. Garretson only turned over a handful of calls. Bryant was aware of the disparity, as he has referenced it when he was in a "jam" and needed particular evidence to "get even" with uncooperating witnesses.

In reviewing the content of the recordings, we discovered a series of issues which not only warrant a new trial for Mr. Maldonado, but a criminal investigation of Mr. Garretson and his co-conspirators. We note additional recordings which indicate United States Fish and Wildlife Service Special Agent Bryant and other federal officials knew or should have known about Mr. Garretson's criminal enterprises. As such, we have notified other law enforcement agencies as we are

Exhibit 161

concerned about who is compromised or conflicted related to this information. Federal government misconduct has and will be documented related to Agent Bryant's investigation.

As you will see in the attached documents, Mr. Garretson became a confidential informant for the government in Mr. Maldonado's case on September 18, 2017. (Exhibit A). During the investigation, Mr. Garretson was used to selectively obtain information for Special Agent Matt Bryant. Throughout the investigation and at the direction of Agent Bryant, Mr. Garretson used the app on his personal phone to record calls with subjects of the investigation. However, the app recorded every call Mr. Garretson made when it was turned on and not just the calls related to the criminal investigation.

In reviewing the content of the recordings, it becomes clear that Agent Bryant repeatedly and inappropriately sought to entrap Mr. Maldonado in various crimes. In the course of the investigation, Mr. Garretson did whatever Agent Bryant requested. At times, Agent Bryant, via Mr. Garretson, offered prostitutes or drugs to Allen Glover, the person investigators sought to introduce as a hitman. Mr. Garretson also incorporated Mr. Glover into his criminal enterprise of identification fraud and then blamed the same on Mr. Maldonado during the trial. Mr. Maldonado is now serving 21 years in prison in part based on that testimony. Agent Bryant was desperate to please the United States Attorneys and other non-parties to the investigation, with the evidence needed to convict Mr. Maldonado. Of course, these are all matters which are being addressed in our Motion for New Trial, and which the government has an obligation to investigate.

As it relates to Mr. Garretson, the recordings show that he was compromised as a witness for the government. Mr. Garretson communicated without any regard to justice or fairness. He colluded with other witnesses out of expressed hatred for Mr. Maldonado and Mrs. Baskin. He conspired with Agent Bryant to twist testimony and even lie all in an attempt to falsely convict Maldonado. And if that was not bad enough, just hours after testifying for the government in *United States v. Maldonado* (5:18-cr-00227), Mr. Garretson was offered $5,000 by the producer of *"Tiger King: Murder, Mayhem and Madness,"* for an interview; even though it was clear to the producer the payment was inappropriate and needed to be disguised as a licensing fee. We believe Mr. Garretson would go on to use that money to fraudulently jump start his jet ski business.

That brings us to the purpose of this correspondence. **We request an investigation of James Brandon Garretson.** The phone contains a multitude of recordings demonstrating Mr. Garretson's involvement in identity theft, schemes to obtain fraudulent credit cards and schemes to obtain bank financing in fictitious names. Below is a summary of a few of the recordings recovered that suggest Mr. Garretson was heavily involved in identity theft crimes, before, during and after the criminal investigation into Mr. Maldonado. **We also request an investigation of Special Agent Bryant.** The evidence contained on the phone documents obvious government misconduct in the handling of the criminal investigation and subsequent trial.

### Garretson's Folly and Fraud: The Day He Testified

The fraud of James Garretson is best told if you review the calls from the day he testified as a government witness- March 27, 2019. In one of his first calls after testifying, he speaks to his life and business partner Brittany Medina about moving animals, including tigers and a camel. See

Exhibit 161

March 23, 2022
Page 4 of 27

2019_03_27_16_53_56_631.mp3. (Exhibit B). He tells her at 4:49 in the call that, "Matt (Special Agent Matt Bryant) called them and told them (USDA) to leave us alone until we got a new place." This favor or deal was never disclosed to the Defendant. Further, it violates the outstanding court order regarding Garrettson's possession and movement of protected animals. Garretson and Medina also discuss financial problems and using his credit repair business to fix their collection issues.

In another call from March 27, 2019, Mr. Garretson checked in with Agent Bryant who said the lead Assistant U.S. Attorney, Amanda Maxfield Green, wanted to speak to him. She joked and said he, "did great." They "cleaned up a few details." She said, he was "done, done," and it was a "pleasure working with him." See 2019_03_27_17_53_05_659.mp3. (Exhibit C). Agent Bryant and AUSA Green then give Mr. Garretson advice to "do you" and to "focus on Florida and your business there." As they were well aware, Garretson was starting a jet ski business in the Florida Keys.

Later, Mr. Garretson spoke with another witness in the case, Darlene Cervantes. See 2019_03_27_18_43_15_379.mp3. (Exhibit D). Comparing and synthesis of statements was a constant before and during trial, as well. Garretson asked, "Why do we have to do anything when we are doing a favor for the federal government?" They talked about all of the media reports they were reading and their desire to incriminate Mr. Maldonado. Mr. Garretson bragged about collecting "incriminating tapes" involving other witnesses. They discussed another witness, Ashley Webster. Mr. Garretson claimed he had a sex tape involving yet another witness, John Finlay, "taking it up the ass by a black dude." He claimed to have come into possession of this recording because he was present when federal law enforcement went to Mr. Maldonado's office and seized jump drives. Mr. Garretson then discussed another false narrative started by Jeff Lowe regarding the existence of a video of Mr. Finlay "committing bestiality." He claimed "the feds" have these tapes. Once again, nothing of the sort was turned over to trial defense counsel. We believe this was actually an elaborate witness extortion plot conceived by Jeff Lowe and possibly Agent Bryant. Finally, Mr. Garretson admitted he had "three or four tigers stashed," in violation of his court order. These were in the possession of Paul Malagerio at the time.

On March 27, 2019, Mr. Garretson recorded a call with Jeff Johnson, who was also affiliated with Agent Bryant. "I did all I could do" and "I gave it my all," James Garretson bragged. Even though Mr. Garretson claimed he did not receive any immunity, his behavior including identity fraud and illegal exotic animal conduct goes unprosecuted to this day. See 2019_03_27_19_23_09_097.mp3. (Exhibit E). Like Mrs. Baskin, Mr. Garretson repeatedly discussed and planned the death of those in his way. "We need to figure out how to whack Ronnie Sands," Mr. Garretson wondered, "How can we shut her up where she will just go away?"

This is not the only recording where Mr. Garretson discussed the murder of potential witnesses. In a call recorded on February 20, 2019, Garretson and Jeff Johnson discussed the murder of Jeff Lowe. When Garretson heard Johnson was on his way to "kill Jeff Lowe," he offered to help if Johnson would change the location. See 2019_02_20_20_48_44.mp3. (Exhibit F). Agent Bryant was made aware of the threats and did nothing about it – that is until Jeff Johnson decided to testify on behalf of Mr. Maldonado. Instead of acting on the threats, Agent Bryant sat on the information until it became useful. At that point, he told Mr. Garretson, "Two can play at

Exhibit 161

this game." Agent Bryant then uses the information to persecute Jeff Johnson. We can provide this exchange if you need it. We have previously provided it to the U.S. Attorneys in the Western District of Oklahoma who are currently working this case. This call ends with James talking with his partner, Brittany Medina, who points out Mr. Garretson's failure to pay bills and credit issues. "I will put it all on a file," Garretson yelled, meaning someone else's credit will be paying his long overdue bills.

In a recorded call labeled, 2019_03_27_17_43_53_129.mp3, to (334) 695-5963, which we believe to be associated with James Woods (see below), Mr. Garretson coached his protégé about how to commit credit card fraud. Mr. Woods needed more files and more experience. Mr. Garretson admitted an affinity to defraud Chase Bank. He built what he needed to do to "boom, boom, boom." He hated "$300 and $500 cards" and admitted to stealing thousands from Capitol One. "I hate banks," Mr. Garretson said, **"Don't rob people, rob banks, because they rob you."** (Exhibit G).

Mr. Garretson taught Mr. Woods how to trick credit companies related to their use of various addresses. Mr. Woods referenced Jason Lopez. Mr. Garretson explained, you have to be able to get the mail to get fraudulent money from Chase. If no address can be obtained, Garretson had a secondary scam where a person pretends they are getting a divorce in order to redirect credit cards. See 2019_03_27_17_18_00_945.mp3. (Exhibit H).

Mr. Garretson then tries to activate a Bed, Bath and Beyond MasterCard credit card system. 2019_03_27_18_22_15_301.mp3. (Exhibit I). It says he should call a customer service phone number. Mr. Garretson calls the number recommended next. 2019_03_27_18_24_12_729.mp3. (Exhibit J). He re-entered information and was transferred to a live agent. When the agent with card protective services answers, a voice identical to Mr. Garretson gives the card number and the name, "Moab King," along with an Oklahoma address. The agent told Mr. Garretson the bank requested a copy of his drivers' license, a signed social security card and utility bill. Mr. Garretson told the agent to just cancel it. This was a recorded example of how his scheme failed, but in later calls Mr. Garretson explained how it worked.

After that stressful exchange, Mr. Garretson called a contact to buy some "weed." See 2019_03_27_19_53_53_005.mp3. (Exhibit K). He clearly had his son in the car with him. He frequently gave updates on his location. He winds up sounding inebriated and called Brittany Medina slurring, "I am fucking all over the road and everything." He was audibly incoherent. See 2019_03_27_22_36_02_589.mp3. (Exhibit L).

### Garretson's Lessons on Credit Card Fraud

In a follow up call labeled, "2019_03_28_18_28_48_890.mp3," Mr. Garretson spoke with another informant for Agent Bryant. (Exhibit M). At 38:45 into the recording, Mr. Garretson propositioned a man about obtaining two matching jet skis using credit fraud for his budding business in the Keys. Mr. Garretson wanted to make sure the jet skis were purchased soon and that he would "buy them in his real name" if he had to. Mr. Garretson said he would give him the money or the dealership.

Exhibit 161

James had come into money because Eric Goode agreed to pay him hours after his testimony. See 2019_03_27_17_30_28_803.mp3. (Exhibit N). Eric Goode was the unscrupulous producer of Tiger King. Goode knew "Matt (Bryant) doesn't want people talking." However, Mr. Garrettson said, "slap me $5 grand and I will give you everything you want." Mr. Goode admitted he could not pay for testimony and needed a shelter for the payment. After that call, Garretson's desire for jet skis increased.

"You have any skis?" Garretson asked a contact with the number (323) 940-8088 in call 2019_03_28_14_39_38_008.mp3. (Exhibit O).  He wanted the jet skis in James Woods' name, which seems to show Mr. Garrettson was using that identity despite knowing Mr. Woods. "You get me a pair, I'll give you $1500 cash today." The contact indicated he would check into it. They went into more detail about the fraud and finding someone to look like him-2019_03_29_10_52_37_877.mp3. (Exhibit P).  It continued, as a dealership had been contacted-2019_03_29_10_12_53_399.mp3. (Exhibit Q)

The fraud escalated in a series of recordings named 2019_03_29_14_19_42_072.mp3 (Exhibit R); 2019_03_28_14_41_08_786.mp3 (Exhibit S); 2019_03_29_14_33_50_302.mp3 (Exhibit T); and 2019_03_29_14_57_27_352.mp3 (Exhibit U). Mr. Garretson said, "If you can find someone who can get me 4 jet skis, I have $3000 today in crisp $100 bills." The hustler was frustrated so Mr. Garretson provided advice on how to pull off the fraud.

Of course, James Garretson also bragged that he was the one who "wrapped" my client, Joseph Maldonado, "up like a cheap suitcase." In response, the USDA leaves him alone now. Ironically, Mr. Garretson bragged that it is hard to dispute what is on tape and how important recordings are as evidence. See 2019_04_03_10_59_29_902.mp3. (Exhibit V).

As stated above, we believe federal law enforcement and members of the prosecution knew about the illegal activity captured in the recordings.  In a recording with Doug Terranova, Mr. Garreston admitted the federal government knew about all of his fraud-2019_03_29_11_16_02_962.mp3. (Exhibit W).  Garreston claimed he testified for seven hours. He told Mr. Taranova that during his Rule 11 hearing, he disclosed his history of fraud and bragged how, "their jaws dropped." Mr. Garretson bragged about running a prostitution ring and lied when he said he had not done credit card scams "in a long time." Mr. Garretson also bragged about being involved in a "drive by." He falsely claimed he had walked straight for the last seven years. Of course, the recordings recovered from his phone prove otherwise.

### Documentary / Photographic Evidence

In addition to the audio evidence, we write today regarding documentary information discovered in Mr. Garretson's cell phone that we are gravely concerned to possess. He clearly is/was involved in identity theft and the fraudulent use of credit cards.  The recordings and documents extracted from Mr. Garretson's phone show that Mr. Garretson was actively involved in procuring false identities and obtaining financing with those false identities.

Exhibit 161

March 23, 2022
Page 7 of 27

## Moab Kang

For instance, hours after testifying, James Garretson attempted to activate a MasterCard in the name of Moab Kang. Kang's Garretson controlled identifying information is found in Garretson's phone:



Just by using an unsophisticated internet search, you can see a tangled web of fraud—https://www.searchpeoplefree.com/find/moab-kang/1anvTREn367K.   This   website   shows associations to Justin Chao, a known identity of Garretson, as well as James Woods, which is both a known identity and a possible co-conspirator. Further, Brittany Medina and Garretson are also linked. We simply cannot understand how he has gotten away with this under the government's close association with him.

**Possible Associates**

*Friends, family, business associates and current/previous roommates for Moab*

| | | |
|---|---|---|
| Justin Chao | Arthur Ford | Brittany K Medina |
| James Brandon Garretson | James Woods | Marie Alderman |
| Nichole Patterson | Nicole Andrews | |

Exhibit 161

Further, Mr. Kang appears to have made an application for credit as an employee of Wakezone Leasing, one of Mr. Garretson's defunct companies. The signature and number point to Mr. Garretson.



Incidentally, Justin Horner (see below) is also listed as an incorporator of Wakezone Leasing. Both of these are identities commonly used by Mr. Garretson. It seems that the Oklahoma company Wakezone Leasing was closed after it was used for credit extensions.

### Justin Horner

We found evidence that Mr. Garretson used a false identity when agreeing to be a confidential informant. Attached is the signature page of document dated October 15, 2018. (Exhibit X). Presumably it is an agreement with USFWS in which Mr. Garretson agreed to obtain evidence in *US v. Paul Malagerio*.

Paul Malagerio was also one of Agent Bryant's undisclosed informants in *United States vs. Maldonado*. As you can see in the attached, "Justin Horner" allegedly executed the subject document as a witness. Not only does the signature match the style of those found on Garretson's phone, but it's readily apparent Mr. Horner did not sign this form. He was an associate of Mr. Garretson, but due to Mr. Horner's documented drug and alcohol dependency, he was an easy target for Mr. Garretson. Incidentally, Mr. Garretson's Florida jet ski business, Wakezone Watersports, originally had and still has Mr. Horner as a member of his board of directors, as well.

Exhibit 161

March 23, 2022
Page 9 of 27

Below are two screen shots from Mr. Garretson's phone. One is a Texas ID Card in the name of Justin Kelly Horner. The other is a Texas ID Card in the name of Jackie Chan. Note, the photographs on the Identification Cards are identical, as are the ID numbers.

 

Of course, Mr. Garrettson has also appeared as Jackie Chan. It is one of his common fraudulent aliases.



This is one example of what we believe is large scale criminal identity theft perpetrated by Mr. Garretson. When examining his phone, we discovered a multitude of screenshots which go through a lot of names, dates of birth and social security numbers. Three examples are below.

Exhibit 161



### Justin Chao

      As noted above, "Justin Chao" is a false identity used by Mr. Garretson.  We provide what appears to be some sort of bill of sale in which Mr. Garretson buys or brokers jet skis "from Justin Chao." The likely explanation is Chao's name was used for credit and to transfer the title. Mr. Garretson used this fraudulent form. Each of his jet skis and vehicles should be traced.

Exhibit 161



    We also provide a copy of a Rental Application. (Exhibit Y). The Applicant is "Justin
Chao." The Applicant's Employer is Tiger Liquidations, Inc, in Ardmore, Oklahoma; Mr.
Garretson's liquidation company. Mr. Garretson is also listed as the current landlord. The
significance of this application is that we believe it was used to fraudulently secure a residence in
Las Vegas for Jeff and Lauren Lowe in order to hide their whereabouts from law enforcement.
The Rental Application was recovered from Jeff Lowe's computer. The suspected identity theft
information was recovered from Mr. Garretson's phone. We believe Mr. Garretson and Jeff Lowe
are co-conspirators in the criminal use of false identities to secure financing, and in this case, a
residential lease.

    In Jeff Lowe's computer, there was a folder entitled, "Matt Bryant & FBI re; Omar Vereal."
In this folder, there was a subfolder called, "Garettson Scams." That folder contained the
referenced and attached lease- 20170513030533691.pdf, and a screengrab of what appears to be
payment of insurance by Corey Kwang (see below):

Exhibit 161



Also, in a folder on Jeff Lowe's computer, is a document called "Joe Trial Files," and a file called, "LawDepot - Power of Attorney.doc" It is attached as Exhibit Z. It states:

> **THIS Power of Attorney** is given by me, Justin Chao (the "Principal"), presently of 815 West Broadway, Ardmore, in the State of Oklahoma, on this 22nd day of September, 2017.

And:

> **I APPOINT** James Garretson, of 29630 West 1950, Ringling, Oklahoma, to act as my Attorney-in-fact.

And:

> **IN WITNESS WHEREOF** I hereunto set my hand and seal at the City of Ardmore in the State of Oklahoma, this 22nd day of September, 2017.

We have confirmed this scheme to defraud with multiple witnesses, including Karl Mitchell, who said he was approached by Mr. Lowe when he needed money. He said his "credit guy," James Garretson, could put him on a credit line he would not have to pay back. Mr. Mitchell did not do it. Mr. Maldonado tried to report criminal activity like reported herein repeatedly to deaf, or more like selectively ignoring, ears.

Exhibit 161

### Corey Kwang

We have not done a thorough check on these names, but research revealed lawsuits for indebtedness for many of them, including in areas Mr. Garretson lived and did business-https://unicourt.com/case/tx-tr-westlake-services-llc-dba-westlake-financial-services-vs-corey-kwang-1360253. Clearly, Mr. Garretson possessed a photo of Mr. Kwang used in paying or receiving a receipt for payment of insurance (above) to Progressive. This likely fits his scheme. His email contains a laundry list of the names, birthdays and social security numbers you will see in this letter:



Exhibit 161

March 23, 2022
Page 14 of 27



**Jackie Chan**

"Jackie Chan" is another false identity apparently used by Mr. Garretson. We provide a copy of a social security card with a fresh ink signature of "Jackie Chan." In another photo, it appears to be an unsigned original social security card. We provide online confirmation on March 14, 2019, where Bank of America approved "Jackie Chan, 1812 Graham Cir., Oklahoma City, OK 73127 credit of up to $45,000. We provide a copy of an identification card, which matches the name and address, but has Mr. Garretson's photo. We provide photographs of documents contained on Garrettson's phone related to Jackie Chan. You can see in his notes various credit card companies, which were the apparent victims in this identity fraud.

Exhibit 161

March 23, 2022
Page 15 of 27








Exhibit 161

March 23, 2022
Page 16 of 27

### <u>Sam McCoy</u>

We believe "Sam McCoy" is a false identity used by Mr. Garretson.   We provide photographs of documents contained on Garrettson's phone related to "Sam McCoy."

  

We believe Mr. Garretson obtained vehicle loans, including one from the Credit Union of Texas for $46,860 and another against Resource Credit Union. You can see someone even emailing the bank from an affiliated email.

 

Exhibit 161

March 23, 2022
Page **17** of **27**

We discovered what appears to be fake paystubs submitted in connection with the loan applications.



We also found that auto insurance was obtained in Sam McCoy's name.



Another scam appears to involve the purchase of a Dodge Challenger and an F-350.

Exhibit 161

March 23, 2022
Page **18** of 27





We also believe Mr. Garretson obtained fake license plates.



Exhibit 161

March 23, 2022
Page 19 of 27

And finally, a Visa credit card in the name of Sam McCoy.  Please note, Mr. Garretson is listed as an authorized user and the Best Contact Number for Sam McCoy is actually the number currently registered to Mr. Garretson's jet ski rental business in the Keys, Wakezone Watersports.



## James Woods

We believe James Woods is both a false identity of Mr. Garretson and a co-conspirator.  In a series of text messages, Mr. Garretson discusses a James Woods Alabama Driver's License.  The co-conspirator comments, "If all three of them get rejected obviously I don't know wtf I'm doing."




Exhibit 161

March 23, 2022
Page 20 of 27



In recordings, Mr. Woods can be heard being coached by Mr. Garretson on how to commit credit card fraud.

### Britany Medina / Allison Smith

We believe Brittany Medina is a co-conspirator of Mr. Garretson. We discovered what appears to be various forms of potential identity fraud, including an identification in the name of Allison Smith. Mr. Garretson's phone contained what appears to be the real / victim Allison Smith. We note the date on all of the Social Security Cards referenced in this correspondence, including the one below, is March 12, 2013.

 

Exhibit 161



We recommend you interview Ms. Medina. She can also verify Mr. Garretson's illegal contact with animals in violation of the attached December 28, 2007 Order. (Exhibit AA).

Ms. Medina will also verify Mr. Garretson's constant threats and abuse. She sought court protection on at least one occasion in the past. See M*edina, Brittany Kay vs. Garretson, James Brandon, Jefferson*, Oklahoma, Case No.: PO-2017-00028. We have been unable to obtain an affidavit from her likely due to his power or threats over her. Please note, given his violent history and threats of violence against her, please proceed carefully. https://www.dropbox.com/s/9ucnqx7cci3eftt/20190918_182430.mp4?dl=0

### Steven Hadley

We will end the summary with Steven Hadley. Like many of the identities, there is a photograph of a handwritten summary of account and personal information.



Exhibit 161

March 23, 2022
Page 22 of 27

There is also an application for credit to Kaye Jewelers. Perhaps, Mr. Garretson's abuse of Ms. Medina caused him to need to obtain jewelry.



The attached "Hadley file" is a pdf and gives you a bit more detail as to the amount of fraud. (Exhibit BB). You will also see Mr. Garretson as an authorized user on these accounts.

Authorized User's Name: STEVEN HADLEY
Authorized User's Name: WILLIAM HADLEY
Authorized User's Name: JAMES GARRETSON

Email Address: ███████████

## Other Names / Identities

Mr. Garretson appears to run a credit repair business, so some of his vast possession of names, dates of birth and social security numbers may be *bona fide*, but we include more for your

Exhibit 161

March 23, 2022
Page 23 of 27

investigation. There are many photographs of files and information which appear to be fraud including dozens of names.

Patrick Neil Carlin is also prominently featured throughout Garrettson's phone, but we do not see anything other than his Merchant Marine Credential.



This exchange is unusual, however, as Mr. Garretson appears to send him money in the Philippines.



Mr. Garretson also had profiles for people named Helen Marie Newman, Austin Lee Tafolla, Frank Perez, Kristopher Jump (x2), John Marin, Kyle James Richardson, Faith Loveless, Elizabeth Suzanne Roberts, Jeremiah Strunk, Michael Vaught, Joseph Estes, Abigail Gonzalez,

Exhibit 161

Rebecca Villa, Chase Villa, and Patrick Carlin, whose Merchant Mariner Credentials Mr. Garretson possessed in his phone. Even Jeff Lowe's identification was possessed in Garrettson's phone.

 

 

 

 

Exhibit 161

March 23, 2022
Page 25 of 27









We also found a faded Identification Card for a person named John Staley.  This name is linked to a Well Fargo loan application with Ocean Gulf Enterprise.



Exhibit 161

All of this leads one to seriously question the real reason Mr. Glover obtained a fake identification card. The jury should have been made aware of this information.

### Animal Welfare Violations:

At trial, Garretson testified he purchased tigers from Mr. Maldonado and possessed in excess of ten tigers. He also testified:

> Q.   Okay. Were you planning on exhibiting those tigers?
> A.   At the time, my girlfriend, she wanted to open a little -- kind of a somewhat zoo or a bed and breakfast, and that's what we did.
> Q.   Okay. Did you or your girlfriend get a USDA license?
> A.   She did.

Previously, Mr. Garretson was married to Nicole Ammons. During their personal and professional relationship, both of them were permanently banned from exhibiting tigers or being associated with tigers such as they are regulated by federal law.

In part, the court said:

> 81.   Further, Respondent Garretson's privilege to engage in activities that require an Animal Welfare Act license is revoked, effective on the day after this Decision becomes final. [See footnote 18.] [On January 10, 2006, I entered a "failure to appear" Decision and Order, filed January 12, 2006, which contained no provisions such as those contained in this paragraph. If it is found on appeal that I erred on January 11, 2006, when I set aside the "failure to appear" Decision and Order (Tr. 253), then the remedies entered on January 10, 2006 regarding Respondent Garretson will control; the provisions contained in this paragraph will be stricken from the within Order.]

> 82.   Further, Respondent Garretson is permanently disqualified from becoming licensed under the Animal Welfare Act or from otherwise obtaining, holding, or using an Animal Welfare Act license, directly or indirectly, or through any corporate or other device or person, effective on the day after this Decision becomes final.

> 86.   Respondent Nicole Lynette Ammon, Respondent James Brandon Garretson, and her/his agents and employees, successors and assigns, directly or through any corporate or other device, shall cease and desist from engaging in any activity for which a license is required under the Act or Regulations without being licensed as required.

Mr. Garretson is one of American history's most notorious animal abusers. He also abuses people. As the Order noted, "Mr. Garretson also threatened to bring his animals up here and set

Exhibit 161

March 23, 2022
Page 27 of 27

them loose on the National Mall if he was not given his license." His history is egregious and contains fatalities, fires and a semi-truck housing of starving animals. He was eventually reported and escorted to the state line of Florida because of his abuse. (Exhibit AA).

Not only is Mr. Garretson actively violating this order, but Agent Bryant has openly and knowingly acquiesced if not encouraged these violations. Mr. Garretson repeatedly said he has received protection from the USDA as a courtesy for his testimony. We can find no such agreement. Making matters worse, Mr. Lowe testified by affidavit Agent Bryant was asking Mr. Lowe to provide Garretson with tiger cubs.

Given the above, we ask that you to investigate promptly and notify all of the victims, as we are not able.

Respectfully,

John M. Phillips, Esquire

JMP/ch
Enclosure
cc:     Matt Dillon
        Charles William Brown
        Steven W. Creager

Exhibit 161