Saturday 5:30 AM

Don't give a f*** I'm going to f*** go hold Park up at tell you to b**** call Newk's I'll suck it all up nobody's getting a job there too f****** Park ain't going to open that I will make sure that nobody will help on that Park f*** you f*** you

What's up Monday morning the doj will be my f****** best friend I know all your bull s*** you're done you're a f****** waste your f****** panty ain't nobody p**** cut

You should have knocked the numbers out my old phones not just phone cuz I have all there's all those numbers FBI the game warden do all of them yep I've already made the call it's over that f*** it Park is over a******

Saturday 7:38 AM

Allen. Shut up already. you sound like a damn clown

Exhibit 168