**Jeff Johnston**
11 hours ago

I'm going to go ahead and give my point of view seeing that the trial is close....Joe Schreibvogel broke some laws. Was he set up? ABSOLUTELY! Bet ya didn't see that coming did ya?

Joe was desperate to hide ownership of his zoo from Carole Baskin (cuz he owed her a million dollars)....He put the land/zoo/business/cars/trucks/animals in anybody's name that would allow it (some that didn't know). Enter Jeff Lowe! He convinced Joe to put everything in his name. Shortly after that, Jeff kicked Joe and Dillon off of HIS land!

Now before all this happened, James Garrettson entered the picture. Now the first story I was told was that the "FEDS" were looking into Joe/GW Zoo regarding the Carole Baskin lawsuit as well as animal violations. Jeff Lowe convinced James (At 2 Frogs Cafe) to call Carole and ask her if she was interested in buying Gw for 500k. But because the feds were involved, Matt Bryant (A investigator for US Fish and Wildlife) called James the next morning to ask why he was calling Carole Baskin. Now Matt told me that he got in touch with James because of an illegally purchased Lemur to hold it over his head to get him to go undercover to get info to expose all of Joe and GW's illegal activity rather than to be fined etc. (he also asked if I had access to a video of Finlay having sex with a goat so he could hang it

Exhibit 172

Finlay having sex with a goat so he could hang it over his head to get him to rat out Joe).

Now I have been talking to James and Matt for quite some time now and I am really starting to question all of this! James told me recently that Jeff Lowe's followers started calling his landlord (where he housed SEVERAL adult Tigers as well as the aforementioned Lemur) and they told stories about him and got him evicted! I asked where he was going and he told me that he "bought some time" by suing him! Truth is that he was evicted due to failure to pay rent! (documentation available). Now before this happened, his baby momma left with his son and fled to Fort Worth, Tx. Come to find out that James is living in a commercial building in Ardmore, Ok. Where he is operating a "credit repair business"! I spent a couple of hours on the phone with his baby mama the other night (obviously a fishing trip) where she told me what a pos is he is! I already had read SEVERAL posts where James was traveling from Ardmore, Oklahoma to Fort Worth, Texas every weekend to "party"....as well as her sharing a link to his "business" page tonight!!! Kinda fishy?

Now when James "moved" he had to "place" his Tigers! He told me that he found a place for them which turned out to be that he dumped them on Turpentine Creek! I read where one had died!!! I asked him where his beloved animals went and what happened to one of them? He told me that one Tiger was over sedated and died! Turpentine Creek

Exhibit 172

was over sedated and died! Turpentine Creek publicly stated that ALL animals are very ill.. Marcie Hediger?

Now lets mention Paul Malagerio....pretty convenient that this reported illegal alien went MIA at the same time!

I as well as many others have reported SEVERE crimes against Lowe, ranging from putting a price on someones head to offering money for pictures of a 2 year old girl in a compromising position (CHILD FUCKING PORN!!!) That went UNANSWERED BY SHERIFF RHODES AND THE GARVIN COUNTY DA!!!!!

As we approach the trial date, all involved have gone silent....here is my opinion!

After it is all said and done...there WILL be a new Zoo...Board of directors (or owners) will be James (can't ever get a USDA license) and his baby mama (USDA License holder), Jeff Lowe (cuz he will lose his USDA license) and his "wife" (cuz I have no idea)! Tim Stark...cuz he is just as big a pos that ratted on Joe!

Now...lets update the NEW ZOO!!!! Jeff Lowe conned Cheryl Scott (an old widow) into buying him the "Jungle Bus" that never got off the ground! Conned her out of lots of money to build new enclosures at the old zoo! Eventually he convinced her to buy a half million dollar piece of property east of the Winstar

Exhibit 172

million dollar piece of property east of the Winstar Casino in Thackerville, Oklahoma! Problem is that this property is LANDLOCKED! There is no LEGAL access to it! There is an easement that is in VERY bad shape that he could have used, but instead, he went in and built a driveway with a locked gate on SOMEBODY ELSE'S PROPERTY!!!!

Now we move forward to stop Lowe from opening anything in Thackerville and wait to see him exposed and indicted!

For the rest of you involved....I look forward to seeing you in jail!!!!!!

Don't bother calling me you assholes...my phone is shut off indefinitely.....

To those of you that have stuck with me....I truly love you all and have been humbled daily by your support! I have been amazed by some of you peoples ability to do detective work...you should really consider a career in it!!!!

It's not over yet...if here is a trial, I will be there with bells on! If not...I hope we can all meet somewhere, someday!

Exhibit 172