### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CR-18-227-SLP |
| ) | |
| JOSEPH MALDONADO-PASSAGE, ) | |
| ) | |
| Defendant. ) | |

### **O R D E R**

Before the Court is the Motion for Extension of Time to Respond to Mr. Maldonado-Passage's Motion for New Trial [Doc. No. 235] filed by the government. The United States asks the Court to extend the deadline to respond to Defendant's Motion for New Trial [Doc. No. 232] by 31 days to May 23, 2022 because the Motion for New Trial attaches thousands of pages in exhibits and hours of recordings. Additionally, the government asserts that the Motion for New Trial fails to include pinpoint citations to these exhibits, further slowing the response process. The Court acknowledges Defendant's opposition to the government's request, which, generally, is the need to handle this motion "expeditiously" as well as the assertion that the Motion for New Trial has been filed "since January." *See* Doc. No. 235-1.

The Court finds that the concerns described by the government are well-founded and necessitate the requested extension of time. Although the Court understands the desire of Defendant to move this matter along, Defendant did not seek to file the Motion for New Trial until February 2022 and time was required to resolve Defendant's extraordinary

oversized-brief request, resulting in the April 1, 2022 filing of the Motion for New Trial. *See* Doc. Nos. 211, 213-15, 221-22, 231-32.

IT IS THEREFORE ORDERED that the Motion for Extension of Time to Respond to Mr. Maldonado-Passage's Motion for New Trial [Doc. No. 235] is GRANTED. Accordingly, the deadline for the United States to respond to Defendant's Motion for New Trial [Doc. No. 232] is extended to May 23, 2022.

IT IS SO ORDERED this 20th day of April, 2022.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE