# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CR-18-227-SLP |
| ) | |
| JOSEPH MALDONADO-PASSAGE, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

Before the Court is Defendant's Motion for Leave to File a Reply [Doc. No. 238]. Defendant seeks leave to file a reply brief regarding his Motion for New Trial [Doc. No. 232] under LCrR12.1(c). Counsel for the government does not object to the Motion. Defendant's Motion is GRANTED. Defendant may file his reply regarding his Motion for New Trial on or before June 16, 2022.

IT IS SO ORDERED this 1st day of June, 2022.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE